UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-80736-CIV-MARRA/JOHNSON

JANE DOES #1 AND #2,

    Petitioners,

vs.

UNITED STATES,

    Respondent.
_____/

## ORDER

    THIS CAUSE is before the Court upon the United States' Motion to Seal Appendix to United States' Response in Opposition to Petitioners' Motion to Use Correspondence to Prove Violations of the Crime Victims' Rights Act and to Have Their Unredacted Pleadings Unsealed. (DE 63).  The Court has carefully considered the motion and is otherwise fully advised in the premises.

    The United States explains that the Appendix contains portions of two documents that are currently subject to a Court Order requiring that these documents be maintained under seal until a third party is given notice and the opportunity to intervene.  Thus, in accordance with that order, the United States requests that the Court seal its Appendix for a limited period until the Court determines whether to maintain these documents under seal.

Accordingly, it is hereby ORDERED AND ADJUDGED United States' Motion to Seal Appendix (DE 63) is GRANTED. The United States' Appendix (DE 64) shall be sealed until further order of this Court.

DONE AND ORDERED in Chambers at West Palm Beach, Palm Beach County, Florida this 26th day of April, 2011.

KENNETH A. MARRA
United States District Judge

Copies to:
Counsel of record