# EXHIBIT A

-----Original Message-----
From: Tonja Haddad Coleman [mailto:tonja@tonjahaddadpa.com]
Sent: Tuesday, May 08, 2012 3:07 PM
To: 'Jack Scarola'
Cc: Brad Edwards
Subject: RE: Epstein discovery

Jack:

Thank you for your response.  I am sure you are aware that the law permits you to respond to a discovery request by stating that "without waiving the objection" you are producing the documents.  However, because I have yet to see the documents, or your privilege log, I cannot possibly agree to anything, much less concede a privilege, as it is my understanding that some of the items to which you are objecting, for example, are electronic communications to/from government entities which, as Mr. Edwards is likely aware from his days as a government attorney, are legally a matter of public record, will not, in fact, be privileged under any theory.
That being said, kindly send what you have and if we still deem it non-responsive, in non-compliance with the Court's order, or otherwise not subject to any privilege, we can take it up with the Judge.
Thank you.


Tonja Haddad Coleman, Esq.
Tonja Haddad, P.A.
Justice Building
524 South Andrews Avenue
Suite 200 North
Fort Lauderdale, Florida  33301
(954) 467-1223
(954) 337-3716 facsimile
www.tonjahaddadpa.com

The information contained in this transmission may contain privileged and confidential information.  It is intended only for the use of the person(s) named above. If you are not the intended recipient,  you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.