Case 9:08-cv-80736-KAM   Document 201   Entered on FLSD Docket 07/01/2013   Page 1 of 1
Case: 13-12923   Date Filed: 06/28/2013   Page: 1 of 1
Case 9:08-cv-80736-KAM   Document 194   Filed 06/27/13   Page 1 of 1

**13-12923 C**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-80736-CIV-MARRA



FILED by **MC** D.C.
ELECTRONIC

**JUL 1, 2013**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

JANE DOE #1 and JANE DOE #2,

    Petitioners,

vs.

UNITED STATES OF AMERICA,

    Respondent.

### NOTICE OF APPEAL BY INTERVENOR ROY BLACK

Intervenor Roy Black hereby appeals to the United States Court of Appeals for the Eleventh Circuit from an Order Granting Petitioners' Motion to Proffer Government Correspondence in Support of CVRA Claims & Granting Motion to Unseal Correspondence and Related Unredacted Pleadings of Petitioners dated June 18, 2013 [DE 188], an Order Denying Government's Motion to Dismiss for Lack of Subject Matter Jurisdiction & Order Lifting Stay of Discovery dated June 19, 2013 [DE 189], and an Omnibus Order dated June 19, 2013 [DE 190].

We certify that on June 27, 2013, the foregoing document was filed electronically with the Clerk of the Court using the CM/ECF system.

          Respectfully submitted,
          **BLACK, SREBNICK, KORNSPAN**
          **& STUMPF, P.A.**
          201 South Biscayne Boulevard
          Suite 1300
          Miami, Florida 33131
          Telephone (305) 371-6421
          Fax (305) 358-2006

By:    /s/_____
        **ROY BLACK, ESQ.**
        Florida Bar No. 126088
        Email: rblack@royblack.com
        **JACKIE PERCZEK, ESQ.**
        Florida Bar No. 042201
        Email: jperczek@royblack.com