UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-80736-Civ-Marra/Matthewman

JANE DOES #1 AND #2,

    Petitioners,

v.

UNITED STATES OF AMERICA,

    Respondent.
_____/

**UNITED STATES' NOTICE OF FILING PRIVILEGE LOG**

Pursuant to the Court's June 18, 2013 Omnibus Order (DE 190), the Respondent, United States of America, by and through the undersigned Assistant United States Attorney, hereby gives notice of its filing of its Privilege Log, which is attached hereto.

The documents referenced in the Privilege Log are being delivered today to the Chambers of U.S. District Judge Kenneth A. Marra for *ex parte in camera* review, pursuant to the Court's Omnibus Order.

                        Respectfully submitted,

                        WIFREDO A. FERRER
                        UNITED STATES ATTORNEY

           By:    *s/A. Marie Villafaña*
                  A. MARIE VILLAFAÑA
                  Assistant United States Attorney
                  Florida Bar No. 0018255
                  500 South Australian Ave, Suite 400
                  West Palm Beach, FL 33401
                  Telephone: 561-820-8711
                  Facsimile: 561-820-8777
                  ann.marie.c.villafana@usdoj.gov

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on July 19, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  According to the Court's website, counsel for all parties are able to receive notice via the CM/ECF system.

                                                s/*A. Marie Villafaña*
                                                A. MARIE VILLAFAÑA
                                                Assistant United States Attorney

**SERVICE LIST**

Jane Does 1 and 2 v.  United States,
Case No.  08-80736-CIV-MARRA/MATTHEWMAN
United States District Court, Southern District of Florida

Brad Edwards, Esq.,
Farmer Jaffe Weissing Edwards Fistos Lehrman
425 N Andrews Ave Ste 2
Fort Lauderdale, FL  33301-3268
brad@pathtojustice.com
954-524-2820
Fax:  954-524-2822

Paul G. Cassell
S.J. Quinney College of Law at the
University of Utah
332 S. 1400 E.
Salt Lake City, Utah 84112
(801) 585-5202
Fax: (801) 585-6833
E-mail: casselp@law.utah.edu

Attorneys for Jane Doe # 1 and Jane Doe # 2