## PRIVILEGE LOG

| Bates Range | Description | Privilege(s) Asserted |
|---|---|---|
| Box #1 P-000001 thru P-000039 | File folder entitled "CORR RE GJ SUBPOENAS" containing correspondence related to various grand jury subpoenas and attorney (Villafaña) handwritten notes | 6(e) Work Product |
| Box #1 P-000040 thru P-000549 | Operation Leap Year Grand Jury Log containing subpoenas OLY-01 through OLY-81, correspondence and research related to enforcement of same, documents produced in response to some subpoenas; and attorney (Villafaña) handwritten notes | 6(e) Work Product Contains documents subject to investigative privilege Also contains documents subject to privacy rights of victims who are not parties to this litigation |
| Box #1 P-000550 thru P-000621 | File folder entitled "Ritz Compact Flash SW" containing copies of a sealed search warrant application, warrant, and supporting documents | 6(e) Contains information subject to investigative privilege Also contains information subject to privacy rights of victims who are not parties to this litigation |
| Box #1 P-000622 thru P-000693 | File folder entitled "PNY Technologies Compact Flash SW" containing copies of a sealed search warrant application, warrant, and supporting documents | 6(e) Contains information subject to investigative privilege Also contains information subject to privacy rights of victims who are not parties to this litigation |
| Box #1 P-000694 thru P-000781 | File folder entitled "JE Corporations" containing attorney research on Epstein-owned corporations and prior litigation | Work Product Contains information subject to investigative privilege |
| Box #1 P-000782 thru P-000803 | File folder entitled "Capital One" containing subpoena and correspondence | 6(e) |
| Box #1 P-000804 thru P-000854 | File folder entitled "DTG Operations/Dollar Rent-a-Car" containing subpoena and responsive documents | 6(e) Contains documents and information subject to investigative privilege Also contains documents and information subject to privacy rights of victims who are not parties to this litigation |

| Bates Range | Description | Privilege(s) Asserted |
|---|---|---|
| Box #1 P-000855 thru P-000937 | File folder entitled "JP Morgan Chase" containing subpoena, correspondence, and responsive documents | 6(e) Contains documents and information subject to investigative privilege |
| Box #1 P-000938 thru P-000947 | File folder entitled "Washington Mutual" containing subpoena, correspondence, and responsive documents | 6(e) Contains documents and information subject to investigative privilege |
| Box #1 P-000948 thru P-000982 | File folder entitled "Computer Search &" containing legal research on computer search and handwritten notes on indictment preparation | Work Product Attorney-Client Contains information subject to investigative privilege. Also contains information subject to privacy rights of victims who are not parties to this litigation |
| Box #1 P-000983 thru P-001007 | File folder entitled "Attorney Notes from Document Review" containing typed and handwritten attorney (Villafaña) notes, target letters, correspondence re grand jury subpoena | Work product 6(e) Contains information subject to investigative privilege. Also contains information subject to privacy rights of victims who are not parties to this litigation |
| Box #1 P-001008 thru P-001056 | File folder entitled "Notes from Fed Ex Records" containing handwritten and typed attorney (Villafaña) notes and screen shots of FedEx subpoena response electronic file | Work Product 6(e) Contains information subject to investigative privilege. Also contains information subject to privacy rights of victims who are not parties to this litigation |
| Box #1 P-001057 thru P-001959 | File folder entitled "Colonial Bank Records" containing records received in response to grand jury subpoena | 6(e) Contains information subject to investigative privilege |
| Box #1 P-001960 Thru P-002089 | File folder entitled "OLY Grand Jury Log Vol 2: OLY-51 THROUGH" containing subpoenas numbered OLY-51 through OLY-81 with related correspondence | 6(e) Contains information subject to investigative privilege. Also contains information subject to privacy rights of victims who are not parties to this litigation |

| Bates Range | Description | Privilege(s) Asserted |
|---|---|---|
| Box #1 P-002090 Thru P-002169 | File folder entitled "Epstein Corporate Records: OLY-51, OLY-52, OLY-53, OLY-54" containing subpoenas, records received in response to subpoenas, and related correspondence | 6(e) Contains information and documents subject to investigative privilege |
| Box #1 P-002170 Thru P-002246 | File folder entitled "Colonial Bank" containing subpoenas, correspondence related to subpoenas, records received in response to subpoenas | 6(e) Contains information and documents subject to investigative privilege |
| Box #1 P-002247 Thru P-002265 | File folder entitled "JEGE & Hyperion from Goldberger OLY-46 & OLY-47" containing documents received in response to subpoenas | 6(e) Contains information and documents subject to investigative privilege |
| Box #1 P-002266 Thru P-002386 | Indictment preparation binder containing: Grand jury subpoena log, evidence/activity summary chart, witness/victim names and contact list, attorney (Villafaña) handwritten notes, 302s, portions of state investigative file, attorney (Villafaña) typed notes, of individuals listed as "Additional victims" | Work product 6(e) Contains information and documents subject to investigative privilege.  Also contains information and documents subject to privacy rights of victims who are not parties to this litigation |
| Box #1 P-002387 Thru P-002769 | Indictment preparation binder containing: Grand jury subpoena log, evidence/activity summary chart, witness/victim names and contact list, attorney (Villafaña) handwritten notes, 302s, portions of state investigative file, attorney (Villafaña) typed notes, relevant pieces of grand jury materials, telephone records/flight records analysis charts, victim/witness photographs, DAVID records, NCICs, and related materials for persons identified as Jane Does #15, 16, 17, 18, 19, Past Employees, Misc. Witnesses | Work product 6(e) Contains information and documents subject to investigative privilege.  Also contains information and documents subject to privacy rights of victims who are not parties to this litigation |
| Box #1 P-002770 Thru P-003211 | Indictment preparation binder containing: witness/victim list with identifying information, sexual activity summary, telephone call summary chart, attorney (Villafaña) handwritten notes, 302s, portions of state investigative file, attorney (Villafaña) typed notes, relevant pieces of grand jury materials, telephone records/flight records analysis charts, victim/witness photographs, DAVID records, NCICs, and related materials for persons identified as Jane Does #1, 2, 3, 4, 5, 6, 7, 8 | Work product 6(e) Contains information and documents subject to investigative privilege.  Also contains information and documents subject to privacy rights of victims who are not parties to this litigation |

| Bates Range | Description | Privilege(s) Asserted |
|---|---|---|
| Box #1<br>P-003212<br>Thru<br>P-003545 | Indictment preparation binder containing meta-analysis charts of telephone/flight/grand jury information for a number of victim/witnesses, Nadia Marcinkova, and Adriana Mucinska | Work product<br>6(e)<br>Contains information and documents subject to investigative privilege. Also contains information and documents subject to privacy rights of victims who are not parties to this litigation |
| Box #1<br>P-003546<br>Thru<br>P-003552 | FBI Reports of March 2008 interviews of additional witness/victim located in New York | Work product<br>6(e)<br>Contains information and documents subject to investigative privilege. Also contains information and documents subject to privacy rights of victims who are not parties to this litigation |
| Box #1<br>P-003553<br>Thru<br>P-003555B | Printout of filenames from Federal Express subpoena response with Attorney notations | Work product<br>6(e) |
| Box #1<br>P-003556<br>Thru<br>P-003562 | Document entitled "Identified Numbers" with accompanying handwritten attorney list compiled from grand jury materials and attorney analysis of records | Work product<br>6(e)<br>Contains information subject to investigative privilege |
| Box #1<br>P-003563<br>Thru<br>P-003629 | Folder entitled "Flight Manifests" containing manifests received pursuant to grand jury subpoena | 6(e)<br>Contains information and documents subject to investigative privilege |
| Box #1<br>P-003630<br>Thru<br>P-003633 | File folder entitled "Recent Attorney Notes" containing handwritten attorney (Villafaña) notes regarding document review and case strategy | Work product<br>6(e)<br>Investigative privilege<br>Deliberative process |
| Box #1<br>P-003634<br>Thru<br>P-003646 | File folder bearing victim name containing FBI interview report from May 2008, telephone activity report with attorney (Villafañaña) handwritten notes, related grand jury material | Work product<br>Attorney-client privilege<br>6(e)<br>Investigative privilege<br>Also contains information and documents subject to privacy rights of victims who are not parties to this litigation |

| Bates Range | Description | Privilege(s) Asserted |
|---|---|---|
| Box #1<br>P-003647<br>Thru<br>P-003651 | File folder entitled "Summary of Sexual Activity" containing chart bearing handwritten title "Sexual Activity – Summary" with meta-analysis of information, sorted by name of each victim/witness, including name and identifying information of each victim/witness | Work product<br>6(e)<br>Investigative privilege<br>Deliberative process<br>Also contains information and documents subject to privacy rights of victims who are not parties to this litigation |
| Box #1<br>P-003652<br>Thru<br>P-003663 | File folder entitled "Victim Civil Suits" | Not privileged.<br>Produced to counsel for Petitioners |
| Box #1<br>P-003664<br>Thru<br>P-003678 | File folder entitled "Research re JE Websites" containing attorney research | Work product |
| Box #1<br>P-003679<br>Thru<br>P-003680 | File folder entitled "Serene Cano (N.Y. AUSA)" containing attorney (Villafaña) handwritten notes | Work product |
| Box #1<br>P-003681<br>Thru<br>P-003687 | File folder entitled "Dr. Anna Salter" containing attorney (Villafaña) memo to expert witness and handwritten attorney notes | Work product<br>Investigative privilege |
| Box #1<br>P-003688<br>Thru<br>P-003693 | File folder entitled "I[] G[] Interview" containing attorney handwritten notes of interview, and attorney handwritten notes regarding potential charges | Work product<br>Investigative privilege<br>Also contains information subject to privacy rights of victims who are not parties to this litigation |
| Box #1<br>P-003694<br>Thru<br>P-003711 | File folder entitled "Research re Travel for Prostitution" containing attorney (Villafaña) handwritten notes regarding grand jury presentation, chart entitled "Brought to Epstein's House" with handwritten notes, Message Pad meta-analysis chart, summary of evidence related to one victim/witness, and relevant grand jury information | Work product<br>6(e)<br>Investigative privilege<br>Also contains information and documents subject to privacy rights of victims who are not parties to this litigation |
| Box #1<br>P-003712 | Empty file folder bearing name of victim/witness | Investigative privilege<br>Also contains information subject to privacy rights of victim who is not a party to this litigation |

| Bates Range | Description | Privilege(s) Asserted |
|---|---|---|
| Box #1 P-003713 Thru P-003746 | File folder entitled "T[] M[]" containing grand jury subpoenas, motion and order to compel testimony, and correspondence regarding same | 6(e) Documents under seal pursuant to court order |
| Box #1 P-003747 Thru P-003751 | File folder entitled "Adriana Ross" containing subpoena and correspondence regarding same | 6(e) |
| Box #1 P-003752 Thru P-004295 | File folder entitled "PBPD Investigative File" obtained via subpoena | 6(e) Investigative privilege Also contains information and documents subject to privacy rights of victims who are not parties to this litigation |
| Box #1 P-004296 Thru P-004350 | File folder bearing name of victim/witness containing meta-analysis chart showing telephone calls, travel, and grand jury materials relevant to possible charges | Work product 6(e) Investigative privilege Also contains information and documents subject to privacy rights of victims who are not parties to this litigation |
| Box #1 P-004351 Thru P-004381 | File folder entitled "Daniel Gonzalez Documents 53909-004" containing attorney research related to bias issue | Work product |
| Box #1 P-004382 Thru P-004478 | File Folder entitled "FEDEX" containing documents obtained via subpoena | 6(e) Investigative privilege |
| Box #1 P-004479 Thru P-004551 | File Folder entitled "State of Delaware Records" containing documents obtained in preparation for indictment | 6(e) Investigative privilege Work product |
| Box #1 P-004552 Thru P-004555 | File folder entitled "Jet Blue Records" containing documents obtained via subpoena | 6(e) Work product Investigative privilege Also contains information and documents subject to privacy rights of victims who are not parties to this litigation |
| Box #1 P-004556 Thru P-004560 | File folder entitled "FL EMPLOYMENT RECORDS" containing FDLE records on targets and witnesses obtained at attorney request | Investigative privilege Work product |

| Bates Range | Description | Privilege(s) Asserted |
|---|---|---|
| Box #1<br>P-004561<br>Thru<br>P-004565 | Filed folder entitled "JANUSZ BANASIAK" containing attorney (Villafaña) handwritten notes of interview | Work product<br>Investigative privilege |
| Box #1<br>P-004566<br>Thru<br>P-004716 | File folder entitled "JANUSZ BANASIAK RECORDS 23-0001 THROUGH 23-" containing documents obtained via subpoena | 6(e)<br>Work product<br>Investigative privilege<br>Also contains information and documents subject to privacy rights of victims who are not parties to this litigation |
| Box #1<br>P-004717<br>Thru<br>P-004722 | File folder entitled "IGOR ZINOVIEV" containing attorney research regarding witness | Work product<br>Investigative privilege |
| Box #1<br>P-004723<br>Thru<br>P-004725 | File folder entitled "BEAR STEARNS RESEARCH" containing attorney research regarding potential witness and subpoena recipient | Work Product<br>Investigative privilege |
| Box #1<br>P-004726<br>Thru<br>P-004819 | File folder entitled "LAWSUITS INVOLVING EPSTEIN CORP'S" containing attorney research regarding Epstein's past personal and business litigative practices | Work Product<br>Investigative privilege |
| Box #1<br>P-004820<br>Thru<br>P-004959 | Filed folder entitled "SEC RECORDS" containing attorney research regarding Epstein financial relationships | Work Product<br>Investigative privilege |
| Box #1<br>P-004960<br>Thru<br>P-005059 | File folder entitled "Message Pads" containing selected items from evidence obtained via subpoena | Work Product<br>6(e)<br>Investigative privilege<br>Also contains information and documents subject to privacy rights of victims who are not parties to this litigation |
| Box #1<br>P-005060<br>Thru<br>P-005081 | File folder bearing name of victim/witness containing correspondence with counsel for victim/witness, attorney witness outline with attorney handwritten notes, attorney handwritten notes regarding witness reports and case preparation | Work Product<br>6(e)<br>Investigative privilege<br>Also contains information and documents subject to privacy rights of victims who are not parties to this litigation |
| Box #1<br>P-005082<br>Thru<br>P-005083 | File folder entitled "New York Trip" containing attorney notes re witness interview | Work product<br>Investigative privilege |

| Bates Range | Description | Privilege(s) Asserted |
|---|---|---|
| | P-005084 thru P-005107 are non responsive documents and have been removed | |
| Box #1<br>P-005108<br>Thru<br>P-005193 | File folder entitled "ANNA SALTER" containing attorney research on select expert, use of experts at trials in child exploitation cases, and additional research materials on offenders and victims | Work product<br>Investigative privilege |
| Box #1<br>P-005194<br>Thru<br>P-005300 | File folder entitled "Extra Copies" containing meta-analysis chart and 302's of victim/witnesses used in preparing indictment package | Work product<br>6(e)<br>Investigative privilege<br>Also contains information and documents subject to privacy rights of victims who are not parties to this litigation |
| Box #1<br>P-005301<br>Thru<br>P-005331 | File folder entitled "JUAN ALESSI STATEMENT" containing transcript obtained via subpoena | 6(e)<br>Investigative privilege |
| Box #1<br>P-005332<br>Thru<br>P-005341 | File folder entitled "KEN LANNING" containing attorney research on select expert, including attorney handwritten notes | Work product<br>Investigative privilege |
| Box #1<br>P-005342<br>Thru<br>P-005387 | File folder entitled "Info re Planes" containing correspondence regarding subpoenas and documents received in response to subpoenas | 6(e)<br>Investigative privilege |
| Box #1<br>P-005388<br>Thru<br>P-005442 | File folder entitled "Police Reports & PC Affidavit" containing portions of police reports with attorney notes, related phone records, a list entitled "Victims" with identifying information and attorney handwritten notes, photographs and DAVID information, and additional attorney research regarding Epstein sexual activity | Work product<br>6(e)<br>Investigative privilege<br>Also contains information and documents subject to privacy rights of victims who are not parties to this litigation |
| Box #1<br>P-005443<br>Thru<br>P-005496 | File folder entitled "[Victim name] Transcript of Interview & GJ Transcript" | 6(e)<br>Investigative privilege<br>Also contains information and documents subject to privacy rights of victims who are not parties to this litigation |
| Box #1<br>P-005497<br>Thru<br>P-005556 | File folder entitled "Bear Stearns Subpoena Resp." containing material received in response to subpoena | 6(e)<br>Investigative privilege |

| Bates Range | Description | Privilege(s) Asserted |
|---|---|---|
| Box #1<br>P-005557<br>Thru<br>P-005576 | U.S. Attorney's Office Criminal Case File Jacket containing file opening documents, expert witness payment documents | Work product<br>Deliberative process |
| Box #1<br>P-005578<br>Thru<br>P-005583 | U.S. Attorney's Office Asset Forfeiture Case File Jacket containing file opening and file closing documents | Work product<br>Deliberative process |
| Box #1<br>P-005584<br>Thru<br>P-005606 | File folder entitled "6001 Immunity Request" containing internal memoranda seeking witness immunity and correspondence with counsel for witness regarding same | 6(e)<br>Work product and deliberative process (as to internal memoranda)<br>Investigative privilege<br>Also contains information and documents subject to privacy rights of victims who are not parties to this litigation |
| Box #2<br>P-005607<br>Thru<br>P-005914 | File folder entitled "MASTER PHONE RECORDS" containing meta-analysis of all phone, travel, and grand jury data for all victim/witnesses for indictment preparation | Work product<br>6(e)<br>Investigative privilege<br>Also contains information and documents subject to privacy rights of victims who are not parties to this litigation |
| Box #2<br>P-005915<br>Thru<br>P-005977 | File folder bearing name of victim/witness containing meta-analysis of all phone, travel, and grand jury data related to that victim/witness for indictment preparation | Work product<br>6(e)<br>Investigative privilege<br>Also contains information and documents subject to privacy rights of victims who are not parties to this litigation |
| Box #2<br>P-005978<br>Thru<br>P-006050 | File folder bearing name of victim/witness containing meta-analysis of all phone, travel, and grand jury data related to that victim/witness for indictment preparation | Work product<br>6(e)<br>Investigative privilege<br>Also contains information and documents subject to privacy rights of victims who are not parties to this litigation |
| Box #2<br>P-006051<br>Thru<br>P-006065 | File folder bearing name of victim/witness containing meta-analysis of all phone, travel, and grand jury data related to that victim/witness for indictment preparation | Work product<br>6(e)<br>Investigative privilege<br>Also contains information and documents subject to privacy rights of victims who are not parties to this litigation |

| Bates Range | Description | Privilege(s) Asserted |
|---|---|---|
| Box #2<br>P-006066<br>Thru<br>P-006220 | File folder entitled "JANE DOE #4" containing meta-analysis of all phone, travel, and grand jury data related to that victim/witness for indictment preparation | Work product<br>6(e)<br>Investigative privilege<br>Also contains information and documents subject to privacy rights of victims who are not parties to this litigation |
| Box #2<br>P-006221<br>Thru<br>P-006222 | File folder entitled ""JANE DOE #12" containing meta-analysis of all phone, travel, and grand jury data related to that victim/witness for indictment preparation | Work product<br>6(e)<br>Investigative privilege<br>Also contains information and documents subject to privacy rights of victims who are not parties to this litigation |
| Box #2<br>P-006223<br>Thru<br>P-006522 | File folder entitled "CORRECTED PHONE RECORDS 5/31/07" containing meta-analysis of all phone, travel, and grand jury data related to all victims/witnesses for indictment preparation | Work product<br>6(e)<br>Investigative privilege<br>Also contains information and documents subject to privacy rights of victims who are not parties to this litigation |
| Box #2<br>P-006523<br>Thru<br>P-006802 | File folder entitled "[Victim Name] Phone Records" containing telephone records received in response to subpoena | Work product<br>6(e)<br>Investigative privilege<br>Also contains information and documents subject to privacy rights of victims who are not parties to this litigation |
| Box #2<br>P-006803<br>Thru<br>P-006860 | File folder entitled "Lists of Identified Phone Numbers" containing charts of information culled from grand jury materials, interviews, and other investigation, with attorney handwritten notes, and information to issue follow-up grand jury subpoena | Work product<br>6(e)<br>Investigative privilege<br>Also contains information and documents subject to privacy rights of victims who are not parties to this litigation |
| Box #2<br>P-006861<br>Thru<br>P-007785 | File folder entitled "EPSTEIN/KELLEN CELL PHONE RECORDS" containing documents received via subpoena with attorney handwritten notes and highlighting | Work product<br>6(e)<br>Investigative privilege<br>Also contains information and documents subject to privacy rights of victims who are not parties to this litigation |

| Bates Range | Description | Privilege(s) Asserted |
|---|---|---|
| Box #2<br>P-007786<br>Thru<br>P-008120 | Folder entitled "OLY GRAND JURY LOG: OLY-01 THROUGH OLY-50" containing subpoenas, correspondence regarding same, 6(e) letters, attorney handwritten notes regarding records received in response to subpoenas | Work product<br>6(e)<br>Investigative privilege<br>Also contains information and documents subject to privacy rights of victims who are not parties to this litigation |
| Box #2<br>P-008121<br>Thru<br>P-008139 | Handwritten flight logs received in response to subpoena | 6(e)<br>Investigative privilege |
| Box #2<br>P-008140<br>Thru<br>P-008298 | Grand jury presentation folder containing attorney handwritten notes, typed outline with additional handwritten notes, complete indictment package dated 2/19/2008, victim list with identifying information, photographs, and summary of activity | Work product<br>6(e)<br>Investigative privilege<br>Also contains information and documents subject to privacy rights of victims who are not parties to this litigation |
| Box #2<br>P-008299<br>Thru<br>P-008363 | File folder entitled "FINAL AGREEMENTS" containing subfolder entitled "Agrmts Filed in State Court" (P-008300-P-008327 [not being withheld as privileged – have been produced to opposing counsel]); signed Non-Prosecution Agreement, Addendum, and operative portion of 12/19/2007 Sanchez-Acosta letter (P-008328-P-008343 [not being withheld as privileged – have been produced to opposing counsel]); subfolder entitled "12/19/07 Acosta-Sanchez Ltr" containing unredacted copies of that letter (P-008344-P-008363 [pursuant to Court's Order, not being withheld as privileged – will be produced to opposing counsel upon lift of stay by 11th Circuit]) | |
| Box #2<br>P-008364<br>Thru<br>P-008382 | File folder entitled "Lacerda Immunity Request" containing internal memoranda, Justice Department documentation, and subpoena regarding immunity request | 6(e)<br>Work Product<br>Deliberative Process<br>Investigative privilege |
| Box #2<br>P-008383<br>Thru<br>P-008516 | File folder containing March 18, 2008 grand jury presentation materials, including "Operation Leap Year Revised Indictment Summary Chart (by victim)," grand jury materials, draft indictments, victim reference list, grand jury subpoena log | Work product<br>6(e)<br>Investigative privilege<br>Deliberative process<br>Also contains information and documents subject to privacy rights of victims who are not parties to this litigation |

| Bates Range | Description | Privilege(s) Asserted |
|---|---|---|
| Box #2<br>P-008517<br>Thru<br>P-008535 | 6/25/2007 Letter from Gerald Lefcourt to Jeffrey Sloman and Andrew Lourie<br>[pursuant to Court's Order, not being withheld as privileged – will be produced to opposing counsel upon lift of stay by 11th Circuit] | |
| Box #2<br>P-008536<br>Thru<br>P-008542 | Handwritten attorney notes to prepare for interview of Jane Doe #2 | Work product<br>Investigative Privilege<br>Contains information subject to privacy rights of victims who are not parties to this suit |
| Box #2<br>P-008543<br>Thru<br>P-008549 | Handwritten attorney notes regarding May 8, 2007 grand jury presentation | Work product<br>6(e)<br>Investigative privilege<br>Contains information subject to privacy rights of victims who are not parties to this suit |
| Box #2<br>P-008550<br>Thru<br>P-008615 | File folder entitled "Most Recent Indictment & Good Cases" containing draft indictment and legal research | Work product<br>6(e)<br>Investigative privilege<br>Deliberative process<br>Contains information subject to privacy rights of victims who are not parties to this suit |
| Box #2<br>P-008616<br>Thru<br>P-008686 | File folder entitled "FBI Summary Charts" containing chart prepared at direction of AUSA, containing victim names, identifying information, summary of activity, and other information relevant to indictment | Work product<br>Attorney-Client Privilege<br>6(e)<br>Investigative privilege<br>Contains information subject to privacy rights of victims who are not parties to this suit |
| Box #2<br>P-008687<br>Thru<br>P-008776 | File folder entitled "[Victim name]/Jane Doe #4" containing phone records and meta-analysis of all phone, travel, and grand jury data related to that victim/witness for indictment preparation | Work product<br>6(e)<br>Investigative privilege<br>Contains information and documents subject to privacy rights of victims who are not parties to this suit |
| Box #2<br>P-008777<br>Thru<br>P-008808 | File folder entitled "[Victim name]/Jane Doe #5" containing handwritten notes and meta-analysis of all phone, travel, and grand jury data related to that victim/witness for indictment preparation | Work product<br>6(e)<br>Investigative privilege<br>Contains information subject to privacy rights of victims who are not parties to this suit |

| Bates Range | Description | Privilege(s) Asserted |
|---|---|---|
| Box #2<br>P-008809<br>Thru<br>P-008847 | File folder entitled "[Victim name]/Jane Doe #6" containing meta-analysis of all phone, travel, and grand jury data related to that victim/witness for indictment preparation | Work product<br>6(e)<br>Investigative privilege<br>Contains information subject to privacy rights of victims who are not parties to this suit |
| Box #2<br>P-008848<br>Thru<br>P-008862 | File folder entitled "[Victim name]/Jane Doe #7" containing meta-analysis of all phone, travel, and grand jury data related to that victim/witness for indictment preparation | Work product<br>6(e)<br>Investigative privilege<br>Contains information subject to privacy rights of victims who are not parties to this suit |
| Box #2<br>P-008863<br>Thru<br>P-008890 | File folder entitled "[Victim name]/Jane Doe #8" containing meta-analysis of all phone, travel, and grand jury data related to that victim/witness for indictment preparation | Work product<br>6(e)<br>Investigative privilege<br>Contains information subject to privacy rights of victims who are not parties to this suit |
| Box #2<br>P-008891<br>Thru<br>P-009103 | File folder entitled "Certified Copy of State Case" containing certified copy of Epstein state criminal cases and change of plea transcript [not being withheld as privileged – copy provided to opposing counsel] | |
| Box #2<br>P-009104<br>Thru<br>P-009111 | File folder entitled "Meeting Timeline" containing Villafaña typed notes summarizing meetings with opposing counsel prepared at request of R. Alexander Acosta, with handwritten correction and typed guideline estimate | Work product<br>Deliberative process |
| Box #2<br>P-009112<br>Thru<br>P-009113 | 11/26/2008 Email from Roy Black to A. Marie Villafaña and Karen Atkinson re Jeffrey Epstein (work release)<br>[pursuant to Court's Order, not being withheld as privileged – will be produced to opposing counsel upon lift of stay by 11th Circuit] | |
| Box #2<br>P-009114<br>Thru<br>P-009115 | 7/3/2008 Email from A. Marie Villafaña to Col. M. Gauger at PBSO re Epstein work release with attachment [not being withheld as privileged – produced to opposing counsel] | |
| Box #2<br>P-009116<br>Thru<br>P-009125 | 12/6/2007 Letter from Jeffrey Sloman to Jay P. Lefkowitz re Jeffrey Epstein (victim notification) [pursuant to Court's Order, not being withheld as privileged – will be produced to opposing counsel upon lift of stay by 11th Circuit]) | |

| Bates Range | Description | Privilege(s) Asserted |
|---|---|---|
| Box #2 P-009126 Thru P-009134 | File folder entitled "[Victim name]/Jane Doe #9" containing meta-analysis of all phone, travel, and grand jury data related to that victim/witness for indictment preparation | Work product 6(e) Investigative privilege Contains information subject to privacy rights of victims who are not parties to this suit |
| Box #2 P-009135 Thru P-009141 | File folder entitled "[Victim name]/Jane Doe #13" containing meta-analysis of all phone, travel, and grand jury data related to that victim/witness for indictment preparation | Work product 6(e) Investigative privilege Contains information subject to privacy rights of victims who are not parties to this suit |
| Box #2 P-009141A Thru P-009141C | File folder entitled "[Victim name]/Jane Doe #12" containing meta-analysis of all phone, travel, and grand jury data related to that victim/witness for indictment preparation | Work product 6(e) Investigative privilege Contains information subject to privacy rights of victims who are not parties to this suit |
| Box #2 P-009142 Thru P-009152 | File folder entitled "Adriana 'Mucinka' Ross" containing meta-analysis of all phone, travel, and grand jury data related to that individual for indictment preparation | Work product 6(e) Investigative privilege Contains information subject to privacy rights of victims who are not parties to this suit |
| Box #2 P-009153 Thru P-009156 | File folder entitled "Nadia Marcinkova" containing meta-analysis of all phone, travel, and grand jury data related to that individual for indictment preparation | Work product 6(e) Investigative privilege Contains information subject to privacy rights of victims who are not parties to this suit |
| Box #2 P-009157 Thru P-009208 | File folder entitled "[Victim name]/Jane Doe #1" containing meta-analysis of all phone, travel, and grand jury data related to that victim/witness for indictment preparation | Work product 6(e) Investigative privilege Contains information subject to privacy rights of victims who are not parties to this suit |
| Box #2 P-009209 Thru P-009213 | File folder entitled "[Victim name]/Jane Doe #2" containing meta-analysis of all phone, travel, and grand jury data related to that victim/witness for indictment preparation | Work product 6(e) Investigative privilege Contains information subject to privacy rights of victims who are not parties to this suit |

| Bates Range | Description | Privilege(s) Asserted |
|---|---|---|
| Box #2<br>P-009214<br>Thru<br>P-009271 | File folder entitled "[Victim name]/Jane Doe #3" containing meta-analysis of all phone, travel, and grand jury data related to that victim/witness for indictment preparation | Work product<br>6(e)<br>Investigative privilege<br>Contains information subject to privacy rights of victims who are not parties to this suit |
| Box #2<br>P-009272<br>Thru<br>P-009354 | File folder entitled "Purpose of Travel Cases" containing attorney research and handwritten notes | Work product |
| Box #2<br>P-009355<br>Thru<br>P-009403 | File folder entitled "Interstate Commerce Cases" containing attorney research and handwritten notes | Work product |
| Box #2<br>P-009404<br>Thru<br>P-009536 | File folder entitled "Attorney Conflict Research" containing attorney research and handwritten notes | Work product |
| Box #2<br>P-009537<br>Thru<br>P-009574 | File folder entitled "Mann Act/Travel to Have Sex w/Minor" containing attorney research and handwritten notes | Work product |
| Box #2<br>P-009575<br>Thru<br>P-009603 | File folder entitled "Travel Act" containing attorney research and handwritten notes | Work Product |
| Box #2<br>P-009604<br>Thru<br>P-009711 | File folder entitled "Florida Prostitution/Lewdness Statutes" containing attorney research and handwritten notes | Work Product |
| Box #2<br>P-009712<br>Thru<br>P-009819 | Booklet entitled "Attorney General Guidelines for Victim and Witness Assistance" [not being withheld as privileged – produced to opposing counsel] | |
| Box #2<br>P-009820<br>Thru<br>P-009965 | File folder entitled "Corporate Liability Rsrch" containing attorney research and handwritten notes | Work Product |
| Box #2<br>P-009966<br>Thru<br>P-010096 | File folder entitled "Research re Knowledge of Age Unnecessary" containing attorney research and handwritten notes and copy of grand jury subpoena | Work Product<br>6(e) |

| Bates Range | Description | Privilege(s) Asserted |
|---|---|---|
| Box #2<br>P-010097<br>Thru<br>P-010276 | File folder entitled "Money Laundering" containing attorney research and handwritten notes | Work Product |
| Box #2<br>P-010277<br>Thru<br>P-010394 | File folder entitled "1960 & Aiding/Abetting" containing attorney research and handwritten notes | Work Product |
| Box #2<br>P-010395<br>Thru<br>P-010488 | File folder entitled "18 USC § 2255 Cases" containing attorney research and handwritten notes | Work Product |
| Box #2<br>P-010489<br>Thru<br>P-010509 | File folder entitled "Research re Overt Acts & Witness Testimony" containing attorney research and handwritten notes | Work Product |
| Box #2<br>P-010510<br>Thru<br>P-010525 | File folder entitled "Extradition" containing attorney research and handwritten notes | Work Product |
| Box #2<br>P-010526<br>Thru<br>P-010641 | File folder entitled "Rsrch re Crime Victims Rights" containing attorney research, handwritten notes, draft victim notification letter, and draft correspondence to Jay Lefkowitz<br>(Also contains a November 28, 2007 letter from Kenneth Starr to Alice S. Fisher; and a November 29, 2007 letter from Jay Lefkowitz to R. Alexander Acosta (P-010528 thru P-010530 and P-010556 thru P-010559). Pursuant to the Court's Order, these will be produced to opposing counsel upon lift of stay by 11th Circuit) | Work Product<br>Deliberative Process |
| Box #2<br>P-010642<br>Thru<br>P-01650 | File folder entitled "Immunity" containing attorney research on granting immunity to witnesses | Work Product |
| Box #2<br>P-010651<br>Thru<br>P-010659 | File folder entitled "Research re G.J. Transcript" containing attorney research and draft pleadings re compelling production of grand jury transcript with subpoena | Work Product<br>6(e)<br>Deliberative process |
| Box #2<br>P-010660<br>Thru<br>P-010757 | File folder entitled "Research re GJ Transcript" containing grand jury subpoena, 6(e) letters, attorney research and correspondence related to subpoena | Work Product<br>6(e) |

| Bates Range | Description | Privilege(s) Asserted |
|---|---|---|
| Box #2 P-010758 Thru P-010793 | File folder entitled "Original Proposed Ind." containing draft indictment | Work Product 6(e) Deliberative process |
| Box #2 P-010794 Thru P-010829 | File folder entitled "Epstein" containing sample indictments and attorney research re potential charges with attorney notes | Work Product |
| Box #2 P-010830 Thru P-010853 | File folder entitled "1591 & Money Laundering" containing attorney research and handwritten notes | Work Product |
| Box #2 P-010854 Thru P-010876 | File folder entitled "18 USC 2425" containing attorney research and handwritten notes | Work Product |
| Box #2 P-010877 Thru P-010920 | File folder entitled "Knowledge of Age" containing attorney research and handwritten notes | Work Product |
| Box #2 P-010921 Thru P-011049 | File folder entitled "2423(b) Constitutionality and Purpose of Travel" containing attorney research and handwritten notes | Work Product |
| Box #2 P-011050 Thru P-011212 | File folder entitled "Mistake not a Defense" containing attorney research and handwritten notes | Work Product |
| Box #2 P-011213 Thru P-011237 | File folder entitled "Research re 'Pandering'" containing attorney research and handwritten notes | Work Product |
| Box #2 P-011238 Thru P-011319 | File folder entitled "Research re Grand Jury Instructions" containing attorney research and handwritten notes | Work Product 6(e) |
| Box #2 P-011320 Thru P-011361 | File folder entitled "Telephone = Facility of Commerce" containing attorney research and handwritten notes | Work Product |
| Box #2 P-011362 Thru P-011374 | File folder entitled "Def of Prostitution" containing attorney research and handwritten notes | Work Product |

| Bates Range | Description | Privilege(s) Asserted |
|---|---|---|
| Box #2<br>P-011375<br>Thru<br>P-011456 | File folder entitled "Relevant Florida Statutes" containing attorney research and handwritten notes | Work Product |
| Box #2<br>P-011457<br>Thru<br>P-011626 | File folder entitled "Unit of Prosecution Research" containing attorney research and handwritten notes | Work Product |
| Box #3<br>P-011627<br>Thru<br>P-011662 | File folder entitled "Attorney Notes" containing attorney handwritten and typed notes | Work Product |
| Box #3<br>P-011663<br>Thru<br>P-011698 and<br>P-012189 thru<br>P-012361<br>(gap was<br>scanning error) | File folder entitled "Drafts" containing draft indictments with attorney handwritten notes, draft internal memoranda, relevant witness interview reports and grand jury material and attorney handwritten notes | 6(e)<br>Work Product<br>Deliberative Process<br>Investigative Privilege<br>Contains information subject to privacy rights of victims who are not parties to this |
| Box #3<br>P-011699<br>Thru<br>P-011777 | File folder entitled "6/9/09 Signed Indictment" containing signed indictment package dated 6/9/2009 with corrections | 6(e)<br>Work product<br>Deliberative process |
| Box #3<br>P-011778<br>Thru<br>P-011788 | File folder entitled "6/12/09 Victim Notif. Log" containing chart with victim contact information and attorney notes regarding dates and type of contacts | Work product |
| Box #3<br>P-011789<br>Thru<br>P-011879 | File folder entitled "Breach Memo" containing memorandum analyzing breach of Non-Prosecution Agreement with attachments | Work product<br>Deliberative process |
| Box #3<br>P-011880<br>Thru<br>P-011922 | File folder entitled "Overt Act Lists" containing handwritten notes cross-checking all overt acts alleged in draft indictment by victim and typed overt act summary charts for indictment preparation | Work product<br>Attorney-client privilege<br>Deliberative process<br>6(e) |

| Bates Range | Description | Privilege(s) Asserted |
|---|---|---|
| Box #3 P-011923 Thru P-011966 | Folder entitled "Responses to Arguments from JE Counsel" containing: <br> ■ 7/13/2007 letter from Lilly Ann Sanchez to Andrew Lourie with handwritten attorney (Lourie) notes; <br> ■ 6/25/2007 letter from Gerald Lefcourt to Jeffrey Sloman, Matt Menchal, Andrew Lourie, and Marie Villafaña with handwritten attorney (Villafaña) notes; <br> ■ 6/25/2007 email from Andrew Lourie to Matt Menchel and Marie Villafaña entitled "Thoughts on Lefcourt's letter" <br> Handwritten and typed attorney (Villafaña) notes regarding main themes raised by Epstein counsel | Work product Deliberative process 6(e) Attorney-Client Privilege |
| Box #3 P-011967 Thru P-012016 | Composition book entitled "Operation Leap Year" containing attorney handwritten notes regarding investigation and case strategy | Work product Investigative privilege 6(e) Contains information subject to privacy rights of victims who are not parties to this litigation |
| Box #3 P-012017 Thru P-012055 | Motion of Jeffrey Epstein to Intervene and to Quash Grand Jury Subpoenas and Incorporated Memorandum of Law | 6(e) |
| Box #3 P-012056 Thru P-012088 | Affidavit of Roy Black, Esq. in Support of Motion of Jeffrey Epstein to Intervene and to Quash Grand Jury Subpoenas | 6(e) |
| Box #3 P-012089 Thru P-012129 | United States' Response to Motion of Jeffrey Epstein to Intervene and to Quash Grand Jury Subpoenas and Cross-Motion to Compel | 6(e) |
| Box #3 P-012130 Thru P-012150 | Declaration of Joseph Recarey | 6(e) |
| Box #3 P-012151 Thru P-012167 | Ex Parte Declaration Number One in Support of United States' Response to Motion to Quash Subpoenas | 6(e) Investigative Privilege Also contains information subject to privacy rights of victims who are not parties to this litigation |

| Bates Range | Description | Privilege(s) Asserted |
|---|---|---|
| Box #3<br>P-012168<br>Thru<br>P-012170 | Ex Parte Declaration Number Two in Support of United States' Response to Motion to Quash Subpoenas | 6(e)<br>Investigative Privilege |
| Box #3<br>P-012171<br>Thru<br>P-012173 | Supplement to Ex Parte Declaration Number One in Support of United States' Response to Motion to Quash Subpoenas | 6(e)<br>Investigative Privilege<br>Also contains information subject to privacy rights of victims who are not parties to this litigation |
| Box #3<br>P-012174<br>Thru<br>P-012176 | Draft of September 2009 letter from Marie Villafaña to Roy Black regarding breach of Non Prosecution Agreement with handwritten attorney (Villafaña) notes | Work Product<br>Attorney-Client Privilege<br>Deliberative Process |
| Box #3<br>P-012177<br>Thru<br>P-012178 | Undated handwritten attorney (Villafaña) notes regarding negotiations and allegations | Work Product<br>Attorney-Client Privilege<br>Deliberative Process |
| Box #3<br>P-012179<br>Thru<br>P-012188 | File Folder entitled "FBI G.J. Log" containing copy of FBI grand jury subpoena log with attorney (Villafaña) handwritten notes | 6(e)<br>Work Product<br>Investigative Privilege<br>Also contains information subject to privacy rights of victims who are not parties to this litigation |
| Box #3<br>P-012362<br>Thru<br>P-012451 | File folder entitled "Key Documents" containing correspondence between AUSA and case agent regarding indictment prep questions, victim identification information, corrections to draft indictment, indictment preparation timeline, key grand jury material | 6(e)<br>Work Product<br>Attorney-Client privilege<br>Investigative Privilege<br>Also contains information subject to privacy rights of victims who are not parties to this litigation |
| Box #3<br>P-012451<br>Thru<br>P-012452 | File folder entitled "Victim List" containing list of victims with dates of birth and age information | Work Product<br>Investigative Privilege<br>Also contains information subject to privacy rights of victims who are not parties to this litigation |

| Bates Range | Description | Privilege(s) Asserted |
|---|---|---|
| Box #3<br>P-012453<br>Thru<br>P-012623 | Complete indictment package marked "Originals 12/12/07" | Work-product<br>Deliberative process<br>6(e)<br>Also contains documents subject to investigative privilege<br>Also contains documents subject to privacy rights of victims who are not parties to this litigation |
| Box #3<br>P-012624<br>Thru<br>P-012653 | Folder entitled "(Victims) Additional 302's" containing reports of interviews conducted in June 2007, October 2007, and March 2008. | Investigative Privilege<br>Also contains documents subject to privacy rights of victims who are not parties to this litigation |
| Box #3<br>P-012654<br>Thru<br>P-012864 | 3-ring binder entitled "Child Molesters: A Behavioral Analysis" with attorney (Villafaña) handwritten notes | Work-product |
| Box #3<br>P-012865<br>Thru<br>P-013226 | Indictment preparation binder containing: witness/victim list with identifying information, sexual activity summary, telephone call summary chart, attorney (Villafaña) handwritten notes, 302s, portions of state investigative file, attorney (Villafaña) typed notes, relevant pieces of grand jury materials, telephone records/flight records analysis charts, victim/witness photographs, DAVID records, NCICs, and related materials for persons identified as Jane Does #9, 10, 11, 12, 13, 14 | Work Product<br>Deliberative Process<br>6(e)<br>Also contains documents subject to investigative privilege<br>Also contains documents subject to privacy rights of victims who are not parties to this litigation |
| Box #3<br>P-013227 | April 23, 2008 Memo from Jeffrey Sloman to Office of Professional Responsibility re Self Reporting, Corrected Version of the previously submitted April 21, 2008 Letter to OPR | Privacy Act |
| Box #3<br>P-013226<br>Thru<br>P-013230 | April 21, 2008 Letter from Jeffrey Sloman to Office of Professional Responsibility re Self Reporting | Privacy Act |
| Box #3<br>P-013231<br>Thru<br>P-013239 | April 22, 2008 Letter from A. Marie Villafaña to Office of Professional Responsibility re Self-Report of Allegation of Conflict of Interest | Privacy Act |

| Bates Range | Description | Privilege(s) Asserted |
|---|---|---|
| Box #3<br>P-013240<br>Thru<br>P-013247 | April 21, 2008 Letter from Jeffrey Sloman to Office of Professional Responsibility re Self Reporting with attachments | Privacy Act |
| Box #3<br>P-013248<br>Thru<br>P-013251 | Emails between Richard Sudder, Assistant General Counsel, Executive Office for United States Attorneys, and Benjamin Greenberg, First Assistant U.S. Attorney, Southern District of Florida, regarding Formal Notice of Office-wide Recusal of Southern District of Florida dated August 24 and August 29, 2011 | Attorney-Client Privilege |
| Box #3<br>P-013252<br>Thru<br>P-013253 | Emails between Richard Sudder, Assistant General Counsel, Executive Office for United States Attorneys, and Benjamin Greenberg, First Assistant U.S. Attorney, Southern District of Florida, regarding Recusal matter, dated July 28, August 3, and August 24, 2011 | Attorney-Client Privilege |
| Box #3<br>P-013254<br>Thru<br>P-013257 | Emails between Richard Sudder, Assistant General Counsel, Executive Office for United States Attorneys, and Benjamin Greenberg, First Assistant U.S. Attorney, Southern District of Florida, regarding Formal Notice of Office-wide Recusal of Southern District of Florida dated August 24 and August 29, 2011 | Attorney-Client Privilege |
| Box #3<br>P-013258<br>Thru<br>P-013259 | Emails between Richard Sudder, Assistant General Counsel, Executive Office for United States Attorneys, and Benjamin Greenberg, First Assistant U.S. Attorney, Southern District of Florida, regarding Formal Notice of Office-wide Recusal of Southern District of Florida dated July 28 and August 3, 2011 | Attorney-Client Privilege |
| Box #3<br>P-013260<br>Thru<br>P-013262 | Email from Richard Sudder, Assistant General Counsel, Executive Office for United States Attorneys, to Wifredo Ferrer (U.S. Attorney, SDFL), Robert O'Neill (U.S. Attorney, MDFL), Benjamin Greenberg, (FAUSA, SDFL), and Lee Bentley (FAUSA, MDFL) regarding Formal Notice of Office-wide Recusal of Southern District of Florida dated August 24, 2011.  CC's David Margolis (ODAG), Jay Macklin (USAEO), Thomas Anderson (USAEO), Michelle Tapken (USAEO), James Read (USAEO) | Attorney-Client Privilege |

| Bates Range | Description | Privilege(s) Asserted |
|---|---|---|
| Box #3<br>P-013263<br>Thru<br>P-013271 | Emails between Richard Sudder, Assistant General Counsel, Executive Office for United States Attorneys, and Benjamin Greenberg, First Assistant U.S. Attorney, Southern District of Florida, regarding recusal of Southern District of Florida, dated July 29, 2011, with attached memorandum from A. Marie Villafaña to Benjamin Greenberg summarizing Jeffrey Epstein Investigation | Attorney-Client Privilege<br>Deliberative Process<br>Work Product |
| Box #3<br>P-013272<br>Thru<br>P-013278 | Emails between Peter Mason, Executive Office for United States Attorneys, and Dexter Lee, Southern District of Florida, seeking advice regarding office-wide recusal, dated December 16 and 17, 2010, with attached letter from Paul Cassell to Wifredo A. Ferrer, dated December 10, 2010 | Attorney-Client Privilege |