## SUPPLEMENTAL PRIVILEGE LOG

| Bates Range | Description | Privilege(s) Asserted |
|---|---|---|
| Suppl. Box #3 P-013279 Thru P-013280 | 8/15/08 Emails between A. Acosta and A. Marie Villafaña, R. Senior, D. Lee and K. Atkinson re proposed correspondence to Jay Lefkowitz | Attorney-Client Privilege Work Product |
| Suppl. Box #3 P-013281 | Handwritten note re Epstein investigation | Attorney-Client Privilege Work Product Investigative privilege Also contains information subject to privacy rights of victims who are not parties to this litigation |
| Suppl. Box #3 P-013282 Thru P-013283 | 7/9/08 Email from A. Marie Villafaña to A. Acosta, J. Sloman, K. Atkinson, and FBI re proposed response to Goldberger letter re victim notification | Attorney-Client Privilege Work product Deliberative Process |
| Suppl. Box #3 P-013284 | 7/10/08 Emails between J. Sloman and A. Marie Villafaña, K. Atkinson, and FBI re proposed response to Goldberger's letter re victim notification | Attorney-Client Privilege Work Product Deliberative Process |
| Suppl. Box #3 P-013285 Thru P-013289 | File folder entitled "8/5/08 AMCV e-mail re correct agrmt" containing 8/5/08 email from A. Marie Villafaña to A. Acosta, J. Sloman, R. Senior, K. Atkinson re "Jeffrey Epstein Agreement" discussing 6/24/08 email from A. Marie Villafaña to R. Black and J. Goldberger concerning the binding nature of the Agreement | Attorney-Client Privilege Work Product Deliberative Process |
| Suppl. Box #3 P-013290 Thru P-013292 | File folder entitled "8/14/08 E-mail from Lefk to AMCV" containing (undated) emails from A. Marie Villafaña to R. Senior, J. Sloman, A. Acosta, K. Atkinson, D. Lee re draft response to 8/14/08 email from J. Lefkowitz regarding "the December 2007 proposal" | Attorney-Client Privilege Work Product |

| Bates Range | Description | Privilege(s) Asserted |
|---|---|---|
| Suppl. Box #3 P-013293 Thru P-013299 | File folder entitled "8/15/08 AMCV e-mail re Agrmt" containing 8/15/08 e-mails from A. Marie Villafaña to A. Acosta, J. Sloman, R. Senior, K. Atkinson, D. Lee re follow up on Agreement and from A. Acosta to Ann Marie Villafana on issue of Special Master with attached 8/15/08 emails from A. Marie Villafaña to A. Acosta, J. Sloman, R. Senior, K. Atkinson, D. Lee re Agreement; 8/15/08 email from J. Lefkowitz to A. Marie Villafana, K. Atkinson, R. Black, M. Weinberg re Agreement; 8/14/08 emails from A. Marie Villafaña to J. Lefkowitz, K. Atkinson, R. Black re interpretation of Agreement; email from J. Lefkowitz to A. Marie Villafaña, K. Atkinson re questions re Agreement; email from A. Marie Villafaña to J. Lefkowitz, K. Atkinson re production of Agreement to victims | Attorney-Client Privilege Work Product Deliberative Process |
| Suppl. Box #3 P-013300 Thru P-0133303 | File folder entitled "8/18/08 Lefkowitz Ltr to AMCV" containing A. Marie Villafaña's handwritten draft notes for proposed letter to J. Lefkowitz; 5/22/07 e-mail from A. Lourie to M. Menchel, J. Sloman, A. Marie Villafaña re meeting with G. Lefcourt with attached email from G. Lefcourt re solicitation for meetings | Attorney-Client Privilege Work Product |
| Suppl. Box #3 P-013304 Thru P-013325 | File folder entitled "6/25/07 Lefcourt to Sloman & Lourie containing 6/25/07 letter (with handwritten notes by A. Marie Villafaña) from G. Lefcourt to J. Sloman, M. Menchel, A. Lourie, A. Marie Villafaña addressing reasons for not prosecuting Epstein; handwritten outline by A. Marie Villafaña of possible response to letter | Attorney-Client Privilege Work Product |
| Suppl. Box #3 P-013326 Thru P-013329 | File folder entitled "9/17/07 Villafaña to Lefkowitz containing 9/17/07 e-mail from A. Marie Villafaña to R. Garcia, A. Lourie and from R. Garcia to A. Marie Villafaña concerning status of plea negotiations | Attorney-Client Privilege Work Product |
| Suppl. Box #3 P-013330 Thru P-013333 | File folder entitled "11/8/07 Lefkowitz to Sloman" containing 11/8/07 letter from J. Lefkowitz re issues arising during pendency of matter with attorney handwritten notes | Attorney-Client Privilege Work Product |
| Suppl. Box #3 P-013334 Thru P-013337 | File folder entitled "11/13/07 Sloman to Lefkowitz (was this sent?)" containing draft 11/13/07 letter from J. Sloman responding to J. Lefkowitz's letter | Attorney-Client Privilege Work Product |

| Bates Range | Description | Privilege(s) Asserted |
|---|---|---|
| Suppl. Box #3 P-013338 Thru 013341 | File folder entitled "12/6/07 Sloman to Lefkowitz" containing 12/5/07 faxed letter w/ cover sheet from K. Starr and J. Lefkowitz to A. Acosta | [Not considered privileged. Will be produced to opposing counsel upon lifting of stay] |
| Suppl. Box #3 P-013342 Thru P-013350 | File folder entitled "12/05/07 Starr to Acosta" containing drafts of 11/30/07 letters from A. Acosta to K. Starr and from J. Sloman to J. Lefkowitz re performance and victim notification with handwritten notes and edits by A. Marie Villafaña | Attorney-Client Privilege Work Product Deliberative Process |
| Suppl. Box #3 P-13351 Thru P-013361 | File folder entitled "12/21/07 Lefkowitz to Acosta" containing handwritten notes by A. Marie Villafaña, 12/21/07 letter from J. Lefkowitz to A. Acosta re performance of NPA and appeal to Washington with attorney handwritten notes | Attorney-Client Privilege Work Product |
| Suppl. Box #3 P-013362 Thru P-013366 | File folder labeled "12/26/07 Lefkowitz to Acosta" containing 2 copies of draft letter from A. Acosta to J. Lefkowitz (with 12/28/07 fax header) | Attorney-Client Privilege Work Product Deliberative Process |
| Suppl. Box #3 P-013367 Thru P-013372 | File folder labeled "Draft ltr from Sloman to Lefkowitz re termination" containing draft letter dated "April , 2008" from J. Sloman to J. Lefkowitz concerning the compliance with the Agreement | Attorney-Client Privilege Work Product |
| Suppl. Box #3 P-013373 Thru P-013503 | File folder labeled "6/3/08 Sloman Submission to the DAG" containing 6/3/08 letter from J. Sloman to Mark Filip, Office of the DAG, cc'd to R. Senior, A. Marie Villafaña, K. Atkinson, re Jeffrey Epstein, detailing events concerning the Agreement and thereafter and with relevant attachments | Attorney-Client Privilege Deliberative Process Work Product Investigative privilege |
| Suppl. Box #3 P-013504 Thru P-013507 | File folder labeled "Mtg w/ Ken Starr, RAA, JS, Drew" containing handwritten notes by A. Marie Villafaña | Attorney-Client Privilege Work Product |
| Suppl. Box #3 P-013508 Thru P-013514 | File folder labeled "Internal Corr." containing 11/28/07 e-mails from J. Sloman to A. Marie Villafaña re responding to 11/28/07 e-mail from J. Lefkowitz to J. Sloman regarding victim notification with attachments | Attorney-Client Privilege Work Product |

| Bates Range | Description | Privilege(s) Asserted |
|---|---|---|
| Suppl. Box #3 P-013515 Thru P-013525 | Draft 11/30/07 letter from A. Acosta to K. Starr cc'd to J. Sloman and A. Marie Villafaña re compliance with Agreement and internal emails from J. Sloman, A. Acosta, and A. Lourie re items to address in letter | Attorney-Client Privilege Work Product Deliberative Process |
| Suppl. Box #3 P-013526 Thru P-013527 | 5/23/07 e-mail from A. Marie Villafaña to K. Atkinson re draft proposed internal e-mail about handling of case and attached email correspondence between Andrew Lourie and G. Lefcourt | Attorney-Client Privilege Work Product Deliberative Process |
| Suppl. Box #3 P-013528 Thru P-013530  P-013532 Thru P-013537 | Handwritten notes by A. Marie Villafana dated 9/21 re telephone conference with possible victim representative, conflict check with names and email listed, list of names of potential victim representatives, payment discussion, and guideline calculation, email containing contact info for potential victim representative, draft Non Prosecution Agreement dated 9/10/07 4:17 pm | Work Product |
| Suppl. Box #3 P-013531 | Typed note addressed to "Dear David" re response to grand jury subpoena | 6(e) Investigative privilege |
| Suppl. Box #3 P-013538 Thru P-013553 | File folder labeled "Notes Re Post-Agreement Communications" containing handwritten notes by A. Marie Villafaña | Work Product Deliberative Process |
| Suppl. Box #3 P-013554 Thru | File folder labeled "E-mails Re Plea Negotiations" containing:<br>■ 11/28/07 e-mail from A. Lourie to A. Marie Villafaña, A. Oosterbaan, R. Garcia re non-prosecution agreement, with attached correspondence;<br>■ 9/19/07 e-mail from A. Marie Villafaña to A. Lourie, R. Garcia, K. Atkinson re negotiating strategy, with attached correspondence;<br>■ 9/18/07 e-mail from A. Marie Villafaña to A. Acosta, A. Lourie, R. Garcia, K. Atkinson, J. McMillan re negotiating strategy;<br>■ 9/17/07 e-mail from A. Marie Villafaña to A. Acosta re negotiation;<br>■ 9/17/07 e-mail from A. Marie Villafaña to R. Garcia, A. Acosta, A. Lourie, K. Atkinson, J. McMillan re negotiations;<br>■ 9/17/07 e-mail from A. Marie Villafana to | Attorney-Client Privilege Work Product Deliberative Process Investigative Privilege |

| Bates Range | Description | Privilege(s) Asserted |
|---|---|---|
| | R. Garcia, A. Lourie re negotiation strategy;<br>■ 9/14/07 e-mail from A. Marie Villafaña to J. Sloman, A. Acosta, R. Garcia, A. Lourie, K. Atkinson, S. Ball re proposed plea agreement and Information;<br>■ 9/14/07 e-mail from A. Marie Villafaña to J. Sloman, A. Acosta, A. Lourie, R. Garcia, K. Atkinson, J. McMillan, S. Ball re plea negotiations;<br>■ 9/13/07 e-mail from A. Marie Villafaña to K. Atkinson, S. Ball, J. McMillan re indictment package;<br>■ 9/13/07 e-mail from A. Marie Villafaña to A. Oosterbaan re trust agreement with attached correspondence;<br>■ 9/13/07 e-mail from A. Marie Villafaña to A. Oosterbaan re trust agreement;<br>■ 9/13/07 e-mail from A. Marie Villafaña to R. Garcia, J. Sloman re conference call with J. Lefkowitz;<br>■ 9/13/07 e-mail from A. Marie Villafaña to A. Lourie re plea negotiations with attached correspondence;<br>■ 9/13/07 e-mail from A. Marie Villafaña to A. Lourie re charging strategy with attached correspondence;<br>■ 9/13/07 e-mail from A. Marie Villafaña to K. Atkinson, S. Ball, J. McMillan re indictment package;<br>■ 9/13/07 e-mail from A. Marie Villafaña to A. Acosta, J. Sloman, R. Garcia, K. Atkinson, A. Lourie re plea negotiations;<br>■ 9/11/07 e-mail from A. Marie Villafaña to A. Lourie re meeting w/ G. Lefcourt with attached correspondence;<br>■ 9/11/07 e-mail from A. Marie Villafaña to A. Lourie re revised Agreement with attached correspondence;<br>■ 9/11/07 e-mail from A. Marie Villafaña to J. Sloman re non-prosecution agreement edits with attached correspondence;<br>■ 9/11/07 e-mail from A. Marie Villafaña to A. Oosterbaan re status of negotiations with attached correspondence; | |

| Bates Range | Description | Privilege(s) Asserted |
|---|---|---|
| | ■ 9/10/07 e-mail from A. Marie Villafaña to J. Sloman re negotiations; 9/10/07 e-mail from A. Marie Villafaña to J. Sloman, J. McMillan re state grand jury proceedings;<br>■ 9/17/07 e-mail from A. Acosta to A. Marie Villafaña, R. Garcia, A. Lourie, K. Atkinson, J. McMillan re draft Agreement with attached correspondence;<br>■ 9/14/07 e-mail from J. Sloman to A. Marie Villafaña, A. Acosta, R. Garcia, A. Lourie, K. Atkinson, S. Ball, re finalizing documents;<br>■ 9/14/07 e-mail from A. Lourie to A. Marie Villafaña re charging strategy with attached correspondence;<br>■ 9/13/07 e-mail from A. Oosterbaan to A. Marie Villafaña re setting up trust fund;<br>■ 9/13/07 e-mail from A. Lourie to A. Marie Villafaña re final negotiations with attached correspondence;<br>■ 9/11/07 e-mail from A. Lourie to A. Marie Villafaña re scheduling a meeting regarding finalizing the agreement with attached correspondence;<br>■ 9/11/07 e-mail from J. Sloman to A. Marie Villafaña re non-prosecution agreement edits with attached correspondence;<br>■ 9/11/07 e-mail from J. Sloman to A. Marie Villafaña re non-prosecution agreement edits with attached correspondence;<br>■ 9/11/07 e-mail from A. Oosterbaan to A. Marie Villafaña re negotiations with attached correspondence;<br>■ 9/17/07 e-mail from A. Marie Villafaña to R. Garcia, A. Lourie re negotiation strategy | |
| Suppl. Box #3<br>P-013609<br>Thru<br>P-013615 | File folder entitled "[] Target Letter" containing copy of signed letter and contact info for counsel for target | 6(e)<br>Investigative Privilege |

| Bates Range | Description | Privilege(s) Asserted |
|---|---|---|
| Suppl. Box #3 P-013616 Thru P-013621 | File folder entitled "Atty Notes re Revised Indictment" containing handwritten notes by A. Marie Villafaña | Attorney-Client Privilege Deliberative Process Work Product Investigative Privilege Also contains information subject to privacy rights of victims who are not parties to this litigation |
| Suppl. Box #3 P-013622 Thru P-013643 | File folder entitled "Research Re Possible Misdemeanors" containing attorney research | Work product |
| Suppl. Box #3 P-013644 Thru P-013653 | File folder entitled "Notes Re Plea Negotiations" containing 9/17/07 e-mail from A. Marie Villafaña to J. Richards, N. Kuyrkendall re status update; undated and typed handwritten notes by A. Marie Villafaña re items to be completed on case, strength of case, victim interviews, summary of evidence, guidelines calculations | Attorney-Client Privilege Work Product Deliberative Process Investigative privilege Also contains information subject to privacy rights of victims who are not parties to this litigation |
| Suppl. Box #3 P-013654 Thru P-013745 | File folder entitled "Plea Agreement Drafts" containing several draft plea agreements some with handwritten notes by A. Marie Villafaña; copies of draft non-prosecution agreement some with handwritten notes by A. Marie Villafaña; copy of a draft Information | Attorney-Client Privilege Work Product Deliberative Process |
| Suppl. Box #3 P-0013747 Thru P-013810 | File folder entitled "Draft Non-Prosecution Agreements" containing several draft non-prosecution agreements some with handwritten notes by A. Marie Villafaña; plea sheet State Circuit Court; copies of draft Information; draft plea proffer; draft motion and order to seal; draft penalty sheet; draft plea agreement | Attorney-Client Privilege Work Product Deliberative Process |
| Suppl. Box 3 P-013811 Thru P-013833 | File folder entitled "Information Packet Drafts" containing several drafts of Informations, and complete draft Information packet | Attorney-Client Privilege Work Product Deliberative Process |
| Suppl. Box 3 P-013834 Through P-013835 | Two pages of filed document, D.E. 62, page 2 of 54 and page 6 of 54, containing handwritten attorney notes | atty work-product |

| Bates Range | Description | Privilege(s) Asserted |
|---|---|---|
| Suppl. Box 3 P-013836 Thru P-013837 | Palm Beach Daily News Article, "Attorneys want Jeffrey Epstein Agreement Thrown Out," with attorney's notes written on margin | Atty work-product |
| Suppl. Box 3 P-013838 Thru P-013841 | Letter from Paul Cassell to Wifredo A. Ferrer, December 10, 2010, Subject: Request for Investigation of Jeffrey Epstein Prosecution, with underlines, written notes, and comments by DOJ attorney | Atty work-product |
| Suppl. Box 3 P-013842 | Email from Dexterr Lee to Ruth Plagenhoef (OPR), February 25, 2011, 4:31 p.m., Re: Request for OPR Investigation – Jeffrey Epstein Non-Prosecution Agreement | Atty work-product Atty-client privilege |
| Suppl. Box 3 P-013843 Thru P-013844 | E-mail, Marie Villafana to Andrew Lourie, Rolando Garcia, and Karen Atkinson, September 19, 2007, 4:33 p.m., RE: Plea Agreement | Atty work-product atty-client privilege |
| Suppl. Box 3 P-013845 Thru P-013846 | E-mail, Andrew Lourie to Marie Villafana, September 19, 2007, 4:21 p.m., RE: Epstein, with internal U.S. Attorney's Office e-mails attached | Atty work-product |
| Suppl. Box 3 P-013847 Thru P-013849 | E-mail, Marie Villafana to Andrew Lourie, Rolando Garcia, and Karen Atkinson, September 18, 2007, 11:43 a.m., RE: Draft Agreements?, with e-mail from Jay Lefkowitz (September 18, 2007, 11:09 a.m.) attached | Atty work-product |
| Suppl. Box 3 P-013850 | E-mail, Marie Villafana to Alex Acosta, Andrew Lourie, Rolando Garcia, Karen Atkinson, and John McMillan, September 18, 2007, 9:31 a.m., RE: Epstein Negotiations | Atty work-product |
| Suppl. Box 3 P-013851 Thru P-013853 | E-mail, Marie Villafana to Rolando Garcia and Andrew Lourie, September 17, 2007, 10:35 a.m., RE: Epstein [providing update re plea negotiations] | Atty work-product |
| Suppl. Box 3 P-013854 | E-mail, Marie Villafana to Andrew Oosterbaan, September 13, 2007, 8:10 p.m., RE: Epstein, with e-mail from Andrew Oosterbaan (September 13, 2007, 7:54 p.m.), attached | Atty work-product |
| Suppl. Box 3 P-013855 | E-mail, Marie Villafana to Jeff Sloman and Andrew Lourie, September 10, 2007, 5:24 p.m., RE: FBI | Atty work-product Atty-client privilege |
| Suppl. Box 3 P-013856 Thru P-013857 | E-mail, Marie Villafana to Jeff Sloman, September 6, 2007, 5:47 p.m., RE: Epstein, with e-mail from Jeff Sloman (September 6, 2007, 5:35 p.m.), attached | Atty work-product Atty-client privilege |

| Bates Range | Description | Privilege(s) Asserted |
|---|---|---|
| Suppl. Box 3 P-013858 | Email, Marie Villafana to Jeff Sloman, September 6, 2007, 9:29 a.m., Re: Meeting on Friday | atty work-product |
| Suppl. Box 3 P-013859 Through P-013860 | Email, Gerald Lefcourt to Marie Villafana, Lilly Ann Sanchez, Roy Black, re: Jeffrey Epstein | [Not considered privileged. Will be produced to opposing counsel upon lifting of stay] |
| Suppl. Box 3 P-013861 Thru P-013865 | E-mail, Marie Villafana to Matthew Menchel, July 13, 2007, 3:14 p.m., RE: Epstein, with e-mail from Menchel (July 5, 2007, 3:30 p.m.), Villafana to Menchel (July 4, 2007, 5:16 p.m.), and Sloman to Villafana (July 3, 2007, 1:47 p.m.), attached | Atty work-product atty-client privilege |
| Suppl. Box 3 P-013866 | E-mail, Marie Villafana to Jeff Sloman, Matthew Menchel, Andrew Lourie, Karen Atkinson, and Shawn Ball, July 3, 2007, 6:26 a.m., RE: Epstein | Atty work-product |
| Suppl. Box 3 P-013867 Thru P-013868 | E-mail, Marie Villafana to Matthew Menchel, June 21, 2007, 3:24 p.m., RE: Meeting Next Week, with e-mails from Menchel to Villafana (June 21, 2007, 2:58 p.m.), and Villafana to Menchel (June 21, 2007, 1:37 p.m.), attached | Atty work-product |
| Suppl. Box 3 P-013869 | E-mail, Marie Villafana to Matthew Menchel, Jeff Sloman, Andrew Lourie, and Karen Atkinson, June 18, 2007, 5:04 p.m., RE: Epstein | Atty work-product |
| Suppl. Box 3 P-013870 Thru P-013871 | E-mail, Andrew Lourie to Marie Villafana, May 24, 2007, 9:25 a.m., FW: Jeffrey Epstein, with e-mail from Gerald Lefcourt to Andrew Lourie (May 23, 2007, 5:00 p.m.), Andrew Lourie to Gerald Lefcourt (May 22, 2007, 6:32 p.m.), and Gerald Lefcourt to Andrew Lourie Marie Villafana, and Lilly Ann Sanchez (May 22, 2007, 2:05 p.m.), attached | Atty work-product |
| Suppl. Box 3 P-013872 | E-mail, Andrew Lourie to Matthew Menchel, Jeff Sloman, and Marie Villafana, May 22, 2007, 3:11 p.m., FW: Jeffrey Epstein, with e-mail from Lefcourt to Lourie, Villafana, and Lilly Ann Sanchez (May 22, 2007, 2:05 p.m.), attached | Atty work-product |
| Suppl. Box 3 P-013873 | E-mail Menchel to Villafana and Lourie, May 14, 2007, 10:52 a.m., RE: Operation Leap Year, with e-mail from Villafana to Lourie and Menchel (May 14, 2007, 10:38 a.m.), attached | Atty work-product |

| Bates Range | Description | Privilege(s) Asserted |
|---|---|---|
| Suppl. Box 3 P-013874 Through P-013875 | Inadvertently marked as privileged, will be produced | |
| Suppl. Box 3 P-013876 Thru P-013877 | E-mail, Villafana to Lourie, Garcia, and Atkinson, September 19, 2007, 4:33 p.m., RE: Draft Plea Agreement, with e-mail from Lefkowitz to Villafana (September 19, 2007, 3:44 p.m.), and Lefkowitz to Villafana (September 19, 2007, 3:35 p.m.) attached | Atty work-product |
| Suppl. Box 3 P-013878 Thru P-013879 | E-mail, Lourie to Villafana, September 19, 2007, 4:21 p.m., RE: Epstein, with e-mails from Villafana to Lourie and Garcia (September 19, 2007, 4:13 p.m.), Villafana to Lourie and Garcia (September 19, 2007, 4:05 p.m.), and Lourie to Villafana and Garcia (September 19, 2007, 3:50 p.m.), Villafana to Lourie (September 19 2007, 2:36 p.m.), Lourie to Villafana (September 19, 2007, 2:33 p.m.), and Villafana to Lourie and Garcia (September 19, 2007, 2:31 p.m.), attached | Atty work-product |
| Suppl. Box 3 P-013880 Thru P-013882 | E-mail, Villafana to Lourie, Garcia, and Atkinson, September 18, 2007, 11:43 a.m., RE: Draft Agreements?, with e-mails from Villafana to Lourie, Garcia and Atkinson (September 18, 2007, 11:18 a.m.), Lefkowitz to Villafana (September 18, 2007, 11:09 a.m.), and Villafana to Lefkowitz (September 18, 2007, 9:14 a.m.), ande Lefkowitz to Villafana (September 18, 2007, 8:59 a.m.), attached | Atty work-product |
| Suppl. Box 3 P-013883 | E-mail, Villafana to Acosta, Lourie, Garcia, Atkinson, and McMillan, September 18, 2007, 9:31 a.m., RE: Epstein Negotiations | Atty work-product |
| Suppl. Box 3 P-013884 Thru P-013886 | E-mail, Villafana to Garcia and Lourie, September 17, 2007 10:35 a.m., RE: Epstein, with e-mail from Garcia (September 17, 2007, 10:26 a.m.), attached | Atty work-product |
| Suppl. Box 3 P-013887 | E-mail, Marie Villafana to Andrew Oosterbaan, September 13, 2007, 8:10 p.m., RE: Epstein, with e-mail from Andrew Oosterbaan (September 13, 2007, 7:54 p.m.), attached | Atty work-product |
| Suppl. Box 3 P-013888 | E-mail, Marie Villafana to Jeff Sloman and Andrew Lourie, September 10, 2007, 5:24 p.m., RE: FBI | Atty work-product Atty-client privilege |

| Bates Range | Description | Privilege(s) Asserted |
|---|---|---|
| Suppl. Box 3 P-013889 Thru P-013890 | E-mail, Marie Villafana to Jeff Sloman, September 6, 2007, 5:47 p.m., RE: Epstein, with e-mail from Jeff Sloman (September 6, 2007, 5:35 p.m.), attached | Atty work-product Atty-client privilege |
| Suppl. Box 3 P-013891 | Email, Marie Villafana to Jeff Sloman, September 6, 2007, 9:29 a.m., Re: Meeting on Friday | atty work-product |
| Suppl. Box 3 P-013892 Through P-013893 | Email, Gerald Lefcourt to Marie Villafana, Lilly Ann Sanchez, Roy Black, re: Jeffrey Epstein | [Not considered privileged. Will be produced to opposing counsel upon lifting of stay] |
| Suppl. Box 3 P-013894 Thru P-013898 | E-mail, Marie Villafana to Matthew Menchel, July 13, 2007, 3:14 p.m., RE: Epstein, with e-mail from Menchel (July 5, 2007, 3:30 p.m.), Villafana to Menchel (July 4, 2007, 5:16 p.m.), and Sloman to Villafana (July 3, 2007, 1:47 p.m.), attached | Atty work-product atty-client privilege |
| Suppl. Box 3 P-013899 | E-mail, Marie Villafana to Jeff Sloman, Matthew Menchel, Andrew Lourie, Karen Atkinson, and Shawn Ball, July 3, 2007, 6:26 a.m., RE: Epstein | Atty work-product |
| Suppl. Box 3 P-013900 Thru P-013901 | E-mail, Marie Villafana to Matthew Menchel, June 21, 2007, 3:24 p.m., RE: Meeting Next Week, with e-mails from Menchel to Villafana (June 21, 2007, 2:58 p.m.), and Villafana to Menchel (June 21, 2007, 1:37 p.m.), attached | Atty work-product |
| Suppl. Box 3 P-013902 | E-mail, Marie Villafana to Matthew Menchel, Jeff Sloman, Andrew Lourie, and Karen Atkinson, June 18, 2007, 5:04 p.m., RE: Epstein | Atty work-product |
| Suppl. Box 3 P-013903 Thru P-013904 | E-mail, Andrew Lourie to Marie Villafana, May 24, 2007, 9:25 a.m., FW: Jeffrey Epstein, with e-mail from Gerald Lefcourt to Andrew Lourie (May 23, 2007, 5:00 p.m.), Andrew Lourie to Gerald Lefcourt (May 22, 2007, 6:32 p.m.), and Gerald Lefcourt to Andrew Lourie Marie Villafana, and Lilly Ann Sanchez (May 22, 2007, 2:05 p.m.), attached | Atty work-product |
| Suppl. Box 3 P-013905 | E-mail, Andrew Lourie to Matthew Menchel, Jeff Sloman, and Marie Villafana, May 22, 2007, 3:11 p.m., FW: Jeffrey Epstein, with e-mail from Lefcourt to Lourie, Villafana, and Lilly Ann Sanchez (May 22, 2007, 2:05 p.m.), attached | Atty work-product |

| Bates Range | Description | Privilege(s) Asserted |
|---|---|---|
| Suppl. Box 3 P-013906 | E-mail Menchel to Villafana and Lourie, May 14, 2007, 10:52 a.m., RE: Operation Leap Year, with e-mail from Villafana to Lourie and Menchel (May 14, 2007, 10:38 a.m.), attached | Atty work-product |
| Suppl. Box 3 P-013907 Through P-013908 | Inadvertently marked as privileged, will be produced | |
| Suppl. Box 3 P-013909 Thru P-013911 | Memorandum, Lisa Howard, Assistant Counsel, U.S. Department of Justice, Office of Professional Responsibility (OPR), to Ruth Plagenhoef, Acting Associate Counsel, OPR, undated, Subject: Recommendation | Deliberative Process Privilege; atty work-product |
| Suppl. Box 3 P-013912 Thru P-013914 | Memorandum, Lisa Howard, Assistant Counsel, OPR, to Ruth Plagenhoef, Acting Associate Counsel, OPR, Subject: Recommendation, with handwritten note dated 5/4/11 | Deliberative Process Privilege, atty work-product |
| Suppl. Box 3 P-013915 Thru P-013918 | Memorandum, Lisa Howard, Assistant Counsel, OPR, to Ruth Plagenhoef, Acting Associate Counsel, OPR, Subject: Recommendation, with two post-it notes attached with handwritten attorney notations, and handwritten notations, underlines, and circled text throughout the body of the two page memorandum | Deliberative Process Privilege; atty work-product |
| Suppl. Box 3 P-013919 Thru P-013921 | Draft letter, marked "Confidential", from Robin C. Ashton, Counsel, Office of Professional Responsibility to Wifredo A. Ferrer, United States Attorney, with handwritten corrections, strikethroughs, and added text | Deliberative Process Privilege Attorney Work Product |
| Suppl. Box 3 P-013922 Thru P-013924 | Draft Letter, marked "Confidential", from Robin C. Ashton, to Wifredo A. Ferrer, with handwritten corrections | Deliberative Process Privilege Attorney Work Product |
| Suppl. Box 3 P-013925 Thru P-013927 | Draft Letter, from Robin C. Ashton to Professor Paul G. Cassell, with handwritten correction | Deliberative Process Privilege Attorney Work Product |
| Suppl. Box 3 P-013928 Thru P-013930 | Draft Letter, from Robin C. Ashton to Professor Paul G. Cassell, with handwritten corrections | Deliberative Process Privilege Attorney Work Product |
| Suppl. Box 3 P-013931 Thru P-013933 | Draft Letter, from Robin C. Ashton to Professor Paul G. Cassell, with handwritten corrections, circled text, strikethroughs, and additional text | Deliberative Process Privilege Attorney Work Product |

| Bates Range | Description | Privilege(s) Asserted |
|---|---|---|
| Suppl. Box 3 P-013934 Thru P-013936 | Draft Letter, marked "Confidential," from Robin C. Ashton to Wifredo A. Ferrer, with handwritten corrections | Deliberative Process Privilege Attorney Work Product |
| Suppl. Box 3 P-013937 Thru P-013939 | Draft Letter, Robin C. Ashton to Professor Paul G. Cassell, with handwritten corrections | Deliberative Process Privilege Attorney Work Product |
| Suppl. Box 3 P-013940 Thru P-013942 | Draft Letter, marked "Confidential: To Be Opened by Addressee Only," Robin C. Ashton to Wifredo A. Ferrer, with handwritten corrections | Deliberative Process Privilege Attorney Work Product |
| Suppl. Box 3 P-013943 | E-mail, Ruth Plagenhoef to Lisa Howard, May 5, 2011, 11:19 a.m., RE: Re-write of Epstein letters for your review, with e-mail from Lisa Howard to Ruth Plagenhoef (May 5, 2011, 11:08 a.m.), and Plagenhoef to Howard (May 5, 2011, 11:10 a.m.), and Howard to Plagenhoef (May 5, 2011, 10:41 a.m.), attached | Deliberative Process Privilege Attorney Work Product |
| Suppl. Box 3 P-013944 | E-mail, Plagenhoef to Howard, May 5, 2011, 11:17 a.m., RE: Re-write of Epstein letters for your review, with e-mail from Howard to Plagenhoef (May 5, 2011, 11:08 a.m.), Plagenhoef to Howard (May 5, 2011, 11:01 a.m.), and Howard to Plagenhoef (May 5, 2011, 10:41), attached | Deliberative Process Privilege |
| Suppl. Box 3 P-013945 | E-mail, Plagenhoef to Howard, May 4, 2011, 5:01 p.m., RE: draft letters in Epstein matter, with e-mail from Howard to Plagenhoef (May 4, 2011, 4:57 p.m.), attached | Deliberative Process Privilege |
| Suppl. Box 3 P-013946 | E-mail, Plagenhoef to Robin C. Ashton, May 4, 2011, 4:08 p.m., RE: FYI on the Florida matter | Law Enforcement investigatory record, atty work product; deliberative process privilege |
| Suppl. Box 3 P-013947 | E-mail, Paul Cassell to Plagenhoef, May 3, 2011, 12:23 p.m., RE: OPR Inquiry – request for information, with post-it note attached with handwritten attorney notes on telephone call between Plagenhoef and Howard with Dexter Lee and Marie Villafana | atty work product; law enforcement investigatiory record |
| Suppl. Box 3 P-013948 Thru P-013951 | E-mail, Plagenhoef to Howard and Robin C. Ashton, May 3, 2011, 12:30 p.m., FW: OPR Inquiry – request for information, with attached e-mails. Handwritten attorney notes on margin | atty work-product |

| Bates Range | Description | Privilege(s) Asserted |
|---|---|---|
| Suppl. Box 3 P-013952 Thru P-013953 | E-mail, Dexter Lee to Ruth Plagenhoef, March 16, 2011, 10:52 a.m., RE: Referral of Cassell Request for Investigation, with e-mail from Paul Cassell to Dexter Lee and Marie Villafana (March 15, 2011, 7:21 p.m.), attached | atty work-product; atty-client privilege |
| Suppl. Box 3 P-013954 Thru P-013955 | E-mail, Plagenhoef to Neil Hurley, OPR, December 16, 2010, 10:59 a.m., FW: OPR Referral – Allegation of Misconduct – U.S. Attorney's Office, S.D.Fla., with e-mail from Dexter Lee to Plagenhoef (December 16, 2010, 10:22 a.m.), attached.  Handwritten attorney notations. | atty work-product, atty-client privilege |
| Suppl. Box 3 P-013956 Thru P-013846 | Fourteen (14) pages of handwritten attorney notes on case, telephone interviews with DOJ attorneys | atty work-product |