UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-80736-Civ-Marra/Johnson

JANE DOE #1 and JANE DOE #2

    v.

UNITED STATES
_____/

### JANE DOE #1 AND JANE DOE #2'S NOTICE OF FILING OF OBJECTIONS TO PRIVLEGE LOG

COME NOW Jane Doe #1 and Jane Doe #2 (also referred to as "the victims"), by and through undersigned counsel, to give notice of their filing of objections to the Government's two privilege logs (DE 212 and DE 216). The objections are attached hereto. The victims are filing these objections concurrently with a motion to compel production of the materials at issue.

    <u>DATED: August 16, 2013</u>

                                                    Respectfully Submitted,

                                                    <u>/s/ Bradley J. Edwards</u>
                                                    Bradley J. Edwards
                                                    FARMER, JAFFE, WEISSING,
                                                    EDWARDS, FISTOS & LEHRMAN, P.L.
                                                    425 North Andrews Avenue, Suite 2
                                                    Fort Lauderdale, Florida 33301
                                                    Telephone (954) 524-2820
                                                    Facsimile (954) 524-2822
                                                    Florida Bar No.: 542075
                                                    E-mail: brad@pathtojustice.com

                                                    *and*

                                                    Paul G. Cassell
                                                    *Pro Hac Vice*

1

S.J. Quinney College of Law at the
  University of Utah
332 S. 1400 E.
Salt Lake City, UT 84112
Telephone: 801-585-5202
Facsimile: 801-585-6833
E-Mail: cassellp@law.utah.edu

*Attorneys for Jane Doe #1 and Jane Doe #2*

## CERTIFICATE OF SERVICE

I certify that the foregoing document was served on August 16, 2013, on the following using the Court's CM/ECF system:

Dexter Lee
A. Marie Villafaña
500 S. Australian Ave., Suite 400
West Palm Beach, FL 33401
(561) 820-8711
Fax: (561) 820-8777
E-mail: Dexter.Lee@usdoj.gov
E-mail: ann.marie.c.villafana@usdoj.gov

*Attorneys for the Government*

Roy Black, Esq.
Jackie Perczek, Esq.
Black, Srebnick, Kornspan & Stumpf, P.A.
201 South Biscayne Boulevard, Suite 1300
Miami, FL 33131
Email: pleading@royblack.com
(305) 37106421

Jay P. Lefkowitz
 Kirkland & Ellis, LLP
601 Lexington Avenue
New York, NY 10022
Email: lefkowitz@kirkland.com
(212) 446-4970

Martin G. Weinberg, P.C.
20 Park Plaza, Suite 1000
Boston, MA 02116
Email: owlmgw@att.net
(617) 338-9538

*Criminal Defense Counsel for Jeffrey Epstein*

/s/ Bradley J. Edwards