# EXHIBIT A

## PRIVILEGE LOG – WITH VICTIMS' OBJECTIONS

**PRIVILEGE LOG – WITH VICTIMS' OBJECTIONS**
**Key to Objections (linking to Victims' Motion to Compel Production of Docments that Are Not Privileged)**

| **Objection** | **Abbreviation** |
|---|---|
| *General Objections --* | |
| Inadequate Privilege Log | Inadequate Log |
| Failure to Prove Factual Underpinnings of Privilege Claim | No Factual Underpinnings |
| Waiver of Confidentiality | Waiver |
| Government's Fiduciary Duty to Crime Victims Bars Privilege | Fiduciary Duty |
| Communications Facilitating Crime-Fraud-Misconduct Not Covered | Crime-Fraud-Misconduct |
| Factual Materials Not Covered | Factual Materials |
| Documents Not Prepared in Anticipation of CVRA Litigation | Not in Anticipation of Litigation |
| *Attorney Client Objections -* | |
| Ordinary Governmental Communications Not Covered | Ordinary Government Communication |
| Attorney-Client Relationship Not Established | No Attorney-Client Relationship |
| *Deliberative Process Objections -* | |
| Privilege Not Properly Invoked | Improper Invocation |
| Final Decision Exempted from Privilege | Final Decision |
| Qualified Privilege Overridden By the Victims' Need for the Documents | Overriding Need |
| *Investigative Privilege -* | |
| Privilege Not Properly Invoked | Improper Invocation |
| Qualified Privilege Overridden By the Victims' Need for the Documents | Overriding Need |
| *Work Product Doctrine* | |
| No Work Product Doctrine in the Context of a Claim Against Public Prosecutors | Claims Against Public Prosecutor |
| Qualified Privilege Overridden By the Victims' Need for the Documents | Overriding Need |
| Work Production Privilege Does No Apply When the Attorney's Conduct is at Issue | Attorney Conduct at Issue |
| *Rule 6(e)* | |
| Court-Authorized Disclosure Not Covered Under Rule 6(e)(3)(E) | Court Authorized Under 6(e)(3)(E) |
| The Court Has Inherent Power to Release Grand Jury Materials | Court Inherent Power to Release |
| Victims Have Properly Petitioned for the Release of Grand Jury | Proper Victim's Petition |
| The CVRA Gives the Court Authority to Release Grand Jury Materials | CVRA-authorized release |

Grand Jury Materials Can Be Severed from Other Materials                Material Severable
    *The Privacy Rights of Other Victims*
Government Redaction Can Resolve Privacy Concerns                        Redaction
No Assertion of Privacy Rights by Other Victims                         No Assertion by Victims
      *Privacy Act*
The Privacy Act Does Not Apply to Court-Compelled Disclosures for Discovery   Court-Compelled Disclosure

| Bates Range | Description | Privilege(s) Asserted | Victims' Objections |
|---|---|---|---|
| Box #1 P-000001 thru P-000039 | File folder entitled "CORR RE GJ SUBPOENAS" containing correspondence related to various grand jury subpoenas and attorney (Villafaña) handwritten notes | 6(e) Work Product | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Not in Anticipation of Litigation; Claims Against Public Prosecutor; Overriding Need; Attorney Conduct at Issue; Factual Materials; Court Authorized Under 6(e)(3)(E); Court Inherent Power to Release; Proper Victim's Petition; CVRA-authorized release; Material Severable; Overriding Need |
| Box #1 P-000040 thru P-000549 | Operation Leap Year Grand Jury Log containing subpoenas OLY-01 through OLY-81, correspondence and research related to enforcement of same, documents produced in response to some subpoenas; and attorney (Villafaña) handwritten notes | 6(e) Work Product Contains documents subject to investigative privilege Also contains documents subject to privacy rights of victims who are not parties to this litigation | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Factual Materials; Not in Anticipation of Litigation; Improper Invocation; Overriding Need; Claims Against Public Prosecutor; Attorney Conduct at Issue; Factual Materials; Court Authorized Under 6(e)(3)(E); Court Inherent Power to Release; Proper Victim's Petition; CVRA-authorized release; Material Severable; Redaction; No Assertion by Victims; Overriding Need |

| Bates Range | Description | Privilege(s) Asserted | Victims' Objections |
|---|---|---|---|
| Box #1 P-000550 thru P-000621 | File folder entitled "Ritz Compact Flash SW" containing copies of a sealed search warrant application, warrant, and supporting documents | 6(e) Contains information subject to investigative privilege Also contains information subject to privacy rights of victims who are not parties to this litigation | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Factual Materials; Not in Anticipation of Litigation; Improper Invocation; Overriding Need; Factual Materials; Court Authorized Under 6(e)(3)(E); Court Inherent Power to Release; Proper Victim's Petition; CVRA-authorized release; Material Severable; Redaction; No Assertion by Victims |
| Box #1 P-000622 thru P-000693 | File folder entitled "PNY Technologies Compact Flash SW" containing copies of a sealed search warrant application, warrant, and supporting documents | 6(e) Contains information subject to investigative privilege Also contains information subject to privacy rights of victims who are not parties to this litigation | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Factual Materials; Not in Anticipation of Litigation; Improper Invocation; Overriding Need; Factual Materials; Court Authorized Under 6(e)(3)(E); Court Inherent Power to Release; Proper Victim's Petition; CVRA-authorized release; Material Severable; Redaction; No Assertion by Victims |
| Box #1 P-000694 thru P-000781 | File folder entitled "JE Corporations" containing attorney research on Epstein-owned corporations and prior litigation | Work Product Contains information subject to investigative privilege | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Not in Anticipation of Litigation; Improper Invocation; Overriding Need; Claims Against Public Prosecutor; Attorney Conduct at Issue; Overriding Need |
| Box #1 P-000782 thru P-000803 | File folder entitled "Capital One" containing subpoena and correspondence | 6(e) | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Factual Materials; Court Authorized Under 6(e)(3)(E); Court Inherent Power to Release; Proper Victim's Petition; CVRA-authorized release; Material Severable |

| Bates Range | Description | Privilege(s) Asserted | Victims' Objections |
|---|---|---|---|
| Box #1 P-000804 thru P-000854 | File folder entitled "DTG Operations/Dollar Rent-a-Car" containing subpoena and responsive documents | 6(e) Contains documents and information subject to investigative privilege Also contains documents and information subject to privacy rights of victims who are not parties to this litigation | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Factual Materials; Not in Anticipation of Litigation; Improper Invocation; Overriding Need; Factual Materials; Court Authorized Under 6(e)(3)(E); Court Inherent Power to Release; Proper Victim's Petition; CVRA-authorized release; Material Severable; Redaction; No Assertion by Victims |
| Box #1 P-000855 thru P-000937 | File folder entitled "JP Morgan Chase" containing subpoena, correspondence, and responsive documents | 6(e) Contains documents and information subject to investigative privilege | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Not in Anticipation of Litigation; Improper Invocation; Overriding Need; Factual Materials; Court Authorized Under 6(e)(3)(E); Court Inherent Power to Release; Proper Victim's Petition; CVRA-authorized release; Material Severable |
| Box #1 P-000938 thru P-000947 | File folder entitled "Washington Mutual" containing subpoena, correspondence, and responsive documents | 6(e) Contains documents and information subject to investigative privilege | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Not in Anticipation of Litigation; Improper Invocation; Overriding Need; Factual Materials; Court Authorized Under 6(e)(3)(E); Court Inherent Power to Release; Proper Victim's Petition; CVRA-authorized release; Material Severable |
| Box #1 P-000948 thru P-000982 | File folder entitled "Computer Search &" containing legal research on computer search and handwritten notes on indictment preparation | Work Product Attorney-Client Contains information subject to investigative privilege.  Also contains information subject to privacy rights of victims who are not parties to this litigation | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Factual Materials; Not in Anticipation of Litigation; Ordinary Government Communication; No Attorney-Client Relationship; Improper Invocation; Overriding Need; Claims Against Public Prosecutor; Attorney Conduct at Issue; Redaction; No Assertion by Victims |

| Bates Range | Description | Privilege(s) Asserted | Victims' Objections |
|---|---|---|---|
| Box #1 P-000983 thru P-001007 | File folder entitled "Attorney Notes from Document Review" containing typed and handwritten attorney (Villafaña) notes, target letters, correspondence re grand jury subpoena | Work product 6(e) Contains information subject to investigative privilege. Also contains information subject to privacy rights of victims who are not parties to this litigation | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Factual Materials; Not in Anticipation of Litigation; Improper Invocation; Overriding Need; Claims Against Public Prosecutor; Attorney Conduct at Issue; Factual Materials; Court Authorized Under 6(e)(3)(E); Court Inherent Power to Release; Proper Victim's Petition; CVRA-authorized release; Material Severable; Redaction; No Assertion by Victims |
| Box #1 P-001008 thru P-001056 | File folder entitled "Notes from Fed Ex Records" containing handwritten and typed attorney (Villafaña) notes and screen shots of FedEx subpoena response electronic file | Work Product 6(e) Contains information subject to investigative privilege. Also contains information subject to privacy rights of victims who are not parties to this litigation | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Factual Materials; Not in Anticipation of Litigation; Improper Invocation; Overriding Need; Claims Against Public Prosecutor; Attorney Conduct at Issue; Factual Materials; Court Authorized Under 6(e)(3)(E); Court Inherent Power to Release; Proper Victim's Petition; CVRA-authorized release; Material Severable; Redaction; No Assertion by Victims |
| Box #1 P-001057 thru P-001959 | File folder entitled "Colonial Bank Records" containing records received in response to grand jury subpoena | 6(e) Contains information subject to investigative privilege | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Not in Anticipation of Litigation; Improper Invocation; Overriding Need; Factual Materials; Court Authorized Under 6(e)(3)(E); Court Inherent Power to Release; Proper Victim's Petition; CVRA-authorized release; Material Severable |

| Bates Range | Description | Privilege(s) Asserted | Victims' Objections |
|---|---|---|---|
| Box #1 P-001960 Thru P-002089 | File folder entitled "OLY Grand Jury Log Vol 2: OLY-51 THROUGH" containing subpoenas numbered OLY-51 through OLY-81 with related correspondence | 6(e) Contains information subject to investigative privilege. Also contains information subject to privacy rights of victims who are not parties to this litigation | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Factual Materials; Not in Anticipation of Litigation; Improper Invocation; Overriding Need; Factual Materials; Court Authorized Under 6(e)(3)(E); Court Inherent Power to Release; Proper Victim's Petition; CVRA-authorized release; Material Severable; Redaction; No Assertion by Victims |
| Box #1 P-002090 Thru P-002169 | File folder entitled "Epstein Corporate Records: OLY-51, OLY-52, OLY-53, OLY-54" containing subpoenas, records received in response to subpoenas, and related correspondence | 6(e) Contains information and documents subject to investigative privilege | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Not in Anticipation of Litigation; Improper Invocation; Overriding Need; Factual Materials; Court Authorized Under 6(e)(3)(E); Court Inherent Power to Release; Proper Victim's Petition; CVRA-authorized release; Material Severable |
| Box #1 P-002170 Thru P-002246 | File folder entitled "Colonial Bank" containing subpoenas, correspondence related to subpoenas, records received in response to subpoenas | 6(e) Contains information and documents subject to investigative privilege | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Not in Anticipation of Litigation; Improper Invocation; Overriding Need; Factual Materials; Court Authorized Under 6(e)(3)(E); Court Inherent Power to Release; Proper Victim's Petition; CVRA-authorized release; Material Severable |
| Box #1 P-002247 Thru P-002265 | File folder entitled "JEGE & Hyperion from Goldberger OLY-46 & OLY-47" containing documents received in response to subpoenas | 6(e) Contains information and documents subject to investigative privilege | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Not in Anticipation of Litigation; Improper Invocation; Overriding Need; Factual Materials; Court Authorized Under 6(e)(3)(E); Court Inherent Power to Release; Proper Victim's Petition; CVRA-authorized release; Material Severable |

| Bates Range | Description | Privilege(s) Asserted | Victims' Objections |
|---|---|---|---|
| Box #1 P-002266 Thru P-002386 | Indictment preparation binder containing: Grand jury subpoena log, evidence/activity summary chart, witness/victim names and contact list, attorney (Villafaña) handwritten notes, 302s, portions of state investigative file, attorney (Villafaña) typed notes, of individuals listed as "Additional victims" | Work product 6(e) Contains information and documents subject to investigative privilege. Also contains information and documents subject to privacy rights of victims who are not parties to this litigation | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Factual Materials; Not in Anticipation of Litigation; Improper Invocation; Overriding Need; Claims Against Public Prosecutor; Attorney Conduct at Issue; Factual Materials; Court Authorized Under 6(e)(3)(E); Court Inherent Power to Release; Proper Victim's Petition; CVRA-authorized release; Material Severable |
| Box #1 P-002387 Thru P-002769 | Indictment preparation binder containing: Grand jury subpoena log, evidence/activity summary chart, witness/victim names and contact list, attorney (Villafaña) handwritten notes, 302s, portions of state investigative file, attorney (Villafaña) typed notes, relevant pieces of grand jury materials, telephone records/flight records analysis charts, victim/witness photographs, DAVID records, NCICs, and related materials for persons identified as Jane Does #15, 16, 17, 18, 19, Past Employees, Misc. Witnesses | Work product 6(e) Contains information and documents subject to investigative privilege. Also contains information and documents subject to privacy rights of victims who are not parties to this litigation | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Factual Materials; Not in Anticipation of Litigation; Improper Invocation; Overriding Need; Claims Against Public Prosecutor; Attorney Conduct at Issue; Factual Materials; Court Authorized Under 6(e)(3)(E); Court Inherent Power to Release; Proper Victim's Petition; CVRA-authorized release; Material Severable; Redaction; No Assertion by Victims |

| Bates Range | Description | Privilege(s) Asserted | Victims' Objections |
|---|---|---|---|
| Box #1<br>P-002770<br>Thru<br>P-003211 | Indictment preparation binder containing: witness/victim list with identifying information, sexual activity summary, telephone call summary chart, attorney (Villafaña) handwritten notes, 302s, portions of state investigative file, attorney (Villafaña) typed notes, relevant pieces of grand jury materials, telephone records/flight records analysis charts, victim/witness photographs, DAVID records, NCICs, and related materials for persons identified as Jane Does #1, 2, 3, 4, 5, 6, 7, 8 | Work product<br>6(e)<br>Contains information and documents subject to investigative privilege. Also contains information and documents subject to privacy rights of victims who are not parties to this litigation | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Factual Materials; Not in Anticipation of Litigation; Improper Invocation; Overriding Need; Claims Against Public Prosecutor; Attorney Conduct at Issue; Redaction; No Assertion by Victims |
| Box #1<br>P-003212<br>Thru<br>P-003545 | Indictment preparation binder containing meta-analysis charts of telephone/flight/grand jury information for a number of victim/witnesses, Nadia Marcinkova, and Adriana Mucinska | Work product<br>6(e)<br>Contains information and documents subject to investigative privilege. Also contains information and documents subject to privacy rights of victims who are not parties to this litigation | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Factual Materials; Not in Anticipation of Litigation; Improper Invocation; Overriding Need; Claims Against Public Prosecutor; Attorney Conduct at Issue; Factual Materials; Court Authorized Under 6(e)(3)(E); Court Inherent Power to Release; Proper Victim's Petition; CVRA-authorized release; Material Severable; Redaction; No Assertion by Victims |

| Bates Range | Description | Privilege(s) Asserted | Victims' Objections |
|---|---|---|---|
| Box #1 P-003546 Thru P-003552 | FBI Reports of March 2008 interviews of additional witness/victim located in New York | Work product 6(e) Contains information and documents subject to investigative privilege. Also contains information and documents subject to privacy rights of victims who are not parties to this litigation | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Factual Materials; Not in Anticipation of Litigation; Improper Invocation; Overriding Need; Claims Against Public Prosecutor; Attorney Conduct at Issue; Factual Materials; Court Authorized Under 6(e)(3)(E); Court Inherent Power to Release; Proper Victim's Petition; CVRA-authorized release; Material Severable; Redaction; No Assertion by Victims |
| Box #1 P-003553 Thru P-003555B | Printout of filenames from Federal Express subpoena response with Attorney notations | Work product 6(e) | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Not in Anticipation of Litigation; Claims Against Public Prosecutor; Overriding Need; Attorney Conduct at Issue; Factual Materials; Court Authorized Under 6(e)(3)(E); Court Inherent Power to Release; Proper Victim's Petition; CVRA-authorized release; Material Severable |
| Box #1 P-003556 Thru P-003562 | Document entitled "Identified Numbers" with accompanying handwritten attorney list compiled from grand jury materials and attorney analysis of records | Work product 6(e) Contains information subject to investigative privilege | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Not in Anticipation of Litigation; Improper Invocation; Overriding Need; Claims Against Public Prosecutor; Attorney Conduct at Issue; Factual Materials; Court Authorized Under 6(e)(3)(E); Court Inherent Power to Release; Proper Victim's Petition; CVRA-authorized release; Material Severable |

| Bates Range | Description | Privilege(s) Asserted | Victims' Objections |
|---|---|---|---|
| Box #1 P-003563 Thru P-003629 | Folder entitled "Flight Manifests" containing manifests received pursuant to grand jury subpoena | 6(e) Contains information and documents subject to investigative privilege | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Not in Anticipation of Litigation; Improper Invocation; Overriding Need; Factual Materials; Court Authorized Under 6(e)(3)(E); Court Inherent Power to Release; Proper Victim's Petition; CVRA-authorized release; Material Severable |
| Box #1 P-003630 Thru P-003633 | File folder entitled "Recent Attorney Notes" containing handwritten attorney (Villafaña) notes regarding document review and case strategy | Work product 6(e) Investigative privilege Deliberative process | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Not in Anticipation of Litigation; Improper Invocation; Overriding Need; Claims Against Public Prosecutor; Attorney Conduct at Issue; Factual Materials; Court Authorized Under 6(e)(3)(E); Court Inherent Power to Release; Proper Victim's Petition; CVRA-authorized release; Material Severable |
| Box #1 P-003634 Thru P-003646 | File folder bearing victim name containing FBI interview report from May 2008, telephone activity report with attorney (Villafanaña) handwritten notes, related grand jury material | Work product Attorney-client privilege 6(e) Investigative privilege Also contains information and documents subject to privacy rights of victims who are not parties to this litigation | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Factual Materials; Not in Anticipation of Litigation; Ordinary Government Communication; No Attorney-Client Relationship; Improper Invocation; Overriding Need; Claims Against Public Prosecutor; Attorney Conduct at Issue; Factual Materials; Court Authorized Under 6(e)(3)(E); Court Inherent Power to Release; Proper Victim's Petition; CVRA-authorized release; Material Severable; Redaction; No Assertion by Victims |

| Bates Range | Description | Privilege(s) Asserted | Victims' Objections |
|---|---|---|---|
| Box #1 P-003647 Thru P-003651 | File folder entitled "Summary of Sexual Activity" containing chart bearing handwritten title "Sexual Activity – Summary" with meta-analysis of information, sorted by name of each victim/witness, including name and identifying information of each victim/witness | Work product 6(e) Investigative privilege Deliberative process Also contains information and documents subject to privacy rights of victims who are not parties to this litigation | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Factual Materials; Not in Anticipation of Litigation; Improper Invocation; Overriding Need; Claims Against Public Prosecutor; Attorney Conduct at Issue; Factual Materials; Court Authorized Under 6(e)(3)(E); Court Inherent Power to Release; Proper Victim's Petition; CVRA-authorized release; Material Severable; Redaction; No Assertion by Victims |
| Box #1 P-003652 Thru P-003663 | File folder entitled "Victim Civil Suits" | Not privileged. Produced to counsel for Petitioners | N/A |
| Box #1 P-003664 Thru P-003678 | File folder entitled "Research re JE Websites" containing attorney research | Work product | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Not in Anticipation of Litigation; Claims Against Public Prosecutor; Overriding Need; Attorney Conduct at Issue |
| Box #1 P-003679 Thru P-003680 | File folder entitled "Serene Cano (N.Y. AUSA)" containing attorney (Villafaña) handwritten notes | Work product | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Not in Anticipation of Litigation; Claims Against Public Prosecutor; Overriding Need; Attorney Conduct at Issue |
| Box #1 P-003681 Thru P-003687 | File folder entitled "Dr. Anna Salter" containing attorney (Villafaña) memo to expert witness and handwritten attorney notes | Work product Investigative privilege | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Not in Anticipation of Litigation; Improper Invocation; Overriding Need; Claims Against Public Prosecutor; Attorney Conduct at Issue |

| Bates Range | Description | Privilege(s) Asserted | Victims' Objections |
|---|---|---|---|
| Box #1 P-003688 Thru P-003693 | File folder entitled "I[] G[] Interview" containing attorney handwritten notes of interview, and attorney handwritten notes regarding potential charges | Work product Investigative privilege Also contains information subject to privacy rights of victims who are not parties to this litigation | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Factual Materials; Not in Anticipation of Litigation; Improper Invocation; Overriding Need; Claims Against Public Prosecutor; Attorney Conduct at Issue; Redaction; No Assertion by Victims |
| Box #1 P-003694 Thru P-003711 | File folder entitled "Research re Travel for Prostitution" containing attorney (Villafaña) handwritten notes regarding grand jury presentation, chart entitled "Brought to Epstein's House" with handwritten notes, Message Pad meta-analysis chart, summary of evidence related to one victim/witness, and relevant grand jury information | Work product 6(e) Investigative privilege Also contains information and documents subject to privacy rights of victims who are not parties to this litigation | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Factual Materials; Not in Anticipation of Litigation; Improper Invocation; Overriding Need; Claims Against Public Prosecutor; Attorney Conduct at Issue; Factual Materials; Court Authorized Under 6(e)(3)(E); Court Inherent Power to Release; Proper Victim's Petition; CVRA-authorized release; Material Severable; Redaction; No Assertion by Victims |
| Box #1 P-003712 | Empty file folder bearing name of victim/witness | Investigative privilege Also contains information subject to privacy rights of victim who is not a party to this litigation | N/A |
| Box #1 P-003713 Thru P-003746 | File folder entitled "T[] M[]" containing grand jury subpoenas, motion and order to compel testimony, and correspondence regarding same | 6(e) Documents under seal pursuant to court order | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Factual Materials; Court Authorized Under 6(e)(3)(E); Court Inherent Power to Release; Proper Victim's Petition; CVRA-authorized release; Material Severable |
| Box #1 P-003747 Thru P-003751 | File folder entitled "Adriana Ross" containing subpoena and correspondence regarding same | 6(e) | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Factual Materials; Court Authorized Under 6(e)(3)(E); Court Inherent Power to Release; Proper Victim's Petition; CVRA-authorized release; Material Severable |

| Bates Range | Description | Privilege(s) Asserted | Victims' Objections |
|---|---|---|---|
| Box #1 P-003752 Thru P-004295 | File folder entitled "PBPD Investigative File" obtained via subpoena | 6(e) Investigative privilege Also contains information and documents subject to privacy rights of victims who are not parties to this litigation | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Factual Materials; Not in Anticipation of Litigation; Improper Invocation; Overriding Need; Factual Materials; Court Authorized Under 6(e)(3)(E); Court Inherent Power to Release; Proper Victim's Petition; CVRA-authorized release; Material Severable; Redaction; No Assertion by Victims |
| Box #1 P-004296 Thru P-004350 | File folder bearing name of victim/witness containing meta-analysis chart showing telephone calls, travel, and grand jury materials relevant to possible charges | Work product 6(e) Investigative privilege Also contains information and documents subject to privacy rights of victims who are not parties to this litigation | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Factual Materials; Not in Anticipation of Litigation; Improper Invocation; Overriding Need; Claims Against Public Prosecutor; Attorney Conduct at Issue; Factual Materials; Court Authorized Under 6(e)(3)(E); Court Inherent Power to Release; Proper Victim's Petition; CVRA-authorized release; Material Severable; Redaction; No Assertion by Victims |
| Box #1 P-004351 Thru P-004381 | File folder entitled "Daniel Gonzalez Documents 53909-004" containing attorney research related to bias issue | Work product | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Not in Anticipation of Litigation; Claims Against Public Prosecutor; Overriding Need; Attorney Conduct at Issue |
| Box #1 P-004382 Thru P-004478 | File Folder entitled "FEDEX" containing documents obtained via subpoena | 6(e) Investigative privilege | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Not in Anticipation of Litigation; Improper Invocation; Overriding Need; Factual Materials; Court Authorized Under 6(e)(3)(E); Court Inherent Power to Release; Proper Victim's Petition; CVRA-authorized release; Material Severable |

| Bates Range | Description | Privilege(s) Asserted | Victims' Objections |
|---|---|---|---|
| Box #1 P-004479 Thru P-004551 | File Folder entitled "State of Delaware Records" containing documents obtained in preparation for indictment | 6(e) Investigative privilege Work product | Inadequate Log No Factual Underpinnings; Fiduciary Duty; Not in Anticipation of Litigation; Improper Invocation; Overriding Need; Claims Against Public Prosecutor; Attorney Conduct at Issue; Factual Materials; Court Authorized Under 6(e)(3)(E); Court Inherent Power to Release; Proper Victim's Petition; CVRA-authorized release; Material Severable |
| Box #1 P-004552 Thru P-004555 | File folder entitled "Jet Blue Records" containing documents obtained via subpoena | 6(e) Work product Investigative privilege Also contains information and documents subject to privacy rights of victims who are not parties to this litigation | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Factual Materials; Not in Anticipation of Litigation; Improper Invocation; Overriding Need; Claims Against Public Prosecutor; Attorney Conduct at Issue; Factual Materials; Court Authorized Under 6(e)(3)(E); Court Inherent Power to Release; Proper Victim's Petition; CVRA-authorized release; Material Severable; Redaction; No Assertion by Victims |
| Box #1 P-004556 Thru P-004560 | File folder entitled "FL EMPLOYMENT RECORDS" containing FDLE records on targets and witnesses obtained at attorney request | Investigative privilege Work product | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Not in Anticipation of Litigation; Improper Invocation; Overriding Need; Claims Against Public Prosecutor; Attorney Conduct at Issue |
| Box #1 P-004561 Thru P-004565 | Filed folder entitled "JANUSZ BANASIAK" containing attorney (Villafaña) handwritten notes of interview | Work product Investigative privilege | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Not in Anticipation of Litigation; Improper Invocation; Overriding Need; Claims Against Public Prosecutor; Attorney Conduct at Issue |

| Bates Range | Description | Privilege(s) Asserted | Victims' Objections |
|---|---|---|---|
| Box #1 P-004566 Thru P-004716 | File folder entitled "JANUSZ BANASIAK RECORDS 23-0001 THROUGH 23-" containing documents obtained via subpoena | 6(e) Work product Investigative privilege Also contains information and documents subject to privacy rights of victims who are not parties to this litigation | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Factual Materials; Not in Anticipation of Litigation; Improper Invocation; Overriding Need; Claims Against Public Prosecutor; Attorney Conduct at Issue; Factual Materials; Court Authorized Under 6(e)(3)(E); Court Inherent Power to Release; Proper Victim's Petition; CVRA-authorized release; Material Severable; Redaction; No Assertion by Victims |
| Box #1 P-004717 Thru P-004722 | File folder entitled "IGOR ZINOVIEV" containing attorney research regarding witness | Work product Investigative privilege | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Not in Anticipation of Litigation; Improper Invocation; Overriding Need; Claims Against Public Prosecutor; Attorney Conduct at Issue |
| Box #1 P-004723 Thru P-004725 | File folder entitled "BEAR STEARNS RESEARCH" containing attorney research regarding potential witness and subpoena recipient | Work Product Investigative privilege | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Not in Anticipation of Litigation; Improper Invocation; Overriding Need; Claims Against Public Prosecutor; Attorney Conduct at Issue |
| Box #1 P-004726 Thru P-004819 | File folder entitled "LAWSUITS INVOLVING EPSTEIN CORP'S" containing attorney research regarding Epstein's past personal and business litigative practices | Work Product Investigative privilege | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Not in Anticipation of Litigation; Improper Invocation; Overriding Need; Claims Against Public Prosecutor; Attorney Conduct at Issue |
| Box #1 P-004820 Thru P-004959 | Filed folder entitled "SEC RECORDS" containing attorney research regarding Epstein financial relationships | Work Product Investigative privilege | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Not in Anticipation of Litigation; Improper Invocation; Overriding Need; Claims Against Public Prosecutor; Attorney Conduct at Issue |

| Bates Range | Description | Privilege(s) Asserted | Victims' Objections |
|---|---|---|---|
| Box #1 P-004960 Thru P-005059 | File folder entitled "Message Pads" containing selected items from evidence obtained via subpoena | Work Product 6(e) Investigative privilege Also contains information and documents subject to privacy rights of victims who are not parties to this litigation | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Factual Materials; Not in Anticipation of Litigation; Improper Invocation; Overriding Need; Claims Against Public Prosecutor; Attorney Conduct at Issue; Factual Materials; Court Authorized Under 6(e)(3)(E); Court Inherent Power to Release; Proper Victim's Petition; CVRA-authorized release; Material Severable; Redaction; No Assertion by Victims |
| Box #1 P-005060 Thru P-005081 | File folder bearing name of victim/witness containing correspondence with counsel for victim/witness, attorney witness outline with attorney handwritten notes, attorney handwritten notes regarding witness reports and case preparation | Work Product 6(e) Investigative privilege Also contains information and documents subject to privacy rights of victims who are not parties to this litigation | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Factual Materials; Not in Anticipation of Litigation; Improper Invocation; Overriding Need; Claims Against Public Prosecutor; Attorney Conduct at Issue; Factual Materials; Court Authorized Under 6(e)(3)(E); Court Inherent Power to Release; Proper Victim's Petition; CVRA-authorized release; Material Severable; Redaction; No Assertion by Victims |
| Box #1 P-005082 Thru P-005083 | File folder entitled "New York Trip" containing attorney notes re witness interview | Work product Investigative privilege | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Not in Anticipation of Litigation; Improper Invocation; Overriding Need; Claims Against Public Prosecutor; Attorney Conduct at Issue |
|  | P-005084 thru P-005107 are non responsive documents and have been removed |  | N/A |

| Bates Range | Description | Privilege(s) Asserted | Victims' Objections |
|---|---|---|---|
| Box #1 P-005108 Thru P-005193 | File folder entitled "ANNA SALTER" containing attorney research on select expert, use of experts at trials in child exploitation cases, and additional research materials on offenders and victims | Work product Investigative privilege | Inadequate Log; Fiduciary Duty; Factual Materials; Not in Anticipation of Litigation; Improper Invocation; Overriding Need; Claims Against Public Prosecutor; Attorney Conduct at Issue |
| Box #1 P-005194 Thru P-005300 | File folder entitled "Extra Copies" containing meta-analysis chart and 302's of victim/witnesses used in preparing indictment package | Work product 6(e) Investigative privilege Also contains information and documents subject to privacy rights of victims who are not parties to this litigation | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Factual Materials; Not in Anticipation of Litigation; Improper Invocation; Overriding Need; Claims Against Public Prosecutor; Attorney Conduct at Issue; Factual Materials; Court Authorized Under 6(e)(3)(E); Court Inherent Power to Release; Proper Victim's Petition; CVRA-authorized release; Material Severable; Redaction; No Assertion by Victims |
| Box #1 P-005301 Thru P-005331 | File folder entitled "JUAN ALESSI STATEMENT" containing transcript obtained via subpoena | 6(e) Investigative privilege | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Not in Anticipation of Litigation; Improper Invocation; Overriding Need; Factual Materials; Court Authorized Under 6(e)(3)(E); Court Inherent Power to Release; Proper Victim's Petition; CVRA-authorized release; Material Severable |
| Box #1 P-005332 Thru P-005341 | File folder entitled "KEN LANNING" containing attorney research on select expert, including attorney handwritten notes | Work product Investigative privilege | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Not in Anticipation of Litigation; Improper Invocation; Overriding Need; Claims Against Public Prosecutor; Attorney Conduct at Issue |

| Bates Range | Description | Privilege(s) Asserted | Victims' Objections |
|---|---|---|---|
| Box #1 P-005342 Thru P-005387 | File folder entitled "Info re Planes" containing correspondence regarding subpoenas and documents received in response to subpoenas | 6(e) Investigative privilege | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Improper Invocation; Overriding Need; Factual Materials; Court Authorized Under 6(e)(3)(E); Court Inherent Power to Release; Proper Victim's Petition; CVRA-authorized release; Material Severable |
| Box #1 P-005388 Thru P-005442 | File folder entitled "Police Reports & PC Affidavit" containing portions of police reports with attorney notes, related phone records, a list entitled "Victims" with identifying information and attorney handwritten notes, photographs and DAVID information, and additional attorney research regarding Epstein sexual activity | Work product 6(e) Investigative privilege Also contains information and documents subject to privacy rights of victims who are not parties to this litigation | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Factual Materials; Not in Anticipation of Litigation; Improper Invocation; Overriding Need; Claims Against Public Prosecutor; Attorney Conduct at Issue; Factual Materials; Court Authorized Under 6(e)(3)(E); Court Inherent Power to Release; Proper Victim's Petition; CVRA-authorized release; Material Severable; Redaction; No Assertion by Victims |
| Box #1 P-005443 Thru P-005496 | File folder entitled "[Victim name] Transcript of Interview & GJ Transcript" | 6(e) Investigative privilege Also contains information and documents subject to privacy rights of victims who are not parties to this litigation | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Not in Anticipation of Litigation; Improper Invocation; Overriding Need; Factual Materials; Court Authorized Under 6(e)(3)(E); Court Inherent Power to Release; Proper Victim's Petition; CVRA-authorized release; Material Severable; Redaction; No Assertion by Victims |
| Box #1 P-005497 Thru P-005556 | File folder entitled "Bear Stearns Subpoena Resp." containing material received in response to subpoena | 6(e) Investigative privilege | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Not in Anticipation of Litigation; Improper Invocation; Overriding Need; Factual Materials; Court Authorized Under 6(e)(3)(E); Court Inherent Power to Release; Proper Victim's Petition; CVRA-authorized release; Material Severable |

| Bates Range | Description | Privilege(s) Asserted | Victims' Objections |
|---|---|---|---|
| Box #1<br>P-005557<br>Thru<br>P-005576 | U.S. Attorney's Office Criminal Case File Jacket containing file opening documents, expert witness payment documents | Work product<br>Deliberative process | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Not in Anticipation of Litigation; Improper Invocation; Overriding Need; Claims Against Public Prosecutor; Attorney Conduct at Issue |
| Box #1<br>P-005578<br>Thru<br>P-005583 | U.S. Attorney's Office Asset Forfeiture Case File Jacket containing file opening and file closing documents | Work product<br>Deliberative process | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Not in Anticipation of Litigation; Improper Invocation; Overriding Need; Claims Against Public Prosecutor; Attorney Conduct at Issue |
| Box #1<br>P-005584<br>Thru<br>P-005606 | File folder entitled "6001 Immunity Request" containing internal memoranda seeking witness immunity and correspondence with counsel for witness regarding same | 6(e)<br>Work product and deliberative process (as to internal memoranda)<br>Investigative privilege<br>Also contains information and documents subject to privacy rights of victims who are not parties to this litigation | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Not in Anticipation of Litigation; Improper Invocation; Overriding Need; Claims Against Public Prosecutor; Attorney Conduct at Issue; Factual Materials; Court Authorized Under 6(e)(3)(E); Court Inherent Power to Release; Proper Victim's Petition; CVRA-authorized release; Material Severable; Redaction; No Assertion by Victims |
| Box #2<br>P-005607<br>Thru<br>P-005914 | File folder entitled "MASTER PHONE RECORDS" containing meta-analysis of all phone, travel, and grand jury data for all victim/witnesses for indictment preparation | Work product<br>6(e)<br>Investigative privilege<br>Also contains information and documents subject to privacy rights of victims who are not parties to this litigation | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Factual Materials; Not in Anticipation of Litigation; Improper Invocation; Overriding Need; Claims Against Public Prosecutor; Attorney Conduct at Issue; Factual Materials; Court Authorized Under 6(e)(3)(E); Court Inherent Power to Release; Proper Victim's Petition; CVRA-authorized release; Material Severable; Redaction; No Assertion by Victims |

| Bates Range | Description | Privilege(s) Asserted | Victims' Objections |
|---|---|---|---|
| Box #2 P-005915 Thru P-005977 | File folder bearing name of victim/witness containing meta-analysis of all phone, travel, and grand jury data related to that victim/witness for indictment preparation | Work product 6(e) Investigative privilege Also contains information and documents subject to privacy rights of victims who are not parties to this litigation | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Factual Materials; Not in Anticipation of Litigation; Improper Invocation; Overriding Need; Claims Against Public Prosecutor; Attorney Conduct at Issue; Factual Materials; Court Authorized Under 6(e)(3)(E); Court Inherent Power to Release; Proper Victim's Petition; CVRA-authorized release; Material Severable; Redaction; No Assertion by Victims |
| Box #2 P-005978 Thru P-006050 | File folder bearing name of victim/witness containing meta-analysis of all phone, travel, and grand jury data related to that victim/witness for indictment preparation | Work product 6(e) Investigative privilege Also contains information and documents subject to privacy rights of victims who are not parties to this litigation | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Factual Materials; Not in Anticipation of Litigation; Improper Invocation; Overriding Need; Claims Against Public Prosecutor; Attorney Conduct at Issue; Factual Materials; Court Authorized Under 6(e)(3)(E); Court Inherent Power to Release; Proper Victim's Petition; CVRA-authorized release; Material Severable; Redaction; No Assertion by Victims |
| Box #2 P-006051 Thru P-006065 | File folder bearing name of victim/witness containing meta-analysis of all phone, travel, and grand jury data related to that victim/witness for indictment preparation | Work product 6(e) Investigative privilege Also contains information and documents subject to privacy rights of victims who are not parties to this litigation | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Factual Materials; Not in Anticipation of Litigation; Improper Invocation; Overriding Need; Claims Against Public Prosecutor; Attorney Conduct at Issue; Factual Materials; Court Authorized Under 6(e)(3)(E); Court Inherent Power to Release; Proper Victim's Petition; CVRA-authorized release; Material Severable; Redaction; No Assertion by Victims |

| Bates Range | Description | Privilege(s) Asserted | Victims' Objections |
|---|---|---|---|
| Box #2 P-006066 Thru P-006220 | File folder entitled "JANE DOE #4" containing meta-analysis of all phone, travel, and grand jury data related to that victim/witness for indictment preparation | Work product 6(e) Investigative privilege Also contains information and documents subject to privacy rights of victims who are not parties to this litigation | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Factual Materials; Not in Anticipation of Litigation; Improper Invocation; Overriding Need; Claims Against Public Prosecutor; Attorney Conduct at Issue; Factual Materials; Court Authorized Under 6(e)(3)(E); Court Inherent Power to Release; Proper Victim's Petition; CVRA-authorized release; Material Severable; Redaction; No Assertion by Victims |
| Box #2 P-006221 Thru P-006222 | File folder entitled ""JANE DOE #12" containing meta-analysis of all phone, travel, and grand jury data related to that victim/witness for indictment preparation | Work product 6(e) Investigative privilege Also contains information and documents subject to privacy rights of victims who are not parties to this litigation | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Factual Materials; Not in Anticipation of Litigation; Improper Invocation; Overriding Need; Claims Against Public Prosecutor; Attorney Conduct at Issue; Factual Materials; Court Authorized Under 6(e)(3)(E); Court Inherent Power to Release; Proper Victim's Petition; CVRA-authorized release; Material Severable; Redaction; No Assertion by Victims |
| Box #2 P-006223 Thru P-006522 | File folder entitled "CORRECTED PHONE RECORDS 5/31/07" containing meta-analysis of all phone, travel, and grand jury data related to all victims/witnesses for indictment preparation | Work product 6(e) Investigative privilege Also contains information and documents subject to privacy rights of victims who are not parties to this litigation | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Factual Materials; Not in Anticipation of Litigation; Improper Invocation; Overriding Need; Claims Against Public Prosecutor; Attorney Conduct at Issue; Factual Materials; Court Authorized Under 6(e)(3)(E); Court Inherent Power to Release; Proper Victim's Petition; CVRA-authorized release; Material Severable; Redaction; No Assertion by Victims |

| Bates Range | Description | Privilege(s) Asserted | Victims' Objections |
|---|---|---|---|
| Box #2 P-006523 Thru P-006802 | File folder entitled "[Victim Name] Phone Records" containing telephone records received in response to subpoena | Work product 6(e) Investigative privilege Also contains information and documents subject to privacy rights of victims who are not parties to this litigation | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Factual Materials; Not in Anticipation of Litigation; Improper Invocation; Overriding Need; Claims Against Public Prosecutor; Attorney Conduct at Issue; Factual Materials; Court Authorized Under 6(e)(3)(E); Court Inherent Power to Release; Proper Victim's Petition; CVRA-authorized release; Material Severable; Redaction; No Assertion by Victims |
| Box #2 P-006803 Thru P-006860 | File folder entitled "Lists of Identified Phone Numbers" containing charts of information culled from grand jury materials, interviews, and other investigation, with attorney handwritten notes, and information to issue follow-up grand jury subpoena | Work product 6(e) Investigative privilege Also contains information and documents subject to privacy rights of victims who are not parties to this litigation | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Factual Materials; Not in Anticipation of Litigation; Improper Invocation; Overriding Need; Claims Against Public Prosecutor; Attorney Conduct at Issue; Factual Materials; Court Authorized Under 6(e)(3)(E); Court Inherent Power to Release; Proper Victim's Petition; CVRA-authorized release; Material Severable; Redaction; No Assertion by Victims |
| Box #2 P-006861 Thru P-007785 | File folder entitled "EPSTEIN/KELLEN CELL PHONE RECORDS" containing documents received via subpoena with attorney handwritten notes and highlighting | Work product 6(e) Investigative privilege Also contains information and documents subject to privacy rights of victims who are not parties to this litigation | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Factual Materials; Not in Anticipation of Litigation; Improper Invocation; Overriding Need; Claims Against Public Prosecutor; Attorney Conduct at Issue; Factual Materials; Court Authorized Under 6(e)(3)(E); Court Inherent Power to Release; Proper Victim's Petition; CVRA-authorized release; Material Severable; Redaction; No Assertion by Victims |

| Bates Range | Description | Privilege(s) Asserted | Victims' Objections |
|---|---|---|---|
| Box #2 P-007786 Thru P-008120 | Folder entitled "OLY GRAND JURY LOG: OLY-01 THROUGH OLY-50" containing subpoenas, correspondence regarding same, 6(e) letters, attorney handwritten notes regarding records received in response to subpoenas | Work product 6(e) Investigative privilege Also contains information and documents subject to privacy rights of victims who are not parties to this litigation | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Factual Materials; Not in Anticipation of Litigation; Improper Invocation; Overriding Need; Claims Against Public Prosecutor; Attorney Conduct at Issue; Factual Materials; Court Authorized Under 6(e)(3)(E); Court Inherent Power to Release; Proper Victim's Petition; CVRA-authorized release; Material Severable; Redaction; No Assertion by Victims |
| Box #2 P-008121 Thru P-008139 | Handwritten flight logs received in response to subpoena | 6(e) Investigative privilege | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Not in Anticipation of Litigation; Improper Invocation; Overriding Need; Factual Materials; Court Authorized Under 6(e)(3)(E); Court Inherent Power to Release; Proper Victim's Petition; CVRA-authorized release; Material Severable |
| Box #2 P-008140 Thru P-008298 | Grand jury presentation folder containing attorney handwritten notes, typed outline with additional handwritten notes, complete indictment package dated 2/19/2008, victim list with identifying information, photographs, and summary of activity | Work product 6(e) Investigative privilege Also contains information and documents subject to privacy rights of victims who are not parties to this litigation | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Factual Materials; Not in Anticipation of Litigation; Improper Invocation; Overriding Need; Claims Against Public Prosecutor; Attorney Conduct at Issue; Factual Materials; Court Authorized Under 6(e)(3)(E); Court Inherent Power to Release; Proper Victim's Petition; CVRA-authorized release; Material Severable; Redaction; No Assertion by Victims |

| Bates Range | Description | Privilege(s) Asserted | Victims' Objections |
|---|---|---|---|
| Box #2 P-008299 Thru P-008363 | File folder entitled "FINAL AGREEMENTS" containing subfolder entitled "Agrmts Filed in State Court" (P-008300-P-008327 [not being withheld as privileged – have been produced to opposing counsel]); signed Non-Prosecution Agreement, Addendum, and operative portion of 12/19/2007 Sanchez-Acosta letter (P-008328-P-008343 [not being withheld as privileged – have been produced to opposing counsel]); subfolder entitled "12/19/07 Acosta-Sanchez Ltr" containing unredacted copies of that letter (P-008344-P-008363 [pursuant to Court's Order, not being withheld as privileged – will be produced to opposing counsel upon lift of stay by 11th Circuit]) | | N/A |
| Box #2 P-008364 Thru P-008382 | File folder entitled "Lacerda Immunity Request" containing internal memoranda, Justice Department documentation, and subpoena regarding immunity request | 6(e) Work Product Deliberative Process Investigative privilege | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Not in Anticipation of Litigation; Improper Invocation; Overriding Need; Claims Against Public Prosecutor; Attorney Conduct at Issue; Factual Materials; Court Authorized Under 6(e)(3)(E); Court Inherent Power to Release; Proper Victim's Petition; CVRA-authorized release; Material Severable |

| Bates Range | Description | Privilege(s) Asserted | Victims' Objections |
|---|---|---|---|
| Box #2 P-008383 Thru P-008516 | File folder containing March 18, 2008 grand jury presentation materials, including "Operation Leap Year Revised Indictment Summary Chart (by victim)," grand jury materials, draft indictments, victim reference list, grand jury subpoena log | Work product 6(e) Investigative privilege Deliberative process Also contains information and documents subject to privacy rights of victims who are not parties to this litigation | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Factual Materials; Not in Anticipation of Litigation; Improper Invocation; Overriding Need; Claims Against Public Prosecutor; Attorney Conduct at Issue; Factual Materials; Court Authorized Under 6(e)(3)(E); Court Inherent Power to Release; Proper Victim's Petition; CVRA-authorized release; Material Severable; Redaction; No Assertion by Victims |
| Box #2 P-008517 Thru P-008535 | 6/25/2007 Letter from Gerald Lefcourt to Jeffrey Sloman and Andrew Lourie [pursuant to Court's Order, not being withheld as privileged – will be produced to opposing counsel upon lift of stay by 11th Circuit] | | N/A |
| Box #2 P-008536 Thru P-008542 | Handwritten attorney notes to prepare for interview of Jane Doe #2 | Work product Investigative Privilege Contains information subject to privacy rights of victims who are not parties to this suit | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Factual Materials; Not in Anticipation of Litigation; Improper Invocation; Overriding Need; Claims Against Public Prosecutor; Attorney Conduct at Issue; Redaction; No Assertion by Victims |
| Box #2 P-008543 Thru P-008549 | Handwritten attorney notes regarding May 8, 2007 grand jury presentation | Work product 6(e) Investigative privilege Contains information subject to privacy rights of victims who are not parties to this suit | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Factual Materials; Not in Anticipation of Litigation; Improper Invocation; Overriding Need; Claims Against Public Prosecutor; Attorney Conduct at Issue; Factual Materials; Court Authorized Under 6(e)(3)(E); Court Inherent Power to Release; Proper Victim's Petition; CVRA-authorized release; Material Severable; Redaction; No Assertion by Victims |

| Bates Range | Description | Privilege(s) Asserted | Victims' Objections |
|---|---|---|---|
| Box #2 P-008550 Thru P-008615 | File folder entitled "Most Recent Indictment & Good Cases" containing draft indictment and legal research | Work product 6(e) Investigative privilege Deliberative process Contains information subject to privacy rights of victims who are not parties to this suit | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Factual Materials; Not in Anticipation of Litigation; Improper Invocation; Overriding Need; Claims Against Public Prosecutor; Attorney Conduct at Issue; Factual Materials; Court Authorized Under 6(e)(3)(E); Court Inherent Power to Release; Proper Victim's Petition; CVRA-authorized release; Material Severable; Redaction; No Assertion by Victims |
| Box #2 P-008616 Thru P-008686 | File folder entitled "FBI Summary Charts" containing chart prepared at direction of AUSA, containing victim names, identifying information, summary of activity, and other information relevant to indictment | Work product Attorney-Client Privilege 6(e) Investigative privilege Contains information subject to privacy rights of victims who are not parties to this suit | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Factual Materials; Not in Anticipation of Litigation; Ordinary Government Communication; No Attorney-Client Relationship; Improper Invocation; Overriding Need; Claims Against Public Prosecutor; Attorney Conduct at Issue; Factual Materials; Court Authorized Under 6(e)(3)(E); Court Inherent Power to Release; Proper Victim's Petition; CVRA-authorized release; Material Severable ; Redaction; No Assertion by Victims |
| Box #2 P-008687 Thru P-008776 | File folder entitled "[Victim name]/Jane Doe #4" containing phone records and meta-analysis of all phone, travel, and grand jury data related to that victim/witness for indictment preparation | Work product 6(e) Investigative privilege Contains information and documents subject to privacy rights of victims who are not parties to this suit | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Factual Materials; Not in Anticipation of Litigation; Improper Invocation; Overriding Need; Claims Against Public Prosecutor; Attorney Conduct at Issue; Factual Materials; Court Authorized Under 6(e)(3)(E); Court Inherent Power to Release; Proper Victim's Petition; CVRA-authorized release; Material Severable; Redaction; No Assertion by Victims |

| Bates Range | Description | Privilege(s) Asserted | Victims' Objections |
|---|---|---|---|
| Box #2 P-008777 Thru P-008808 | File folder entitled "[Victim name]/Jane Doe #5" containing handwritten notes and meta-analysis of all phone, travel, and grand jury data related to that victim/witness for indictment preparation | Work product 6(e) Investigative privilege Contains information subject to privacy rights of victims who are not parties to this suit | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Factual Materials; Not in Anticipation of Litigation; Improper Invocation; Overriding Need; Claims Against Public Prosecutor; Attorney Conduct at Issue; Factual Materials; Court Authorized Under 6(e)(3)(E); Court Inherent Power to Release; Proper Victim's Petition; CVRA-authorized release; Material Severable; Redaction; No Assertion by Victims |
| Box #2 P-008809 Thru P-008847 | File folder entitled "[Victim name]/Jane Doe #6" containing meta-analysis of all phone, travel, and grand jury data related to that victim/witness for indictment preparation | Work product 6(e) Investigative privilege Contains information subject to privacy rights of victims who are not parties to this suit | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Factual Materials; Not in Anticipation of Litigation; Improper Invocation; Overriding Need; Claims Against Public Prosecutor; Attorney Conduct at Issue; Factual Materials; Court Authorized Under 6(e)(3)(E); Court Inherent Power to Release; Proper Victim's Petition; CVRA-authorized release; Material Severable; Redaction; No Assertion by Victims |
| Box #2 P-008848 Thru P-008862 | File folder entitled "[Victim name]/Jane Doe #7" containing meta-analysis of all phone, travel, and grand jury data related to that victim/witness for indictment preparation | Work product 6(e) Investigative privilege Contains information subject to privacy rights of victims who are not parties to this suit | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Factual Materials; Not in Anticipation of Litigation; Improper Invocation; Overriding Need; Claims Against Public Prosecutor; Attorney Conduct at Issue; Factual Materials; Court Authorized Under 6(e)(3)(E); Court Inherent Power to Release; Proper Victim's Petition; CVRA-authorized release; Material Severable; Redaction; No Assertion by Victims |

| Bates Range | Description | Privilege(s) Asserted | Victims' Objections |
|---|---|---|---|
| Box #2 P-008863 Thru P-008890 | File folder entitled "[Victim name]/Jane Doe #8" containing meta-analysis of all phone, travel, and grand jury data related to that victim/witness for indictment preparation | Work product 6(e) Investigative privilege Contains information subject to privacy rights of victims who are not parties to this suit | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Factual Materials; Not in Anticipation of Litigation; Improper Invocation; Overriding Need; Claims Against Public Prosecutor; Attorney Conduct at Issue; Factual Materials; Court Authorized Under 6(e)(3)(E); Court Inherent Power to Release; Proper Victim's Petition; CVRA-authorized release; Material Severable; Redaction; No Assertion by Victims |
| Box #2 P-008891 Thru P-009103 | File folder entitled "Certified Copy of State Case" containing certified copy of Epstein state criminal cases and change of plea transcript [not being withheld as privileged – copy provided to opposing counsel] | | N/A |
| Box #2 P-009104 Thru P-009111 | File folder entitled "Meeting Timeline" containing Villafaña typed notes summarizing meetings with opposing counsel prepared at request of R. Alexander Acosta, with handwritten correction and typed guideline estimate | Work product Deliberative process | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Crime-Fraud-Misconduct; Not in Anticipation of Litigation; Improper Invocation; Overriding Need; Claims Against Public Prosecutor; Attorney Conduct at Issue |
| Box #2 P-009112 Thru P-009113 | 11/26/2008 Email from Roy Black to A. Marie Villafaña and Karen Atkinson re Jeffrey Epstein (work release) [pursuant to Court's Order, not being withheld as privileged – will be produced to opposing counsel upon lift of stay by 11th Circuit] | | N/A |

| Bates Range | Description | Privilege(s) Asserted | Victims' Objections |
|---|---|---|---|
| Box #2 P-009114 Thru P-009115 | 7/3/2008 Email from A. Marie Villafaña to Col. M. Gauger at PBSO re Epstein work release with attachment [not being withheld as privileged – produced to opposing counsel] | | N/A |
| Box #2 P-009116 Thru P-009125 | 12/6/2007 Letter from Jeffrey Sloman to Jay P. Lefkowitz re Jeffrey Epstein (victim notification) [pursuant to Court's Order, not being withheld as privileged – will be produced to opposing counsel upon lift of stay by 11th Circuit]) | | N/A |
| Box #2 P-009126 Thru P-009134 | File folder entitled "[Victim name]/Jane Doe #9" containing meta-analysis of all phone, travel, and grand jury data related to that victim/witness for indictment preparation | Work product 6(e) Investigative privilege Contains information subject to privacy rights of victims who are not parties to this suit | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Factual Materials; Not in Anticipation of Litigation; Improper Invocation; Overriding Need; Claims Against Public Prosecutor; Attorney Conduct at Issue; Factual Materials; Court Authorized Under 6(e)(3)(E); Court Inherent Power to Release; Proper Victim's Petition; CVRA-authorized release; Material Severable; Redaction; No Assertion by Victims |
| Box #2 P-009135 Thru P-009141 | File folder entitled "[Victim name]/Jane Doe #13" containing meta-analysis of all phone, travel, and grand jury data related to that victim/witness for indictment preparation | Work product 6(e) Investigative privilege Contains information subject to privacy rights of victims who are not parties to this suit | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Factual Materials; Not in Anticipation of Litigation; Improper Invocation; Overriding Need; Claims Against Public Prosecutor; Attorney Conduct at Issue; Factual Materials; Court Authorized Under 6(e)(3)(E); Court Inherent Power to Release; Proper Victim's Petition; CVRA-authorized release; Material Severable; Redaction; No Assertion by Victims |

| Bates Range | Description | Privilege(s) Asserted | Victims' Objections |
|---|---|---|---|
| Box #2 P-009141A Thru P-009141C | File folder entitled "[Victim name]/Jane Doe #12" containing meta-analysis of all phone, travel, and grand jury data related to that victim/witness for indictment preparation | Work product 6(e) Investigative privilege Contains information subject to privacy rights of victims who are not parties to this suit | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Factual Materials; Not in Anticipation of Litigation; Improper Invocation; Overriding Need; Claims Against Public Prosecutor; Attorney Conduct at Issue; Factual Materials; Court Authorized Under 6(e)(3)(E); Court Inherent Power to Release; Proper Victim's Petition; CVRA-authorized release; Material Severable; Redaction; No Assertion by Victims |
| Box #2 P-009142 Thru P-009152 | File folder entitled "Adriana 'Mucinka' Ross" containing meta-analysis of all phone, travel, and grand jury data related to that individual for indictment preparation | Work product 6(e) Investigative privilege Contains information subject to privacy rights of victims who are not parties to this suit | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Factual Materials; Not in Anticipation of Litigation; Improper Invocation; Overriding Need; Claims Against Public Prosecutor; Attorney Conduct at Issue; Factual Materials; Court Authorized Under 6(e)(3)(E); Court Inherent Power to Release; Proper Victim's Petition; CVRA-authorized release; Material Severable; Redaction; No Assertion by Victims |
| Box #2 P-009153 Thru P-009156 | File folder entitled "Nadia Marcinkova" containing meta-analysis of all phone, travel, and grand jury data related to that individual for indictment preparation | Work product 6(e) Investigative privilege Contains information subject to privacy rights of victims who are not parties to this suit | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Factual Materials; Not in Anticipation of Litigation; Improper Invocation; Overriding Need; Claims Against Public Prosecutor; Attorney Conduct at Issue; Factual Materials; Court Authorized Under 6(e)(3)(E); Court Inherent Power to Release; Proper Victim's Petition; CVRA-authorized release; Material Severable; Redaction; No Assertion by Victims |

| Bates Range | Description | Privilege(s) Asserted | Victims' Objections |
|---|---|---|---|
| Box #2 P-009157 Thru P-009208 | File folder entitled "[Victim name]/Jane Doe #1" containing meta-analysis of all phone, travel, and grand jury data related to that victim/witness for indictment preparation | Work product 6(e) Investigative privilege Contains information subject to privacy rights of victims who are not parties to this suit | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Factual Materials; Not in Anticipation of Litigation; Improper Invocation; Overriding Need; Claims Against Public Prosecutor; Attorney Conduct at Issue; Factual Materials; Court Authorized Under 6(e)(3)(E); Court Inherent Power to Release; Proper Victim's Petition; CVRA-authorized release; Material Severable; Redaction; No Assertion by Victims |
| Box #2 P-009209 Thru P-009213 | File folder entitled "[Victim name]/Jane Doe #2" containing meta-analysis of all phone, travel, and grand jury data related to that victim/witness for indictment preparation | Work product 6(e) Investigative privilege Contains information subject to privacy rights of victims who are not parties to this suit | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Factual Materials; Not in Anticipation of Litigation; Improper Invocation; Overriding Need; Claims Against Public Prosecutor; Attorney Conduct at Issue; Factual Materials; Court Authorized Under 6(e)(3)(E); Court Inherent Power to Release; Proper Victim's Petition; CVRA-authorized release; Material Severable; Redaction; No Assertion by Victims |
| Box #2 P-009214 Thru P-009271 | File folder entitled "[Victim name]/Jane Doe #3" containing meta-analysis of all phone, travel, and grand jury data related to that victim/witness for indictment preparation | Work product 6(e) Investigative privilege Contains information subject to privacy rights of victims who are not parties to this suit | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Factual Materials; Not in Anticipation of Litigation; Improper Invocation; Overriding Need; Claims Against Public Prosecutor; Attorney Conduct at Issue; Factual Materials; Court Authorized Under 6(e)(3)(E); Court Inherent Power to Release; Proper Victim's Petition; CVRA-authorized release; Material Severable; Redaction; No Assertion by Victims |

| Bates Range | Description | Privilege(s) Asserted | Victims' Objections |
|---|---|---|---|
| Box #2 P-009272 Thru P-009354 | File folder entitled "Purpose of Travel Cases" containing attorney research and handwritten notes | Work product | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Not in Anticipation of Litigation; Claims Against Public Prosecutor; Overriding Need; Attorney Conduct at Issue |
| Box #2 P-009355 Thru P-009403 | File folder entitled "Interstate Commerce Cases" containing attorney research and handwritten notes | Work product | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Not in Anticipation of Litigation; Claims Against Public Prosecutor; Overriding Need; Attorney Conduct at Issue |
| Box #2 P-009404 Thru P-009536 | File folder entitled "Attorney Conflict Research" containing attorney research and handwritten notes | Work product | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Not in Anticipation of Litigation; Claims Against Public Prosecutor; Overriding Need; Attorney Conduct at Issue |
| Box #2 P-009537 Thru P-009574 | File folder entitled "Mann Act/Travel to Have Sex w/Minor" containing attorney research and handwritten notes | Work product | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Not in Anticipation of Litigation; Claims Against Public Prosecutor; Overriding Need; Attorney Conduct at Issue |
| Box #2 P-009575 Thru P-009603 | File folder entitled "Travel Act" containing attorney research and handwritten notes | Work Product | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Not in Anticipation of Litigation; Claims Against Public Prosecutor; Overriding Need; Attorney Conduct at Issue |
| Box #2 P-009604 Thru P-009711 | File folder entitled "Florida Prostitution/Lewdness Statutes" containing attorney research and handwritten notes | Work Product | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Not in Anticipation of Litigation; Claims Against Public Prosecutor; Overriding Need; Attorney Conduct at Issue |
| Box #2 P-009712 Thru P-009819 | Booklet entitled "Attorney General Guidelines for Victim and Witness Assistance" [not being withheld as privileged – produced to opposing counsel] | | N/A |
| Box #2 P-009820 Thru P-009965 | File folder entitled "Corporate Liability Rsrch" containing attorney research and handwritten notes | Work Product | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Not in Anticipation of Litigation; Claims Against Public Prosecutor; Overriding Need; Attorney Conduct at Issue |

| Bates Range | Description | Privilege(s) Asserted | Victims' Objections |
|---|---|---|---|
| Box #2 P-009966 Thru P-010096 | File folder entitled "Research re Knowledge of Age Unnecessary" containing attorney research and handwritten notes and copy of grand jury subpoena | Work Product 6(e) | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Not in Anticipation of Litigation; Claims Against Public Prosecutor; Overriding Need; Attorney Conduct at Issue; Factual Materials; Court Authorized Under 6(e)(3)(E); Court Inherent Power to Release; Proper Victim's Petition; CVRA-authorized release; Material Severable |
| Box #2 P-010097 Thru P-010276 | File folder entitled "Money Laundering" containing attorney research and handwritten notes | Work Product | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Not in Anticipation of Litigation; Claims Against Public Prosecutor; Overriding Need; Attorney Conduct at Issue |
| Box #2 P-010277 Thru P-010394 | File folder entitled "1960 & Aiding/Abetting" containing attorney research and handwritten notes | Work Product | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Not in Anticipation of Litigation; Claims Against Public Prosecutor; Overriding Need; Attorney Conduct at Issue |
| Box #2 P-010395 Thru P-010488 | File folder entitled "18 USC § 2255 Cases" containing attorney research and handwritten notes | Work Product | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Not in Anticipation of Litigation; Claims Against Public Prosecutor; Overriding Need; Attorney Conduct at Issue |
| Box #2 P-010489 Thru P-010509 | File folder entitled "Research re Overt Acts & Witness Testimony" containing attorney research and handwritten notes | Work Product | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Not in Anticipation of Litigation; Claims Against Public Prosecutor; Overriding Need; Attorney Conduct at Issue |
| Box #2 P-010510 Thru P-010525 | File folder entitled "Extradition" containing attorney research and handwritten notes | Work Product | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Not in Anticipation of Litigation; Claims Against Public Prosecutor; Overriding Need; Attorney Conduct at Issue |

| Bates Range | Description | Privilege(s) Asserted | Victims' Objections |
|---|---|---|---|
| Box #2<br>P-010526<br>Thru<br>P-010641 | File folder entitled "Rsrch re Crime Victims Rights" containing attorney research, handwritten notes, draft victim notification letter, and draft correspondence to Jay Lefkowitz<br>(Also contains a November 28, 2007 letter from Kenneth Starr to Alice S. Fisher; and a November 29, 2007 letter from Jay Lefkowitz to R. Alexander Acosta (P-010528 thru P-010530 and P-010556 thru P-010559). Pursuant to the Court's Order, these will be produced to opposing counsel upon lift of stay by 11th Circuit) | Work Product<br>Deliberative Process | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Crime-Fraud-Misconduct; Crime-Fraud-Misconduct; Factual Materials; Not in Anticipation of Litigation; Improper Invocation; Overriding Need; Claims Against Public Prosecutor; Attorney Conduct at Issue |
| Box #2<br>P-010642<br>Thru<br>P-01650 | File folder entitled "Immunity" containing attorney research on granting immunity to witnesses | Work Product | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Not in Anticipation of Litigation; Claims Against Public Prosecutor; Overriding Need; Attorney Conduct at Issue |
| Box #2<br>P-010651<br>Thru<br>P-010659 | File folder entitled "Research re G.J. Transcript" containing attorney research and draft pleadings re compelling production of grand jury transcript with subpoena | Work Product<br>6(e)<br>Deliberative process | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Not in Anticipation of Litigation; Improper Invocation; Overriding Need; Claims Against Public Prosecutor; Attorney Conduct at Issue; Factual Materials; Court Authorized Under 6(e)(3)(E); Court Inherent Power to Release; Proper Victim's Petition; CVRA-authorized release; Material Severable |

| Bates Range | Description | Privilege(s) Asserted | Victims' Objections |
|---|---|---|---|
| Box #2 P-010660 Thru P-010757 | File folder entitled "Research re GJ Transcript" containing grand jury subpoena, 6(e) letters, attorney research and correspondence related to subpoena | Work Product 6(e) | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Not in Anticipation of Litigation; Claims Against Public Prosecutor; Overriding Need; Attorney Conduct at Issue; Factual Materials; Court Authorized Under 6(e)(3)(E); Court Inherent Power to Release; Proper Victim's Petition; CVRA-authorized release; Material Severable |
| Box #2 P-010758 Thru P-010793 | File folder entitled "Original Proposed Ind." containing draft indictment | Work Product 6(e) Deliberative process | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Not in Anticipation of Litigation; Improper Invocation; Overriding Need; Claims Against Public Prosecutor; Attorney Conduct at Issue; Factual Materials; Court Authorized Under 6(e)(3)(E); Court Inherent Power to Release; Proper Victim's Petition; CVRA-authorized release; Material Severable |
| Box #2 P-010794 Thru P-010829 | File folder entitled "Epstein" containing sample indictments and attorney research re potential charges with attorney notes | Work Product | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Not in Anticipation of Litigation; Claims Against Public Prosecutor; Overriding Need; Attorney Conduct at Issue |
| Box #2 P-010830 Thru P-010853 | File folder entitled "1591 & Money Laundering" containing attorney research and handwritten notes | Work Product | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Not in Anticipation of Litigation; Claims Against Public Prosecutor; Overriding Need; Attorney Conduct at Issue |
| Box #2 P-010854 Thru P-010876 | File folder entitled "18 USC 2425" containing attorney research and handwritten notes | Work Product | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Not in Anticipation of Litigation; Claims Against Public Prosecutor; Overriding Need; Attorney Conduct at Issue |

| Bates Range | Description | Privilege(s) Asserted | Victims' Objections |
|---|---|---|---|
| Box #2 P-010877 Thru P-010920 | File folder entitled "Knowledge of Age" containing attorney research and handwritten notes | Work Product | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Not in Anticipation of Litigation; Claims Against Public Prosecutor; Overriding Need; Attorney Conduct at Issue |
| Box #2 P-010921 Thru P-011049 | File folder entitled "2423(b) Constitutionality and Purpose of Travel" containing attorney research and handwritten notes | Work Product | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Not in Anticipation of Litigation; Claims Against Public Prosecutor; Overriding Need; Attorney Conduct at Issue |
| Box #2 P-011050 Thru P-011212 | File folder entitled "Mistake not a Defense" containing attorney research and handwritten notes | Work Product | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Not in Anticipation of Litigation; Claims Against Public Prosecutor; Overriding Need; Attorney Conduct at Issue |
| Box #2 P-011213 Thru P-011237 | File folder entitled "Research re 'Pandering'" containing attorney research and handwritten notes | Work Product | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Not in Anticipation of Litigation; Claims Against Public Prosecutor; Overriding Need; Attorney Conduct at Issue |
| Box #2 P-011238 Thru P-011319 | File folder entitled "Research re Grand Jury Instructions" containing attorney research and handwritten notes | Work Product 6(e) | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Not in Anticipation of Litigation; Claims Against Public Prosecutor; Overriding Need; Attorney Conduct at Issue; Factual Materials; Court Authorized Under 6(e)(3)(E); Court Inherent Power to Release; Proper Victim's Petition; CVRA-authorized release; Material Severable |
| Box #2 P-011320 Thru P-011361 | File folder entitled "Telephone = Facility of Commerce" containing attorney research and handwritten notes | Work Product | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Not in Anticipation of Litigation; Claims Against Public Prosecutor; Overriding Need; Attorney Conduct at Issue |
| Box #2 P-011362 Thru P-011374 | File folder entitled "Def of Prostitution" containing attorney research and handwritten notes | Work Product | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Not in Anticipation of Litigation; Claims Against Public Prosecutor; Overriding Need; Attorney Conduct at Issue |

| Bates Range | Description | Privilege(s) Asserted | Victims' Objections |
|---|---|---|---|
| Box #2 P-011375 Thru P-011456 | File folder entitled "Relevant Florida Statutes" containing attorney research and handwritten notes | Work Product | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Not in Anticipation of Litigation; Claims Against Public Prosecutor; Overriding Need; Attorney Conduct at Issue |
| Box #2 P-011457 Thru P-011626 | File folder entitled "Unit of Prosecution Research" containing attorney research and handwritten notes | Work Product | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Not in Anticipation of Litigation; Claims Against Public Prosecutor; Overriding Need; Attorney Conduct at Issue |
| Box #3 P-011627 Thru P-011662 | File folder entitled "Attorney Notes" containing attorney handwritten and typed notes | Work Product | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Not in Anticipation of Litigation; Claims Against Public Prosecutor; Overriding Need; Attorney Conduct at Issue |
| Box #3 P-011663 Thru P-011698 and P-012189 thru P-012361 (gap was scanning error) | File folder entitled "Drafts" containing draft indictments with attorney handwritten notes, draft internal memoranda, relevant witness interview reports and grand jury material and attorney handwritten notes | 6(e) Work Product Deliberative Process Investigative Privilege Contains information subject to privacy rights of victims who are not parties to this | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Not in Anticipation of Litigation; Improper Invocation; Overriding Need; Claims Against Public Prosecutor; Attorney Conduct at Issue; Factual Materials; Court Authorized Under 6(e)(3)(E); Court Inherent Power to Release; Proper Victim's Petition; CVRA-authorized release; Material Severable; Redaction; No Assertion by Victims |
| Box #3 P-011699 Thru P-011777 | File folder entitled "6/9/09 Signed Indictment" containing signed indictment package dated 6/9/2009 with corrections | 6(e) Work product Deliberative process | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Not in Anticipation of Litigation; Improper Invocation; Overriding Need; Claims Against Public Prosecutor; Attorney Conduct at Issue; Factual Materials; Court Authorized Under 6(e)(3)(E); Court Inherent Power to Release; Proper Victim's Petition; CVRA-authorized release; Material Severable |

| Bates Range | Description | Privilege(s) Asserted | Victims' Objections |
|---|---|---|---|
| Box #3<br>P-011778<br>Thru<br>P-011788 | File folder entitled "6/12/09 Victim Notif. Log" containing chart with victim contact information and attorney notes regarding dates and type of contacts | Work product | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Crime-Fraud-Misconduct; Factual Materials; Not in Anticipation of Litigation; Claims Against Public Prosecutor; Overriding Need; Attorney Conduct at Issue |
| Box #3<br>P-011789<br>Thru<br>P-011879 | File folder entitled "Breach Memo" containing memorandum analyzing breach of Non-Prosecution Agreement with attachments | Work product<br>Deliberative process | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Not in Anticipation of Litigation; Improper Invocation; Overriding Need; Claims Against Public Prosecutor; Attorney Conduct at Issue; Factual Materials |
| Box #3<br>P-011880<br>Thru<br>P-011922 | File folder entitled "Overt Act Lists" containing handwritten notes cross-checking all overt acts alleged in draft indictment by victim and typed overt act summary charts for indictment preparation | Work product<br>Attorney-client privilege<br>Deliberative process<br>6(e) | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Factual Materials; Not in Anticipation of Litigation; Ordinary Government Communication; No Attorney-Client Relationship; Improper Invocation; Overriding Need; Claims Against Public Prosecutor; Attorney Conduct at Issue; Factual Materials; Court Authorized Under 6(e)(3)(E); Court Inherent Power to Release; Proper Victim's Petition; CVRA-authorized release; Material Severable |

| Bates Range | Description | Privilege(s) Asserted | Victims' Objections |
|---|---|---|---|
| Box #3 P-011923 Thru P-011966 | Folder entitled "Responses to Arguments from JE Counsel" containing:<br>■ 7/13/2007 letter from Lilly Ann Sanchez to Andrew Lourie with handwritten attorney (Lourie) notes;<br>■ 6/25/2007 letter from Gerald Lefcourt to Jeffrey Sloman, Matt Menchal, Andrew Lourie, and Marie Villafaña with handwritten attorney (Villafaña) notes;<br>■ 6/25/2007 email from Andrew Lourie to Matt Menchel and Marie Villafaña entitled "Thoughts on Lefcourt's letter"<br>Handwritten and typed attorney (Villafaña) notes regarding main themes raised by Epstein counsel | Work product Deliberative process 6(e) Attorney-Client Privilege | No Factual Underpinnings; Fiduciary Duty; Crime-Fraud-Misconduct; Crime-Fraud-Misconduct; Not in Anticipation of Litigation; Ordinary Government Communication; No Attorney-Client Relationship; Improper Invocation; Overriding Need; Claims Against Public Prosecutor; Attorney Conduct at Issue; Factual Materials; Court Authorized Under 6(e)(3)(E); Court Inherent Power to Release; Proper Victim's Petition; CVRA-authorized release; Material Severable |
| Box #3 P-011967 Thru P-012016 | Composition book entitled "Operation Leap Year" containing attorney handwritten notes regarding investigation and case strategy | Work product Investigative privilege 6(e) Contains information subject to privacy rights of victims who are not parties to this litigation | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Factual Materials; Not in Anticipation of Litigation; Improper Invocation; Overriding Need; Claims Against Public Prosecutor; Attorney Conduct at Issue; Factual Materials; Court Authorized Under 6(e)(3)(E); Court Inherent Power to Release; Proper Victim's Petition; CVRA-authorized release; Material Severable; Redaction; No Assertion by Victims |

| Bates Range | Description | Privilege(s) Asserted | Victims' Objections |
|---|---|---|---|
| Box #3 P-012017 Thru P-012055 | Motion of Jeffrey Epstein to Intervene and to Quash Grand Jury Subpoenas and Incorporated Memorandum of Law | 6(e) | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Factual Materials; Court Authorized Under 6(e)(3)(E); Court Inherent Power to Release; Proper Victim's Petition; CVRA-authorized release; Material Severable |
| Box #3 P-012056 Thru P-012088 | Affidavit of Roy Black, Esq. in Support of Motion of Jeffrey Epstein to Intervene and to Quash Grand Jury Subpoenas | 6(e) | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Factual Materials; Court Authorized Under 6(e)(3)(E); Court Inherent Power to Release; Proper Victim's Petition; CVRA-authorized release; Material Severable |
| Box #3 P-012089 Thru P-012129 | United States' Response to Motion of Jeffrey Epstein to Intervene and to Quash Grand Jury Subpoenas and Cross-Motion to Compel | 6(e) | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Factual Materials; Court Authorized Under 6(e)(3)(E); Court Inherent Power to Release; Proper Victim's Petition; CVRA-authorized release; Material Severable |
| Box #3 P-012130 Thru P-012150 | Declaration of Joseph Recarey | 6(e) | Inadequate Log; No Factual Underpinnings; Fiduciary Duty |
| Box #3 P-012151 Thru P-012167 | Ex Parte Declaration Number One in Support of United States' Response to Motion to Quash Subpoenas | 6(e) Investigative Privilege Also contains information subject to privacy rights of victims who are not parties to this litigation | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Factual Materials; Not in Anticipation of Litigation; Improper Invocation; Overriding Need; Factual Materials; Court Authorized Under 6(e)(3)(E); Court Inherent Power to Release; Proper Victim's Petition; CVRA-authorized release; Material Severable; Redaction; No Assertion by Victims |

| Bates Range | Description | Privilege(s) Asserted | Victims' Objections |
|---|---|---|---|
| Box #3<br>P-012168<br>Thru<br>P-012170 | Ex Parte Declaration Number Two in Support of United States' Response to Motion to Quash Subpoenas | 6(e)<br>Investigative Privilege | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Not in Anticipation of Litigation; Improper Invocation; Overriding Need; Factual Materials; Court Authorized Under 6(e)(3)(E); Court Inherent Power to Release; Proper Victim's Petition; CVRA-authorized release; Material Severable |
| Box #3<br>P-012171<br>Thru<br>P-012173 | Supplement to Ex Parte Declaration Number One in Support of United States' Response to Motion to Quash Subpoenas | 6(e)<br>Investigative Privilege<br>Also contains information subject to privacy rights of victims who are not parties to this litigation | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Factual Materials; Not in Anticipation of Litigation; Improper Invocation; Overriding Need; Factual Materials; Court Authorized Under 6(e)(3)(E); Court Inherent Power to Release; Proper Victim's Petition; CVRA-authorized release; Material Severable; Redaction; No Assertion by Victims |
| Box #3<br>P-012174<br>Thru<br>P-012176 | Draft of September 2009 letter from Marie Villafaña to Roy Black regarding breach of Non Prosecution Agreement with handwritten attorney (Villafaña) notes | Work Product<br>Attorney-Client Privilege<br>Deliberative Process | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Not in Anticipation of Litigation; Ordinary Government Communication; No Attorney-Client Relationship; Improper Invocation; Overriding Need; Claims Against Public Prosecutor; Attorney Conduct at Issue |
| Box #3<br>P-012177<br>Thru<br>P-012178 | Undated handwritten attorney (Villafaña) notes regarding negotiations and allegations | Work Product<br>Attorney-Client Privilege<br>Deliberative Process | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Not in Anticipation of Litigation; Ordinary Government Communication; No Attorney-Client Relationship; Improper Invocation; Overriding Need; Claims Against Public Prosecutor; Attorney Conduct at Issue |

| Bates Range | Description | Privilege(s) Asserted | Victims' Objections |
|---|---|---|---|
| Box #3 P-012179 Thru P-012188 | File Folder entitled "FBI G.J. Log" containing copy of FBI grand jury subpoena log with attorney (Villafaña) handwritten notes | 6(e) Work Product Investigative Privilege Also contains information subject to privacy rights of victims who are not parties to this litigation | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Factual Materials; Not in Anticipation of Litigation; Improper Invocation; Overriding Need; Claims Against Public Prosecutor; Attorney Conduct at Issue; Factual Materials; Court Authorized Under 6(e)(3)(E); Court Inherent Power to Release; Proper Victim's Petition; CVRA-authorized release; Material Severable; Redaction; No Assertion by Victims |
| Box #3 P-012362 Thru P-012451 | File folder entitled "Key Documents" containing correspondence between AUSA and case agent regarding indictment prep questions, victim identification information, corrections to draft indictment, indictment preparation timeline, key grand jury material | 6(e) Work Product Attorney-Client privilege Investigative Privilege Also contains information subject to privacy rights of victims who are not parties to this litigation | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Factual Materials; Not in Anticipation of Litigation; Ordinary Government Communication; No Attorney-Client Relationship; Improper Invocation; Overriding Need; Claims Against Public Prosecutor; Attorney Conduct at Issue; Factual Materials; Court Authorized Under 6(e)(3)(E); Court Inherent Power to Release; Proper Victim's Petition; CVRA-authorized release; Material Severable; Redaction; No Assertion by Victims |
| Box #3 P-012451 Thru P-012452 | File folder entitled "Victim List" containing list of victims with dates of birth and age information | Work Product Investigative Privilege Also contains information subject to privacy rights of victims who are not parties to this litigation | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Factual Materials; Not in Anticipation of Litigation; Improper Invocation; Overriding Need; Claims Against Public Prosecutor; Attorney Conduct at Issue; Redaction; No Assertion by Victims |

| Bates Range | Description | Privilege(s) Asserted | Victims' Objections |
|---|---|---|---|
| Box #3 P-012453 Thru P-012623 | Complete indictment package marked "Originals 12/12/07" | Work-product Deliberative process 6(e) Also contains documents subject to investigative privilege Also contains documents subject to privacy rights of victims who are not parties to this litigation | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Factual Materials; Not in Anticipation of Litigation; Improper Invocation; Overriding Need; Factual Materials; Court Authorized Under 6(e)(3)(E); Court Inherent Power to Release; Proper Victim's Petition; CVRA-authorized release; Material Severable; Redaction; No Assertion by Victims |
| Box #3 P-012624 Thru P-012653 | Folder entitled "(Victims) Additional 302's" containing reports of interviews conducted in June 2007, October 2007, and March 2008. | Investigative Privilege Also contains documents subject to privacy rights of victims who are not parties to this litigation | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Factual Materials; Not in Anticipation of Litigation; Improper Invocation; Overriding Need; Redaction; No Assertion by Victims |
| Box #3 P-012654 Thru P-012864 | 3-ring binder entitled "Child Molesters: A Behavioral Analysis" with attorney (Villafaña) handwritten notes | Work-product | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Overriding Need |
| Box #3 P-012865 Thru P-013226 | Indictment preparation binder containing: witness/victim list with identifying information, sexual activity summary, telephone call summary chart, attorney (Villafaña) handwritten notes, 302s, portions of state investigative file, attorney (Villafaña) typed notes, relevant pieces of grand jury materials, telephone records/flight records analysis charts, victim/witness photographs, DAVID records, NCICs, and related materials for persons identified as Jane Does #9, 10, 11, 12, 13, 14 | Work Product Deliberative Process 6(e) Also contains documents subject to investigative privilege Also contains documents subject to privacy rights of victims who are not parties to this litigation | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Factual Materials; Not in Anticipation of Litigation; Improper Invocation; Overriding Need; Claims Against Public Prosecutor; Attorney Conduct at Issue; Factual Materials; Court Authorized Under 6(e)(3)(E); Court Inherent Power to Release; Proper Victim's Petition; CVRA-authorized release; Material Severable; Redaction; No Assertion by Victims |

| Bates Range | Description | Privilege(s) Asserted | Victims' Objections |
|---|---|---|---|
| Box #3 P-013227 | April 23, 2008 Memo from Jeffrey Sloman to Office of Professional Responsibility re Self Reporting, Corrected Version of the previously submitted April 21, 2008 Letter to OPR | Privacy Act | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Crime-Fraud-Misconduct; Factual Materials; Court Compelled Disclosure; Waiver |
| Box #3 P-013226 Thru P-013230 | April 21, 2008 Letter from Jeffrey Sloman to Office of Professional Responsibility re Self Reporting | Privacy Act | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Court Compelled Disclosure; Factual Materials; Waiver |
| Box #3 P-013231 Thru P-013239 | April 22, 2008 Letter from A. Marie Villafaña to Office of Professional Responsibility re Self-Report of Allegation of Conflict of Interest | Privacy Act | Inadequate Log; No Factual Underpinnings; Factual Materials; Fiduciary Duty; Court Compelled Disclosure; Waiver |
| Box #3 P-013240 Thru P-013247 | April 21, 2008 Letter from Jeffrey Sloman to Office of Professional Responsibility re Self Reporting with attachments | Privacy Act | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Court Compelled Disclosure; Factual Materials; Waiver |
| Box #3 P-013248 Thru P-013251 | Emails between Richard Sudder, Assistant General Counsel, Executive Office for United States Attorneys, and Benjamin Greenberg, First Assistant U.S. Attorney, Southern District of Florida, regarding Formal Notice of Office-wide Recusal of Southern District of Florida dated August 24 and August 29, 2011 | Attorney-Client Privilege | No Factual Underpinnings; Fiduciary Duty; Ordinary Government Communication; No Attorney-Client Relationship; Waiver |
| Box #3 P-013252 Thru P-013253 | Emails between Richard Sudder, Assistant General Counsel, Executive Office for United States Attorneys, and Benjamin Greenberg, First Assistant U.S. Attorney, Southern District of Florida, regarding Recusal matter, dated July 28, August 3, and August 24, 2011 | Attorney-Client Privilege | No Factual Underpinnings; Fiduciary Duty; Ordinary Government Communication; No Attorney-Client Relationship; Waiver |

| Bates Range | Description | Privilege(s) Asserted | Victims' Objections |
|---|---|---|---|
| Box #3 P-013254 Thru P-013257 | Emails between Richard Sudder, Assistant General Counsel, Executive Office for United States Attorneys, and Benjamin Greenberg, First Assistant U.S. Attorney, Southern District of Florida, regarding Formal Notice of Office-wide Recusal of Southern District of Florida dated August 24 and August 29, 2011 | Attorney-Client Privilege | No Factual Underpinnings; Fiduciary Duty; Ordinary Government Communication; No Attorney-Client Relationship; Waiver |
| Box #3 P-013258 Thru P-013259 | Emails between Richard Sudder, Assistant General Counsel, Executive Office for United States Attorneys, and Benjamin Greenberg, First Assistant U.S. Attorney, Southern District of Florida, regarding Formal Notice of Office-wide Recusal of Southern District of Florida dated July 28 and August 3, 2011 | Attorney-Client Privilege | No Factual Underpinnings; Fiduciary Duty; Ordinary Government Communication; No Attorney-Client Relationship; Waiver |
| Box #3 P-013260 Thru P-013262 | Email from Richard Sudder, Assistant General Counsel, Executive Office for United States Attorneys, to Wifredo Ferrer (U.S. Attorney, SDFL), Robert O'Neill (U.S. Attorney, MDFL), Benjamin Greenberg, (FAUSA, SDFL), and Lee Bentley (FAUSA, MDFL) regarding Formal Notice of Office-wide Recusal of Southern District of Florida dated August 24, 2011. CC's David Margolis (ODAG), Jay Macklin (USAEO), Thomas Anderson (USAEO), Michelle Tapken (USAEO), James Read (USAEO) | Attorney-Client Privilege | No Factual Underpinnings; Fiduciary Duty; Ordinary Government Communication; No Attorney-Client Relationship; Waiver |

| Bates Range | Description | Privilege(s) Asserted | Victims' Objections |
|---|---|---|---|
| Box #3 P-013263 Thru P-013271 | Emails between Richard Sudder, Assistant General Counsel, Executive Office for United States Attorneys, and Benjamin Greenberg, First Assistant U.S. Attorney, Southern District of Florida, regarding recusal of Southern District of Florida, dated July 29, 2011, with attached memorandum from A. Marie Villafaña to Benjamin Greenberg summarizing Jeffrey Epstein Investigation | Attorney-Client Privilege Deliberative Process Work Product | No Factual Underpinnings; Fiduciary Duty; Not in Anticipation of Litigation; Ordinary Government Communication; No Attorney-Client Relationship; Improper Invocation; Overriding Need; Claims Against Public Prosecutor; Attorney Conduct at Issue; Waiver |
| Box #3 P-013272 Thru P-013278 | Emails between Peter Mason, Executive Office for United States Attorneys, and Dexter Lee, Southern District of Florida, seeking advice regarding office-wide recusal, dated December 16 and 17, 2010, with attached letter from Paul Cassell to Wifredo A. Ferrer, dated December 10, 2010 | Attorney-Client Privilege | No Factual Underpinnings; Fiduciary Duty; Ordinary Government Communication; No Attorney-Client Relationship; Factual Materials; Waiver |
| Suppl. Box #3 P-013279 Thru P-013280 | 8/15/08 Emails between A. Acosta and A. Marie Villafaña, R. Senior, D. Lee and K. Atkinson re proposed correspondence to Jay Lefkowitz | Attorney-Client Privilege Work Product | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Crime-Fraud-Misconduct; Crime-Fraud-Misconduct; Not in Anticipation of Litigation; Ordinary Government Communication; No Attorney-Client Relationship; Claims Against Public Prosecutor; Overriding Need; Attorney Conduct at Issue; Waiver |
| Suppl. Box #3 | Handwritten note re Epstein investigation | Attorney-Client Privilege Work Product Investigative privilege Also contains information subject to privacy rights of victims who are not | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Factual Materials; Not in Anticipation of Litigation; Ordinary Government Communication; No Attorney-Client Relationship; Improper Invocation; Overriding Need; Claims Against Public |

| Bates Range | Description | Privilege(s) Asserted | Victims' Objections |
|---|---|---|---|
| P-013281 | | parties to this litigation | Prosecutor; Attorney Conduct at Issue; Redaction; No Assertion by Victims |
| Suppl. Box #3 P-013282 Thru P-013283 | 7/9/08 Email from A. Marie Villafaña to A. Acosta, J. Sloman, K. Atkinson, and FBI re proposed response to Goldberger letter re victim notification | Attorney-Client Privilege Work product Deliberative Process | No Factual Underpinnings; Fiduciary Duty; Crime-Fraud-Misconduct; Crime-Fraud-Misconduct; Crime-Fraud-Misconduct; Factual Materials; Not in Anticipation of Litigation; Ordinary Government Communication; No Attorney-Client Relationship; Improper Invocation; Overriding Need; Claims Against Public Prosecutor; Attorney Conduct at Issue; Waiver |
| Suppl. Box #3 P-013284 | 7/10/08 Emails between J. Sloman and A. Marie Villafaña, K. Atkinson, and FBI re proposed response to Goldberger's letter e victim notification | Attorney-Client Privilege Work Product Deliberative Process | No Factual Underpinnings; Fiduciary Duty; Crime-Fraud-Misconduct; Factual Materials; Not in Anticipation of Litigation; Ordinary Government Communication; No Attorney-Client Relationship; Improper Invocation; Overriding Need; Claims Against Public Prosecutor; Attorney Conduct at Issue; Waiver |
| Suppl. Box #3 P-013285 Thru P-013289 | File folder entitled "8/5/08 AMCV e-mail re correct agrmt" containing 8/5/08 email from A. Marie Villafaña to A. Acosta, J. Sloman, R. Senior, K. Atkinson re "Jeffrey Epstein Agreement" discussing 6/24/08 email from A. Marie Villafaña to R. Black and J. Goldberger concerning the binding nature of the Agreement | Attorney-Client Privilege Work Product Deliberative Process | No Factual Underpinnings; Fiduciary Duty; Crime-Fraud-Misconduct; Crime-Fraud-Misconduct; Not in Anticipation of Litigation; Ordinary Government Communication; No Attorney-Client Relationship; Improper Invocation; Overriding Need; Claims Against Public Prosecutor; Attorney Conduct at Issue |

| Bates Range | Description | Privilege(s) Asserted | Victims' Objections |
|---|---|---|---|
| Suppl. Box #3 P-013290 Thru P-013292 | File folder entitled "8/14/08 E-mail from Lefk to AMCV" containing (undated) emails from A. Marie Villafaña to R. Senior, J. Sloman, A. Acosta, K. Atkinson, D. Lee re draft response to 8/14/08 email from J. Lefkowitz regarding "the December 2007 proposal" | Attorney-Client Privilege Work Product | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Crime-Fraud-Misconduct; Not in Anticipation of Litigation; Ordinary Government Communication; No Attorney-Client Relationship; Claims Against Public Prosecutor; Overriding Need; Attorney Conduct at Issue |
| Suppl. Box #3 P-013293 Thru P-013299 | File folder entitled "8/15/08 AMCV e-mail re Agrmt" containing 8/15/08 e-mails from A. Marie Villafaña to A. Acosta, J. Sloman, R. Senior, K. Atkinson, D. Lee re follow up on Agreement and from A. Acosta to Ann Marie Villafana on issue of Special Master with attached 8/15/08 emails from A. Marie Villafaña to A. Acosta, J. Sloman, R. Senior, K. Atkinson, D. Lee re Agreement; 8/15/08 email from J. Lefkowitz to A. Marie Villafana, K. Atkinson, R. Black, M. Weinberg re Agreement; 8/14/08 emails from A. Marie Villafaña to J. Lefkowitz, K. Atkinson, R. Black re interpretation of Agreement; email from J. Lefkowitz to A. Marie Villafaña, K. Atkinson re questions re Agreement; email from A. Marie Villafaña to J. Lefkowitz, K. Atkinson re production of Agreement to victims | Attorney-Client Privilege Work Product Deliberative Process | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Crime-Fraud-Misconduct; Factual Materials; Not in Anticipation of Litigation; Ordinary Government Communication; No Attorney-Client Relationship; Improper Invocation; Overriding Need; Claims Against Public Prosecutor; Attorney Conduct at Issue; Waiver |
| Suppl. Box #3 P-013300 Thru | File folder entitled "8/18/08 Lefkowitz Ltr to AMCV" containing A. Marie Villafaña's handwritten draft notes for | Attorney-Client Privilege | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Crime-Fraud-Misconduct; Not in Anticipation of Litigation; Ordinary |

| Bates Range | Description | Privilege(s) Asserted | Victims' Objections |
|---|---|---|---|
| P-0133303 | proposed letter to J. Lefkowitz; 5/22/07 e-mail from A. Lourie to M. Menchel, J. Sloman, A. Marie Villafaña re meeting with G. Lefcourt with attached email from G. Lefcourt re solicitation for meetings | Work Product | Government Communication; No Attorney-Client Relationship; Claims Against Public Prosecutor; Overriding Need; Attorney Conduct at Issue; Waiver |
| Suppl. Box #3 P-013304 Thru P-013325 | File folder entitled "6/25/07 Lefcourt to Sloman & Lourie containing 6/25/07 letter (with handwritten notes by A. Marie Villafaña) from G. Lefcourt to J. Sloman, M. Menchel, A. Lourie, A. Marie Villafaña addressing reasons for not prosecuting Epstein; handwritten outline by A. Marie Villafaña of possible response to letter | Attorney-Client Privilege Work Product | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Crime-Fraud-Misconduct; Not in Anticipation of Litigation; Ordinary Government Communication; No Attorney-Client Relationship |
| Suppl. Box #3 P-013326 Thru P-013329 | File folder entitled "9/17/07 Villafaña Lefkowitz containing 9/17/07 e-mail from A. Marie Villafaña to R. Garcia, A. Lourie and from R. Garcia to A. Marie Villafaña concerning status of plea negotiations | Attorney-Client Privilege Work Product | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Not in Anticipation of Litigation; Ordinary Government Communication; No Attorney-Client Relationship; Claims Against Public Prosecutor; Overriding Need; Attorney Conduct at Issue |
| Suppl. Box #3 P-013330 Thru P-013333 | File folder entitled "11/8/07 Lefkowitz Sloman" containing 11/8/07 letter from J. Lefkowitz re issues arising during pendency of matter with attorney handwritten notes | Attorney-Client Privilege Work Product | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Not in Anticipation of Litigation; Ordinary Government Communication; No Attorney-Client Relationship; Claims Against Public Prosecutor; Overriding Need; Attorney Conduct at Issue |
| Suppl. Box #3 P-013334 Thru | File folder entitled "11/13/07 Sloman to Lefkowitz (was this sent?)" containing draft 11/13/07 letter from J. Sloman | Attorney-Client Privilege | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Not in Anticipation of Litigation; Ordinary Government |

| Bates Range | Description | Privilege(s) Asserted | Victims' Objections |
|---|---|---|---|
| P-013337 | responding to J. Lefkowitz's letter | Work Product | Communication; No Attorney-Client Relationship; Claims Against Public Prosecutor; Overriding Need; Attorney Conduct at Issue |
| Suppl. Box #3 P-013338 Thru 013341 | File folder entitled "12/6/07 Sloman to Lefkowitz" containing 12/5/07 faxed letter w/ cover sheet from K. Starr and J. Lefkowitz to A. Acosta | [Not considered privileged. Will be produced to opposing counsel upon lifting of stay] | N/A |
| Suppl. Box #3 P-013342 Thru P-013350 | File folder entitled "12/05/07 Starr to Acosta" containing drafts of 11/30/07 letters from A. Acosta to K. Starr and from J. Sloman to J. Lefkowitz re performance and victim notification with handwritten notes and edits by A. Marie Villafaña | Attorney-Client Privilege Work Product Deliberative Process | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Crime-Fraud-Misconduct; Factual Materials; Not in Anticipation of Litigation; Ordinary Government Communication; No Attorney-Client Relationship; Improper Invocation; Overriding Need; Claims Against Public Prosecutor; Attorney Conduct at Issue |
| Suppl. Box #3 P-13351 Thru P-013361 | File folder entitled "12/21/07 Lefkowitz Acosta" containing handwritten notes by A. Marie Villafaña, 12/21/07 letter from J. Lefkowitz to A. Acosta re performance of NPA and appeal to Washington with attorney handwritten notes | Attorney-Client Privilege Work Product | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Crime-Fraud-Misconduct; Not in Anticipation of Litigation; Ordinary Government Communication; No Attorney-Client Relationship; Claims Against Public Prosecutor; Overriding Need; Factual Materials; Attorney Conduct at Issue |
| Suppl. Box #3 P-013362 Thru P-013366 | File folder labeled "12/26/07 Lefkowitz to Acosta" containing 2 copies of draft letter from A. Acosta to J. Lefkowitz (with 12/28/07 fax header) | Attorney-Client Privilege Work Product Deliberative Process | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Crime-Fraud-Misconduct; Not in Anticipation of Litigation; Ordinary Government Communication; No Attorney-Client Relationship; Improper Invocation; Overriding Need; Claims Against Public Prosecutor; Attorney Conduct at Issue |
| Suppl. Box #3 | File folder labeled "Draft ltr from | Attorney-Client Privilege | Inadequate Log; No Factual Underpinnings; |

| Bates Range | Description | Privilege(s) Asserted | Victims' Objections |
|---|---|---|---|
| P-013367 Thru P-013372 | Sloman to Lefkowitz re termination" containing draft letter dated "April , 2008" from J. Sloman to J. Lefkowitz concerning the compliance with the Agreement | Work Product | Fiduciary Duty; Not in Anticipation of Litigation; Ordinary Government Communication; No Attorney-Client Relationship; Claims Against Public Prosecutor; Overriding Need; Attorney Conduct at Issue |
| Suppl. Box #3 P-013373 Thru P-013503 | File folder labeled "6/3/08 Sloman Submission to the DAG" containing 6/3/08 letter from J. Sloman to Mark Filip, Office of the DAG, cc'd to R. Senior, A. Marie Villafaña, K. Atkinson, re Jeffrey Epstein, detailing events concerning the Agreement and thereafter and with relevant attachments | Attorney-Client Privilege Deliberative Process Work Product Investigative privilege | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Not in Anticipation of Litigation; Ordinary Government Communication; No Attorney-Client Relationship; Improper Invocation; Overriding Need; Claims Against Public Prosecutor; Overriding Need; Attorney Conduct at Issue; Waiver |
| Suppl. Box #3 P-013504 Thru P-013507 | File folder labeled "Mtg w/ Ken Starr, RAA, JS, Drew" containing handwritten notes by A. Marie Villafaña | Attorney-Client Privilege Work Product | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Not in Anticipation of Litigation; Ordinary Government Communication; No Attorney-Client Relationship; Claims Against Public Prosecutor; Overriding Need; Attorney Conduct at Issue; Waiver |
| Suppl. Box #3 P-013508 Thru P-013514 | File folder labeled "Internal Corr." containing 11/28/07 e-mails from J. Sloman to A. Marie Villafaña re responding to 11/28/07 e-mail from J. Lefkowitz to J. Sloman regarding victim notification with attachments | Attorney-Client Privilege Work Product | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Crime-Fraud-Misconduct; Factual Materials; Not in Anticipation of Litigation; Ordinary Government Communication; No Attorney-Client Relationship; Claims Against Public Prosecutor; Overriding Need; Attorney Conduct at Issue; Factual Materials; Waiver |
| Suppl. Box #3 P-013515 Thru | Draft 11/30/07 letter from A. Acosta to K. Starr cc'd to J. Sloman and A. Marie Villafaña re compliance with Agreement | Attorney-Client Privilege Work Product | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Crime-Fraud-Misconduct; Not in Anticipation of Litigation; Ordinary |

| Bates Range | Description | Privilege(s) Asserted | Victims' Objections |
|---|---|---|---|
| P-013525 | and internal emails from J. Sloman, A. Acosta, and A. Lourie re items to address in letter | Deliberative Process | Government Communication; No Attorney-Client Relationship; Improper Invocation; Overriding Need; Claims Against Public Prosecutor; Attorney Conduct at Issue; Waiver; Factual Materials |
| Suppl. Box #3 P-013526 Thru P-013527 | 5/23/07 e-mail from A. Marie Villafaña to K. Atkinson re draft proposed internal e-mail about handling of case and attached email correspondence between Andrew Lourie and G. Lefcourt | Attorney-Client Privilege Work Product Deliberative Process | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Not in Anticipation of Litigation; Ordinary Government Communication; No Attorney-Client Relationship; Improper Invocation; Overriding Need; Claims Against Public Prosecutor; Attorney Conduct at Issue; Factual Materials |
| Suppl. Box #3 P-013528 Thru P-013530 P-013532 Thru P-013537 | Handwritten notes by A. Marie Villafana dated 9/21 re telephone conference with possible victim representative, conflict check with names and email listed, list of names of potential victim representatives, payment discussion, and guideline calculation, email containing contact info for potential victim representative, draft Non Prosecution Agreement dated 9/10/07 4:17 pm | Work Product | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Factual Materials; Not in Anticipation of Litigation; Claims Against Public Prosecutor; Overriding Need; Attorney Conduct at Issue |
| Suppl. Box #3 P-013531 | Typed note addressed to "Dear David" re response to grand jury subpoena | 6(e) Investigative privilege | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Not in Anticipation of Litigation; Improper Invocation; Overriding Need; Factual Materials; Court Authorized Under 6(e)(3)(E); Court Inherent Power to Release; Proper Victim's Petition; CVRA-authorized release; Material Severable |
| Suppl. Box #3 P-013538 Thru | File folder labeled "Notes Re Post-Agreement Communications" containing | Work Product | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Not in Anticipation of Litigation; Improper Invocation; Overriding |

| Bates Range | Description | Privilege(s) Asserted | Victims' Objections |
|---|---|---|---|
| P-013553 | handwritten notes by A. Marie Villafaña | Deliberative Process | Need; Claims Against Public Prosecutor; Attorney Conduct at Issue; Factual Materials |
| Suppl. Box #3 P-013554 Thru | File folder labeled "E-mails Re Plea Negotiations" containing:<br><br>■ 11/28/07 e-mail from A. Lourie to A. Marie Villafaña, A. Oosterbaan, R. Garcia re non-prosecution agreement, with attached correspondence;<br>■ 9/19/07 e-mail from A. Marie Villafaña to A. Lourie, R. Garcia, K. Atkinson re negotiating strategy, with attached correspondence;<br>■ 9/18/07 e-mail from A. Marie Villafaña to A. Acosta, A. Lourie, R.Gar[c]<br>■ 9/17/07 e-mail from A. Marie Villafaña to A. Acosta re negotiation;<br>■ 9/17/07 e-mail from A. Marie Villafaña to R. Garcia, A. Acosta, A. Lourie, K. Atkinson, J. McMillan re negotiations;<br>■ 9/17/07 e-mail from A. Marie Villafaña to R. Garcia, A. Lourie re negotiation strategy;<br>■ 9/14/07 e-mail from A. Marie Villafaña to J. Sloman, A. Acosta, R. Garcia, A Lourie, K. Atkinson, S. Ball re proposed plea agreement and Information | Attorney-Client Privilege Work Product Deliberative Process Investigative Privilege | No Factual Underpinnings; Fiduciary Duty; Crime-Fraud-Misconduct; Not in Anticipation of Litigation; Ordinary Government Communication; No Attorney-Client Relationship; Improper Invocation; Overriding Need; Claims Against Public Prosecutor; Attorney Conduct at Issue; Waiver; Final Decision |

| Bates Range | Description | Privilege(s) Asserted | Victims' Objections |
|---|---|---|---|
| | ■ 9/14/07 e-mail from A. Marie Villafaña to J. Sloman, A. Acosta, A Lourie, R Garcia, K. Atkinson, J. McMillan, S. Ball re plea negotiations<br>■ 9/13/07 e-mail from A. Marie Villafaña to J. Atkinson, S. Ball, J. McMillan re indictment package;<br>■ 9/13/07 e-mail from A. Marie Villafaña to A. Oosterbaan re trust agreement with attached correspondence<br>■ 9/13/07 e-mail from A. Marie Villafaña to A. Oosterbaan re trust agreement<br>■ 9/13/07 e-mail from A. Marie Villafaña to R. Garcia, J. Sloman re conference call with J. Lefkowitz;<br>■ 9/13/07 e-mail from A. Marie Villafaña to A. Lourie re plea negotiations with attached correspondence;<br>■ 9/13/07 e-mail from A. Marie Villafaña to A. Lourie re charging strategy with attached correspondence;<br>■ 9/13/07 e-mail from A. Marie Villafaña to K. Atkinson, S. Ball, J. McMillan re indictment package;<br>■ 9/13/07 e-mail from A. Marie Villafaña to A. Acosta, J. Sloman, R. Garcia, K. Atkinson, A. Lourie re plea negotiations; | | |

| Bates Range | Description | Privilege(s) Asserted | Victims' Objections |
|---|---|---|---|
| | ■ 9/11/07 e-mail from A. Marie Villafaña to A. Lourie re meeting w/ G. Lefcourt with attached correspondence;<br><br>■ 9/11/07 e-mail from A. Marie Villafaña to A. Lourie re revised Agreement with attached correspondence;<br><br>■ 9/11/07 e-mail from A. Marie Villafaña to J. Sloman re non-prosecution agreement edits with attached correspondence;<br><br>■ 9/11/07 e-mail from A. Marie Villafaña to A. Oosterbaan re status of negotiations with attached correspondence;<br><br>■ 9/10/07 e-mail from A. Marie Villafaña to J. Sloman re negotiations; 9/10/07 e-mail from A. Marie Villafaña to J. Sloman, J. McMillan re state grand jury proceedings;<br><br>■ 9/17/07 e-mail from A. Acosta to A. Marie Villafaña, R. Garcia, A. Lourie, K. Atkinson, J. McMillan re draft Agreement with attached correspondence;<br><br>■ 9/14/07 e-mail from J. Sloman to A. Marie Villafaña, A. Acosta, R. Garcia, A. Lourie, K. Atkinson, S. Ball, re finalizing documents;<br><br>■ 9/14/07 e-mail from A. Lourie to A. Marie Villafaña re charging strategy | | |

| Bates Range | Description | Privilege(s) Asserted | Victims' Objections |
|---|---|---|---|
| | with attached correspondence;<br>■ 9/13/07 e-mail from A. Oosterbaan to A. Marie Villafaña re setting up trust fund;<br>■ 9/13/07 e-mail from A. Lourie to A. Marie Villafaña re final negotiations with attached correspondence;<br>■ 9/11/07 e-mail from A. Lourie to A. Marie Villafaña re scheduling a meeting regarding finalizing the agreement with attached correspondence;<br>■ 9/11/07 e-mail from J. Sloman to A. MarieVillafaña re non-prosecution agree;<br>■ 9/11/07 e-mail from J. Sloman to A. MarieVillafaña re non-prosecution agree;<br>■ 9/11/07 e-mail from A. Oosterbaan to A. Marie Villafaña re negotiations with attached correspondence;<br>■ 9/17/07 e-mail from A. Marie Villafaña to R. Garcia A. Lourie re negotiation strategy | | |
| Suppl. Box #3<br>P-013609<br>Thru<br>P-013615 | File folder entitled "[] Target Letter" containing copy of signed letter and contact info for counsel for target | 6(e)<br>Investigative Privilege | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Not in Anticipation of Litigation; Improper Invocation; Overriding Need; Factual Materials; Court Authorized Under 6(e)(3)(E); Court Inherent Power to Release; Proper Victim's Petition; CVRA-authorized release; Material Severable |
| Suppl. Box #3<br>P-013616 | File folder entitled "Atty Notes re Revised Indictment" containing | Attorney-Client Privilege<br>Deliberative Process | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Factual Materials; Not in |

| Bates Range | Description | Privilege(s) Asserted | Victims' Objections |
|---|---|---|---|
| Thru P-013621 | handwritten notes by A. Marie Villafaña | Work Product Investigative Privilege Also contains information subject to privacy rights of victims who are not parties to this litigation | Anticipation of Litigation; Ordinary Government Communication; No Attorney-Client Relationship; Improper Invocation; Overriding Need; Claims Against Public Prosecutor; Attorney Conduct at Issue |
| Suppl. Box #3 P-013622 Thru P-013643 | File folder entitled "Research Re Possible Misdemeanors" containing attorney research | Work product | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Not in Anticipation of Litigation; Claims Against Public Prosecutor; Overriding Need; Attorney Conduct at Issue |
| Suppl. Box #3 P-013644 Thru P-013653 | File folder entitled "Notes Re Plea Negotiations" containing 9/17/07 e-mail from A. Marie Villafaña to J. Richards, N. Kuyrkendall re status update; undated and typed handwritten notes by A. Marie Villafaña re items to be completed on case, strength of case, victim interviews, summary of evidence, guidelines calculations | Attorney-Client Privilege Work Product Deliberative Process Investigative privilege Also contains information subject to privacy rights of victims who are not parties to this litigation | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Factual Materials; Not in Anticipation of Litigation; Ordinary Government Communication; No Attorney-Client Relationship; Improper Invocation; Overriding Need; Claims Against Public Prosecutor; Attorney Conduct at Issue; Waiver |
| Suppl. Box #3 P-013654 Thru P-013745 | File folder entitled "Plea Agreement Drafts" containing several draft plea agreements some with handwritten notes by A. Marie Villafaña; copies of draft non-prosecution agreement some with handwritten notes by A. Marie Villafaña; copy of a draft Information | Attorney-Client Privilege Work Product Deliberative Process | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Not in Anticipation of Litigation; Ordinary Government Communication; No Attorney-Client Relationship; Improper Invocation; Overriding Need; Claims Against Public Prosecutor; Attorney Conduct at Issue |
| Suppl. Box #3 P-0013747 | File folder entitled "Draft Non-Prosecution Agreements" containing | Attorney-Client Privilege Work Product | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Not in Anticipation of |

| Bates Range | Description | Privilege(s) Asserted | Victims' Objections |
|---|---|---|---|
| Thru P-013810 | several draft non- prosecution agreements some with handwritten notes by A. Marie Villafaña; plea sheet State Circuit Court; copies of draft Information; draft plea proffer; draft motion and order to seal; draft penalty sheet; draft plea agreement | Deliberative Process | Litigation; Ordinary Government Communication; No Attorney-Client Relationship; Improper Invocation; Overriding Need; Claims Against Public Prosecutor; Attorney Conduct at Issue; Factual Materials |
| Suppl. Box 3 P-013811 Thru P-013833 | File folder entitled "Information Packet Drafts" containing several drafts of Informations, and complete draft Information packet | Attorney-Client Privilege Work Product Deliberative Process | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Not in Anticipation of Litigation; Ordinary Government Communication; No Attorney-Client Relationship; Improper Invocation; Overriding Need; Claims Against Public Prosecutor; Attorney Conduct at Issue |
| Suppl. Box 3 P-013834 Through P-013835 | Two pages of filed document, D.E. 62, page 2 of 54 and page 6 of 54, containing handwritten attorney notes | Atty work-product | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Claims Against Public Prosecutor; Overriding Need; Attorney Conduct at Issue |
| Suppl. Box 3 P-013836 Thru P-013837 | Palm Beach Daily News Article, "Attorneys want Jeffrey Epstein Agreement Thrown Out," with attorney's notes written on margin | Atty work-product | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Claims Against Public Prosecutor; Overriding Need; Attorney Conduct at Issue |
| Suppl. Box 3 P-013838 Thru P-013841 | Letter from Paul Cassell to Wifredo A. Ferrer, December 10, 2010, Subject: Request for Investigation of Jeffrey Epstein Prosecution, with underlines, written notes, and comments by DOJ attorney | Atty work-product | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Claims Against Public Prosecutor; Overriding Need; Attorney Conduct at Issue |
| Suppl. Box 3 P-013842 | Email from Dexterr Lee to Ruth Plagenhoef (OPR), February 25, 2011, 4:31 p.m., Re: request for OPR Investigation – Jeffrey Epstein Non-Prosecution Agreement | Atty work-product Atty-client privilege | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Crime-Fraud-Misconduct; Factual Materials; Ordinary Government Communication; No Attorney-Client Relationship; Claims Against Public Prosecutor; Overriding Need; Attorney |

| Bates Range | Description | Privilege(s) Asserted | Victims' Objections |
|---|---|---|---|
| | | | Conduct at Issue |
| Suppl. Box 3 P-013843 Thru P-013844 | E-mail, Marie Villafana to Andrew Lourie, Rolando Garcia, and Karen Atkinson, September 19, 2007, 4:33 p.m., RE: Plea Agreement | Atty work-product atty-client privilege | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Ordinary Government Communication; No Attorney-Client Relationship; Waiver; Claims Against Public Prosecutor; Overriding Need; Attorney Conduct at Issue |
| Suppl. Box 3 P-013845 Thru P-013846 | E-mail, Andrew Lourie to Marie Villafana, September 19, 2007, 4:21 p.m., RE: Epstein, with internal U.S. Attorney's Office e-mails attached | Atty work-product | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Claims Against Public Prosecutor; Overriding Need; Attorney Conduct at Issue |
| Suppl. Box 3 P-013847 Thru P-013849 | E-mail, Marie Villafana to Andrew Lourie, Rolando Garcia, and Karen Atkinson, September 18, 2007, 11:43 a.m., RE: Draft Agreements?, with e-mail from Jay Lefkowitz (September 18, 2007, 11:09 a.m.) attached | Atty work-product | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Claims Against Public Prosecutor; Overriding Need; Attorney Conduct at Issue Waiver |
| Suppl. Box 3 P-013850 | E-mail, Marie Villafana to Alex Acosta, Andrew Lourie, Rolando Garcia, Karen Atkinson, and John McMillan, September 18, 2007, 9:31 a.m., RE: Epstein Negotiations | Atty work-product | No Factual Underpinnings; Fiduciary Duty; Crime-Fraud-Misconduct; Crime-Fraud-Misconduct; Waiver; Claims Against Public Prosecutor; Overriding Need; Attorney Conduct at Issue |
| Suppl. Box 3 P-013851 Thru P-013853 | E-mail, Marie Villafana to Rolando Garcia and Andrew Lourie, September 17, 2007, 10:35 a.m., RE: Epstein [providing update re plea negotiations] | Atty work-product | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Claims Against Public Prosecutor; Overriding Need; Attorney Conduct at Issue |
| Suppl. Box 3 P-013854 | E-mail, Marie Villafana to Andrew Oosterbaan, September 13, 2007, 8:10 p.m., RE: Epstein, with e-mail from Andrew Oosterbaan (September 13, 2007, 7:54 p.m.), attached | Atty work-product | No Factual Underpinnings; Fiduciary Duty; Claims Against Public Prosecutor; Overriding Need; Attorney Conduct at Issue |
| Suppl. Box 3 | E-mail, Marie Villafana to Jeff Sloman | Atty work-product | Inadequate Log; No Factual Underpinnings; |

| Bates Range | Description | Privilege(s) Asserted | Victims' Objections |
|---|---|---|---|
| P-013855 | and Andrew Lourie, September 10, 2007, 5:24 p.m., RE: FBI | Atty-client privilege | Fiduciary Duty; Ordinary Government ; Claims Against Public Prosecutor; Overriding Need; Attorney Conduct at Issue Communication; No Attorney-Client Relationship |
| Suppl. Box 3 P-013856 Thru P-013857 | E-mail, Marie Villafana to Jeff Sloman, September 6, 2007, 5:47 p.m., RE: Epstein, with e-mail from Jeff Sloman (September 6, 2007, 5:35 p.m.), attached | Atty work-product Atty-client privilege | No Factual Underpinnings; Fiduciary Duty; Ordinary Government Communication; No Attorney-Client Relationship; Claims Against Public Prosecutor; Overriding Need; Attorney Conduct at Issue |
| Suppl. Box 3 P-013858 | Email, Marie Villafana to Jeff Sloman, September 6, 2007, 9:29 a.m., Re: Meeting on Friday | atty work-product | No Factual Underpinnings; Fiduciary Duty; Claims Against Public Prosecutor; Overriding Need; Attorney Conduct at Issue |
| Suppl. Box 3 P-013859 Through P-013860 | Email, Gerald Lefcourt to Marie Villafana, Lilly Ann Sanchez, Roy Black, re: Jeffrey Epstein | [Not considered privileged. Will be produced to opposing counsel upon lifting of stay] | N/A |
| Suppl. Box 3 P-013861 Thru P-013865 | E-mail, Marie Villafana to Matthew Menchel, July 13, 2007, 3:14 p.m., RE: Epstein, with e- mail from Menchel (July 5, 2007, 3:30 p.m.), Villafana to Menchel (July 4, 2007, 5:16 p.m.), and Sloman to Villafana (July 3, 2007, 1:47 p.m.), attached | Atty work-product atty-client privilege | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Crime-Fraud-Misconduct; Ordinary Government Communication; No Attorney-Client Relationship; Waiver; Claims Against Public Prosecutor; Overriding Need; Attorney Conduct at Issue |
| Suppl. Box 3 P-013866 | E-mail, Marie Villafana to Jeff Sloman, Matthew Menchel, Andrew Lourie, Karen Atkinson, and Shawn Ball, July 3, 2007, 6:26 a.m., RE: Epstein | Atty work-product | No Factual Underpinnings; Fiduciary Duty; Crime-Fraud-Misconduct; Waiver; Claims Against Public Prosecutor; Overriding Need; Attorney Conduct at Issue |
| Suppl. Box 3 P-013867 Thru | E-mail, Marie Villafana to Matthew Menchel, June 21, 2007, 3:24 p.m., RE: Meeting Next Week, with e-mails from | Atty work-product | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Crime-Fraud-Misconduct; Waiver; Claims Against Public Prosecutor; |

| Bates Range | Description | Privilege(s) Asserted | Victims' Objections |
|---|---|---|---|
| P-013868 | Menchel to Villafana (June 21, 2007, 2:58 p.m.), and Villafana to Menchel (June 21, 2007, 1:37 p.m.), attached | | Overriding Need; Attorney Conduct at Issue |
| Suppl. Box 3 P-013869 | E-mail, Marie Villafana to Matthew Menchel, Jeff Sloman, Andrew Lourie, and Karen Atkinson, June 18, 2007, 5:04 p.m., RE: Epstein | Atty work-product | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Crime-Fraud-Misconduct; Waiver; Claims Against Public Prosecutor; Overriding Need; Attorney Conduct at Issue |
| Suppl. Box 3 P-013870 Thru P-013871 | E-mail, Andrew Lourie to Marie Villafana, May 24, 2007, 9:25 a.m., FW: Jeffrey Epstein, with e-mail from Gerald Lefcourt to Andrew Lourie (May 23, 2007, 5:00 p.m.), Andrew Lourie to Gerald Lefcourt (May 22, 2007, 6:32 p.m.), and Gerald Lefcourt to Andrew Lourie  Marie Villafana, and Lilly Ann Sanchez (May 22, 2007, 2:05 p.m.), attached | Atty work-product | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Claims Against Public Prosecutor; Overriding Need; Attorney Conduct at Issue |
| Suppl. Box 3 P-013872 | E-mail, Andrew Lourie to Matthew Menchel, Jeff Sloman, and Marie Villafana, May 22, 2007, 3:11 p.m., FW: Jeffrey Epstein, with e-mail from Lefcourt to Lourie, Villafana, and Lilly Ann Sanchez (May 22, 2007, 2:05 p.m.), attached | Atty work-product | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Crime-Fraud-Misconduct; Waiver; Claims Against Public Prosecutor; Overriding Need; Attorney Conduct at Issue |
| Suppl. Box 3 P-013873 | E-mail Menchel to Villafana and Lourie, May 14, 2007, 10:52 a.m., RE: Operation Leap Year, with e-mail from Villafana to Lourie and Menchel (May 14, 2007, 10:38 a.m.), attached | Atty work-product | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Crime-Fraud-Misconduct; Waiver; Claims Against Public Prosecutor; Overriding Need; Attorney Conduct at Issue |
| Suppl. Box 3 P-013874 | Inadvertently marked as privileged, will be produced | | N/A |

| Bates Range | Description | Privilege(s) Asserted | Victims' Objections |
|---|---|---|---|
| Through P-013875 | | | |
| Suppl. Box 3 P-013876 Thru P-013877 | E-mail, Villafana to Lourie, Garcia, and Atkinson, September 19, 2007, 4:33 p.m., RE: Draft Plea Agreement, with e-mail from Lefkowitz to Villafana (September 19, 2007, 3:44 p.m.), and Lefkowitz to Villafana (September 19, 2007, 3:35 p.m.) attached | Atty work-product | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Waiver; Claims Against Public Prosecutor; Overriding Need; Attorney Conduct at Issue |
| Suppl. Box 3 P-013878 Thru P-013879 | E-mail, Lourie to Villafana, September 19, 2007, 4:21 p.m., RE: Epstein, with e-mails from Villafana to Lourie and Garcia (September 19, 2007, 4:13 p.m.), Villafana to Lourie and Garcia (September 19, 2007, 4:05 p.m.), and Lourie to Villafana and Garcia (September 19, 2007, 3:50 p.m.), Villafana to Lourie (September 19 2007, 2:36 p.m.), Lourie to Villafana (September 19, 2007, 2:33 p.m.), and Villafana to Lourie and Garcia (September 19, 2007, 2:31 p.m.), attached | Atty work-product | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Claims Against Public Prosecutor; Overriding Need; Attorney Conduct at Issue |
| Suppl. Box 3 P-013880 Thru P-013882 | E-mail, Villafana to Lourie, Garcia, and Atkinson, September 18, 2007, 11:43 a.m., RE: Draft Agreements?, with e-mails from Villafana to Lourie, Garcia and Atkinson (September 18, 2007, 11:18a.m.), | Atty work-product | No Factual Underpinnings; Fiduciary Duty; Waiver; Claims Against Public Prosecutor; Overriding Need; Attorney Conduct at Issue |

| Bates Range | Description | Privilege(s) Asserted | Victims' Objections |
|---|---|---|---|
| Suppl. Box 3 P-013883 | E-mail, Villafana to Acosta, Lourie, Garcia, Atkinson, and McMillan, September 18, 2007, 9:31 a.m., RE: Epstein Negotiations | Atty work-product | No Factual Underpinnings; Fiduciary Duty; Crime-Fraud-Misconduct; Waiver; Claims Against Public Prosecutor; Overriding Need; Attorney Conduct at Issue |
| Suppl. Box 3 P-013884 Thru P-013886 | E-mail, Villafana to Garcia and Lourie, September 17, 2007 10:35 a.m., RE: Epstein, with e-mail from Garcia (September 17, 2007, 10:26 a.m.), attached | Atty work-product | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Waiver; Claims Against Public Prosecutor; Overriding Need; Attorney Conduct at Issue |
| Suppl. Box 3 P-013887 | E-mail, Marie Villafana to Andrew Oosterbaan, September 13, 2007, 8:10 p.m., RE: Epstein, with e-mail from Andrew Oosterbaan (September 13, 2007, 7:54 p.m.), attached | Atty work-product | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Waiver; Claims Against Public Prosecutor; Overriding Need; Attorney Conduct at Issue |
| Suppl. Box 3 P-013888 | E-mail, Marie Villafana to Jeff Sloman and Andrew Lourie, September 10, 2007, 5:24 p.m., RE: FBI | Atty work-product Atty-client privilege | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Ordinary Government Communication; No Attorney-Client Relationship; Waiver; Claims Against Public Prosecutor; Overriding Need; Attorney Conduct at Issue |
| Suppl. Box 3 P-013889 Thru P-013890 | E-mail, Marie Villafana to Jeff Sloman, September 6, 2007, 5:47 p.m., RE: Epstein, with e-mail from Jeff Sloman (September 6, 2007, 5:35 p.m.), attached | Atty work-product Atty-client privilege | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Ordinary Government Communication; No Attorney-Client Relationship; Claims Against Public Prosecutor; Overriding Need; Attorney Conduct at Issue |
| Suppl. Box 3 P-013891 | Email, Marie Villafana to Jeff Sloman, September 6, 2007, 9:29 a.m., Re: Meeting on Friday | atty work-product | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Claims Against Public Prosecutor; Overriding Need; Attorney Conduct at Issue |
| Suppl. Box 3 | Email, Gerald Lefcourt to Marie Villafana, Lilly Ann Sanchez, Roy | [Not considered privileged. Will be | N/A |

| Bates Range | Description | Privilege(s) Asserted | Victims' Objections |
|---|---|---|---|
| P-013892 Through P-013893 | Black, re: Jeffrey Epstein | produced to opposing counsel upon lifting of stay] | |
| Suppl. Box 3 P-013894 Thru P-013898 | E-mail, Marie Villafana to Matthew Menchel, July 13, 2007, 3:14 p.m., RE: Epstein, with e- mail from Menchel (July 5, 2007, 3:30 p.m.), Villafana to Menchel (July 4, 2007, 5:16 p.m.), and Sloman to Villafana (July 3, 2007, 1:47 p.m.), attached | Atty work-product atty-client privilege | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Crime-Fraud-Misconduct; Ordinary Government Communication; No Attorney-Client Relationship; Claims Against Public Prosecutor; Overriding Need; Attorney Conduct at Issue |
| Suppl. Box 3 P-013899 | E-mail, Marie Villafana to Jeff Sloman, Matthew Menchel, Andrew Lourie, Karen Atkinson, and Shawn Ball, July 3, 2007, 6:26 a.m., RE: Epstein | Atty work-product | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Crime-Fraud-Misconduct; Waiver; Claims Against Public Prosecutor; Overriding Need; Attorney Conduct at Issue |
| Suppl. Box 3 P-013900 Thru P-013901 | E-mail, Marie Villafana to Matthew Menchel, June 21, 2007, 3:24 p.m., RE: Meeting Next Week, with e-mails from Menchel to Villafana (June 21, 2007, 2:58 p.m.), and Villafana to Menchel (June 21, 2007, 1:37 p.m.), attached | Atty work-product | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Crime-Fraud-Misconduct; Claims Against Public Prosecutor; Overriding Need; Attorney Conduct at Issue |
| Suppl. Box 3 P-013902 | E-mail, Marie Villafana to Matthew Menchel, Jeff Sloman, Andrew Lourie, and Karen Atkinson, June 18, 2007, 5:04 p.m., RE: Epstein | Atty work-product | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Crime-Fraud-Misconduct; Waiver; Claims Against Public Prosecutor; Overriding Need; Attorney Conduct at Issue |
| Suppl. Box 3 P-013903 Thru P-013904 | E-mail, Andrew Lourie to Marie Villafana, May 24, 2007, 9:25 a.m., FW: Jeffrey Epstein, with e-mail from Gerald Lefcourt to Andrew Lourie (May 23, 2007, 5:00 p.m.), Andrew Lourie to Gerald Lefcourt (May 22, 2007, 6:32 p.m.), and Gerald Lefcourt to Andrew Lourie Marie Villafana, and Lilly Ann | Atty work-product | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Waiver; Claims Against Public Prosecutor; Overriding Need; Attorney Conduct at Issue |

| Bates Range | Description | Privilege(s) Asserted | Victims' Objections |
|---|---|---|---|
| | Sanchez (May 22, 2007, 2:05 p.m.), attached | | |
| Suppl. Box 3 P-013905 | E-mail, Andrew Lourie to Matthew Menchel, Jeff Sloman, and Marie Villafana, May 22, 2007, 3:11 p.m., FW: Jeffrey Epstein, with e-mail from Lefcourt to Lourie, Villafana, and Lilly Ann Sanchez (May 22, 2007, 2:05 p.m.), attached | Atty work-product | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Crime-Fraud-Misconduct; Claims Against Public Prosecutor; Overriding Need; Attorney Conduct at Issue |
| Suppl. Box 3 P-013906 | E-mail Menchel to Villafana and Lourie, May 14, 2007, 10:52 a.m., RE: Operation Leap Year, with e-mail from Villafana to Lourie and Menchel (May 14, 2007, 10:38 a.m.), attached | Atty work-product | No Factual Underpinnings; Fiduciary Duty; Crime-Fraud-Misconduct; Claims Against Public Prosecutor; Overriding Need; Attorney Conduct at Issue |
| Suppl. Box 3 P-013907 Through P-013908 | Inadvertently marked as privileged, will be produced | | N/A |
| Suppl. Box 3 P-013909 Thru P-013911 | Memorandum, Lisa Howard, Assistant Counsel, U.S. Department of Justice, Office of Professional Responsibility (OPR), to Ruth Plagenhoef, Acting Associate Counsel, OPR, undated, Subject: Recommendation | Deliberative Process Privilege; atty work-product | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Crime-Fraud-Misconduct; Factual Materials; Improper Invocation; Final Decision; Waiver; Claims Against Public Prosecutor; Overriding Need; Attorney Conduct at Issue |
| Suppl. Box 3 P-013912 Thru P-013914 | Memorandum, Lisa Howard, Assistant Counsel, OPR, to Ruth Plagenhoef, Acting Associate Counsel, OPR, Subject: Recommendation, with handwritten note dated 5/4/11 | Deliberative Process Privilege, atty work-product | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Crime-Fraud-Misconduct; Factual Materials; Improper Invocation; Waiver; Final Decision; Claims Against Public Prosecutor; Overriding Need; Attorney Conduct at Issue |
| Suppl. Box 3 | Memorandum, Lisa Howard, Assistant | Deliberative Process | Inadequate Log; No Factual Underpinnings; |

| Bates Range | Description | Privilege(s) Asserted | Victims' Objections |
|---|---|---|---|
| P-013915 Thru P-013918 | Counsel, OPR, to Ruth Plagenhoef, Acting Associate Counsel, OPR, Subject: Recommendation, with two post-it notes attached with handwritten attorney notations, and handwritten notations, underlines, and circled text throughout the body of the two page memorandum | Privilege; atty work-product | Fiduciary Duty; Crime-Fraud-Misconduct; Factual Materials; Improper Invocation; Waiver; Final Decision; Claims Against Public Prosecutor; Overriding Need; Attorney Conduct at Issue |
| Suppl. Box 3 P-013919 Thru P-013921 | Draft letter, marked "Confidential", from Robin C. Ashton, Counsel, Office of Professional Responsibility to Wifredo A. Ferrer, United States Attorney, with handwritten corrections, strikethroughs, and added text | Deliberative Process Privilege Attorney Work Product | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Not in Anticipation of Litigation; Improper Invocation; Overriding Need; Claims Against Public Prosecutor; Attorney Conduct at Issue; Waiver; Final Decision |
| Suppl. Box 3 P-013922 Thru P-013924 | Draft Letter, marked "Confidential", from Robin C. Ashton, to Wifredo A. Ferrer, with handwritten corrections | Deliberative Process Privilege Attorney Work Product | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Not in Anticipation of Litigation; Improper Invocation; Overriding Need; Claims Against Public Prosecutor; Attorney Conduct at Issue |
| Suppl. Box 3 P-013925 Thru P-013927 | Draft Letter, from Robin C. Ashton to Professor Paul G. Cassell, with handwritten correction | Deliberative Process Privilege Attorney Work Product | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Not in Anticipation of Litigation; Improper Invocation; Overriding Need; Claims Against Public Prosecutor; Attorney Conduct at Issue |
| Suppl. Box 3 P-013928 Thru P-013930 | Draft Letter, from Robin C. Ashton to Professor Paul G. Cassell, with handwritten corrections | Deliberative Process Privilege Attorney Work Product | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Not in Anticipation of Litigation; Improper Invocation; Overriding Need; Claims Against Public Prosecutor; Attorney Conduct at Issue |
| Suppl. Box 3 P-013931 Thru P-013933 | Draft Letter, from Robin C. Ashton to Professor Paul G. Cassell, with handwritten corrections, circled text, | Deliberative Process Privilege Attorney Work Product | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Not in Anticipation of Litigation; Improper Invocation; Overriding Need; Claims Against Public Prosecutor; |

| Bates Range | Description | Privilege(s) Asserted | Victims' Objections |
|---|---|---|---|
| | strikethroughs, and additional text | | Attorney Conduct at Issue |
| Suppl. Box 3 P-013934 Thru P-013936 | Draft Letter, marked "Confidential," from Robin C. Ashton to Wifredo A. Ferrer, with handwritten corrections | Deliberative Process Privilege Attorney Work Product | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Not in Anticipation of Litigation; Improper Invocation; Overriding Need; Claims Against Public Prosecutor; Attorney Conduct at Issue |
| Suppl. Box 3 P-013937 Thru P-013939 | Draft Letter, Robin C. Ashton to Professor Paul G. Cassell, with handwritten corrections | Deliberative Process Privilege Attorney Work Product | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Not in Anticipation of Litigation; Improper Invocation; Overriding Need; Claims Against Public Prosecutor; Attorney Conduct at Issue; Waiver |
| Suppl. Box 3 P-013940 Thru P-013942 | Draft Letter, marked "Confidential: To Be Opened by Addressee Only," Robin C. Ashton to Wifredo A. Ferrer, with handwritten corrections | Deliberative Process Privilege Attorney Work Product | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Not in Anticipation of Litigation; Improper Invocation; Crime-Fraud-Misconduct; Overriding Need; Claims Against Public Prosecutor; Attorney Conduct at Issue; Waiver; Final Decision; Factual Materials |
| Suppl. Box 3 P-013943 | E-mail, Ruth Plagenhoef to Lisa Howard, May 5, 2011, 11:19 a.m., RE: Re-write of Epstein letters for your review, with e-mail from Lisa Howard to Ruth Plagenhoef (May 5, 2011, 11:08 a.m.), and Plagenhoef to Howard (May 5, 2011, 11:10 a.m.), and Howard to Plagenhoef (May 5, 2011, 10:41 a.m.), attached | Deliberative Process Privilege Attorney Work Product | No Factual Underpinnings; Fiduciary Duty; Not in Anticipation of Litigation; Improper Invocation; Overriding Need; Claims Against Public Prosecutor; Attorney Conduct at Issue; Final Decision; Waiver |
| Suppl. Box 3 P-013944 | E-mail, Plagenhoef to Howard, May 5, 2011, 11:17 a.m., RE:     Re-write of Epstein lett[...] your review, with e-mail from Howard to Plagenhoef (May 5, 2011, 11:08 | Deliberative Process Privilege | No Factual Underpinnings; Fiduciary Duty; Improper Invocation; Overriding Need; Final Decision; Waiver |

| Bates Range | Description | Privilege(s) Asserted | Victims' Objections |
|---|---|---|---|
| | Plagenhoef to Howard (May 5, 2011, 11:01 a.m.), and Howard to Plagenhoef (May 5, 2011, 10:41), attached | | |
| Suppl. Box 3 P-013945 | E-mail, Plagenhoef to Howard, May 4, 2011, 5:01 p.m., RE: draft letters in Epstein matter, with e-mail from Howard to Plagenhoef (May 4, 2011, 4:57 p.m.), attached | Deliberative Process Privilege | No Factual Underpinnings; Fiduciary Duty; Improper Invocation; Overriding Need |
| Suppl. Box 3 P-013946 | E-mail, Plagenhoef to Robin C. Ashton, May 4, 2011, 4:08 p.m., RE: FYI on the Florida matter | Law Enforcement investigatory record, atty work product; deliberative process privilege | No Factual Underpinnings; Fiduciary Duty; Not in Anticipation of Litigation; Improper Invocation; Overriding Need; Claims Against Public Prosecutor; Attorney Conduct at Issue; Final Decision; Waiver |
| Suppl. Box 3 P-013947 | E-mail, Paul Cassell to Plagenhoef, May 3, 2011,12:23 p.m., RE: OPR Inquiry – request for information, with post-it note attached with handwritten attorney notes on telephone call between Plagenhoef and Howard with Dexter Lee and Marie Villafana | atty work product; law enforcement investigatiory record | No Factual Underpinnings; Fiduciary Duty; Crime-Fraud-Misconduct; Factual Materials; Not in Anticipation of Litigation; Improper Invocation; Overriding Need; Claims Against Public Prosecutor; Attorney Conduct at Issue; Factual Materials; Final Decision |
| Suppl. Box 3 P-013948 Thru P-013951 | E-mail, Plagenhoef to Howard and Robin C. Ashton, May 3, 2011, 12:30 p.m., FW: OPR Inquiry – request for information, with attached e-mails. Handwritten attorney notes on margin | atty work-product | No Factual Underpinnings; Fiduciary Duty; Crime-Fraud-Misconduct; Factual Materials; Claims Against Public Prosecutor; Overriding Need; Attorney Conduct at Issue |
| Suppl. Box 3 P-013952 Thru P-013953 | E-mail, Dexter Lee to Ruth Plagenhoef, March 16, 2011, 10:52 a.m., RE: Referral of Cassell Request for Investigation, with e-mail from Paul Cassell to Dexter Lee and Marie Villafana (March 15, 2011, 7:21 p.m.), attached | atty work-product; atty-client privilege | No Factual Underpinnings; Fiduciary Duty; Ordinary Government Communication; No Attorney-Client Relationship; Claims Against Public Prosecutor; Overriding Need; Attorney Conduct at Issue |
| Suppl. Box 3 | E-mail, Plagenhoef to Neil Hurley, OPR, | atty work-product, atty- | Inadequate Log; No Factual Underpinnings; |

| Bates Range | Description | Privilege(s) Asserted | Victims' Objections |
|---|---|---|---|
| P-013954 Thru P-013955 | December 16, 2010, 10:59 a.m., FW: OPR Referral – Allegation of Misconduct – U.S. Attorney's Office, S.D.Fla., with e-mail from Dexter Lee to Plagenhoef (December 16, 2010, 10:22 a.m.), attached. Handwritten attorney notations. | client privilege | Fiduciary Duty; Crime-Fraud-Misconduct; Factual Materials; Ordinary Government Communication; No Attorney-Client Relationship; Waiver; Claims Against Public Prosecutor; Overriding Need; Attorney Conduct at Issue |
| Suppl. Box 3 P-013956 Thru P-013846 | Fourteen (14) pages of handwritten attorney notes on case, telephone interviews with DOJ attorneys | atty work-product | Inadequate Log; No Factual Underpinnings; Fiduciary Duty; Material Severable; Crime-Fraud-Misconduct; Factual Materials; Claims Against Public Prosecutor; Overriding Need; Attorney Conduct At Issue. |