UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-80736-CIV-MARRA

JANE DOE #1 AND JANE DOE #2,

       Petitioners,

vs.

UNITED STATES,

       Respondent.
_____/

## DECLARATION OF E. NESBITT KUYRKENDALL

E. Nesbitt Kuyrkendall declares as follows:

1. I am a Special Agent in the Federal Bureau of Investigation (FBI) and have been so employed since 1997. I am currently assigned to the West Palm Beach office of the FBI Miami Field Division.

2. In 2006, I was assigned as the case agent in an investigation into allegations that Jeffrey Epstein had engaged in unlawful sexual contact with girls under the age of 18. The case was called Operation Leap Year. FBI Special Agent Jason Richards and I conducted most of the investigation, and worked with the U.S. Attorney's Office, on Operation Leap Year.

3. Over the course of the investigation, the FBI obtained hundreds of documents through the use of grand jury subpoenas, public records, and law enforcement databases. FBI agents conducted interviews with females believed to have been sexually abused by Mr. Epstein and underage at the time of the assault, as well as other individuals who might have relevant information. The interviews are memorialized and prepared by the interviewing FBI agent. The interview reports of the young women interviewed contain highly personal and intimate details,

which would cause embarrassment to the young women if disclosed to third parties. For those interviewed who did not reveal any intimate details, many will be displeased if their cooperation with the FBI is made public. In my experience, individuals are reluctant to cooperate with law enforcement for fear of being singled out, harassed, embarrassed, or subjected to retaliation if their cooperation is disclosed to third parties.

4. The case file on Operation Leap Year also contains FBI agents' analysis of information obtained during the course of the investigation. These written analyses of the evidence reveal potential theories of criminal liability based on the evidence uncovered in the case. Information contained within FBI investigative files can also reveal sensitive FBI investigative and operational methods, procedures and techniques. While it is publically known that the FBI conducts investigations into the type of criminal wrongdoing committed by Jeffrey Epstein, disclosing the precise details of the sensitive methods, procedures and techniques employed during an investigation might compromise their future effective use. It is critical that the FBI's investigative tools remain confidential to both retain an element of surprise and to prevent countermeasures to such tools from being employed by targets and suspects.

5. During the course of Operation Leap Year, I interviewed and heard the personal account of sexual abuse committed by Mr. Epstein on the young women. They suffered emotionally, and some were referred by the FBI to mental health professionals because of the psychologically harmed caused by Mr. Epstein. In at least one instance, mental health professionals were involved to help prevent one young woman from physically harming herself.

6. The disclosure of personal information, contained in the FBI investigative file, to third parties would not merely cause further embarrassment but could result in additional psychological trauma, disruption of family relationships, disruption of professional careers and

possible public release of personal information.

7. Operation Leap Year remains an open case.

8. I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on September 3, 2013.

                                            */s/ E. Nesbitt Kuyrkendall*
                                            E. NESBITT KUYRKENDALL
                                            Special Agent
                                            Federal Bureau of Investigation
                                            West Palm Beach, Florida