# COMPOSITE EXHIBIT 5



**Farmer Jaffe Weissing**
295 likes · 44 talking about this · 9 were here

Like | Follow | Message

Law Practice
425 N. Andrews Ave., Ste. 2, Fort Lauderdale, Florida ...
(800) 400-1098

About – Suggest an Edit

Photos | Contact Us | Videos | Likes

**295** [2]

Highlights

Post | Photo / Video

Invite Your Friends to Like This Page — See All

Type a friend's name... | Invite

**Farmer Jaffe Weissing**
Yesterday

Farmer Jaffe Weissing Gabe Zambrano has been selected as a 2014 Top Rated Lawyer in Mass Torts by ALM & Martindale-Hubbell.
https://plus.google.com/103809421573266262708/posts/DuVXCVrZP4t — with Gabriel F Zambrano.

Megan Blanchette | Invite
Randy Senneway | Invite
Marco Ragozzino | Invite

Reviews

★★★★★

Recent Posts by Others on Farmer Jaffe Weissing — See All



**LEGAL LEADERS** — ALM
**AV 2014 TOP RATED LAWYERS**
**MASS TORTS**

Like · Comment · Share

15 people like this.

 **Marianne Carlisle Salem** Way to go, Gabe.
19 hours ago · Like



**Farmer Jaffe Weissing** shared a link.
2 hours ago

Filing a Lawsuit for Sexually Assault by a Massage Therapist
http://hub.am/1kqIFap

**Filing a Lawsuit for Sexually Assault by a Massage Therapist**
http://www.pathtojustice.com/blog/bid/344253/filing-a-lawsuit-for-sexually-

Like · Comment · Share

Stacey Farmer likes this.



**Farmer Jaffe Weissing**
April 29

Join us in wishing Farmer Jaffe Weissing - Gary Farmer a Happy Birthday!



Farmer Jaffe Weissing

 **Rae Sterner Moore**
Hey Jaff, looks like a good group!! Very professional photo...
March 26 at 6:26pm

 **Premier Process Serving**
Call Jacksonville's most reliable process servers. Premier Pro...
February 26 at 12:02pm

 **Bonnie Manis**
"Gabe Zambrano, of Farmer Jaffe Weissing, is a Co-Chair...
February 25 at 10:46am

 **Christina Fitch**
T-minus 8 hours until game time! Let's go Canes!
1 · November 2, 2013 at 12:00pm

 **Race Point Legal**
Race Point Legal has delivered technology, multimedia and c...
September 12, 2013 at 10:16am

More Posts

**Likes**                                              See All

 **Mirena Lawsuits | Injuries | Lawyers | Attorneys**      Like
Local Business

 **American Association for Justice**              Like
1 friend also likes this.

 **Broward County Courts Broward County;**         Like
**Courthouses;**
Government Organization · Professional Services · Courthouse

 **Erin Brockovich**                               Like
Public Figure

 **Stetson University College of Law**             Like
College & University

Activity
Recent

 Farmer Jaffe Weissing created 7th Annual 4KIDS Big Cardio 5K. Fitness.Sports.

 **Farmer Jaffe Weissing** shared a link.
Yesterday

Sexual Assault by Massage Therapists http://hub.am/1kscg4D



**Sexual Assault by Massage Therapists**
http://www.pathtojustice.com/blog/bid/344185/sexual-assault-by-massage-therapists

Sexual assaults of clients by massage therapists at the spa are occurring at high rates and lawsuits can be filed.

Like · Comment · Share



Like · Comment · Share

27 people like this.

View 3 more comments

 Tammy Stockdale Happy Birthday Gary!!!!!
April 29 at 6:04pm · Like

 Anastasia Bithos Zambrano Happy Birthday
April 29 at 8:41pm · Like



 Farmer Jaffe Weissing shared a link.
April 29

"#Colleges and #universities need to face the facts about #sexualassault," #VicePresidentBiden said in a statement as a 20-page report was released. "No more turning a blind eye or pretending it doesn't exist.

**White House releases report on sex assaults at colleges**
www.washingtonpost.com

Like · Comment · Share

Golam Mustafa likes this.

 Farmer Jaffe Weissing Federal officials have launch a Web site called NotAlone.gov to support survivors of sexual assault on campuses and also plan to challenge colleges to survey their students next year about sexual misconduct and other safety issue.
April 29 at 9:49am · Like



 Farmer Jaffe Weissing
April 28

Join us in wishing Kristen Wagner a Happy Birthday!

Farmer Jaffe Weissing

 Farmer Jaffe Weissing created an event.
April 29



**7th Annual 4KIDS Big Cardio 5K.**
**Fitness.Sports**
Tomorrow
Central Broward Regional Park, Fort Lauderdale, Florida in Lauderhill, Florida
Be the first person to join

Like · Comment · Share

 Farmer Jaffe Weissing shared a link.
April 29 · Edited

Join attorney #MattWeissing on May 3 and run the 7th Annual #4Kids Big Cardio 5K. Help make a difference in the lives of Florida's foster children.

Click link below to sign-up or make a donation.

| Event Schedule: | | |
|---|---|---|
| Registration: All Activities Including 5K, Fitness, Sports. | 5/3/2014 | 6:00 am - 8 |
| Starting Ceremony At Bell Tower | 5/3/2014 | 6:50 am - 7 |
| t/Walk Starts At Bell Tower | 5/3/2014 | 7 |
| ards At Main Stage | 5/3/2014 | 8:00 am - 8 |
| Classes And Sports Tourneys | 5/3/2014 | 8:30 am - 11 |
| Tourney Awards At Main Stage | 5/3/2014 | 11:45 am - 12 |
| ne, Food, Activities, And Events | 5/3/2014 | 7:00 am - 12 |

**4KIDS BIG Cardio! Move. Sweat. Give. - Home**
www.kintera.org

BIG Cardio 5k. Fitness. Sports. Benefiting 4KIDS of South Florida - Join us May 3, 2014 for an amazing day of fitness, sports, activities, food and fun in the park, while supporting kids in crisis.

Like · Comment · Share

Anastasia Bithos Zambrano likes this.



 Farmer Jaffe Weissing shared a link.
April 28

Farmer Jaffe Weissing continues to evaluate legal claims against

5/2/2014

Farmer Jaffe Weissing



Stryker Corporation over their 'recalled' #Rejuvenate & #ABGII hip implants. Any questions welcome.
http://www.pathtojustice.com/stryker-lawsuits



**STRYKER HIP RECALL LAWSUITS**
www.pathtojustice.com

Nationwide Case Evaluations involving lawsuits against STRYKER HIP REPLACEMENTS following a recall of the REJUVENATE & ABG II. STRYKER REJUVENATE and ABG II modular-neck femoral hip system recalled in July 2013.

Like · Comment · Share

Like · Comment · Share

10 people like this.

 **Christina Fitch** Happy Birthday! l
April 28 at 3:50pm · Like

 **Anastasia Bithos Zambrano** Happy Birthday
April 28 at 8:50pm · Like



 **Farmer Jaffe Weissing** shared a link.
April 25

Newsweek examines Mirena IUD lawsuits and growing number of allegations and claims involving use the contraceptive. Do the benefits outweigh the risks? Are they as safe and effective as claimed? Those questions remain at the heart of ongoing lawsuits and litigation. Farmer Jaffe Weissing Gabe Zambrano remains an original thought leader on the controversy and we are investigating claims, as well as accepting new cases. Contact us with questions. http://www.newsweek.com/2014/05/02/courtroom-controversy-behind-popular-contraceptive-mirena-248443.html



**The Courtroom Controversy Behind Popular Contraceptive Mirena**

Like · Comment · Share

Bonnie Manis likes this.

 **Farmer Jaffe Weissing**
April 23

Daily Mail reviews 11th Circuit decision and Sun Sentinel article reagarding Jeffrey Epstein. Related links appear below.



Sex offender: Jeffrey Epstein served 13 months in prison in 2007 for relations with teen girls

Like · Comment · Share

Made Line likes this.

 **Farmer Jaffe Weissing** http://www.dailymail.co.uk/.../Billionaires-sex-victims...

 **Billionaire's victims to see negotiations that led to lenient sentence**
www.dailymail.co.uk
The Florida financier had counted numerous celebrities, politicians and socialit... See More

April 23 at 6:49pm · Like · 1

 **Farmer Jaffe Weissing** http://www.sun-sentinel.com/.../fl-jeffrey-epstein...

 **Victims win right to see negotiations that led to 'lenient' plea agreement for billionaire sex...**
www.sun-sentinel.com
Did a Palm Beach billionaire being investigated for having sex with young girls ... See More

April 23 at 6:49pm · Like · 1



---

 **Farmer Jaffe Weissing** shared a link.
April 23

Appeals Court Rules in Favor of Crime Victims' Rights in Registered Pedophile Jeffrey Epstein Case http://hub.am/1lg9JO3

 **Appeals Court Rules in Favor of Crime Victims' Rights in Registered Pedophile Jeffrey Epstein Case**
http://www.pathtojustice.com/blog/bid/3

Like · Comment · Share

Made Line likes this.



 **Farmer Jaffe Weissing** shared a link.
April 23

Join us in welcoming attorney #AdamHorowitz to the Farmer Jaffe Weissing Team. Adam joins attorney Brad Edwards to further expand the firm's nationwide #CrimeVictimsRights and #SexualAbuse Practice Group.

http://www.pathtojustice.com/adam-horowitz/



**Adam Horowitz**

Like · Comment · Share

7 people like this.

 Sandra K. Simpson Johnson Welcome aboard Mr. Horowitz.
April 23 at 10:36am · Like

 Rebeca Misdraji Fleischer Mazal tov!
April 24 at 7:57am · Like



---

Farmer Jaffe Weissing shared a link.
April 23

"Our clients want to see Mr. #Epstein held accountable for the numerous #sexoffenses he committed against many children," said #BradleyEdwards, the women's trial counsel and a partner at Farmer, Jaffe, Weissing, Edwards, Fistos & Lehrman in Fort Lauderdale.



**Prosecutors Must Turn Over Docs In Billionaire Sex Offender Jeffrey Epstein Case**

Like · Comment · Share

2 people like this.

---

Farmer Jaffe Weissing shared a link.
April 22

The front page of today's Sun-Sentinel - Victims win right to see negotiations that led to 'lenient' plea agreement for billionaire sex offender JeffreyEpstein.



Victims win right to see negotiations that led to 'lenient' plea agreement for billionaire sex...
www.sun-sentinel.com

Like · Comment · Share

8 people like this.



---

Farmer Jaffe Weissing shared a link.
April 22

Additional news coverage on attorney #BradEdwards case against #JeffreyEpstein. This is a big victory for his clients and for #crimevictims.



Eleventh Circuit rules that discovery can move forward on my Crime Victims' Rights Act case
www.washingtonpost.com

Like · Comment · Share

6 people like this.



---

Farmer Jaffe Weissing shared a link.
April 21

In recent years, the number of #cyclists and #pedestrians #killed and #injured in #crashes in #Broward and #PalmBeach counties has spiked.

5/2/2014  Farmer Jaffe Weissing



**Farmer Jaffe Weissing**  Phoebe  Home 20+

 Farmer Jaffe Weissing  Timeline  Recent  Like

Create Page

**Sunrise pushes pedestrian, bike safety**
www.sun-sentinel.com

Police are targeting two Oakland Park Boulevard intersections with a high number of bicycle and pedestrian crashes, aiming to educate everyone about the rules of the road.

Like · Comment · Share

Recent
2014
2013
2012
2011
2010
Founded

 **Farmer Jaffe Weissing** shared a link.
April 21

This is one more step in the fight by victims' attorneys Brad Edwards and Paul Cassell to overturn the secret deal, which saved Epstein from facing serious federal charges and serving significant prison time.



**Appeals court rules against sex offender**

Like · Comment · Share                                                                                                                      1

6 people like this.

 Made Line It's a very good day. 11th circuit got it right. Congratulations!
April 21 at 11:33am · Like ·  1

Sponsored

**LogoSportswear** -
logosoftwear.com

**Up to 30% off**
vistaprint.com

**Her Carry On Wipe**
lafreshgroup.com

**Citizen ECO-DRIVE**
amazon.com






 **Farmer Jaffe Weissing** shared a link.
April 18

A #TampaDaySchool principal has been arrested after #molesting a student he befriended after the death of his father. The K-8 school specializes assisting students who have mild to moderate #learningdisabilities, dyslexia, anxiety, and ADHD.



**Tampa Day School principal arrested after authorities say he molested a student**
www.tampabay.com

A Tampa Day School principal was arrested Thursday after authorities said he inappropriately touched a 14-year-old male student he had befriended, according to an arrest report.

Like · Comment · Share

Bonnie Manis likes this.

 **Farmer Jaffe Weissing** shared a link.
April 17 · Edited

Local #teacher rearrested and accused of #sexuallyassaulting a #student after being warned by school officials not to spend any time alone with the #victim.



**Broward teacher accused of sex with teen had been warned to stay away**
articles.sun-sentinel.com

A religious school biology teacher accused of having sex with one of his 14-year-old students in a car parked behind a strip mall is now facing federal charges. Eric Richard Beasley, 24, of...

Like · Comment · Share

Chat (Off)



# Farmer, Jaffe, Weissing, Edwards, Fistos & Lehrman, P.L.

- 1-855-700-PATH
- Proven Results
- Media
- Blog

search　　　　　　　　　　　　　　　　　　　　　　　　　　　　Search

Current Articles | RSS Feed

## Appeals Court Rules in Favor of Crime Victims' Rights in Registered Pedophile Jeffrey E Epstein Case

Posted on Wed, Apr 23, 2014

```
Case: 13-12923    Date Filed: 04/18/2014    Page: 1 of 23
```

[PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 13-12923

D.C. Docket No. 9:08-cv-80736-KAM

JANE DOE NO. 1,
JANE DOE NO. 2,

　　　　　　　　　　　　　　　　　　Plaintiffs-Appellees,

versus

UNITED STATES OF AMERICA,

　　　　　　　　　　　　　　　　　　Defendant,

ROY BLACK,
MARTIN G. WEINBERG,
JEFFREY EPSTEIN,

　　　　　　　　　　　　　　　　　　Intervenors-Appellants.

Appeals from the United States District Court
for the Southern District of Florida

(April 18, 2014)

Before PRYOR and MARTIN, Circuit Judges, and HONEYWELL,[*] District Judge.

---

[*] Honorable Charlene Edwards Honeywell, United States District Judge for the Middle District of Florida, sitting by designation.

On Friday, April 18, 2014, the Eleventh Circuit ruled that discovery can move forward in an important Crime Victims' Rights Act case that my co-counsel Paul Cassell and I (Brad Edwards) have been litigating for nearly six years. The narrow issue before the Circuit was whether prosecutors and defense attorneys share an absolute privilege, to the exclusion of even the victims of the crime, so as to prevent anyone (including the victims) from knowing anything about the plea discussions. The District Court ruled that no such privilege exists and the 11th Circuit has now agreed. In this case, the ruling means that the victims will have a chance to review the correspondence exchanged between Epstein and prosecutors to learn how exactly the secretive deal was reached while the victims were lead to believe a prosecution was underway. The ruling will also get the victims one step closer to returning to the district court and seeking to invalidate the plea agreement that was consummated in violation of their rights. We hope that the case will ultimately set an important precedent establishing the timing for when victim's rights are triggered and ultimately prevent prosecutors from keeping victims in the dark about the plea deals reached with perpetrators.

**Florida Department of Law Enforcement - Sexual Offender / Predator Flyer**

| | |
|---|---|
| | Click Here to Track this Offender |
| Designation: | Sexual Offender |
| Name: | JEFFREY E EPSTEIN |
| Status: | Released - Required to Register |
| Department of Corrections #: | W35755 Search the Dept of Corrections Website |
| Date of Birth: | 01/20/1953 |
| Race : | White |
| Sex: | Male |
| Hair: | Grey |
| Eyes: | Blue |
| Height: | 6'00" |
| Weight: | 180 lbs |

JEFFREY E EPSTEIN
Date Of Photo: 07/25/2013

EPSTEIN is registered as a Sexual Offender. Positive identification cannot be established unless a fingerprint comparison is made.

Here are the important facts, taken from the Eleventh Circuit's opinion: In 2006 the FBI began investigating allegations that Jeffrey E. Epstein had sexually abused dozens and dozens of minor girls. The United States Attorney's Office for the Southern District of Florida accepted Epstein's case for prosecution, and the FBI issued victim notification letters to my two clients, minors Jane Doe No. 1 and Jane Doe No. 2, in June and August 2007. Extensive plea negotiations ensued between the United States and Epstein. Despite the investigation revealing that Epstein had molested more than 40 minor girls, in late 2007, the United States entered into a non-prosecution agreement (NPA) with Epstein - essentially agreeing to immunize Epstein for all of the Federal Sex crimes he committed in exchange for his offer to plead guilty to minor Florida state offenses (e.g., solicitation of prostitution), for which he served the majority of his "time" in a lush private office, as opposed to a cell.

During the Federal Plea negotiations, not only did the United States neglect to "meaningfully confer" with the victims before it entered into the agreement with Epstein, it also concealed its existence of the agreement for at least 9 months. For example, the United States sent post-agreement letters to the victims reporting that the "case is currently under investigation" and explaining that "[t]his can be a lengthy process and we request your continued patience while we conduct a thorough investigation." Some of those letters were delivered to victims as late as May, 2008 - many months after the NPA was signed and just before Epstein's state court plea that served to permanently extinguish the rights of victims.

On June 27, 2008, the United States informed me that Epstein planned to plead guilty to the Florida state charges three days later. But the United States failed to disclose that Epstein's pleas to those state charges arose from his federal non-prosecution agreement and that the pleas would bar a federal prosecution. As a result, the victims did not attend the state court proceedings. In fact, Federal prosecutors asked that I express my concerns about Mr. Epstein in a letter addressed to them. I sent that letter on July 3, 2008 detailing the reasons why federal prosecution of Mr. Epstein were extremely important for the safety of children. This exercise was obviously futile, especially in light of the fact that the plea to which Epstein had already entered brought an end to any chance of federal prosecution.

On July 7, 2008, while under the mistaken belief (along with my clients) that a federal plea deal was imminent and should be stopped - at least to give my clients a chance to first confer with the prosecutor as to the terms of the plea deal - I filed a petition alleging that Jane Doe No. 1 was a victim of federal sex crimes committed by Epstein and that the United States was wrongfully excluding her from plea negotiations. We also alleged that the prosecutors had violated her rights under the Crime Victims' Rights Act (CVRA) – specifically her rights to confer with federal prosecutors, to be treated with fairness, to receive timely notice of relevant court proceedings, and to receive information about restitution. The United States response was the first time we realized that there was no imminent federal plea to stop - the deal had already been done. By telling my clients to be patient, and by having me spend time writing letters about the need to prosecute Mr. Epstein, the United States had effectively run out the clock on my clients' rights. Remarkably, the United States, in its pleadings, defended the allegations that it had violated the victims' rights by claiming the Act did not apply to pre-indictment negotiations with potential federal defendants; therefore, the victims' "rights" had never been triggered and thus could not have been violated. The defense was that the victims had no rights...despite the CVRA.

After Jane Doe No. 2 joined the initial petition, the district court (Marra, J.) found that both women qualified as "crime victims" under the Act. The district court later rejected the Government's argument that the CVRA only applies after a federal criminal indictment has been filed.

Among other relief, we sought rescission of the non-prosecution agreement as a remedy for the violation of the victims' rights. To make the case for such a remedy, we moved for discovery of the correspondence between the United States and Epstein's attorneys during the plea negotiations. Epstein's attorneys intervened, arguing that Federal Rule of Evidence 410 and Federal Rule of Criminal Procedure 11 create a privilege for plea negotiations blocking release of the correspondence. They also argued that the court should find that the materials were protected under the work product doctrine or, alternatively, should be protected under a new "common-law privilege for plea negotiations." Yes, Epstein's defense attorneys argued at the District level and appellate level that absolute confidentiality should exist between defendants and prosecutors to the exclusion of everyone - including the victims of the crime.

The district court first ruled that rescission of the plea agreement was a possible remedy under the Act. The court then ruled that we were entitled to review the correspondence, rejecting all of Epstein's arguments.

On Friday, the Eleventh Circuit affirmed the district court's decision. At pp. 18-22, the Circuit concluded that there was no basis for restricting access to the correspondence when the victims had a legitimate need to review. The Circuit rejected, for example, the work product argument:

Disclosure of work-product materials to an adversary waives the work-product privilege. See, e.g., In re Chrysler Motors Corp. Overnight Evaluation Program Litig., 860 F.2d 844, 846 (8th Cir. 1988); In re Doe, 662 F.2d 1073, 1081–82 (4th Cir. 1981). Even if it shared the common goal of reaching a quick settlement, the United States was undoubtedly adverse to Epstein during its investigation of him for federal offenses, and the intervenors' disclosure of their work product waived any claim of privilege. . .

The Circuit also declined to recognize a new privilege for "plea bargaining":

As a last-ditch effort, the intervenors contend that "[i]f more is needed in addition to the plain language of Rule 410 to preclude disclosure of the correspondence to plaintiffs, it can be found in the conjunction of Rule 410, the work-product privilege, and the Sixth Amendment right to the effective assistance of counsel in the plea bargaining process," but this novel argument fails too. As explained above, Rule 410 does not create a privilege and the intervenors waived any work-product privilege. The intervenors concede too that the right to counsel under the Sixth Amendment had not yet attached when the correspondence was exchanged. Lumley v. City of Dade City, Fla., 327 F.3d 1186, 1195 (11th Cir. 2003) ("[T]he Sixth Amendment right to counsel ordinarily does not arise until there is a formal commitment by the government to prosecute," such as a "formal charge, preliminary hearing, indictment, information, or arraignment."). The "conjunctive" power of three false claims of privilege does not rescue the correspondence from disclosure. . . .

The Supreme Court has identified several considerations relevant to whether a court should recognize an evidentiary privilege—the needs of the public, whether the privilege is rooted in the imperative for confidence and trust, the evidentiary benefit of the denial of the privilege, and any consensus among the states, Jaffee v. Redmond, 518 U.S. 1, 10–15, 116 S. Ct. 1923, 1928–31 (1996)—but none of these considerations weighs in favor of recognizing a new privilege to prevent discovery of the plea negotiations. Although plea negotiations are vital to the functioning of the criminal justice system, a prosecutor and target of a criminal investigation do not enjoy a relationship of confidence and trust when they negotiate. Their adversarial relationship, unlike the confidential relationship of a doctor and patient or attorney and client, warrants no privilege beyond the terms of Rule 410. See Jaffee, 518 U.S. at 10, 116 S. Ct. at 1928. But the victims would enjoy an evidentiary benefit from the disclosure of plea negotiations to prove whether the United States violated their rights under the Act.

The bigger issue is whether the Crime Victims' Rights Act is going to be taken seriously by prosecutors and the courts. We have a very strong case that, prodded by Epstein, the federal prosecutors deliberately concealed the sweetheart plea deal they had cooked up with him to avoid public criticism of the deal. But the CVRA was the law of the land and required the prosecutors to confer with the victims about the deal - before it was made. I am hopeful that this case substantiates and advances the rights of crime victims in the criminal

process at an early stage, and that ultimately the violation of our client's rights in this case can be resurrected through the invalidation of this agreement that was reached in violation of their rights.

Tags: Crime Victims Rights Act, CVRA, Jeffrey E Epstein, Florida Registered Sexual Offender

---

**Post Comment**

Name

*

Email

*

Website (optional)

Comment

*

Allowed tags: <a> link, <b> bold, <i> italics

☐ Receive email when someone replies.
☐ Subscribe to this blog by email.

[ Post Comment ]

---

© 2014 Farmer, Jaffe, Weissing, Edwards, Fistos & Lehrman, P.L.
All rights reserved. Sitemap Legal Disclaimer

*Your Path to Justice Begins and Ends With Us!*

- Home
- About Us
- Practice Areas
- Attorneys
- Proven Results
- Resources
- Blog
- Contact Us

© 2013 - Path To Justice

FARMER, JAFFE, WEISSING, EDWARDS, FISTOS & LEHRMAN, P.L.,
425 North Andrews Avenue, Suite 2, Fort Lauderdale, FL 33301