UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-80736-CIV-MARRA/JOHNSON

JANE DOES #1 AND #2,

    Plaintiffs,
vs.

UNITED STATES OF AMERICA

    Defendant.
_____/

## NOTICE OF APPEARANCE OF THOMAS E. SCOTT

NOTICE IS HEREBY GIVEN that Thomas E. Scott, with the law firm of Cole, Scott & Kissane, P.A. hereby enters his appearance as co-counsel of record for ALAN M. DERSHOWITZ, Intervenor, in the above-styled action.  It is requested that all future pleadings and correspondence be forwarded to the undersigned counsel on behalf of Defendant, ALAN M. DERSHOWITZ, Intervenor, in the above captioned matter.

        **COLE, SCOTT & KISSANE, P.A.**
        Attorneys for Intervenor
        Alan M. Dershowitz

        *s/Thomas E. Scott*
        Thomas E. Scott
        Florida Bar No.: 149100
        thomas.scott@csklegal.com
        COLE, SCOTT & KISSANE, P.A.
        Cole, Scott & Kissane Building
        9150 So. Dadeland Blvd., Suite 1400
        Miami, FL 33156
        Tel:  (305) 350-5381
        Fax: (305) 373-2294

- 2 -

## CERTIFICATE OF SERVICE

    WE HEREBY CERTIFY that on the 6th day of January, 2015, the foregoing was filed with the Court using the Court's CM/ECF system, which will automatically send notice and a copy of the same to the all counsel of record on the attached Service List.

                                        *s/Thomas E. Scott*
                                        Thomas E. Scott

**COLE, SCOTT & KISSANE, P.A.**
COLE, SCOTT & KISSANE BUILDING - 9150 SOUTH DADELAND BOULEVARD - SUITE 1400 - P.O. BOX 569015 - MIAMI, FLORIDA 33256 - (305) 350-5300 - (305) 373-2294 FAX

## SERVICE LIST

Ann Marie C. Villafana, Esq.
ann.marie.c.villafana@usdoj.gov
United States Attorney's Office
500 South Australian Ave
Suite 400
West Palm Beach, FL  33401
Tel:  561-820-8711
Fax: 561-820-8777
*Counsel for United States of America*

Dexter Lee, Esq.
Dexter.lee@usdoj.gov
99 NE 4 Street
Miami, FL  33132
[e–mail address]
Tel: 305-961-9320
Fax: 305-530-7139
*Counsel for United States of America*

Roy Black, Esq.
Black, Srebnick, Kornspan & Stumpf, P.A.
201 South Biscayne Boulevard
Suite 1300
Miami, FL  33131
Tel: 305-371-6421
*Intervenor*

Jacqueline Perczek, Esq.
pleading@royblack.com
Black Srebnick Kornspan & Stumpf
201 S. Biscayne Boulevard
Suite 1300
Miami, FL  33131
Tel:  305-371-6421
Fax: 305-358-2006
*Counsel Intervenors, Roy Black; Martin G. Weinberg;Jay Lefkowitz and Jeffrey Epstein*

Jay P. Lefkowitz, Esq.
lefkowitz@kirkland.com
Kirkland & Ellis, LLP
601 Lexington Avenue
New York, NY  10022
Tel: 212-446-4970
*Intervenors, Black, Weinberg & Lefkowitz*

Martin G. Weinberg, Esq.
owlmgw@att.net
Martin G. Weinberg, P.C.
20 Park Plaza
Suite 1000
Boston, MA  02116
Tel:  617-227-3700
Fax:  617-338-9538
*Intervenors Black, Weinberg & Lefkowitz*

Bruce Reinhart, Esq.
Bruce E. Reinhart, P.A.
breinhart@mcdonaldhopkins.com
250 S. Australian Ave
Suite 1400
West Palm Beach, Fl  33401
Tel:  561-202-6360
*Intervenor, Reinhart*

Kendall B. Coffey, Esq.
kcoffey@coffeyburlington.com
Coffey Burlington, P.L.
2601 South Bayshore Drive
Penthouse
Miami, FL  33133-5448
Tel: 305-858-2900
Fax: 305-858-5261
*Intervenor, Alan M. Dershowitz*