UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-80736-Civ-Marra/Johnson

JANE DOE #1 and JANE DOE #2

     Petitioners,

vs.

UNITED STATES

     Respondent.

_____/

**ORDER GRANTING UNOPPOSED MOTION OF JANE DOE NOS. 1, 2, 3, AND 4'S
TO FILE A SINGLE, CONSOLIDATED PLEADING IN RESPONSE TO
ALAN DERSHOWITZ'S MOTION FOR INTERVENTION,
DECLARATION IN SUPPORT OF MOTION, AND SUPPLEMENT
TO MOTION FOR INTERVENTION**

This cause comes before the Court on UNOPPOSED MOTION OF JANE DOE NOS. 1, 2, 3, AND 4'S TO FILE A SINGLE, CONSOLIDATED PLEADING in response to pleadings filed by intervenor Alan Derschowitz.  (DE 288).  Having carefully considered the same and finding good cause show, it is **ORDERED AND ADJUDGED** that Petitioners Jane Doe No. 1 and Jane Doe No. 2, and movants Jane Doe No. 3 and Jane Doe No. 4 are granted to leave to file a single, consolidated pleading not to exceed 38 pages in response to Alan Dershowitz's Motion for Limited Intervention (DE 282) and related filings.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this _20th_ day of January, 2015.

_____
KENNETH A. MARRA
United States District Judge

cc:    All counsel