# EXHIBIT 2



# Farmer, Jaffe, Weissing, Edwards, Fistos & Lehrman, P.L.

Qui Tam
Class Action
Personal Injury
Wrongful Death
Commercial Litigation

WWW.PATHTOJUSTICE.COM

August 20, 2014

Wifredo A. Ferrer
United States Attorney
Southern District of Florida
99 N.E. 4th Street
Miami, FL 33132

RE:  *Jane Does 1 and 2 v. United States*
     Case No. :  08-80736-Civ-Marra/Johnson

Dear Mr. Ferrer:

As you know, we have been in litigation for more than six years on a case under the Crime Victims' Rights Act – a case that involves decisions that were all made before you took office and that gave Jeffrey Epstein an expansive non-prosecution agreement. Several years ago you were nice enough to meet with us and one of our clients to discuss the case, which we really appreciated. More recently we contacted the line attorneys working on the case to see if we could reach some stipulated facts on various issues surrounding the case.

It is in that spirit of trying to avoid unnecessary battles that we wanted to alert you to a motion we are preparing to file to see whether this could be a stipulated motion. Our CVRA case is brought on behalf of two sexual assault victims – Jane Doe #1 and Jane Doe #2. We would like to add a third victim to the case – Jane Doe #3. Her true name is            , although we would seek to keep her identity confidential during the proceedings. We contacted your office about prosecuting the crimes Jeffrey Epstein committed against her a couple years ago when we realized that she was not includes in the NPA; however, we were told that despite not knowing about this particular victim when the agreement with Epstein was reached, the NPA was drafted so broadly as to preclude criminal charges for the crimes committed against her. Adding her to the case will not expand the issues in the case. Nor will it result in any new discovery or additional delay.

425 North Andrews Avenue • Suite 2 • Fort Lauderdale, Florida 33301
954.524.2820 office   954.524.2822 fax

Wifredo A. Ferrer
August 20, 2014
Page 2

Jane Doe #3 was sexually abused numerous times by Jeffrey Epstein. She is keenly interested in having our CVRA case fairly resolved. We also note that, under the CVRA, Justice Department prosecutors are obligated to use their "best efforts" to help protect crime victims' rights. As such, we ask for your stipulation to this amendment.

A copy of our soon-to-be-filed motion is attached. We wanted to show you what it looked like in hopes that you might be able to support it. We would, of course, be glad to consider making any changes to the motion that would help garner your support.

Thanks in advance for considering this request.

Very truly yours,

FARMER, JAFFE, WEISSING, EDWARDS, FISTOS & LEHRMAN, P.L.

Bradley J. Edwards
BJE::mwk
Enclosure

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-80736-Civ-Marra/Johnson

JANE DOE #1 and JANE DOE #2

v.

UNITED STATES
_____/

### JANE DOE #3'S MOTION TO JOIN CVRA ACTION

COME NOW Jane Doe #3, by and through undersigned counsel, to move this Court to join this action. Because Jane Doe #3's rights have been violated in the same way as the two other victims, and because the Crime Victims' Rights Act (CVRA) contains no statute of limitations, she should be allowed to join this action.

As the Court is aware, more than six years ago Jane Doe #1 filed the present action against the United States, alleging a violation of her rights under the CVRA, 18 U.S.C. § 3771. She alleged that Jeffrey Epstein had sexually abused her and that the United States had entered into a secret non-prosecution agreement regarding those crimes in violation of her rights. At the first court hearing on the case, the Court allowed Jane Doe #2 to also join the action. Both Jane Doe #1 and Jane Doe #2 specifically argued that the government had failed to protect their CVRA rights (inter alia) to confer, to reasonable notice, and to be treated with fairness. In response, the Government argued that the CVRA rights did not apply to Jane Doe #1 and Jane Doe #2 because no federal charges had ever been filed against Jeffrey Epstein.

1

Last June, the Court rejected the United States' position. The Court concluded that the CVRA extended rights to Jane Doe #1 and Jane Doe #2 even though charges were never filed. The Court explained that because the NPA barred prosecution of crimes committed against them by Epstein, they had "standing" to assert violations of the CVRA rights. DE 189. The Court deferred ruling on whether the two victims would be entitled to relief, pending development of a fuller evidentiary record.

Jane Doe #3[1] was sexually abused by Jeffrey Epstein more than twenty times in and after the summer of 2002. Thereafter, in 2007, when the United States entered into its non-prosecution agreement with Epstein, the United States had identified more than 40 victims by name and knew that many more existed. Jane Doe #3 was unknown to the United States, yet the United States entered into an agreement with Epstein – the NPA – which purports to preclude prosecution against Epstein in the Southern District of Florida, even for serious sexual offenses against Jane Doe #3 that are not barred by the Statute of Limitations. Jane Doe #3 was never even contacted by the United States, yet the United States contracted away her rights.

Jane Doe #3 now moves to join the action filed by Jane Doe #1 and Jane Doe #2. She believes that her rights were violated in the same fashion as the other victims.

Adding her to this case will not prejudice the United States. Jane Doe #3 does not seek any additional discovery beyond that previously sought by Jane Doe #1 and Jane Doe #2. Accordingly, the United States will not be prejudiced or burdened by adding her to this case. Indeed, adding her to this case may simplify certain issues, as it appears that the United States

---

[1] Because she was sexually assaulted as a minor, Jane Doe #3 proceeds in this motion by way of a pseudonym.

2

made no effort whatsoever to inform her about the non-prosecution agreement and cannot possibly argue otherwise, in contrast to certain limited steps that the United States may argue to have taken with regard to Jane Doe #1 and Jane Doe #2.

The CVRA does not contain any statute of limitations for filing an action to enforce rights under the statute. Accordingly, her motion should be granted.

Jane Doe #1 and Jane Doe #2 support the motion. The United States **[insert position xxxxxxxxxxxxxxxx]**.

## CONCLUSION

Jane Doe #3 should be allowed to join this action. A proposed order allowing her to join is attached to this pleading.

DATED: August 20, 2014

Respectfully Submitted,

/s/ Bradley J. Edwards
Bradley J. Edwards
FARMER, JAFFE, WEISSING,
EDWARDS, FISTOS & LEHRMAN, P.L.
425 North Andrews Avenue, Suite 2
Fort Lauderdale, Florida 33301
Telephone (954) 524-2820
Facsimile (954) 524-2822
Florida Bar No.: 542075
E-mail: brad@pathtojustice.com

and

Paul G. Cassell
*Pro Hac Vice*
S.J. Quinney College of Law at the
  University of Utah
332 S. 1400 E.
Salt Lake City, UT 84112

3

Telephone: 801-585-5202
Facsimile: 801-585-6833
E-Mail: cassellp@law.utah.edu

*Attorneys for Jane Doe #3*

## CERTIFICATE OF SERVICE

I certify that the foregoing document was served on August 20, 2014, on the following using the Court's CM/ECF system:

Dexter Lee
A. Marie Villafaña
500 S. Australian Ave., Suite 400
West Palm Beach, FL 33401
(561) 820-8711
Fax: (561) 820-8777
E-mail: Dexter.Lee@usdoj.gov
E-mail: ann.marie.c.villafana@usdoj.gov
*Attorneys for the Government*

Roy Black, Esq.
Jackie Perczek, Esq.
Black, Srebnick, Kornspan & Stumpf, P.A.
201 South Biscayne Boulevard, Suite 1300
Miami, FL 33131
Email: pleading@royblack.com
(305) 37106421

Jay P. Lefkowitz
Kirkland & Ellis, LLP
601 Lexington Avenue
New York, NY 10022
Email: lefkowitz@kirkland.com
(212) 446-4970

Martin G. Weinberg, P.C.
20 Park Plaza, Suite 1000
Boston, MA 02116
Email: owlmgw@att.net
(617) 338-9538
*Criminal Defense Counsel for Jeffrey Epstein*

/s/ Bradley J. Edwards

4

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Wifredo Ferrer.
   US Attorney
   Southern Dist. Fla.
   99 NE 4th St.
   Miami, Fl 33132

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail®       ☐ Priority Mail Express™
   ☐ Registered            ☒ Return Receipt for Merchandise
   ☐ Insured Mail          ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): 7012 2920 0002 1824 6972

PS Form 3811, July 2013      Domestic Return Receipt

---

**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $

Does 1 & 2

Postmark Here
8/20/2014

Sent To: Wifredo Ferrer
Street, Apt. No.; or PO Box No.
City, State, ZIP+4: Miami, Fl

PS Form 3800, August 2006       See Reverse for Instructions

Article Number: 7012 2920 0002 1824 6972

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Wifredo Ferrer.
US Attorney
Southern Dist. Fla.
99 NE 4th St.
Miami, Fl 33132

2. Artic
   (Tran

PS Form

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent
                      ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

AUG 22 2014

3. Service Type
   ☑ Certified Mail    ☐ Priority Mail Express™
   ☐ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)    ☐ Yes