# EXHIBITS 4 and 5

**From:** (USAFLS)
**Sent:** Wednesday, December 03, 2014 1:03 PM
**To:** Brad Edwards; (USAFLS)
**Cc:** Paul Cassell
**Subject:** RE: Doe v US

Brad,

The U.S. Attorney has both your letters and is considering the matter, as well as your request for a meeting. I will try to get an answer for you as soon as possible.

---

**From:** Brad Edwards
**Sent:** Wednesday, December 03, 2014 2:12 PM
**To:** Redacted (USAFLS); Redacted (USAFLS)
**Cc:** Paul Cassell
**Subject:** Doe v US

When we spoke a few months ago, I told you that we represented             and were considering adding her to this suit. At the time of our call we asked if you would agree to our adding her, and I understood that you would have to check with others. Consequently, I sent a couple of letters to Mr. Ferrer that I have attached to this email. I was hoping for a response letting me know that the Office would not oppose the amendments adding Doe 3 and 4. We also suggested in the letters that perhaps a meeting is in order at this point. I know you cannot speak for Mr. Ferrer on that point, which was another reason for addressing the letter to him.

I realize our 11/19 letter asked for a response by the 10th. However, I was hoping you could give me some indication whether we will get an answer before the 10th (and perhaps what that answer will be), because if there will not be an agreement to adding these Plaintiffs then I want to get the Motion prepared. Let me know something as soon as you can. Thanks.

Sincerely,



Farmer, Jaffe, Weissing,
Edwards, Fistos & Lehrman, P.L.

Brad Edwards
Board Certified Trial Attorney

1

425 North Andrews Avenue, Suite 2
Fort Lauderdale, Florida 33301

Toll Free: 800-400-1098 | Local: 954-524-2820
Cell: 954-294-9544 | Facsimile: 954-524-2822

brad@pathtojustice.com | www.pathtojustice.com



