# EXHIBIT 6

Case 9:08-cv-80736-KAM Document 291-5 Entered on FLSD Docket 01/21/2015 Page 1 of 2

**Subject:**                FW: Motion to Add Petitioners

**From:**              (USAFLS)
**Sent:** Wednesday, December 10, 2014 4:49 PM
**To:** Brad Edwards; Paul Cassell
**Subject:** Motion to Add Petitioners

Brad and Paul,

The U.S. Attorney is on travel and I do not have an answer for you on whether the government will agree to the addition of two new petitioners. I appreciate you not filing your motion until December 10, 2014. If you need to file the motion, we understand. Thanks.

1