# EXHIBIT 7

**Subject:** FW: Meeting in January 2015

**From:** (USAFLS)
**Sent:** Tuesday, December 16, 2014 3:03 PM
**To:** Brad Edwards; Paul Cassel
**Subject:** Meeting in January 2015

Brad and Paul,

We would like to schedule a meeting with the Executive Division, as you requested, for January 2015, at a time convenient for both of you. Also, do       and       wish to attend?

Please let me know of a suitable time for all parties who wish to attend. Thanks.