# EXHIBIT 8

**Subject:**        FW: Meeting in January 2015

**From:** Brad Edwards
**Sent:** Tuesday, December 16, 2014 3:49 PM
**To:** Redacted   (USAFLS)'; Paul Cassell
**Subject:** RE: Meeting in January 2015

Thanks        ,

I am hopeful that we can use the meeting time to discuss a plan to bring this case to a streamlined resolution. I will check with the clients about attendance at the meeting. I believe that at least     will want to attend. Paul and I will get you some dates that work on our end.

In the meantime, I would like to get your agreement to our Motion to add    and     as parties. They do not want to delay being added, and I see no reason for that delay anyway. Please let me know your position on that Motion.

Thank you for getting back to me. We will get you some proposed meeting dates quickly and look forward to a productive meeting.

Sincerely,


Farmer, Jaffe, Weissing,
Edwards, Fistos & Lehrman, P.L.

**Brad Edwards**
**Board Certified Trial Attorney**

425 North Andrews Avenue, Suite 2
Fort Lauderdale, Florida 33301

Toll Free: 800-400-1098 | Local: 954-524-2820
Cell: 954-294-9544 | Facsimile: 954-524-2822

brad@pathtojustice.com | www.pathtojustice.com





1