# EXHIBIT 9

Subject: FW: Meeting in January 2015

From: Brad Edwards
Sent: Monday, December 22, 2014 12:17 PM
To: Redacted (USAFLS); Paul Cassell
Subject: RE: Meeting in January 2015

,

We have a few available dates to choose from. January 21-22 and 28-29. Hopefully one of those will work for you guys.

On the motion to add    and    , I don't believe you indicated your position. As we said, we hoped you would agree, or at least not oppose, but either way we would like to know your position so that we can so inform the Court.

Thanks again. Please let me know which meeting date works best so that those coming from out of town can make arrangements.

Sincerely,



Farmer, Jaffe, Weissing,
Edwards, Fistos & Lehrman, P.L.

Brad Edwards
Board Certified Trial Attorney

425 North Andrews Avenue, Suite 2
Fort Lauderdale, Florida 33301

Toll Free: 800-400-1098 | Local: 954-524-2820
Cell: 954-294-9544 | Facsimile: 954-524-2822

brad@pathtojustice.com | www.pathtojustice.com





1