# EXHIBIT 10

**Subject:**            FW: Meeting in January 2015

**From:**         (USAFLS)
**Sent:** Tuesday, December 23, 2014 6:19 PM
**To:** Brad Edwards; Paul Cassell
**Subject:** RE: Meeting in January 2015

Brad and Paul,

We will let you know which dates are good for us. We actually wanted to discuss adding the new parties to the case at the meeting. Our position is that we oppose adding new petitioners at this stage of the litigation.

Best Wishes for a wonderful holiday to you and your families.