# EXHIBIT 14



WEST PALM BEACH OFFICE:
2139 PALM BEACH LAKES BLVD.
WEST PALM BEACH, FLORIDA 33409

P.O. BOX 3626
WEST PALM BEACH, FLORIDA 33402

(561) 686-6300
1-800-780-8607
1-800-220-7006 Spanish

TALLAHASSEE OFFICE:
THE TOWLE HOUSE
517 NORTH CALHOUN STREET
TALLAHASSEE, FL 32301-1231

P.O. BOX 1230
TALLAHASSEE, FLORIDA 32302

(850) 224-7600
1-888-549-7011

ATTORNEYS AT LAW:
ROSALYN SIA BAKER-BARNES
*F. GREGORY BARNHART
T. HARDEE BASS, III
LAURIE J. BRIGGS
BRIAN R. DENNEY
BRENDA S. FULMER
MARIANO GARCIA
JAMES W. GUSTAFSON, JR.
JACK P. HILL
DAVID K. KELLEY, JR.
WILLIAM B. KING[7]
DARRYL L. LEWIS[1]
*WILLIAM A. NORTON
PATRICK E. QUINLAN[3]
EDWARD V. RICCI
*JOHN SCAROLA
*CHRISTIAN D. SEARCY
*JOHN A. SHIPLEY III
CHRISTOPHER K. SPEED [8,9]
BRIAN P. SULLIVAN [2,4,6]
KAREN E. TERRY
*C. CALVIN WARRINER III

OF COUNSEL
*EARL L. DENNEY, JR.[5]

SHAREHOLDERS
*BOARD CERTIFIED

ALSO ADMITTED
[1] KENTUCKY
[2] MAINE
[3] MARYLAND
[4] MASSACHUSETTS
[5] MISSISSIPPI
[6] NEW HAMPSHIRE
[7] NEW JERSEY
[8] VIRGINIA
[9] WASHINGTON DC

PARALEGALS:
VIVIAN AYAN-TEJEDA
RANDY M. DUFRESNE
DAVID W. GILMORE
JOHN C. HOPKINS
DIANA B. JIMENEZ
DEBORAH M. KNAPP
VINCENT L. LEONARD, JR.
JAMES PETER LOVE
ROBERT W. PITCHER
MARK P. PONCY
KATHLEEN SIMON
STEVE M. SMITH
BONNIE S. STARK
WALTER A. STEIN

**VIA EMAIL AND U.S. MAIL**
dersh@law.harvard.edu

September 7, 2011

Alan M. Dershowitz, Esquire
Hauser Hall 520
1575 Massachusetts Avenue
Cambridge, MA  02138

Re:   Edwards adv. Epstein
      Our File No.:  291874

Dear Mr. Dershowitz:

While we are certainly under no obligation to disclose either the basis for our wanting to depose you or the subject matter of our intended inquiry, we are willing to respond to your request as a matter of professional courtesy.

Multiple individuals have placed you in the presence of Jeffrey Epstein on multiple occasions and in various locations when Jeffrey Epstein was in the company of underage females subsequently identified as victims of Mr. Epstein's criminal molestations. This information is derived from both sworn testimony and private interviews. Your personal observations regarding such circumstances would clearly not involve any privileged communications, and it is those observations that will be the primary focus of our questioning.

Please let us know when and where you will be available.

Sincerely,

Dictated But Not Signed By
Jack Scarola To Expedite Delivery
JACK SCAROLA
JS/mep

cc:   Bradley J. Edwards, Esquire

