# EXHIBIT 17



**WEST PALM BEACH OFFICE:**

2139 PALM BEACH LAKES BLVD.
WEST PALM BEACH, FLORIDA 33409

P.O. BOX 3626
WEST PALM BEACH, FLORIDA 33402

(561) 686-6300
1-800-780-8607
1-800-220-7006 Spanish

☐ **TALLAHASSEE OFFICE:**

THE TOWLE HOUSE
517 NORTH CALHOUN STREET
TALLAHASSEE, FL 32301-1231

(850) 224-7600
1-888-549-7011

ATTORNEYS AT LAW:

ROSALYN SIA BAKER-BARNES
*F. GREGORY BARNHART
T. HARDEE BASS, III
LAURIE J. BRIGGS
*BRIAN R. DENNEY
BRENDA S. FULMER
*MARIANO GARCIA
JAMES W. GUSTAFSON, JR.
MARA R. P. HATFIELD
ADAM S. HECHT
JACK P. HILL
KELLY HYMAN
DAVID K. KELLEY, JR.
CAMERON M. KENNEDY
WILLIAM B. KING[7]
DARRYL L. LEWIS[1]
*WILLIAM A. NORTON
PATRICK E. QUINLAN[3]
EDWARD V. RICCI
*JOHN SCAROLA
MATTHEW K. SCHWENCKE
*CHRISTIAN D. SEARCY
*JOHN A. SHIPLEY III
CHRISTOPHER K. SPEED[89]
BRIAN P. SULLIVAN[246]
KAREN E. TERRY
DONALD J. WARD III[9]
*C. CALVIN WARRINER III

OF COUNSEL
*EARL L. DENNEY, JR.[5]

SHAREHOLDERS
*BOARD CERTIFIED

ALSO ADMITTED
[1] KENTUCKY
[2] MAINE
[3] MARYLAND
[4] MASSACHUSETTS
[5] MISSISSIPPI
[6] NEW HAMPSHIRE
[7] NEW JERSEY
[8] VIRGINIA
[9] WASHINGTON DC

PARALEGALS:

VIVIAN AYAN-TEJEDA
RANDY M. DUFRESNE
DAVID W. GILMORE
JOHN C. HOPKINS
DEBORAH M. KNAPP
VINCENT L. LEONARD, JR.
JAMES PETER LOVE
ROBERT W. PITCHER
PABLO PERHACS
KATHLEEN SIMON
STEVE M. SMITH
BONNIE S. STARK
WALTER A. STEIN

January 14, 2015

His Royal Highness The Duke of York
Buckingham Palace
London SW1A 1AA
UNITED KINGDOM

Your Royal Highness:

I represent attorneys Paul G. Cassell and Bradley J. Edwards. They in turn represent a young woman pictured below who is being referred to as Jane Doe No. 3. That representation is in pending legal proceedings in the United States Federal District Court for the Southern District of Florida.

This letter is a formal request on behalf of Mr. Edwards and Professor Cassell to interview you, under oath, regarding interactions that you had with Jane Doe No. 3 beginning in approximately early 2001. Jane Doe No. 3 was then 17 years old. Among other things, I would like to discuss events that occurred at the time that the photograph below was taken – and shortly thereafter.





WWW.SEARCYLAW.COM

January 14, 2015
His Royal Highness The Duke of York
Re: Edwards and Cassell

I would also like to discuss Jane Doe #3's claims of your subsequent interactions with her in New York City, New York later that year. Details of those claims have been widely reported in the British press (with varying degrees of accuracy) as have your denials of the claims, so I assume that it is unnecessary for me to be any more specific about the proposed areas of our inquiry.

The interview could be conducted at a time and place of your choosing, and with your cooperation, I believe the interview could be completed in two hours or less.

New court pleadings regarding relationships between you and Jane Doe #3 are currently being prepared but their filing will be delayed if you are willing and able to commit to accepting this invitation. Accordingly, the favor of a prompt reply by no later than January 19, 2015, would be greatly appreciated.

Sincerely,

JACK SCAROLA
JS/mep

cc:   Bradley J. Edwards, Esq.
      Professor Paul Cassell

