# EXHIBIT 18

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE No.08-CV-80119-CIV-MARRA/JOHNSON

JANE DOE NO. 2,

    Plaintiff,

-vs-

JEFFREY EPSTEIN,

    Defendant.
_____

Related cases:
08-80232, 08-80380, 98-80381, 08-80994,
08-80993, 08-80811, 08-80893, 09-80469,
09-80591, 09-80656, 09-80802, 09-81092
_____

VIDEOTAPED DEPOSITION OF JUAN ALESSI
VOLUME I

Tuesday, September 8, 2009
10:12 a.m. - 3:45 p.m.

2139 Palm Beach Lakes Boulevard
West Palm Beach, Florida 33401

Reported By:
Sandra W. Townsend, FPR
Notary Public, State of Florida
PROSE COURT REPORTING AGENCY
West Palm Beach Office

Page 2

1  APPEARANCES:
2  On behalf of the Plaintiffs:
3      RICHARD WILLITS, ESQUIRE
       RICHARD H. WILLITS, P.A.
4      2290 10th Avenue North, Suite 404
       Lake Worth, Florida  33461
5      Phone: 561.582.7600
       reelrhw@hotmail.com
6
7      STUART MERMELSTEIN, ESQUIRE
       MERMELSTEIN & HOROWITZ, P.A.
8      18205 Biscayne Boulevard, Suite 2218
       Miami, Florida  33160
9      Phone:  305.931.2200
       ssm@sexabuseattorney.com
10     ahorowitz@sexabuseattorney.com
11     WILLIAM J. BERGER, ESQUIRE
       ROTHSTEIN ROSENFELDT ADLER
12     401 East Las Olas Boulevard, Suite 1650
       Fort Lauderdale, Florida  33301
13     Phone:  954.522.3456
       bedwards@rra-law.com
14
15     KATHERINE W. EZELL, ESQUIRE
       PODHURST ORSECK, P.A.
16     25 West Flagler Street, Suite 800
       Miami, Florida  33130
17     Phone:  305.358.2800
       rjosefsberg@podhurst.com
18     kezell@podhurst.com
19     ADAM J. LANGINO, ESQUIRE
       LEOPOLD KUVIN
20     2925 PGA Boulevard, Suite 200
       Palm Beach Gardens, Florida  33410
21     Phone:  561.515.1400
       skuvin@leopoldkuvin.com
22
23
24
25

Page 3

1  On behalf of the Defendant:
2      ROBERT J. CRITTON, ESQUIRE
       BURMAN, CRITTON & LUTTIER
3      515 North Flagler Drive, Suite 400
       West Palm Beach, Florida  33401
4      Phone:  561.842.2820
       rcrit@bclclaw.com
5      mpike@bclclaw.com
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 4

             - - -
        E X H I B I T S
             - - -

| NUMBER | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit number 1 | Photographs | 45 |
| Exhibit number 2 | Transcript | 130 |
| Exhibit number 3 | Incident Report | 137 |
| Exhibit number 4 | Incorporation Papers | 149 |
| Exhibit number 5 | Incorporation Papers | 150 |

1 (Pages 1 to 4)

(561) 832-7500    PROSE COURT REPORTING AGENCY, INC.    (561) 832-7506

Electronically signed by Sandra Townsend (401-377-676-2895)
Electronically signed by Sandra Townsend (401-377-676-2895)    76ef564a-4a1c-4dee-87ac-479898cc7004

Page 5

1  PROCEEDINGS
2  ---
3  Deposition taken before Sandra W. Townsend, Court
4  Reporter and Notary Public in and for the State of
5  Florida at Large, in the above cause.
6  ---
7  VIDEOGRAPHER: Today is September 8, 2009.
8  The time is 12 minutes after 10:00 in the morning.
9  This is the videotaped deposition of Juan
10 Alessi in the matter of Jane Doe number two versus
11 Jeffrey Epstein. This deposition is being held at
12 2139 Palm Beach Lakes Boulevard in West Palm Beach,
13 Florida.
14 My name is Stan Sanders. I'm the videographer
15 representing Visual Evidence, Incorporated.
16 Would the attorneys please announce their
17 appearances for the record.
18 MR. WILLITS: Richard Willits, representing
19 Carolyn Andriano.
20 MR. BERGER: William J. Berger, representing
21 E.W., L.M. and Jane Doe number two.
22 MR. MERMELSTEIN: Stuart Mermelstein of
23 Mermelstein and Horowitz, representing Jane Does
24 numbers two through eight.
25 MR. LANGINO: Adam Langino, on behalf of B.B.

Page 6

1  MS. EZELL: Katherine Ezell from Podhurst
2  Orseck, on behalf of Jane Does 101 and 102.
3  MR. CRITTON: Bob Critton, on behalf of
4  Jeffrey Epstein.
5  THEREUPON,
6         JUAN ALESSI,
7  having been first duly sworn or affirmed, was examined
8  and testified as follows:
9  THE WITNESS: I do.
10         DIRECT EXAMINATION
11 BY MR. WILLITS:
12 Q. Good morning, sir.
13 A. Good morning.
14 Q. I introduced myself through the videographer.
15 My name is Richard Willits.
16 A. Okay.
17 Q. I represent a young lady by the name of
18 Carolyn Andriano.
19 A. Okay.
20 Q. Is that name familiar to you at all?
21 A. Whose name?
22 Q. Carolyn Andriano. Do you recognize that name?
23 A. No.
24 Q. What is your residence address, sir?
25 A. My address is 6791 Fairway Lakes Drive,

Page 7

1  Boynton Beach, Florida, 33472.
2  Q. All right, sir. Did you ever work for Jeffrey
3  Epstein?
4  A. Yes, I did.
5  Q. In what capacity?
6  A. Everything. I started with Jeffrey Epstein
7  around 19 -- please bear with the dates because I
8  trying --
9  Q. Sure.
10 A. -- to remember. 1969 as a part-time
11 maintenance guy.
12 And then I become a full-time employee, I
13 think it was January 1, 2 -- '91, '92, so '92. Sorry.
14 Q. You said you started in 1969? That would
15 be --
16 A. No. No. No. No. No.
17 Q. Okay.
18 A. '99.
19 Q. 1999?
20 A. Yeah.
21 Q. All right. And how did you happen to get that
22 job? Was it through an employment agency --
23 A. No.
24 Q. -- or an ad in the paper?
25 A. I had a company at that time used to take care

Page 8

1  of a lot of residents in Palm Beach. And I got to know
2  Jeffrey through Lesley Wexner. And I used to work in
3  about 20 different, 20, 25 different homes in Palm Beach
4  as a maintenance guy.
5  Q. Okay.
6  A. And I have basically my own company and I do
7  repairs for them. I did home sit in for them.
8  Q. And what was -- did you work for Jeffrey
9  Epstein? What was your position when you started?
10 A. When I started, he hire me to -- he just
11 bought the house.
12 Q. I'm sorry?
13 A. He just had bought the house --
14 Q. Okay.
15 A. -- where he live on El Brillo. And he hire me
16 through Mr. Wexner's references to do repair works. And
17 basically what I did the most was taking walls apart,
18 windows and stuff that he didn't want to have it, --
19 Q. I see.
20 A. -- fix it.
21 Q. And when you started working for Mr. Epstein,
22 were you still working for other people in Palm Beach?
23 A. Yes, I did.
24 Q. Okay. And about how long a period of time did
25 you do this type of work for Mr. Epstein, the

2 (Pages 5 to 8)

(561) 832-7500    PROSE COURT REPORTING AGENCY, INC.    (561) 832-7506

Electronically signed by Sandra Townsend (401-377-676-2895)
Electronically signed by Sandra Townsend (401-377-676-2895)                    76ef564a-4a1c-4dee-87ac-479898cc7004

Page 9

1  maintenance and taking out walls?
2     A.  It was couple months.  It was couple months
3  before.
4     Q.  And what was the name of your company?
5     A.  Alessi Maintenance.
6     Q.  And how were you paid?
7     A.  By him?
8     Q.  Yes.
9     A.  Usually by check or cash sometimes.
10    Q.  Do you know what company actually paid your
11 company?
12    A.  It was Jeffrey Epstein and Company.
13    Q.  So you said you had that position for a couple
14 of months.
15        What happened next?
16    A.  Then Mr. Epstein asked me to, if I wanted to
17 be his employee, because I was going from one house to
18 another house to another house, one hour here.  I was
19 just running around Palm Beach all day.
20        So he asked me if I would just work for him,
21 exclusively for him.
22    Q.  Okay.
23    A.  And we agreed with the terms and I become a
24 full-time employee as a maintenance guy.  And I was
25 taking care of everything, as far as maintenance.

Page 10

1         Then my job changed little by little to house
2  man, estate manager, and then to a majordomo.
3     Q.  Okay.  When you first agreed to terms with
4  Mr. Epstein and you first started working for him full
5  time, what were those terms, do you remember?
6     A.  The terms is basically was how much -- he
7  asked me how much I was making in all the properties.
8         And I says, well, I make this -- this amount
9  of money.
10        And he says, fine.
11    Q.  And how much was that, did he pay you?
12    A.  Around $45,000.  I think I started with 45.
13    Q.  Okay.  And when you started to work for him as
14 a full-time employee, did you have anybody that you
15 reported to or did you deal directly with Mr. Epstein?
16    A.  At the beginning with Mr. Epstein, directly to
17 him.
18    Q.  Did that change?
19    A.  Later on, yes.
20    Q.  And how did that change?
21    A.  When Ms. Maxwell, Ghislaine Maxwell came to
22 the picture.
23    Q.  Okay.  About when was it that she came into
24 the picture?
25    A.  Exactly date, I cannot remember.  But it was

Page 11

1  about seven months before -- after I become a full-time
2  employee.
3     Q.  Okay.  And how did Ms. Maxwell come into the
4  picture?
5     A.  It was his girlfriend, his main girlfriend.
6     Q.  Okay.  Had you known her before she became --
7     A.  No.
8     Q.  -- your --
9     A.  Never know her before.
10    Q.  I'm sorry.  I didn't get a chance to finish my
11 question.
12        Would you have referred to her as your
13 supervisor or your superior or what would you have
14 called Mrs. Maxwell?
15    A.  I used to call her Ghislaine.
16    Q.  Okay.  And how was it explained to you that
17 you were now to deal with Ms. Maxwell, as opposed to
18 Jeffrey Epstein?
19    A.  She would tell me, I am going to take care of
20 the house.
21    Q.  Okay.  That was explained to you by
22 Ms. Maxwell?
23    A.  Uh-huh.
24    Q.  Is that a yes?
25    A.  Yes.

Page 12

1     Q.  And when Ms. Maxwell started assuming
2  responsibility for the house, did your duties change at
3  that time?
4     A.  Not much.
5     Q.  Okay.
6     A.  Not much.
7     Q.  And at that time when Ms. Maxwell started
8  taking responsibility for the house, what were your
9  duties?
10    A.  Basically I was still doing the maintenance
11 work.
12    Q.  Okay.
13    A.  Was doing -- they were trying to remodel the
14 home and they would told me, okay, tear down this wall.
15 We want to see how it's going to look.  Or put this
16 windows and tear down -- we had a fishing tank.  We took
17 it out -- I took it out.  A kitchen on the second floor.
18 I took it out.  So it was basically dismantling the
19 house.
20    Q.  Okay.  And about how long a period of time did
21 that project last?
22    A.  I would says, six to seven months.
23    Q.  Okay.  And after the remodeling slacked off or
24 stopped, did your duties then change?
25    A.  Yeah.  Increasingly they change.

3 (Pages 9 to 12)

(561) 832-7500       PROSE COURT REPORTING AGENCY, INC.       (561) 832-7506

Electronically signed by Sandra Townsend (401-377-676-2895)
Electronically signed by Sandra Townsend (401-377-676-2895)                    76ef564a-4a1c-4dee-87ac-479898cc7004

Page 45

1  MS. EZELL: I'm going to ask -- I don't know
2  whether you've still been serially designating
3  Exhibits or whether we're doing them separately for
4  deposition.
5  MR. CRITTON: I think we cannot trust that
6  people will do them serially. I'd do them with
7  each one.
8  MS. EZELL: Then would you mark this, please,
9  as Exhibit 1 to this deposition.
10  And I'm just going to state on the record that
11  I will keep that original. We will not attach it
12  to the deposition.
13  (Exhibit number 1 was marked for
14  identification purposes and retained by Counsel for the
15  Plaintiffs.)
16  THE WITNESS: Yes, that's --
17 BY MS. EZELL:
18  Q. Can you identify that -- the young woman in
19 those pictures?
20  A. Yes.
21  Q. Who is it?
22  A. That's V. -- V. Now that you says R., that
23 is V.R. definite, a hundred percent.
24  MR. CRITTON: Let me just note my objection,
25  as I did in A. Rod's deposition or Mr. Rodriguez's

Page 46

1  deposition, that I know you're going to confiscate
2  Exhibit number 1. I think it's inappropriate. I
3  think I should be allowed to have a copy of
4  Exhibits that are being used in deposition. But
5  I'll file a motion with the Court so we don't get
6  into a pulling match over your Exhibits.
7  MR. BERGER: I would ask that the court
8  reporter initial that.
9  MS. EZELL: Sure.
10  Oh, you did?
11  MR. WILLITS: She marked it.
12  MR. BERGER: Did she put her initials or did
13  she just put a number or a letter?
14  MR. CRITTON: She's nodding that she did
15  everything that she usually does, which means,
16  initials, date and number.
17  MR. MERMELSTEIN: You can talk.
18  MR. WILLITS: But when you talk, use your
19  initials.
20 BY MS. EZELL:
21  Q. How old did you think V.R. was at the time she
22 began coming to Mr. Epstein's home?
23  A. She could have been 17, 18, 19.
24  Q. Could she have also been 15?
25  MR. CRITTON: Form.

Page 47

1  THE WITNESS: Could have been. But, you know,
2  I am not -- I don't think I am a very good judge of
3  ages. If you ask me how old you are, I really
4  couldn't tell you.
5  MR. CRITTON: Kathy thinks she's 25.
6  MS. EZELL: In my dreams.
7  THE WITNESS: Now, again, I must tell you, I
8  was never told to check any i.d.s on any of the
9  people who work at the house.
10 BY MS. EZELL:
11  Q. I understand that. And, so, I think I'm just
12 trying to establish that you didn't consider it part of
13 your job description to worry about or consider the
14 ages --
15  A. No.
16  Q. -- of the young women that came there?
17  A. Absolutely not. Absolutely not.
18  Q. And, so, you never really focused on that or
19 particularly thought about it if they seemed young?
20  MR. CRITTON: Form.
21  THE WITNESS: I don't -- I didn't see that
22  many young girls, you know, young, underage girls
23  at the house. I never saw except the two girls
24  that I mentioned that I think it was underage was
25  N. for sure because she was still in high school.

Page 48

1 And she -- she had dinner with her mother, a couple
2 times with her mother. And she become an actress.
3 She's an actress and she has done movies. And he
4 help her in her career.
5  That's the only girl that I knew she was young
6 because she was going to high school and I pick her
7 up from high school sometimes. But she was not a
8 massage therapist. She will go for dinner. And
9 they will go for the movies and she sang sometimes
10 because she was a singer. So she sung at the
11 house. Beautiful girl. Very talented.
12  That's the only girl that I know that it
13 was -- I would says, underage.
14 BY MS. EZELL:
15  Q. Okay. Did -- who told you that V.R. was a
16 massage therapist?
17  A. Nobody.
18  Q. Did you assume that she was a massage
19 therapist because you were told she was coming to give a
20 massage?
21  A. No. I assumed she was a massage therapy
22 because I was -- I drove Ms. Maxwell to Mar-a-lago,
23 Donald Trump's residence. And I wait in the car while
24 Ms. Maxwell got a -- I think it was a facial or massage.
25 I don't know. But that day I remember this girl, V.,

12 (Pages 45 to 48)

(561) 832-7500     PROSE COURT REPORTING AGENCY, INC.     (561) 832-7506

Electronically signed by Sandra Townsend (401-377-676-2895)
Electronically signed by Sandra Townsend (401-377-676-2895)                     76ef564a-4a1c-4dee-87ac-479898cc7004

Page 69

```
 1        MR. CRITTON:  Form.
 2        THE WITNESS:  No, not that I can remember.
 3   BY MS. EZELL:
 4     Q.  Do you know if he and Mr. Epstein were
 5   involved in any businesses together?
 6     A.  Mr. Epstein, I never knew what businesses he
 7   was involved.  He will -- I was completely shut off of
 8   all of the business, except for the office, transfer of
 9   communications or faxes.  But I have no idea of the
10   relationship with other business partners.
11     Q.  Did you ever have to deal with his -- the
12   office in New York with someone named Lesley in New
13   York?
14     A.  The secretary?
15     Q.  Yes.
16     A.  Yeah.  I would call -- I would call Lesley
17   almost every day or other secretaries, they live in New
18   York.  Basically it came a point when Mr. Epstein will
19   call New York and New York call me to do things for
20   Mr. Epstein.  But he was on the phone or busy or
21   something and he would call the office and the office
22   will send me an e-mail or call me or -- it was a
23   constant report with the office in New York.
24     Q.  And did you in turn sometimes call New York to
25   get a message to Mr. Epstein?
```

Page 70

```
 1     A.  Yes.
 2     Q.  Did you ever overhear Mr. Epstein talking to
 3   any people that you would consider celebrities?
 4     A.  Yes.  I knew some -- many celebrities.
 5     Q.  Who -- what celebrities did you understand
 6   that he spoke with?
 7     A.  He spoke to it?
 8     Q.  Yes.
 9     A.  I don't know who he spoke to because I never
10   listen to his conversations.  But I saw guests at the
11   house that were celebrities.
12     Q.  Who did you see at house?
13     A.  Many.  It was senators.  It was Senator
14   Mitchell, George Mitchell.  It was Prince Andrew.  It
15   was Princess Sarah.
16     Q.  Princess?
17     A.  Sarah, the wife of Andrew.
18     Q.  Sarah Ferguson?
19     A.  Ferguson.
20        And it was a couple Misses, Misses Yugoslavia,
21   Miss Germany that I don't even know the names.  But they
22   were a lot of queens and other famous people that I
23   can't remember.  It was a very famous lawyers that I'm
24   sure you know, Alan Dershowitz, who spend at the house a
25   couple times.  And he slept there.  He -- Princess
```

Page 71

```
 1   Diane's secretary, she stay there for a week with her
 2   kids and we took care of her.
 3        Who else?  Mr. Trump.  That's a celebrity.
 4   Mr. Robert Kennedy, Junior.  Mr. Frederick Fekkai.
 5     Q.  Who is that?
 6     A.  Fekkai, Frederick Fekkai, the famous
 7   hairstylist.  Who else?  I don't think I can remember
 8   anymore.
 9     Q.  David Copperfield, the magician?
10     A.  No, I never saw him.
11     Q.  You never saw him.
12        Now, would these -- the people that you named
13   were all people that you saw visiting in the home?
14     A.  Yes.  Also was a Noble Prize winners, the -- I
15   can't remember his name.  It was an old gentleman.  He
16   was a Noble Prize, chemistry, I think, or mathematics.
17   There was a couple -- a couple of those, very -- also,
18   we had at one time at the house, it was a reunion of
19   very Noble Prize winners.  But I don't know.  They're
20   not famous, I guess.  I can't remember their names.
21   Very important people.
22     Q.  Was that a dinner or a reception?
23     A.  I think it was a lunch.
24     Q.  A lunch.
25        President Clinton, did you ever --
```

Page 72

```
 1     A.  I met President Clinton on Mr. Epstein's plane
 2   in the last, I think it was the last month or just
 3   before I left -- I left, I met President Clinton in
 4   Miami at his plane.  We drove him to Miami.
 5     Q.  And do you know, was that a trip -- were they
 6   going on a trip to Africa?
 7     A.  I hear about it, but it was not when I was
 8   there.
 9     Q.  So that was not the time that you drove --
10     A.  No, I was already out.
11     Q.  And Kevin Spacey, did you ever meet him?
12     A.  No.  I hear about it on the news, but I never
13   met him.
14     Q.  Were Prince Andrew and Princess Sarah friends
15   of Ms. Maxwell?
16     A.  Both of them.
17     Q.  Both Ms. Maxwell and Mr. Epstein?
18     A.  Yeah.
19     Q.  Did -- did they ever have massages when they
20   were there?
21     A.  Prince Andrew did.  I think Sarah was there
22   only once and for a short time.  I don't think she slept
23   in there.  I cannot remember.  I think she was visiting
24   Wellington and she came to the house and we met her.
25   But Prince Andrew, yes, Prince Andrew spent weeks with
```

18 (Pages 69 to 72)

(561) 832-7500        PROSE COURT REPORTING AGENCY, INC.        (561) 832-7506

Electronically signed by Sandra Townsend (401-377-676-2895)
Electronically signed by Sandra Townsend (401-377-676-2895)                                76ef564a-4a1c-4dee-87ac-479898cc7004

Page 73

1  us.
2      Q.  Where would he sleep?
3      A.  In the main room, the main guest bedroom.
4  That was the blue room.
5      Q.  And, so, when he would come and stay, during
6  that time would he frequently have massages?
7          MR. CRITTON:  Form.
8          THE WITNESS:  I would says, daily massages.
9      They have a daily massage.
10 BY MS. EZELL:
11     Q.  Was it sometimes more than one a day?
12     A.  I can't remember if he had more than one, but
13 I think it was just a massage for him.  We set up the
14 tables and --
15     Q.  Do you have any recollection of V.R. coming to
16 the house when Prince Andrew was there?
17     A.  It could have been, but I'm not sure.
18     Q.  Not sure.  When Mr. Dershowitz was
19 visiting, --
20     A.  Uh-huh.
21     Q.  -- how often did he come?
22     A.  He came pretty -- pretty often.  I would says,
23 at least four or five times a year.
24     Q.  And how long would he stay typically?
25     A.  Two, three days.

Page 74

1      Q.  Did he have massages sometimes when he was
2  there?
3      A.  Yes.  A massage was like a treat for
4  everybody.  If they want it, we call the massage and
5  they have a massage.
6      Q.  Now, Mr. Trump had a home in Palm Beach,
7  correct?
8      A.  Uh-huh.
9      Q.  So he didn't come and stay there, did he?
10     A.  No, never.
11     Q.  He would come for a meal?
12     A.  He would come, have dinner.  He never sat at
13 the table.  He eat with me in the kitchen.
14     Q.  Did he ever have massages while he was there?
15     A.  No.  Because he's got his own spa.
16     Q.  Sure.
17         MS. EZELL:  I don't have any other questions
18     right now.  I'd just like to reserve if something
19     comes up to ask.  But, otherwise, you may go ahead.
20         MR. LANGINO:  It is noon, so I don't know what
21     everybody else's schedule is.  I don't know how
22     you're feeling.
23         THE WITNESS:  I am fine.
24         MS. EZELL:  I do have another question.  May I
25     ask it?

Page 75

1          MR. LANGINO:  Go ahead.  Sure.
2  BY MS. EZELL:
3      Q.  You said that you set up the massage tables.
4  And would you also set up the oils and the towels?
5      A.  Yes, ma'am.
6      Q.  And I think I read one time you said they used
7  40 or 50 towels a day?
8          MR. CRITTON:  Form.
9          THE WITNESS:  That's correct.  There was a
10     tremendous amount of work in the house, especially
11     laundry towels, because they were -- we have
12     towels, piles of towels.  And they use in the pool.
13     There was a lot of people in the pool and there
14     were a towel that went in the floor, we have to go
15     and pick it up, wash it.  So it was -- it was a lot
16     of towels, yes.
17 BY MS. EZELL:
18     Q.  And did you ever have occasion to go upstairs
19 and clean up after the massages?
20     A.  Yeah, uh-huh.
21     Q.  Did you ever find any vibrators in that area?
22     A.  Yes.  I told him, yes.
23         MS. EZELL:  And did you ask that?  I'm sorry.
24         MR. CRITTON:  Yes.
25         MS. EZELL:  I don't know how I missed that.

Page 76

1  BY MS. EZELL:
2      Q.  Since I did miss it, if you don't mind, let me
3  just ask you again.
4          Would you describe for me what kinds of
5  vibrators you found?
6      A.  I'm not familiar -- not too familiar with the
7  names, but they were big dildos, what they call the big
8  rubber things like that (indicating).  And I used to go
9  and put my gloves on and pick them up, put them in the
10 sink, rinse it off and put it in Ms. Maxwell --
11 Ms. Maxwell had in her closet, she had, like, a laundry
12 basket, one of those laundry basket that you put laundry
13 in.  She have full of those toys.  And that was -- and
14 that was me being professional, leaving the room ready
15 for bed when he would come back to the room again.
16     Q.  Okay.
17     A.  That happened a few times, few times.
18     Q.  Were there other sex toys that you found in
19 the area --
20     A.  No.
21     Q.  -- sometimes?  You mentioned she kept them in
22 a basket in her closet?
23     A.  She kept them in her basket.  She had some
24 videos there and she have a costume there.  I know that
25 she bought it, that she brought it with her.

19 (Pages 73 to 76)

(561) 832-7500       PROSE COURT REPORTING AGENCY, INC.       (561) 832-7506

Page 77

1  Q. What kind of costume?
2  A. I don't know. It was a black, shiny costume.
3  I never saw it on her.
4  Q. Was it leather?
5  A. No. I think it was like a vinyl. But we were
6  very fussy about touching any of that stuff. We just...
7       MS. EZELL: No other questions. Thank you,
8  sir.
9       THE WITNESS: You're welcome.
10      MR. LANGINO: I shouldn't have more than a
11 half hour's worth of questions, if everybody is
12 okay to power through.
13      MR. BERGER: I probably have a half hour to an
14 hour.
15      MR. LANGINO: Okay.
16      MR. BERGER: Unless you cover what I cover.
17      MR. MERMELSTEIN: I could say the same thing,
18 so probably less than that.
19      MR. LANGINO: So I guess my question is --
20      MR. BERGER: I think we ought to take a break.
21      MR. LANGINO: That was my question.
22      MR. BERGER: We're going to take a break.
23 Do you have any problem with that?
24      THE WITNESS: No. Whatever you guys want to
25 do.

Page 78

1       (Lunch recess.)
2       (Continued to Volume II.)

Page 79

CERTIFICATE OF OATH
STATE OF FLORIDA
COUNTY OF PALM BEACH

    I, the undersigned authority, certify that
JUAN ALESSI personally appeared before me and was duly
sworn on the 8th day of September, 2009.

    Dated this 19th day of September, 2009.

    _Sandra Townsend_

    Sandra W. Townsend, Court Reporter
    Notary Public - State of Florida
    My Commission Expires: 6/26/12
    My Commission No.: DD 793913

Page 80

C E R T I F I C A T E
STATE OF FLORIDA
COUNTY OF PALM BEACH

    I, Sandra W. Townsend, Court Reporter and
Notary Public in and for the State of Florida at Large,
do hereby certify that the aforementioned witness was by
me first duly sworn to testify the whole truth; that I
was authorized to and did report said deposition in
stenotype; and that the foregoing pages numbered 1 to
78, inclusive, are a true and correct transcription of
my shorthand notes of said deposition.

    I further certify that said deposition was
taken at the time and place hereinabove set forth and
that the taking of said deposition was commenced and
completed as hereinabove set out.
    I further certify that I am not attorney or
counsel of any of the parties, nor am I a relative or
employee of any attorney or counsel of party connected
with the action, nor am I financially interested in the
action.
    The foregoing certification of this transcript
does not apply to any reproduction of the same by any
means unless under the direct control and/or direction
of the certifying reporter.

    Dated this 19th day of September, 2009.

    _Sandra Townsend_

    Sandra W. Townsend, Court Reporter

20 (Pages 77 to 80)

(561) 832-7500     PROSE COURT REPORTING AGENCY, INC.     (561) 832-7506