# EXHIBIT 19

```
                                                              Page 1
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
 2
 3   JANE DOE NO. 2,              Case No: 08-CV-80119
 4        Plaintiff,
 5   Vs
 6   JEFFREY EPSTEIN,
 7        Defendant.
     _____/
 8
     JANE DOE NO. 3,              Case NO: 08-CV-80232
 9
          Plaintiff,
10   Vs
11   JEFFREY EPSTEIN,
12        Defendant.
     _____/
13
     JANE DOE NO. 4,              Case No: 08-CV-80380
14
          Plaintiff,
15
     Vs.
16
     JEFFREY EPSTEIN,
17
          Defendant.
18   _____/
19   JANE DOE NO. 5,              Case No: 08-CV-80381
20        Plaintiff,
21   Vs
22   JEFFREY EPSTEIN,
23        Defendant.
     _____/
24
25
```



### Page 2

```
 1    JANE DOE NO. 6,        Case No: 08-CV-80994
 2         Plaintiff,
 3    Vs
 4    JEFFREY EPSTEIN,
 5         Defendant.
      _____/
 6
      JANE DOE NO. 7,        Case No. 08-CV-80993
 7
           Plaintiff,
 8
      Vs
 9
      JEFFREY EPSTEIN,
10
           Defendant.
11    _____/
12    C.M.A.,                Case No: 08-CV-80811
13         Plaintiff,
14    Vs
15    JEFFREY EPSTEIN,
16         Defendant.
      _____/
17
      JANE DOE,              Case No: 08-CV-80893
18
           Plaintiff,
19
      Vs
20
      JEFFREY EPSTEIN,
21
           Defendant.
22    _____/
23
24
25
```

### Page 3

```
 1    JANE DOE NO. II,       Case No: 08-CV-80469
 2         Plaintiff,
 3    Vs
 4    JEFFREY EPSTEIN,
 5         Defendant.
      _____/
 6
      JANE DOE NO. 101,      Case No: 09-CV-80591
 7
           Plaintiff,
 8
      Vs
 9
      JEFFREY EPSTEIN,
10
           Defendant.
11    _____/
12    JANE DOE NO. 102,      Case No: 09-CV-80656
13         Plaintiff,
14    Vs
15    JEFFREY EPSTEIN,
16         Defendant.
      _____/
17
18
19
20              1031 Ives Dairy Road
                Suite 228
21              North Miami, Florida
                July 29, 2009
22              11:00 a.m. to 5:30 p.m.
23
24
25
```

### Page 4

```
 1              V I D E O T A P E D
 2              D E P O S I T I O N
 3                      of
 4              ALFREDO RODRIGUEZ
 5
 6    taken on behalf of the Plaintiffs pursuant
 7    to a Re-Notice of Taking Deposition (Duces Tecum)
 8
 9                     - - -
10    APPEARANCES:
11
              MERMELSTEIN & HOROWITZ, P.A.
12            BY: STUART MERMELSTEIN, ESQ.
              18205 Biscayne Boulevard
13            Suite 2218
              Miami, Florida 33160
14            Attorney for Jane Doe 2, 3, 4, 5,
              6, and 7.
15
16            ROTHSTEIN ROSENFELDT ADLER
              BY: BRAD J. EDWARDS, ESQ., and
17            CARA HOLMES, ESQ.
              Las Olas City Centre
18            Suite 1650
              401 East Las Olas Boulevard
19            Fort Lauderdale, Florida 33301
              Attorney for Jane Doe and E.W.
20            And L.M.
21
              PODHURST ORSECK
22            BY: KATHERINE W. EZELL
              25 West Flagler Street
23            Suite 800
              Miami, Florida 33130
24            Attorney for Jane Doe 101 and 102.
25
```

### Page 5

```
 1
      APPEARANCES:
 2
 3            LEOPOLD-KUVIN
              ADAM J. LANGINO, ESQ.
 4            2925 PGA Boulevard
              Suite 200
 5            Palm Beach Gardens, Florida 33410
              Attorney for B.B.
 6
 7            RICHARD WILLITS, ESQ.
              2290 10th Avenue North
 8            Suite 404
              Lake Worth, Florida 33461
 9            Attorney for C.M.A.
10
              BURMAN, CRITTON, LUTTIER &
11            COLEMAN, LLP
              BY: ROBERT CRITTON, ESQ.
12            515 North Flagler Drive
              Suite 400
13            West Palm Beach, Florida 33401
              Attorney for Jeffrey Epstein.
14
15
16
      ALSO PRESENT:
17
         JOE LANGSAM, VIDEOGRAPHER
18
19                     - - -
20
21
22
23
24
25
```

Page 6

1  INDEX OF EXAMINATION
2
   WITNESS            DIRECT    CROSS
3
   ALFREDO RODRIGUEZ
4
     (By Mr. Mermelstein)      12
5
     (By Mr. Edwards)         157
6
     (By Mr. Langino)         260
7
8
9
10       INDEX OF EXHIBITS
11 EXHIBITS                     PAGE
12  1  Message pad               72
13  2  Documents                115
14
15
16
17
18
19
20
21
22
23
24
25

Page 7

1  Deposition taken before MICHELLE PAYNE, Court
2  Reporter and Notary Public in and for the State of
3  Florida at Large, in the above cause.
4              - - -
5       THE VIDEOGRAPHER: This is the case of
6  Jane Doe No. 2, plaintiff, versus Jeffrey
7  Epstein, defendant. Jane Doe No. 3,
8  plaintiff, versus Jeffrey Epstein,
9  defendant. Jane Doe No. 4, plaintiff,
10 versus Jeffrey Epstein, defendant. And Jane
11 Doe No. 5, plaintiff, versus Jeffrey
12 Epstein, defendant. Jane Doe No. 6,
13 plaintiff, versus Jeffrey Epstein,
14 defendant. Jane Doe No. 7, plaintiff,
15 versus Jeffrey Epstein, defendant. CMA,
16 plaintiff, versus Jeffrey Epstein,
17 defendant. And Jane Doe, plaintiff, versus
18 Jeffrey Epstein, et al, defendant. And Jane
19 Doe -- is there a shorter thing that we can
20 do here? It's also missing this one right
21 here.
22      MR. MERMELSTEIN: Do we have a problem
23 with saying Jane Doe 2 and the Epstein and
24 related cases?
25      THE VIDEOGRAPHER: I'm missing this Jane

Page 8

1  Doe right here on the copy you gave me. I'm
2  missing which Jane Doe this is.
3       They're all different case numbers. Do
4  you want me to go through each case number?
5       MR. CRITTON: I'm going to note my
6  objection. Obviously if this deposition
7  gets played -- not obviously, I'm going to
8  object to the litany of each one so I don't
9  know how we can separate it out. Maybe if
10 and when at the time of trial and depending
11 on how the Court determines what comes in
12 and what doesn't with regard to the
13 consolidated aspects of this. I have no
14 great idea other than just saying Jane Doe
15 versus Epstein, et al, or something like
16 that, or Jane Doe, et al.
17      MS. EZELL: Couldn't we just say and
18 those cases which have been consolidated
19 with it for Discovery purposes?
20      MR. EDWARDS: Although there is cases
21 here that have cross noticed this from state
22 court that haven't been consolidated so that
23 may not work. You may have to read them
24 all, if it works out your way that will just
25 get edited out, at least he will have read

Page 9

1  that caption, every caption. Right? Is
2  there a better suggestion?
3       MR. CRITTON: No. There may be a better
4  suggestion if he starts this is such and
5  such day, it's the deposition of Mr.
6  Rodriguez in the case such and such, and we
7  can almost fill it in depending on which
8  tape it goes, how it fills in, at least
9  we'll have the context of the first and
10 depending on whether the Judge reads it in
11 from a consolidated or they all come
12 related, I have no great idea.
13      MR. EDWARDS: I was thinking if he read
14 every one of them and it was the seventh in
15 line then you just would edit it so you
16 would only read that one.
17      MR. CRITTON: I'm okay with that too.
18      THE VIDEOGRAPHER: On page number three
19 there is something missing on the top here.
20      Do you want me to read each case number
21 separately?
22      MR. MERMELSTEIN: I don't think it's
23 necessary.
24      MR. EDWARDS: I don't think it's
25 necessary either.

3 (Pages 6 to 9)

Page 10

1  THE VIDEOGRAPHER: So just go through
2  just the names.
3  MR. MERMELSTEIN: That's sufficient. And
4  there is a cross notice for one of the state
5  cases?
6  MR. LANGINO: That would be our case.
7  MR. MERMELSTEIN: So he's got that
8  notice? Off the record.
9  (Thereupon, a discussion was held off the
10  record.)
11  THE VIDEOGRAPHER: This is the case of
12  Jane Doe No. 2, plaintiff, versus Jeffrey
13  Epstein, defendant. Jane Doe No. 3,
14  plaintiff, versus Jeffrey Epstein,
15  defendant. Jane Doe No. 4, plaintiff,
16  versus Jeffrey Epstein, defendant. Jane Doe
17  No. 5, plaintiff, versus Jeffrey Epstein,
18  defendant. Jane Doe No. 6, plaintiff,
19  versus Jeffrey Epstein, defendant. Jane Doe
20  No. 7, plaintiff, versus Jeffrey Epstein,
21  defendant. CMA, plaintiff, versus Jeffrey
22  Epstein, defendant. Jane Doe, plaintiff,
23  versus Jeffrey Epstein, et al, defendant.
24  Jane Doe 3, plaintiff, versus Jeffrey
25  Epstein, et al, defendant. Jane Doe No.

Page 11

1  101, plaintiff, versus Jeffrey Epstein,
2  defendant. Jane Doe No. 102, plaintiff,
3  versus Jeffrey Epstein defendant. B.B.,
4  plaintiff, versus Jeffrey Epstein,
5  defendant.
6  This is in the Circuit Court of the 15th
7  Judicial Circuit in and for Palm Beach
8  County, Florida.
9  This is the deposition of Alfredo
10  Rodriguez. Today is July the 29th, starting
11  time -- the year 2009, starting time
12  approximately 11:16 a.m.
13  Will attorneys please state their
14  appearance?
15  MR. MERMELSTEIN: Stuart Mermelstein for
16  plaintiffs Jane Doe 2, Jane Doe 3, Jane Doe
17  4, Jane Doe 5, and Jane Doe 6, and Jane Doe
18  7.
19  MR. EDWARDS: Brad Edwards for plaintiff
20  Jane Doe.
21  MR. LANGINO: Adam Langino on behalf of
22  plaintiff, B.B.
23  MS. EZELL: Cathy Ezell on behalf of Jane
24  Doe 101 and 102.
25  MR. CRITTON: Bob Critton on behalf of

Page 12

1  Jeffrey Epstein.
2  MR. WILLITS: Richard Willits on behalf
3  of plaintiff C.M.A.
4  MR. EDWARDS: And Brad Edwards on behalf
5  of plaintiffs E.W. and L.M.
6  Thereupon,
7  ALFREDO RODRIGUEZ,
8  having been first duly sworn or affirmed, was
9  examined and testified as follows:
10  DIRECT EXAMINATION
11  BY MR. MERMELSTEIN:
12  Q. Can you state your full name for the
13  record, please?
14  A. My name is Alfredo Rodriguez.
15  Q. And where do you live?
16  A. I live in Kendall, 11349 Southwest 86
17  Lane, Miami, Florida 33173.
18  Q. Are you currently employed?
19  A. No.
20  Q. Okay. When was the last time you were
21  employed?
22  A. December of 2008.
23  Q. Was there a time you were employed in
24  Palm Beach, Florida?
25  A. Yes, I was.

Page 13

1  Q. When was that?
2  A. I began on September of 2004.
3  Q. And where were you employed?
4  A. I work -- well, I have several employers
5  in Palm Beach. One of them was Jeffrey Epstein.
6  Q. By several employers in Palm Beach you
7  mean --
8  A. Different employers.
9  Q. At the same time?
10  A. No, different times. From 2005 to 2006 I
11  was employed by Dana Hammond.
12  Q. Donna Hammond?
13  A. D-A-N-A, Hammond. Or Aimes is her single
14  name. Dana Aimes Hammond.
15  Q. Dana Aimes Hammond?
16  A. Yeah.
17  Q. That was in Palm Beach?
18  A. Yes.
19  Q. And in September 2004 you were employed
20  by whom?
21  A. Jeffrey Epstein.
22  Q. Did Mr. Epstein employ you as an
23  individual or through any business or corporate
24  entity?
25  A. As an individual.

Page 194

1    Q.   Sure, go ahead and answer however you
2  want.
3         MR. CRITTON:  Form.
4         THE WITNESS:  I don't think it was right.
5  BY MR. EDWARDS:
6    Q.   Did you ever voice that opinion that you
7  didn't think that it was right that these young
8  girls were over behind closed doors upstairs with
9  Mr. Epstein in his bedroom?
10        MR. CRITTON:  Form.
11        THE WITNESS:  I been asked that question
12    before.
13 BY MR. EDWARDS:
14   Q.   Excuse me?
15   A.   I been asked that question before.
16   Q.   By whom?
17   A.   Palm Beach Police Department.
18   Q.   Did you give the same answer that you did
19 not think it was right?
20        MR. CRITTON:  Form.
21        THE WITNESS:  Yes.
22 BY MR. EDWARDS:
23   Q.   And what about it to you aside from the
24 fact that you had a daughter roughly the same age,
25 what besides that told you that it wasn't right?

Page 195

1         MR. CRITTON:  Form.
2         THE WITNESS:  Ask me your question again.
3  BY MR. EDWARDS:
4    Q.   My question is, why is it your opinion
5  that it wasn't right for these young girls to be
6  up in Mr. Epstein's --
7    A.   It wasn't.
8         MR. CRITTON:  Form.
9  BY MR. EDWARDS:
10   Q.   It wasn't right?
11   A.   It wasn't.
12   Q.   And why not?
13        MR. CRITTON:  Form.
14        THE WITNESS:  Because I'm a father, I
15    have two daughters.
16 BY MR. EDWARDS:
17   Q.   And given Mr. Epstein's wealth and power
18 and influence, is that something that you as a
19 father could have seen your daughters doing at
20 that age?
21        MR. CRITTON:  Form.
22        THE WITNESS:  I don't think that my
23    daughters would be doing that.
24 BY MR. EDWARDS:
25   Q.   You would hope not.

Page 196

1    A.   No, exactly.
2         MR. CRITTON:  Form.
3  BY MR. EDWARDS:
4    Q.   I think that the next time you're
5  mentioned in the report, I believe it's page 70.
6         MS. EZELL:  Off the record briefly.
7         (Thereupon, a discussion was had off the
8    record.)
9  BY MR. EDWARDS:
10   Q.   Page 64.  It says, Alfredo Rodriguez
11 resides in Miami had eluded, meaning you were
12 trying to evade or avoid service of process
13 servers previously and was not served the
14 investigative subpoena.
15        This is an investigator saying you just
16 weren't home or something.  Right?
17   A.   But I never elude anybody.
18   Q.   You never intentionally tried to avoid
19 the police officers?
20   A.   No, no, never.
21   Q.   Okay.
22        MR. CRITTON:  So much for the police
23    report.
24 BY MR. EDWARDS:
25   Q.   All right.  The bottom of page 70 says, I

Page 197

1  brought Mr. Rodriguez to the interview room.
2         Were you taken to an interview room, to a
3  room in the police department?
4    A.   This was in the District Attorney's
5  Office.
6    Q.   Oh, it was at the State Attorney's
7  Office?
8    A.   Yes.
9    Q.   Okay.  Was a State Attorney there as
10 well?
11   A.   Yes, Mrs. Weiss.
12   Q.   Daliah Weiss?
13   A.   Young lady, Weiss.  D-E-I-S-S.
14   Q.   Okay.  I have D-A-L-I-A-H, Daliah Weiss,
15 W-E-I-S-S.
16   A.   Yes.
17   Q.   That's her?
18   A.   Yeah.
19   Q.   Okay.  Did she ask you any questions?
20   A.   Both of them.
21   Q.   Okay.  So it was both -- if there is a --
22 I think you said earlier there is a taped
23 statement, there is a tape of this?
24   A.   Yes.
25   Q.   If we listen to that tape if we ever get

50 (Pages 194 to 197)

Page 198

1  that tape it's going to be Assistant Attorney
2  Weiss and Detective Recarey asking questions?
3      A.  Yes.
4      Q.  It says, during the sworn taped statement
5  Mr. Rodriguez stated he was employed by Jeffrey
6  Epstein for approximately six months.
7          I think we already talked about that.
8  I'm skipping ahead a little bit.
9          If Rodriguez needed to relay a message to
10 Epstein he would have to notify Epstein's
11 secretary Lesley in New York who would then notify
12 Epstein's personal assistant Sarah who would relay
13 the message to Epstein.
14     A.  Yeah.
15         MR. CRITTON:  Form.
16 BY MR. EDWARDS:
17     Q.  That's pretty much the process you
18 described?
19     A.  Yes, it was normal procedure.
20     Q.  Rodriguez stated Epstein did not want to
21 see or hear the staff when he was in the
22 residence?
23         MR. CRITTON:  Form.
24         THE WITNESS:  That's correct.
25 BY MR. EDWARDS:

Page 199

1      Q.  That's something you agree with?
2      A.  Yes.
3          MR. CRITTON:  Form.
4  BY MR. EDWARDS:
5      Q.  Rodriguez advised Mr. Epstein had many
6  guests.
7          In addition to the girls who are roughly
8  C. and T. age who had come to the house to have a
9  good time, who were some of the other guests that
10 you know of, if you know their name?
11         MR. CRITTON:  Form.
12         THE WITNESS:  I mentioned Alan
13     Dershowitz.
14 BY MR. EDWARDS:
15     Q.  That's a lawyer from Harvard?
16     A.  Yes.  The magician, David Copperfield,
17 some other lawyers from New York, you know.  There
18 were some other guests.
19     Q.  And how frequently would these other
20 guests come over?
21     A.  Once a month, something like that.
22     Q.  Okay.  So if it's only once a month and
23 you were only there six months you're saying you
24 only saw six guests come over in addition to --
25     A.  They have people, you know, they have

Page 200

1  friends, I will say, yeah.
2      Q.  Then you mentioned that you typed into
3  Google, I guess you Googled Prince Andrew and Bill
4  Clinton.  Why would you pick those names, were
5  they associated with Mr. Epstein?
6      A.  Yes.
7      Q.  And what is your understanding as to how
8  Prince Andrew is associated with Jeffrey Epstein?
9      A.  Because there were pictures with him
10 together.
11     Q.  In the house?
12     A.  Yes.
13     Q.  Many pictures or are we talking about
14 one?
15     A.  Many pictures.
16     Q.  Were these pictures that looked that
17 appeared to be at social events, at Mr. Epstein's
18 house or where?
19     A.  Mrs. Maxwell took him to England to
20 introduce him to the royalty.
21     Q.  Is it's your understanding that Ghislaine
22 Maxwell knew Prince Andrew and introduced --
23     A.  Yes.
24     Q.  Is it also your understanding that at
25 some point in time Ghislaine dated or had a

Page 201

1  romantic relationship with Prince Andrew?
2          MR. CRITTON:  Form.
3          THE WITNESS:  I don't know that.
4  BY MR. EDWARDS:
5      Q.  Do you know around what time period it
6  was that Mr. Epstein was introduced to Prince
7  Andrew?
8      A.  2003, I believe.
9      Q.  How do you know that?
10     A.  I've heard dates.
11     Q.  From people in the Epstein group?
12     A.  Yes.
13     Q.  Okay.
14         MR. CRITTON:  Let me note my objection,
15     move to strike, it's based on -- his
16     testimony is based on hearsay.
17 BY MR. EDWARDS:
18     Q.  During the six month period of time when
19 you worked directly for Mr. Epstein, how often did
20 Mr. Epstein get together with or hangout with
21 Prince Andrew; if you know?
22     A.  I didn't see him once.
23     Q.  You never saw Prince Andrew at the house?
24     A.  No, no, he called.
25     Q.  I'm sorry, how often would he call?

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
 2

 3    JANE DOE NO. 2,            CASE NO: 08-CV-80119

 4        Plaintiff,

 5    Vs.

 6    JEFFREY EPSTEIN,

 7        Defendant.
      _____/
 8
      JANE DOE NO. 3,            CASE NO: 08-CV-80232
 9
          Plaintiff,
10
      Vs.
11
      JEFFREY EPSTEIN,
12
          Defendant.
13    _____/

14    JANE DOE NO. 4,            CASE NO: 08-CV-80380

15        Plaintiff,

16    Vs.

17    JEFFREY EPSTEIN,

18        Defendant.
      _____/
19
      JANE DOE NO. 5,            CASE NO: 08-CV-80381
20
          Plaintiff,
21
      Vs
22
      JEFFREY EPSTEIN,
23
          Defendant.
24    _____/

25
```

**CONDENSED**

Page 271

```
 1   JANE DOE NO. 6,      CASE NO: 08-CV-80994
 2      Plaintiff,
 3   Vs.
 4   JEFFREY EPSTEIN,
 5      Defendant.
                                    /
 6
     JANE DOE NO. 7,      CASE NO: 08-CV-80993
 7
        Plaintiff,
 8
     Vs.
 9
     JEFFREY EPSTEIN,
10
        Defendant.
11                                  /
12   C.M.A.,              CASE NO: 08-CV-80811
13      Plaintiff,
14   Vs.
15   JEFFREY EPSTEIN,
16      Defendant.
                                    /
17
     JANE DOE,            CASE NO: 08-CV-80893
18
        Plaintiff,
19
     Vs.
20
     JEFFREY EPSTEIN,
21
        Defendant.
22                                  /
23
24
25
```

Page 272

```
 1   JANE DOE NO. II,     CASE NO: 08-CV-80469
 2      Plaintiff,
 3   Vs.
 4   JEFFREY EPSTEIN,
 5      Defendant.
                                    /
 6
     JANE DOE NO. 101     CASE NO: 08-CV-80591
 7
        Plaintiff,
 8
     Vs.
 9
     JEFFREY EPSTEIN,
10
        Defendant.
11                                  /
12   JANE DOE NO. 102,    CASE NO: 08-CV-80656
13      Plaintiff,
14   Vs.
15   JEFFREY EPSTEIN,
16      Defendant.
                                    /
17
18
19
20
21
22
23
24
25
```

Page 273

```
 1      IN THE CIRCUIT COURT OF THE 15TH
        JUDICIAL CIRCUIT IN AND FOR
 2      PALM BEACH COUNTY, FLORIDA
 3      CASE NO. 502008CA037319XXXXMB AB
 4
     B.B.,
 5
        Plaintiff,
 6
     Vs.
 7
     JEFFREY EPSTEIN.
 8
        Defendant.
 9                                  /
10
11
12      1031 Ives Dairy Road
        Suite 228
13      North Miami, Florida
        August 7, 2009
14      1:15 p.m. to 5:30 p.m.
15
16         C O N T I N U E D
17         V I D E O T A P E D
18         D E P O S I T I O N
19              of
20         ALFREDO RODRIGUEZ
21
22      taken on behalf of the Plaintiffs pursuant
23   to a Re-Notice of Taking Continued Videotaped
24   Deposition (Duces Tecum)
25              - - -
```

Page 274

```
 1   APPEARANCES:
 2
 3         MERMELSTEIN & HOROWITZ, P.A.
           BY: ADAM HOROWITZ, ESQ.
 4         18205 Biscayne Boulevard
           Suite 2218
 5         Miami, Florida 33160
           Attorney for Jane Doe 2, 3, 4, 5,
 6         6, and 7.
 7
 8         ROTHSTEIN ROSENFELDT ADLER
           BY: BRAD J. EDWARDS, ESQ., and
 9         CARA HOLMES, ESQ.
           Las Olas City Centre
10         Suite 1650
           401 East Las Olas Boulevard
11         Fort Lauderdale, Florida 33301
           Attorney for Jane Doe and E.W.
12         And L.M.
13
14         PODHURST ORSECK
           BY: KATHERINE W. EZELL, ESQ.
15         25 West Flagler Street
           Suite 800
16         Miami, Florida 33130
           Attorney for Jane Doe 101 and 102.
17
18
           LEOPOLD-KUVIN
19         BY: ADAM J. LANGINO, ESQ.
           2925 PGA Boulevard
20         Suite 200
           Palm Beach Gardens, Florida 33410
21         Attorney for B.B.
22
23
24
25
```

2 (Pages 271 to 274)

Kress Court Reporting, Inc. 305-866-7688
7115 Rue Notre Dame, Miami Beach, FL 33141

Page 275

```
 1   APPEARANCES:
 2
 3          RICHARD WILLITS, ESQ.
            2290 10th AVenue North
 4          Suite 404
            Lake Worth, Florida 33461
 5          Attorney for C.M.A.
            Appeared via telephone.
 6
 7
            BURMAN, CRITTON, LUTTIER &
 8          COLEMAN, LLP
            BY: ROBERT CRITTON, ESQ.
 9          515 North Flagler Drive
            Suite 400
10          West Palm Beach, Florida 33401
            Attorney for Jeffrey Epstein.
11
12
13   ALSO PRESENT:
14
            JOE LANGSAM, VIDEOGRAPHER
15
16
                      - - -
17
```

Page 276

```
 1          CONTINUED INDEX OF EXAMINATION
 2
     WITNESS        DIRECT  CROSS  REDIRECT  RECROSS
 3
     ALFREDO RODRIGUEZ
 4
     (By Ms. Ezell)   278           441, 467
 5
     (By Mr. Willits) 334           453, 469
 6
     (By Mr. Critton)         338             464
 7
     (By Mr. Edwards)         419, 454, 468
 8
     (By Mr. Langino)         452
 9

            CONTINUED INDEX OF EXHIBITS
12   PLAINTIFF'S           PAGE
13
14   3 Drawing             315
15   4 Photograph          327
16   5 Photograph          331
17   6 Photograph          331
18   7 Photograph          331
19   8 Photograph          331
20   9 Report              446
21   (Exhibits 4, 5, 6, 7, and 8 were retained by Ms.
     Ezell.)
```

Page 277

 1   Deposition taken before MICHELLE PAYNE, Court
 2   Reporter and Notary Public in and for the State of
 3   Florida at Large, in the above cause.
 4                  - - -
 5       THE VIDEOGRAPHER: This is a continuation
 6   of the deposition of Alfredo Rodriguez.
 7   Today is Friday, August the 7th, the year
 8   2009, starting time approximately 1:15 p.m.
 9       Will the court reporter please swear in
10   the witness?
11   Thereupon,
12       ALFREDO RODRIGUEZ,
13   having been first duly sworn or affirmed, was
14   examined and testified as follows:
15       MR. CRITTON: Before we get started just
16   with regard to Ms. Ezell represents Jane Doe
17   101 and 102, the alleged time of her
18   incidents as of least have been plead in the
19   complaint for 101 is '99 -- I'm sorry, '98
20   through 2002, with Jane Doe 102 the Spring
21   of -- Spring/Summer of 2003. Mr. Rodriguez
22   never even began employment until '04 and
23   '05. I think her questioning I think -- I
24   can't say she doesn't have standing based on
25   the court order, but I would say it's

Page 278

 1   completely irrelevant and immaterial and has
 2   no probative value with regard to this
 3   particular witness based upon the two
 4   clients at least that are in suit at this
 5   point in time.
 6       MS. EZELL: As Mr. Critton well knows I
 7   represent a number of other clients whose
 8   cases have not been filed and I believe we
 9   do have standing to ask questions, and I do
10   intend to do that today.
11       EXAMINATION
12   BY MS. EZELL:
13   Q.  Mr. Rodriguez, you stated last time that
14   there were guests at the house, frequent guests,
15   friends from Harvard.
16       Do you remember that testimony?
17   A.  Yes, ma'am.
18   Q.  And was there a lawyer from Harvard named
19   Alan Dershowitz?
20   A.  Yes, ma'am.
21   Q.  And are you familiar with the fact that
22   he's a famous author and famous lawyer?
23   A.  Yes, ma'am.
24   Q.  How often during the six months or so
25   that you were there was Mr. Dershowitz there?

3 (Pages 275 to 278)

Page 279

1    A.  Two or three times.
2    Q.  And did you have any knowledge of why he
3  was visiting there?
4    A.  No, ma'am.
5    Q.  You don't know whether or not he was a
6  lawyer -- acting as a lawyer or whether he was
7  there as a friend?
8    A.  I believe as a friend.
9    Q.  Were there also young ladies in the house
10  at the time he was there?
11       MR. CRITTON: Form.
12       THE WITNESS: Yes, ma'am.
13  BY MS. EZELL:
14    Q.  And would those have included, for
15  instance, Sarah Kellen and Nadia Marcenacova?
16    A.  Yes, ma'am.
17    Q.  Were there other young ladies there when
18  Mr. Dershowitz was there?
19       MR. CRITTON: Form.
20       THE WITNESS: Yes, ma'am.
21  BY MS. EZELL:
22    Q.  Do you have any idea who those young
23  women were?
24    A.  No, ma'am.
25    Q.  Were any of those the young women that

Page 280

1  you have said came to give massages?
2    A.  Yes, ma'am.
3    Q.  And do you have any idea whether or not
4  Mr. Dershowitz was also receiving massages?
5    A.  I don't know, Ma'am.
6    Q.  I want to ask you to take this piece of
7  paper, please, and a pencil --
8       MR. WILLITS: Can anybody hear me?
9       MS. EZELL: Yes. Can you hear me?
10       MR. WILLITS: I've heard nothing for
11    about a minute or so.
12       MR. CRITTON: Can you hear me now?
13       MR. WILLITS: Yes.
14       MS. EZELL: I'm asking questions, I'm
15    sorry.
16       MR. CRITTON: Why don't we go off the
17    record for a second.
18       (Thereupon, a discussion was held off the
19  record.)
20       THE VIDEOGRAPHER: We're back on the
21    record.
22  BY MS. EZELL:
23    Q.  Mr. Rodriguez, you indicated that there
24  were several staircases in the house?
25    A.  Yes, ma'am.

Page 281

1    Q.  Can you tell me where those were?
2    A.  One in the kitchen, and the one in the
3  formal -- the main entrance. And there was one
4  more added later on, but there is two when I was
5  working there.
6    Q.  Could you just give me a rough sketch of
7  the house of where the main entrance was and where
8  the kitchen was?
9    A.  I'm not an architect but it's something
10  like this. This is the kitchen, this is the main
11  entrance.
12    Q.  Will you mark the kitchen with a K,
13  please, and the main entrance with ME?
14    A.  This is the pool.
15    Q.  The pool?
16    A.  Yes, ma'am.
17    Q.  And in the upper left?
18    A.  In the terrace, yeah, there was a balcony
19  here.
20    Q.  And where were the staircases?
21    A.  This is one, the kitchen, one in the
22  foyer, and the pool.
23    Q.  Okay. And would you just put an F where
24  the foyer staircase began? And KS where the
25  kitchen staircase began.

Page 282

1       And you said that later another staircase
2  was added?
3    A.  Yeah, we rehabilitated this, you know,
4  but you asked me how many stairs there were, to
5  answer your question there were three.
6    Q.  Three. So where was the third one?
7    A.  The pool, this leads to the pool.
8  Through the outside master bedroom you could go
9  downstairs to the pool.
10    Q.  Okay. A stairway then from the outside,
11  from outside the master bedroom?
12    A.  Yes, ma'am.
13    Q.  Down to the pool?
14    A.  Yes, ma'am.
15    Q.  One of your duties was to answer the
16  door. Is that correct?
17    A.  Yes, ma'am.
18    Q.  Which door would you answer?
19    A.  Mainly the kitchen.
20    Q.  And why was that, why would people mainly
21  come to the kitchen?
22    A.  I'll say it was for practicable reasons
23  because not to go to the main -- it was shorter
24  because the entrance was here, so this was the
25  driveway and we used to take into the back door of

Page 383

1  you about having driven A.H. and you recalled
2  having had her in the Suburban specifically.
3     A.  Yes.
4     Q.  Do you remember any of the other girls,
5  women who came to give massages ever having driven
6  them, or is A.H. the only one that you remember?
7        MR. EDWARDS:  Form.
8        THE WITNESS:  I only remember A.H. right
9     now for the fact that I was driving by the
10    airport and I showed her Mr. Epstein's
11    plane.
12 BY MR. CRITTON:
13    Q.  All right.  Which really takes me back to
14 really where I started with this series of
15 questions.
16       You saw the girls, the women who came in
17 to give the massages, when they came in if you
18 were advised or if you heard conversation and you
19 saw them you would see them when they left?
20    A.  Yes.
21    Q.  And you saw A.H. because she was in the
22 Suburban on at least one occasion?
23    A.  Yes.
24    Q.  And, therefore, you never saw these
25 girls, these women who gave the massages in the

Page 384

1  dining room or the library.  Would that be a fair
2  statement?
3     A.  That's correct.
4        MR. EDWARDS:  Form.
5  BY MR. CRITTON:
6     Q.  All right.  So, therefore, the pictures
7  that you saw Sarah Kellen taking of girls, women,
8  either in the dining room or library, those were
9  other individuals other than those who may have
10 given or who came for massages.  Is that correct?
11       MS. EZELL:  Form.
12       MR. EDWARDS:  Form.
13       THE WITNESS:  It's confusing, sir,
14    because there were a bunch of girls.  I
15    don't know which one they were but I saw her
16    taking pictures of the groups.
17 BY MR. CRITTON:
18    Q.  As to whether they were people who came
19 in on the planes or there may have been a massage
20 girl or more than one woman who gave a massage,
21 you just don't know as you sit here, you'd just be
22 speculating.  Is that correct?
23       MR. EDWARDS:  Form.
24       THE WITNESS:  I don't know.
25 BY MR. CRITTON:

Page 385

1     Q.  All right.  Ms. Ezell asked you about Mr.
2  Dershowitz being present in Mr. Epstein's home,
3  and I think she asked -- and I think that you said
4  Mr. Epstein was a -- and he and Mr. Dershowitz
5  were friends?
6     A.  Yes.
7     Q.  She also I think asked was Mr. Dershowitz
8  ever there when one of the women who gave a
9  massage was present in the home?
10    A.  I don't remember that.
11    Q.  That's what I want to clear up.  Is it
12 your testimony that Mr. Dershowitz was there when
13 any of the women came to Mr. Epstein's home to
14 give a massage?
15    A.  Yes.
16       MR. EDWARDS:  Form.
17 BY MR. CRITTON:
18    Q.  As to whether any of those women were
19 ever associated with Mr. Dershowitz would it be a
20 correct statement that you have absolutely no
21 knowledge?
22    A.  I don't know, sir.
23    Q.  You don't know?
24    A.  I don't know, sir.
25       MS. EZELL:  Form.

Page 386

1  BY MR. CRITTON:
2     Q.  Okay.  Were you in any way attempting in
3  your response to Ms. Ezell to imply that Mr.
4  Dershowitz had a massage by one of these young
5  ladies?
6     A.  I don't know, sir.
7     Q.  You have no knowledge?
8     A.  No, sir.
9     Q.  And you certainly weren't implying that
10 that occurred, you just have no knowledge.
11 Correct?
12       MR. EDWARDS:  Form.
13       THE WITNESS:  I don't know.
14 BY MR. CRITTON:
15    Q.  Sorry?
16    A.  I don't know.
17    Q.  I think in response to one of Ms. Ezell's
18 questions you responded that -- let me ask it this
19 way.
20       You never saw Mr. Epstein ever take
21 photographs of anyone.  Would that be a correct
22 statement?
23    A.  Yes.
24    Q.  Would it be a correct statement you never
25 saw Mr. Epstein initiate a phone call to anyone?

Page 423

1  York house?
2      A.  He will have massages.
3          MR. CRITTON:  Form.
4  BY MR. EDWARDS:
5      Q.  And are we still talking about a habit of
6  two a day?
7          MR. CRITTON:  Form.
8          THE WITNESS:  I don't know that.
9  BY MR. EDWARDS:
10     Q.  Okay.  So for the time period when you
11 have been familiar with Mr. Epstein and known his
12 habits, is it fair to say that he would have
13 roughly two girls a day in that same age group
14 wherever he was?
15     A.  Yes.
16         MR. CRITTON:  Form.
17 BY MR. EDWARDS:
18     Q.  All right.  And have you talked to
19 anybody that has given you similar information
20 from his Island home?
21     A.  No.
22     Q.  Do you know any of the girls that have
23 been over to his Island?
24     A.  Yes.
25     Q.  And who are they?

Page 424

1      A.  Nadia, the girls who used to stay at the
2  home in El Brillo used to go over there to the
3  Island.
4      Q.  When he would have these girls -- I guess
5  we've kind of categorized them as the girls who
6  would come over with him on an airplane and stay
7  at the house.
8      A.  Yes.
9      Q.  When they would be staying at the house
10 would he also have the local Palm Beach girls
11 coming over that you were told to call masseuses?
12     A.  Yes.
13     Q.  So these girls that came on the airplane
14 with him, were they also -- did they also have
15 knowledge that these young girls were coming over
16 to give massages?
17         MR. CRITTON:  Form.
18         THE WITNESS:  Yes, sir.
19 BY MR. EDWARDS:
20     Q.  Okay.  Who are the girls from the
21 airplane other than Nadia that you remember?
22     A.  Sarah.  There were so many, sir, I don't
23 recall right now.  But Sarah is for sure, Nadia
24 was one of the main girlfriends, but I don't
25 remember that.

Page 425

1      Q.  And is your understanding that Mr.
2  Epstein was intimate with any of those girls?
3          MR. CRITTON:  Form.
4          THE WITNESS:  Yes.
5  BY MR. EDWARDS:
6      Q.  With all of them?
7          MR. CRITTON:  Form.
8          THE WITNESS:  Yes.
9  BY MR. EDWARDS:
10     Q.  With Sarah as well?
11     A.  Yes.
12         MR. CRITTON:  Form.
13 BY MR. EDWARDS:
14     Q.  With Nadia?
15     A.  Yes.
16         MR. CRITTON:  Form.
17 BY MR. EDWARDS:
18     Q.  And the girls who would come over on the
19 airplane?
20         MR. CRITTON:  Form.
21         THE WITNESS:  Yes.
22 BY MR. EDWARDS:
23     Q.  Did you ever have occasion to go into the
24 bedroom and find the vibrators or back massagers
25 out after Mr. Epstein was in the room with any of

Page 426

1  the girls that came over on the plane?
2          MR. CRITTON:  Form.
3          THE WITNESS:  Yes.
4  BY MR. EDWARDS:
5      Q.  So that's something that would be out
6  after the girls that came over on the plane or the
7  girls that came over for the massages?
8      A.  Yes.
9          MR. CRITTON:  Form.
10 BY MR. EDWARDS:
11     Q.  And at the time when you were house
12 manager you had a 15-year old daughter?
13     A.  Yes.
14     Q.  Did she live down here?
15     A.  In New Jersey.
16     Q.  Okay.  When Alan Dershowitz was at the
17 house I understood you to say that these local
18 Palm Beach girls would come over to the house
19 while he was there but you're not sure if he had a
20 massage from any of those girls.
21     A.  Exactly.
22     Q.  And what would he do while those girls
23 were at the house?
24         MR. CRITTON:  Form.
25         THE WITNESS:  He will read a book with a

Page 427

1  glass of wine by the pool, stay inside.
2  BY MR. EDWARDS:
3  Q. Did he ever talk to any of the girls?
4  A. I don't know, sir.
5  Q. Certainly he knew that they were there?
6    MR. CRITTON: Form.
7    THE WITNESS: I don't know, sir.
8  BY MR. EDWARDS:
9  Q. Do you know how Sarah Kellen knows Mr.
10 Epstein?
11 A. No, sir.
12 Q. Or how long she's known him?
13   MR. CRITTON: Form.
14   THE WITNESS: She was on board two years
15   or a year and a half before I came on board.
16 BY MR. EDWARDS:
17 Q. Okay.
18 A. So it's probably 2003 or 2.
19 Q. All right. You mentioned this Citrix
20 system.
21 A. Yes.
22 Q. Is that a system that was used to operate
23 the phones and the computers?
24 A. The computers mainly.
25 Q. All right. But you then also described

Page 428

1  some system where someone would call on the
2  telephone and that would be automatically
3  downloaded to the computer?
4  A. Yeah, you can retrieve who called in a
5  transcript written who called, what's the message,
6  the time so you have it on a piece of paper, you
7  can print it out.
8  Q. Is it your understanding that is also
9  part of the Citrix system?
10 A. Yes.
11 Q. All right. Did you have an e-mail?
12 A. Right now, yes.
13 Q. No, when you were working at --
14 A. Yes, I did.
15 Q. -- Mr. Epstein?
16   And did Sarah Kellen have an e-mail?
17 A. Yes.
18 Q. And did all of the e-mails end the same
19 way such as Epstein's house dot com or something?
20 A. Yes.
21 Q. Okay. What was Sarah Kellen's e-mail?
22 A. I don't remember.
23 Q. What was your e-mail?
24 A. Staff house -- I don't remember, sir.
25 Q. Do you recall how it ended? I mean

Page 429

1  usually it's Yahoo dot com or at Bellsouth dot
2  net.
3  A. It was very uncommon. I don't remember,
4  sir.
5  Q. Did everybody in the -- I think you
6  called it the organization, did everybody have
7  e-mails?
8  A. Yes.
9  Q. Okay. Would that include Nadia?
10 A. Yes.
11 Q. All right. And did Mr. Epstein have an
12 e-mail?
13 A. Yes.
14 Q. Did you ever correspond with Mr. Epstein
15 by e-mail?
16 A. Yes.
17   MR. EDWARDS: You can go ahead.
18   THE WITNESS: That's the only one that I
19   remember.
20   THE VIDEOGRAPHER: Okay, we're off the
21   record.
22   (Thereupon, a recess was had.)
23   THE VIDEOGRAPHER: We're back on the
24   record with tape number four.
25 BY MR. EDWARDS:

Page 430

1  Q. Mr. Rodriguez, what was Mr. Epstein's
2  e-mail?
3  A. Jeep project at something -- Jeep
4  project -- I can't remember it right now.
5  Q. Okay. In the course of this next 10 or
6  15 minutes --
7  A. I can recall.
8  Q. -- if it comes to you just tell me. So
9  it was Jeep project --
10 A. Like Jeep, the brand name Jeep, Jeep
11 project at -- I can't remember.
12 Q. Okay. Was that his only e-mail to your
13 knowledge?
14 A. No.
15 Q. He had other e-mail addresses?
16 A. Yes.
17 Q. Do you know what any of his other e-mail
18 addresses were?
19 A. No, I don't remember.
20 Q. Do you know who the carriers were for the
21 other e-mail addresses owned by Jeffrey Epstein?
22 A. No, sir.
23 Q. Whether it was Yahoo or hot mail or --
24 A. No, none of those.
25 Q. Okay. Was this Jeep project e-mail run