# EXHIBIT 21

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-CIV-80119-MARRA/JOHNSON

JANE DOE NO. 2,
Plaintiff,
-vs- VOLUME I OF III
JEFFREY EPSTEIN,
Defendant.
_______________________________/

Related cases:
08-80232, 08-08380, 08-80381, 08-80994
08-80993, 08-80811, 08-80893, 09-80469
09-80591, 09-80656, 09-80802, 09-81092
_______________________________/

VIDEOTAPED DEPOSITION OF
SARAH KELLEN

Wednesday, March 24, 2010
10:37 - 6:51 p.m.

250 Australian Avenue South
Suite 1500
West Palm Beach, Florida 33401

Reported By:
Cynthia Hopkins, RPR, FPR
Notary Public, State of Florida
Prose Court Reporting Services
Job No.: 1484

Page 2

IN THE CIRCUIT COURT OF THE 15TH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA
CASE NO. 502008CA028058XXXXMB AD

E.W.,

Plaintiff,
-vs- VOLUME I OF III

JEFFREY EPSTEIN,

Defendant.
_______________________________/

VIDEOTAPED DEPOSITION OF
SARAH KELLEN

Wednesday, March 24, 2010
10:37 - 6:51 p.m.

250 Australian Avenue South
Suite 1500
West Palm Beach, Florida 33401

Reported By:
Cynthia Hopkins, RPR, FPR
Notary Public, State of Florida
Prose Court Reporting Services
Job No.: 1484

Page 3

IN THE CIRCUIT COURT OF THE 15TH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA
CASE NO. 502008CA028051XXXXMB AB

L.M.,
Plaintiff,
-vs- VOLUME I OF III
JEFFREY EPSTEIN,
Defendant.
_______________________________/

VIDEOTAPED DEPOSITION OF
SARAH KELLEN

Wednesday, March 24, 2010
10:37 - 6:51 p.m.

250 Australian Avenue South
Suite 1500
West Palm Beach, Florida 33401

Reported By:
Cynthia Hopkins, RPR, FPR
Notary Public, State of Florida
Prose Court Reporting Services
Job No.: 1484

Page 4

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL
CIRCUIT IN AND FOR PALM BEACH COUNTY, FLORIDA
CASE No.502008CA037319XXXXMB AB

B.B.

Plaintiff,

-vs- VOLUME I OF III
JEFFREY EPSTEIN
AND SARAH KELLEN,

Defendants.
_______________________________

VIDEOTAPED DEPOSITION OF
SARAH KELLEN

Wednesday, March 24, 2010
10:37 - 6:51 p.m.

250 Australian Avenue South
Suite 1500
West Palm Beach, Florida 33401

Reported By:
Cynthia Hopkins, RPR, FPR
Notary Public, State of Florida
Prose Court Reporting Services
Job No.: 1484

APPEARANCES:
On behalf of the Plaintiffs, B.B.:
SPENCER T. KUVIN, ESQUIRE
LEOPOLD KUVIN
2925 PGA Boulevard
Suite 200
Palm Beach Gardens, Florida 33410
Phone: 561.515.1400

On behalf of the Plaintiffs, L.M., E.W. and Jane Doe:

MATTHEW WEISSING, ESQUIRE
FARMER, JAFFE, WEISSING, EDWARDS
FISTOS & LEHRMAN, P.L.
425 North Andrews Avenue
Suite 2
Fort Lauderdale, Florida 33301
Phone: 954.524.2820

On behalf of Jane Does 1 through 8:
ADAM D. HOROWITZ, ESQUIRE
MERMELSTEIN & HOROWITZ, P.A.
18205 Biscayne Boulevard
Suite 2218
Miami, Florida 33160
Phone: 305.931.2200
E-mail: Ahorowitz@sexabuseattorney.com

On behalf of the Plaintiffs, 101, 102 and 103:
KATHERINE W. EZELL, ESQUIRE
AMY JOSEFSBERG EDERI, ESQUIRE
PODHURST ORSECK
25 West Flagler Street
Suite 800
Miami, Florida 33130
Phone: 305.358.2800
(Via telephone)

Appearances continued...
On behalf of the Plaintiff, Jane Doe II:
ISIDRO MANUEL GARCIA, ESQUIRE
GARCIA, ELKINS & BOEHRINGER
224 Datura Avenue, Suite 900
West Palm Beach, Florida 33401
Phone: 561.832.8033

On behalf of the Defendant:
JACK ALAN GOLDBERGER, ESQUIRE
ATTERBURY, GOLDBERGER & WEISS, P.A.
250 Australian Avenue South
Suite 1400
West Palm Beach, Florida 33401-5012
Phone: 561.659.8300

On behalf of the Witness:
BRUCE E. REINHART, ESQUIRE
LAW OFFICE OF BRUCE E. REINHART
One Clearlake Center
250 South Australian Avenue, Suite 1400
West Palm Beach, Florida 33401
Phone: 561.202.6360

ALSO PRESENT:
Jessica Cadwell, Paralegal
Burman, Critton, Luttier & Coleman, P.A.
Joseph Kozak, Videographer
Prose Court Reporting Services

INDEX

- - -

| EXAMINATION | DIRECT | CROSS | REDIRECT |
| --- | --- | --- | --- |
| SARAH KELLEN | | | |
| BY MR. KUVIN | 9 | | |

EXHIBITS

- - -

| EXHIBIT | DESCRIPTION | PAGE |
| --- | --- | --- |
| PLAINTIFF'S EX. 1 | PHOTO | 16 |
| PLAINTIFF'S EX. 2 | JEGE, INC., PASSENGER MANIFEST | 24 |
| PLAINTIFF'S EX. 3 | HYPERION AIR, INC., PASSENGER MANIFEST | |
| PLAINTIFF'S EX. 6 | PHOTO | 63 |
| PLAINTIFF'S EX. 7 | PHOTO | 65 |
| PLAINTIFF'S EX. 8 | PHOTO | 68 |
| PLAINTIFF'S EX. 9 | PHOTO | 71 |
| PLAINTIFF'S EX. 10 | PHOTO | 100 |
| PLAINTIFF'S EX. 11 | PHOTO | 101 |
| PLAINTIFF'S EX. 12 | PHOTO | 103 |
| PLAINTIFF'S EX. 4 | PHONE MESSAGE PADS | |
| PLAINTIFF'S EX. 5 | CELLPHONE RECORDS | |
| PLAINTIFF'S EX. 13 | PHOTO | 144 |

PROCEEDINGS

- - -

THE VIDEOGRAPHER: We are now on video record. This is Media No. 1 in the videotaped deposition of Sarah Kellen in the matter of Jane Doe versus Jeffrey Epstein, et al. Today is Wednesday, March 24th, 2010. It is 10:36 a.m. We are here at Prose Court Reporting, 250 South Australian Avenue, West Palm Beach, Florida.

My name is Joe Kozak. I'm the videographer. The reporter is Cindy Hopkins from Prose Court Reporting Agency.

Would counsel please introduce yourselves, and then the court reporter will swear in the witness.

MR. KUVIN: Good morning. Spencer Kuvin on behalf of one of the Plaintiffs.

MR. HOROWITZ: Adam Horowitz on behalf of Jane Does 2 through 8. And just for the record purposes, the deposition is also being taken in the federal cases, I believe, case being Jane Doe 2 versus Jeffrey Epstein.

MR. WEISSING: Matt Weissing on behalf of three of the Plaintiffs.

Page 207

BY MR. KUVIN:
Q. Have you ever used the alias of Sarah Bonk?
MR. RHEINHART: Objection to the -- I'm sorry. Instruct the witness not to answer based on Fifth Amendment privileges.
THE WITNESS: Upon the instruction of my lawyer, I must invoke my Fifth Amendment right.
BY MR. KUVIN:
Q. Do your parents live in North Carolina?
MR. RHEINHART: Instruct the witness not to answer the question based on her Fifth Amendment privilege.
THE WITNESS: On instruction of my lawyer I must invoke my Fifth Amendment right.
BY MR. KUVIN:
Q. Do you have any brothers and sisters?
MR. RHEINHART: Same instruction as the previous question.
THE WITNESS: On the instruction of my lawyer, I must invoke my Fifth Amendment right.
BY MR. KUVIN:
Q. Have your parents met Jeffrey Epstein?
MR. RHEINHART: Objection to the form. Standing objection and also instruct the

Page 208

witness not to answer based on her Fifth Amendment privilege.
THE WITNESS: On the instruction of my lawyer, I must invoke my Fifth Amendment right.
BY MR. KUVIN:
Q. Do your parents know what you've done with Jeffrey Epstein as it relates to this case?
MR. RHEINHART: Objection to the form as stated to the previous question, and same instruction.
THE WITNESS: On the instruction of my lawyer, I must invoke my Fifth Amendment right.
BY MR. KUVIN:
Q. Have you ever used illegal drugs with Jeffrey Epstein?
MR. RHEINHART: Objection to the form. Standing objection, instruct the witness not to answer.
THE WITNESS: On the instruction of my lawyer, I must invoke my Fifth Amendment right.
BY MR. KUVIN:
Q. Have you ever used illegal drugs with Ghislaine Maxwell?
MR. RHEINHART: Objection to the form, assumes knowledge of Ghislaine Maxwell. It's

Page 209

compound, instruct the witness not to answer.
THE WITNESS: On the instruction of my lawyer, I must invoke my Fifth Amendment right
BY MR. KUVIN:
Q. Have you ever used illegal drugs with Nadia Marcinkova?
MR. RHEINHART: Same objection and instruction as to the previous question.
THE WITNESS: On the instruction of my lawyer, I must invoke my Fifth Amendment right
BY MR. KUVIN:
Q. Did you ever use the phone number of 655-0995?
MR. RHEINHART: Instruct the witness not to answer based on her Fifth Amendment privilege.
THE WITNESS: On the instruction of my lawyer, I must invoke my Fifth Amendment right
BY MR. KUVIN:
Q. Have you ever used the phone number 881-8116, 881-8116.
MR. RHEINHART: Thank you.
THE WITNESS: I don't recognize that number.

Page 210

BY MR. KUVIN:
Q. Okay. When the police entered Jeffrey Epstein's home, they took something that's called a bottle of Peach Flavored Joy Jelly. Just a foundation of what I'm about to ask you.
Have you ever seen anything called Peach Flavored Joy Jelly ever anywhere, first of all? Have you ever seen that before anywhere?
MR. RHEINHART: Just so I am clear about your question --
MR. KUVIN: Not necessarily in a home, just anywhere in her entire life has she ever seen a bottle of something called Peach Flavored Joy Jelly.
THE WITNESS: No, I have not.
BY MR. KUVIN:
Q. Okay. Also taken from the home were, was an adult sex toy called a Twin Torpedo which, according to Detective Recarey during his deposition was a double-headed dildo. Not with respect to Mr. Epstein, but in your life, have you ever seen something called a Twin Torpedo or double-headed dildo?
A. No, I have not.
Q. Also confiscated from the home was soap in

Page 211

the shape of a penis and vagina. Once again, not necessarily with respect to Mr. Epstein's home, in your entire life have you ever seen soap in the shape of a penis and vagina?

A. Not that I recall.

Q. Do you ever recall being in Ohio?

MR. RHEINHART: Ever in her life?

MR. KUVIN: The state, ever in her life.

BY MR. KUVIN:

Q. Let's start there, recall being in the State of Ohio for any reason?

A. Maybe for a layover, but not that I specifically remember.

Q. Okay. Do you know an Ivan Robles?

A. No.

Q. Have you seen a gentleman by the name of Alan Dershowitz at the home of Jeffrey Epstein before?

MR. RHEINHART: Objection to the form. Standing objection, presumes knowledge of Jeffrey Epstein or his home. Instruct the witness not to answer.

THE WITNESS: On the instruction of my lawyer, I must exercise my Fifth Amendment right.

Page 212

BY MR. KUVIN:

Q. Have you ever heard of the El Zorro Ranch Corporation?

MR. RHEINHART: Instruct the witness not to answer based on her Fifth Amendment privilege.

THE WITNESS: On the instruction of my lawyer I must exercise my Fifth Amendment right.

BY MR. KUVIN:

Q. Have you ever heard of the New York Strategy Group?

MR. RHEINHART: Same instruction.

THE WITNESS: On the instruction of my lawyer, I must invoke my Fifth Amendment right.

BY MR. KUVIN:

Q. Have you ever heard of the Ghislaine Corporation?

MR. RHEINHART: Same instruction.

THE WITNESS: On the instruction of my lawyer, I must invoke my Fifth Amendment right.

BY MR. KUVIN:

Q. Have you ever heard of the Financial Strategy Group?

MR. RHEINHART: Same instruction.

Page 213

THE WITNESS: On the instruction of my lawyer, I must invoke my Fifth Amendment right

BY MR. KUVIN:

Q. Do you agree that these corporations that I just mentioned were utilized by Jeffrey Epstein in an attempt to have sexual relationships with underage girls?

MR. RHEINHART: Objection to the form as to compound, and also assumes knowledge of Mr. Epstein, asks for more than one answer to the question. I would instruct her not to answer based on her Fifth Amendment privilege because the question assumes knowledge of Mr. Epstein.

THE WITNESS: Upon instruction of my lawyer I must invoke my Fifth Amendment right.

MR. KUVIN: I think I am done. Hang on one second.

All right. I appreciate it. That's all the questions I have at this time. Reserve the right to ask any follow-up questions if other attorneys raise new and different issues by their questioning.

MR. RHEINHART: Understood.

MR. KUVIN: Pass the witness at this time.

Page 214

Who wants to go? Mr. Horowitz, do you have a microphone?

MR. HOROWITZ: I do.

CROSS (SARAH KELLEN)

BY MR. HOROWITZ:

Q. Ms. Kellen, did you use the telephone number, the (917)855-3363 at any time between 2001 and 2006?

A. On the advice of my lawyer, I must exercise my Fifth Amendment right.

Q. Did you use the telephone number (917)855-3363 between 2001 and 2006 at Jeffrey Epstein's expense?

MR. RHEINHART: Objection to the form in that it assumes knowledge of Jeffrey Epstein. Standing objection as previously stated with Mr. Kuvin. Instruct the witness not to answer, based on her Fifth Amendment right.

THE WITNESS: On the instruction of my lawyer, I must exercise my Fifth Amendment right.

BY MR. HOROWITZ:

Q. Did you use the telephone number (917)855-3363 at Jeffrey Epstein's direction?

MR. RHEINHART: Same objection as the

So can we focus on the specific questions that she can answer or from which you can draw an adverse inference if asked properly, and let's move it along.

MS. EZELL: Each young woman's case is an individual case, and we have the right to ask, ask whatever questions that we need to with regard to each one.

MR. RHEINHART: I --

MR. GOLDBERGER: Let's just go forward until 5:00 and see where we're at.

BY MR. WEISSING:

Q. Did you know that Jeffrey Epstein received sexual gratification from directing others to sexually abuse minor children?

MR. RHEINHART: Objection to the form.

THE WITNESS: On the instruction of my lawyer, I must invoke the Fifth Amendment right.

BY MR. WEISSING:

Q. Did you know that Jeffrey Epstein received sexual gratification from directing Marcinkova to sexually abuse minor children?

MR. RHEINHART: Objection to the form. It assumes knowledge of a person named Marcinkova.

It is otherwise compound and objectionable.

THE WITNESS: On the instruction of my lawyer, I must invoke my Fifth Amendment right.

MR. WEISSING: Let's go off the record for a moment.

THE VIDEOGRAPHER: Are we all good with going off the record?

MR. RHEINHART: Yeah, that's fine.

MR. HOROWITZ: Yes.

THE VIDEOGRAPHER: We're now off the record at 4:22 p.m.

(A brief recess was held.)

THE VIDEOGRAPHER: We are now on the record. It is 4:24 p.m.

BY MR. WEISSING:

Q. Do you know Nadia Marcinkova?

MR. KUVIN: Marcinkova.

THE WITNESS: On the instruction of my lawyer, I must invoke my Fifth Amendment privilege.

BY MR. WEISSING:

Q. Do you know -- have you procured minor children to have sexual relations with Nadia Marcinkova at Jeffrey Epstein's mansion?

MR. RHEINHART: Objection to the form.

THE WITNESS: On the instruction of my lawyer, I must invoke my Fifth Amendment privilege.

BY MR. WEISSING:

Q. Do you know Alan Dershowitz?

MR. RHEINHART: The question was asked and answered about three-and-a-half hours ago.

THE WITNESS: On the instruction of my lawyer, I must invoke my Fifth Amendment privilege.

BY MR. WEISSING:

Q. Do you know David Copperfield?

MR. RHEINHART: That question was asked about three-and-a-half-hours ago.

THE WITNESS: On the instruction of my lawyer, I must invoke my Fifth Amendment privilege.

BY MR. WEISSING:

Q. In addition to his place at, in Palm Beach, are you aware that Jeffrey Epstein has an apartment located at 301 East 66th Street, Apartment 14G through E in New York?

MR. RHEINHART: That question was asked about four hours ago. It's been asked and answered.

THE WITNESS: At the instruction of my lawyer, I invoke my Fifth Amendment privilege.

BY MR. WEISSING:

Q. While in New York, have you procured underage minor children to engage in sexual acts with Jeffrey Epstein at that location?

MR. RHEINHART: Object to the form.

THE WITNESS: On the instruction of my lawyer, I must invoke my Fifth Amendment privilege.

BY MR. WEISSING:

Q. With regard to the minor children procured for him at that location, were they school children in the New York area?

MR. RHEINHART: The previous question, objection to the form. The same as all the previous questions, it assumes a fact that's not been established. It can't fairly be answered.

THE WITNESS: On the instruction of my lawyer, I must invoke my Fifth Amendment privilege.

BY MR. WEISSING:

Q. Did Jeffrey Epstein have sexual encounters with underage people while at that apartment?

Page 433

know what the Edge Group was, but whatever, you can answer the question.

THE WITNESS: At the instruction of my lawyer, I must choose to invoke my Fifth Amendment right.

BY MS. EZELL:

Q. Do you know Max Brockman?

MR. REINHART: I'm sorry, can you repeat?

BY MS. EZELL:

Q. Do you know a Max Brockman?

MR. REINHART: I believe that was asked and answered already, but --

THE WITNESS: At the instruction of my lawyer, I must invoke my Fifth Amendment right.

BY MS. EZELL:

Q. Have you ever been photographed with Max Brockman at an Edge Science dinner?

A. At the instruction of my lawyer, I must invoke my Fifth Amendment right.

MR. REINHART: You should let me -- I need to object to the form of the question first, but go ahead. I know we all want to get out of here. Go ahead.

THE WITNESS: Say it again.

MR. REINHART: No, you are okay. Go ahead, Ms. Ezell. Thank you.

Page 434

BY MS. EZELL:

Q. Do you know whether Jeffrey Epstein attended the Edge Science dinner in Monterey, California?

MR. REINHART: Objection to the form, lack of foundation. Instruct the witness not to answer.

THE WITNESS: At the instruction of my lawyer, I must invoke my Fifth Amendment right.

BY MS. EZELL:

Q. You testified a moment ago that you were photographed nude by your boyfriend or a former boyfriend and that you hoped there are no photographs disseminated elsewhere.

At what age were those photographs taken?

MR. REINHART: I'm going to instruct her not to answer that. It has nothing to do with anything. It's not reasonably calculated to lead to discoverable evidence. We can move on.

BY MS. EZELL:

Q. Were you in any way damaged by that experience?

MR. REINHART: Same instruction. Let's move on.

BY MS. EZELL:

Q. Do you have any regrets?

MR. REINHART: Same instruction. Move on.

Page 435

BY MS. EZELL:

Q. Do you want to respond? I didn't give you time.

MR. REINHART: I've instructed her not to answer the question. Let's move on.

BY MS. EZELL:

Q. Do you recall a dinner at El Brillo Way attended by David Copperfield where Jane No. 103 was a guest?

MR. REINHART: Objection to the form, lack of foundation, and a standing objection as to her knowledge of anything involving El Brillo Way or Jeffrey Epstein. Instruct her not to answer.

THE WITNESS: At the instruction of my lawyer, I must invoke my Fifth Amendment right.

BY MS. EZELL:

Q. What is the relationship between Jeffrey Epstein and David Copperfield?

MR. REINHART: Objection to form, lack of foundation as to her knowledge of either one of those people. Instruct her not to answer.

THE WITNESS: At the instruction of my lawyer, I must invoke my Fifth Amendment right.

BY MS. EZELL:

Q. To your knowledge, do they recruit girls for

Page 436

one another?

MR. REINHART: Object to the form, compound, and again, lack of foundation. Instruct her not to answer.

THE WITNESS: At the instruction of my lawyer, I must invoke my Fifth Amendment right.

BY MS. EZELL:

Q. To your knowledge, are they involved in any sexual trafficking of young women?

MR. REINHART: Object to the form for the reasons previously stated. Also calls for a legal conclusion as to what sexual trafficking is. Instruct her not to answer.

THE WITNESS: At the instruction of my lawyer, I must invoke my Fifth Amendment right.

BY MS. EZELL:

Q. I believe you asked about Allen Dershowitz earlier.

MR. REINHART: Twice.

BY MS. EZELL:

Q. And were instructed not to answer.

MR. REINHART: Twice.

BY MS. EZELL:

Q. All right. I'm going to ask again on behalf of my client. Are you aware of the friendship between

Electronically signed by Rachel Bridge (201-272-617-4627) 905d1499-0cd8-4599-a2a0-6d38827b68c6

Page 437

Allen Dershowitz and Jeffrey Epstein?

MR. REINHART: And for the third time, I'll object to the form and instruct her not to answer the question.

THE WITNESS: For the third time, I take the advice of my lawyer and invoke my Fifth Amendment right.

BY MS. EZELL:

Q. When Allen Dershowitz comes to Palm Beach, he stays at the El Brillo mansion, doesn't he?

MR. REINHART: Objection to the form. There is no foundation for her having any knowledge of anything having to do with a person by the name of Allen Dershowitz. I instruct her not to answer.

THE WITNESS: At the instruction of my lawyer, I must invoke my Fifth Amendment right.

BY MS. EZELL:

Q. When Allen Dershowitz, or has Allen Dershowitz ever been there when young ladies came to give massages?

MR. REINHART: Same objection stated to the previous question. Same instruction.

THE WITNESS: At the instruction of my lawyer, I must invoke my Fifth Amendment right.

BY MS. EZELL:

Q. Has Allen Dershowitz ever been the beneficiary

Page 438

of those massages?

MR. REINHART: Same objection and same instruction.

THE WITNESS: At the instruction of my lawyer, I must invoke my Fifth Amendment right.

BY MS. EZELL:

Q. Do you know John Casablanca?

A. Never heard that name before.

Q. Have you ever heard of a world-famous illusionist whose stage name is David Copperfield?

MR. REINHART: That's also been asked at least three times. I'll instruct her again not to answer the question.

THE WITNESS: At the instruction of my lawyer, I must invoke my Fifth Amendment right.

BY MS. EZELL:

Q. Have you ever gone to one of David Copperfield's shows?

MR. REINHART: Objection to form, lack of foundation as to knowledge of any person by the name of David Copperfield. Instruct her not to answer.

THE WITNESS: At the instruction of my lawyer, I must invoke my Fifth Amendment right.

Page 439

BY MS. EZELL:

Q. Do you know that when David Copperfield is in town, he gives Jeffrey Epstein tickets and Jeffrey gives some to young women to attend those shows?

MR. REINHART: Object to the form, multiple, compound question, and a complete lack of foundation. Instruct the witness not to answer.

THE WITNESS: At the instruction of my lawyer, I must invoke my Fifth Amendment right.

BY MS. EZELL:

Q. And do you know that those girls are invited back stage after the show?

MR. REINHART: Same objection, complete lack of foundation, and standing objection previously stated.

THE WITNESS: At the instruction of my lawyer, I must invoke my Fifth Amendment right.

BY MS. EZELL:

Q. Do you remember on or about, in or about March of 2005 having conversations with one of the young women who came to the house to give massages about her conversations with Jane No. 103?

MR. REINHART: Objection to the form, standing objection, lack of foundation. Instruct the witness not to answer, because the question implies

Page 440

that she has any knowledge at all of El Brillo Way.

BY MS. EZELL:

Q. Same question -- sorry.

A. At the instruction of my lawyer, I must choose to invoke my Fifth Amendment privilege.

Q. Same question as to March of 2006.

MR. REINHART: Same objection and same instruction.

THE WITNESS: At the instruction of my lawyer, I must choose to invoke my Fifth Amendment privilege.

BY MS. EZELL:

Q. Do you have any recollection of a conversation in which one of the young women told Jane No. 103 that those girls who, those girls who would help Jeffrey in regard to the investigation would be compensated and those who would not or who would hurt him in the investigation would be dealt with?

MR. REINHART: Objection to the form, lack of foundation, compound question. Instruct the witness not to answer, because the question implies some knowledge of anything relating to a person by the name of Jeffrey Epstein.

THE WITNESS: At the instruction of my lawyer, I must invoke my Fifth Amendment right.