# EXHIBIT 22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-CV-80893-CIV-MARRA/JOHNSON

JANE DOE,

        Plaintiff,

vs.

JEFFREY EPSTEIN, et al.,

        Defendants.
_____/

Related Cases:
08-80119, 08-80232, 08-80380, 08-80381,
08-80994, 08-80811, 08-80893, 09-80469,
09-8-591, 09-80656, 09-80802, 09-81092

VIDEOTAPED DEPOSITION OF NADIA MARCINKOVA
TAKEN ON BEHALF OF THE PLAINTIFF

DATE: April 13, 2010

```
                                            2
 1    April 13, 2010
 2                    INDEX
 3    WITNESS         DIRECT CROSS REDIRECT RECROSS
 4    NADIA MARCINKOVA
 5    BY MR. EDWARDS     5      98
 6    BY MR. HOROWITZ         65
 7    BY MR. LANGINO         77
 8    BY MS. EZELL        81
 9
10                   EXHIBITS
11    PLAINTIFF'S
      FOR IDENTIFICATION                 PAGE
12
      1  Message dated August 21, 2005.      45
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
                                            3
 1          The videotaped deposition of NADIA
 2    MARCINKOVA in the above-entitled and numbered
 3    cause, was taken before me, TERRI BECKER, a
 4    Registered Professional Reporter and Notary
 5    Public for the State of Florida at Large, at 444
 6    West Railroad Avenue, in the City of West Palm
 7    Beach, Palm Beach County, in the State of
 8    Florida, beginning at the hour of 10:00 o'clock
 9    a.m., pursuant to the Notice in said cause for
10    the taking of said deposition which is annexed to
11    the court file herein, on behalf of the PLAINTIFF
12    in the above-entitled action pending in the
13    above-named court.
14          The appearances at said time and place
15    were as follows:
16          FARMER, JAFFE, WEISSING, EDWARDS,
            FISTOS & LEHRMAN, PL
17          Attorneys for Plaintiffs Jane Does,
            L.N. and E.W.
18          425 North Andrews Avenue
            Suite 2
19          Fort Lauderdale, Florida 33301
            Tel: (954) 524-2820
20          BY: BRADLEY J. EDWARDS, ESQ.
21
            MERMELSTEIN & HOROWITZ, P.A.
22          Attorneys for Plaintiffs Jane Does,
            numbers 2 through 8
23          18205 Biscayne Boulevard
            Suite 2218
24          Miami, Florida 33160
            Tel: (305) 931-2200
25          BY: ADAM D. HOROWITZ, ESQ.
```

```
                                            4
 1    APPEARANCES (CONTINUED)
 2       LEOPOLD-KUVIN
         Attorneys for Plaintiffs
 3       B.B. and C.F.
         2925 PGA Boulevard, Suite 200
 4       Palm Beach Gardens, Florida 33410
         Tel: (561) 515-1400
 5       BY: ADAM J. LANGINO, ESQ.
 6
 7
         PODHURST, ORSECK
 8       Attorneys for Jane Does 1 and 3
         City National Bank Building, Suite 88
 9       25 West Flagler Street
         Miami, Florida 33130
10       Tel: (954) 463-4346
         BY: KATHERINE W. EZELL, ESQ.
11
12       BURMAN, CRITTON, LUTTIER & COLEMAN, LLP
         Attorneys for Defendant Jeffrey Epstein
13       303 Banyon Boulevard, Suite 400
         West Palm Beach, Florida 33401
14       Tel: (561) 842-2820
         BY: DAVID YAREMA, ESQ.
15          ROBERT CRITTON, ESQ.
16
         ATTERBURY, GOLDBERGER & WEISS
17       Co-Counsel for Defendants
         One Clearlake Centre
18       Suite 1400
         West Palm Beach, Florida 33401
19       Tel: (561) 659-8300
         BY: JACK A. GOLDBERGER, ESQ.
20
21    ALSO PRESENT:
22       JESSICA CADWELL
         JOE ROVNER, Videographer
23          (U.S. Legal)
24
25
```

```
                                            5
 1    THEREUPON,
 2          NADIA  MARCINKOVA
 3    being by Terri Becker first duly sworn to tell
 4    the whole truth, as hereinafter certified,
 5    testified as follows:
 6               DIRECT EXAMINATION
 7    BY MR. EDWARDS:
 8       Q  Can you tell us your name.
 9       A  Nadia Marcinkova.
10       Q  What is your date of birth?
11       A  February 21, 1985.
12       Q  What is your Social Security number?
13       A  Under advice of my counsel, I invoke my
14    privileges under the Fifth and Sixth Amendments
15    to the United States Constitution and
16    respectfully decline to answer the question.
17       Q  Where were you born?
18       A  I'm sorry, though I would like to answer
19    your question, I must invoke my Fifth and Sixth
20    Amendment privileges and refuse to answer your
21    questions.
22       Q  What is your current address?
23          MR. GOLDBERGER: There is going to be a
24    continued, obviously, you anticipate I'm
25    sure, continued invocation of Fifth
```

```
                                                           6
 1        Amendment privileges. If it is okay with
 2    all counsel, to shorten things, I'll simply
 3    have the witness say "Fifth," if that
 4    satisfies everyone's interest.
 5             MR. EDWARDS: That is fine with me.
 6             MR. GOLDBERGER: Okay, with that Cathy?
 7             MS. EZELL: Yes.
 8             MR. HOROWITZ: Yes.
 9        Q   I'll reask the question, what's your
10    current address?
11        A   Fifth.
12        Q   Are you currently living at 358 El
13    Brillo Way with a man named Jeffrey Epstein?
14        A   The Fifth.
15        Q   Are you also familiar with an address in
16    New York, 301 East 66th Street?
17        A   The Fifth.
18        Q   When Mr. Epstein was incarcerated in
19    jail, you went to visit him on numerous
20    occasions; is that correct?
21             MR. YAREMA: Objection.
22        A   The Fifth.
23        Q   When you went to visit him you indicated
24    to jail personnel your address was 301 East 66th
25    Street, apartment 8-D in New York City, New York;
```

```
                                                           7
 1    is that correct?
 2             MR. YAREMA: Objection.
 3        A   Fifth.
 4        Q   Isn't it true when Mr. Epstein was in
 5    jail, you visited him on more than 50 occasions?
 6             MR. YAREMA: Form objection.
 7        Q   True?
 8        A   The Fifth.
 9        Q   How long have you been in the United
10    States, Ms. Marcinkova?
11        A   The Fifth.
12        Q   Who brought you to the United States?
13             MR. YAREMA: Form objection.
14        A   The Fifth.
15        Q   What is your current status in this
16    country?
17        A   The Fifth.
18             MR. YAREMA: Form objection.
19             MR. GOLDBERGER: Let me take a half a
20    second.
21             (Witness and her counsel confer.)
22        Q   Are you a U.S. citizen?
23        A   The Fifth.
24        Q   What type of visa are you here on?
25             MR. YAREMA: Form objection.
```

```
                                                           8
 1        A   The Fifth.
 2        Q   Do you know a lady by the name of
 3    Maritsa Vazques?
 4        A   The Fifth.
 5        Q   Is this somebody who helped to falsify a
 6    visa for you?
 7             MR. YAREMA: Object to the form.
 8        A   The Fifth.
 9        Q   Do you know Evelyn Velasaques?
10        A   The Fifth.
11        Q   Were you ever a working model in the
12    United States?
13        A   The Fifth.
14        Q   Can you tell us your parents' names?
15        A   The Fifth.
16        Q   How is it that you have supported
17    yourself financially, since you have been in this
18    country?
19             MR. YAREMA: Object to the form.
20        A   The Fifth.
21        Q   Have you supported yourself financially?
22        A   The Fifth.
23        Q   What is the last grade you completed in
24    school?
25        A   The Fifth, I take the Fifth Amendment.
```

```
                                                           9
 1        Q   Are you in school now?
 2        A   The Fifth.
 3        Q   Have you ever attended any school in the
 4    United States?
 5        A   The Fifth.
 6        Q   Have you ever been employed since
 7    residing in the United States?
 8        A   The Fifth.
 9        Q   Is Jeffrey Epstein your sole means of
10    financial support today?
11             MR. YAREMA: Object to the form.
12        A   The Fifth.
13        Q   Since coming to this country, hasn't
14    Jeffrey Epstein always been your sole means of
15    financial support?
16             MR. YAREMA: Object to the form.
17        A   The Fifth.
18        Q   How much does Jeffrey Epstein pay you
19    today?
20             MR. YAREMA: Object to the form.
21        A   The Fifth.
22        Q   What does every Epstein pay you for?
23             MR. YAREMA: Object to the form.
24        A   The Fifth.
25        Q   Does he pay you specifically to be his
```

54

1   A   Fifth.
2   Q   Do you know Bill Clinton?
3   A   Fifth.
4   Q   You have been on Jeffrey Epstein's
5   airplane with Bill Clinton?
6       MR. YAREMA: Object to the form.
7   A   Fifth.
8   Q   Isn't take true you have been on Jeffrey
9   Epstein's airplane with Doug Band, Bill Clinton's
10  righthand man?
11      MR. YAREMA: Object to the form.
12  A   Fifth.
13  Q   Have you witnessed improper sexual
14  activity between Jeffrey Epstein and minors,
15  while he was in the presence of Bill Clinton?
16      MR. YAREMA: Object to the form.
17  A   Fifth.
18  Q   How many times have you ridden on the
19  airplane with Jean Luc Brunel?
20      MR. YAREMA: Object to the form.
21  A   Fifth.
22  Q   Each time that Jean Luc Brunel visits
23  Jeffrey Epstein's house, does he bring underage
24  minors to Jeffrey Epstein's house to engage in
25  sex with?

55

1       MR. YAREMA: Object to the form.
2   A   Fifth.
3   Q   Do you know Glenn Dubin?
4   A   Fifth.
5   Q   Do you know Aline Weber?
6   A   Fifth.
7   Q   Is that somebody that was a sexual abuse
8   victim at one point in time of Jeffrey Epstein
9   and Jean Luc Brunel?
10      MR. YAREMA: Object to the form.
11  A   Fifth.
12  Q   Between 2002 and 2005 when E.W. was
13  abused by Jeffrey Epstein sexually, isn't it true
14  that Jeffrey Epstein took flights to Palm Beach
15  for the purposes of sexually abusing E.W.?
16      MR. YAREMA: Object to the form.
17  A   Fifth.
18  Q   And between those same years of 2002 and
19  2005, isn't it true that Jeffrey Epstein took
20  airplane flights to Palm Beach from places
21  outside of the State, to engage in sexual acts
22  with L.M.?
23      MR. YAREMA: Object to the form.
24  A   Fifth.
25  Q   From 2003 through 2005, isn't it true

56

1   Jeffrey Epstein specifically flew to Palm Beach
2   for the purposes of engaging in sex acts with
3   Jane Doe?
4       MR. YAREMA: Object to the form.
5   A   Fifth.
6   Q   Generally, isn't it true Jeffrey Epstein
7   would fly from place to place for the purpose of
8   engaging in sexual activity with minors at his
9   destination?
10      MR. YAREMA: Object to the form.
11  A   Fifth.
12  Q   Isn't it true that he employed numerous
13  people for the sole purpose of scheduling
14  appointments with underage minor females at each
15  destination he landed?
16      MR. YAREMA: Object to the form.
17  A   Fifth.
18  Q   What is Jeffrey Epstein's relationship
19  with Sandy Berger?
20      MR. YAREMA: Object to the form.
21  A   Fifth.
22  Q   Do you know what Jeffrey Epstein's
23  relationship is with Alan Dershowitz?
24      MR. YAREMA: Object to the form.
25  A   Fifth.

57

1   Q   That's somebody who you know to have
2   stayed at Jeffrey Epstein's house on many
3   occasions, correct?
4       MR. YAREMA: Object to the form.
5   A   Fifth.
6   Q   And also somebody who you know to have
7   been at the house when E.W. was in Jeffrey
8   Epstein's bedroom getting sexually abused,
9   correct?
10      MR. YAREMA: Object to the form.
11  A   Fifth.
12  Q   Alan Dershowitz is also somebody that
13  you also know to have been at the house when L.M.
14  was being sexually abused in Jeffrey Epstein's
15  bedroom, correct?
16      MR. YAREMA: Object to the form.
17  A   Fifth.
18  Q   Generally, Alan Dershowitz is familiar
19  with Jeffrey Epstein's habit of engaging in
20  sexual acts with minors on a daily basis,
21  correct?
22      MR. YAREMA: Object to the form.
23  A   Fifth.
24  Q   When Alan Dershowitz was in town,
25  Jeffrey Epstein did not break his schedule for

58

1  Alan Dershowitz, meaning he continued to sexually
2  abuse minors despite Alan Dershowitz being a
3  guest in the house?
4       MR. YAREMA: Object to the form.
5     A  Fifth.
6     Q  Alan Dershowitz never engaged in any
7  sexual activity with these underage minors; isn't
8  that true?
9       MR. YAREMA: Object to the form.
10    A  Fifth.
11    Q  Have you been made to have sex with
12 Ghislaine Maxwell?
13      MR. YAREMA: Object to the form.
14    A  Fifth.
15    Q  Do you know Emmy Taylor?
16    A  Fifth.
17    Q  Similar to you being Jeffrey Epstein's
18 sex slave, is Emmy Taylor, or was Emmy Taylor
19 Ghislaine Maxwell's sex slave?
20      MR. YAREMA: Object to the form.
21    A  Fifth.
22    Q  Ghislaine Maxwell is somebody who you
23 know to be bi-sexual, true?
24      MR. YAREMA: Object to the form.
25    A  Fifth.

59

1     Q  You know that Ghislaine Maxwell engaged
2  in sexual acts with underage minor females, true?
3       MR. YAREMA: Object to the form.
4     A  Fifth.
5     Q  This is yet another friend of Jeffrey
6  Epstein's that is into the act of molesting
7  underage minor females, right?
8       MR. YAREMA: Object to the form.
9     A  Fifth.
10    Q  Now, you are the next participant in
11 that activity, meaning you have been groomed to
12 enjoy and appreciate the acts of sex with
13 underage minors, true?
14      MR. YAREMA: Object to the form.
15    A  Fifth.
16    Q  Has Jeffrey Epstein instructed you to
17 lie to his Probation Officer in any way?
18      MR. YAREMA: Object to the form.
19    A  Fifth.
20    Q  Mr. Visoski testified that you took a
21 helicopter flight within the last year with
22 Jeffrey Epstein to Miami. Do you remember that
23 flight?
24      MR. YAREMA: Object to the form.
25    A  Fifth.

60

1     Q  What was the purpose of that flight?
2       MR. YAREMA: Object to the form.
3     A  Fifth.
4     Q  Did you sign a confidentiality agreement
5  with Jeffrey Epstein?
6       MR. YAREMA: Object to the form.
7     A  Fifth.
8     Q  When is the last time that you observed
9  Jeffrey Epstein have sex with a minor?
10      MR. YAREMA: Object to the form.
11    A  Fifth.
12    Q  Since being on probation, has Jeffrey
13 Epstein been able to, or has he flown to his
14 island?
15      MR. YAREMA: Object to the form.
16    A  Fifth.
17    Q  To your knowledge, has Jeffrey Epstein
18 flown to New York while on probation or community
19 control?
20      MR. YAREMA: Object to the form.
21    A  Fifth.
22    Q  Isn't it true that he has flown both to
23 New York and to his island, and you have
24 accompanied him on those trips, since he was on
25 community control?

61

1       MR. YAREMA: Object to the form.
2     A  Fifth.
3     Q  Isn't it also true that Jeffrey Epstein
4  has indicated to you that he will always engage
5  in sex acts with underage minor females?
6       MR. YAREMA: Object to the form.
7     A  Fifth.
8     Q  In fact, that's something that he has
9  told you, that he believes he is entitled to do;
10 isn't that right?
11      MR. YAREMA: Object to the form.
12    A  Fifth.
13    Q  Isn't it true that Jeffrey Epstein
14 believes and has told you that if he doesn't
15 physically force the underage minor female into
16 any act, then he is entitled to engage in sex
17 with any underage minor female despite the age?
18      MR. YAREMA: Object to the form.
19    A  Fifth.
20    Q  What is the youngest female you have
21 witnessed or observed Jeffrey Epstein to engage
22 in sex with?
23      MR. YAREMA: Object to the form.
24    A  Fifth.
25    Q  Do you have a bank account at Chase Bank

16 (Pages 58 to 61)

98

1  A  Fifth.
2  Q  Did you know that Jeffrey Epstein gave
3  A.D. a digital camera?
4     MR. YAREMA: Object to the form.
5  A  Fifth.
6     MS. EZELL: I don't have any other
7  questions. Thank you.
8     MR. GOLDBERGER: You still have your
9  microphone on. You must have something on
10 your mind, Brad.
11         REDIRECT EXAMINATION
12 BY MR. EDWARDS:
13 Q  Ms. Marcinkova, through the whole day
14 you've taken the Fifth on just about every single
15 question. Is there any reason why we should not
16 presume that the answer to these questions would
17 incriminate you?
18     MR. YAREMA: Object to the form.
19 A  The Fifth.
20 Q  The reason that you have taken the Fifth
21 is because the questions you have been asked
22 would have been answered in the affirmative and
23 you're afraid of prosecution for your
24 involvement, true?
25     MR. GOLDBERGER: Don't answer that

99

1  question. It interferes with the
2  attorney/client relationship that I have
3  with Ms. Marcinkova and any discussions she
4  and I may have had would come under that
5  privilege.
6     You can try and dance around that, but
7  I'm simply not going to allow her to answer
8  that question. If you want to bring it up
9  with the Judge, you can.
10    MR. EDWARDS: Thanks, Jack.
11    MR. GOLDBERGER: Okay.
12    THE VIDEOGRAPHER: Off the video record
13 at 1:41 p.m.
14    THE COURT REPORTER: You're ordering
15 this, Brad?
16    MR. EDWARDS: Yes. Copies?
17    MS. EZELL: Yes.
18    MR. YAREMA: Yes:
19    THE COURT REPORTER: And Adam wanted it;
20 is that right?
21    MR. EDWARDS: Yes.
22    (Time noted: 1:45 p.m.)
23
24
25

100

THE STATE OF FLORIDA)
COUNTY OF PALM BEACH)
    I, TERRI BECKER, a Registered
Professional Reporter and Notary Public for the
State of Florida at Large, do hereby certify that
I reported the videotaped deposition of NADIA
MARCINKOVA, the WITNESS, called by the PLAINTIFF
in the above-entitled action; that the witness
was duly sworn by me; that the foregoing pages,
numbered from 1 to 104, inclusive, constitute a
true record of the deposition by said witness.
    I further certify that I am not attorney
or counsel of any of the parties, nor a relative
or employee of any attorney or counsel connected
with the action, nor financially interested in
the action.
    WITNESS MY HAND and official seal in the
City of West Palm Beach, County of Palm Beach,
State of Florida, this 19th day of April 2010.

TERRI BECKER, Registered
Professional Reporter and
Notary Public, State of Florida
at Large. My Commission expires
March 13, 2011.

101

THE STATE OF FLORIDA)
COUNTY OF PALM BEACH)


    The foregoing certificate was
acknowledged before me this _____
day of _____ 2010.




_____
Notary Public, State of Florida.
My commission No.
Expires March 13, 2011.