# EXHIBIT 23

```
          UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF FLORIDA

      Case No.  08-CV-80893-CIV-MARRA/JOHNSON
```

_____

JANE DOE,

        Plaintiff,

vs.

JEFFREY EPSTEIN, et al.,

        Defendants.

_____

 

DEPOSITION OF ADRIANA ROSS
Volume 1 of 1
Pages 1 through 138
Videotaped

Monday, March 15, 2010
10:13 a.m. - 12:42 p.m.
U.S. Legal Support
515 East Las Olas Boulevard, 3rd Floor
Fort Lauderdale, Florida 33301

Stenographically Reported By:
Janet L. McKinney, RPR, FPR, CLR

Registered Professional Reporter

Florida Professional Reporter

Certified LiveNote Reporter

**U.S. Legal Support**
**(954) 463-2933**

```
APPEARANCES:

ON BEHALF OF THE PLAINTIFF:

    FARMER, JAFFE, WEISSING, EDWARDS,
    FISTOS & LEHRMAN
    425 North Andrews Avenue
    Suite 2
    Fort Lauderdale, Florida 33301-3268
    954.524.2820
    Brad@pathtojustice.com
    BY: BRADLEY EDWARDS, ESQ.


ON BEHALF OF THE DEFENDANT JEFFREY EPSTEIN:

    BURMAN, CRITTON, LUTTIER &
    COLEMAN, LLP
    303 Banyan Boulevard
    Suite 400
    West Palm Beach, Florida 33401
    561.842.2820
    Mpike@bclclaw.com
    BY: MICHAEL J. PIKE, ESQ.


ON BEHALF OF OTHER PLAINTIFFS IN RELATED CASES:

    MERMELSTEIN & HOROWITZ, P.A.
    18205 Biscayne Boulevard
    Suite 2218
    Miami, Florida 33160
    305.931.2200
    Ssm@sexabuseattorney.com
    BY: STUART S. MERMELSTEIN, ESQ.


ON BEHALF OF THE WITNESS:

    ROBBINS, TUNKEY, ROSS, AMSEL,
    RABEN & WAXMAN, P.A.
    2250 Southwest Third Avenue
    4th Floor
    Miami, Florida 33129
    305.858.9550
    Criminalawyer@aol.com
    BY: ALAN S. ROSS, ESQ.

Also Present:  Sean McGuire, Videographer
               U.S. Legal Support
```

```
 1      Q.  Jane Doe 102 ultimately escaped from him and
 2   left to Australia, is that your understanding?
 3      A.  I refuse to answer.
 4          MR. PIKE:  Form.
 5      Q.  Have you ever spoken with Jane Doe 102?
 6      A.  I refuse to answer.
 7      Q.  On one of Epstein's birthdays a friend of
 8   Jeffrey Epstein sent to him 12 -- three 12-year-old
 9   girls from France who spoke no English for Epstein to
10   sexually exploit and abuse and after doing so he sent
11   them back to France the next day.  Are you familiar
12   with that?
13          MR. PIKE:  Form.
14      A.  I refuse to answer.
15      Q.  Isn't that something that is fairly common for
16   Mr. Epstein?
17      A.  I refuse to answer.
18          MR. PIKE:  Form.
19      Q.  Who are the friends that send to Jeffrey
20   Epstein underage minor females for his birthday so that
21   he can abuse?
22      A.  I refuse to answer.
23          MR. PIKE:  Form.
24      Q.  Is one of those friends Jean Luc Brunel?
25      A.  I refuse to answer.
```

1  Q. Have you ever met Prince Andrew?
2  A. I refuse to answer.
3  Q. Has Prince Andrew been involved with underage
4  minor females to your knowledge?
5  A. I refuse to answer.
6  Q. Have you ever met Alan Dershowitz?
7  A. I refuse to answer.
8  Q. When Alan Dershowitz stays at Jeffrey
9  Epstein's house isn't it true that he has been at the
10 house when underage minor females have been in the
11 bedroom with Jeffrey Epstein?
12 A. I refuse to answer.
13 Q. Has -- are you familiar with the media
14 publication or online resource RadarOnline?
15 A. I refuse to answer.
16 Q. Is that something that you assisted
17 Mr. Epstein with when he purchased RadarOnline?
18 A. I refuse to answer.
19 Q. And do you know his business partner in that
20 endeavor?
21 A. I refuse to answer.
22 Q. Isn't it also true that he used RadarOnline as
23 another way to gain access to underage minor females
24 for sex?
25         MR. PIKE: Form.

```
 1      friends?
 2              MR. PIKE:  Form.
 3          A.  I refuse to answer.
 4          Q.  Who is Sandy Berger?
 5          A.  I refuse to answer.
 6          Q.  That's somebody else that was affiliated with
 7      Bill Clinton at one point in time, correct?
 8          A.  I refuse to answer.
 9          Q.  A close friend of Jeffrey Epstein's?
10              MR. PIKE:  Form.
11          A.  I refuse to answer.
12          Q.  He called the house within three weeks of the
13      search warrant being executed.  Did he tip off Jeffrey
14      Epstein?
15              MR. PIKE:  Form.
16          A.  I refuse to answer.
17          Q.  Is he somebody that's involved with underage
18      minors?
19          A.  I refuse to answer.
20          Q.  Do you know Igor Zinoviev?
21          A.  I refuse to answer.
22          Q.  Andrea Metrovich?
23          A.  I refuse to answer.
24          Q.  Have you flown on the airplane with Alan
25      Dershowitz before?
```

```
 1              MR. PIKE:  Form.
 2         A.   I refuse to answer.
 3         Q.   And Jean Luc Brunel is somebody who you have
 4    been on the airplane with several times, correct?
 5         A.   I refuse to answer.
 6              MR. PIKE:  Form.
 7         Q.   And when Jean Luc Brunel is on this airplane
 8    there are underage minor -- minor females on the
 9    airplane with you, correct?
10              MR. PIKE:  Form.
11         A.   I refuse to answer.
12         Q.   Is there a back room to this airplane?  Is
13    there any sort of separation or is it all one big room?
14              MR. PIKE:  Form.
15         A.   I refuse to answer.
16         Q.   So if Jeffrey Epstein and Jean Luc Brunel are
17    engaged in sex acts with underage minors did you --
18         A.   I refuse --
19         Q.   Sorry -- did you observe any of those acts?
20         A.   I refuse to answer.
21              MR. PIKE:  Form.
22         Q.   And on numerous of the flights the flight logs
23    indicate someone's name then oftentimes initials, but
24    sometimes it would just say "three females".  Do you
25    know why?
```