# EXHIBIT 24

Page 1

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA
CASE No.502009CA040800XXXXMBAG

JEFFREY EPSTEIN,

    Plaintiff,
-vs-

SCOTT ROTHSTEIN, individually,
BRADLEY J. EDWARDS, individually, and
L.M., individually,

    Defendants.
_____

VIDEOTAPED DEPOSITION OF JEFFREY EPSTEIN
Wednesday, March 17, 2010
10:17 a.m.- 1:27 p.m.

303 Banyan Boulevard
Suite 400
West Palm Beach, Florida 33401

Reported By:
Sandra W. Townsend, FPR
Notary Public, State of Florida
West Palm Beach Office   Job #1358

Page 2

1  APPEARANCES:
2  On behalf of the Plaintiff:
3     MICHAEL PIKE, ESQUIRE
   BURMAN CRITTON LUTTIER & COLEMAN, LLP
4     303 Banyan Boulevard, Suite 400
   West Palm Beach, Florida  33401
5     Phone:  561.842.2820
6
7  On behalf of the Defendant Bradley Edwards:
8     JACK SCAROLA, ESQUIRE
   SEARCY, DENNEY, SCAROLA, BARNHART & SHIPLEY
9     2139 Palm Beach Lakes Boulevard
   West Palm Beach, Florida 33409
10    Phone: 561.686.6300
11 On behalf of the Defendant L.M.:
12    BRADLEY EDWARDS, ESQUIRE
   FARMER, JAFFE, WEISSING, EDWARDS, FISTOS,
13    & LEHRMAN, P.L.
   425 North Andrews Avenue
14    Suite 2
   Fort Lauderdale, Florida  33301
15    Phone:  954.524.2820
16 Also Present:
17    STEVEN JAFFE, ESQUIRE
   FARMER, JAFFE, WEISSING, EDWARDS, FISTOS,
18    & LEHRMAN, P.L.
   425 North Andrews Avenue
19    Suite 2
   Fort Lauderdale, Florida  33301
20    Phone:  954.524.2820
21
22
23
24
25

Page 3

1                 - - -
2              E X H I B I T S
3                 - - -
4
  NUMBER        DESCRIPTION        PAGE
5
6   Exhibit number 1    Eyeglasses         133
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 4

1         P R O C E E D I N G S
2             - - -
3     Deposition taken before Sandra W. Townsend, Court
4 Reporter and Notary Public in and for the State of
5 Florida at Large, in the above cause.
6             - - -
7     VIDEOGRAPHER:  We are now on video record.
8 This is media number one in the videotaped
9 deposition of Jeffrey Epstein in the matter of
10 Jeffrey Epstein versus Scott Rothstein, Bradley
11 Edwards and L.M.
12     Today is Wednesday, March 17, 2010 at
13 10:17 a.m.
14     We are at the law offices of Burman,
15 Critton -- Banyan -- of Burman, Critton on Banyan
16 Boulevard, Suite 400, West Palm Beach, Florida.
17     My name is Joe Kozak.  I'm the videographer.
18 The court reporter is Sandra Townsend from Prose
19 Court Reporting Agency.
20     Would Counsel please introduce yourselves and
21 then the court reporter will swear in the witness.
22     MR. SCAROLA:  My name is Jack Scarola.  I am
23 Counsel on behalf of Brad Edwards in his capacity,
24 both as Defendant and Counter-Plaintiff in this
25 action.  Mr. Edwards is present with me.

1 (Pages 1 to 4)

(561) 832-7500   PROSE COURT REPORTING AGENCY, INC.   (561) 832-7506

Electronically signed by Sandra Townsend (401-377-676-2895)
Electronically signed by Sandra Townsend (401-377-676-2895)

1ddcfb84-b324-4437-a670-765e29067145

Page 89

1    Amendment Rights as provided by the U.S.
2    Constitution.
3    BY MR. SCAROLA:
4    Q. Does a flight log kept for a private jet used
5    by you contain the names of celebrities, dignitaries or
6    International figures?
7    A. At least today, sir, I'm going to have to
8    respectfully decline to answer based on my Fifth, Sixth
9    and 14th Amendment Right, though I'd like to answer that
10   question.
11   Q. Have you ever had a personal relationship with
12   Donald Trump?
13   A. What do you mean by "personal relationship,"
14   sir?
15   Q. Have you socialized with him?
16   A. Yes, sir.
17   Q. Yes?
18   A. Yes, sir.
19   Q. Have you ever socialized with Donald Trump in
20   the presence of females under the age of 18?
21   A. Though I'd like to answer that question, at
22   least today I'm going to have to assert my Fifth, Sixth
23   and 14th Amendment Right, sir.
24   Q. Have you socialized with Alan Dershowitz?
25   A. Yes, sir. He's my attorney, as well as a

Page 90

1    friend.
2    Q. Have you ever socialized with Alan Dershowitz
3    in the presence of females under the age of 18?
4       MR. PIKE: Form.
5       THE WITNESS: Sir, at least here today, I'm
6    going to have to assert my Fifth Amendment, Sixth
7    Amendment and 14th Amendment Rights.
8    BY MR. SCAROLA:
9    Q. Have you ever socialized with Tommy Mottola?
10   A. This is the type of questions where people who
11   have nothing to do with this case whatsoever have been
12   brought into the case by Mr. Edwards in an attempt to
13   simply imperil my relationships with social friends and
14   serves as an example of why this case has been brought
15   against Mr. Edwards and his firm, sir.
16      MR. PIKE: Form as well.
17   BY MR. SCAROLA:
18   Q. Well, do you know who brought those persons'
19   names into this lawsuit?
20      MR. PIKE: Form.
21      And just to be clear, what Mr. Scarola, I
22   believe, talking about this lawsuit, Epstein versus
23   RRA?
24   BY MR. SCAROLA:
25   Q. Yes, sir, that's the lawsuit I'm talking

Page 91

1    about. The one in which your deposition is being taken
2    today.
3    Do you know who brought those persons' names
4    into this lawsuit?
5    A. As a reaction, and only as a reaction to total
6    misbehavior on Mr. Edwards' part, and the Complaint was
7    obviously written by my attorneys, sir.
8    Q. So you know that those names are in your
9    Complaint, right?
10   A. Yes, sir.
11   Q. Okay. So because those names are in your
12   Complaint, I'm asking you about the people you named.
13   Have you had a social relationship with Tommy
14   Mottola?
15   A. The names in my Complaint are strictly as a
16   reaction to the abusive discovery process by
17   Mr. Edwards, his partners, Scott Rothstein, who sits in
18   jail, in an attempt to imperil my friendships.
19   But, yes, I have socialized with Mr. Mottola.
20   Q. Have you ever socialized with Mr. Mottola in
21   the presence of females under the age of 18?
22      MR. PIKE: Form.
23      THE WITNESS: At least today, the typical to
24   the Edwards contention of bringing cases of a
25   malicious nature where his partner sits in jail for

Page 92

1    this -- just this type of behavior, the answer is,
2    today, at least, I must assert my Fifth, Sixth and
3    14th Amendment Right, though I'd like to answer
4    each and every one of your questions, Mr. Scarola.
5    BY MR. SCAROLA:
6    Q. Have you had a social relationship with David
7    Copperfield?
8    A. As a reaction to, once again, the abusive
9    discovery process of bringing in names of people that
10   have absolutely nothing to do with any of Mr. Edwards',
11   Mr. Rothstein's or their clients' claims, by bringing in
12   the names of friends of mine strictly in an attempt to
13   stress my relationships, imperil my business
14   relationships, I'm going to say, yes, I do know
15   Mr. Copperfield.
16   Q. Have you ever socialized with David
17   Copperfield?
18   A. Again, as --
19      MR. PIKE: Form.
20      THE WITNESS: Sorry.
21      It's a typical Edwards/Rothstein strategy of
22   trying to involve well-known people in maliciously
23   fabricated cases in order to fleece investors out
24   of millions of dollars. They brought up names in
25   attempts at abuse of discovery process to try and

23 (Pages 89 to 92)

(561) 832-7500    PROSE COURT REPORTING AGENCY, INC.    (561) 832-7506

Electronically signed by Sandra Townsend (401-377-676-2895)
Electronically signed by Sandra Townsend (401-377-676-2895)    1ddcfb84-b324-4437-a670-765e29067145

Page 16

IN THE CIRCUIT COURT OF THE 15th JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

CASE No. 502008CA037319XXXXMB AB

B.B.,

    Plaintiff,

-vs-

JEFFREY EPSTEIN,

    Defendant.
_____

CONTINUED DEPOSITION OF JEFFREY EPSTEIN

VOLUME II

Thursday, October 8, 2009

10:07 - 1:03 p.m.

250 South Australian Avenue
Suite 1400
West Palm Beach, Florida 33401

Reported By:
Jeana Ricciuti, RPR, FPR, CLR
Notary Public, State of Florida
Prose Court Reporting Agency, Inc.

(561) 832-7500   PROSE COURT REPORTING AGENCY, INC.   (561) 832-7506

Electronically signed by Jeana Ricciuti (601-280-428-9381)
Electronically signed by Jeana Ricciuti (601-280-428-9381)
a41caccd-2433-45cb-b5a2-c08425252f79

Page 121

1  respect to the charges brought against you in Palm Beach
2  for having sex with underaged girls and soliciting
3  underaged girls for prostitution?
4           (Interruption in the proceedings.)
5           MR. GOLDBERGER:  Thank you.
6           Hey Kathy, it's Jack Goldberger.  You're back
7      on.
8           MS. EZELL:  Okay, good.  Thanks, Jack.
9           MR. GOLDBERGER:  Okay.
10          MS. EZELL:  I'm putting the mute on.
11          MR. GOLDBERGER:  Okay.
12          THE WITNESS:  Can you read me the question?
13          MR. KUVIN:  Sure.  Could you read it back,
14      please?
15          (A portion of the record was read by the
16     reporter.)
17          THE WITNESS:  No.
18     BY MR. KUVIN:
19          Q.  Isn't it true that you pledged $30 million to
20     Harvard University in 2003, which is shortly before
21     charges were brought against you in Palm Beach?
22          A.  I'll answer that question the same way I've
23     answered most of your other questions here today, which
24     is, I fully intend to respond to all relevant questions
25     regarding this lawsuit; however, at the present time, my

Electronically signed by Jeana Ricciuti (601-280-428-9381)
Electronically signed by Jeana Ricciuti (601-280-428-9381)                                         a41caccd-2433-45cb-b5a2-c08425252f79

Page 122

1  attorneys have counseled me I cannot provide answers to
2  any questions relevant to this lawsuit.  I must accept
3  this advice or risk losing my 6th Amendment right to
4  effective representation.  Accordingly, I assert my
5  federal constitutional rights as guaranteed by the 5th,
6  6th and 14th Amendment to the US Constitution.
7       Q.   And isn't it true also that you have retained
8  Alan Dershowitz to defend you in the criminal charges
9  that were brought against you in Palm Beach?
10           MR. GOLDBERGER:  Attorney-client.
11           MR. PIKE:  Attorney-client, work product.
12  BY MR. KUVIN:
13       Q.   Isn't it also true that Alan Dershowitz works
14  on staff at Harvard University as a professor?  I mean,
15  if you know.
16       A.   I'm going to answer that question like I've
17  answered most of your other questions here today, which
18  is, I fully intend to respond to all relevant questions
19  regarding this lawsuit; however, at the present time, my
20  attorneys have counseled me I cannot provide answers to
21  any questions that may be relevant to this lawsuit.  I
22  must accept this advice or risk losing my 6th Amendment
23  right to effective representation.  Accordingly, I
24  assert my federal constitutional rights as guaranteed by
25  the 5th, 6th and 14th Amendment to the US Constitution.

(561) 832-7500     PROSE COURT REPORTING AGENCY, INC.     (561) 832-7506

Electronically signed by Jeana Ricciuti (601-280-428-9381)
Electronically signed by Jeana Ricciuti (601-280-428-9381)                                a41caccd-2433-45cb-b5a2-c08425252f79