# EXHIBIT 25

# JEGE, INC.
# PASSENGER MANIFEST

Registration Number: N908JE  Type: B-727-31  Pilots: Dave Rodgers, Larry Visoski
Flight Engineer: Larry Morrison

DATE: 2-3, 2005  FROM: CMH  TO: PBF

Departure Time: 10:53 PM  Arrival Time: 12:40 PM  Trip Number: 318

**PASSENGERS**

1. Jeffrey Epstein
2. Sarah Kellen
3. Nadia Marcinkova
4. Jean Luc Brunel
5. David Mullen
6. female
7. female
8. female
9.
10.
11.
12.
13.
14.
15.
16.
17.
18.
19.

**FROM Identifier Defined**
City: Columbus
State or Country: OH

**TO Identifier Defined**
City: West Palm Beach
State or Country: FL

Nautical Miles: 810
Statute Miles: 931
Gallons: ✓
Pounds: 16885

**AIRFRAME**
33059.0
Flight Time: 1 +47   1.8
33060.8

Altitude FL:
20.                         Night   1.8
21.                         T/L     1/1
22.                         IMC     .8
23.                         Approach
24.
25.
26.
SAO01561

# JEGE, INC.
## PASSENGER MANIFEST

Registration Number: N908JE   Type: B-727-31   Pilots: ~~Dave Rodgers~~, Larry Visoski, Bill Hammond
Flight Engineer: Larry Morrison

DATE: 3-18, 2005   FROM: KJFK   TO: KPBI
Departure Time: 10:02 PM   Arrival Time: 12:48 AM   Trip Number: 331

PASSENGERS

1. Jeffrey Epstein
2. Ghislaine Maxwell
3. Dana Burns
4.
5.
6.
7.
8.
9.
10.
11.
12.
13.
14.
15.
16.
17.
18.
19.

FROM Identifier Defined
City: New York
State or Country: NY

TO Identifier Defined
City: West Palm Beach
State or Country: FL
Nautical Miles: 894
Statute Miles: 1028
Gallons: 3435
Pounds: 23013
Flight Time: 2+40
Altitude FL: 330

AIRFRAME
33084.1
2.7
33086.8

20.    Night
21.    T/L  1/1
22.    IMC
23.    Approach
24.
25.
26.

SAO01570