# EXHIBIT 26



| Date 2005 | Aircraft Make and Model | Aircraft Identification Mark | From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category... AIRPLANE | GLIDER | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| JAN 8 | G-1159B | N909JE | PBI | RSW | | 1752 | LV | | 6 | | |
| 8 | '' | '' | RSW | PBI | | 1753 | LV | 1/1 | 6 | | |
| 11 | B-727-31H | N908JE | PBI | TEST | | 310 | JE, NM, SK    LV LM | | 25 | | |
| 14 | '' | '' | TEST | PBI | | 311 | JE, NM, SK    LV LM | | 28 | | |
| 27 | '' | '' | PBI | TEST | | 315 | JE, NM, ANDREA    LV LM | | 23 | | |
| 31 | '' | '' | TEST | JFK | | 316 | JE, NM, SK, DB ANDREA MUNCENSKIA  LV LM | | 38 | | |
| FEB 3 | '' | '' | JFK | CMH | | 317 | JE, DM, JLB, NM, SK, DANA BURKE LV LM | | 14 | | |
| 3 | '' | '' | CMH | PBI | | 318 | JE, DM, JLB, NM, SK  LV LM | 1/1 | 22 | | |
| 7 | '' | '' | PBI | JFK | | 319 | JE, DM, NM, SK  LV LM | | 25 | | |
| 10 | G-1159B | N909JE | PBI | PBI | | 1754 | NOEL, BIGGEN   PETE RATHGEB | 1/1 | 11 | | |
| 19 | '' | '' | PBI | TEST | | 1755 | COLLEEN   GR | 1/1 | 24 | | |
| 19 | '' | '' | TEST | PBI | | 1756 | GM, EVA ANDERSSON, CELENA + MYA DUBEN, CRESCENLA VALDEZ GR | 1/ | 27 | | |
| 24 | B-727-31H | N908JE | PBI | PBI | | 324 | BELL HAMMOND  LV LM | | 5 | | |
| MAR 1 | '' | '' | PBI | JFK | | 325 | JE, NM, ANDREANA MUCENSKA DB, DM  LV LM | 1/1 | 24 | | |
| 6 | B-727-200 | SIMULATOR | MIA | MIA | | | HOLDING, STEEP TURNS, STALLS, RTO, V1 CUT, 2GO, 1GO, RICK MONVOR - INST. | | 20 | | |
| 7 | '' | '' | MIA | MIA | | | RTO, STEEP TURNS, STALLS, 1GO, 2GO, ROY BAEZANA CIRCLING APPROACH, EVALUATION  VRDG | | 25 | | |
| 8 | G-1159B | N909JE | PBI | SAN | | 1759 | GM   BILL MURPHY | 1/ | 56 | | |
| 13 | '' | '' | SAN | MDW | | 1760 | GM   BM | 1/ | 35 | | |
| 14 | '' | '' | MDW | TEB | | 1761 | GM   BM | 1/1 | 17 | | |

I certify that the statements made by me on this form are true.

Pilot's Signature _David Rodgers_

| | | | |
|---|---|---|---|
| Page Total | 9/6 | 43 1 | |
| Amount Forward | 8794 8407 | 9673 9 | 3 3 12-1 1 |
| Total to Date | 8803 8413 | 9717 0 | 3 3 12-1 4 |



| Date 2005 | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | | Number of Landings | Aircraft Category... AIRPLANE | GLIDER | HELI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MAR 24 | B-727-31H | N908JE | JFK | TEST | | 333 | JE,NM,SK,DB,DM | LV | | 3 6 | | |
| 29 | " | " | TIST | JFK | | 334 | JE,NM,SK,DM,DB | BH | | 3 7 | | |
| 31 | " | " | JFK | PBI | | 335 | JE,GM,DB | BH LM | 1/1 | 2 8 | | |
| APR 1 | G-1159B | N909JE | SAV | PBI | | 1766 | | LV LM | | 1 2 | | |
| 5 | " | " | PBI | PDK | | 1767 | G-M | LV LM | | 1 6 | | |
| 5 | " | " | PDK | TEB | | 1768 | G-M | LV | 1/1 | 1 8 | | |
| 6 | B-727-31H | N908JE | PBI | JFK | | 336 | JE,DB,DM,SK ADREANA MUCINSKA | LV | 1/ | 2 5 | | |
| 29 | G-1159B | N909JE | PBI | TIST | | 1773 | JE,MS,VC, TATIANNA ADREANA MUCINSKA | LV LM | 1/1 | 2 3 | | |
| MAY 4 | " | " | TIST | TEB | | 1774 | JE,AM,NM,VC | LV | | 4 1 | | |
| 6 | " | " | TEB | PBI | | 1775 | JE,AM,DM,NM,SK | BH LM LV | 1/1 | 2 5 | | |
| 10 | " | " | PBI | TEB | | 1776 | JE,DB,DM,SK | LV | | 2 6 | | |
| 12 | B-727-31H | N908JE | JFK | TEST | | 339 | JE,AM,DM,NM,DB | LV | 1/1 | 3 6 | | |
| 16 | " | " | TIST | JFK | | 340 | JE,NM,DB,DM,AM | BH | 1/ | 3 1 | | |
| 19 | G-1159B | N909JE | TEB | PBI | | 1777 | JE,AM,SK | BH LV | | 3 3 | | |
| 24 | " | " | PBI | TEB | | 1778 | JE,AM,SK | BH | 1/ | 2 5 | | |
| JUN 1 | " | " | PBI | TEB | | 1781 | JE,AM,NM | LV | | 2 6 | | |
| 15 | B-727-200 | SIMULATOR | MIA | MIA | | | RICK MONNAR - INSTRUCTOR | LV | 1/1 | 2 5 | | |
| 15 | " | " | " | " | | | REY BARZANA - VRIDE | | | 2 0 | | |
| JUN 21 | G-1159B | N909JE | TEB | PBI | | 1796 | JE,DB,SK | LV | | 2 0 | | |
| | | | | | | | | LV | V | 2 4 | | |

I certify that the statements made by me on this form are true.

Pilot's Signature ___David Rodgers___

| | | |
|---|---|---|
| Page Total | 10/6 | 50 4 |
| Amount Forward | 6803 6413 | 9717 0   3 3 |
| Total to Date | 6913 6419 | 9767 4   3 3 |

| Date 19— 2001 | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category... AIRPLANE | | GLIDER | HELICOP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JUL 16 | G-1159B | N909JC | CPS | SAF | | 1521 | REPOSITION - PITOT STATIC LEAK   GARY ROXBURGH | 1/1 | 2 | 2 | | |
| 16 | " | " | SAF | TEB | | 1528 | JC, ES, GM, VR   GARY ROXBURGH | 1/1 | 2 | 2 | | |
| 23 | " | " | PBI | TIST | | 1530 | JC, SHELLEY LEWIS | 1/1 | 3 | 5 | | |
| 28 | " | " | TIST | PBI | | 1531 | JC, REDACTED- Jane Doe No. 3 | 1/1 | 2 | 5 | | |
| 29 | " | " | PBI | ISP | | 1532 | JC | 1/1 | 2 | 6 | | |
| 29 | " | " | ISP | TEB | | 1533 | JC | 1/1 | 2 | 5 | | |
| AUG 2 | " | " | TEB | PBI | | 1534 | JC, GM, ES, 1 FEMALE | 1/ | | 7 | | |
| 3 | B-727-31 | N908JC | JAX | PBI | | | MIKE DONOVAN IN RIGHT SEAT | 1/1 | 2 | 4 | | |
| 4 | B-727-100 | PANAM SIMULATOR | MDB | MIA | | | NIGHT CURRENCY | 4/4 | 1 | 4 | | |
| 5 | G-1159B | N909JC | PBI | TEB | | 1535 | JC, GM, AP, ES, TAYLOR | 1 | 1 | 0 | | |
| 5 | " | " | TEB | PBI | | 1536 | NO PASSENGERS | 1/1 | 2 | 6 | | |
| 7 | B-727-31 | N908JC | PBI | LGA | | 1 | | | 2 | 3 | | |
| 7 | " | " | LGA | ABQ | | 2 | JC, GM, ES, AP, 2 FEMALES   MIKE DONOVAN | 1/1 | 2 | 6 | | |
| 14 | C-421B | N908GM | PBI | JAN | | | JONATHAN MANO - INSTRUMENT COMPETANCY CHECK SATISFACTORY | 1/1 | 4 | 0 | | |
| 14 | " | " | JAN | AMA | | | JONATHAN MANO - LOA WITH GS 15 KNOT XWIND LANDING | 1/1 | 3 | 9 | | |
| 14 | " | " | AMA | OEO | | | JONATHAN MANO- | 1/1 | 3 | 6 | | |
| 15 | " | " | OEO | ABQ | | | JONATHAN MANO-HIGH DENSITY ALTITUDE OPERATIONS | 1/1 | 1 | 7 | | |
| 15 | " | " | ABQ | ZUERO | | | JONATHAN MANO - SHORT FIELD AIRPORT OPERATIONS | 1/1 | | 5 | | |
| 16 | B-727-31 | N908JC | ABQ | PBI | | 6 | JC, GM, ES, AP, FLIGHT, JONATHAN MANO | 1/1 | 3 | 8 | | |

I certify that the statements made by me on this form are true.

Pilot's Signature _David Rodger_

| | | | | |
|---|---|---|---|---|
| Page Total | 20/17 | 44 | 5 | | |
| Amount Forward | 6430 6162 | 8283 1 | | 3 3 | 112 6 |
| Total to Date | 6450 6119 | 8327 6 | | 3 3 | 112 1 |

| Date 2000 | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival | | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category... | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | From | To | | | | | AIRPLANE | GLIDER | HELICOPTER |
| NOV 19 | G-1159B | N908JE | BED | TEB | | 1418 | JE, SHELLEY LEWIS | | 1 1 | |
| 22 | " | " | TEB | DCA | | 1419 | JE, AP, SHELLEY LEWIS | 1/1 | 1 0 | |
| 22 | " | " | DCA | PBI | | 1420 | JE, AP, SHELLEY LEWIS | 1/1 | 2 2 | |
| 28 | " | " | PBI | TIST | | 1421 | JE, GM | | 2 4 | |
| 30 | " | " | TIST | PBI | | 1422 | JE, GM | 1/1 | 2 7 | |
| DEC 1 | " | " | PBI | DFW | | 1423 | JE, GM | 1/1 | 2 7 | |
| 1 | " | " | DFW | ABQ | | 1424 | JE, GM, RICARDO LEGORETTA | 1/1 | 1 8 | |
| 2 | " | " | ABQ | SAF | | 1425 | REPOSITION | 1/1 | 5 | |
| 2 | " | " | SAF | TEB | | 1426 | JE, GM | | 3 5 | |
| 5 | " | " | TEB | LFPB | | 1427 | JE, GM, ET, KELLY SPAMM | /1 | 6 8 | |
| 6 | " | " | LFPB | EGGW | | 1428 | JE, GM, ET, KELLY SPAMM | | 1 0 | |
| 7 | " | " | EGGW | EGYM | | 1429 | JE, GM, KELLY SPAMM, TOM PRITZKER FEMALE (MARHAM AIR FORCE BASE) | | 5 | |
| 7 | " | " | EGYM | EGSH | | 1430 | REPOSITION SANDRINGHAM (NORWICH, ENGLAND) | | 4 | |
| 9 | " | " | EGSH | CYQX | | 1431 | JE, GM, ET, KELLY SPAMM (BLOWING SNOW ON RUNWAY) | | 5 0 | |
| 9 | " | " | CYQX | PBI | | 1432 | JE, GM, ET, KELLY SPAMM | | 4 7 | |
| 11 | " | " | PBI | TEB | | 1433 | JE, GM, ET, DOE 3 | 1/1 | 2 6 | |
| 14 | " | " | TEB | TIST | | 1434 | JE, GM, AP, DOE 3 | 1/1 | 3 5 | |
| 14 | " | " | TIST | PBI | | 1435 | REPOSITION FOR OPS 2 +TCAS | | 2 4 | |
| JAN 13 | " | " | PBI | PBI | | 1436 | TCAS CERTIFICATION | 1/1 | 7 | |

I certify that the statements made by me on this form are true.

Pilot's Signature _David Rodgers_

| | | |
| --- | --- | --- |
| Page Total | 9/10 | 455 |
| Amount Forward | 6342 6024 | 7991 9 | 3 3 | 112 | 6 |
| Total to Date | 6351 6034 | 8037 4 | 3 2 | 112 | 6 |

| Date 19__ 2001 | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category... AIRPLANE | GLIDER | HELICOPTER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 21 | B-727-200 | SIMULATOR | DFW | DFW | | | RUNAWAY STABILIZER, MANUAL GEAR EXTENSION, ENGINE FUEL DUMPING, RTO BRAKE COOLING, BAT SYSTEMS | | 2 5 | | |
| 22 | " | SIMULATOR | MGM | MGM | | | STEEP TURNS, STALLS, SINGLE ENGINE G.O. AROUND, 1 & 2 ENGINE APPROACHES, RTO, START MALFUNCTION | | 2 5 | | |
| 23 | " | " | " | " | | | B727 CHECK RIDE | | 2 4 | | |
| 23 | C-421B | N908GM | DFW | ADS | | | JONATHAN MANO - HIGH DENSITY AIRPORT OPERATIONS, | 1/1 | 6 | | |
| 23 | " | " | ADS | PNS | | | JONATHAN MANO - SID, ICING OPERATIONS, FUEL MANAGEMENT, PERFORMANCE CHARTS | 1/ | 3 2 | | |
| 23 MAR | " | " | PNS | PBI | | | JONATHAN MANO - LOST COMMUNICATIONS PROCEDURES, WEIGHT & BALANCE | | 3 1 | | |
| 3 | " | " | PBI | LCQ | | | KRISTY RODGERS - CLIMBS, DESCENTS, STRAIGHT & LEVEL FLIGHT | | 1 9 | | |
| 3 | " | " | LCQ | LAL | | | KRISTY RODGERS - TURNS, STRAIGHT + LEVEL | | 1 3 | | |
| 3 | " | " | LAL | PBI | | | KRISTY RODGERS - DESCENTS, S+L | | 1 1 | | |
| 5 | G-1159B | N909JE | PBI | CYJT | 1464 | | JG, GM, GT, DOE 3    GARY ROXBURGH | | 2 8 | | |
| 6 | " | " | CYJT | LFPB | 1465 | | JG, GM, GT, DOE 3    GARY ROXBURGH | | 5 3 | | |
| 6 | " | " | LFPB | LGGR | 1466 | | JG, GM, GT, D3 ALBERTO + LINDA PINTO, 1 CLIMB, RICARDO LGGR GT'P F.C.S | 1/1 | 2 5 | | |
| 9 | " | " | LEGR | GMTT | 1467 | | JG, GM, GT, D3 ALBERTO + LINDA PINTO LGGR MUS | 1/1 | 8 | | |
| 11 | " | " | GMTT | EGGW | 1468 | | JG, GM, GT, DOE 3    RGR | 1/ | 2 8 | | |
| 11 | " | " | EGGW | BGR | 1469 | | JG, GM, GT, DOE 3    RGR | | 6 6 | | |
| 14 | C-421B | N908GM | BGR | TCB | 1470 | | JG, GM, GT, DOE 3    RGR | | 1 2 | | |
| 14 | " | " | PBI | FLL | | | LARRY MORRISON-TAXI ENG, S+L, CLIMBS, DESCENTS, TURNS | 1/1 | 6 | | |
| 15 | G-1159B | N909JE | FLL | PBI | | | LARRY MORRISON, CLIMBING + DES CGWOBA, TURNS S+L | 1/1 | 8 | | |
| | | | TCB | ISP | 1471 | | JG, GM, AP, ALEXES WALLACE, BBW, KULCK ROFLU    RGR | 1/1 | 6 | | |

I certify that the statements made by me on this form are true.

Pilot's Signature _David Rodgen_

| | | | | |
|---|---|---|---|---|
| Page Total | 8/7 | 43 | 6 | |
| Amount Forward | 636 6043 | 8089 | 8 | 3 3 112 6 |
| Total to Date | 6269 6050 | 8133 | 4 | 3 3 112 6 |

| Date 19__ 2001 | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival | | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category... | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | From | To | | | | | AIRPLANE | GLIDER | HELICOP. |
| Mar 15 | G-1159B | N909JG | ISP | LCQ | | 1472 | JG, GM, AP, ALEX FB WALLBERT, RGR BANU KUCUKKOYLU | 1/1 | 2 | 6 | |
| 15 | ,, | ,, | LCQ | PBI | | 1473 | JG, GM, AP, AW, BK          RGR | 1/1 | | 9 | |
| 16 | ,, | ,, | PBI | IAIA | | 1474 | JG GM, AP, AW, BK, CHERI LYNCH RGR | 1/1 | | 7 | |
| 16 | ,, | ,, | MFA | TIST | | 1475 | JG, GM, RF, AW, BK, CL, ED TUTTLE RGR | 1/ | 2 | 3 | |
| 19 | ,, | ,, | TIST | LGA | | 1476 | JG, GM, AP, AW, BK, CL, ETUTLE RGR | 1/ | 3 | 8 | |
| 22 | ,, | ,, | LGA | PBI | | 1477 | JG, GM, ET, JOE PAGANO, EVA, CELINA, JORDIN DUBIN, MYA DUBIN & NANNY AW KRISTY RODGERS - SEL, TURNS | 1/1 | 2 | 4 | |
| 23 | C-424B | N908GM | PBI | OPF | | | KRISTY RODGERS - SEL, TURNS | 1/1 | | 6 | |
| 23 | ,, | ,, | OPF | ELL | | | JONATHAN MAND - ILS - PBI | 1/1 | | 4 | |
| 23 | ,, | ,, | FLL | PBI | | | JONATHAN MAND - IFR CROSS COUNTRY STAR, CROSSING RESTRICTIONS, | | | 6 | |
| 24 | ,, | ,, | PBI | ISM | | | JONATHAN MAND - IFR CROSS COUNTRY ATC MISCOMMUNICATIONS. | 1/1 | 1 | 0 | |
| 24 | ,, | ,, | ISM | PBI | | | JG, GM, ET, D3 2 FG MAUGS, BANU RGR KUCUKKOYLU | 1/1 | 1 | 1 | |
| 27 | G-1159B | N909JG | PBI | TEB | | 1478 | JG, GM, AP, D3 BK, MARVEN MENSKY, HENRY JARECKI | 1/1 | 2 | 5 | |
| 29 | ,, | ,, | TEB | SAF | | 1479 | JG, GM, AP, D3 NADLA BJORLIN, HENRY JARECKI, MARVEN MENSKY | | 4 | 1 | |
| 31 | ,, | ,, | SAF | PBI | | 1480 | JG, GM, AP | 1/ | 3 | 3 | |
| APR 1 | ,, | ,, | PBI | LCQ | | 1481 | JG, GM, AP | 1/1 | 1 | 0 | |
| 1 | ,, | ,, | LCQ | TEB | | 1482 | JG, HEATHER MANN, LYDIA | | 2 | 1 | |
| 3 | ,, | ,, | TEB | GAI | | 1483 | JG, HEATHER MANN, LYDIA | 1/1 | | 9 | |
| 3 | ,, | ,, | GAI | TEB | | 1484 | JG, RHONDA | | | 8 | |
| 4 | ,, | ,, | TEB | BGD | | 1485 | | 1/1 | | 8 | |

I certify that the statements made by me on this form are true.

Pilot's Signature _David Rodger_

| | | |
|---|---|---|
| Page Total | 15/12 | 51 9 |
| Amount Forward | 6369 6650 | 8133 4  3 3 112 6 |
| Total to Date | 6384 6062 | 8165 3  3 3 112 6 |

| Date 19__ 2001 | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival | | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category... | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | From | To | | | | | AIRPLANE | | GLIDER | | HELICOPTER | |
| 4-2 | B727-31 | N505LS | LCQ | PBI | | | REPOSITION          GEORGE WALKERTON | 1 | 1 | 0 | | | | |
| 6-1 JUN | G-1159B | N909JG | TEB | PBI | | 1509 | JG, GM, GT, AP, BANU KUCUK KOYLU | 1/1 | 2 | 6 | | | | |
| 3 | '' | '' | PBI | TIST | | 1510 | JG, DOE 3      , BANU KUCUKKOYLU | 1/1 | 2 | 4 | | | | |
| 5 | '' | '' | TIST | TEB | | 1511 | JG, D3 BK | 1/1 | 3 | 8 | | | | |
| 8 | '' | '' | TEB | CYUL | | 1512 | JG, GM, NAOMI CAMPBELL, REBECCA WHITE, ANDRE LAVALLEE, ANNA MOLOVA, DAVID LENZO | 1/1 | 1 | 1 | | | | |
| 12 | '' | '' | CYUL | TEB | | 1513 | REPOSITION (APU BLEED AIR DUCT) | 1/1 | 1 | 1 | | | | |
| 12 | '' | '' | TEB | PBI | | 1514 | JG | 1/1 | 2 | 3 | | | | |
| 13 | '' | '' | PBI | TEB | | 1515 | JG, CAROL | 1/1 | 2 | 4 | | | | |
| 15 | '' | '' | TEB | PBI | | 1516 | JG, GM, SHERIDAN, CAROLYN, 1 FEMALE | | 2 | 3 | | | | |
| 18 | '' | '' | PBI | TEB | | 1517 | JG, GM, 1 FEMALE | 1/1 | 2 | 5 | | | | |
| 22 | '' | '' | TEB | LFPO | | 1518 | JEFFREY, GM, CRISTALLE WASCHG, EKATERENA GRINEVA | 1/1 | 7 | 0 | | | | |
| 23 | '' | '' | LFPO | LFMN | | 15A | JG, GM, 1 FEMALE | 1/1 | 1 | 2 | | | | |
| 25 | '' | '' | LFMN | LIML | | 1520 | JG, GM, 1 FEMALE | 1/1 | | 7 | | | | |
| 26 | '' | '' | LFML | LFPB | | 1521 | JG, GM | 1/1 | 1 | 4 | | | | |
| 28 | '' | '' | LFPB | LPAZ | | 1522 | JG, GM, ET, ED TUTTLE | 1/1 | 3 | 9 | | | | |
| 28 | '' | '' | LPAZ | TIST | | 1523 | JG, GM, ET, ED TUTTLE | | 6 | 0 | | | | |
| JUL 4 | '' | '' | TIST | PBI | | 1524 | JG, AP, D3, 1 FEMALE | 1/1 | 2 | 5 | | | | |
| 8 | '' | '' | PBI | TEB | | 1525 | JG, GM, ET, AP, D3, SHERIDAN GIBSON BUTTE, 1 FEMALE      GARY ROX | 1/1 | 2 | 7 | | | | |
| 11 | '' | '' | TEB | CPS | | 1526 | JG, GM, ET, D3      GARY ROXBURGH | | 2 | 3 | | | | |

I certify that the statements made by me on this form are true.

Pilot's Signature _David Rodgers_

| | | | | | |
|---|---|---|---|---|---|
| Page Total | 16/14 | 49 | 2 | | |
| Amount Forward | 6414 / 6088 | 8233 | 9 | 3 3 | 112 6 |
| Total to Date | 6430 / 6102 | 8283 | 1 | 3 3 | 112 6 |

| Date 19— 2004 | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | | Number of Landings | Aircraft Category... AIRPLANE | GLIDER | HELICO... |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JAN 20 | B-727-31H | N908JE | PBI | JFK | | 243 | JE, BT, NM, SK, TD | LV LM | | 2 6 | | |
| 23 | " | " | JFK | PBI | | 244 | JE, BT CHAUNTAE DAVIES, TD, NM, ANDREA METROUTCH | LV LM | | 2 6 | | |
| 26 | G-1159B | N909JE | PBI | TEB | | 1691 | JE, BT, NM, TD | LV | 1/ | 2 4 | | |
| 28 | " | " | TEB | TIST | | 1692 | JE, BT, NM, SK, TD | LV | | 3 6 | | |
| FEB 2 | " | " | TIST | TEB | | 1693 | JE, BT JLB, NM, TD, SK, ALENE WEBER | LV | 1/ | 4 1 | | |
| 5 | " | " | TEB | BED | | 1694 | | LV | | 8 | | |
| 5 | " | " | BED | TEB | | 1695 | ALAN DERSHOWITZ | LV | | 1 1 | | |
| 5 | " | " | TEB | PBI | | 1696 | JE, AD, SK | LV | | 2 6 | | |
| 9 | B-727-31H | N908JE | PBI | JFK | | 245 | JE, BT, SK, | GR LM | 1/ | 2 5 | | |
| 12 | " | " | JFK | LFPB | | 246 | JE, GM, JLB, ALENE WEBER, NINA KEITA | LV LM | | 7 0 | | |
| 17 | " | x | LFPB | BGR | | 247 | JE, GM, JLB, NM, TD, AW | LV LM | | 6 9 | | |
| 17 | " | " | BGR | JFK | | 248 | JE, GM, JLB, TD, NM, AW | LV LM | | 1 5 | | |
| 19 | " | " | JFK | PBI | | 249 | JE, BT, NM, SK, TD, | LV LM | | 2 4 | | |
| 22 | " | " | PBI | JFK | | 250 | JE, BT, NM, TD, AW | LV LM | 1/ | 3 0 | | |
| 24 | " | " | JFK | MRY | | 251 | JE, SK, TD, NM, FOREST SAWYER | LV LM | | 5 9 | | |
| 27 | " | " | MRY | VNY | | 252 | JE, NM, SK, TD | LV LM | 1/1 | 8 | | |
| 29 | " | " | VNY | ABQ | | 253 | JE, NM, SK, TD | LV LM | | 1 6 | | |
| MAR 1 | " | " | ABQ | JFK | | 254 | JE, GM, NM, SK, TD | LV LM | 1/ | 3 4 | | |
| 3 | " | " | JFK | PBI | | 255 | JE, NM, TD, VALDSON COTREN | LV LM | | 2 5 | | |

I certify that the statements made by me on this form are true.

Pilot's Signature _David Rodgers_

| | | | |
|---|---|---|---|
| Page Total | 6/1 | <73 | |
| Amount Forward | 6744 6375 | 9331 5 | 3 3 125 0 |
| Total to Date | 6750 6376 | 9389 8 | 3 3 125 0 |