# EXHIBIT 27

| Date 1997 DEC | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival - From | Points of Departure & Arrival - To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category... AIRPLANE | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 14 | G1159B | N908JE | PBI | TEB | | 1056 | JE, GLEN, EVA, CELINA, JORDAN DUBIN, NANNY, 2 FEMALES | 1/1 | 2 | 1 | | |
| 17 | " | " | TEB | BCT | | 1057 | JE, MANDY ELLISON, GWENDOLYN BECK, WARREN SPECTOR, JIMMY + MRS CAYNE, ET | | 2 | 5 | | |
| 17 | " | " | BCT | PBI | | 1058 | JE, MANDY ELLISON, GWENDOLYN BECK, EMMY TAYLOR | | | 1 | | |
| 1998 JAN 3 | " | " | PBI | TEB | | 1059 | JE, GM, ET, GLEN DUBIN, JIMMY + MRS CAYNE, WARREN WHITJET, MARGARIS WHITJET | | 2 | 3 | | |
| 8 | " | " | TEB | SAF | | 1060 | JE, GM, ET, DOUG SCHOETTLE | 1/ | 3 | 8 | | |
| 10 | " | " | SAF | PBI | | 1061 | JE, GM, ET, DOUG SCHOETTLE | 1/ | 2 | 7 | | |
| 13 | " | " | PBI | TEB | | 1062 | JE, GM, ET | 1/1 | 2 | 3 | | |
| 18 | " | " | TEB | PBI | | 1063 | JE, ET, 1 FEMALE | | 2 | 4 | | |
| 20 | " | " | PBI | TIST | | 1064 | JE, GM, ET, GWENDOLYN BECK, S'BREE | 1/ | 2 | 0 | | |
| 25 | " | " | TIST | TNCM | | 1065 | JE, GM, ET, MELINDA LUNZ, S'BREE, CRAPE | 1/1 | | 4 | | |
| 25 | " | " | TNCM | TEB | | 1066 | JE, GM, ET, ML, SC | 1/1 | 4 | 2 | | |
| 30 | " | " | TEB | PBI | | 1067 | JE | 1/1 | 2 | 3 | | |
| 31 | " | " | PBI | JAX | | 1068 | JE | 1/1 | | 8 | | |
| 31 | " | " | JAX | APF | | 1069 | JE, ELLEN SPENCER | 1/1 | | 8 | | |
| 31 | " | " | APF | PBI | | 1070 | JE, ELLEN SPENCER | 1/1 | | 4 | | |
| FEB 2 | " | " | PBI | TEB | | 1071 | JE, SOPHIE BIDDLE | | 2 | 2 | | |
| 6 | " | " | TEB | PBI | | 1072 | JE, GM, ET, SOPHIE BIDDLE, EVA, CELEN JORDAN, CELINA DUBIN | 1/1 | 2 | 6 | | |
| 9 | " | " | PBI | TEB | | 1073 | JE, GM, ET, CLAIRE HAZLEY, JOEL PASHCOW, 1 FEMALE, ALAN DERSHOWITZ, MANDY S. DUBIN+1 | 1/ | 2 | 4 | | |
| 12 | " | " | TEB | PBI | | 1074 | JE, GM, JOEL PASHCOW, LAUREN PASHCOW, ET, JIM + MRS CAYNE, WARREN SPECTOR | 1/ | 2 | 6 | | |

I certify that the statements made by me on this form are true.

Pilot's Signature: David Rodgers

Page Total: 14 / 8   38 9
Amount Forward: 5975 / 5721   7095 3
Total to Date: 5989 / 5729   7134 2