# EXHIBIT 28

Page 1

IN THE FIFTEENTH JUDICIAL CIRCUIT COURT
IN AND FOR PALM BEACH COUNTY, FLORIDA
CASE NO.: 502008CA037319 XXXX MB AB

B.B.,
    Plaintiff,
vs.
JEFFREY EPSTEIN,
    Defendant.
_____/

VOLUME I
VIDEO-TAPED DEPOSITION OF MICHAEL REITER
A WITNESS
TAKEN BY THE PLAINTIFF

DATE: November 23, 2009
TIME: 10:12 a.m. - 7:38 p.m.

Page 2

```
            I-N-D-E-X
 1
 2  November 23, 2009
 3  MICHAEL REITER
 4        DIRECT   CROSS   REDIRECT   RECROSS
 5
    By Mr. Kuvin    8            352
 6
    By Mr. Garcia        155          364
 7
    By Mr. Critton       190
 8
 9
10          EXHIBITS
11                  Marked
12
    Plaintiff's Exhibit No. 1        16
13  (Palm Beach PD Intelligence Report 11/28/04)
    Plaintiff's Exhibit No. 2        31
14  (Incident Reports)
    Plaintiff's Exhibit No. 3        99
15  (Letter to Barry Krischer)
    Plaintiff's Exhibit No. 4        131
16  (Photographs of El Brillo Way)
    Plaintiff's Exhibit No. 5        132
17  (Photo of 358 El Brillo Way)
    Defendant's Exhibit No. 6        218
18  (Subpeona Duces Tecum)
    Plaintiff's Exhibit No. 7        356
19  (Money Transfers)
    Plaintiff's Exhibit No. 8        357
20  (Flight Summary)
21  Certified Question: Page 160, Line 10
22
23
24  Letter to John Randolph, Esq.
25  Errata Sheets (to be forwarded upon completion)
```

Page 3

```
 1      The deposition of MICHAEL REITER, a witness in the
 2  above-entitled and numbered cause was taken before me,
 3  Vanessa G. Archer, Court Reporter, Notary Public for the
 4  State of Florida at Large, at 2925 PGA Boulevard, Palm Beach
 5  Gardens, Florida, on the 23rd day of November, 2009,
 6  pursuant to Notice in said cause for the taking of said
 7  deposition on behalf of the Plaintiff.
 8
 9      APPEARING ON BEHALF OF PLAINTIFF B.B.:
10         SPENCER T. KUVIN, ESQ.
           LEOPOLD-KUVIN, P.A.
11         2925 PGA Boulevard, Suite 200
           Palm Beach Gardens, Florida 33410
12
13      APPEARING ON BEHALF OF PLAINTIFFS' JANE DOES 2-8:
14         ADAM HOROWITZ, ESQ.
           MERMELSTEIN & HOROWITZ, P.A.
15         18205 Biscayne Boulevard, Suite 2218
           Miami, Florida 33160
16
17      APPEARING ON BEHALF OF PLAINTIFF C.A.
18         JACK HILL, ESQ.
           SEARCY, DENNEY, SCAROLA, BARNHART & SHIPLEY, P.A.
19         2139 Palm Beach Lakes Boulevard
           West Palm Beach, Florida 33409
20
21      APPEARING ON BEHALF OF PLAINTIFF:
22         ISIDRO GARCIA, Esq.
           GARCIA LAW FIRM, P.A.
23         The Harvey Building
           224 Datura Street, Suite 900
24         West Palm Beach, Florida 33401
25
```

Page 4

```
 1   APPEARING ON BEHALF OF DEFENDANT:
 2      ROBERT D. CRITTON, ESQ.
        BURMAN, CRITTON, LUTTIER & COLEMAN, LLP.
 3      515 North Flagler Drive, Suite 400
        West Palm Beach, Florida 33401
 4
 5      JACK GOLDBERGER, ESQ.
        ATTENBURY, GOLDBERGER, RICHARDSON & WEISS, P.A.
 6      250 South Australian Avenue, Suite 1400
        West Palm Beach, Florida 33401
 7
 8   APPEARING ON BEHALF OF WITNESS:
 9      JOANNE O'CONNOR, ESQ.
        JOHN RANDOLPH, ESQ.
10      JONES, FOSTER, JOHNSTON & STUBBS, P.A.
        505 South Flagler Drive, Suite 1100
11      West Palm Beach, Florida 33401
12
13   ALSO PRESENT: JEFFREY EPSTEIN
14
15   VIDEOGRAPHERS: MICHAEL D. DOWNEY
                    EDDIE GUERRERO
16                  VISUAL EVIDENCE
                    601 North Dixie Highway, Suite A
17                  West Palm Beach, Florida 33401
```

1 (Pages 1 to 4)

Page 53

1  And at what point did you learn that
2  Mr. Epstein, in fact, did become aware of the
3  investigation?
4      A  I think the point that I actually knew
5  that it was, it was reported to me by one of the
6  detectives that one of the victims had been
7  contacted by a private investigator that the
8  department believed was employed by a lawyer of --
9  employed by Mr. Epstein.
10     Q  On that topic, at some point did you
11 become aware that Mr. Epstein was actually
12 investigating you?
13         MR. CRITTON: Form.
14         THE WITNESS: Yes.
15 BY MR. KUVIN:
16     Q  Tell me about that?
17     A  Well I heard through various individuals
18 that one of his lawyers, Mr. Dershowitz, had been
19 contacting private investigators in the area to
20 perform background investigations on me. I know
21 that there was a public records law demand filed by
22 several private investigators on the Town of Palm
23 Beach for my personnel records. And I actually ran
24 into one of the private investigators very early
25 on -- you asked me when I first became aware --

Page 54

1      Q  Yeah.
2      A  -- that basically told me that. I also --
3  I mean I saw surveillance a number of times. I
4  didn't know precisely who had hired those persons,
5  but I mean I had surveillance for a fairly long
6  period of time.
7      Q  There was surveillance you noticed on you?
8      A  Yes.
9      Q  Do you know why?
10     A  No, no, I don't. It would be an
11 assumption. In general sense, you know, there's an
12 attack on the case and if that doesn't work there's
13 an attack on the investigators. I don't know. I
14 don't know. Shouldn't say that.
15         MR. CRITTON: Form, move to strike.
16 BY MR. KUVIN:
17     Q  You were working as a police officer for
18 twenty-eight years and then as a chief -- well --
19     A  And two years prior to that actually.
20     Q  Right. During your entire history as a
21 police officer, can you ever recall someone going to
22 that length? In other words, a suspect conducting
23 an investigation on you such as the lengths that
24 occurred in this case which include surveillance on
25 you?

Page 55

1      A  No.
2      Q  First time ever?
3         MR. CRITTON: Form.
4  BY MR. KUVIN:
5      Q  First time you can recall it going to this
6  extent?
7      A  The only time I ever recall anyone ever
8  going to this extent.
9      Q  How long were you aware there was
10 surveillance on you personally?
11     A  Well, you know, I just took the approach
12 that I have nothing to hide, and I just lived my
13 life so I tried not to look around every corner. I
14 felt like it was around three months.
15     Q  At any time during the investigation, did
16 you become aware that investigators were also
17 surveilling and investigating potential victims?
18     A  That had been reported to us by victims.
19 And the lead investigator in the case also felt like
20 he was being surveilled, people were picking up his
21 trash and so on.
22     Q  Is that Detective Recarey?
23     A  Yes.
24     Q  So there was a time that your officers
25 became aware it was being investigated on?

Page 56

1         MR. CRITTON: Form.
2         THE WITNESS: One officer, one detective.
3  BY MR. KUVIN:
4      Q  To the extent they were picking up his
5  trash?
6      A  Yes.
7      Q  Were you aware of that ever occurring in
8  your career to officers working under you?
9      A  I didn't say it never occurred to this
10 degree.
11     Q  Got you.
12     A  I think if you're asking the question do I
13 know of any other law enforcement officers who know
14 as part of their job somebody investigated them and
15 picked up their trash, not that I can specifically
16 recall.
17     Q  Okay.
18     A  Other than the police department itself,
19 we've had private investigators take trash at the
20 police department itself, we've caught people doing
21 that.
22     Q  Obviously at some point Mr. Epstein was
23 tipped off as to the investigation because of the
24 investigators that you became aware of. Did you
25 ultimately know how he became tipped off?

14 (Pages 53 to 56)

Page 101

1    MR. CRITTON: Form.
2    THE WITNESS: Well, early on I had -- when
3  I first told him about the case and I realized
4  that it was a serious case, there were multiple
5  victims, that the suspect was very well known,
6  I told him about it. And we were -- it was in
7  person, I talked to him after a meeting that he
8  and I were both involved in. And I had known
9  him to be a victim advocate and to protect the
10 rights of children. Well I know that he even
11 wrote a portion of the statute that addresses
12 those issues. And when I told him about it
13 originally he said let's go for it, this is an
14 adult male in his fifties who's had sexual
15 contact with children of the ages of the
16 victims. He said this is somebody who we have
17 to stop. And whatever we need, he said, in the
18 State Attorney's Office, we have a unit that's
19 equipped to investigate and prosecute these
20 kinds of cases. I think he probably mentioned
21 Lanna's name to me and anything that you need
22 and, you know, this is basically a case that
23 needs to be prosecuted.
24    And I didn't have too many facts early on
25 when I talked with him, but I knew that there

Page 102

1  were multiple victims and to our detectives
2  they were believable. So when time went on and
3  Mr. Epstein became aware of the investigation
4  and his lawyers contacted the State Attorney's
5  Office, they told me that.
6    And from that point on, and I believe it
7  was Mr. Dershowitz initially, the tone and
8  tenor of the discussions of this case with
9  Mr. Krischer changed completely. One point he
10 suggested that we write him a notice to appear
11 which would be for a misdemeanor. He just
12 completely changed from not only our first
13 conversation about this and he didn't know the
14 name Jeffrey Epstein, till when he had been
15 informed on Mr. Epstein's reputation and his
16 wealth, and I just thought that very unusual.
17   I feel like I know him or knew him very
18 well, the State Attorney, and I just felt like
19 he could not objectively make decisions about
20 this case; that is why I wrote it.
21 BY MR. KUVIN:
22   Q   Was there anything that you learned
23 through discussions with him that led you to believe
24 maybe his objectivity had been altered in some
25 regards; in other words, anything he told you

Page 103

1  directly?
2    MR. CRITTON: Form.
3    THE WITNESS: He told me that he had
4  conversations with Mr. Dershowitz. I know Roy
5  Black. At least the news media reporter was
6  involved in this and I think that he said that
7  he had a conversation with him. I think Roy
8  Black had another case with that circuit around
9  the same time and maybe even other lawyers that
10 represented Mr. Epstein, and they were
11 obviously discussing the case. And he
12 basically told me that he looked at Facebook
13 pages of some of the victims and that he felt
14 like they were incredible.
15   And I have never felt like prosecutions,
16 evidence should be weighed outside of the
17 judicial process. I just don't -- we wouldn't
18 cover our ears and eyes when a person under
19 investigation's lawyer would bring forward
20 exculpatory evidence, but on the other hand
21 we're not the weigher of fact in these things.
22 We reach the standard of probable cause and
23 beyond, and that's when a judge, or in this
24 particular case a State Attorney, should make
25 those decisions.

Page 104

1    And he had been meeting with them without
2  the presence of our investigators. I don't
3  mean he personally but at least -- probably he
4  personally but definitely members of his
5  office, and he hadn't been sharing that
6  information with us.
7    He hadn't, you know -- he characterized it
8  with me but he didn't show us the things, at
9  least not exhaustively, that had been given to
10 him by Mr. Epstein's attorneys. I just felt
11 like that was wrong. Those are the reasons.
12 BY MR. KUVIN:
13   Q   Have we exhausted the reasons why you felt
14 that this case, at least you put in your letter,
15 was the handling of this case was highly unusual?
16 Was there anything else that you felt was highly
17 unusual regarding the investigation?
18   A   Well the Dahlia Weiss being involved in
19 this case with her husband as a lawyer for -- I'm
20 not saying that anything happened there, but there's
21 certainly an appearance of impropriety. I felt like
22 that alone should have been reason enough. First of
23 all for her to be disqualified as soon as she became
24 aware that a law firm that -- not disqualified but
25 removed from the case as soon as she became aware

26 (Pages 101 to 104)

Page 105

1  that her husband's law firm had represented Mr.
2  Epstein.  And maybe even done damage to the point
3  that because that happened it should be handled by
4  another circuit.
5         This was a case that I felt
6  absolutely needed the attention of the State
7  Attorney's Office, that needed to be prosecuted in
8  state court.  It's not generally something that's
9  prosecuted in a federal court.  And I knew that it
10 didn't really matter what the facts were in this
11 case, it was pretty clear to me that Mr. Krischer
12 did not want to prosecute this case.
13    Q  Did he, in fact, make that clear to you at
14 some point verbally?
15    A  Not in those exact words.  But the
16 suggestion that multiple victims and some of the
17 crimes, felonies, that he should write a notice to
18 appear for a misdemeanor and the scheduling of a
19 grand jury on an issue like this is extremely rare.
20        The fact that he and I had an
21 excellent relationship.  I was the speaker at his
22 swearing in ceremony.  And that he wouldn't return
23 my phone calls, I mean it was clear to me by his
24 actions that he could not objectively look at this
25 case.

Page 106

1    Q  At some point, did you feel, or did you
2  become aware, that maybe he had been threatened in
3  some regard, either regarding his job or personally
4  in any regard?
5    A  No.
6        MR. CRITTON:  Form.
7  BY MR. KUVIN:
8    Q  You're aware that obviously his position
9  is an elected position?
10   A  I am aware.
11   Q  Did you know whether or not he had had any
12 discussions with anyone about his political career
13 if this case did not go a certain way; did you ever
14 become aware of that in any regard?
15       MR. CRITTON:  Form.
16       THE WITNESS:  No.  He had already publicly
17    announced he wasn't running for re-election.
18       MR. KUVIN:  All right.  This is actually a
19    good stopping point for a quick lunch if you
20    want to take a quick one, I just have to eat.
21    I'm hopefully not far from concluding.
22       THE VIDEOGRAPHER:  We're off the record at
23    12:35.  This is the end of tape 2.
24         (Recess)
25       THE VIDEOGRAPHER:  We're back on the

Page 107

1  record at 1:44.  This is the beginning of tape
2  3.
3  BY MR. KUVIN:
4    Q  Okay.  When we left off we were talking
5  about Barry Krischer's office.  And before I move on
6  from that subject I just have one other question.
7        Are you aware of any contact that was
8  made with Mr. Krischer's office from anyone in the
9  democratic party or the DNC at all?
10       MR. CRITTON:  Form.
11       THE WITNESS:  Relative to this case?
12 BY MR. KUVIN:
13   Q  Yes, relative to the Epstein case?
14   A  No.
15   Q  Are all of the officers that were involved
16 in the investigation listed or contained within the
17 incident report that we've marked as Exhibit 2, and
18 were there any additional officers that were
19 involved that may not be listed in there?
20   A  Typically and generally when you say
21 involved, I mean that could encompass all sorts of
22 different people.  It might be -- I don't even know
23 that this was the case but it might ask the patrol
24 officer in the area to collect license tags from a
25 street or something like that.  I mean if they

Page 108

1  aren't writing a report and they aren't doing
2  something that's probably important later on as a
3  witness, they might not appear in there.  But the
4  detectives who conducted the investigation are
5  listed in there from what I recall the last time I
6  read it, and it's been a while, but as far as I
7  know.
8    Q  At any point, did you have to remove for
9  any reason anyone in your department from the
10 investigation for any reason?
11   A  No.  It took place over a fairly long
12 period of time so people were transferred and so on,
13 but I didn't personally remove someone for any
14 reason.
15   Q  And it may not have been you personally,
16 but just to make sure that it encompasses all
17 potential iterations of that question, was anyone
18 removed for any reason other than just someone
19 transferring out?
20   A  Do you mean for -- I think you have to
21 explain that.
22   Q  Were any of the investigating police
23 officers removed for any potential conflicts,
24 refusal to follow direction, any reason, other than
25 just a transfer out of the department for some