# EXHIBIT 29

## Page 2

```
IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL
CIRCUIT IN AND FOR PALM BEACH COUNTY, FLORIDA
    CASE No.502008CA037319XXXXMB AB

B.B.

        Plaintiff,

-vs-                VOLUME I OF II
JEFFREY EPSTEIN
AND SARAH KELLEN,

        Defendants.
_____/


            DEPOSITION OF
        DETECTIVE JOSEPH RECAREY

        Friday, March 19, 2010
         9:37 - 5:12 p.m.
       250 Australian Avenue South
              Suite 1500
        West Palm Beach, Florida 33401




Reported By:
Cynthia Hopkins, RPR, FPR
Notary Public, State of Florida
Prose Court Reporting
Job No.: 1509
```

## Page 3

```
        UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF FLORIDA

        CASE NO. 10-80309

JANE DOE NO. 103,
        Plaintiff,
-vs-                VOLUME I OF II
JEFFREY EPSTEIN,
        Defendant.
_____/


            DEPOSITION OF
        DETECTIVE JOSEPH RECAREY

        Friday, March 19, 2010
         9:37 - 5:12 p.m.
       250 Australian Avenue South
              Suite 1500
        West Palm Beach, Florida 33401




Reported By:
Cynthia Hopkins, RPR, FPR
Notary Public, State of Florida
Prose Court Reporting
Job No.: 1509
```

## Page 4

```
APPEARANCES:
On behalf of the Plaintiffs, B.B., C.L.:
    SPENCER T. KUVIN, ESQUIRE
    LEOPOLD KUVIN
    2925 PGA Boulevard
    Suite 200
    Palm Beach Gardens, Florida 33410
    Phone: 561.515.1400

On behalf of the Plaintiffs, L.M., E.W. and
Jane Doe:

    BRADLEY J. EDWARDS, ESQUIRE
    FARMER, JAFFE, WEISSING, EDWARDS
    FISTOS & LEHRMAN, P.L.
    425 North Andrews Avenue
    Suite 2
    Fort Lauderdale, Florida 33301
    Phone: 954.524.2820
On behalf of Jane Does 1 through 8:
    JESSICA ARBOUR, ESQUIRE
    MERMELSTEIN & HOROWITZ, P.A.
    18205 Biscayne Boulevard
    Suite 2218
    Miami, Florida 33160
    Phone: 305.931.2200
    E-mail: Ahorowitz@sexabuseattorney.com
On behalf of the Plaintiffs: Jane Does 101, 102 and
103:

    KATHERINE W. EZELL, ESQUIRE
    PODHURST ORSECK
    25 West Flagler Street
    Suite 800
    Miami, Florida 33130
    Phone: 305.358.2382
    (Via telephone)
```

## Page 5

```
Appearances continued...
On behalf of the Plaintiffs:
    ISIDRO MANUEL GARCIA, ESQUIRE
    GARCIA, ELKINS & BOEHRINGER
    224 Datura Avenue, Suite 900
    West Palm Beach, Florida 33401
    Phone: 561.832.8033
and
    TARA A. FINNIGAN, ESQUIRE
    TARA A. FINNIGAN, P.A.
    224 Datura Street
    Suite 900
    West Palm Beach, Florida 33401
    Phone: 561.835.8115

On behalf of the Defendant, Jeffrey Epstein:
    MICHAEL PIKE, ESQUIRE
    BURMAN, CRITTON, LUTTIER & COLEMAN, LLP
    303 Banyan Boulevard
    Suite 400
    West Palm Beach, Florida 33401
    Phone: 561.842.2820

and
    JACK ALAN GOLDBERGER, ESQUIRE
    ATTERBURY, GOLDBERGER & WEISS, P.A.
    250 Australian Avenue South
    Suite 1400
    West Palm Beach, Florida 33401-5012
    Phone: 561.659.8300

and
    MILTON G. WEINBERG, ESQUIRE
    LAW OFFICE OF MILTON G. WEINBERG
    20 Park Plaza
    Suite 1000,
    Boston, Massachusetts 02116
    Phone: 617.227.3700
```

Page 279

1  Q. I mean, I'm sorry for such a bad question,
2  but in looking at these property receipts, I just
3  don't see where it tells me how much time each
4  interview had taken. So, I mean, is there an
5  average?
6  A. That's not going to indicate on any property
7  receipt. There is no...
8  Q. Right. Okay. Have you ever seen the
9  nonprosecution agreement?
10  A. No.
11  Q. Have you ever seen the attached list of
12  victims that was attached as an addendum to the
13  nonprosecution agreement?
14  MR. PIKE: Form.
15  THE WITNESS: I believe the Chief had a
16  copy of it. He may have, you know, done one of
17  these, but, no, not in my physical hands.
18  MR. PIKE: And just for the record when
19  the witness said --
20  THE WITNESS: I held it up.
21  MR. PIKE: -- one of these, he held up
22  Exhibit 29.
23  MR. EDWARDS: Which said memorandum.
24  MR. PIKE: Memorandum.
25  THE WITNESS: I just held it up.

Page 280

1  BY MR. EDWARDS:
2  Q. If a memorandum exists and it is the
3  attached addendum to the nonprosecution agreement
4  containing the names of the underage victims, would
5  that be something in the possession currently of the
6  Palm Beach Police Department?
7  MR. PIKE: Form.
8  THE WITNESS: I don't believe so.
9  BY MR. EDWARDS:
10  Q. Is that something that's been destroyed or
11  also --
12  MR. PIKE: Form.
13  THE WITNESS: I never received a copy of
14  it so...
15  BY MR. EDWARDS:
16  Q. Have you ever seen it?
17  A. Like I said, I may have seen it. I may have
18  been shown it, you know, and just by holding it up and I
19  am only using this exhibit as an example. It may have
20  been just shown to me like this but not in my hands
21  where I actually read the entire document.
22  MR. PIKE: Move to strike.
23  BY MR. EDWARDS:
24  Q. In your investigation, did you prepare a
25  flight log summary?

Page 281

1  A. I remember getting documents from Alan
2  Dershowitz which were flight logs pertaining to
3  Mr. Epstein's plane. And I subpoenaed the information
4  from Jet Aviation, but I don't, I don't recall preparing
5  a flight log.
6  Q. Okay. Do you remember receiving
7  information from Jet Aviation directly?
8  MR. PIKE: Form.
9  THE WITNESS: Jet Aviation does not keep
10  records according to them as to who flies on
11  what plane. I guess you can just drive up to a
12  plane, board it. They have no idea who's on
13  the, who is flying on the plane. They have
14  records of when the plane comes in, if the
15  plane is serviced, and when the plane leaves.
16  BY MR. EDWARDS:
17  Q. Did you ever attempt to check with customs
18  or FAA on any of the passengers that have ever been
19  on international flights with Jeffrey Epstein or on
20  his planes?
21  MR. PIKE: Form.
22  THE WITNESS: I'm trying to recall.
23  BY MR. EDWARDS:
24  Q. At the current time do you have any
25  knowledge of that being done by either the U.S.

Page 282

1  Attorney's office or the FBI?
2  A. I have no idea what the FBI does. They are
3  primarily one way. You give them the information and
4  nothing comes back, so...
5  Q. I am starting to get that idea. I am
6  understanding that. Okay.
7  A. But you know, and I work with them almost on a
8  daily basis, so I am in direct contact with them. And
9  still I have yet to see information come back the other
10  way.
11  Q. Just so the record is clear, when you say
12  you're working with them on a daily basis, when
13  you're in the Organized Crime Unit on other cases,
14  correct?
15  A. Yeah, and I am also assigned to the JTTF, the
16  Joint Terrorism Task force here in West Palm Beach.
17  Q. My understanding from reading your reports
18  is that you also subpoenaed phone records of
19  numerous individuals, correct?
20  A. Correct.
21  Q. One of those individuals is Jeffrey
22  Epstein?
23  A. I believe so.
24  Q. Sarah Kellen?
25  A. Yes.

39 (Pages 279 to 282)
(561) 832-7500    PROSE COURT REPORTING AGENCY, INC.    (561) 832-7506

Electronically signed by cynthia hopkins (601-051-976-2934)
Electronically signed by cynthia hopkins (601-051-976-2934)
Electronically signed by cynthia hopkins (601-051-976-2934)

aa2a5ddb-fa81-4ff6-b3b7-dcda51494142

Page 299

```
 1       stuck around just to assist the victims.
 2   BY MR. EDWARDS:
 3       Q.  And when you talk about the statement that
 4   you provided, did you present testimony related to
 5   all of the minor females that you discovered to have
 6   come in contact with Jeffrey Epstein or only the
 7   four or five names that ultimately were at the end
 8   of your probable cause affidavit?
 9           MR. PIKE:  Form and compound.
10           THE WITNESS:  As far as my testimony at
11       the grand jury, I only answered the questions
12       that were asked of me by the state.  At that
13       point it was Lanna Belohlavek.
14           I'm sorry about the last name.  I don't
15       know how to spell her last name.
16   BY MR. EDWARDS:
17       Q.  And in talking with the State Attorney's
18   Office during the investigation, did you indicate to
19   them the number of underage females that you were
20   aware had come in contact sexually with Mr. Epstein?
21           MR. PIKE:  Form and assumes facts not in
22       evidence.
23           THE WITNESS:  Yes, they were aware of the
24       probable cause affidavit which indicated all
25       the facts.
```

Page 300

```
 1   BY MR. EDWARDS:
 2       Q.  And can you recall what their position was
 3   on the various acts that are related in the probable
 4   cause affidavit?  And ultimately I am asking why is
 5   it that they were not interested in hearing from all
 6   of the girls and only a select few?
 7           MR. PIKE:  Form and compound.
 8           THE WITNESS:  That's a question that
 9       you're going to have to ask Lanna Belohlavek
10       because she was aware of all the people that I
11       submitted to her, and yet she choose three
12       people to appear before the grand jury, one
13       knowing that she was not going to be able to
14       appear.
15           MR. PIKE:  Move to strike.
16   BY MR. EDWARDS:
17       Q.  And who was the person that was not going
18   to be able to appear?
19       A.  That would have been Jane Doe No. 103.
20       Q.  Do you know why she was unable to appear?
21       A.  Because it was finals week in her university
22   and the limited time that they had scheduled the grand
23   jury and the time that it would have been for her to
24   make arrangements to come down was very short.
25       Q.  Was there a disagreement about this case
```

Page 301

```
 1   between the Palm Beach Police Department and the
 2   State Attorney's Office?
 3       A.  Yes, there was.
 4       Q.  And --
 5       A.  This case was originally brought to their
 6   attention very early on in the investigation to which
 7   they were, you know, very gung-ho, very let's go, let's
 8   do this, up until, up until, up until the meeting with
 9   Alan Dershowitz and the State Attorney.  And then it, it
10   all took a turn.
11       Q.  Were you at that meeting?
12       A.  I attended one meeting where I believe it
13   Dershowitz, Krischer, and Belohlavek.
14           MR. PIKE:  Object to form.
15   BY MR. EDWARDS:
16       Q.  What was said during that meeting?
17           MR. PIKE:  All right.  With regard to this
18       line of questioning, I just want to be clear
19       that I have form objections to this line of
20       questioning.  And the fact that under various
21       Federal Rules, I believe it's 408, 410 as well
22       as various rules under Florida Evidence Code,
23       some of these discussions are protected as
24       potential plea negotiations.  So, having said
25       that...
```

Page 302

```
 1   BY MR. EDWARDS:
 2       Q.  What was said during these, this meeting
 3   that you attended?
 4       A.  Several of the girls' MySpaces were discussed.
 5   MySpace being the social network.  They all had
 6   MySpaces.  And the girls, the girls were actually who
 7   had the MySpaces had inputted, you know, various
 8   different things regarding alcohol use or marijuana use
 9   or that kind of thing.
10       Q.  And what was brought up at that meeting as
11   to the relevance of whether or not these females
12   that had been to Jeffrey Epstein's house while
13   underage used alcohol or drugs?  What was the point
14   of that?
15           MR. PIKE:  Form.
16           THE WITNESS:  To show that the character
17       of the girls were not, was not to be believed.
18   BY MR. EDWARDS:
19       Q.  Okay.  It was specifically to attack their
20   credibility?
21           MR. PIKE:  Form, move to strike.
22           THE WITNESS:  Correct.
23   BY MR. EDWARDS:
24       Q.  So, at that point in time who was making
25   those arguments on behalf of Jeffrey Epstein?
```

44 (Pages 299 to 302)

(561) 832-7500        PROSE COURT REPORTING AGENCY, INC.        (561) 832-7506

Electronically signed by cynthia hopkins (601-051-976-2934)
Electronically signed by cynthia hopkins (601-051-976-2934)
Electronically signed by cynthia hopkins (601-051-976-2934)

aa2a5ddb-fa81-4ff6-b3b7-dcda51494142

Page 307

1  attorneys have been unanswered and messages remain
2  unreturned. Is that a statement that you agree
3  with?
4      A.  Absolutely.
5      Q.  How many messages do you think that you
6  left the State Attorney's Office that were
7  unreturned?
8      A.  Quite a few. I actually showed up at Lanna's
9  office because I had left her several messages and
10 didn't, didn't return get a return phone call. And it
11 was during the time where: We're going to the grand
12 jury, no, we're not going to grand jury; yes, we're
13 going; no, we're not.
14          And it was, I believe, the following day
15 when we were supposed to go to the grand jury and I
16 still had not heard from her as to what time nor had
17 I received a subpoena. So, I had contacted her
18 numerous times during that day. I would say three
19 to four times during that day. In the afternoon I
20 actually showed up at her office where she was
21 sitting in her office.
22     Q.  Did you speak with her?
23     A.  Yes, I did.
24     Q.  And what happened within that
25 conversation?

Page 308

1      MR. PIKE: Form.
2      THE WITNESS: There was actually a time
3   where there was a plea negotiation being
4   discussed where it was to one count of felony,
5   five years probation, and I believe no one had
6   been contacted regarding to that negotiations.
7  BY MR. EDWARDS:
8      Q.  When you say no one, are you speaking
9  about the police or victims?
10     MR. PIKE: One second. Form. I'm going
11  to move to strike and I am going to continue to
12  assert the same privileges under the Federal
13  Rules 408, 410, and 401.9. I'm sorry. Go
14  ahead.
15 BY MR. EDWARDS:
16     Q.  When you say no one had been contacted,
17 are you speaking about no police officers that were
18 on the case or no victims?
19     A.  Both the police officers and the victims
20 because I was getting phone calls from the victims'
21 parents as to what time are we needed.
22     Q.  And when you say we were getting phone
23 calls from the victims' parents, are those the
24 victims that ultimately were listed as victims in
25 the, in the plea that transpired?

Page 309

1      A.  Correct.
2      MR. PIKE: Form.
3  BY MR. EDWARDS:
4      Q.  So, are you talking about A.D., C.L.,
5  S.G., and Jane Doe No. 103?
6      MR. PIKE: Form.
7      THE WITNESS: From S.G.'s family I had
8  gotten multiple phone calls during that day.
9  BY MR. EDWARDS:
10     Q.  During any of the meetings -- how many
11 meetings are you aware of that Mr. Dershowitz
12 participated in with the State Attorney's Office?
13     A.  There were a couple. Like I said, I attended
14 one.
15     MR. PIKE: Form.
16     THE WITNESS: I didn't attend the second
17 one. I want to say two to three.
18 BY MR. EDWARDS:
19     Q.  And he is a person who also is found in
20 the message pad as somebody who has called Jeffrey
21 Epstein's home, correct?
22     A.  As far as I can recall, yes.
23     Q.  And did he ever indicate to them that he
24 was actually at the home on various occasions when
25 some of these underage girls would come over to

Page 310

1  Mr. Epstein's house?
2      MR. PIKE: Form.
3      THE WITNESS: Not that I recall.
4  BY MR. EDWARDS:
5      Q.  In fact, was he trying to convey to the
6  State Attorney's office that you should not believe
7  these girls that they were at his house at all
8  because they have credibility problems?
9      MR. PIKE: Form, asked and answered.
10     THE WITNESS: That's, that was the
11  impression I received, yes.
12     MR. EDWARDS: The next portion is going to
13  take a long time. I mean it's getting into the
14  juice of it. So, are we at a point that you
15  want to stop rather than getting into something
16  that's going to take a long time?
17     MS. O'CONNOR: How long?
18     MR. EDWARDS: Couple of hours.
19     MS. O'CONNOR: I need to stop.
20     MR. KUVIN: Okay.
21     MR. PIKE: All right. So we are going to
22  break. We have an agreement on the record that
23  Detective Recarey, and correct me if I am
24  wrong, Ms. O'Connor will get back to us through
25  you sometime next week with a few available

Electronically signed by cynthia hopkins (601-051-976-2934)
Electronically signed by cynthia hopkins (601-051-976-2934)
Electronically signed by cynthia hopkins (601-051-976-2934)

aa2a5ddb-fa81-4ff6-b3b7-dcda51494142