# SEALED DOCUMENT EXHIBIT 30