UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-80736-CIV-MARRA/JOHNSON

JANE DOE #1 AND JANE DOE #2,

    Plaintiffs,

vs.

UNITED STATES OF AMERICA,

    Defendant.
_____/

**NON PARTY ALAN M. DERSHOWITZ'S UNOPPOSED MOTION FOR LEAVE TO FILE HIS REPLY IN SUPPORT OF HIS MOTION FOR LIMITED INTERVENTION NOT TO EXCEED EIGHTEEN (18) PAGES**

Alan M. Dershowitz, through undersigned counsel, hereby files this Unopposed Motion for Leave to File a Reply in Support of his Motion for Limited Intervention not to Exceed Eighteen (18) Pages, and in support thereof states as follows:

1. On December 30, 2014 Jane Does 3 and 4 filed a Motion for Joinder in this action (DE 279), which included slanderous allegations against Alan M. Dershowitz (herein "Prof. Dershowitz.")

2. Prof. Dershowitz filed a motion for limited intervention for the limited purposes of moving to strike the outrageous and impertinent allegations made against him and requesting a show cause order to the attorneys that have made them, as well as a short supplement to that motion. (DE 282 and 285.)

3. Jane Does 1 - 4 filed a motion for leave to file a consolidated response to Prof. Dershowitz's motion and for leave to file a 38 page response. (DE 288.)  ***The undersigned agreed not to oppose the motion***.  At that time counsel for Jane Does 1 - 4 agreed that they

would not oppose Prof. Dershowitz's request to file a 19 page reply.  The Court granted Jane Does 1 - 4's unopposed motion. (DE 289.)

4. As expected, Jane Does 1 - 4 filed a thirty-eight (38) page response on January 21, 2015. (DE 291) (herein "Response.")  Additionally, thirty (30) exhibits including correspondence, pleadings, deposition transcripts, and more, were attached to the Response as well.

5. Given the length of Plaintiffs' Response and the amount of material attached thereto, Prof. Dershowitz will need the agreed upon extra eight (8) pages to adequately reply to the Response.  Prof. Dershowitz's Reply is due to be filed this Monday, February 2, 2015.

6. Counsel for Jane Does 1 - 4 have agreed that they do not oppose the relief sought herein.

WHEREFORE, non-party Alan M. Dershowitz respectfully requests leave to file a Reply in Support of his Motion for Limited Intervention not to exceed eighteen (18) pages.

Dated: January 29, 2015

Respectfully submitted,

*/s/      Gabriel Groisman*
Kendall Coffey, Fla. Bar No. 259681
kcoffey@coffeyburlington.com
Gabriel Groisman, Fla. Bar No. 25644
ggroisman@coffeyburlington.com
Benjamin H. Brodsky, Fla. Bar No. 73748
bbrodsky@coffeyburlington.com
COFFEY BURLINGTON, P.L.
2601 South Bayshore Drive, PH1
Miami, Florida  33133
Telephone:  (305) 858-2900
Facsimile:   (305) 858-5261

*Counsel for Prof. Alan M. Dershowitz*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by Notice of Electronic Filing generated by CM/ECF, on this 29th day of January, 2015, on all counsel or parties of record on the Service List below.

                */s/ Gabriel Groisman*

## SERVICE LIST

Bradley J. Edwards
FARMER, JAFFE, WEISSING,
EDWARDS, FISTOS & LEHRMAN, P.L.
425 North Andrews Avenue, Suite 2
Fort Lauderdale, Florida 33301
Telephone (954) 524-2820
Facsimile (954) 524-2822
E-mail: brad@pathtojustice.com

*and*

Paul G. Cassell
*Pro Hac Vice*
S.J. Quinney College of Law at the
University of Utah
332 S. 1400 E.
Salt Lake City, UT 84112
Telephone: 801-585-5202
Facsimile: 801-585-6833
E-Mail: cassellp@law.utah.edu

*Attorneys for Jane Doe #1, 2, 3, and 4*

Dexter Lee
A. Marie Villafaña
UNITED STATES ATTORNEY'S OFFICE
500 S. Australian Ave., Suite 400
West Palm Beach, FL 33401
(561) 820-8711
Fax: (561) 820-8777
E-mail: Dexter.Lee@usdoj.gov
E-mail: ann.marie.c.villafana@usdoj.gov

*Attorneys for the Government*