UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-80736-CIV-MARRA

JANE DOE #1 and JANE DOE #2,

    Petitioners,

vs.

UNITED STATES OF AMERICA,

    Respondent.
_____/

GOVERNMENT'S NOTICE OF FILING DECLARATION
OF FBI SPECIAL AGENT TIMOTHY R. SLATER

Respondent United States of America, by and through its undersigned counsel, files the Declaration of Federal Bureau of Investigation Special Agent Timothy R. Slater, attached as Exhibit D.

DATED:  January 30, 2015
          Respectfully submitted,

          WILFREDO A. FERRER
          UNITED STATES ATTORNEY

          By:    __s/ Dexter A. Lee_____
                DEXTER A. LEE
                Assistant U.S. Attorney
                Fla. Bar No. 0936693
                99 N.E. 4th Street, Suite 300
                Miami, Florida  33132
                (305) 961-9320
                Fax:  (305) 530-7139
                E-mail:  dexter.lee@usdoj.gov

                ATTORNEY FOR RESPONDENT

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 30, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

    s/ Dexter A. Lee
DEXTER A. LEE
Assistant U.S. Attorney

SERVICE LIST
Jane Does 1 and 2 v. United States,
Case No. 08-80736-CIV-MARRA/JOHNSON
United States District Court, Southern District of Florida

Bradley J. Edwards, Esq.,
Farmer, Jaffe, Weissing, Edwards, Fistos & Lehrman, P.L.
425 North Andrews Avenue, Suite 2
Fort Lauderdale, Florida 33301
(954) 524-2820
Fax: (954) 524-2822
E-mail: brad@pathtojustice.com

Paul G. Cassell
S.J. Quinney College of Law at the
University of Utah
332 S. 1400 E.
Salt Lake City, Utah 84112
(801) 585-5202
Fax: (801) 585-6833
E-mail: casselp@law.utah.edu

Attorneys for Jane Doe # 1 and Jane Doe # 2

Roy Black
Jackie Perczek
Black, Srebnick, Kornspan & Stumpf, P.A.
201 South Biscayne Boulevard
Suite 1300
Miami, Florida 33131
(305) 371-6421
Fax: (305) 358-2006
E-mail: rblack@royblack.com
      jperczek@royblack.com

Attorneys for Intervenors