UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-80736-CIV-MARRA/JOHNSON

JANE DOE #1 AND JANE DOE #2,

    Plaintiffs,

vs.

UNITED STATES OF AMERICA,

    Defendant.
_____/

**MOTION FOR LEAVE TO FILE SUPPLEMENT TO REPLY IN SUPPORT
OF MOTION FOR LIMITED INTERVENTION BY ALAN M. DERSHOWITZ**

    Alan M. Dershowitz, through undersigned counsel, hereby files his Motion for Leave to File Supplement to Reply in Support of Motion for Limited Intervention. In support thereof, Professor Dershowitz states as follows:

    1.    On January 5, 2015, in response to the defamatory, outrageous, and impertinent allegations made against him in Petitioners' filings, Professor Dershowitz filed a Motion for Limited Intervention for the purposes of moving to strike the outrageous and impertinent allegations made against him. (*See* D.E. ## 282 and 285). Following Petitioners' response, (D.E. # 291), Professor Dershowitz filed his Reply in Support of Motion for Limited Intervention, (D.E. # 306), on February 2, 2015. The Motion for Limited Intervention is presently pending before this Court.

    2.    Subsequently, on February 6, 2015, Jane Doe No. 1 and Jane Doe No. 2 filed their Protective Motion Pursuant to Rule 15 to Amend Their Petition to Conform to Existing Evidence and to Add Jane Doe No. 3 and Jane Doe No. 4 as Petitioners (D.E. # 311). On that same day, Petitioners filed their Reply in Support of Motion Pursuant to Rule 21 for Joinder in Action,

(D.E. # 310), to which they attached, as an Exhibit, the February 5, 2015 Declaration of Jane Doe No. 3, (D.E. # 310-1).

3. Professor Dershowitz now seeks leave of this Court to supplement his previously filed Reply in Support of his Motion for Limited Intervention. Good cause for such filing exists because Professor Dershowitz was unable to address the most recent declaration of Jane Doe No. 3 in his initial Reply in Support of Motion for Limited Intervention because that document was filed along with, and cited in, documents filed by Petitioners *after* Professor Dershowitz filed his Reply in Support of Motion for Limited Intervention.

4. Jane Doe No. 3's declaration demonstrates that she is not being truthful with respect to her claims against Professor Dershowitz. This is manifestly pertinent to the issue of Professor Dershowitz's limited intervention in this matter because Professor Dershowitz seeks to intervene in this case for the sole purpose of defending against scurrilous allegations and protecting his good name.

5. Accordingly, Professor Dershowitz seeks leave to file a brief supplement, which is attached, in which he supplements his reply in response to the filings by Jane Doe No. 3.

WHEREFORE, non-party Alan M. Dershowitz respectfully requests leave to file his Supplement to Reply in Support of Motion for Limited Intervention, attached as Exhibit 1.

## **COMPLIANCE WITH S.D. FLA. L.R. 7.1(a)(3)**

Prior to the filing of this Motion, counsel for Professor Dershowitz contacted counsel for the Petitioners and the Government in a good faith effort to resolve the issues raised in this Motion. Counsel for Petitioners have advised that they oppose the supplemental filing. Counsel for the Government has advised that the Government has no objection to Professor Dershowitz's request to supplement.

Respectfully submitted,


*/s/      Kendall Coffey*
Kendall Coffey, Fla. Bar No. 259681
kcoffey@coffeyburlington.com
Gabriel Groisman, Fla. Bar No. 25644
ggroisman@coffeyburlington.com
Benjamin H. Brodsky, Fla. Bar No. 73748
bbrodsky@coffeyburlington.com
COFFEY BURLINGTON, P.L.
2601 South Bayshore Drive, PH1
Miami, Florida  33133
Telephone:  (305) 858-2900
Facsimile:   (305) 858-5261


-    and –

Thomas Scott, Fla. Bar No. 149100
thomas.scott@csklegal.com
COLE, SCOTT & KISSANE, P.A.
Dadeland Centre II
9150 South Dadeland Boulevard, Suite 1400
Miami, Florida 33156
Telephone:      (305) 350-5300
Facsimile:       (305) 373-2294

*Counsel for Prof. Alan M. Dershowitz*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by Notice of Electronic Filing generated by CM/ECF, on this 12th day of March, 2015, on all counsel or parties of record on the Service List below.

/s/ Kendall Coffey

## SERVICE LIST

Bradley J. Edwards
FARMER, JAFFE, WEISSING,
EDWARDS, FISTOS & LEHRMAN, P.L.
425 North Andrews Avenue, Suite 2
Fort Lauderdale, Florida 33301
Telephone (954) 524-2820
Facsimile (954) 524-2822
E-mail: brad@pathtojustice.com

and

Paul G. Cassell
*Pro Hac Vice*
S.J. Quinney College of Law at the
University of Utah
332 S. 1400 E.
Salt Lake City, UT 84112
Telephone: 801-585-5202
Facsimile: 801-585-6833
E-Mail: cassellp@law.utah.edu

*Attorneys for Jane Doe #1, 2, 3, and 4*

Dexter Lee
A. Marie Villafaña
UNITED STATES ATTORNEY'S OFFICE
500 S. Australian Ave., Suite 400
West Palm Beach, FL 33401
(561) 820-8711
Fax: (561) 820-8777
E-mail: Dexter.Lee@usdoj.gov
E-mail: ann.marie.c.villafana@usdoj.gov

*Attorneys for the Government*