UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-80736-CIV-MARRA/JOHNSON

JANE DOE #1 AND JANE DOE #2,

    Plaintiffs,

vs.

UNITED STATES OF AMERICA,

    Defendant.
_____/

### REPLY IN SUPPORT OF MOTION FOR LEAVE TO FILE SUPPLEMENT TO REPLY IN SUPPORT OF MOTION FOR LIMITED INTERVENTION BY ALAN M. DERSHOWITZ

Alan M. Dershowitz hereby replies in support of his Motion for Leave to File Supplement to Reply in Support of Motion for Limited Intervention (DE 317) ("Motion for Leave").

In both the underlying Motion for Limited Intervention (DE 282) and the instant Motion for Leave, Professor Dershowitz is simply asking for an opportunity to address irrelevant and false allegations that have been made against him. Prof. Dershowitz's proposed Supplement (DE 317-1) is a simple and concise response to allegations that were made *after* he filed his Reply in Support of his Motion for Limited Intervention (DE 306).

Plaintiffs' Opposition to the Motion for Leave (DE 319) is consistent with their strategy of continually making scurrilous allegations against Prof. Dershowitz and then attempting to deny Professor Dershowitz the ability to respond. At bottom, no prejudice would result from the Court's granting of the leave sought, as the Court has not yet ruled upon the underlying Motion for Limited Intervention and the proposed Supplement strictly responds to allegations made after

the Reply had been filed. In fact, in their Opposition to the Motion for Leave, Plaintiffs make absolutely no argument of undue prejudice or burden, instead they only argue that Dershowitz "waited a full 34 days to supplement his pleading." It is ironic for Plaintiffs to complain about "34 days" when, even under their version of the facts, they have delayed for years in making their allegations against Professor Dershowitz. No prejudice would result from the Court's permitting of the filing.

The Court should, however, deny Plaintiffs' request for leave to submit their Response to Prof. Dershowitz's Supplemental Reply (DE 319-1). Plaintiffs' proposed Response argues that because discovery documents have not yet been produced in a state court case filed by Plaintiffs' attorneys against Prof. Dershowitz, this Court should make certain inferences about Prof. Dershowitz. Plaintiffs even attach certain discovery filings from that case. These state court papers are taken entirely out of context and, in any event, have no place in this Court's files. Moreover, the insinuation that Prof. Dershowitz is refusing to produce documents in the state court action is not only irrelevant here, it is false – all responsive, non-privileged documents will be produced in a timely manner, as indicated in Dershowitz's responses. Finally, Plaintiffs' filing further illustrates their improper strategy of using the pleadings to further defame Prof. Dershowitz and to deliver documents to the media under the thin cover of the litigation privilege.

In conclusion, equity dictates that the Court should grant Prof. Dershowitz's request for leave to file his Supplement to Reply in Support of Motion for Limited Intervention (DE 317).

>Respectfully submitted,
>
>*/s/    Kendall Coffey*
>Kendall Coffey, Fla. Bar No. 259681
>kcoffey@coffeyburlington.com
>Gabriel Groisman, Fla. Bar No. 25644
>ggroisman@coffeyburlington.com

Benjamin H. Brodsky, Fla. Bar No. 73748
bbrodsky@coffeyburlington.com
COFFEY BURLINGTON, P.L.
2601 South Bayshore Drive, PH1
Miami, Florida 33133
Telephone: (305) 858-2900
Facsimile: (305) 858-5261


- and –

Thomas Scott, Fla. Bar No. 149100
thomas.scott@csklegal.com
COLE, SCOTT & KISSANE, P.A.
Dadeland Centre II
9150 South Dadeland Boulevard, Suite 1400
Miami, Florida 33156
Telephone:    (305) 350-5300
Facsimile:    (305) 373-2294

*Counsel for Prof. Alan M. Dershowitz*


### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by Notice of Electronic Filing generated by CM/ECF, on this 3rd day of April, 2015, on all counsel or parties of record on the Service List below.

                        */s/ Kendall Coffey*

## SERVICE LIST

Bradley J. Edwards
FARMER, JAFFE, WEISSING,
EDWARDS, FISTOS & LEHRMAN, P.L.
425 North Andrews Avenue, Suite 2
Fort Lauderdale, Florida 33301
Telephone (954) 524-2820
Facsimile (954) 524-2822
E-mail: brad@pathtojustice.com

*and*

Paul G. Cassell
*Pro Hac Vice*
S.J. Quinney College of Law at the
University of Utah
332 S. 1400 E.
Salt Lake City, UT 84112
Telephone: 801-585-5202
Facsimile: 801-585-6833
E-Mail: cassellp@law.utah.edu

*Attorneys for Jane Doe #1, 2, 3, and 4*

Dexter Lee
A. Marie Villafaña
UNITED STATES ATTORNEY'S OFFICE
500 S. Australian Ave., Suite 400
West Palm Beach, FL 33401
(561) 820-8711
Fax: (561) 820-8777
E-mail: Dexter.Lee@usdoj.gov
E-mail: ann.marie.c.villafana@usdoj.gov

*Attorneys for the Government*