UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:08-CV-80736-KAM

JANE DOE 1 and JANE DOE 2,

    Petitioners,

vs.

UNITED STATES OF AMERICA,

    Respondent.

_____/

## SUPPLEMENTAL ORDER

This cause is before the Court on its Order Denying Petitioners' Motion to Join Under Rule 21 and Motion to Amend Under Rule 15.  (DE 324).  In accordance with the portion of that Order striking materials from the record (see id. at 10), the Court informs the parties of the following: The affected docket entries (DEs 279, 280, 291-1, 293, and 310-1) shall be restricted from public access on the docket in their entities.  Docket entries 279 and 293, which were stricken in their entirety, shall remain so restricted.  Regarding the docket entries of which portions were stricken (DEs 280, 291-1, and 310-1), Petitioners may re-file those documents omitting the stricken portions.  The re-filed documents must conform to the originally filed documents in all respects, but with the stricken portions omitted.

    **DONE AND ORDERED** in chambers at West Palm Beach, Palm Beach County, Florida, this 7th day of April, 2015.

_____
KENNETH A. MARRA
United States District Court