UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 08-80736-Civ-Marra/Matthewman

**JANE DOE #1 AND JANE DOE #2,**

    Petitioners,

v.

**UNITED STATES OF AMERICA,**

    Respondent.
_____/

**UNITED STATES' NOTICE OF FILING THIRD SUPPLEMENTAL PRIVILEGE LOG**

    Pursuant to the Court's June 18, 2013 Omnibus Order (DE 190), the Respondent, United States of America, by and through the undersigned Assistant United States Attorney, hereby gives notice of its filing of its Third Supplemental Privilege Log. The index has been marked with Bates Numbers P-014924 thru P-015267.

    The documents referenced in the Third Supplemental Privilege Log will be delivered tomorrow to the Chambers of U.S. District Judge Kenneth A. Marra for *ex parte in camera* review, pursuant to the Court's Omnibus Order.

    Respectfully submitted,

    WIFREDO A. FERRER
    UNITED STATES ATTORNEY

By:   s/*A. Marie Villafaña*
    A. MARIE VILLAFAÑA
    Assistant United States Attorney
    Florida Bar No. 0018255
    500 South Australian Ave, Suite 400
    West Palm Beach, FL 33401
    Telephone: 561-820-8711
    Facsimile: 561-820-8777
    ann.marie.c.villafana@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 3, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  According to the Court's website, counsel for all parties are able to receive notice via the CM/ECF system.

                                                  s/*A. Marie Villafaña*
                                                  A. MARIE VILLAFAÑA
                                                  Assistant United States Attorney

## SERVICE LIST

Jane Does 1 and 2 v. United States,
Case No.   08-80736-CIV-MARRA/MATTHEWMAN
United States District Court, Southern District of Florida

Brad Edwards, Esq.,
Farmer Jaffe Weissing Edwards Fistos Lehrman
425 N Andrews Ave Ste 2
Fort Lauderdale, FL   33301-3268
brad@pathtojustice.com
954-524-2820
Fax:   954-524-2822

Paul G. Cassell
S.J. Quinney College of Law at the
University of Utah
332 S. 1400 E.
Salt Lake City, Utah 84112
(801) 585-5202
Fax: (801) 585-6833
E-mail: casselp@law.utah.edu

Attorneys for Jane Doe # 1 and Jane Doe # 2