# EXHIBIT 1

Case 9:08-cv-80736-KAM   Document 310-1   Entered on FLSD Docket 02/06/2015   Page 2 of 28

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 08-80736-CIV-MARRA**

JANE DOE #1 and JANE DOE #2,

       Petitioners,

vs.

UNITED STATES OF AMERICA,

       Respondent.

_____/

**DECLARATION OF** | JANE DOE 3 |

1.    The Court is familiar with me from my previous declaration in this case. I am currently 31 years old and want to become a part of the case to enforce my rights and possibly allow criminal prosecution of Jeffrey Epstein and others who abused underage girls.

2.    I have seen a Government filing saying that I waited too long before trying to become a part of this case. I don't think that the Government's position tells the full story about me. In fact, I believe the Government is hiding some of the things that it knows about me and about other powerful people involved in this case. I am filing this declaration so that the Court will have more facts to make the decision about whether to let me come into the case.

3.    In its latest filing, the Government seems to be questioning why I was afraid and did not come forward to speak more quickly. To understand my reasons, it is important that I share at least some additional information about why I was so fearful after my abuse by Epstein and others.

4.    The Court can best understand my situation by looking at my previous declaration and then understanding why I was afraid of Epstein, how I eventually escaped from him, and how I was forced to hide from him and others.

5.    I first met Epstein when I was 15 years old. I have told the Court about some of my sexual and physical abuse in my earlier declaration.

6.    As a result of that abuse and my considerable interactions with Epstein and his friends, I knew that Epstein was connected to some of the most powerful people in the world, including a member of the British Royal family, a former President of the United States, and other very powerful lawyers, politicians and businessmen. I was afraid of what would happen if I tried to escape from Epstein or report him to law enforcement.

13.     Part of my fear comes from physical abuse that I suffered when Epstein forced me to have sex with other people.  Without going into the details of the sexual activities I was forced to endure, there were times when I was physically abused to the point that I remember fearfully thinking that I didn't know whether I was going to survive.

14.     Jeffrey Epstein knew about this physical and sexual abuse because I would detail it for him as part of my debriefing.  Epstein didn't care. Epstein said things like, "You get that sometimes."  I told him how much I hated having to be with some people, but Epstein still sent me back. I had no choice.

15.     I give the Court this information so that it can better understand why I was so afraid of Epstein and what he could do to me.  I could provide more details to the Court, if the Court needs more details on this issue.  I also wanted to provide this information to the Court because I have been accused of being a "serial prostitute."  I don't think that is a fair way to describe my situation, given that I was so young and so many powerful people were forcibly abusing me.

2

17.     After years of abuse and being lent out, I began to look for a way to escape. I had been first forced into all this because I wanted to be a massage therapist. Epstein had taken me into his clutches through promises and talk. But once he had me under his control, I felt trapped.

18.     I kept asking Epstein for my promised training and education. Epstein finally got me a plane ticket to Thailand to go to Chaing Mai to learn Thai massage. This sounded like my chance to escape. In September 2002, I packed my bags for good. I knew this would be my only opportunity to break away from Epstein.

19.     On September 27, 2002, I flew from JFK in New York to Chaing Mai, Thailand. I arrived around September 29 for my training. But Epstein was going to get something out of this as well. I was supposed to interview a girl to bring back to the United States for Epstein.

20.     Exhibit 1 is a list of room charges in Thailand, with the charges going to Epstein's account. This exhibit shows Epstein's telephone numbers and is evidence that he paid for my hotel in Thailand.

21.     Exhibit 2 is a set of documents showing my itinerary and flight plans for me going to Thailand, paid for by Epstein.

22.     I did the massage training in Chiang Mai. I met a truly great and special guy and told him honestly what I was being forced to do. He told me I should get out of it. I told him that the people I was working for were very powerful and that I could not disobey them without risking my life. He told me he would protect me, and I had confidence in him. I saw my opportunity to escape and to be with someone who truly loved me and would protect me. To make a long story short, I married him and flew to Australia.

23.     I called Epstein and told him I was not coming back. He asked why? I said "I've fallen in love." And Epstein basically just said "good luck and have a good life." I could tell he was not happy. I was very afraid of what he was going to do to me. I thought Epstein or one of his powerful friends might send someone to have me killed.

24.     I stayed in Australia from that point on, with my husband and away from the life I had been forced to live as Epstein's sex slave. I was in Australia from late 2002 to October 2013. To be clear, I was never in the United States during these years, not even for a short trip to visit my mother. And my absence from the United States was not voluntary – I was hiding from Epstein out of fear of what he would do to me if I returned to the United States.

3

25.     In around 2007, after not hearing from anyone for years, out of the blue I was contacted by someone who identified himself with a plain sounding name and claimed he was with the FBI. It seemed very odd for someone doing an official criminal investigation to just call up on the phone like that. I hadn't heard Epstein's name for years. I didn't know who this person was and what it was really about. I wasn't sure what was going on.

26.     This man said he was looking into Jeffrey Epstein. The man asked if I had been involved with Epstein. My first instinct was to say nothing; because I wasn't sure he was really with the FBI or any authorities. I did answer a few basic questions, telling him that I knew Jeffrey Epstein and met him at a young age. The whole conversation didn't feel like it was right. This man never offered to come and meet with me in person. He instead asked me right off the bat about Epstein's sexual practices. I thought it would be strange for a real law enforcement officer to behave that way. I became increasingly uncomfortable and suspicious about who was actually calling me.

27.     The way the conversation was going made me doubt whether I was really talking to an FBI agent. It did not seem very official. I became very uncomfortable, so I told him nothing more about Epstein. The conversation probably didn't even last three minutes. The conversation immediately triggered all of the fears of Epstein and his powerful friends that had caused me to escape the first time. If the call accomplished anything, it only put me back in fear and told me that I could be found quite easily and had nobody official protecting me.

28.     I suspected that the man who called me was working for Epstein or one of Epstein's powerful friends. If the man who called me was really an FBI agent and was interested in what I knew about Epstein, I thought he would have made some effort to see me personally. I believed that if this was really an agent who was investigating Epstein, then he knew who I was and how I fit into Epstein's sexual crimes in many different places. Such an agent would send someone to meet me in person (who could provide potential protection from Epstein). He never did.

29.     Getting a call from this supposed FBI Agent made me very scared. I had left that old life behind me and started a new life in a new country in hopes that the powerful people whose illegal activities I knew all about would never find me. And now I had been tracked down by someone and was frightened.

30.     Shortly after this purported FBI call, I was contacted by someone who was clearly working for Epstein. This person discussed an investigation into Epstein, and said that some of the girls were saying Epstein had sexual contact with them. After they made those allegations, they were being discredited as drug addicts and prostitutes. But, on the other hand, if I were to keep quiet, I would "be looked after." The fact that this call came in right after the FBI call reinforced my concern that the man I had talked to earlier was not really working for the FBI, but was really working for Epstein. I didn't think that the FBI and Epstein would both be working together and would both get my phone number at almost exactly the same time. I played along and told this person that I had gotten a call from the "FBI" but that I didn't tell them anything. The person was pleased with that.

4

31.    A short time later, one of Epstein lawyers (not Alan Dershowitz) called me, and then got Epstein on the line at the same time. Epstein and his lawyer basically asked again if I was going to say anything. The clear implication was that I should not say anything. The way they were approaching me, I was afraid of what would happen if I didn't keep quiet. My thought was that if I didn't say the right things, I might get hurt.

32.    I promised Epstein and his lawyer that I would keep quiet. They seemed happy with that and that seemed to me the way to most likely keep me and my family safe. And I did what Epstein and his lawyer told me – I kept quiet.

33.    I now understand that Epstein reached a non-prosecution agreement with the federal government in 2007 and pled guilty to two state crimes in June 2008. No one told me anything about those events until much later. In fact, nobody called or came to see me to explain what a non-prosecution agreement was, what crimes Epstein could have been charged with, why he was not being charged with the crimes he committed, or anything whatsoever about the case. I was never offered a chance to meaningfully confer with the prosecutor for the Government, and I was never notified of any hearing that could affect me or my rights as a crime victim to ever bring charges.

34.    On September 3, 2008, the FBI sent a victim notification letter to me. This was the first written communication I had received from the FBI. The letter was attached as Exhibit 1 to my earlier statement. This kind of written communication, on official FBI stationary, is the way that I thought the FBI really communicated with people that they wanted to talk to. The fact that I got this official letter from them made me wonder even more whether that the call I had received earlier was really from the FBI. The letter that I got did not mention that anyone from the FBI had ever called me before.

35.    The letter started off with the sentence: "By virtue of this letter, the United States Attorney's Office for the Southern District of Florida provides you with the following notice because you are an identified victim of a federal offense." That sentence (among others) made it seem like this was the first time the FBI was officially contacting me. That was the first time I was told about my rights as a crime victim.

36.    I did not know what was happening about any criminal prosecution of Epstein at this time. I wanted him prosecuted. And given his constant illegal sexual behavior, I thought it was obvious that he should be prosecuted. But after reading the letter, I was confused. The letter did not explain what was actually happening or what role, if any, that I could play. In fact, the letter thanked me for my assistance during the investigations, yet it wasn't clear what that was referring to.

37.    Also, the letter did not directly say that Epstein's crimes against me were not going to be prosecuted. It just said that "the United States has agreed to defer federal prosecution in favor of this state plea and sentence . . . ." I did not know what that meant. The letter did not inform me how it applied to me. The letter also said that there was "litigation between the United States and two other victims regarding the disclosure of the entire agreement between the United States and Mr. Epstein." Understanding more about that case now, I realize that the letter did not

5

explain that the real purpose of that litigation was not to get "disclosure of the entire agreement" but instead to get criminal charges filed against Epstein and to uphold the rights of Epstein's victims. I wish that the Government had told me that was what was really going on.

38.     I saw on the letter that I could call a lawyer. The letter also mentioned Jack Goldberger, who I knew to be Epstein's attorney, which scared me. I first got in touch with the attorneys at the Podhurst Orseck firm. My lawyers filed a lawsuit against Epstein for me, which mentioned that I was abused by Epstein and other powerful people. I was hoping that the information I gave as part of my lawsuit might help to put Epstein away in prison -- where he belongs. But the lawsuit ended up just being about money, which Epstein paid to settle.

40.     At this point, since nothing else seemed to be working to get Epstein and his associates held accountable, I wanted to try by myself to get a message out to the public about what terrible things Epstein and his friends had done to me and other girls. I was very disturbed about how no one was prosecuting Epstein for these crimes. I was also very scared. It seemed that law enforcement was not doing anything with the information they knew about me, which left me and my family more vulnerable and scared.

41.     The journalist printed an article using some of the information I told her. Shortly after the article was published, I talked on the phone to Marie Villafaña, a federal prosecutor from Florida. I had seen her name on the official letter from the FBI, so she seemed legitimate. Villafaña seemed very interested in my case and seemed like she really wanted to do something.

42.     Within a few weeks of the newspaper article being published, two FBI agents also called me in Australia and then came to meet me. In around March 2011, they met me at the U.S. Consulate in Sidney. They seemed to be very professional and hard working. I thought to myself that I had finally gotten the attention of the people that I wanted to and that these people would do the right things against Epstein and the other criminals. I also thought that they could protect me.

43.     When I met with the agents, they mainly focused on Epstein. But while there, I provided them some information about some of the others who were involved in illegal acts as well. I was aware that a false statement to these law enforcement officers was a crime and I told the truth – giving them the information that I could recall at the time about the individuals they inquired about.

44.     The agents were clearly prepared to meet me and already knew a lot about Epstein's crimes. The agents appeared to be very good at investigating and seemed like they really knew how to piece together the whole story. But at the same time, they seemed like they were being blocked from doing what they wanted to do – which I thought was to arrest Epstein and his powerful friends for all of their illegal sexual crimes.

45.    During my interview with the real FBI agents, I told them about my contact from the purported FBI agent. They did not tell me that it had been a legitimate call from the FBI.

46.    The interview I did with these FBI agents was very stressful for me. My meeting lasted for several hours. It was not easy to talk about all these difficult things, but I went through it. I was crying at points in the interview. The interview also placed stress on my marriage, because my husband had to listen to all the terrible things that happened to me. It was difficult for me to have to discuss being passed around as a sex object among powerful people. It was very hard for both of us.

47.    The agents had come from Florida to meet with me in Australia and took my information which gave me reason to believe that Epstein could still be prosecuted for the crimes he committed against me. I was not told even at that point that he could not be prosecuted for the crimes he committed in Florida. I was not told about the CVRA case or that there was any other option for me to enforce my rights. In fact, by the agents meeting with me I believed I was doing exactly what I needed to do to enforce my rights and assist in the prosecution.

48.    I have seen the Government's recent brief trying to keep me from joining this case. In that brief, the Government says about me "the Government is aware that petitioners' counsel have been representing her [that is, me] since at least as early as March 2011." This is completely untrue, and I think the Government knows it is untrue. I was not represented by legal counsel in March 2011. The Government has to know that I didn't have an attorney then, because I didn't have an attorney when I met the agents in Sydney. I don't understand why the Government is giving false facts to the court.

50.    In around April 2011, as a follow-up to my earlier call with Brad Edwards, I got a telephone call from him and another attorney, Jack Scarola. They just wanted general information about whether various people had information relevant to the lawsuit. They told me that they were taping the conversation, and I had no problem with that. I cooperated with them and gave them information about which people had information relevant about Epstein's crimes. Because it was over the phone and we did not know each other very well, they were very polite and did not ask me a lot of details about specifically who I had sex with and what sexual activities I was forced to participate in. It was a general, background interview.

51.    As the months following the FBI meeting in Sydney passed, I was trying to be patient but I began wondering what was going on about prosecuting Epstein. I continued to be very confused about what was happening. I was hoping that some kind of prosecution would come out of it. But when nothing came of it, I got very upset. I wanted to do something to stop Epstein and the other people he associates with from sexually abusing girls. Law enforcement

had taken my detailed statements, but nothing seemed to be happening. I wasn't sure what to do. While I wanted to do all that I could to get justice for what had happened to me, it was very hard for me to figure out how to get something done in the United States while I was living in a foreign country; especially after I had already gave information to the FBI that I believed they were using to investigate and eventually arrest Epstein.

52.     In October 2013, I returned to the United States for the first time since I had left for Thailand.

53.     In April 2014, I decided to get back in touch with the FBI.   In Sydney, the FBI had seemed like they wanted to be helpful to me, and I have great respect for the FBI agents who met me.   It appeared to me they wanted to do the right thing in this case.   But my feeling was once the agents collected information about crimes committed against me, someone else stepped in and blocked them from getting charges filed.   I also thought that Marie Villafaña really wanted to do the right thing and hold Epstein accountable for the horrible crimes he committed.   But, it seemed like the hands of Villafaña and the FBI were always tied by someone else with more authority.

54.     I have never been able to figure out who was (and still is) stopping a prosecution.   I also haven't been able to figure out who is trying to stop me from being able to participate in a court case to a have a judge determine whether my rights have been violated.   It doesn't seem fair to me that the Government can argue that I don't even get the opportunity for a judge review the issue.   To me, this is further verification of Epstein's power, which continues to make me very scared.

55.     I have asked the FBI to show me the video surveillance and other pictures of me that I believe they have in their possession.   They said that I would have to go to the prosecutors to get them.   But the prosecutors will not share anything with me.   I believe that the prosecutors have lots of information that will support what I have been saying about Epstein and his associates.

56.     Based on my knowledge of Epstein and his organization, as well as discussions with the FBI, it is my belief that federal prosecutors likely possess videotapes and photographic images of me as an underage girl having sex with Epstein and some of his powerful friends.   I don't understand why they aren't moving forward with what the FBI has given to them.   I also don't understand why these pictures haven't been given to me nor why law enforcement officers from any other jurisdictions have never contacted me.

57.     It was not until 2014 that I first understood about the way in which Jane Doe No. 1 and Jane Doe No. 2 were trying to invalidate the non-prosecution agreement to allow prosecution of Epstein for crimes he committed against them, and me.   I had never really heard anything significant about this case while I was in Australia, and it was hard to get information about what was happening in Florida while I was overseas.   Once I heard about the case, I quickly wanted to become a part of it.

58.     In light of the way everything has played out, I believe that my rights as a crime victim have been violated.   It was never my choice to become the victim of crimes by Epstein and the

people he forced me to have sex with. Epstein dragged me into his web when I was very young and, after that, it was hard for me to escape. After I ran away to Australia, it appears that Epstein reached an agreement in 2007 with the federal prosecutors in Florida blocking him from being prosecuted for the crimes he committed against me.

59.     When Epstein pled guilty to two low level crimes in 2008 as part of his agreement, no one told me what was happening or that this plea had anything to do with preventing prosecution of crimes against me or the hundreds of other girls he abused. Nobody told me that I could speak to the Judge or that a hearing was even taking place.

60.     Based on all the facts I have described here, I believe some kind of major cover-up is going on to protect Epstein. As I look back on what Epstein and his friends have done, I see a lot of powerful people who knew what they were doing to me and other girls was wrong. But they also seemed to think that they were above the law and they had nothing to worry about. From what I can see, that turned out to be true. There are less powerful people -- like the FBI agents and Marie Villafaña – that seem like they are trying to get the right thing done. But nothing happens.

61.     Because nothing is being done, it makes me think that Epstein was right when he told me he had so many people in his pocket. Maybe those people are still helping him escape being prosecuted for what he did against me. The justice system doesn't seem to respond to the victims in this case. It seems to favor those who have the most money and power and influence.

62.     I am also worried that this is a very dangerous circuit. By standing up for what is right, I'm worried that Epstein, or others named here, will come after me. I wonder where this is going to go if the United States government is not on my side. I am intent on seeing this through so that Epstein isn't allowed to hurt other young girls. I can't stop abuse everywhere in the world. But if I help one victim then I have made a positive difference.

63.     In April 2014, I asked two good attorneys – Brad Edwards and Paul Cassell – to see if they could help me bring Epstein and his friends to justice. They agreed to add me to the existing case. They explained to me that the lawsuit was not asking to get money from Epstein or others. I understand and have always understood that the goal of the case is to simply enforce my rights as a crime victim – rights that were wrongly taken from me.

64.     I want Epstein and the others who committed crimes against me to be punished fairly – the way other less powerful would be. I also want to be added to the suit filed by the two girls, Jane Doe Number 1 and Jane Doe Number 2, and I want to have rights the way a victim of a less wealthy and powerful criminal would have.

65.     Epstein and his friends sexually and physically abused many other girls. They did this in many places around the world. I personally observed this. There are also many people who could confirm what I am saying. I hope that these people will come forward and tell the truth. I hope that they will call my attorney in Fort Lauderdale, Florida -- Brad Edwards – so that all of the information can be presented to the court about what has happened to me and others.

9

66.     Because of how often Epstein and others were having sex with young girls, and how much it was a centerpiece of their lives, I doubt they have just stopped.  It also seems to me that, when I knew them, they believed that they were above the law – too powerful to be prosecuted. That feeling has no doubt been reinforced by the fact Epstein has escaped real punishment with his plea bargain, and the others with whom he traveled have completely escaped.  I hope that I can join this case and try to bring them to justice.

67.     I declare under penalty of perjury that the foregoing is true and correct.

Executed this 5th day of February, 2015. (Location of signature left undisclosed for security reasons)

JANE DOE 3

Case 9:08-cv-80736-KAM   Document 310-1   Entered on FLSD Docket 02/06/2015   Page 12 of 28

# EXHIBIT 1

Case 9:08-cv-80736-KAM   Document 310-1   Entered on FLSD Docket 02/06/2015   Page 13 of 28

**ROYAL PRINCESS**
CHIANG MAI
112 Chang Klan Road, T.Chang Klan, A.Muang, Chiang Mai 50100, Thai
Tel: (053) 281-033  Fax (053) 281-044
บริษัท รอยัลปริ๊นเซส จำกัด (มหาชน)
สาขาโรงแรมรอยัลปริ๊นเซส เชียงใหม่
112 ถ.ช้างคลาน ต.ช้างคลาน อ.เมือง จ.เชียงใหม่ 50100
โทร: (053) 281-033 โทรสาร: (053) 281-044
ทะเบียนการค้าเลขที่ 50 14 02627
เลขประจำตัวผู้เสียภาษีอากร 3 10 1 61770 2

```
J.EPSTEIN
Royal Princess, Chiang Mai, 18/10/02  12:51
188785
Room No.   : 923                Page No.   : 1
Arr. Date  : 29/09/02           Dept Date  : 19/10/02
Guest      : 1                  Cashier    : 11 CHFGAGNT03
```

Guest Name : DOE 3                              USA

USA

| DATE  | DESCRIPTION                              | CHARGE   | CREDIT |
|-------|------------------------------------------|----------|--------|
| 08/10 | Room Charges                             | 2700.00  |        |
| 08/10 | Service charge 10%                       | 270.00   |        |
| 08/10 | Government Tax                           | 207.90   |        |
| 08/10 | Provincial Tax (Rm)                      | 21.60    |        |
| 09/10 | Room Charges                             | 2700.00  |        |
| 09/10 | Service charge 10%                       | 270.00   |        |
| 09/10 | Government Tax                           | 207.90   |        |
| 09/10 | Provincial Tax (Rm)                      | 21.60    |        |
| 09/10 | Room Service B/F #923  : CHECK #2098     | 376.64   |        |
| 09/10 | Minibar #923  :                          | 120.00   |        |
| 09/10 | Long Distance #923  : 061923497          | 45.00    |        |
| 09/10 | Overseas #923  : 001121275098            | 384.00   |        |
| 09/10 | Overseas #923  : 001156179290            | 177.00   |        |
| 09/10 | Overseas #923  : 001121275098            | 177.00   |        |
| 10/10 | Room Charges                             | 2700.00  |        |
| 10/10 | Service charge 10%                       | 270.00   |        |
| 10/10 | Government Tax                           | 207.90   |        |
| 10/10 | Provincial Tax (Rm)                      | 21.60    |        |
| 10/10 | Room Service B/F #923  : CHECK #2106     | 129.47   |        |
| 10/10 | Local Call #923  : 053278900             | 10.00    |        |
| 10/10 | Overseas #923  : 001121275098            | 177.00   |        |
| 10/10 | Overseas #923  : 001121275098            | 118.00   |        |
| 11/10 | Room Charges                             | 2700.00  |        |
| 11/10 | Service charge 10%                       | 270.00   |        |
| 11/10 | Government Tax                           | 207.90   |        |
| 11/10 | Provincial Tax (Rm)                      | 21.60    |        |
| 11/10 | Long Distance #923  : 017462088          | 15.00    |        |
| 11/10 | Long Distance #923  : 017462088          | 15.00    |        |
| 11/10 | Long Distance #923  : 017462088          | 15.00    |        |
| 11/10 | Long Distance #923  : 017462088          | 15.00    |        |
| 11/10 | Overseas #923  : 001121275098            | 266.00   |        |
| 11/10 | Overseas #923  : 001121275098            | 59.00    |        |
| 11/10 | Laundry/Valet 01699 pia                  | 1912.70  |        |
| 12/10 | Room Charges                             | 2700.00  |        |
| 12/10 | Service charge 10%                       | 270.00   |        |
| 12/10 | Government Tax                           | 207.90   |        |

Guest's signature _____

Date _____

Case 9:08-cv-80736-KAM   Document 310-1   Entered on FLSD Docket 02/06/2015   Page 14 of 28



**ROYAL PRINCESS**
*CHIANG MAI*
112 Chiang Klan Road, T.Chang Klan, A.Muang, Chiang Mai 50100, Thai.
Tel: (053) 281-033  Fax: (053) 281-044
บริษัท รอยัลปริ้นเซส จำกัด (มหาชน)
สาขาโรงแรมรอยัลปริ้นเซส เชียงใหม่
112 ถ.ช้างคลาน ต.ช้างคลาน อ.เมือง จ.เชียงใหม่ 50100
โทร. (053) 281-033  โทรสาร: (053) 281-044
ทะเบียนการค้าเลขที่ 30 14 02527
เลขประจำตัวผู้เสียภาษีอากร 3 10 1 61770 2

```
J.EPSTEIN
Royal Princess, Chiang Mai, 18/10/02  12:51
188785 '
Room No.    : 923          Page No.  : 2
Arr. Date   : 29/09/02     Dept Date : 19/10/02
Guest       : 1            Cashier   : 11 CHFGAGNT03
```

Guest Name :  DOE 3

USA                                            USA

| DATE  | DESCRIPTION                              | CHARGE  | CREDIT |
|-------|------------------------------------------|---------|--------|
| 12/10 | Provincial Tax (Rm)                      | 21.60   |        |
| 12/10 | Long Distance #923  : 019980563          | 30.00   |        |
| 12/10 | Overseas #923  : 001171983648            | 913.00  |        |
| 12/10 | Overseas #923  : 001121275098            | 30.00   |        |
| 12/10 | Overseas #923  : 001121275098            | 89.00   |        |
| 13/10 | Room Charges                             | 2700.00 |        |
| 13/10 | Service charge 10%                       | 270.00  |        |
| 13/10 | Government Tax                           | 207.90  |        |
| 13/10 | Provincial Tax (Rm)                      | 21.60   |        |
| 13/10 | Room Service B/F #923  : CHECK # 117      | 153.01  |        |
| 13/10 | Long Distance #923  : 069156656          | 45.00   |        |
| 13/10 | Long Distance #923  : 069156656          | 30.00   |        |
| 13/10 | Long Distance #923  : 069156656          | 15.00   |        |
| 13/10 | Overseas #923  : 001156179290            | 30.00   |        |
| 13/10 | Overseas #923  : 001156124844            | 30.00   |        |
| 13/10 | Overseas #923  : 001156179045            | 560.00  |        |
| 13/10 | Overseas #923  : 001156179835            | 30.00   |        |
| 13/10 | Overseas #923  : 001121275098            | 30.00   |        |
| 13/10 | Overseas #923  : 001156179290            | 59.00   |        |
| 13/10 | Overseas #923  : 001156179855            | 384.00  |        |
| 13/10 | Overseas #923  : 001156179045            | 89.00   |        |
| 14/10 | Room Charges                             | 2700.00 |        |
| 14/10 | Service charge 10%                       | 270.00  |        |
| 14/10 | Government Tax                           | 207.90  |        |
| 14/10 | Provincial Tax (Rm)                      | 21.60   |        |
| 14/10 | Room Service B/F #923  : CHECK # 129      | 294.25  |        |
| 14/10 | Minibar #923  :                          | 290.00  |        |
| 14/10 | Overseas #923  : 001121275098            | 59.00   |        |
| 14/10 | Overseas #923  : 001156130954            | 59.00   |        |
| 14/10 | Overseas #923  : 001121275098            | 59.00   |        |
| 14/10 | Overseas #923  : 001156179290            | 30.00   |        |
| 15/10 | Room Charges                             | 2700.00 |        |
| 15/10 | Service charge 10%                       | 270.00  |        |
| 15/10 | Government Tax                           | 207.90  |        |
| 15/10 | Provincial Tax (Rm)                      | 21.60   |        |
| 15/10 | Minibar #923  :                          | 120.00  |        |

Guest's signature _____

Date _____

Case 9:08-cv-80736-KAM   Document 310-1   Entered on FLSD Docket 02/06/2015   Page 15 of 28

**ROYAL PRINCESS**

*CHIANG MAI*

112 Chiang Klan Road, T.Chang Klan, A.Muang, Chiang Mai 50100, Thailand
Tel: (053) 281-033  Fax: (053) 281-044

บริษัท รอยัลปริ๊นเซส จำกัด (มหาชน)
สาขาโรงแรมรอยัลปริ๊นเซส เชียงใหม่
112 ถนนเชียงคลาน ต.เชียงคลาน อ.เมือง จ.เชียงใหม่ 50100
โทร: (053) 281-033  โทรสาร: (053) 281-044
ทะเบียนการค้าเลขที่ 50 10 02527
เลขประจำตัวผู้เสียภาษีอากร 3 10 1 61770 2

J.EPSTEIN
Royal Princess, Chiang Mai, 18/10/02  12:51
188785

Room No.   : 923                Page No.  : 3
Arr. Date  : 29/09/02           Dept Date : 19/10/02
Guest      : 1                  Cashier   : 11 CHFGAGNT03

Guest Name : | DOE 3 |
                                        USA
             USA

| DATE | DESCRIPTION | CHARGE | CREDIT |
|------|------------|--------|--------|
| 15/10 | Overseas #923  : 001156179290 | 796.00 | |
| 15/10 | Overseas #923  : 001156165548 | 118.00 | |
| 15/10 | Overseas #923  : 001121275098 | 354.00 | |
| 16/10 | Room Charges | 2700.00 | |
| 16/10 | Service charge 10% | 270.00 | |
| 16/10 | Government Tax | 207.90 | |
| 16/10 | Provincial Tax (Rm) | 21.60 | |
| 16/10 | Poolside p.m. #923  : CHECK # 621 | 29.43 | |
| 16/10 | Room Service B/F #923  : CHECK # 143 | 282.48 | |
| 16/10 | Room Service B/F #923  : CHECK # 147 | 918.06 | |
| 16/10 | Minibar #923  : | 180.00 | |
| 16/10 | Local Call #923  : 053224979 | 10.00 | |
| 16/10 | Overseas #923  : 001121275098 | 89.00 | |
| 16/10 | Overseas #923  : 001121275098 | 325.00 | |
| 16/10 | Overseas #923  : 001121275098 | 148.00 | |
| 16/10 | Overseas #923  : 001121275098 | 118.00 | |
| 16/10 | Overseas #923  : 001121275098 | 295.00 | |
| 16/10 | Overseas #923  : 001171983632 | 30.00 | |
| 16/10 | Overseas #923  : 001156179045 | 30.00 | |
| 16/10 | Overseas #923  : 001121275098 | 59.00 | |
| 17/10 | Room Charges | 2700.00 | |
| 17/10 | Service charge 10% | 270.00 | |
| 17/10 | Government Tax | 207.90 | |
| 17/10 | Provincial Tax (Rm) | 21.60 | |
| 17/10 | Room Service B/F #923  : CHECK #2160 | 306.02 | |
| 17/10 | Room Service B/F #923  : CHECK # 161 | 94.16 | |
| 17/10 | Room Service B/F #923  : CHECK # 162 | 94.16 | |
| 17/10 | Minibar #923  : | 160.00 | |
| 17/10 | Overseas #923  : 001121275098 | 30.00 | |
| 17/10 | Overseas #923  : 001121275098 | 148.00 | |
| 17/10 | Overseas #923  : 001161974392 | 30.00 | |
| 17/10 | Overseas #923  : 001156179045 | 59.00 | |
| 17/10 | Overseas #923  : 001171983632 | 471.00 | |
| 17/10 | Overseas #923  : 001121275098 | 89.00 | |
| 18/10 | Room Charges | 2700.00 | |
| 18/10 | Service charge 10% | 270.00 | |

Guest's signature _____

Date _____

**ROYAL PRINCESS**
*CHIANG MAI*
112 Chang Klan Road, T.Chang Klan, A.Muang, Chiang Mai 50100, Thaila
Tel: (053) 281-033  Fax: (053) 281-044
บริษัท รอยัลปริ๊นเซส จำกัด (มหาชน)
สาขาโรงแรมรอยัลปริ๊นเซส เชียงใหม่
112 ถ.ช้างคลาน ต.ช้างคลาน อ.เมือง จ.เชียงใหม่ 50100
โทร. (053) 281-033  โทรสาร: (053) 281-044
ทะเบียนการค้าเลขที่ 50 14 02527
เลขประจำตัวผู้เสียภาษีอากร 3 10 1 61770 2

```
J.EPSTEIN
Royal Princess, Chiang Mai, 18/10/02  12:51
188785
Room No.   : 923            Page No.   :  4
Arr. Date  : 29/09/02       Dept Date  : 19/10/02
Guest      : 1              Cashier    : 11 CHFGAGNT03
```

Guest Name :  DOE 3

USA

USA

| DATE | DESCRIPTION | CHARGE | CREDIT |
|------|-------------|--------|--------|
| 18/10 | Government Tax | 207.90 | |
| 18/10 | Provincial Tax (Rm) | 21.60 | |
| 18/10 | Room Service B/F #923  : CHECK # 171 | 294.25 | |
| 18/10 | Room Service B/F #923  : CHECK # 172 | 188.32 | |
| 18/10 | Overseas #923  : 001612974392 | 207.00 | |
| 18/10 | Cash PHET | | 48587.45 |
| | Total | 48587.45 | 48587.45 |
| | Balance | | 0.00 Baht |

```
Total including VAT      48349.85 Baht
Total without VAT          237.60 Baht
Folio amount net         45424.38 Baht
V A T  7.00%              3163.07 Baht (48349.85)

TAX IO NO. 3 1 0 1 6 1 7 7 0 2
RD NO.     5 0 1 4 9 1 0 0 0 2 3 5
TAX  INVOICE NO.   13489
TAX  INVOICE(ABB)
```

Guest's signature _____

Date _____

Case 9:08-cv-80736-KAM   Document 310-1   Entered on FLSD Docket 02/06/2015   Page 17 of 28

**ROYAL PRINCESS**
*CHIANG MAI*
112 Chang Klan Road, T.Chang Klan, A.Meang, Chiang Mai 50100, Thail:
Tel: (053) 281-033  Fax: (053) 281-044
บริษัท รอยัลปริ๊นเซส จำกัด (มหาชน)
สาขาโรงแรมรอยัลปริ๊นเซส เชียงใหม่
112 ถ.ช้างคลาน ต.ช้างคลาน อ.เมือง จ.เชียงใหม่ 50100
โทร: (053) 281-033  โทรสาร: (053) 281-044
ทะเบียนการค้าเลขที่ 50 14 02527
เลขประจำตัวผู้เสียภาษีอากร 3 10 1 61770 2

J.EPSTEIN
Royal Princess, Chiang Mai, 08/10/02  14:14
187916
Room No.  : 923              Page No.  : 1
Arr. Date : 29/09/02         Dept Date : 19/10/02
Guest     : 1                Cashier   : 11 CHI6AGHI03

Guest Name :  | DOE 3 |

USA                                              USA

| DATE  | DESCRIPTION                              | CHARGE  | CREDIT |
|-------|------------------------------------------|---------|--------|
| 29/09 | Room Charges                             | 2700.00 |        |
| 29/09 | Service charge 10%                       | 270.00  |        |
| 29/09 | Government Tax                           | 207.90  |        |
| 29/09 | Provincial Tax (Rm)                      | 21.60   |        |
| 29/09 | Overseas #922 : 00115617929Q            | 118.00  |        |
| 30/09 | Room Charges                             | 2700.00 |        |
| 30/09 | Service charge 10%                       | 270.00  |        |
| 30/09 | Government Tax                           | 207.90  |        |
| 30/09 | Provincial Tax (Rm)                      | 21.60   |        |
| 30/09 | Overseas #923 : 0011561792 90           | 737.00  |        |
| 30/09 | Overseas #923 : 001171983632            | 30.00   |        |
| 30/09 | Overseas #923 : 001171983640            | 472.00  |        |
| 30/09 | Overseas #923 : 0011561790 48           | 30.00   |        |
| 30/09 | Overseas #923 : 001181792 60            | 30.00   |        |
| 30/09 | Overseas #923 : 0011561790 48           | 30.00   |        |
| 30/09 | Overseas #923 : 0011561792 90           | 325.00  |        |
| 01/10 | Room Charges                             | 2700.00 |        |
| 01/10 | Service charge 10%                       | 270.00  |        |
| 01/10 | Government Tax                           | 207.90  |        |
| 01/10 | Provincial Tax (Rm)                      | 21.60   |        |
| 01/10 | Overseas #923 : 00115617929Q            | 30.00   |        |
| 01/10 | Overseas #923 : 0011561792 90           | 325.00  |        |
| 01/10 | Overseas #923 : 0011561792 90           | 285.00  |        |
| 01/10 | Overseas #923 : 0011561792 90           | 50.00   |        |
| 02/10 | Room Charges                             | 2700.00 |        |
| 02/10 | Service charge 10%                       | 270.00  |        |
| 02/10 | Government Tax                           | 207.90  |        |
| 02/10 | Provincial Tax (Rm)                      | 21.60   |        |
| 02/10 | Poolside a.m. #923  : CHECK # 487        | 664.96  |        |
| 02/10 | Poolside p.m. #923  : CHEC  # 491        | 188.32  |        |
| 02/10 | Poolside p.m. #923  : CHECK # 493        | 188.32  |        |
| 02/10 | Minibar #923                             | 170.00  |        |
| 02/10 | Overseas #923 : 0011561792 90           | 30.00   |        |
| 03/10 | Room Charges                             | 2700.00 |        |
| 03/10 | Service charge 10%                       | 270.00  |        |
| 03/10 | Government Tax                           | 207.90  |        |

Guest's signature _____

Date _____

**ROYAL PRINCESS**
*CHIANG MAI*

112 Chang Klan Road, T.Chang Klan, A.Muang, Chiang Mai 50100, Thai
Tel: (053) 281-033  Fax (053) 281-044
บริษัท รอยัลปริ๊นเซส จำกัด (มหาชน)
สาขาโรงแรมรอยัลปริ๊นเซส เชียงใหม่
112 ถ.ช้างคลาน ต.ช้างคลาน อ.เมือง จ.เชียงใหม่ 50100
โทร. (053) 281-033 โทรสาร (053) 281-044
ทะเบียนการค้าเลขที่ 50 14 02527
เลขประจำตัวผู้เสียภาษีอากร 3 10 1 61770 2

```
J.EPSTEIN
Royal Princess, Chiang Mai, 06/10/02  14:11
187916
Room No.  : 973            Page No.  : 2
Arr. Date : 29/09/02       Dept Date : 19/10/02
Guest     : 1              Cashier   : 1) CHEGA6N102
```

Guest Name :  [ DOE 3 ]

                                    USA                         USA

| DATE  | DESCRIPTION                           | CHARGE   | CREDIT |
|-------|---------------------------------------|----------|--------|
| 03/10 | Provincial Tax (Rm)                   | 21.60    |        |
| 03/10 | Overseas #973 : 00115617929?          | 767.00   |        |
| 03/10 | Overseas #973 : 001156179045          | 226.00   |        |
| 03/10 | Overseas #973 : 0011561792?0          | 207.00   |        |
| 04/10 | Room Charges                          | 2700.00  |        |
| 04/10 | Service charge 10%                    | 270.00   |        |
| 04/10 | Government Tax                        | 207.90   |        |
| 04/10 | Provincial Tax (Rm)                   | 21.60    |        |
| 04/10 | Poolside p.m. #973 : CHECK # 808      | 188.3?   |        |
| 04/10 | Overseas #973 : 0011561792?0          | 1031.00  |        |
| 04/10 | Overseas #973 : 0011561792?0          | 2091.00  |        |
| 04/10 | Overseas #973 : 001156179280          | 767.00   |        |
| 05/10 | Room Charges                          | 2700.00  |        |
| 05/10 | Service charge 10%                    | 270.00   |        |
| 05/10 | Government Tax                        | 207.90   |        |
| 05/10 | Provincial Tax (Rm)                   | 21.60    |        |
| 05/10 | Local Call #973 : 053222615           | 10.00    |        |
| 05/10 | Local Call #973 : 053211563           | 16.00    |        |
| 05/10 | Overseas #973 : 0011804308?5          | 118.00   |        |
| 05/10 | Overseas #973 : 0011561792?0          | 413.00   |        |
| 05/10 | Overseas #973 : 0011561792?0          | 1684.00  |        |
| 05/10 | Overseas #973 : 0011561792?0          | 1031.00  |        |
| 06/10 | Room Charges                          | 2700.00  |        |
| 06/10 | Service charge 10%                    | 270.00   |        |
| 06/10 | Government Tax                        | 207.90   |        |
| 06/10 | Provincial Tax (Rm)                   | 21.60    |        |
| 06/10 | Poolside p.m. #23517 HCO              | 353.1?   |        |
| 06/10 | Poolside p.m. #23529 HCO              | 976.64   |        |
| 06/10 | Local Call #973 : 053222615           | 16.00    |        |
| 06/10 | Overseas #973 : 0011561792?0          | 58.00    |        |
| 07/10 | Room Charges                          | 2700.00  |        |
| 07/10 | Service charge 10%                    | 270.00   |        |
| 07/10 | Government Tax                        | 207.90   |        |
| 07/10 | Provincial Tax (Rm)                   | 21.60    |        |
| 07/10 | Minibar #1816 pin                     | 220.00   |        |
| 07/10 | Long Distance #973 : 023273497        | 15.00    |        |

Guest's signature _____

Date _____

**ROYAL PRINCESS**
*CHIANG MAI*
112 Chang Klan Road, T.Chang Klan, A.Muang, Chiang Mai 50100, Thailand
Tel: (053) 281-033  Fax: (053) 281-044
บริษัท รอยัลปริ้นเซส จำกัด (มหาชน)
สาขาโรงแรมรอยัลปริ้นเซส เชียงใหม่
112 ถ.ช้างคลาน ต.ช้างคลาน อ.เมือง จ.เชียงใหม่ 50100
โทร. (053) 281-033  โทรสาร (053) 281-044
ทะเบียนการค้าเลขที่ 50 14 02527
เลขประจำตัวผู้เสียภาษีอากร 3 10 1 61770 2

J.EPSTEIN
Royal Princess, Chiang Mai, 08/10/02  14:14
137916
Room No.  : 923            Page No.  : 3
Arr. Date : 29/09/02       Dept Date : 19/10/02
Guest     : 1              Cashier   : 11 CHERGHENTOs

Guest Name :  DOE 3

                                            USA
                          USA

| DATE  | DESCRIPTION                  | CHARGE   | CREDIT   |
|-------|------------------------------|----------|----------|
| 07/10 | Overseas #923 : 0011561/9390 | 207.00   |          |
| 07/10 | Overseas #923 : 0011563/9280 | 1086.00  |          |
| 07/10 | Overseas #923 : 0011212/5098 | 295.00   |          |
| 07/10 | Overseas #923 : 0011561/9290 | 148.00   |          |
| 08/10 | Overseas #923 : 0011563/9290 | 913.00   |          |
| 08/10 | Cash PMNT                    |          | 44677.16 |

Total                44677.16   44677.16

Balance                          0.00 BAHT

Total including VAT      ...  Baht
Total without VAT        ...  Baht
Folio amount net         ...  Baht
V A T  7.00%             ...  Baht (44482.76)

TAX ID NO. 3 1 0 1 6 1 / 7 6 2
RO NO.       5 0 1 4 9 1 5 0 0 2 2 5
TAX INVOICE NO.  13028
TAX INVOICE (ABB)

Guest's signature _____
Date _____

Case 9:08-cv-80736-KAM   Document 310-1   Entered on FLSD Docket 02/06/2015   Page 20 of 28

**ROYAL PRINCESS**

*CHIANG MAI*

112 Chang Klan Road, T.Chang Klan, A.Muang, Chiang Mai 50100, Thaila

Tel: (053) 281-033  Fax: (053) 281-044

บริษัท รอยัลปริ้นเซส จำกัด (มหาชน)

สาขาโรงแรมรอยัลปริ้นเซส เชียงใหม่

112 ถ.ช้างคลาน ต.ช้างคลาน อ.เมือง จ.เชียงใหม่ 50100

โทร. (053) 281-033  โทรสาร: (053) 281-044

ทะเบียนการค้าเลขที่ 50 14 02527

เลขประจำตัวผู้เสียภาษีอากร 3 10 1 61770 2

```
J.EPSTEIN
Royal Princess, Chiang Mai, 19/10/02  13:07

Room No.   : 923          Page No.  : 1
Arr. Date  : 29/09/02     Dept Date : 19/10/02
Guest      : 1            Cashier   : 11 CHFGAGNT03
```

Guest Name : DOE 3                           USA

USA

| DATE  | DESCRIPTION                              | CHARGE   | CREDIT |
|-------|------------------------------------------|----------|--------|
| 18/10 | Room Service B/F #923  : CHECK # 171      | 294.25   |        |
| 18/10 | Room Service B/F #923  : CHECK # 172      | 188.32   |        |
| 18/10 | Long Distance #923  : 098181318          | 15.00    |        |
| 18/10 | Long Distance #923  : 098183189          | 60.00    |        |
| 18/10 | Overseas #923  : 001612974392            | 207.00   |        |
| 18/10 | Overseas #923  : 001612974392            | 384.00   |        |
| 18/10 | Overseas #923  : 001156184460            | 833.00   |        |
| 19/10 | Room Service B/F #923  : CHECK # 183      | 400.18   |        |
| 19/10 | Minibar                                  | 220.00   |        |

```
                          Total            2651.75

                          Balance          2651.75 Baht

     Total including VAT            2651.75
     Folio amount net              2477.33
     V A T  7.00%                   173.42 Baht (2651.75)

     TAX ID NO. 3 1 0 1 6 1 7 7
     RO NO.   5 0 1 4 9 1 0 0 0

     TAX  INVOICE(ABB)
```

PAID

Guest's signature _____

Date _____

# EXHIBIT 2

Case 9:08-cv-80736-KAM   Document 310-1   Entered on FLSD Docket 02/06/2015   Page 22 of 28



**TRAVEL TIPS AND AGENCY DISCLAIMER-READ CAREFULLY**

Please check your documents when you receive them. Call us if you have any questions.

CHECK-IN - Minimum check-in time for domestic flights is 60 minutes and for international flights is 2 hours.

RECONFIRM your return or continuing flights - 48 hours for domestic and 72 hours for international. Failure to use any association may result in automatic cancellation of all continuing and return reservations. Reconfirmation is mandatory in Canada, Mexico, Hawaii and all international destinations.

These times, flights and fares are based on current tariffs that are subject to change without notice.

EXCURSION AND PROMOTIONAL FARES - Most discount fares involve certain restrictions. A change in carrier(s), flight(s), or routing(s) could result in a carrier demanding a full fare. Obtain agency or airline assistance before making changes.

THIS TICKET HAS VALUE!! If you change your ticketing en route, INSIST that the remaining value of the original ticket be applied toward the cost of the new ticket - with either additional collection or refund of any difference being made if necessary.

If the person doing the re-ticketing refused your request, obtain a name or an identification and advise us of details upon return.

TICKET - Cancelled or unused tickets must be returned for proper credit. Lost, stolen or destroyed tickets must be paid for until refund is received from the issuing carrier, subject to an airline imposed service charge.

HOTELS are usually confirmed on a guaranteed payment basis. If you cancel or change plans, please notify your hotel(s) by 4:00 P.M. local time to avoid mandatory payment. Resort hotels may require 72 hours advance notice.

IMPORTANT!! If you arrive at an airline ticket or passenger check-in counter with your confirmed ticket and find that the airline shows no reservation for you - do not leave the counter. Check your ticket. If the status box shows "OK" for the flight in question, the airline must accommodate you on that flight, or if that is not possible, they must either find you a substitute flight or pay you denied boarding compensation. If necessary ask to speak to a supervisor.

DISCLAIMER OF LIABILITY - This Travel Agency is acting as intermediary or as agency for suppliers in selling services, or in accepting reservations or bookings for services which are not directly supplied by this Travel Agency (such as air carriage, hotel accommodations, ground transportation, meals, tours, cruises, etc.). This Travel Agency, therefore, shall not be responsible for breach of contract or any intentional or careless actions or omissions on part of such suppliers, which result in any loss, damage, delay, or injury to you or your travel companions or group members. Unless the term "guaranteed" is specifically stated in writing on your ticket, invoice or reservation itinerary, we do not guarantee any of such suppliers' rates, bookings or reservations. Your retention of tickets, reservations or bookings after issuance shall constitute a consent of the above, and an agreement on your part to convey the contents hereof to your travel companions or group members. This Travel Agency herein gives notice that it cannot be held responsible for any disruption of travel and/or related services in "troubled areas," due to Monetary Crises, Political or Social Unrest, Labor Problems, Mechanical or Construction Difficulties, Climatic Aberrations, Local Laws, Diseases, or Novel Conditions, including Terrorist Activities.
WE STRONGLY RECOMMEND TRAVEL INSURANCE.



# SHOPPERS TRAVEL, INC.

SHOPPERS TRAVEL
303 5TH AVENUE
NEW YORK          NY10016
                 212 779 8800

AGENT RS/RS BOOKING REF ZXLL07

DOE 3

J EPSTEIN
457 MADISON AVE
4TH FLOOR
NEWYORK NY 10027
ATT: KIMBERLY

TERMS: PAYMENT DUE UPON PRESENTATION

RECORD

| AIRLINE | FLT | CL | DATE | FROM | TO | LV | AR | ST |
|---------|-----|-----|------|------|-----|-----|-----|-----|

DATE:    SEP 27 2002

SINGAPORE AIRLINES    27SEP   NEW YORK NY     SINGAPORE       945P      635A
SQ 25       Q         FRI     JOHN F KENNEDY  CHANGI                    29SEP
            NON SMOKING       TERMINAL 1      TERMINAL 2
                              MEAL                            1 STOP
                              RESERVATION CONFIRMED    20:50 DURATION
      NEW YORK      FRANKFURT
      FRANKFURT     SINGAPORE
            AIRCRAFT: BOEING 747-400

SINGAPORE AIRLINES    29SEP   SINGAPORE       BANGKOK         850A      1010A
SQ 62       Q         SUN     CHANGI          BANGKOK INTL
            NON SMOKING       TERMINAL 2      TERMINAL 2
                              MEAL                            NON STOP
                              RESERVATION CONFIRMED    2:20 DURATION
            AIRCRAFT: BOEING 747-400

THAI AIRWAYS INTL     29SEP   BANGKOK         CHIANG MAI      1215P     125P
TG 110      Y         SUN     BANGKOK INTL    INTERNATIONAL
            NON SMOKING       TERMINAL DOM
                              RESERVATION CONFIRMED    NON STOP
            AIRCRAFT: AIRBUS INDUSTRIE A300-600/600C        1:10 DURATION

HOTEL                 29SEP   ROYAL PRINCESS CHIANGMAI
            18OCT   112 ISARANI RD ROAD
                    AMPHUR MUANG
                    CHIANG MAI 50200
                    THAILAND

Case 9:08-cv-80736-KAM   Document 310-1   Entered on FLSD Docket 02/06/2015   Page 24 of 28

# SHOPPERS TRAVEL, INC.

SHOPPERS TRAVEL
303 5TH AVENUE
NEW YORK          NY10016
                  212 779 8800

AGENT RS/RS BOOKING REF ZXLL07

DOE 3

J EPSTEIN
457 MADISON AVE
4TH FLOOR
NEWYORK NY 10027
ATT:KIMBERLY

TERMS: PAYMENT DUE UPON PRESENTATION

RECORD

| AIRLINE | FLT | CL | DATE | FROM | TO | LV | AR | ST |
|---|---|---|---|---|---|---|---|---|

DATE:  SEP 27 2002

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| SINGAPORE AIRLINES | 27SEP | | NEW YORK NY | SINGAPORE | 945P | 635A | |
| SQ 25 | Q | FRI | JOHN F KENNEDY | CHANGI | | 29SEP | |
| NON SMOKING | | | TERMINAL 1 | TERMINAL 2 | | | |
| | | | MEAL | | | 1 STOP | |
| | | | RESERVATION CONFIRMED | | | 20:50 DURATION | |
| NEW YORK | FRANKFURT | | | | | | |
| FRANKFURT | SINGAPORE | | | | | | |
| | | | AIRCRAFT: BOEING 747-400 | | | | |

SINGAPORE AIRLINES   29SEP   SINGAPORE        BANGKOK           850A    1010A
SQ 62           Q    SUN    CHANGI           BANGKOK INTL
      NON SMOKING          TERMINAL 2       TERMINAL 2
                          MEAL                             NON STOP
                          RESERVATION CONFIRMED            2:20 DURATION
                  AIRCRAFT: BOEING 747-400

THAI AIRWAYS INTL    29SEP   BANGKOK          CHIANG MAI        1215P   125P
TG 110          Y    SUN    BANGKOK INTL     INTERNATIONAL
      NON SMOKING          TERMINAL DOM
                                                            NON STOP
                          RESERVATION CONFIRMED             1:10 DURATION
                  AIRCRAFT: AIRBUS INDUSTRIE A300-600/600C

HOTEL                29SEP ROYAL PRINCESS CHIANGMAI
                     19OCT 112 CHANGLAN ROAD
                           AMPHOR MUANG
                           CHIANG MAI 50100
                           THAILAND
                           TELEPHONE: 66 53281033-43
                           FAX: 66 53281044
                           TELEX: NONE
                           CONFIRMATION: 102520345
                           REFERENCE: A03A00
                           SINGLE ROOM TWIN BED
                           RATE: COR THB 2700.00 PER NIGHT
                           GUARANTEE GIVEN
                           CANCELLATION POLICY:
                           BY 1600 22SEP2002 LOCAL PROPERTY TIME

VISIT OUR SITE HTTP//www.shopperstravel.com • E-Mail: Info@shopperstravel.com
303 FIFTH AVENUE • SUITE 1007 • NEW YORK, N.Y. 10016
TEL. (212) 779-8800 • FAX (212) 779-8397
NEW JERSEY TEL (732) 287-6300

*THANK YOU*

PLEASE RECONFIRM FLIGHTS AND TIMES IN CASE OF SCHEDULE CHANGES
— 24 HOUR PRIOR FOR DOMESTIC TRAVEL — 72 HOURS PRIOR FOR INTERNATIONAL TRAVEL.



# SHOPPERS TRAVEL, INC.

SHOPPERS TRAVEL
303 5TH AVENUE
NEW YORK            NY10016
                    212 779 8800

AGENT RS/RS  BOOKING REF ZXLL07

DOE 3

J EPSTEIN
457 MADISON AVE
4TH FLOOR
NEWYORK NY 10027
ATT:KIMBERLY

TERMS: PAYMENT DUE UPON PRESENTATION

RECORD

| AIRLINE | FLT | CL | DATE | FROM | TO | LV | AR | ST |
|---------|-----|----|------|------|----|----|----|----|

DATE:    SEP 27 2002

THAI AIRWAYS INTL        19OCT  CHIANG MAI        BANGKOK          315P      425P
TG 113      Y            SAT    INTERNATIONAL     BANGKOK INTL
            NON SMOKING                           TERMINAL DOM
                                                                  NON STOP
                                RESERVATION CONFIRMED             1:10 DURATION
                 AIRCRAFT: AIRBUS INDUSTRIE A300-600/600C

SINGAPORE AIRLINES       19OCT  BANGKOK           SINGAPORE        630P      955P
SQ 67       Q            SAT    BANGKOK INTL      CHANGI
            NON SMOKING         TERMINAL 2        TERMINAL 2
                                MEAL                              NON STOP
                                RESERVATION CONFIRMED             2:25 DURATION
                 AIRCRAFT: BOEING 747-400

SINGAPORE AIRLINES       19OCT  SINGAPORE         NEW YORK NY      1150P     1040A
SQ 26       Q            SAT    CHANGI            JOHN F KENNEDY             20OCT
            NON SMOKING         TERMINAL 2        TERMINAL 1
                                MEAL                              1 STOP
                                RESERVATION CONFIRMED             22:50 DURATION
            SINGAPORE    FRANKFURT
            FRANKFURT    NEW YORK
                 AIRCRAFT: BOEING 747-400

AMERICAN AIRLINES        20OCT  NEW YORK NY       MIAMI FL         250P      606P
AA 1701     N            SUN    JOHN F KENNEDY    MIAMI INTL
            NON SMOKING         TERMINAL 8
                                                                  NON STOP
                                RESERVATION CONFIRMED             3:16 DURATION
                 AIRCRAFT: BOEING 757-200/300

MISCELLANEOUS            27JUL  CHIANG MAI
                         SUN    SHOPPERS TRAVEL

RESERVATION NUMBER(S)  AA/DFNKAZ  SQ/JC5MU4  TG/L2QHI4

THIS TICKET IS NONREFUNDABLE/NONCHANGEABLE
PENALTY MAY APPLY FOR ANY CHANGE/CANCELLATION
CHECKIN 2 HOURS BEFORE SCHEDULED DEPARTURE
RECONFIRM RETURN FLIGHTS 72HOURS IN ADVANCE
WE SUGGEST YOU CARRY YOUR OWN INSURANCE
INTERNATIONAL TRAVEL MAY REQUIRE PASSPORT/VISA
IT IS YOUR RESPONSIBILITY TO CHECK WITH THE

Web: www.shopperstravel.com   E-Mail: info@shopperstravel.com
303 FIFTH AVENUE  NEW YORK, NY 10016
TEL: 1-800-223-5800  FAX: (212) 779-0397
NEW JERSEY TEL (212) 779-8300

# THANK YOU

PLEASE RECONFIRM FLIGHTS AND TIMES IN CASE OF SCHEDULE CHANGES
— 24 HOUR PRIOR FOR DOMESTIC TRAVEL — 72 HOURS PRIOR FOR INTERNATIONAL TRAVEL

Case 9:08-cv-80736-KAM   Document 310-1   Entered on FLSD Docket 02/06/2015   Page 26 of 28



# SHOPPERS TRAVEL, INC.

SHOPPERS TRAVEL
303 5TH AVENUE
NEW YORK          NY10016
                     212 779 8800

AGENT RS/RS BOOKING REF ZXLL07

DOE 3

J EPSTEIN
457 MADISON AVE
4TH FLOOR
NEWYORK NY 10027
ATT:KIMBERLY

TERMS: PAYMENT DUE UPON PRESENTATION

RECORD

| AIRLINE | FLT | CL | DATE | FROM | TO | LV | AR | ST |
|---------|-----|----|----|----|----|----|----|----|

DATE:    SEP 27 2002

CONSULATE ABOUT YOUR VISA TO THE COUNTRIES YOU
ARE TRAVELLING/TRANSITTING
SHOPPERS TRAVEL,INC IS NOT RESPONSIBLE FOR TICKETS
LOST, OR DELAYED IN THE MAIL
          **PLEASE CARRY A VALID PHOTO ID****
     THANK YOU,WE KNOW THAT YOU HAVE A CHOICE AND
     WE APPRECIATE YOU CHOOSING SHOPPERS TRAVEL,INC
        VISIT OUR WEB SITE AT WWW.SHOPPERSTRAVEL.COM
              HAVE A NICE TRIP

VISIT OUR SITE HTTP://www.shopperstravel.com • E-Mail: Info@shopperstravel.com
303 FIFTH AVENUE • SUITE 1007 • NEW YORK, N.Y. 10016
TEL. (212) 779-8800 • FAX (212) 779-8397
NEW JERSEY TEL. (732) 287-6300

**THANK YOU**

PLEASE RECONFIRM FLIGHTS AND TIMES IN CASE OF SCHEDULE CHANGES
— 24 HOUR PRIOR FOR DOMESTIC TRAVEL — 72 HOURS PRIOR FOR INTERNATIONAL TRAVEL

1. Please check your documents when you receive them. Call us if you have any questions.

2. CHECK-IN — Minimum check-in time for domestic flights is 60 minutes and for international flights, 2 hours.

3. RECONFIRMATION — Reconfirm the use and time of flights at least 24 hours for domestic and 72 hours for international flights. Reconfirmation is mandatory in Florida, Canada, Mexico, Hawaii and all international destinations. Failure to use any reservations may result in automatic cancellation of all continuing and return reservations.

4. EXCURSION AND PROMOTIONAL FARES — Most discount fares involve certain restrictions. A change in carrier(s), flight(s), time(s) or routing(s) could result in a carrier demanding a full fare. Obtain agency or airline assistance before making any changes.

5. If your plans change enroute, apply the value of your tickets toward a reissued one. It is not necessary to purchase a new ticket. If a refund is due, obtain a receipt from the airline.

6. These times, flights and fares are based on current tariffs that are subject to change without notice.

7. TICKETS — Cancelled or unused tickets must be returned for proper credit to your account. Lost, stolen or destroyed tickets must be paid for until refund is received from the issuing carrier; subject to an airline imposed service charge.

8. HOTELS are usually confirmed on a guaranteed payment basis. If you cancel or change plans, please notify your hotel(s) within the time period specified by that hotel.

9. TOUR/PACKAGE PRICES are subject to change without notice due to currency fluctuations, tariff changes or increase in operational costs. In addition, group tours/packages are based on a Minimum Number of passengers travelling; if the number of passengers falls below the minimum required, a surcharge may be imposed on all passengers.

10. IMPORTANT!!! If you arrive at an airline ticket or passenger check in counter with your confirmed ticket and find that the airline shows no reservation for you — do not leave the counter. Check your ticket. If the status box shows "OK" for the flight in question, the airline must accommodate you on that flight, or if that is not possible, they must either find you a substitute flight or pay you denied boarding compensation. If necessary ask to speak to a supervisor.

11. We reserve the right to charge processing fees in the event of refunds, cancellations or special services.

12. DISCLAIMER OF LIABILITY — This Travel Agency is acting as a mere agent for suppliers in selling travel-related services, or in accepting reservations or bookings for services that are not directly supplied by this travel agency (such as air and ground transportation, hotel accommodations, meals, tours, cruises, etc.). This agency, therefore, shall not be responsible for breach of contract or any intentional or careless actions or omissions on part of such suppliers, which result in any loss, damage, delay, or injury to you or your travel companions or group members. Unless the term "guaranteed" is specifically stated in writing on your tickets, invoice, or reservation itinerary, we do not guarantee any of such suppliers' rates, bookings, reservations, connections, scheduling, or handling of personal effects. Travel agent shall not be responsible for any injuries, damages, or losses caused to any traveler in connection with terrorist activities, social or labor unrest, mechanical or construction failures or difficulties, diseases, local laws, climatic conditions, criminal acts or abnormal conditions or developments, or any other actions, omissions, or conditions outside the travel agent's control. Traveler assumes complete and full responsibility for, and hereby releases the agent from any duty of, checking and verifying any and all passport, visa, vaccination, or other entry requirements of each destination, and all safety or security conditions at such destinations, during the length of the proposed travel. For information concerning possible dangers at international destinations, contact the Travel Advisory Section of the U.S. State Department. For medical information, call the Public Health Service. By embarking upon his/her travel, the traveler voluntarily assumes all risks involved in such travel, whether expected or unexpected. Traveler is hereby warned of such risks, and is advised to obtain appropriate insurance coverage against them. Traveler's retention of tickets, reservations, or bookings after issuance shall constitute a consent to the above, and an agreement on his/her part to convey the contents hereto to his/her travel companions or group members.

13. Proof of identity is required for international travel. Without proper identification, a passport and necessary visas you will not be permitted to depart. It is your responsibility to verify your necessary travel documents.

WE STRONGLY RECOMMEND TRAVEL INSURANCE.

## WHAT YOU SHOULD KNOW ABOUT THE POSSIBILITY OF AIRLINE BANKRUPTCIES.

Hopefully there will not be any more airline bankruptcies, but it has to be recognized that they might occur. You should know how they might affect you.

1. If an airline declares bankruptcy, it is not obligated to carry you or to refund tickets issued before the bankruptcy.

2. Travel agents are not allowed to refund tickets on airlines which have declared bankruptcy. Money given to a travel agent immediately becomes the property of the airline, and we are required by laws to comply with the airlines' orders.

3. If an airline declares bankruptcy, it might continue service, limit service, or stop completely. Other airlines might accept passengers under limited circumstances or may refuse to accept any passengers from the defaulted carrier.

4. Meanwhile there are few travel insurance plans available for passengers to protect themselves in case of airline bankruptcies.

### IMPORTANT NOTICE

This agency and its agents have endeavored to secure the lowest possible fare, suitable for your travel requirements, based on space available at the time of booking, accessible sources of information, and knowledge of agents involved.

This agency cannot guarantee, in view of the deregulation of airline fares, that the fare indicated on ticket, will be the lowest possible fare at departure date. Please contact this agency before departure if you wish to recheck any newly introduced fare, that may correspond with your specific travel requirements.

PLEASE NOTE that retention of tickets, reservations or bookings after issuance shall constitute acceptance of all the provisions in the conditions listed hereto, as well as those terms and conditions set forth in the announcements and circulars of the tour/package, cruise or service.



## Your Travel Check List

- ☐ Tickets
- ☐ Passport
- ☐ Vaccination certificate
- ☐ Wallet
- ☐ Travelers checks
- ☐ Itinerary
- ☐ Reservations
- ☐ Phone numbers

**General List:**
- ☐ First Aid supplies
- ☐ Camera and film
- ☐ Clock
- ☐ Clothesline and clips
- ☐ Gloves
- ☐ Comb
- ☐ Deodorant
- ☐ Needles and thread
- ☐ Plastic bags
- ☐ Prescriptions (duplicates)
- ☐ Safety pins
- ☐ Soap, laundry and bath
- ☐ Spot remover
- ☐ Suntan lotion
- ☐ Tooth brush
- ☐ Tooth paste
- ☐ Umbrella
- ☐ Calling cards
- ☐ Business literature
- ☐ Pen and paper
- ☐ Addresses and stamps
- ☐ Glasses
- ☐ Medicines
- ☐ Aspirin
- ☐ Sun glasses

**His Check List:**
- ☐ Bathing trunks
- ☐ Beach jackets
- ☐ Cuff links, tie clasp
- ☐ Gloves
- ☐ Handkerchiefs, scarves
- ☐ Hat
- ☐ Pajemas
- ☐ Raincoat or topcoat
- ☐ Robe
- ☐ Scarf
- ☐ Shaving supplies
- ☐ Shirts
- ☐ Shoes socks
- ☐ Slacks
- ☐ Slippers or thongs
- ☐ Suits (one dark for evening)
- ☐ Ties
- ☐ Underwear

**Her Check List:**
- ☐ Belts
- ☐ Blouses
- ☐ Coat
- ☐ Cosmetic supplies
- ☐ Dresses
- ☐ Girdles
- ☐ Handbag, dress and travel
- ☐ Hats
- ☐ Hose
- ☐ Jewelry
- ☐ Lingerie
- ☐ Raincoat and boots
- ☐ Robe or beach coat
- ☐ Scarf, hankerchiefs
- ☐ Shoes, dress and walking
- ☐ Shower cap
- ☐ Slippers, scuffs, or beach thongs
- ☐ Swim suit
- ☐ Sweaters
- ☐ Suits