UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:08-80736-CIV-KAM

JANE DOE 1 AND JANE DOE 2,

    Petitioners,

vs.

UNITED STATES OF AMERICA,

    Respondent.

_____/

## **ORDER**

This matter is before the Court on the parties' Joint Scheduling Report (DE 345). It is hereby

**ORDERED AND ADJUDGED**:

1. Petitioners shall file their motion for summary judgment addressing whether a violation of the CVRA occurred by **January 22, 2016**.

2. The Government shall file its response to Petitioners' motion for summary judgment, and its own cross-motion for summary judgment, by **February 22, 2016**.

3. Petitioners shall file their reply to the Government's response to Petitioner's motion for summary judgment, and their response to the Government's cross-motion for summary judgment, by **March 11, 2016**.

4. The Government shall file its reply to Petitioners' response to the Government's cross-motion for summary judgment by **March 25, 2016**.

5. In the event the Court finds that a disputed issue of fact precludes the granting of summary

judgment, the Court will schedule an evidentiary hearing at a later date.

**DONE AND ORDERED** in chambers at West Palm Beach, Palm Beach County, Florida, this 22nd day of December, 2015.

                                                                    _____
                                                                    KENNETH A. MARRA
                                                                    United States District Judge