UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:08-80736-Civ-Marra/Johnson

JANE DOE #1 and JANE DOE #2

    v.

UNITED STATES
_____/

JANE DOE NO. 1 AND JANE DOE NO. 2'S MOTION TO TEMPORARILY SEAL THEIR MOTION TO COMPEL ANSWERS TO SUPPLEMENTAL REQUESTS FOR ADMISSIONS AND REQUESTS FOR PRODUCTION

COME NOW Jane Doe No. 1 and Jane Doe No. 2 (the "victims"), by and through undersigned counsel, to file this motion to temporarily seal their Motion to Compel Answers to Supplemental Requests for Admission and Requests for Production (hereinafter referred to as the "Motion to Compel").

As indicated in their Motion to Compel, see page 2 at n. 1, the victims have attempted to secure the documents in question through voluntary production, by requests to both the Government and an identified non-party. Those efforts have been unsuccessful, prompting the need for a motion to the court. The victims are aware that a non-party to this litigation may attempt to intervene and argue that their motion is not proper should not be a part of the public court file. The victims, of course, take the view that their Motion to Compel is proper and is the appropriate procedural method for obtaining this information that clearly meets the threshold of being reasonably calculated to lead to the discovery of admissible evidence. In light of local rule 5.4(a) which indicates that Court filings are generally a matter of public record, the victims understand that this motion would not typically be sealed. However, in order to give the identified non-party

1

an opportunity to try to raise any arguments he might wish to present to the Court on this issue, the victims request that their motion be placed under a temporary seal.

**WHEREFORE,** the victims request that their Motion to Compel be placed under seal for ten days or until the Court has ruled on any motion by any non-party to seal the motion, whichever is longer.

DATED: December 28, 2015

>Respectfully Submitted,
>
>/s/ Bradley J. Edwards
>Bradley J. Edwards
>FARMER, JAFFE, WEISSING,
>EDWARDS, FISTOS & LEHRMAN, P.L.
>425 North Andrews Avenue, Suite 2
>Fort Lauderdale, Florida 33301
>Telephone (954) 524-2820
>Facsimile (954) 524-2822
>E-mail: brad@pathtojustice.com
>
>And
>
>Paul G. Cassell
>*Pro Hac Vice*
>S.J. Quinney College of Law at the
>University of Utah[*]
>332 S. 1400 E.
>Salt Lake City, UT 84112
>Telephone:801-585-5202
>Facsimile:801-585-6833
>E-Mail:cassellp@law.utah.edu
>
>*Attorneys for Jane Does No. 1, 2, 3 and 4*

---

[*]This daytime business address is provided for identification and correspondence purposes only and is not intended to imply institutional endorsement by the University of Utah

**CERTIFICATE OF SERVICE**

I certify that the foregoing document was served on December 28, 2015, on the following using the Court's CM/ECF system or, for non-parties, by separate email service:

Dexter Lee
A. Marie Villafaña
500 S. Australian Ave., Suite 400
West Palm Beach, FL 33401
(561) 820-8711
Fax: (561) 820-8777
E-mail: Dexter.Lee@usdoj.gov
E-mail: ann.marie.c.villafana@usdoj.gov

*Attorneys for the Government*

Roy Eric Black
Jacqueline Perczek
Black Srebnick Kornspan & Stumpf
201 S Biscayne Boulevard
Suite 1300
Miami, FL 33131
305-371-6421
Fax: 358-2006
Email: pleading@royblack.com

*Attorneys for Jeffrey Epstein*

Kendall Coffey, Fla. Bar No. 259681
kcoffey@coffeyburlington.com
Gabriel Groisman, Fla. Bar No. 25644
ggroisman@coffeyburlington.com
Benjamin H. Brodsky, Fla. Bar No. 73748
bbrodsky@coffeyburlington.com
COFFEY BURLINGTON, P.L.
2601 South Bayshore Drive, PH1
Miami, Florida 33133
Telephone: (305) 858-2900
Facsimile: (305) 858-5261

Thomas E. Scott , Jr.
Cole Scott & Kissane

Dadeland Centre II Suite 1400
9150 S Dadeland Boulevard
Miami, FL 33156
305-350-5381
Fax: 305-373-2294
Email: thomas.scott@csklegal.com

*Attorneys for Alan Dershowitz*

/s/ Bradley J. Edwards