UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-80736-CIV-MARRA

JANE DOE NO. 1 AND
JANE DOE NO. 2,

       Petitioners,

vs.

UNITED STATES OF AMERICA,

       Respondent.
_____/

RESPONDENT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSE TO PETITIONERS' MOTION FOR DEPOSITIONS OF GOVERNMENT WITNESSES

       Respondent United States of America, by and through its undersigned counsel, files its Unopposed Motion for Enlargement of Time to File Response to Petitioners' Motion for Depositions of Government Witnesses, and states:

       1.  On December 17, 2015, petitioners filed their motion for depositions of government witnesses.  D.E. 344.   A response is due on January 4, 2016.

       2.  Respondent's undersigned counsel commenced his annual leave on December 22, 2015, and has not had sufficient time to complete the response to petitioners' motion. Respondents' respectfully request an enlargement of time of seven (7) days, up to and including January 11, 2016, to file its response to the motion for depositions of government witnesses.

       3.  On January 4, 2016, respondent requested petitioners' position on the instant motion. Petitioners' counsel graciously did not oppose the instant motion.

       WHEREFORE, respondent respectfully requests an enlargement of time of seven (7) days, up to and including January 11, 2016, to file their response to the petitioners' motion for

depositions of government witnesses.

DATED:  January 4, 2016  	Respectfully submitted,

           WILFREDO A. FERRER
           UNITED STATES ATTORNEY

       By:	_s/ Dexter A. Lee_____
           DEXTER A. LEE
           Assistant U.S. Attorney
           Fla. Bar No. 0936693
           99 N.E. 4th Street, Suite 300
           Miami, Florida  33132
           (305) 961-9320
           Fax:  (305) 530-7139
           E-mail:  dexter.lee@usdoj.gov

           ATTORNEY FOR RESPONDENT

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 4, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

           __s/ Dexter A. Lee_____
           DEXTER A.  LEE
           Assistant U.S. Attorney

## SERVICE LIST

Jane Does 1 and 2 v.  United States,
Case No.  08-80736-CIV-MARRA/JOHNSON
United States District Court, Southern District of Florida
Bradley J. Edwards, Esq.,
Farmer, Jaffe, Weissing, Edwards, Fistos & Lehrman, P.L.
425 North Andrews Avenue, Suite 2
Fort Lauderdale, Florida 33301
(954) 524-2820
Fax:  (954) 524-2822
E-mail: brad@pathtojustice.com

Paul G. Cassell
S.J. Quinney College of Law at the
University of Utah
332 S. 1400 E.

Salt Lake City, Utah 84112
(801) 585-5202
Fax: (801) 585-6833
E-mail: casselp@law.utah.edu

Attorneys for Jane Doe # 1 and Jane Doe # 2