UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-80736-CIV-MARRA

JANE DOE 1 AND JANE DOE 2,

    Petitioners.

vs.

UNITED STATES OF AMERICA,

    Respondent.
_____/

ORDER GRANTING UNOPPOSED MOTION TO AMEND SCHEDULING ORDER

This matter is before the Court upon respondent's Unopposed Motion to Amend Scheduling Order. It is hereby **ORDERED AND ADJUDGED;**

1. The motion (DE 355) is **GRANTED**.

2. Petitioners shall file their motion for summary judgment addressing whether a violation of the CVRA occurred by **February 10, 2016.**

3. The Government shall file its response to Petitioners' motion for summary judgment, and its own cross-motion for summary judgment, by **March 24, 2016.**

4. Petitioners shall file their reply to the Government's response to Petitioners' motion for summary judgment, and their response to the Government's cross-motion for summary judgment, by **April 12, 2016.**

5. The Government shall file its reply to Petitioners' response to the Government's cross-motion for summary judgment by **April 26, 2016.**

6. In the event the Court finds that a disputed issue of fact precludes the granting of

summary judgment, the Court will schedule an evidentiary hearing at a later date.

**DONE AND ORDERED** in chambers at West Palm Beach, Palm Beach County, Florida, this 21st day of January, 2016.

KENNETH A. MARRA
United States District Judge