# EXHIBIT 3

## Villafana, Ann Marie C. (USAFLS)

**From:** Villafana, Ann Marie C. (USAFLS)
**Sent:** Monday, September 24, 2007 10:56 AM
**To:** 'Ocariz, Humberto H. (SHB)'
**Subject:** RE: Conflict Check

Bert,

Please keep this confidential because these are minor victims. This is a preliminary list:



*A. Marie Villafaña*

Assistant U.S. Attorney
500 S. Australian Ave, Suite 400
West Palm Beach, FL 33401

**From:** Ocariz, Humberto H. (SHB) [mailto:
**Sent:** Monday, September 24, 2007 10:27 AM
**To:** Villafana, Ann Marie C. (USAFLS)
**Subject:** RE: Conflict Check

Maria,

Thanks. I am also going to need the list of the 40 girls who will be my clients. Can you send those as well?

Thanks,

Bert Ocariz

---

**From:** Villafana, Ann Marie C. (USAFLS)
**Sent:** Monday, September 24, 2007 10:25 AM
**To:** Ocariz, Humberto H. (SHB)
**Subject:** Conflict Check

Hi Bert – Here is the list of names for a conflict check

Jeffrey Epstein

Sarah Kellen

Adriana Ross

Adriana Mucinska

Nadia Marcinkova

J. Epstein Virgin Islands Foundation, Inc.

J.Epstein & Company, Inc.

Epstein Interests

Financial Trust company, Inc.

NES, LLC

New York Strategy Group, Inc.

JEGE, Inc.

Hyperion Air, Inc.

Jeffrey Epstein would be the defendant in any lawsuit, but the other individuals are persons involved in the criminal activity. All of the corporations are essentially alter-egos of Epstein.

Thank you so much.

*A. Marie Villafaña*

Assistant U.S. Attorney

500 S. Australian Ave, Suite 400

West Palm Beach, FL 33401

[redacted]

Mail Gate made the following annotations on Mon Sep 24 2007 09:27:21

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.