# EXHIBIT 4



"Villafana, Ann Marie C.

To "Jay Lefkowitz" <JLefkowitz@kirkland.com>
cc "Martin Weinberg" <owlmgw@worldnet.att.net>,
bcc

09/24/2007 01:27 PM

Subject RE: Epstein agreement as reviewed by the U.S. Attorney

History: This message has been forwarded

Hi Jay -- Sorry for the delay. The U.S. Attorney had a last-minute concern, that I think I fixed (it is in the first "It Appearing" clause following the list of statutes potentially violated).

After you get the green light, let's discuss the potential representative. The person I am thinking of has run a preliminary conflicts check and it looks alright.

Also, to address Mr. Epstein's concern regarding the list of names, I wanted to tell you that I have compiled a list of 34 confirmed minors. There are six others, whose names we already have, who need to be interviewed by the FBI to confirm whether they were 17 or 18 at the time of their activity with Mr. Epstein. Once those interviews are completed, I can finalize the list of identified victims, which I will put in a formal document that I will maintain until the time of Mr. Epstein's sentencing.

Assuming that this agreement is fine, please execute at least three copies, and send one to me by fax and the rest by FedEx. I will execute and send the copies back.

Thank you.

*A. Marie Villafaña*