# EXHIBIT 5

## Villafana, Ann Marie C. (USAFLS)

| | |
|---|---|
| From: | Villafana, Ann Marie C. (USAFLS) |
| Sent: | Sunday, September 23, 2007 8:58 PM |
| To: | Jay Lefkowitz |
| Subject: | Epstein agreement |

Hi Jay – Here are the revisions that I agree with and those I don't. We have been over paragraph 6 an infinite number of times. It is factually accurate that the list we are going to give you are persons we have identified as victims. If we did not think they were victims, they would have no right to bring suit, regardless of whether your client is willing to waive liability or not. I have not balked about giving your client yet another month to self-surrender, so please let us just put this to rest. I changed the amount of time for the US to notify you of breach to take into account the fact that this agreement will not be completed within 30 months of execution (because of the lengthy delay before self-surrender) and to give us a 6 month window in case we discover a violation after Mr. Epstein is released.

I do not care if you want to call the appointed person a "representative" instead of a guardian, so long as he/she is: (1) a lawyer; (2) independent; (3) selected by our Office or a federal judge; and (4) paid for by your client or by the federal court.

I have sent this to Alex for his review. I have asked him to call me either late tonight or early tomorrow morning. When I get his comments, I will get back to you, probably tomorrow.

Thank you.

📄
070923 Epstein
n-Prosecution..

1