# EXHIBIT 6



"Villafana, Ann Marie C.                    To   "Jay Lefkowitz" <JLefkowitz@kirkland.co

                                            cc

                                            bcc

09/19/2007 12:14 PM                         Subject   RE: Meeting

History:                This message has been replied
                        to:

Judge Johnson has duty next week.

Jay – I hate to have to be firm about this, but we need to wrap this up by Monday. I will not miss my indictment date when this has dragged on for several weeks already and then, if things fall apart, be left in a less advantageous position than before the negotiations. I have had an 82-page pros memo and 53-page indictment sitting on the shelf since May to engage in these negotiations. There has to be an ending date, and that date is Monday.

A. Marie Villafaña
Assistant U.S. Attorney





----- Original Message -----
From: "Villafana, Ann Marie C. \(USAFLS\)"

Sent: 09/19/2007 11:51 AM AST
To: Jay Lefkowitz
Subject: Meeting

Barry is available Monday morning. Our most flexible West Palm Beach magistrate is on duty on Monday, so, assuming we have signed documents by 1:30 or so, we should be able to get Mr. Epstein arraigned on Monday. I doubt that we will be able to get everything finished up here, get down to Miami, and try to find a Miami mag by close of business on Monday.

A. Marie Villafaña