# EXHIBIT 8

**Villafana, Ann Marie C. (USAFLS)**

From: Villafana, Ann Marie C. (USAFLS)
nt: Tuesday, September 18, 2007 2:53 PM
: 'Jay Lefkowitz'
Subject: Factual proffer

Hi Jay – I didn't want us to get sidetracked during the conference call. I want to make sure that we have a factual basis for "harassment." ▮▮▮▮▮▮▮▮▮▮ somewhere else is a different 1512 offense with a 10 year cap. This is the factual proffer that I drafted up earlier this afternoon, to give you an idea of what it would look like.

When I include a factual proffer in a plea agreement, I usually use prefatory language like: The parties agree that, had this case proceeded to trial, the United States would have proven the following facts beyond a reasonable doubt, and that the following facts are true and correct and are sufficient to support a plea of guilty.



Epstein Plea
Proffer.doc

*A. Marie Villafaña*
Assistant U.S. Attorney
▮0 S. Australian Ave, Suite 400
▮est Palm Beach, FL 33401

1

RFP MIA 000129