# EXHIBIT 9

**Villafana, Ann Marie C. (USAFLS)**

**From:** Jay Lefkowitz [JLefkowitz@kirkland.com]
**Sent:** Wednesday, September 19, 2007 11:36 AM
**To:** Villafana, Ann Marie C. (USAFLS)
**Subject:** Re: Draft Agreements?

Confidential - For settlement purposes only

Still working on redline. But pls look at this:

On August __, 2007, FBI Special Agents E. Nesbitt Kuyrkendall and Jason Richards traveled to the home of ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ in connection with an investigation pending in the Southern District of Florida. Mr. Epstein was informed of the service of the ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. As a result, Mr. Epstein attempted to harass both ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ delay and hinder their receipt of a ▓▓▓▓▓▓ to attend an official proceeding, more particularly the ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ to which ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. Mr. Epstein, in particular, changed travel plans and flew with both ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ to the United States Virgin Islands rather than to an airport in New Jersey in order to attempt to delay their receipt of what Mr. Epstein expected to be a ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. Mr. Epstein further verbally harassed both ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ in connection to this attempt to delay their voluntary receipt of process all in violation of 18 USC 1512(d)(1).

----- Original Message -----
**From:** "Villafana, Ann Marie C. \(USAFLS\)" ▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Sent:** 09/19/2007 11:18 AM AST
**To:** Jay Lefkowitz
**Subject:** RE: Draft Agreements?

Hi Jay – I don't know the factual basis for the alleged ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ because we have no independent evidence of that. So, the agents need to talk to them and then I can draft up a proposed factual proffer. I have sent an e-mail to Barry and Lanna to determine their availability. Thanks.

*A. Marie Villafaña*
Assistant U.S. Attorney

▓▓▓▓▓▓▓▓▓▓

**************************************************************
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this

RFP MIA 000133