# EXHIBIT 11

**Villafana, Ann Marie C. (USAFLS)**

From: Jay Lefkowitz [JLefkowitz@kirkland.com]
Sent: Thursday, September 13, 2007 7:35 PM
To: Villafana, Ann Marie C. (USAFLS)
Subject: Re:

Sounds good. I will be at home. Let's talk at 9 am. ▮▮▮▮ Already thinking about the same statutes.

Look forward to speaking in the morning.

Best, Jay

----- Original Message -----
From: "Villafana, Ann Marie C. \▮▮▮▮
Sent: 09/13/2007 07:26 PM AST
To: Jay Lefkowitz
Subject: RE:

Hi Jay -- Yes, I am. I have been spending some quality time with Title 18 looking for misdemeanors. Do you want to take a look at 18 USC 403, 18 USC 1512(d), and 47 USC 223(a)(1)(B) and we can talk about them tomorrow? I know that someone mentioned there being activity on an airplane, I just want to make sure that there is factual basis for the plea that the agents can confirm.

I'm not sure exactly where I will be tomorrow morning, so is it alright if I call you?

Have a good evening.

A. Marie Villafaña
Assistant U.S. Attorney
500 S. Australian Ave, Suite 400
West Palm Beach, FL 33401

-----Original Message-----
From: Jay Lefkowitz [mailto:JLefkowitz@kirkland.com]
Sent: Thursday, September 13, 2007 7:21 PM
To: Villafana, Ann Marie C. (USAFLS)
Subject:

Marie - Are you free to speak at 9 am tomorrow?

Thanks. Jay

***********************************************************
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for

1

RFP MIA 000075

Case 9:08-cv-80736-KAM   Document 361-11   Entered on FLSD Docket 02/10/2016   Page 3 of 3

the use of the addressee.  It is the property of
Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful.  If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to postmaster@kirkland.com, and
destroy this communication and all copies thereof,
including all attachments.
***********************************************************

***********************************************************
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee.  It is the property of
Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful.  If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to postmaster@kirkland.com, and
destroy this communication and all copies thereof,
including all attachments.
***********************************************************

RFP MIA 000076