# EXHIBIT 17

Villafana, Ann Marie C. (USAFLS)

From: Jay Lefkowitz [JLefkowitz@kirkland.com]
Sent: Monday, September 17, 2007 3:11 PM
To: Villafana, Ann Marie C. (USAFLS)
Cc: Garcia, Rolando (USAFLS)
Subject: Re: My whereabouts

Marie - do you have another obstuction proffer I can review that you have drafted?

Also, if we go that route, would you intend to make the deferred proscution agreement public?

Thanks - Jay

----- Original Message -----
From: "Villafana, Ann Marie C.
Sent: 09/17/2007 01:08 PM AST
To: Jay Lefkowitz
Cc: "Garcia, Rolando
Subject: My whereabouts

Hi Jay – I am headed home. If a document is ready to be reviewed later today, can you send a copy to me and also to Rolando (who is stepping in for Andy). Please send to my home e-mail address and give me a call on my cell so I can be ready for some discussions tomorrow. If anything else comes up, please don't hesitate to call.

Thanks,

Marie

*************************************************************
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to postmaster@kirkland.com, and
destroy this communication and all copies thereof,
including all attachments.
*************************************************************