# EXHIBIT 22

**Villafana, Ann Marie C. (USAFLS)**

**From:** Villafana, Ann Marie C. (USAFLS)
**Sent:** Friday, September 21, 2007 2:15 PM
**To:** 'Barry Krischer'
**Cc:** 'Lanna Belohlavek'
**Subject:** RE: Meeting with Epstein's attorneys
**Attachments:** 070921 Epstein Non-Prosecution Agreement.pdf

Hi Barry and Lanna – This is the draft I just sent to Jay. There are still some outstanding issues, but I thought that you might want to see what the most recent looks like.

*A. Marie Villafaña*
Assistant U.S. Attorney
500 S. Australian Ave. Suite 400
West Palm Beach, FL 33401

---

**From:** Barry Krischer [mailto:Bkrische@sa15.state.fl.us]
**Sent:** Friday, September 21, 2007 1:18 PM
**To:** Villafana, Ann Marie C. (USAFLS)
**Cc:** Lanna Belohlavek
**Subject:** RE: Meeting with Epstein's attorneys

I just spoke to Jack and related our conversation. You can expect a call from him shortly.
  I understand the deft. gets 3 days a month gain time plus 3 additional days a month if he works. So I think that would work out to 15 months actual time served. He would then be on the bracelet, house arrest, for one year. Jack indicated that he double checked with the stockade and the registration offense won't act as a bar to Epstein doing his time at the stockade, so they intend to register concurrent with the plea of guilty.
  Glad we could get this worked out for reasons I won't put in writing. After this is resolved I would love to buy you a cup at Starbucks and have a conversation.

---

**From:** Villafana, Ann Marie C. (USAFLS) [ ]
**Sent:** Friday, September 21, 2007 1:10 PM
**To:** Barry Krischer
**Subject:** RE: Meeting with Epstein's attorneys

Hi Barry. Thanks for your time this morning. We called Jay and told him that we (you and our office) had decided what would work best and that you would contact Jack to finalize the state agreement. I am trying to finish the federal agreement. In addition to the sentence imposed, I want to put in a provision that he will actually be in jail at least a certain number of days to make sure he doesn't try to "convince" someone with the Florida prison authorities to let him out early. So, do you know how much "gain time" would Epstein earn? And do you call it "gain time" or "good time" or something else?

Thank you.

*A. Marie Villafaña*
Assistant U.S. Attorney
500 S. Australian Ave. Suite 400
West Palm Beach, FL 33401