# EXHIBIT 27

## DECLARATION OF ▮

1. My name is ▮ and I was born in ▮
2. I was paid by Jeffrey Epstein to interact sexually with him as a minor on dozens of occasions in his mansion in Palm Beach, Florida from around 2002 to 2005, and also to bring him other girls who were my approximate age for the same purposes. I understand that evidence collected from Epstein's home showed conclusively that I was there as a minor, along with many other underage girls. Given how many girls Epstein was sexually abusing, there could not have been any doubt in anyone's mind that had access to the testimonial and other evidence that Epstein sexually molested me as a minor (and many others).
3. My son was very young when the FBI came to speak with me the first time. I did not know what to do and I was scared. I called Epstein, who told me not to worry and that he would hire an attorney for me. I believed that if I told the truth about what happened at Epstein's house, the police would take my baby from me. That made me really scared.
4. Through the attorney that Jeffrey Epstein obtained for me, it was arranged for me to give a statement to the prosecutor investigating Epstein.
5. While with the attorney Epstein obtained for me I gave a statement to the prosecutor that was favorable to Epstein. The prosecutors knew the truth because of the volume of evidence they had, and they continued to recognize me as a victim of Epstein's crimes.
6. I had been greatly intimidated, which is why I could not be truthful initially and I wanted to end the threat of the possibility of my child being taken. My involvement with Epstein from a very young age was a deep, dark secret and Epstein told me to keep it a secret. I knew that I was expected to keep it a secret.
7. The more I thought about what was going on, the more I realized that what Epstein had done to both me and my friends was wrong and that anyone who was not very wealthy would be punished. At this time, I

wanted Epstein held accountable the same way anyone else would be. I spoke about this with one of my friends around May 2008. I then called an attorney, Brad Edwards, around June 2008, understanding that he was hired to get the prosecutors to talk to us and hear the truth from me. That was especially important to me because I was finally represented by someone other than Epstein's attorney and wanted to talk to the prosecutors about everything I knew.

8. The prosecutors had a lot of information revealing the truth about the situation at Epstein's house. I had lot of information, too, because I was one of the young teenagers who had brought many other young teenagers to Epstein for the purpose of getting paid by Epstein. I wanted to assist the prosecutors in the investigation. I hired Mr. Edwards to let them know that I was cooperative and ready to tell them all of the helpful information I had. I understood that Mr. Edwards did that.

9. I authorized Mr. Edwards to join me in the lawsuit against the U.S. Attorney's Office to enforce my rights and to try to get me my chance to confer with the prosecutors before Mr. Epstein took a plea or the case was resolved in any way. I just wanted to be treated fairly in the process.

10. When Epstein pled guilty to a state crime at the end of June 2008, no one notified me that his plea had anything to do with my case against him. I did not know, for example, that this plea had some connection to a crime he committed against me particularly. In fact, at this young age, I had no idea what was going on and nobody tried to explain it to me.

11. In July 2008, I attended a federal court hearing with Mr. Edwards. It was then that I learned for the first time at that hearing that the prosecutors worked out some sort of secret deal with Epstein that might block his prosecution for crimes against me. It also appeared that there was a lot of continued communication between Epstein and the U.S. Attorney's Office. I was really upset that the U.S. Attorney's Office seemed like it would not talk with me or the other victims about what was going on. It was easier to get them to talk to me when I was represented by Epstein's attorney.

12. I wanted to see this secret deal that the Government had with Epstein, but they would not give it to me at the hearing. Later, the other victims and I finally got to see the secret deal after the judge forced the prosecutors to show it to us.

13. I understand that I did not initially help the investigation by speaking on Epstein's behalf untruthfully. But I was intimidated and had good reason to protect myself and my son – reasons that I think everyone who was talking to me could obviously see. Also, the agents and attorneys obviously had a lot of evidence that provided proof of what Epstein had actually done. Epstein was still supporting me, providing me a lawyer and in my mind protecting me, so I was in a position where I felt I had to say certain things. And Epstein expected me to say those things.

14. Once I wanted to cooperate and tried to cooperate, I was never given the opportunity to confer with prosecutors from the time they were informed by my attorney that I was a cooperating witness. I was never told about the secret deal until after it was already concluded. I would have had my attorney object if I had been given the chance.

15. I don't feel like I was treated fairly in this process. And I know Epstein got a really good plea deal because he is rich and powerful. That doesn't seem fair either.

Executed this 28th _____, day of January, 2015.

