# EXHIBIT 32

**JANE DOE #1 AND JANE DOE #2'S MOTION FOR FINDING OF VIOLATIONS OF THE CRIME VICTIMS' RIGHTS ACT AND REQUEST FOR A HEARING ON APPROPRIATE REMEDIES**

*CASE NO:*   **08-80736-Civ-Marra/Johnson**

# EXHIBIT B

FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription  08/14/2007

▮▮▮▮▮▮ was interviewed in West Palm Beach, Florida, regarding a federal investigation involving the sexual exploitation of minors. After being advised of the identity of the interviewing agents and the nature of the interview, ▮▮▮ provided the following information:

In 2003 or 2004 ▮▮▮ was introduced to JEFFREY EPSTEIN for the purpose of providing him with personal massages. ▮▮▮ was approached at a party by a female she believed was named ▮▮▮. She described the female as having brown hair and taller. The female was later identified as ▮▮▮▮▮▮. ▮▮▮ told ▮▮▮ and ▮▮▮'s friend, ▮▮▮▮▮▮, that they could make money by providing massages to EPSTEIN. ▮▮▮▮▮▮ told ▮▮▮ that she could provide the massages with her clothes on or off. ▮▮▮, who was fifteen years old, believed that she was close to turning sixteen when she first met EPSTEIN. However, during ▮▮▮'s first contact with EPSTEIN, she told him that she had just turned eighteen.

▮▮▮ and ▮▮▮ traveled to EPSTEIN's residence in Palm Beach by taxi. ▮▮▮ was pregnant at the time. Once at the residence, ▮▮▮ took ▮▮▮ upstairs. EPSTEIN entered the room wearing only a robe. Once EPSTEIN had removed the robe, both ▮▮▮ and ▮▮▮ provided EPSTEIN with a massage. Both ▮▮▮ and ▮▮▮ had removed their clothing and remained only in their underwear. EPSTEIN asked ▮▮▮ to leave. Once alone with ▮▮▮, EPSTEIN began to masturbate. ▮▮▮ was uncomfortable. After EPSTEIN climaxed the massage was over. ▮▮▮ believed that ▮▮▮ had mentioned EPSTEIN might masturbate during the massage but she was still very surprised when he masturbated. EPSTEIN paid ▮▮▮ $200.00. EPSTEIN did not touch ▮▮▮ during that massage. ▮▮▮ departed EPSTEIN's residence with two men that worked for EPSTEIN. They drove ▮▮▮ to a Shell Gas Station located near Okeechobee Boulevard and the Florida Turnpike.

Prior to departing the residence, ▮▮▮ provided her telephone number to one of EPSTEIN's assistants, ▮▮▮▮▮▮ (PHONETIC). ▮▮▮ described her as a very pretty Hispanic female in her early twenties, with long brown hair, and approximately 5'5" to 5'6" tall. ▮▮▮ stated that ▮▮▮▮▮▮, another of EPSTEIN's assistants, or EPSTEIN would usually contact her. ▮▮▮ would telephone and ask if she was available or if she had any other

| Investigation on | 08/07/2007 | at | West Palm Beach, Florida |
|---|---|---|---|

File # 31E-MM-108062                                   Date dictated  08/07/2007

SA E. Nesbitt Kuyrkendall
by  SA Jason R. Richards

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 10-6-95)

31E-MM-108062

Continuation of FD-302 of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ , On 08/07/2007 , Page 2

girls she could bring". When EPSTEIN telephoned, he usually asked for ▮▮▮ to come over. According to ▮▮▮ EPSTEIN's house telephone number began with the digits 655. She would call sometimes and leave a message. ▮▮▮ stated that when they telephoned her they would inform her of when they would be coming back to town and if she might have anyone new. ▮▮▮ did not believe that EPSTEIN ever really liked her.

▮▮▮ traveled to the EPSTEIN's residence during 2003 and 2004 over twenty five times. ▮▮▮ believed that she provided EPSTEIN with approximately 10-15 massages. EPSTEIN initially started out touching W▮▮▮'s breasts but gradually the massages became more sexual. EPSTEIN would instruct W▮▮ on how and what to do during the massages. He would request W▮▮ to rub his chest and nipples. ▮▮▮ stated that on approximately two occasions, EPSTEIN asked that ▮▮▮ remove her underwear and provide the massage nude. ▮▮▮ complied. ▮▮▮ stated that EPSTEIN would make her feel that she had the option to do what she wanted.

During one massage, ▮▮▮ stated that she had been giving EPSTEIN a massage for approximately 30-40 minutes when instead of EPSTEIN turning over to masturbate, EPSTEIN brought another female into the massage area. ▮▮▮ described the female as a beautiful blonde girl, a "Cameron Diaz" type, 19 years of age, bright blue eyes, and speaking with an accent. EPSTEIN had ▮▮▮ straddle the female on the massage table. EPSTEIN wanted ▮▮▮ to touch the females breast. According to W▮▮, EPSTEIN "pleasured" the female while ▮▮▮ was straddled on top of the female. ▮▮▮ stated she could hear what she believed to be a vibrator. ▮▮▮ said for EPSTEIN it was all about pleasuring the female. After the female climaxed, EPSTEIN patted ▮▮▮ on the shoulder and she removed herself from the table. The female got up from the table and went into the spa/sauna. EPSTEIN commented to ▮▮▮ that in a few minutes the female would realize what had just happened to her. ▮▮▮ received $200.00.

▮▮▮ advised the interviewing agents that EPSTEIN had used a back massager on her vagina. EPSTEIN asked her first if he could use the massager on her. ▮▮▮ stated that she had held her breath when EPSTEIN used the back massager on her. ▮▮▮ stated that at no time during any of the massages had EPSTEIN caused her to climax.

During another massage, ▮▮▮ believed by this time she was seventeen, EPSTEIN placed his hand on ▮▮▮ vagina, touching

FD-302a (Rev. 10-6-95)

31E-MM-108062

Continuation of FD-302 of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ , On 08/07/2007 , Page 3

▮▮▮ clitoris. ▮▮▮ was uncomfortable and told him to stop. EPSTEIN complied. ▮▮▮ stated that the incident freaked her out. W▮▮▮ stated that EPSTEIN was upset because she was upset. ▮▮▮ never return to the residence. ▮▮▮ stated that she did not deal with EPSTEIN anymore after that incident.

EPSTEIN gave both ▮▮▮▮▮▮▮▮▮▮▮▮ each a book entitled "Massage for Dummies". They received the books on the same visit. EPSTEIN also commented how strong ▮▮▮'s hands were when it came to her providing his massages.

On another occasion, ▮▮▮ mentioned to EPSTEIN that she was looking at a car, a Toyota Corolla. EPSTEIN provided ▮▮▮ with $600.00 - $700.00. ▮▮▮ stated that EPSTEIN gave her the money after the incident with the other female.

According to ▮▮▮, EPSTEIN would ask her to bring him other girls. ▮▮▮ who started dancing at strip clubs when she was 16, brought girls from the club as well as from other sources. WILD stated she brought girls from fifteen years of age to twenty-five years of age. ▮▮▮ stated that EPSTEIN would get frustrated with her if she did not have new females for him. On one instance, EPSTEIN hung up on her because she could not provide him with anyone new. ▮▮▮ stated that EPSTEIN's preference was short, little, white girls. ▮▮▮ stated that EPSTEIN was upset when one of the other girls brought a black girl. ▮▮▮ stated that EPSTEIN did not want black girls or girls with tatoos.

▮▮▮ stated that one of the girls she stayed with on occasion, ▮▮▮▮▮▮▮▮, also started providing EPSTEIN with massages. A telephone number for ▮▮▮▮ was (▮▮▮▮▮▮▮. W▮ said that her family resides in ▮▮▮▮, Florida, possibly ▮▮▮▮▮▮ ▮▮▮ also stayed with ▮▮▮▮ during this same time period. However, ▮▮▮ never went to EPSTEIN's house or provided him with massages. ▮▮▮ has a Yacht Club address.

Another girl that ▮▮▮ had taken to EPSTEIN's residence was L▮▮ Last Name Unknown ▮▮▮ According to ▮▮▮ EPSTEIN liked L▮▮ LNU a lot. ▮▮▮ said that she was never a favorite of EPSTEIN. EPSTEIN offered ▮▮▮ $300.00 to bring L▮▮ ▮▮▮ was a couple years younger than ▮▮▮▮▮▮ believed that she was either 16 or 17 when she first went to EPSTEIN's residence. ▮▮▮ said that ▮▮▮▮▮▮ went 2-3 times but that she did not want any part of it after that. ▮▮▮ believes she could identify ▮▮▮ ▮▮▮ if she saw her photograph. ▮▮▮ also stated that ▮▮▮ at

FD-302a (Rev. 10-6-95)

31E-MM-108062

Continuation of FD-302 of ▮▮▮▮▮ , On 08/07/2007 , Page 4

one time attended ▮▮▮▮▮ HIGH SCHOOL. ▮▮▮ also believed that they had met through a group of friends while attending ▮▮▮ - a dropout prevention school.

▮▮▮ mentioned another girl by the name of C▮▮▮. EPSTEIN distinguished the two "▮▮▮" by referring to ▮▮▮ as ▮▮▮. ▮▮▮ worked at an ice cream shop. ▮▮▮ stated that she did not like ▮▮▮ and that ▮▮▮ was a storyteller and a bad liar. ▮▮▮ stated that ▮▮▮ never really wanted to go to EPSTEIN's residence but she went anyway.

▮▮▮ said that she had not taken a good look at EPSTEIN's penis. ▮▮▮ explained that it seemed like he would always try and hide his penis. ▮▮▮ stated that EPSTEIN never asked her for sex.

W▮▮▮ started dancing when she was sixteen at ▮▮▮. The owner, ▮▮▮, let her dance. ▮▮▮ has also worked at ▮▮▮ located ▮▮▮ in Boynton Beach, Florida.

▮▮▮ used illegal drugs during the years she provided EPSTEIN with massages. ▮▮▮ said that EPSTEIN tried to provide her with advice regarding controlled substances.

▮▮▮ stated that she met with EPSTEIN's attorneys, ▮▮▮ and a unidentified female(UF), at the ALE HOUSE RESTAURANT. W▮▮▮ met with them after she contacted ▮▮▮ who confirmed that they were really working for EPSTEIN. ▮▮▮ stated that ▮▮▮ also talked of her twin boys and stated that she was living in Manhattan. ▮▮▮ found out that ▮▮▮ and the UF are employed by ▮▮▮. They asked a lot of questions. They specifically asked about L▮▮▮ and a ▮▮▮ ▮▮▮ reiterated her dislike for ▮▮▮.

▮▮▮ also informed the interviewing agents that she had spoken to ▮▮▮ she believed before the fourth of July. ▮▮▮ told ▮▮▮ that she had met with investigators and that they had videoed her.

▮▮▮ confirmed her association to the following telephone numbers:

Old cellular number - (561)▮▮▮
Possibly an old cellular number - (561)▮▮▮
▮▮▮'s telephone number - (561)▮▮▮

FD-302a (Rev. 10-6-95)

31E-MM-108062

Continuation of FD-302 of ▮▮▮▮▮▮▮▮▮▮▮▮ , On 08/07/2007 , Page 5