# EXHIBIT 33

**JANE DOE #1 AND JANE DOE #2'S MOTION FOR FINDING OF VIOLATIONS OF THE CRIME VICTIMS' RIGHTS ACT AND REQUEST FOR A HEARING ON APPROPRIATE REMEDIES**

*CASE NO:* **08-80736-Civ-Marra/Johnson**

# EXHIBIT H

FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription  02/08/2008

On Thursday, January 31, 2008, ▆▆▆▆▆▆▆▆▆▆ met with Assistant United States Attorney MARIE VILLAFANA, UNITED STATES ATTORNEY'S OFFICE (USAO) and Attorney MYESHA K. BRADEN, UNITED STATES DEPARTMENT OF JUSTICE(DOJ), CRIMINAL DIVISION. Also present at the meeting were Special Agents E. NESBITT KUYRKENDALL and JASON R. RICHARDS, FEDERAL BUREAU OF INVESTIGATION. The meeting was arranged pursuant to a federal investigation regarding the sexual exploitation of minors. During the course of the meeting, ▆▆▆▆ provided the following additional or clarifying information not previously documented in earlier FD-302s:

JEFFREY EPSTEIN and his assistants, ▆▆▆▆ and ▆▆▆▆ (identified as ▆▆▆▆ and ▆▆▆▆) would contact ▆▆▆▆ to set up appointments for EPSTEIN's massages. According to ▆▆▆▆, ▆▆▆▆ would call and say that EPSTEIN was on a flight and inquire about scheduling work for ▆▆▆▆.

Life was not going well for ▆▆▆▆ during the time she was providing EPSTEIN with massages. ▆▆▆▆ was buying and taking drugs, i.e. Xanax, Lorcets, and Percosets. ▆▆▆▆ said that she stayed on pills. ▆▆▆▆ explained that she wanted to feel numb. ▆▆▆▆ stopped attending school at age fifteen. Her parents were addicted to crack and cocaine. Prior to her parent's drug use, ▆▆▆▆ was in the band, a cheerleader, and a straight "A" student. ▆▆▆▆ played the trumpet for the school band. When her parent's drug habits got bad, things went downhill, they lost everything.

▆▆▆▆ became a dancer the day before her sixteenth birthday at ▆▆▆▆▆▆▆▆▆▆. She worked there for six months, up until the employer found out she was underage. Later, ▆▆▆▆ worked for ▆▆▆▆▆▆▆▆ which she did for 6 months. ▆▆▆▆ stopped seeing EPSTEIN during that time.

▆▆▆▆ stated that she brought up to twenty, twenty-five, or thirty different girls. ▆▆▆▆ said all of the girls but maybe ten of them were underage. Some of the females ▆▆▆▆ brought for EPSTEIN were dancers. ▆▆▆▆ said that EPSTEIN did not care for all of the girls she brought to him. ▆▆▆▆ explained that EPSTEIN did not care for some of the dancers, the older females, and the females with tattoos.

Investigation on  01/31/2008  at  West Palm Beach, Florida

File # 31E-MM-108062                              Date dictated  01/31/2008

by  SA E. Nesbitt Kuyrkendall
    SA Jason R. Richards

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 10-6-95)

31E-MM-108062

Continuation of FD-302 of ▮▮▮▮▮▮▮▮▮▮▮▮ , On 01/31/2008 , Page 2

▮▮▮▮ said that during the massages EPSTEIN would push further and further regarding the sexual activity. According to ▮▮▮▮ EPSTEIN never asked, "is this okay," he would just see how far one would let him go.

▮▮▮▮ recalled seeing sculptures of naked women and lots of pictures of kids in the library.

▮▮▮▮ stated that everybody thought Epstein was a neurologist.

▮▮▮▮ also stated that ▮▮▮▮ has twin boys.