# EXHIBIT 34

```
ate:  7/19/06            PALM BEACH POLICE DEPARTMENT              Page:        1
ime:  15:01:37                 Incident Report              Program: CMS301L
```

```
ase No. . . . : 1-05-000368
PECIAL NOTES   :                      Occur From Date: 1/27/05 0000
ccur To Date . : 1/27/05 0000        Report Date  . : 3/14/05 1600
ay Of Week   . : Thursday
ommon/Location : 358 EL BRILLO WY
ity . . . . . : PALM BEACH, FL
ocation Type . : RESIDENCE-SINGLE FAMILY
eat Assignment : DETECTIVE BUREAU     Map Reference  : 10
ept Class  . . : SEXUAL BATTERY       Report Officer : PAGAN, MICHELE
ase Status . . : OPEN / ACTIVE        Case Status Dt : 3/14/05
upervisory Dt. : TRYLCH, JEFFREY  3/14/05
ntry Date  . . : OREGERO, LAURA   4/06/05
ames? . . . . :                      Property?  . . :
ehicles? . . . :                     Offenses?  . . :
arrative? . . :                      Related Cases? :
```

```
******* V E H I C L E    I N F O R M A T I O N  #  1 ******************
se number  . : 1-05-000368            Category  . . . :
ate Veh Type :                        Year . . . . . : 0
ke . . . . . :                        Model  . . . . :
del Name . . :                        Permit Number  :
yle  . . . . :                        Color - Top  . :
lor - Bottom :                        License #  . . :
N  . . . . . :                        Stolen value . : 0
sposition  . :                        Insured  . . . :
sured by . . :                        Keys in car  . :
hicle locked :                        Lein holder  . :
te recovered : 0/00/00                Recovery value : 0
reet number  :
ty . . . . . :
covery code  :                        NCIC number  . :
 On Look Out?:
```

```
******* P E R S O N    R E P O R T I N G    I N F O - # 1 *********
se Number  . : 1-05-000368            Last Name  . . : ██████████
reet Number  : ██████████████████
ty . . . . . : ███████████████
rth Date/Age : ████████████          Employer?  . . :
cupation . . :                        Oper Lic No. . : ████████████
ne Phone No. : ██████████             Race . . . . . : White
x . . . . . : Female                  Height . . . . : 0
ight . . . . : 0                      Other Phone Nbr:
```

```
*********** S U S P E C T / A R R E S T E E    I N F O R M A T I O N - # 1 **
se Number  . : 1-05-000368            Prompt valid in: ████████████████
reet Number  : ████████████
ty . . . . . : ██████████████         334121460
rth Date . . :                        Maximum Age  . : 18
ployer?  . . :                        Occupation . . :
r Lic No. . : R125320866290    FL     Home Phone No. :
her Phone Nbr:                        Race . . . . . : White
 . . . . . . : Female                 Minimum Height : 0
nimum Weight : 0                      Maximum Height : 0
```

```
Date:  7/19/06          PALM BEACH POLICE DEPARTMENT          Page:       2
Time: 15:01:37               Incident Report              Program: CMS301L
```

```
Case No. . . . : 1-05-000368                              (Continued)
Maximum Weight : 0              Misc. ID#  . . . :
Aliases? . . . :               MO/Crime Spec? :
Hair Color . . :               Hair Length  . . :
Hair Style . . :               Eye Color  . . . :
Glasses  . . . :               Complexion . . . :
Facial Hair  . :               Build  . . . . . :
Teeth  . . . . :               Speech . . . . . :
Hat  . . . . . :               Coat . . . . . . :
Shirt  . . . . :               Pants  . . . . . :
Shoes  . . . . :               Body Marks #1  . :
Body Marks #2  :               Body Marks #3  . :
Body Marks #4  :               Status . . . . . : STILL SUSPECT
Arrest Case No.:               Additional UCR?:
```

```
*********** S U S P E C T / A R R E S T E E   I N F O R M A T I O N -  # 2 **
Case Number  . : 1-05-000368        Prompt valid in: ███████████████████████
Street Number  : 358 EL BRILLO WY
City . . . . . : PALM BEACH, FL 000033480
Birth Date . . :  ████████████████     Maximum Age  . : 25
Employer?  . . :                    Occupation . . : PERSONAL ASST/EPSTEIN
Ber Lic No.. . : ███████████████     Home Phone No. : 561/000-0000
Other Phone Nbr: 561/000-0000       Race . . . . . : White
Sex  . . . . . : Female             Minimum Height : 0
Minimum Weight : 0                  Maximum Height : 0
Maximum Weight : 0                  Misc. ID#  . . :
Aliases? . . . :                    MO/Crime Spec? :
Hair Color . . :                    Hair Length  . . :
Hair Style . . :                    Eye Color  . . . :
Glasses  . . . :                    Complexion . . . :
Facial Hair  . :                    Build  . . . . . :
Teeth  . . . . :                    Speech . . . . . :
Hat  . . . . . :                    Coat . . . . . . :
Shirt  . . . . :                    Pants  . . . . . :
Shoes  . . . . :                    Body Marks #1  . :
Body Marks #2  :                    Body Marks #3  . :
Body Marks #4  :                    Status . . . . . : STILL SUSPECT
Arrest Case No.:                    Additional UCR?:
```

```
*********** S U S P E C T / A R R E S T E E   I N F O R M A T I O N -  # 3 **
Case Number  . : 1-05-000368        Prompt valid in: EPSTEIN, JEFFREY
Street Number  : 358 EL BRILLO WY
City . . . . . : PALM BEACH, FL 000033480
Birth Date . . : 1/20/1953 52       Maximum Age  . : 52
Employer?  . . :                    Occupation . . :
Ber Lic No. . . : E123425530200   FL  Home Phone No. :
Other Phone Nbr:                    Race . . . . . : White
Sex  . . . . . : Male               Minimum Height : 0
Minimum Weight : 0                  Maximum Height : 0
Maximum Weight : 0                  Misc. ID#  . . :
Aliases? . . . :                    MO/Crime Spec? :
Hair Color . . :                    Hair Length  . . :
Hair Style . . :                    Eye Color  . . . :
```

```
Date:  7/19/06              PALM BEACH POLICE DEPARTMENT          Page:     3
Time: 15:01:37                    Incident Report               Program:  CMS301L
```

```
Case No. . . . : 1-05-000368                          (Continued)
Glasses . . . . :              Complexion  . . . :
Facial Hair . . :              Build . . . . . :
Teeth . . . . . :              Speech  . . . . :
Hat . . . . . . :              Coat  . . . . . :
Shirt . . . . . :              Pants . . . . . :
Shoes . . . . . :              Body Marks #1 . :
Body Marks #2 . :              Body Marks #3 . :
Body Marks #4 . :              Status  . . . . : STILL SUSPECT
Arrest Case No.:               Additional UCR?:
```

```
************* V I C T I M      I N F O R M A T I O N - # 1 *******************
Case Number  . : 1-05-000368
Prompt valid in:
Street Number  :
City . . . . . :
Birth Date/Age :            14    Employer?  . . . :
Occupation . . : STUDENT          Oper Lic No. . . :
Home Phone No. :                  Race  . . . . . : White
Sex . . . . . : Female            Height  . . . . : 0
Height . . . . : 0                Misc. ID#  . . . :
Be On Look Out?:                  Other Phone Nbr:
Victim Type  . : JUVENILE         Residency Type :
Residency Sts  :                  File Charges  . :
Can Identify . :                  Victim Sobriety:
Injury Extent  :                  Injury Type 1  :
Injury Type 2  :                  Hospital ID  . :
Med Treatment  :                  Phys First Name:
Phys Last Name :
```

```
************* V I C T I M      I N F O R M A T I O N - # 2 *******************
Case Number  . : 1-05-000368      Prompt valid in:
Street Number  :
City . . . . . : PALM BEACH, FL 000033480
Birth Date/Age :            18    Employer?  . . . :
Occupation . . :                  Oper Lic No. . . :
Home Phone No. : 561/000-0000     Race  . . . . . : White
Sex . . . . . : Female            Height  . . . . : 0
Height . . . . : 0                Misc. ID#  . . . :
Be On Look Out?:                  Other Phone Nbr: 561/000-0000
Victim Type  . : ADULT            Residency Type :
Residency Sts  :                  File Charges  . :
Can Identify . :                  Victim Sobriety:
Injury Extent  :                  Injury Type 1  :
Injury Type 2  :                  Hospital ID  . :
Med Treatment  :                  Phys First Name:
Phys Last Name :
```

```
************* V I C T I M      I N F O R M A T I O N - # 3 *******************
Case Number  . : 1-05-000368      Prompt valid in:
Street Number  :
City . . . . . : PALM BEACH, FL 000033480
Birth Date/Age :            16    Employer?  . . . :
```

```
ate:  7/19/06              PALM BEACH POLICE DEPARTMENT              Page:      4
ime: 15:01:37                    Incident Report                    Program: CMS301L
```

```
ase No. . . . : 1-05-000368                                  (Continued)
ccupation  . . :                      Oper Lic No. . . :
ome Phone No. : 561/000-0000          Race . . . . . : White
ex . . . . . : Female                 Height . . . . : 0
eight . . . . : 0                     Misc. ID# . . . :
e On Look Out?:                       Other Phone Nbr: 561/000-0000
ictim Type  . : JUVENILE              Residency Type :
esidency Sts  :                       File Charges  . :
an Identify . :                       Victim Sobriety:
njury Extent  :                       Injury Type 1  :
njury Type 2  :                       Hospital ID    :
ed Treatment  :                       Phys First Name:
hys Last Name :
```

```
:*********** V I C T I M      I N F O R M A T I O N - # 4 *******************
ase Number  . : 1-05-000368           Prompt valid in: ████████████
reet Number   :
ty . . . . . : PALM BEACH, FL 000033480
rth Date/Age  : ███████ 17            Employer?  . . :
cupation  . . :                       Oper Lic No. . :
me Phone No. : 561/000-0000           Race . . . . . : White
x . . . . . : Female                  Height . . . . : 0
ight . . . . : 0                      Misc. ID#  . . :
 On Look Out?:                        Other Phone Nbr: 561/000-0000
ctim Type  . : JUVENILE               Residency Type :
sidency Sts  :                        File Charges  . :
n Identify . :                        Victim Sobriety:
jury Extent  :                        Injury Type 1  :
jury Type 2  :                        Hospital ID    :
d Treatment  :                        Phys First Name:
ys Last Name :
```

```
*********** V I C T I M      I N F O R M A T I O N - # 5 *******************
se Number  . : 1-05-000368            Prompt valid in: ████████████
reet Number   :
ty . . . . . : PALM BEACH, FL 000033480
rth Date/Age : ███████ 18             Employer?  . . :
cupation  . . :                       Oper Lic No. . :
ne Phone No. : 561/000-0000           Race . . . . . : White
x  . . . . . : Female                 Height . . . . : 0
ight . . . . : 0                      Misc. ID#  . . :
 On Look Out?:                        Other Phone Nbr: 561/000-0000
ctim Type  . : ADULT                  Residency Type :
sidency Sts  :                        File Charges  . :
n Identify . :                        Victim Sobriety:
jury Extent  :                        Injury Type 1  :
jury Type 2  :                        Hospital ID    :
d Treatment  :                        Phys First Name:
ys Last Name :
```

```
*********** V I C T I M      I N F O R M A T I O N - # 6 *******************
se Number  . : 1-05-000368
mpt valid in: ████████████
```

```
ate:  7/19/06              PALM BEACH POLICE DEPARTMENT           Page:        5
ime: 15:01:37                    Incident Report              Program: CMS301L
```

ase No. . . . : 1-05-000368                              (Continued)
treet Number  :
ity . . . . . : PALM BEACH, FL 000033480
irth Date/Age :            16         Employer?   . . :
ccupation . . :                       Oper Lic No. . . :
ome Phone No. : 561/000-0000          Race . . . . . : White
ex . . . . . : Female                 Height . . . . : 0
eight . . . . : 0                     Misc. ID# . . . :
e On Look Out?:                       Other Phone Nbr: 561/000-0000
ictim Type    : JUVENILE              Residency Type  :
esidency Sts  :                       File Charges  . :
an Identify . :                       Victim Sobriety:
njury Extent  :                       Injury Type 1  :
njury Type 2  :                       Hospital ID  . :
ed Treatment  :                       Phys First Name :
hys Last Name :

************ V I C T I M     I N F O R M A T I O N - # 7 ********************
ase Number  . : 1-05-000368           Prompt valid in:
treet Number  :
ty . . . . . : PALM BEACH, FL 000033480
rth Date/Age  :            17         Employer?   . . :
ccupation . . :                       Oper Lic No. . . :
ome Phone No. : 561/000-0000          Race . . . . . : White
ex . . . . . : Female                 Height . . . . : 0
eight . . . . : 0                     Misc. ID# . . . :
 On Look Out?:                        Other Phone Nbr: 561/000-0000
ctim Type   . : JUVENILE              Residency Type  :
sidency Sts  :                        File Charges  . :
n Identify . :                        Victim Sobriety:
jury Extent  :                        Injury Type 1  :
jury Type 2  :                        Hospital ID  . :
d Treatment  :                        Phys First Name :
ys Last Name  :

************ V I C T I M     I N F O R M A T I O N - # 8 ********************
se Number   . : 1-05-000368           Prompt valid in:
reet Number   :
ty . . . . . : PALM BEACH, FL 000033480
rth Date/Age  :            16         Employer?   . . :
ccupation . . :                       Oper Lic No. . . :
me Phone No. : 561/000-0000           Race . . . . . : White
x . . . . . : Female                  Height . . . . : 0
ight . . . . : 0                      Misc. ID# . . . :
 On Look Out?:                        Other Phone Nbr: 561/000-0000
ctim Type   . : JUVENILE              Residency Type  :
sidency Sts  :                        File Charges  . :
n Identify . :                        Victim Sobriety:
jury Extent  :                        Injury Type 1  :
jury Type 2  :                        Hospital ID  . :
d Treatment  :                        Phys First Name :
ys Last Name  :

************ V I C T I M     I N F O R M A T I O N - # 9 ********************
```

```
Date:  7/19/06              PALM BEACH POLICE DEPARTMENT              Page:      6
Time: 15:01:37                    Incident Report              Program: CMS301L
```

```
Case No. . . . : 1-05-000368                                    (Continued)
Case Number  . : 1-05-000368           Prompt valid in: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Street Number  :
City . . . . . : PALM BEACH, FL 000033480
Birth Date/Age : ▓▓▓▓▓▓▓▓ 17          Employer?  . . :
Occupation  . . :                      Oper Lic No. . :
Home Phone No. : 561/000-0000          Race . . . . . : White
Sex  . . . . . : Female                Height . . . . : 0
Height . . . . : 0                     Misc. ID# . . . :
Be On Look Out?:                       Other Phone Nbr: 561/000-0000
Victim Type  . : JUVENILE              Residency Type :
Residency Sts  :                       File Charges . :
Can Identify . :                       Victim Sobriety:
Injury Extent  :                       Injury Type 1  :
Injury Type 2  :                       Hospital ID  . :
Med Treatment  :                       Phys First Name:
Phys Last Name :
```

```
************ V I C T I M   I N F O R M A T I O N - # 10 ********************
Case Number  . : 1-05-000368
Prompt valid in: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Street Number  :
City . . . . . : PALM BEACH, FL 000033480
Birth Date/Age : ▓▓▓▓▓▓▓▓ 17          Employer?  . . :
Occupation  . . :                      Oper Lic No. . :
Home Phone No. : 561/000-0000          Race . . . . . : White
Sex  . . . . . : Female                Height . . . . : 0
Height . . . . : 0                     Misc. ID# . . . :
Be On Look Out?:                       Other Phone Nbr: 561/000-0000
Victim Type  . : JUVENILE              Residency Type :
Residency Sts  :                       File Charges . :
Can Identify . :                       Victim Sobriety:
Injury Extent  :                       Injury Type 1  :
Injury Type 2  :                       Hospital ID  . :
Med Treatment  :                       Phys First Name:
Phys Last Name :
```

```
************ V I C T I M   I N F O R M A T I O N - # 11 ********************
Case Number  . : 1-05-000368           Prompt valid in: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Street Number  :
City . . . . . : PALM BEACH, FL 000033480
Birth Date/Age : ▓▓▓▓▓▓▓▓ 18          Employer?  . . :
Occupation  . . :                      Oper Lic No. . :
Home Phone No. : 561/000-0000          Race . . . . . : White
Sex  . . . . . : Female                Height . . . . : 0
Height . . . . : 0                     Misc. ID# . . . :
Be On Look Out?:                       Other Phone Nbr: 561/000-0000
Victim Type  . : ADULT                 Residency Type :
Residency Sts  :                       File Charges . :
Can Identify . :                       Victim Sobriety:
Injury Extent  :                       Injury Type 1  :
Injury Type 2  :                       Hospital ID  . :
Med Treatment  :                       Phys First Name:
```

```
-------------------------------------------------------------------------------
Date:  7/19/06           PALM BEACH POLICE DEPARTMENT          Page:        7
Time: 15:01:37                 Incident Report               Program: CMS301L
-------------------------------------------------------------------------------

Case No . . . : 1-05-000368                              (Continued)
Phys Last Name :

*********** V I C T I M   I N F O R M A T I O N - # 12 *******************
Case Number  . : 1-05-000368         Prompt valid in: ████████████████████
Street Number  :
City . . . . . : PALM BEACH, FL 000033480
Birth Date/Age : ████████████ 18     Employer?  . . :
Occupation . . :                     Oper Lic No. . :
Home Phone No. : 561/000-0000        Race . . . . . : White
Sex  . . . . . : Female              Height . . . . : 0
Height . . . . : 0                   Misc. ID# . . :
Be On Look Out?:                     Other Phone Nbr: 561/000-0000
Victim Type  . : ADULT               Residency Type :
Residency Sts  :                     File Charges . :
Can Identify . :                     Victim Sobriety:
Injury Extent  :                     Injury Type 1  :
Injury Type 2  :                     Hospital ID  . :
Med Treatment  :                     Phys First Name:
Phys Last Name :

*********** V I C T I M   I N F O R M A T I O N - # 13 *******************
Case Number  . : 1-05-000368         Prompt valid in: ████████████████████
Street Number  :
City . . . . . : PALM BEACH, FL 000033480
Birth Date/Age : ████████████ 16     Employer?  . . :
Occupation . . :                     Oper Lic No. . :
Home Phone No. : 561/000-0000        Race . . . . . : White
Sex  . . . . . : Female              Height . . . . : 0
Height . . . . : 0                   Misc. ID# . . :
Be On Look Out?:                     Other Phone Nbr: 561/000-0000
Victim Type  . : JUVENILE            Residency Type :
Residency Sts  :                     File Charges . :
Can Identify . :                     Victim Sobriety:
Injury Extent  :                     Injury Type 1  :
Injury Type 2  :                     Hospital ID  . :
Med Treatment  :                     Phys First Name:
Phys Last Name :

*********** V I C T I M   I N F O R M A T I O N - # 14 *******************
Case Number  . : 1-05-000368         Prompt valid in: ████████████████████
Street Number  :
City . . . . . : PALM BEACH, FL 000033480
Birth Date/Age : ████████████ 16     Employer?  . . :
Occupation . . :                     Oper Lic No. . :
Home Phone No. : 561/000-0000        Race . . . . . : White
Sex  . . . . . : Female              Height . . . . : 0
Height . . . . : 0                   Misc. ID# . . :
Be On Look Out?:                     Other Phone Nbr: 561/000-0000
Victim Type  . : JUVENILE            Residency Type :
Residency Sts  :                     File Charges . :
Can Identify . :                     Victim Sobriety:
Injury Extent  :                     Injury Type 1  :
```

```
Date:  7/19/06              PALM BEACH POLICE DEPARTMENT              Page:       8
Time:  15:01:37                    Incident Report              Program:  CMS301L
```

Case No. . . . : 1-05-000368
Injury Type 2  :                        Hospital ID  . :        (Continued)
Med Treatment  :                        Phys First Name:
Phys Last Name :

************** V I C T I M     I N F O R M A T I O N - # 15 ********************
Case Number    :  1-05-000368           Prompt valid in: ━━━━━━━━━━
Street Number  :
City . . . . . :  PALM BEACH, FL 000033480
Birth Date/Age :          19             Employer?  . . :
Occupation  . :                          Oper Lic No. . :
Home Phone No. :  561/000-0000           Race . . . . . :  White
Sex  . . . . . :  Female                 Height . . . . :  0
Weight . . . . :  0                      Misc. ID#  . . :
Be On Look Out?:                         Other Phone Nbr: 561/000-0000
Victim Type    :  ADULT                  Residency Type :
Residency Sts  :                         File Charges . :
Can Identify   :                         Victim Sobriety:
Injury Extent  :                         Injury Type 1  :
Injury Type 2  :                         Hospital ID  . :
Med Treatment  :                         Phys First Name:
Phys Last Name :

************** V I C T I M     I N F O R M A T I O N - # 16 ********************
Case Number  . :  1-05-000368           Prompt valid in: ━━━━━━━━━━
Street Number  :
City . . . . . :  PALM BEACH, FL 000033480
Birth Date/Age :          17             Employer?  . . :
Occupation . :                           Oper Lic No. . :
Home Phone No. :  561/000-0000           Race . . . . . :  White
Sex  . . . . . :  Female                 Height . . . . :  0
Weight . . . . :  0                      Misc. ID#  . . :
Be On Look Out?:                         Other Phone Nbr: 561/000-0000
Victim Type    :  JUVENILE               Residency Type :
Residency Sts  :                         File Charges . :
Can Identify   :                         Victim Sobriety:
Injury Extent  :                         Injury Type 1  :
Injury Type 2  :                         Hospital ID  . :
Med Treatment  :                         Phys First Name:
Phys Last Name :

************** V I C T I M     I N F O R M A T I O N - # 17 ********************
Case Number  . :  1-05-000368           Prompt valid in: ━━━━━━━━━━
Street Number  :
City . . . . . :  PALM BEACH, FL 000033480
Birth Date/Age :          16             Employer?  . . :
Occupation . . :                         Oper Lic No. . :
Home Phone No. :  561/000-0000           Race . . . . . :  White
Sex  . . . . . :  Female                 Height . . . . :  0
Weight . . . . :  0                      Misc. ID#  . . :
Be On Look Out?:                         Other Phone Nbr: 561/000-0000
Victim Type    :  JUVENILE               Residency Type :
Residency Sts  :                         File Charges . :

```
Date:  7/19/06            PALM BEACH POLICE DEPARTMENT        Page:        9
Time: 15:01:37                 Incident Report               Program: CMS301L
```

```
Case No. . . . : 1-05-000368                         (Continued)
Can Identify . :                    Victim Sobriety:
Injury Extent  :                    Injury Type 1  :
Injury Type 2  :                    Hospital ID  . :
Med Treatment  :                    Phys First Name:
Phys Last Name :
```

```
******** O T H E R       P E R S O N        I N F O R M A T I O N - # 1 ********
Case Number  . : 1-05-000368            Last Name . . : ████████
Street Number  :
City . . . . . : ████████████████
Birth Date/Age : ████████     14
Occupation . . : STUDENT               Employer?  . . :
Home Phone No. : ████████               Oper Lic No. . :
Sex  . . . . . : Female                 Race . . . . . : White
Height . . . . : 0                      Height . . . . : 0
Other Phone Nbr:                        Person Type  . : OTHER PERSON
```

```
******** O T H E R       P E R S O N        I N F O R M A T I O N - # 2 ********
Case Number  . : 1-05-000368            Last Name . . : MARCINKOVA, NADA
Street Number  : 358 EL BRILLO WY
City . . . . . : PALM BEACH, FL 000033480
Birth Date/Age : 2/21/1985 19
Occupation . . :                        Employer?  . . :
Home Phone No. :                        Oper Lic No. . : M625620855610   FL
Sex  . . . . . : Female                 Race . . . . . : White
Height . . . . : 0                      Height . . . . : 510
Other Phone Nbr:                        Person Type  . : OTHER PERSON
```

```
******** O T H E R       P E R S O N        I N F O R M A T I O N - # 3 ********
Case Number  . : 1-05-000368            Last Name . . : ████████
Street Number  :
City . . . . . : ████████████████
Birth Date/Age : ████████     35
Occupation . . :                        Employer?  . . :
Home Phone No. : ████████               Oper Lic No. . :
Sex  . . . . . : Female                 Race . . . . . : White
Height . . . . : 0                      Height . . . . : 0
Other Phone Nbr: 561/330-0400           Person Type  . : OTHER PERSON
```

```
******** O T H E R       P E R S O N        I N F O R M A T I O N - # 4 ********
Case Number  . : 1-05-000368            Last Name . . : ████████████
Street Number  :
City . . . . . : ████████████████
Birth Date/Age : ████████     37
Occupation . . : PAINTER                Employer?  . . :
Home Phone No. : ████████               Oper Lic No. . :
Sex  . . . . . : Male                   Race . . . . . : White
Height . . . . : 0                      Height . . . . : 0
Other Phone Nbr:                        Person Type  . : OTHER PERSON
```

```
******** O T H E R       P E R S O N        I N F O R M A T I O N - # 5 ********
Case Number  . : 1-05-000368            Last Name . . : BACK, KATHY
```

```
ate:  7/19/06                PALM BEACH POLICE DEPARTMENT              Page:      10
ime: 15:01:37                      Incident Report                    Program: CMS301L
```

ase No. . . . : 1-05-000368                                    (Continued)
treet Number  :
ity . . . . . :
irth Date/Age : 0/00/0000 0              Employer?  . . :
ccupation . . : FAMILY THERAPIST         Oper Lic No. . :
ome Phone No. : 561/000-0000             Race . . . . . : White
ex . . . . . : Female                    Height . . . . : 0
eight . . . . : 0                        Person Type  . : OTHER PERSON
ther Phone Nbr: 561/000-0000

                       ***EMPLOYER INFORMATION***
ase Number  . : 1-05-000368
mployer Name  : PBC DIVISON OF YOUTH AFFAIRS
ddress  . . . : 4200 N° AUSTRALIAN AV
ity/State/Zip : WEST PALM BEACH, FL 33407
hone Number . : 561/840-4540

******** O T H E R     P E R S O N         I N F O R M A T I O N - # 6 ********
ase Number  . : 1-05-000368              Last Name  . . : ▆▆▆▆▆▆
treet Number  : ▆▆▆▆▆▆▆▆▆▆▆
ity . . . . . : ▆▆▆▆▆▆▆▆▆▆▆▆▆
irth Date/Age : ▆▆▆▆▆▆▆ 16              Employer?  . . :
ccupation . . : STUDENT                  Oper Lic No. . :
ome Phone No. : ▆▆▆▆▆▆▆▆▆▆              Race . . . . . : White
ex . . . . . : Male                      Height . . . . : 0
eight . . . . : 0                        Person Type  . : OTHER PERSON
ther Phone Nbr:

                       ***EMPLOYER INFORMATION***
ase Number  . : 1-05-000368              Employer Name  : ▆▆▆▆▆▆▆▆▆▆
ddress  . . . : ▆▆▆▆▆▆▆▆▆▆▆
ity/State/Zip : ▆▆▆▆▆▆▆▆
hone Number . :

******** O T H E R     P E R S O N         I N F O R M A T I O N - # 7 ********
ase Number  . : 1-05-000368              Last Name  . . : ▆▆▆▆▆▆▆
treet Number  :
ity . . . . . :
irth Date/Age : 0/00/0000 0              Employer?  . . :
ccupation . . :                          Oper Lic No. . :
ome Phone No. :                          Race . . . . . : White
ex . . . . . : Male                      Height . . . . : 0
eight . . . . : 0                        Person Type  . : OTHER PERSON
ther Phone Nbr:

******** O T H E R     P E R S O N         I N F O R M A T I O N - # 8 ********
ase Number  . : 1-05-000368              Last Name  . . : ▆▆▆▆▆▆
treet Number  :
ity . . . . . : ▆▆▆▆▆▆▆▆▆▆
irth Date/Age : 0/00/0000 0              Employer?  . . :
ccupation . . :                          Oper Lic No. . :
one Phone No. : ▆▆▆▆▆▆▆▆                Race . . . . . :
ex . . . . . : Female                    Height . . . . : 0

```
Date:  7/19/06              PALM BEACH POLICE DEPARTMENT              Page:      11
Time: 15:01:37                    Incident Report               Program: CMS301L
```

```
Case No. . . . : 1-05-000368                              (Continued)
Weight . . . . : 0            Person Type  . : OTHER PERSON
Other Phone Nbr:
```

```
******** O T H E R     P E R S O N      I N F O R M A T I O N - # 9 ********
Case Number  . : 1-05-000368          Last Name  . . :
Street Number  :                      
City . . . . :                        
Birth Date/Age :              16      Employer?  . . :
Occupation . . :                      Oper Lic No. . :
Home Phone No. : 561/000-0000         Race . . . . : White
Sex . . . . . : Female                Height . . . . : 0
Height . . . . : 0                    Person Type  . : OTHER PERSON
Other Phone Nbr: 561/000-0000
```

```
******************** N A R R A T I V E  # 1 ************************
Original Report      LO     Reported By: PAGAN, MICHELE D.            9/20/05
                            Entered By.: OREGERO, LAURA D.            9/20/05
```

On 03/14/2005, I received a call from a woman who did not wish to identify herself (later identified as ▓▓▓▓▓▓). She stated that her fourteen year old step daughter (later identified as ▓▓▓▓▓ ▓▓▓▓▓) possibly may have been molested in Palm Beach by a wealthy man. According to ▓▓▓▓▓▓, she learned of the possible molestation by a third party. She explained that she had received a call from the mother of her stepdaughter's friend. The mother claimed to have overheard a conversation between her daughter and a male friend; they were talking about ▓▓▓▓. The conversation was about how ▓▓▓▓ had met with a 45-year-old man and had sex with him and was paid for it. I advised ▓▓▓▓▓▓ that I would like to meet with her to obtain a more detailed statement and facts. ▓▓▓▓▓ stated she did not know what to do and had to discuss the matter with her husband. At this point ▓▓▓▓▓▓ did not provide me with a call back number or any other information. She stated that she would contact me once she had spoken with her husband and ▓▓▓▓▓ mother.

On 03/14/2005 received a call from Mr. & Mrs. ▓▓▓▓▓▓. They stated it was all right to speak to their daughter ▓▓▓ via cell phone ▓▓▓▓▓▓. Her mother ▓▓▓▓▓▓▓▓ had been made aware of the case. They agreed to meet me at the police department later this date. ▓▓▓▓▓▓▓.

On 03/14/2005, Mr. ▓▓▓▓▓▓▓▓ accompanied by his wife ▓▓▓ ▓▓▓▓▓▓ came to the Palm Beach Police Department where they advised me that they believed their fourteen year old daughter may have had some type of sexual relationship with an older male who resided in Palm Beach. Neither knew the suspect's name or address. Both stated that their daughter did not talk to them about the incident, nor would she admit to it.

▓▓▓▓▓▓▓▓▓ identified his daughter as ▓▓▓▓▓▓ ▓▓▓▓▓ w/f, DOB ▓▓▓▓▓▓; resides with her biological mother at ▓▓▓▓▓▓▓▓, ▓▓▓▓▓, ▓▓▓▓▓▓▓ ▓▓▓ is a twin,

---

Date:  7/19/06          PALM BEACH POLICE DEPARTMENT          Page:    12
Time: 15:01:37            Incident Report                  Program: CMS301L

---

Case No. . . . : 1-05-000368                          (Continued)
her sister ████ resides with Mr. ████████   Both ████ and ████ are
currently attending ██████████████████████████ which is an
involuntary admitted juvenile educational facility. ████ stays at the
facility during the week and comes home on the weekend.  According to
████████ she was admitted to the school because of disciplinary
problems that recently escalated.  The facility also coordinates with
the families to provide one on one as well as family counseling.

According to Mrs. ████████ she believes the incident occurred on
Sunday, Feb 6, 2005.  A friend of ████, named Haley picked her up at
their house and left.  They believe Haley initiated the relationship
with the older gentleman, though they do not have any proof.  Haley
lives close by with her mother.  Mrs. ████████ further explained that
████ was introduced to Haley by ████, a boy she was dating
(goes to ████████, plays baseball).  Mrs. ████████ continued
that on Sunday, Haley picked up ████ and drove to Palm Beach where
they met the man.  Supposedly, the man has a lot of money and often
has young girls come over to his house.  Haley offers these girls a
way to make fast cash.  The man starts with a massage.  If he likes
them, he keeps them around and does more.  The ████████ did not have
any information on Haley other than she lives on 72nd Place North, the
last house on right side (north side).

Mrs. ████ talked of a conversation that she had with ████████
████, the mother of ████████ a former friend of ████.  She
found it strange that they were no longer friends until she received
the call from her mother telling her of the conversation she overheard
between ████ and a boy named ████.

Mrs. ████████ told me of an incident that occurred on 02/09/2005.
████ got into a fight at school (████████).  Mrs. ████████
████████ found over $300.00 in ████ purse.  ████ gave different
explanations for the large sum of money.  Initially the school
administration thought it was drug related but then dismissed the
claim.  Since that day, ████ did not return to school; she ran away
Thursday, 02/10th or Friday 02/11 and returned to her mother's house
later that night after midnight.  It was not until after ████████
received the call from ████████ mother, ████████████████
████████████, that she learned ████ was the girl that got into the
fight with ████  The fight was instigated when ████████ accused ████ of
being a prostitute.

████ ████████, who has legal joint custody of his daughter ████
████████, signed the affidavit of prosecution indicating he wished to
prosecute against the inappropriate sexual behavior with his
fourteen-year-old daughter.

Mr. ████████ stated that he had no objections with our agency speaking
with his daughter ████ about the incident.  Mr. ████████ stated that
████ mother ████ is aware of the allegations and also was willing to
cooperate.  According to Mrs. ████████, she does not believe her
daughter had any additional contact with the suspect as she was with

```
----------------------------------------------------------------------
ate:  7/19/06              PALM BEACH POLICE DEPARTMENT        Page:      13
ime: 15:01:37                  Incident Report              Program: CMS301L
----------------------------------------------------------------------
```

ase No. . . . . : 1-05-000368                          (Continued)
      her mother and then placed into ▓▓▓▓▓▓▓▓.

I contacted the School Board Police who provided me the information
for ▓▓▓▓▓▓▓ also known as ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, ▓▓▓▓▓▓ and ▓▓▓▓▓▓▓▓▓▓. Checking the
school board records for ▓▓▓ and ▓▓▓▓▓▓▓▓ there was no
disciplinary record found.  I was advised if no disciplinary action
was taken for a fight, such as an expulsion or detention, the incident
may not have been recorded.  This was at the discretion of the
individual school security and principal.

03/15/2005, I called the Palm Beach County Sheriff's Office and left a
message for PBSP Sgt. Chris Keen, Child Abuse Unit.

On 03/15/2005, I went to ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ where I met with white
female ▓▓▓▓▓▓▓▓▓.   Also present was Kathy Back, ▓▓▓▓▓▓▓▓▓
therapist.  During an audiotaped interview, I spoke with▓▓
about the allegations that were made.  ▓▓▓▓▓▓▓ initially denied
anything had happened, only admitting to going with Haley (later
identified as Haley Robson) to Palm Beach to pick up money Robson was
owed.  ▓▓▓▓▓▓▓identified Haley Robson as the cousin of her former
boyfriend ▓▓▓▓▓▓▓▓  She ultimately admitted to knowing that Robson
worked for a wealthy man and possibly did sexual favors for him.  She
also admitted that Robson had offered her an opportunity to make
money.

▓▓▓▓▓▓▓ identified Robson's boss as a white male named "Jeff" who
lived in Palm Beach (later positively identified as Jeffrey Epstein).
▓▓▓▓▓▓explained that she was first approached by Robson to go with
her to Jeff's house, when they were at▓▓▓▓▓▓ house.  According to
▓▓▓▓▓▓ she was not sure exactly what was going on with Robson but
agreed to go with her.  ▓▓▓ (▓▓▓▓▓▓▓ boyfriend) became angry when
he heard Robson inviting ▓▓ to accompany her.  ▓▓▓▓ believed
it was to pick up money the man owed Robson.  ▓▓▓▓ stated Robson
told her that she would pick her up at her house on Sunday.  ▓▓▓▓▓
was not sure of the exact dates but knew it was a Sunday.  According
to ▓▓▓▓▓ Robson along with an unknown, possibly Hispanic female,
picked her up at her father's house on ▓▓▓▓▓▓▓▓ told her
father that they were going shopping.  It was later confirmed by
▓▓▓▓▓▓▓▓▓▓ that Robson picked his daughter up.  According to Mr.
▓▓▓▓▓▓, Robson drove a pick up truck.

Robson drove ▓▓▓▓▓▓▓▓ along with the unknown female to Palm Beach.
Sometime on the way there, a conversation occurred between Robson and
▓▓▓▓▓▓▓whereby Robson told ▓▓▓▓▓ that if Jeff asked her
(▓▓▓▓▓) age, she should say she was eighteen.

▓▓▓▓▓▓ recalled that Jeff's house was on a dead end street.  All
three girls walked up a driveway, past what appeared to be a small
guard/security room.  In fact, ▓▓▓▓▓▓ recalled a male approaching
them asking what they wanted.  Robson stated they were there to see
Jeff.  The male allowed them to continue walking up to the house.

```
--------------------------------------------------------------------------
Date:  7/19/06          PALM BEACH POLICE DEPARTMENT          Page:     14
Time: 15:01:37               Incident Report            Program: CMS301L
--------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                              (Continued)

████████ stated the man told them that Epstein was not there but was
expected back.  He allowed them to enter the house, via the kitchen.
He offered them something to drink while they waited inside.  Shortly
after, Epstein and a woman, described as white with blond hair entered
the kitchen.  ████████ believed the woman was Epstein's Assistant.
████████ added that the woman did not seem friendly and kept her
responses short and direct.  Epstein introduced himself to ████████ as
Jeff .  ████████ got the impression that Epstein and Robson's friend
knew each other.  ████████ described Epstein as being approximately
forty-five years old, a long face, and bushy eyebrows, with graying
hair.

Robson and Epstein left the kitchen leaving ████████ and Robson's
friend alone in the kitchen.  They returned a short time later.  They
all spoke briefly in the kitchen.  While speaking to me, ████████
became upset and started to cry.  ████████ stated the woman instructed
her to follow her upstairs, which she did.  According to ████████, the
woman led her to a room that had a massage table in it.  The woman
started to fix up the room, putting the covers on the table and taking
lotions out.  She then told ████████ that Epstein would be up in a
second.  The woman left the room, and soon after, Epstein walked in
and told ████████ to take off her clothes.  As ████████ was telling me
what had happened, she looked away from me, and with a pointed finger,
repeatedly pressed it into her thigh.  ████████ stated he was stern
when he told her to take off her clothes.  ████████ said she did not
know what to do as she was the only one there.  ████████ took off her
shirt leaving her bra on.  Epstein, dressed in a towel told her to
take off everything.  ████████ stated she removed her pants leaving
her thong panties on.  Epstein then instructed her to give him a
massage pointing to a specific lotion for her to use.  Epstein laid on
the table, face down.  As ████████ began to give Epstein the massage,
he told her to get on his back.  ████████ stated she straddled herself
on Epstein's back.  As ████████ stated her exposed buttocks were touching
Epstein s bare buttocks.  As ████████ was giving Epstein the massage,
he turned around, and wacked off ████████ later explained that
wacking off was masturbating).  ████████ stated she was disgusted by
Epstein's actions but did not say anything.  According to ████████,
Epstein told her that she "had a really hot body."  Epstein excused
himself and went to the bathroom where she believed he masturbated
again.  Epstein returned to the room and told ████████ that he was
done and gave her three hundred dollars.  They went back down stairs
where they met Robson.  Epstein said good-bye and they left.  Robson
asked ████████ how did it go and asked what did she ████████ do.
When ████████ told Robson that Epstein asked for a massage, Robson
allegedly stated "I know." ████████ stated they then went shopping.
████████ stated Robson also got paid, but that she did not know why
since she was confident that Robson did not do anything.

████████ described Epstein's house as a two story pink house with a
Cadillac Escalade parked in the driveway.  There were gates leading
into the property.  From the kitchen, ████████ recalled walking up a
flight of stairs, lined with photographs, to a room.  Upon entering

```
------------------------------------------------------------------------
Date:  7/19/06         PALM BEACH POLICE DEPARTMENT        Page:      15
Time: 15:01:37              Incident Report             Program: CMS301L
------------------------------------------------------------------------
Case No. . . . : 1-05-000368                            (Continued)
```

the room there was a large bathroom to the right. ████████ recalled a hot pink and green sofa in the room.  There was a door on each side of the sofa. ████████ recalled there being a mural of a naked woman in the room, as well as several photographs of naked women on a shelf.

████████ stated Epstein did not change in front of her but did take off his towel, exposing himself. ████████ recalled Epstein being hairy especially on his chest.  Epstein also had a hairline that continued to his buttocks. ████████ admitted to seeing his penis.  I asked ████████ if she knew what being circumcised meant and she stated no. ████████ then said that she thought Epstein was on steroids because he was a "really built guy and his wee wee was very tiny." ████████ would explain that when she stated "wee wee" she meant penis. ████████ stated Epstein exposed himself when he took his towel off, placing it on the floor as he laid down on the table.

████████ said Epstein was specific in his instruction to her on how to massage, telling her to go clockwise, etc. ████████ recalled that Epstein got up from the table and went to the bathroom where she heard him making, what she believed to be sexual type of noises. (moaning) He then returned to the room where he again laid down on the table. Epstein then turned over and instructed ████████ to massage his boobs. As she did this, Epstein continued to make moaning noises.

████████ resumed massaging his chest area. ████████ was now standing on the ground.  Epstein turned to his side, and with the towel on the ground started to rub his penis in an up and down motion. ████████ stated Epstein held on to the small of her back as she massaged his chest, back and shoulder area. ████████ recalled Epstein ejaculating because he had to use the towel to wipe himself as he got off the table. ████████ also recalled Epstein having a noticeable freckle on his chest.

Epstein then left the room and ████████ got dressed.  She went back downstairs where she met Haley and the unknown white female. ████████ admitted to getting paid three hundred dollars in cash from Epstein. Before they left, Epstein asked ████████ to leave her phone number. As they were leaving the house, Haley asked ████████ what had happened and how much she was paid. ████████ stated Haley seemed upset or jealous when she told her that she received three hundred dollars. Haley stated received only two hundred dollars that day. ████████ stated that she believed Haley was paid two hundred dollars for bringing her.

Robson told ████████ that if they do this every Saturday, they could be rich; ████████ agreed.  They then went shopping, though she is not sure where. Possibly at TJ Maxx or Marshall's. ████████ stated she never saw Robson again as she got into a fight at school.  She had not spoken with Robson either as her mother took away her cell phone.

I asked ████████ if she was aware of any video equipment while she was in the room.  She stated no.

----------------------------------------------------------------

Date:  7/19/06                    PALM BEACH POLICE DEPARTMENT                    Page:        16
Time: 15:01:37                        Incident Report                        Program: CMS301L

----------------------------------------------------------------

Case No. . . . . : 1-05-000368                                    (Continued)

███████████ stated she was afraid that Robson would retaliate against her
or her family if she ever went to the police regarding the incident.
███████████ stated that her father's vehicle was recently vandalized.
███████████ admitted to telling ███████ what had happened with Epstein.
According to ██████████, ██████ became angry and upset, punching a hole
in the wall. █████████ guessed that it was ██████ who told █████████
about the incident, and now there were rumors in school about ████████
and what she did with Epstein.

I then talked to ██████████ about truth and lying.  We talked about the
color sweater she was wearing.  ████████ denied having sexual
intercourse with Epstein.  She denied touching his penis.  ███████████
again admitted to observing Epstein masturbate.

███████████ agreed to cooperating with the police department in placing a
phone call to Robson in a controlled setting.  I met with Ms. Back
and advised her of the families' as well as ███████████
willingness to cooperate with this investigation.  Copies of this
interview were placed into evidence.

I made contact with █████████████ mother of ███████████ I
advised her briefly of my investigation.  She was aware of the
incident and stated that she overheard a portion of a conversation
that her daughter was having with a boy named █████ ████████ stated
that it was her opinion that both girls liked ████ ████████
recalled hearing her daughter calling ██████████ a whore. ███████████
admitted that she did not listen to the entire conversation but did
confront her daughter about it later.  ████████ told her mother that
something to the effect that ███████ had slept with an older man for
money.  ██████████ stated that she would not object to me speaking with
her daughter.  It was ██████████ belief that everyone in the school
may have known about this because of the fight that her daughter
████████ and ████████ had gotten into.  I reminded ██████████ that this
was an ongoing investigation and requested she not discuss the fact
that I had contacted her.  She agreed.

On 03/16/2005, PBSO Sgt. Chris Keen left a message that he was
returning my call.  I spoke with Keen and discussed the case with him
and inquired if he had any open allegations or cases where the suspect
resided in Palm Beach.  Keen stated he was unaware of any.  Keen
offered any assistance if needed. Keen stated it was his experience
that due to the age of the parties involved, it would be difficult to
interview them and expect the investigation to remain confidential.

Because of the time delay, there was no need for the victim to be
taken to a medical facility for a physical for the purpose of
obtaining evidence.  There was also no need to take her to CPT as she
was already in a juvenile facility, with an assigned therapist, in
which coordinating a day and time to obtain a statement could be made.

On 03/17/2005, I queried Jeffery Epstein on the internet and obtained

```
Date:  7/19/06          PALM BEACH POLICE DEPARTMENT          Page:      17
Time: 15:01:37               Incident Report              Program: CMS301L
```

Case No. . . . : 1-05-000368                              (Continued)
a photo of Epstein to be used in a photo line up.  I met with ████████
████████ at which time she viewed the photo line up.  She immediately
recognized Epstein and pointed to him (Position #5). ████████ signed
the photo line up under Epstein's picture.  This signed line up was
placed into evidence.

On 03/18/2005, I met with ████████ at her residence for the purpose of
placing a controlled call to Haley Robson.  ████████ spoke with Robson
and asked if she could arrange another meeting with Jeff.  Robson
stated that she would have to call him and make the arrangements.  A
copy of this conversation was placed into evidence.

03/19/2005, I spoke with ████████ and ████████ and was
advised that ████████ left the state to visit with her aunt and
uncle. ████████ is scheduled to return to Florida on 03/27/2005

03/21/2005, I coordinated with PB BSF Unit and OCVAN to initiate
surveillance on 358 El Brillo.

03/21/2005, Coordinated with Det. Lee regarding trash pulls from 358
El Brillo.  On this same date I called ████████ to schedule an
appointment to speak with ████████  She stated the school guidance
counselor was reluctant to have police presence at the school.  I
assured her that I would respond to the school in civilian clothes and
an unmarked vehicle.

████████ called me back and advised that I did not need to make
an appointment to see ████████

I received a return phone call from ████████ stating that ████████
████████ would be attending the family therapy sessions with ████████

I received messages from ████████

I conducted a computer query on Epstein.  The results of this query
indicated the most recent driver's license on file for Epstein was for
the state of Florida, which had expired.

A cross reference of Epstein s residence, 358 El Brillo, Palm Beach,
revealed the following affiliated names: Nada Marcinkova, w/f, dob
02/21/1985, Mark L. Epstein, w/m dob 07/14/1954, & Ghislaine N.
Maxwell, uk/f, dob 12/25/1961.  A computer query for both returned no
history.

On 03/23/2005, I spoke with ████████ cell phone wk ████████  I
requested that she not discuss the incident with anyone including her
daughter ████████ as I did not want the investigation compromised.  I was
told at this time, that ████████ and ████ have not been getting along due
to the fact that ████████ has decided to continue living with her father.

On 03/29/2005, I placed telephone calls to both the ████████ and
████████ residences requesting to speak with them regarding the

```
Date:  7/19/06        PALM BEACH POLICE DEPARTMENT        Page:      18
Time: 15:01:37            Incident Report              Program: CMS301L
```

Case No. . . . : 1-05-000368                            (Continued)

        investigation.  I received return phone calls from Mrs. ▓▓▓▓▓ and
        Mrs. ▓▓▓▓▓▓ and advised them that I would be contacting Kathy Back,
        family therapist to coordinate a time to meet with ▓▓▓.  This
        was at the request of both Back and Mrs. ▓▓▓▓▓ that ▓▓▓▓ strict
        classroom and therapy schedule be disrupted as little as possible.  I
        also updated them to the investigation thus far.  Both ▓▓▓▓▓ and
        ▓▓▓▓▓ stated they had no objection to my meeting with ▓▓▓▓.  In
        speaking with Ms. ▓▓▓ she identified the cell phone number of
        ▓▓▓▓ being the phone assigned to ▓▓▓▓▓.  Ms.
        ▓▓▓▓ had no objections and provided consent to giving it to the
        police department for the use of placing controlled phone calls from
        it.  ▓▓▓▓▓ stated the phone had been taken away from ▓▓ as part
        of her punishment for not doing well in school.  According to
        ▓▓▓▓▓▓ used to be an excellent student, but in the past two
        months has become irritable, verbally abusive to the family and has
        run away.  ▓▓▓▓ stated her daughter's recent behavior is the
        opposite of what she normally is.  ▓▓▓▓▓ stated they are going
        through family therapy sessions with the school but none of this had
        come up.  Arrangements were made for Det. Captain Gudger to retrieve
        the cell phone from ▓▓▓▓ at her place of employment.

        I called ▓▓▓▓▓▓▓▓▓▓▓ and requested to speak
        with Ms. Back.  Upon speaking with Ms. Back she advised me that she was
        was in the middle of therapy sessions and would call me back once the
        sessions were completed.  Ms. Back stated the sessions should be
        concluded by 7:00 PM.  At approximately 8:00PM I had called Ms. Back
        at which time I left a message on her voice mail requesting a return
        phone call.  I spoke with Ms. ▓▓▓▓ and advised her that I did not
        meet with her daughter and that I would again attempt to coordinate a
        time with the counselor so as not to disrupt ▓▓▓▓ school schedule.
        ▓▓▓▓ had no objections.  Shortly after speaking with Ms. ▓▓▓▓▓
        I received a call from Ms. Back.  I explained the situation and
        requested a time to meet with ▓▓▓ Back reviewed ▓▓▓▓▓ schedule and
        advised that ▓▓▓ would be available after 3:00PM.

        On 03/30/2005, I met with Ms. Back and ▓▓▓▓▓▓▓ at ▓▓▓▓▓
        ▓▓▓▓▓▓▓.  I reminded ▓▓▓▓▓ of her conversation with Robson.
        During this time ▓▓▓▓ initiated a conversation with me in which
        she admitted that she was not telling me everything that had happened
        during the time she was alone with Epstein.  According to ▓▓▓▓▓▓▓,
        while she and Epstein were alone on the second floor, Epstein used a
        purple vibrator to massage her vaginal area.  ▓▓▓▓▓ stated there
        was no penetration as the vibrator was on top of her underwear.  I
        asked ▓▓▓▓▓ if Epstein ever asked her age and she stated he had.
        ▓▓▓▓▓ stated she told him she was eighteen.  When Epstein asked
        what school she was in, ▓▓▓▓ responded she was in the twelfth
        grade at ▓▓▓▓▓.  During the course of this incident, ▓▓▓▓▓
        stated Epstein told her that Haley had worked for him for years.

        We then continued with the controlled call to Robson.  At
        approximately 3:35pm ▓▓▓▓▓ from her cell phone, made a call to
        Robson s home, (561)333-0180.  Robson was not home.  ▓▓▓ was told

```
Date:  7/19/06          PALM BEACH POLICE DEPARTMENT          Page:      19
Time: 15:01:37               Incident Report              Program: CMS301L
```

Case No. . . . : 1-05-000368                            (Continued)
       that Haley Robson was at working a double and could be reached on her
       cell phone, (561) 308-0282.  W/F, Haley Robson is employed at The
       Olive Garden Restaurant, located on Forest Hills Blvd in Wellington.

       ████████ called Robson.  During the conversation between Haley Robson
       and ████████, Robson asked ████████, what happened, stating that
       she had heard rumors that ███ was going to press charges.  Robson
       asked if they, meaning ███ parents, knew about Jeffery.  Robson
       claimed to have heard that ████████ father had found out about
       Jeffrey, ████████ told Robson that they (her parents) did not
       know anything about Epstein.  Robson told ████████ that Epstein needed
       someone to work tomorrow and asked if she was available.  Robson
       stated she would call Epstein and then call ████████ back.

       During the course of these conversations with ████████████, she would
       at times appear to be articulate and well spoken.  She would then
       start to act in an immature manner, by looking around, not paying
       attention, drawing on a paper.  ████████ would offer me a high five
       whenever she claimed to have told me the truth in the details of the
       afternoon at Epstein's house.  ████████ would sit in the chair, with
       her knees propped up to her chest as she admitted that she did not
       tell me the all the details of her encounter with Epstein during our
       first meeting.  As a means of positive reinforcement I would high five
       ████████████.

       On 03/31/2005, subpoena requests for T-Mobile Wireless (561)317-2143
       and Cingular Wireless, ████████████ (Robson and ████████ phone
       numbers) were drafted.

       On 04/01/2005, I met with members of PB BSF Unit for the purpose of
       conducting surveillance on 358 El Brillo.  Cross-reference supplement.

       On 04/01/2005, I met with Det. Krauel of the Palm Beach Police
       Department who provided me a copy of the concealed weapons permit for
       Mr. Epstein.  It revealed Epstein had a valid permit.  There was no
       current photo attached to the renewal notice.

       On this same date I queried various different web sites for a possible
       identification of the purple item retrieved from the trash pull from
       358 El Brillo.  The item was similar in description as the one
       described by ████████ and used by Epstein.

       I made contact with Spicygear.com and spoke with the owner John.  I
       emailed a photograph of the item for his opinion.  He identified the
       items as a Jelly Anal Wand of some sort.  The item is easily available
       at sex shops in South Florida.

       04/06/2005, I conducted business queries into Epstein utilizing the
       internet.  I located articles relating to financial reports.  There
       was no local history.

       On 04/01/2005 - 04/03/2005, with the assistance of BSF, there was

```
Date:  7/19/06          PALM BEACH POLICE DEPARTMENT          Page:      20
Time: 15:01:37               Incident Report              Program: CMS301L
```

Case No. . . . : 1-05-000368                              (Continued)
   continued surveillance on the property.

On 04/04/2005, I obtained a copy of voice mail messages, dated 03/31
and 04/01 from Haley Robson to ████████████  A female identifying
herself as Haley states that she could pick ███████ up to take her to
Epstein's house for an eleven o clock appointment.  A copy of this was
placed into evidence.

On 04/05/2005, a trash pull was conducted at 358 El Brillo by Det. Lee
and me.  There were several messages written on various forms of
papers.  There was a message from Haley, indicating ███ 11:00.  The
following was additional information obtained from trash retrieved
from 358 El Brillo: Jean Luc 6:20 AM; David 772-546-6952; Sarah Kellen
655-0995; 881-8116;655-0995, ████ ██████, Alexis, ████ Brit;
Rion 1x; fuliias Friday 5:30PM;Joanna H;Wilde ████ & ████; Nicole;
Sherry; Haley; a message receipt dated 4/4 1:05- Joanne S. 771-0546
She is looking to speak to you .; 917-7783-4113.

On 04/06/2005, I faxed subpoena requests to SA Mighdolls office for
Epstein, Robson and ██████████ phone records.  (Phone numbers
(561)832-4117, (561)317-2143, ████████████ & (561) 383-7542).

On 04/06/2005, I called ██████████████, ██████████ ext
311, and spoke with Principal ██████████  He confirmed that they had
a student by the name of ██████████  He requested a written request
prior to releasing any additional information.  On this same date I
faxed Heers a request for student and parent information on ███████
███████  I advised Heers that due to this being an open investigation
he was not to discuss the matter with anyone.

On 04/08/2005, I received a message from █████ providing me the
following information: ██████████████ w/m DOB ████████████
████████████ ██████████ Parents name: ████████████
████████ work ████████

Det. Lee provided me with trash obtained from 358 El Brillo for 04/06
04/07/05.  The following information was retrieved: Jet Aviation
800-538-0724 itinerary, indicating a departure date of 04/05/2005 at
4:00 PM with an arrival in New York City of 6:15PM.  Flight crew
captain David Rodgers, co-captain, Larry Visoski, flight engineer
Larry Morrison.  Call sign N908JE; a note stating Bye J. thank you
Johanna, hand written notes & messages 11-Glenn, 12:30 chicken,
Melissa 4, 3 September B & J, Big Screen x8, Johanna work Sunday @
4PM, ████ Monday after school?; left message for ████████████
Joanna Harrison, Rhiannon; Sandy works 4-9 Monday and Tuesday, leaves
school @ 11:30 AM; ████ will be here tomorrow @ 10:30 Am; Mrs.
Business 654-6699 Karen;833-4533.  There was no trash for 04/08/05.

04/22/05 received the results of a subpoena request from Bellsouth for
561-832-4117.  The results only provided subscriber information.  I
contacted Alice Grant Investigative Subpoena Compliance Center who
stated the request was not complete and the results would be sent to

```
Date:  7/19/06              PALM BEACH POLICE DEPARTMENT           Page:        21
Time: 15:01:37                    Incident Report              Program:  CMS301L
```

Case No. . . . : 1-05-000368                              (Continued)
me as soon as the query was finished.

Cross-referencing the names Christine Tatum and Joanna Harrison as
well as phone numbers, which were obtained from message notes via
trash pulls, I identified the before mentioned individuals as being
acquainted with someone at 358 El Brillo.  Tatum, DOB 06/07/1984, FL
DL #T350115847070 and Harrison, DOB 06/12/1986 FL DL3h625432867120 are
both above the legal age of consent.

On 05/03/2005, I spoke with███████████ and updated her on the
investigation. ████████ stated that███ was doing well in the
school.  Her contact with the outside is limited as they do not have
access to the phones. ███████comes home on the weekends and she is not
allowed to go anywhere alone.

On 05/11/2005, I made arrangements to meet with███████ and█████████

On Thursday, 05/12/05, I spoke with███████ ██████████ regarding the case.
They will be moving to GA in July 2005.  They will be very busy over
the next few weeks but would be available via phone.  Will coordinate
a date to meet to discuss the matter further.

During this week I conducted surveillance at Epstein s residence and
at the airport, but there was nothing to indicate that Epstein was in
town.

Due to conflicting appointments, rescheduled until 06/02/2005, to meet
with Ms.██████████

I also spoke with████████ ████████ and updated her to the investigation.

On 06/02/2005, I met with███████and█████████ ████████ advised
that she could be reached via her cell phone until she is able to
provide me with her new contact information.

I also received a message from████████ █████████  Attempted call back
but the line was busy.

June 14, 2005, I received information that Epstein's plane was at
Jet Aviation.  I spoke with Det. Lee regarding surveillance.

I called the Olive Garden and asked for Haley Robson.  I was advised
she was not working today.  This would indicate that Robson was still
employed there.

On 07/07/2005, I faxed subpoena requests to SA Mighdolls office for
Epstein, Robson and █████████ phone records.  (Phone numbers
(561)832-4117, (561)317-2143 and ████████████.  The original
subpoena requests only provided subscriber and billing information.

On 07/20/2005, conducted a trash pull arranged by Ofc. Lee.  Inside
there were misc. papers with phone numbers and names.  There were

```
--------------------------------------------------------------------
ate:  7/19/06           PALM BEACH POLICE DEPARTMENT          Page:      22
ime: 15:01:37                 Incident Report             Program: CMS301L
--------------------------------------------------------------------
```

ase No. . . . : 1-05-000368                                (Continued)
   misc. female hygiene products in the trash.  Based on a prior Auto
   Track report done on 358 El Brillo, a possible subject residing at the
   residence is Nada Marcinkova.  Marcinkova fit the description provided
   by officers who had conducted surveillance in the area of a female
   seen entering and leaving the residence.

   On 07/21/05, I received the Duces Tecum dated 07/18/05, which was
   clerked by ASO

   On 07/26/2005, I received the results of Bell South Subpoena.

   On 08/04/05, I received DHL Express from T mobile with the results of
   the query.

   I spoke with ███████████ who confirmed that █████ was still living
   out of state.  It appeared that all was going well.

   I left a message for ███████████ at ███████████

   On 08/08/2005, I received the results of Cingular cell phone subpoena.

   During the week of 09/08/2005, I checked 358 El Brillo and the Palm
   Beach International Airport but there was no direct indication that
   Epstein was in town.

   On 09/08/2005, I reviewed the case notes of this file, as the case
   will be turned over to Det. Recarey.

   On 09/11/2005, while on patrol, I conducted a check at Epstein's
   residence and found that it still had the hurricane shutters on.  On a
   drive by the Palm Beach International Airport later that afternoon, I
   did not observe Epstein's plane.

   On 09/14/2005, I conducted a check at the Palm Beach International
   Airport but did not see Epstein s plane.

   On 09/19/2005, I spoke with ███████████ to keep her updated and to
   find out if there was any change of address or phone numbers for █████
   I was told no.  I left a message for ███████████ at ███████████
   in order to provide her with Detective Recarey s information.


*********************** N A R R A T I V E   # 2 ***********************
                    Reported By: RECAREY, JOSEPH              9/21/05
                    Entered By.: ALTOMARO, NICKIE A.          9/21/05


On September 19, 2005, I met with Officer Pagan and received the
information pertaining to this case.  Members of the Burglary Strike
Force had previously been conducting surveillance on both Epstein and
Robson.  Officer Munyan was assigned to monitor the Epstein home and
Sgt Sorge and Officer Minot were assigned to monitor Robson.  Both
teams provided a surveillance log that will be placed into the

```
---------------------------------------------------------------------------------
)ate:  7/19/06           PALM BEACH POLICE DEPARTMENT          Page:      23
Time: 15:01:37                 Incident Report              Program: CMS301L
---------------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                              (Continued)
    attachment file.

    Det. Dawson was assigned to relieve Officer Munyan at 4:00 pm; he
informed me that at approximately 8:00 pm, Epstein had left for the
airport and his private jet was sitting on the tarmac.  Epstein's
private vehicle drove to the jet and unloaded packages into the jet.
It appeared that Epstein left the county at this time.  Surveillance
will continue to determine when Epstein will return.

    Inv Continues.


*********************** N A R R A T I V E   # 3 ***************************
A               Reported By: PARKINSON, GREGORY A.           9/23/05
                Entered By.: ALTOMARO, NICKIE A.              9/23/05

On Friday, September 23, 2005 at approximately 1:45 p.m., I began to
copy a tape micro cassette, under case number 05-368 and property
number 05-243, tape number 1.  I placed the tape in the telex copy-et,
series 2 machine and began to go through the copying process.
Approximately 1/2 through the tape, the tape wrapped around the
spindle and became locked and stretched the tape.  I examined it and
determined that it was in the best interest to leave it as it is as a
prior copy had been made and turned over to Sergeant Frick.  I
immediately took the tape to Sergeant Frick and allowed him to examine
it and then obtained the copy from him and Detective Recarey and
brought the copy of the tape down and made a copy for him based on
that.  The tape was placed back in the original container and is
retained in the evidence bag under the previously mentioned property
number of 05-243.  It is not advisable to attempt to copy this tape as
further damage could result to the recorded material and there is an
existing copy anyway.


*********************** N A R R A T I V E   # 4 ***************************
\               Reported By: PARKINSON, GREGORY A.           9/26/05
                Entered By.: ALTOMARO, NICKIE A.              9/26/05

On 3-24-05 at 11:00 pm, a copy of tape 2 (case number 05-294) had been
made for Det. Pagan by Evidence Specialist Annette Badger.  The copy
was turned over to Detective Recarey.

On Friday, 09-23-05 at approximately 2:15 pm, I was in the process of
reproducing audio tapes (micro and standard) to standard size when it
was discovered, in the test review process, that tape number 2 was
blank. I notified Sgt. Frick and Det. Recarey.  I was informed that
they had a prior copy and I could use it to make a master tape.  I did
so and when reviewing and signing the evidence sheet, I noticed
Evidence Specialist Badger had written "#2 is blank."

I obtained that copy from Det. Recarey and made a new copy on a
standard size tape.  The new copy was placed in the evidence bag under

```
------------------------------------------------------------------------
Date:  7/19/06          PALM BEACH POLICE DEPARTMENT        Page:      24
Time: 15:01:37                Incident Report           Program: CMS301L
------------------------------------------------------------------------

Case No. . . . : 1-05-000368                              (Continued)
     property number 05-294 with the blank tape.
```

`********************** N A R R A T I V E   # 5 **************************`

JA                    Reported By: RECAREY, JOSEPH              9/26/05
                      Entered By.: ALTOMARO, NICKIE A.          9/28/05

Copies of the tapes that were submitted into evidence were requested.
Additionally, trash pulls were started on September 21, 2005.  Sgt.
Szarszewski made telephone contact with Tony Higgins, Supervisor of
the Sanitation Department, and requested that trash be collected at
the Epstein House located at 358 El Brillo in Palm Beach.  Sgt
Szarszewski met with Sanitation worker, Jeff Williams and observed him
enter the property at 358 El Brillo.  Shortly thereafter, Williams
exited the property and placed the three white trash bags in the empty
well in the rear of the truck.  Williams then drove away where he met
with Sgt. Szarszewski who removed the bags from the well and placed
them into one large black trash bag.  The bag was returned to the
Police Station where I was waiting for him.  Upon his arrival, we
inspected the bags where several notes and papers were found.  These
notes contained names of girls with times.  Additionally, there was a
note from ████████ and Laura to Jeffrey Epstein on a notepad, which
stated,"For a good time call ████████ and Laura at ████████." Also,
there was another telephone number on the note ████████.  Also found
was a written note, which stated, ████████ can not come at 7 p.m.
tomorrow because of soccer.  These items were written on notepads that
contain Jeffrey Epstein on the bottom of the notes.  These items were
placed into evidence for future follow up.  I requested subpoenas for
subscriber information on the telephone numbers listed above on the
note from ████████ and Laura.  The cellular telephones ████████ and
████████ are both assigned to Cingular Cellular Service.  Other notes
were found within the trash on Jeffrey Epstein pad, papers that
contained telephone numbers.  One note had ████████ with ████████
written on it.  This cellular number is assigned to Cingular Cellular
Service.  Another sheet had written ████████ which is assigned to Bell
South Telecommunications.  The subpoenas were picked up and submitted
to Cingular and Bell South Telecommunication for subscriber
information.

On September 22, 2005, I was informed by Sgt. Szarszewski that there
would be no trash pick up as it was recycle pick up day.  A request
for copies of the micro and standard size cassettes were requested
from crime scene to familiarize myself with the interviews conducted.

On September 23, 2005, the tapes were received and I began to become
familiar with the interviews that were conducted.  Det. Krauel had met
with Town of Palm Beach Sanitation worker, Jeff Williams and observed
him enter the property of 358 El Brillo.  Shortly thereafter, Williams
exited the property and placed the three white trash bags in the empty
well in the rear of the truck.  Williams then drove away where he met
with Det. Krauel who removed the bags from the well and placed them
into one large black trash bag.  The bag was returned to the Police
Station where I was waiting for him.  Upon his arrival, we inspected

```
-----------------------------------------------------------------------
Date:  7/19/06          PALM BEACH POLICE DEPARTMENT        Page:     25
Time: 15:01:37                Incident Report            Program: CMS301L
-----------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                                (Continued)
the bags where several notes and papers were found. The notes will be
inspected for future use.  The items collected were placed into
evidence.

It became evident that some of the recordings were recorded with
background noise and some interference.  The calls most affected were
the control phone calls from the victim to the suspect Haley Robson.
I obtained the graphic equalizer and discovered that the calls are
able to be legible with the use of the equalizer by lowering the
background noise and increasing voice gain.  I also learned that a
tape was broken during the coping of the tape. I returned the copy of
the tape marked Property Number 05-243 to have it recopied to have an
original in evidence and a working copy with the file.

Upon researching the file, it was discovered that the suspect, Haley
Robson's cellular calls were subpoenaed incorrectly.  The suspect
telephone number was 561-308-0282 and the original request was for
561-908-0282.  I requested the information through Cingular Cellular
Service from February 2005 through the present.  The purpose was to
have a record of Robson making calls to victim, Jeffrey Epstein and
the frequency of calls.  The request was submitted to the State
Attorney's Office.

Investigation Continues....


*************************** N A R R A T I V E   # 6 ***************************
                    Reported By: KRAUEL, CURTIS D.            10/06/05
                    Entered By.: ALTOMARO, NICKIE A.          10/06/05

On or about September 23, 2005 at approximately 0915 hours, I
responded to 358 El Brillo and met with PB Sanitation worker Jeff
Williams.  Williams had been previously notified to assist in trash
pulls at the residence of Jeffrey Epstein, 358 El Brillo, Palm Beach,
Florida.  I observed Williams enter the driveway of 358 El Brillo and
remove several plastic bags of trash and place the contents into the
back of an empty sanitation truck.

I then followed Williams to a predetermined location and seized the
trash from the truck.  The trash was transported to the Palm Beach
Police Department where I began sifting through its contents.  There
was a total of 4 white in color plastic bags and each contained
documentation and correspondence for 358 El Brillo and Jeffrey
Epstein.  All documents of evidentiary value were removed and turned
over to Det. Recarey for follow-up.

On or about September 26, 2005 at approximately 0900 hours, I
responded to 358 El Brillo and met with PB Sanitation worker Jessie
Jones.  Jones had been previously notified to assist in trash pulls at
the residence of Jeffrey Epstein, 358 El Brillo, Palm Beach, Florida.
I observed Jones enter the driveway of 358 El Brillo, where no trash
was located within the receptacles.  I left the area without incident

```
-------------------------------------------------------------------------
)ate:  7/19/06          PALM BEACH POLICE DEPARTMENT        Page:      26
'ime: 15:01:37               Incident Report             Program: CMS301L
-------------------------------------------------------------------------
```

:ase No. . . . : 1-05-000368                              (Continued)
    and notified Det. Recarey to that affect.

    On or about September 27, 2005 at approximately 0915 hours, I
    responded to 358 El Brillo and met with PB Sanitation worker Jesse
    Jones.  I observed Jones enter the driveway of 358 El Brillo and
    remove one plastic bag of trash and place it in the back of an empty
    sanitation truck.

    I then followed Jones to a predetermined location and seized the trash
    from the truck.  The trash was transported to the Palm Beach Police
    Department where I began sifting through its contents.  There was a
    total of 1 white in color plastic bag which contained correspondence
    for 358 El Brillo.  All documents of evidentiary value were removed
    and turned over to Det. Recarey for follow-up.

    On or about Monday October 3, 2005 at approximately 0915 hours, I
    responded to 358 El Brillo and met with PB Sanitation worker Jeff
    Williams.  I observed Williams enter the driveway of 358 El Brillo and
    remove several plastic bags of trash and place the contents into the
    back of an empty sanitation truck.

    I then followed Williams to a predetermined location and seized the
    trash from the truck.  The trash was transported to the Palm Beach
    Police Department where I began sifting through its contents.  There
    was a total of 7 white in color plastic bags with a red tie and 1
    black in color bag which contained 2 white in color plastic bags with
    a red tie.  Each of the bags contained documentation and
    correspondence for 358 El Brillo and Jeffrey Epstein.  Inside of one
    of the white in color bags, I located a broken piece of a hard plastic
    or clear acrylic stick, which was shaped with small ridges.  This
    device is commonly used as a sexual toy which is inserted into the
    vagina or anus for stimulation.  This item, along with all documents
    of evidentiary value were removed and turned over to Det. Recarey for
    follow-up.

    On or about Tuesday October 4, 2005 at approximately 0928 hours, I
    responded to 358 El Brillo and met with PB Sanitation worker Jeff
    Williams.  I observed Williams enter the driveway of 358 El Brillo and
    remove several plastic bags of trash and place the contents into the
    side well of the sanitation truck.  This side of the truck is separate
    from the rear of the truck and does not come into contact with other
    trash.

    I then followed Williams to a predetermined location and seized the
    trash from the truck.  The trash was transported to the Palm Beach
    Police Department where I began sifting through its contents.  There
    was a total of 2 white in color plastic bags which were tied at the
    top.  Each of the bags contained documentation and correspondence for
    358 El Brillo and Jeffrey Epstein.  All documents of evidentiary value
    were removed and turned over to Det. Recarey for follow-up.

    On or about Wednesday October 5, 2005 at approximately 0928 hours, I

```
------------------------------------------------------------------------
Date:  7/19/06          PALM BEACH POLICE DEPARTMENT        Page:     27
Time: 15:01:37                Incident Report            Program: CMS301L
------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                                (Continued)

responded to 358 El Brillo and met with PB Sanitation worker Jeff Williams. I observed Williams enter the driveway of 358 El Brillo and remove several plastic bags of trash and place the contents into the bed of the sanitation truck.

I then followed Williams to a predetermined location and seized the trash from the truck. The trash was transported to the Palm Beach Police Department where I began sifting through its contents, with the assistance of Det. Recarey. There were a total of 2 bags, one of which was white in color and tied in a knot at the top, and the other was a black in color bag, which contained two white in color trash bags along with loose debris. Each of the bags contained documentation and correspondence for 358 El Brillo and Jeffrey Epstein. All documents of evidentiary value were removed and turned over to Det. Recarey for follow-up.

```
*************************** N A R R A T I V E   # 7 **************************
\                       Reported By: RECAREY, JOSEPH              10/07/05
                        Entered By.: ALTOMARO, NICKIE A.          10/07/05
```

I met with Det. Krauel and requested further assistance to maintain trash collections at Epstein's residence at 358 El Brillo Road. On October 3, 2005, at approximately 10:30 am, I was contacted by Sgt. Frick to respond to the Palm Beach Police Station. Det. Krauel had observed Jeff Epstein riding his bicycle on South County Road. Upon my arrival, I met with Sgt Frick who advised, as Epstein was currently in Town; we interview Haley Robson as to her involvement with Epstein and the girls that are brought to his house. As we were to interview Robson in the county, (outside of our jurisdiction), I contacted the State Attorney s Office Investigation Division, and made contact with Assistant Supervisor Investigator Carlos Ortiz. I requested assistance to interview Robson as the interview may occur in the county. Supervisor Ortiz assigned Investigator Mike Waites to assist us at the location and interview of Robson.

Det. Dicks had responded to the address of Robson and viewed her vehicle parked in the driveway. Robson's vehicle a red Plymouth Neon baring Florida Tag of H49-PKB was parked in the driveway of 12247 72nd Court in Loxahatchee. Sgt Frick and I responded to 120th Ave and awaited the arrival of Investigator Mike Waites. Upon his arrival, he was briefed that should she wish to be interviewed within her home he would be needed. However, should Robson agree to return to the police station for further questioning, he would not be needed. Sgt. Frick and I knocked on the door and met with Haley Robson. Robson was told that we were investigating a claim involving Jeffrey Epstein of El Brillo in Palm Beach. Robson was asked if she wanted to accompany us back to the police station for further questioning. She was also told that at the conclusion of the interview she would be returned home. She agreed and wished to change her clothes prior to accompanying us back to the police station. At the conclusion of her changing clothes, she advised she was ready to go. I thanked Inv. Waites and advised she was going to voluntarily return to the police station.

```
-------------------------------------------------------------------------
Date:  7/19/06        PALM BEACH POLICE DEPARTMENT        Page:      28
Time: 15:01:37            Incident Report             Program: CMS301L
-------------------------------------------------------------------------

Case No.  .   .  .  : 1-05-000368                      (Continued)
```

Upon Robson s entry in the unmarked Detective vehicle, I placed a tape
recorder within the vehicle to record any conversations within the
vehicle.  During the ride back to the police station, Robson advised
she is attending Palm Beach Community College at the Palm Beach
Gardens Campus and is majoring in journalism.

Upon our arrival at the police station, Robson was brought to the
interview room in the Detective Bureau.  I explained to Robson that I
appreciated her willingness to assist us and informed her that should
she desire to leave at any time she may do so.  I further explained
the interview room door is only closed for privacy.  Robson stated she
understood.  During the taped sworn interview, Robson was asked how
she came in contact with Epstein.  Robson stated back when she turned
17 years of age she was approached by a friend Molly in the Canopy
Beach Resort in Rivera Beach.  Robson was asked if she wanted to make
money.

She was told she would have to provide a massage and should make
$200.00.  Robson thought about the offer and agreed to meet with
Jeffrey.  Molly (Unknown last name) and Tony (Unknown last name)
picked her up and she was taken to Epstein's house.  Upon her arrival
at the house, she was introduced to Epstein in the kitchen of the
house.  She was also introduced to a white female known to her as
Sara.  She was led upstairs to the main bedroom known to her as Jeff
Epstein s bedroom.  Sara arranged the massage table and covered the
table with a sheet.  She brought out the massage oils and laid them
next to the massage bed.  Sara then left the room and informed her
Jeff would be in a minute.  Jeff entered the bedroom wearing only a
towel.  He lay on the table onto his stomach and picked massage oil
for Robson to rub on him.  During the massage, Robson stated, He tried
to touch me and I stopped him.  I asked how he tried to touch her.  He
grabbed her buttocks and she felt uncomfortable.  Robson also stated
Epstein has a vibrator, which is large and white in color.  Robson
told Epstein, I'll massage you but I don't want to be touched.  Robson
stated she performed the massage naked.  At the conclusion of the
massage, Epstein paid Robson $200.00 for the massage.  He explained, I
know you re not comfortable, but I'll pay you if you bring some girls.
He told her the younger the better.  Robson stated she once tried to
bring a 23-year-old female and Epstein stated that the female was too
old.  Robson was asked how many girls she brought in total to Epstein.
Robson stated six that she can remember.  Robson stated she brought
███████████████ ████████ ████████ ███████ ██████████ ████████
████████ and the victim in this case.

I asked Robson which one was the youngest.  Robson advised the victim
was the youngest.  Robson stated every girl she brought knew what to
expect when they arrived.  They were told they would provide a
massage, possibly naked, and some touching.  I asked her if the victim
was aware.  She stated every girl she brought knew what to expect.
She explained she knew the victim wanted to make money.  She
approached the victim and explained about going to work for Jeff.  The

---

Date:  7/19/06          PALM BEACH POLICE DEPARTMENT          Page:      29
Time: 15:01:37               Incident Report               Program: CMS301L

---

Case No. . . . : 1-05-000368                              (Continued)
     victim agreed and arrangements were made to bring the victim to
     Epstein's house on a weekend.  Robson stated that she and ████████
     (later identified as ████████ ████████████) picked up the victim at the
     victim s house.  They traveled to Epstein's House and entered through
     the kitchen door.  They met with the house chef and Epstein s
     assistant Sara.  The victim was introduced to Epstein while they were
     in the kitchen area.  Sara led the victim upstairs and Epstein went
     upstairs.  When the massage was over, the victim returned to the
     kitchen area.  Robson stated she was paid $200.00 for bring the victim
     to Epstein's.  Robson stated the victim told her she was paid $300.00
     for the massage.  Back in the vehicle, Robson asked the victim what
     happened.  The victim told her about the massage and then they went
     shopping.  Robson stated the victim was the last person she brought to
     Epstein.  She further stated that she had changed her cellular number
     to avoid being contacted by Sara.  She continued that when Epstein
     announces to his assistant that he is traveling to Palm Beach, Sara
     would contact Robson to arrange girls for Epstein.  Sarah, later
     identified as Sarah Kellen Date of Birth 05-25-1979, had told
     Robson that Jeff likes to have his fun with the girls.

     Robson stated that once her parents discovered that she was visiting
     Epstein, they disapproved of the encounters with him and she stopped.
     Robson further stated that Sara still tries to call the house and
     leaves messages.  With the assistance of Robson, we were able to
     identify ████████ ████ DOB ████████████, ████████████ DOB ████████
     ████████████████ DOB ████████████, and ████████████████ DOB████████████

     Sgt Frick entered the room and explained that based on her own
     statements, she had implicated herself with bringing underage girls to
     Epstein's house.  Robson was aware of what she had stated and wished
     to assist further in hopes to receive a lesser charge.  Robson
     provided cellular telephone numbers for the girls she had mentioned
     previously.  Additionally, she also provided possible addresses and
     areas in which they lived.  As Robson was being taken home in the
     vehicle, a tape recorder was placed within the vehicle to record any
     conversations within the vehicle.  During the drive back to her home,
     Robson made the comment I m like a Heidi Fliess.  (Hollywood Madam who
     sent girls to clients for sexual favors in California).  Robson was
     dropped off at her house without incident.

     Sgt Frick and I went to ████████████████████ in ████████████,
     Florida in an attempt to speak with ████████ ████████.  We met with
     Mrs. ████████████████ Mother) at the front door.  We explained
     the ongoing investigation and felt that ████████ may have additional
     information as we had information that she had worked for Jeff.  Mrs.
     ████████ introduced us to her husband and allowed us entry into the
     home.  We sat in the dinning room and met with ████████████████
     Date of Birth ████████████  As she was under the age of eighteen, Mrs.
     ████████ was advised we would be speaking with her.  She expressed,
     if her daughter had information she wanted to assist.  As we
     interviewed ████████████████████ she denied having any inappropriate
     encounters with Jeff (Epstein).  She stated she had gone to Jeff s

Date:  7/19/06          PALM BEACH POLICE DEPARTMENT          Page:      30
Time: 15:01:37               Incident Report              Program: CMS301L

Case No. . . . : 1-05-000368                            (Continued)
     House with Haley Robson approximately eight months ago and sat in the
     kitchen with the house chef but nothing happened.  As the parents were
     present during the interview, we felt that ▆▆▆▆▆ was withholding
     information from us.  She made several comments as to she has put the
     entire incident behind her.  I left my direct telephone number and
     advised should she wish to speak with me again to telephone me.  Sgt
     Frick and I thanked Mrs. ▆▆▆▆▆▆▆▆ for her time and left the area.
     She stated she would ask her again after we left as to what happened
     at Epstein s house.  I informed her that ▆▆▆▆▆▆ had my telephone
     number and hopefully she would call.

     Sgt Frick and I then attempted contact with ▆▆▆▆▆▆▆▆▆▆ at ▆▆▆▆▆▆
     ▆▆▆ in ▆▆▆▆▆.  We met with ▆▆▆▆▆▆ who stated ▆▆▆▆▆ was
     her daughter.  ▆▆▆▆▆ was at the Wellington Mall and was not home.  We
     explained the ongoing investigation and felt the ▆▆▆▆▆ may have
     additional information as we had information that she had worked for
     Jeff.  We left our phone numbers and asked her to telephone me upon
     her daughter's return.  We then left the area.

     On October 4, 2005, at approximately, 8:05 am, Sgt Frick had retrieved
     a voice mail message from ▆▆▆▆▆▆▆▆▆▆  She stated she had spoken
     with her daughter and she had information as to what occurred at Jeff
     s house.  I contacted ▆▆▆▆ ▆▆▆▆ who stated her daughter was in the
     shower at the moment and would be traveling back to Orlando to attend
     College.▆ I informed her I would be en route to her home in
     ▆▆▆▆▆▆▆▆.  Det. Dawson and I drove to the ▆▆▆▆▆ home and met with
     ▆▆▆▆▆▆ and ▆▆▆.  During a sworn taped statement, ▆▆▆▆▆▆
     ▆▆▆▆▆ stated she was taken to the house by Haley Robson.  She was
     told she could make money working for Jeff.  She was told she would
     have to provide a massage to Jeff.  ▆▆▆▆▆ stated upon her arrival to
     the house she was brought to the kitchen area by Robson.

     They met with the house chef and Haley stayed in the kitchen.  She was
     introduced to Sara, Jeff's assistant and was brought upstairs to the
     mater bedroom.  Sara prepared the room and massage table for a
     massage.  Epstein entered the room and she provided a massage.  ▆▆▆▆▆
     stated she kept her clothes on during the massage.  She stated
     sometime during the massage Epstein grabbed her buttocks and pulled
     her close to him.  ▆▆▆▆ said she was wierded out by the incident
     involving Jeff.  At the conclusion of the massage, she was paid
     $200.00 for the massage.  I asked ▆▆▆▆ if she has any formal training
     in massages to which she replied no.  I asked her if Robson received
     any monies for taking her to perform the massage.  ▆▆▆▆ stated Robson
     also received money for taking her there.  ▆▆▆▆ stated she went with
     Robson and another girl, ▆▆▆▆▆▆▆▆▆ to Jeff's house once.  ▆▆▆▆
     stated she waited in the kitchen with Robson, while ▆▆▆▆▆▆ was taken
     upstairs by Sara.  ▆▆▆▆ stated she only did the massage once, as she
     was wierded out by the whole experience.  At the conclusion of the
     interview and the tape was stopped, I was informed that Sara had
     attempted to reach ▆▆▆▆ via cell phone.  A voice mail message on
     October 4, 2005 at 10:59 am, revealed a female voice who identified
     herself as Sara who requested her to call her back reference the

```
-------------------------------------------------------------------
Date:  7/19/06          PALM BEACH POLICE DEPARTMENT        Page:     31
Time: 15:01:37               Incident Report               Program: CMS301L
-------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                          (Continued)
police questioning.  This voice mail message was recorded onto a micro
cassette. ▓▓▓▓▓ provided the incoming telephone number as
917-855-3363. ▓▓▓▓ stated she inadvertently told ▓▓▓▓▓ ▓▓▓▓▓ about
the police investigation because ▓▓▓▓▓ had called her to tell her
about how she just received a rental car from Jeff Epstein. ▓▓▓▓▓
had called her to tell her that she was given a rental car, a 2005
Silver Nissan Sentra, to utilize to visit family and visit Jeff.
▓▓▓▓ asked her what was going on at the house that the police would
be asking questions.  ▓▓▓▓▓ stated ▓▓▓▓▓ then called Jeff and Sara
and asked what was going on reference the ongoing police
investigation.  According to ▓▓▓▓▓, Sara has since then been trying to
contact her to ask about the police questions.  I instructed ▓▓▓▓ not
to contact Sara and do not provide any more information to ▓▓▓▓ as
she would notify Jeff Epstein and Sara what was transpiring.

    Investigation Continues...


*********************** N A R R A T I V E  # 8 ***********************
A                       Reported By: LEE, LA'MONT                10/07/05
                        Entered By.: ALTOMARO, NICKIE A.         10/07/05

On March 30, 2005, I was asked by Sgt. Daniel Szarszewski to begin
conducting surveillance and trash pulls reference Detective Pagan
conducting a criminal investigation involving Jeffrey Epstein.  I was
advised that Epstein was possibly engaging in sexual contact with
young females.

On March 30, 2005, I made contact with Town of Palm Beach Sanitation
Office Supervisor Tony Higgins and requested trash pulls for 358 El
Brillo Way to begin on March 31, 2005.

On March 31, 2005 at 9:20 a.m., I responded to the area of 358 El
Brillo Way and met with Town of Palm Beach sanitation employee,
Jeffrey Williams.  I observed Williams enter the driveway of 358 El
Brillo Way, collect the trash bags from Epstein's property and place
the contents into an empty sanitation truck.  I followed Williams to a
nearby area, were he turned over seventeen white plastic trash bags,
which were collected from Epstein's property.

I took the trash bags to the sanitation department were I sifted
through its contents.  I collected mail correspondence from Armani
Exchange addressed to Nada Marcinkova, Jeffrey E. Epstein notepaper
with ▓▓▓▓▓ ▓▓▓▓▓ an important message notepaper addressed to
J.E dated 03/29/05 at 8:15 p.m. reference Peggy Seagal, U.S Airways
boarding pass copy for passenger, Janusz Banasiak, Montgomery County,
Maryland Health Department food service ID NO#40820 for Janusz
Banasiak and Ghislaine Maxwell notepaper with names and phone numbers.
Photocopies of the trash collected were attached with the supplement.
Detective Pagan was advised of the contents that were collected for
evidentiary value.

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
ate:  7/19/06          PALM BEACH POLICE DEPARTMENT          Page:      32
ime: 15:01:37              Incident Report            Program: CMS301L
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
ase No. . . . : 1-05-000368                              (Continued)
```

On March 31, 2005, Sgt. Daniel Szarszewski requested that I set up a
surveillance vehicle on El Brillo Way and conduct video surveillance
of the front exterior of Epstein's residence.  At 3:00 p.m., I set up
a surveillance vehicle equipped with a video monitoring device.  The
surveillance vehicle was parked on El Brillo Way approximately fifty
feet east of Epstein's driveway.  The purpose of the video
surveillance was to gather investigative intelligence by monitoring
and recording all vehicle and pedestrian traffic entering and leaving
Epstein's property.

The video surveillance tapes were changed daily with a new Maxell
T-160 VHS tape.  Video surveillance was established for Epstein s from
March 31, 2005 through April 05, 2005. On April 05, 2005, video
surveillance was concluded.  I reviewed the video tapes and advised
Detective Pagan the surveillance videos yielded no evidentiary value.

On April 01, 2005 at 9:30 a.m., I responded to the area of 358 El
Brillo Way to meet with Town of Palm Beach sanitation employee, Jessie
Jones.  While parked in the area of 358 El Brillo Way waiting to
collect Epstein s trash, I observed a white female, who I recognized
as Nada Marcinkova from her Florida driver's license photograph.  I
made no contact with Marcinkova. While parked in the area, I also
observed Epstein s GMC Yukon truck leave the property as well as other
vehicles arrive and park across the street from the property.  The
occupants of these vehicles appeared to be housekeepers, maintenance
men, and gardeners.

At 9:38 a.m., I met with Town of Palm Beach sanitation employee,
Jessie Jones.  I observed Jones enter the driveway of 358 El Brillo
Way and collect the trash from Epstein s property.  I followed Jessie
to a predetermined area at which time I collected the trash bags from
the sanitation truck. I transported the trash bags to the sanitation
department, where I sifted through its contents.  I collected mail
correspondences addressed to Jeffrey Epstein, automotive records and
personal documents for Janusz Banasiak and Beata Banasiak as well as
Jeffrey Epstein notepaper with the names and appointment times for
███████ and ███████   No last names or other personal information was
written on the notepaper.

While sifting through Epstein s trash, I also collected a three-inch
purple finger size object, which had a broken end.  The object
appeared to be a broke piece from a sexual toy similar to a (Cyclone
Vibrator) possibly used for rectal gratification.  The sexual object
was photographed for Detective Pagan, packaged in a biohazard evidence
bag (possible body fluids) and secured as investigative evidence.  All
items collected from Epstein s trash were turned over to Detective
Pagan for evidentiary purposes.

On April 05, 2005 at 9:18 a.m., I met with Town of Palm Beach
sanitation employee, Jessie Jones.  I observed Jones enter the
driveway of 358 El Brillo Way and collect the trash from Epstein s
property.  I followed Jessie to a predetermined area at which time I

```
ate:  7/19/06              PALM BEACH POLICE DEPARTMENT         Page:        33
ime: 15:01:37                    Incident Report           Program: CMS301L
```

ase No. . . . : 1-05-000368                              (Continued)
      collected the trash bags from the sanitation truck.  I transported the
      trash bags to the sanitation department, where I sifted through its
      contents.  I collected mail correspondences addressed to Jeffrey
      Epstein as well as notepaper (Important Message) with names and
      telephone numbers.  The following are items collected from Epstein s
      trash.

      Joanne G. (714-0546)
      blank piece of white paper (561-881-8118)
      black paper (655-7626)
      black paper (917-783-4113)
      David (772-546-6952)
      MSN Hotmail web page with email address (adrianamucinska@hotmail.com)

      The following items were documented for Detective Pagan s
      investigation for evidentiary purposes.

      On April 06, 08, 11, 12, 13, 15, 2005, at approximately 9:30 a.m, I
      met with Town of Palm Beach sanitation employees.  I observed the
      employee enter the driveway of 358 El Brillo Way and collect the trash
      from Epstein's property.  I followed the employee to a predetermined
      area at which time I collected the trash bags from the sanitation
      truck.  I transported the trash bags to the sanitation department,
      where I sifted through its contents.

      All of the documents collected from Epstein's trash during my
      assistance were turned over to Detective Pagan for evidentiary
      purposes.

      On June 14, 2005, Detective Michelle Pagan contacted me and advised
      that the airplane belonging to Jeffrey Epstein of 358 El Brillo Way
      was parked at the Palm Beach International Airport.

      Detective Pagan requested that I begin trash pulls for the purpose of
      gathering evidence and intelligence.

      I made contact with Town of Palm Beach Sanitation Office Supervisor
      Tony Higgins and requested trash pulls for 358 El Brillo Way to begin
      on June 15, 2005.

      On June 15, 2005, I met with a sanitation employee.  I observed the
      employee enter the driveway of 358 El Brillo Way and collect the trash
      from Epstein s property.  I followed the employee to a predetermined
      area at which time I collected the trash bags from the sanitation
      truck. I transported the trash bags to the sanitation department,
      where I sifted through its contents.  The trash yielded negative
      results and no evidence was collected.

      No further trash was collected throughout the week due to the fact
      that Epstein s security gates remained closed throughout the week;
      therefore, the sanitation employees were unable to gain access onto
      the property for collection of the trash.

```
--------------------------------------------------------------------------
)ate:  7/19/06           PALM BEACH POLICE DEPARTMENT         Page:     34
:ime: 15:01:37               Incident Report            Program: CMS301L
--------------------------------------------------------------------------
```

:ase No. . . . : 1-05-000368                              (Continued)

    All evidence and intelligence gathered by this officer has been turned
    over to the detective bureau and no further action has been taken by
    this officer.

    End of supplement.


************************* N A R R A T I V E   # 9 *************************
A                        Reported By: RECAREY, JOSEPH              10/07/05
                         Entered By.: ALTOMARO, NICKIE A.          10/10/05

On October 4, 2005, I made telephone contact with ▓▓▓▓▓ ▓▓▓▓▓▓
who had left several messages on voice mail.  During the message, she
advised she was not completely truthful when we met in person but
would like to speak with me to advise what had happened.  She further
advised she did not want to speak of this incident in front of her
mother.  At approximately 15:48 pm, I made telephone contact with
▓▓▓▓▓▓▓ at ▓▓▓▓▓.  During a taped recorded
statement, ▓▓▓▓▓▓ stated the following: Approximately a year ago,
when she was sixteen years of age, Robson took her to Jeff's house
twice.  The first time she went, Haley Robson drove to the house.
They entered through the kitchen area where she was introduced to Sara
and Jeff.  She was taken upstairs to a bedroom by Sara who set the
room up with a massage bed and brought out the oils to use.  Jeff then
entered the room wearing a towel.  He lay on the table and picked out
a lotion for ▓▓▓▓▓ to rub on him.  At one point during the massage,
he tried to remove her shirt at which point she became very upset and
discontinued the massage.  Both ▓▓▓▓▓ and Jeffrey had a verbal
disagreement at which time she left without being paid.  She met with
Haley Robson who was sitting in the kitchen and told her let's go.
▓▓▓▓▓ advised she received no money for that day.  ▓▓▓▓▓▓also
said that Haley Robson had told her if she was uncomfortable with what
was going on, to let him know and he'll stop.  She knew that the more
you do the more you are paid.

Several weeks later, ▓▓▓▓▓▓ advised she agreed to be taken a second
time by Haley Robson.  Once they arrived at the residence, Haley sat
in the kitchen and Sara took her upstairs to the master bedroom again.
 Sara set the room up with a massage bed and brought out the oils to
use.  Jeff then entered the room wearing a towel.  He lay on the table
and picked out a lotion for ▓▓▓▓▓to rub on him.  At one point
during the massage, he tried to touch her buttocks.  As ▓▓▓▓▓ was
wearing tight jeans and had a tight belt on Jeff was unable to touch
her buttocks.  Jeff then rolled onto his back during the massage; he
attempted to touch her breasts.  ▓▓▓▓▓ then became upset again and
told him she didn't want to be touched.  ▓▓▓▓▓discontinued the
massage and was paid $200.00.  ▓▓▓▓▓ then went downstairs where
Haley Robson was waiting for her.  She told Robson she wanted to
leave.  ▓▓▓▓▓▓ said she never returned to the house. ▓▓▓▓▓▓
stated she is aware that her friend, ▓▓▓▓▓▓▓▓▓was also at the
house and had a problem with Jeff.  She provided a telephone number

```
Date:  7/19/06            PALM BEACH POLICE DEPARTMENT          Page:      35
Time: 15:01:37                  Incident Report              Program: CMS301L
```

Case No. . . . : 1-05-000368                              (Continued)
    for ▮▮▮▮▮▮    The interview was concluded and the micro cassettes were
turn in as evidence.

On October 5, 2005, I researched the incoming telephone number that
had left ▮▮▮▮▮▮▮▮▮ a message.  The telephone number, ▮▮▮▮▮▮▮▮▮▮
was assigned to ATT/Cingular Cellular service.  I prepared a subpoena
request and faxed the request to the State Attorney s Office.
Information requested was subscriber information as well as all
incoming and outgoing calls for the months of September and October
2005.

I later researched ▮▮▮▮▮▮▮▮▮ and discovered she resides in ▮▮▮▮
▮▮▮▮▮▮▮▮▮    Det. Dawson and I drove to ▮▮▮▮ ▮▮▮▮ ▮▮▮▮ and met with
▮▮▮▮▮    ▮▮▮▮▮▮▮ at her residence ▮▮▮ ▮▮▮▮ in ▮▮▮▮ ▮▮▮▮.

▮▮▮▮▮▮ agreed to speak with us in the kitchen area.  During a sworn
taped statement, ▮▮▮▮▮ stated the following: On or about November
2004, she was approached by Haley Robson and asked if she wanted to
make money.  She agreed and was told she would provide a massage to
wealthy man in Palm Beach.  Robson picked her up and drove her to a
house in Palm Beach.  She was brought into the kitchen area of the
house.  She further stated that ▮▮▮ ▮▮▮▮▮, and ▮▮▮▮▮▮
went with them.  They were brought into the kitchen where she was
introduced to Jeff and other females.  ▮▮▮▮▮ stated she was
introduced to a helper of Jeff; the female was described as white
female (unknown name), with blond hair.  She stated that the assistant
was familiar with Robson.  The assistant set up the massage table and
put out lotions to be used.  She told ▮▮▮▮▮ Jeff would available in a
minute.  Jeff entered the room wearing only a towel.  Jeff lay on the
massage table and picked a lotion to rub on his thighs and back.
▮▮▮▮▮▮ further stated that during the massage Jeff asked her to remove
her clothes.  She complied and removed her pants and blouse.  ▮▮▮▮▮
didn't remember if she had removed her bra but feels that she did.
▮▮▮▮▮ was certain that she stayed in her thong underwear.  She
continued the massage and at one point she straddled him to massage
his back, which touched his buttocks with hers.  ▮▮▮▮▮ was instructed
to return to the ground at which time Jeff turned to have his chest
rubbed.  ▮▮▮▮▮ advised it was at this time she is sure he was
masturbating.  ▮▮▮▮▮ did not want to look at his penis area because
she was uncomfortable.  Jeff removed a large white vibrator and turned
it on.  ▮▮▮▮▮ stated he began rubbing the vibrator over her thong
underwear on her vaginal area.  Shortly thereafter, Jeff ejaculated
and removed himself from the table.  He walked over to where the
shower was and opened the glass door.  She waited as he was taking a
shower in her direct view.  When I asked ▮▮▮▮▮ how old she was when
this occurred, she stated she had just turned seventeen.  At the
conclusion of the shower, ▮▮▮▮▮ was paid either $350.00 or $400.00.
She stated she wasn't sure, but knows it was close to $400.00.  At the
conclusion of the interview, ▮▮▮▮▮ stated she never returned to
provide a massage for Jeff.  She advised she was ashamed and
uncomfortable with the situation.

```
ate:  7/19/06        PALM BEACH POLICE DEPARTMENT         Page:      36
ime: 15:01:37             Incident Report                Program: CMS301L
```

ase No. . . . . : 1-05-000368                              (Continued)
    Det. Dawson and I then left the area and responded to the ▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓ where Robson and all the above-mentioned girls had
attended.  I met with School Police Officer, Off Williams.  I
explained I was looking for a previous student who attended ▓▓▓▓▓▓
▓▓▓▓▓ ▓▓▓▓▓▓▓▓  I inquired about ▓▓▓▓▓▓▓  I further explained
that I was working a case in which most of the girls I have
interviewed are either witnesses or victims and felt that ▓▓▓▓▓ may be
one as well.  Officer Williams researched his previous student records
and found ▓▓▓▓▓ ▓▓▓▓▓▓▓▓  She attended the same year and graduated
in the same year as the other girls.  I was provided the last known
address of ▓▓▓▓▓▓

    At approximately 2:10 pm, Det. Dawson and I met with ▓▓▓▓▓▓▓▓▓▓▓▓▓ at
her residence, ▓▓▓▓▓▓▓▓▓▓▓▓ in ▓▓▓▓▓ ▓▓▓▓▓▓▓▓  As ▓▓▓▓▓ was
only seventeen years of age, I had notified her mother, Mrs. ▓▓▓▓▓▓▓
▓▓▓▓▓▓  that she would be interviewed reference an ongoing
investigation in Palm Beach.  I assured her that her daughter was not
a suspect.  I explained the possibility of her being either a witness
or victim.  Mrs. ▓▓▓▓▓ advised she wanted ▓▓▓▓▓▓▓▓ to cooperate and
consented to the interview.  During a sworn taped statement,
▓▓▓▓▓▓▓ stated the following: at the age of sixteen, during the month of
September 2004, she was approached by Haley Robson for a chance to
make money. ▓▓▓▓▓ was friends with the friends of Robson and knew the
same people. ▓▓▓▓▓ had been previously told by her friends what
Robson did for Jeff.  Robson called a person known to ▓▓▓▓▓ as Sara
and scheduled the appointment.  Robson picked ▓▓▓▓▓ up and drove her
to Palm Beach to a street called Brillo Way.  They drove to the end of
the street and entered a large driveway.  They entered the kitchen
area of the house and met with Jeff. ▓▓▓▓▓ was introduced to Jeff.
Robson led ▓▓▓▓▓ upstairs to the main bedroom area and set up the room
with a massage table and set out the oils.  Robson dimmed the lights
and turned on soft music.  Robson exited the room and Jeff entered the
room wearing only a towel.  Jeff picked oils and instructed her to rub
his legs, under his buttocks, back and chest area.  Jeff asked her to
get comfortable. ▓▓▓▓▓ advised she did not remove her clothes.  She
was wearing tight jeans and a cropped tank top exposing her belly
area.  During the massage, Jeff removed his towel.  As ▓▓▓▓▓ rubbed
his chest area, Jeff attempted to reach down her pants through the
buttocks area, however was unable to due to the tightness of the jeans
and a tight belt. ▓▓▓▓▓ advised Jeff began to masturbate as she
rubbed his chest.  Jeff moaned as she rubbed his chest.  She observed
he was continuing to masturbate and attempted to reach up her tank top
and touch her breasts. ▓▓▓▓▓ pulled back and Jeff stopped.  However,
he kept masturbating until he climaxed.  He cleaned himself with the
towel he was previously wearing.  I asked ▓▓▓▓ if she knew the
difference between circumcised and not circumcised.  She explained she
knew and advised Jeff was circumcised. ▓▓▓▓▓ was paid $200.00 for the
massage and left the area.  She met with Robson who was waiting in the
kitchen area and left the house.

▓▓▓▓▓ then explained she never provided another massage for Jeff.  She
did however, go to the house with Robson and ▓▓▓▓▓ ▓▓▓▓▓ as they

```
------------------------------------------------------------------------
ate:  7/19/06            PALM BEACH POLICE DEPARTMENT         Page:      37
ime: 15:01:37               Incident Report            Program: CMS301L
------------------------------------------------------------------------
```

ase No. . . . : 1-05-000368                            (Continued)
took another friend of Robson's, ▆▆▆▆ advised she was present when
▆▆▆▆ ▆▆▆▆went to work for Jeff. She advised she rode over and
sat in the kitchen area with Robson to wait for ▆▆▆▆ ▆▆▆▆ advised
that while they waited for ▆▆▆▆, the house chef prepared lunch for
them, as it was almost lunchtime. As ▆▆▆▆was finished with the
massage, they left the area. I asked ▆▆▆▆ if Robson ever told what
would be expected of her when she provided a massage. ▆▆▆▆stated
yes, Robson told her that a massage would be expected possibly naked
and possibly some touching involved. ▆▆▆▆ has no formal training in
providing massages.

▆▆▆▆ spoke about a third and last time she went to Jeff's house.
Robson drove another girl, ▆▆▆▆▆▆ who is ▆▆▆▆friend, to
Jeff's house. ▆▆▆▆stated she knew that Robson had made money
providing girls for Jeff and she wanted to do the same. Robson took
them in the kitchen area of the house and introduced ▆▆▆▆ to Sara.
Robson and Sara took ▆▆▆▆upstairs to the main bedroom. ▆▆▆▆
advised she doesn t know what happened as ▆▆▆▆did not speak about
what happened in the room. ▆▆▆▆received $100.00 from Robson for
going with her to Jeff s house and recommending ▆▆▆▆ ▆▆▆▆was
unable to remember ▆▆▆▆▆▆telephone number. The interview was
concluded and we left the area.

Investigation Continues...


****************** N A R R A T I V E   # 10 ************************
                   Reported By: RECAREY, JOSEPH              10/09/05
                   Entered By.: ALTOMARO, NICKIE A.          10/10/05

On October 6, 2005, Det. Dawson and I went to ▆▆▆▆▆▆ located
in ▆▆▆▆▆▆ We met with Dean of Students, ▆▆▆▆▆▆ I
explained to Mr. ▆▆▆▆ that we were investigating a crime within the
Town of Palm Beach and felt that a student, ▆▆▆▆▆▆ may have
information. ▆▆▆▆ confirmed that ▆▆▆▆is a student and currently
on the soccer team for ▆▆▆▆▆▆ She was in computer class at
the time of our arrival. ▆▆▆▆ sent a security guard to locate ▆▆▆▆
in class and bring her to the office. Mr. ▆▆▆▆ allowed us to
interview ▆▆▆▆in an empty conference room.

At 11:45 am I met with ▆▆▆▆▆▆and explained to her why we there
to interview her. She advised she was aware of the ongoing
investigation. ▆▆▆▆ stated she had previously spoken with ▆▆▆▆
▆▆▆▆who told her she was interviewed by detectives. During a sworn
taped statement, ▆▆▆▆ stated she knew that Haley Robson worked for
Jeff in Palm Beach. ▆▆▆▆ advised she has been there many times for
massages. ▆▆▆▆ advised she was told what
was expected of her by providing massages and would have to remove
clothing but if she felt uncomfortable just to say so and Jeff would
stop pushing the issue. ▆▆▆▆began providing massages and advised
she kept her clothes on. She considered Jeff a pervert who kept

```
ate:  7/19/06              PALM BEACH POLICE DEPARTMENT            Page:        38
ime: 15:01:37                    Incident Report                  Program: CMS301L
```

se No.   . . : 1-05-000368                                   (Continued)
pushing to go further and further. ▓▓▓▓explained she would keep
telling him she had a boyfriend and that it would not be right to her
boyfriend.  It wasn t until recently ▓▓▓▓admitted to removing her
clothes and staying in her thong underwear to provide a massage.
▓▓▓▓ explained Jeff wanted to be rubbed on his back and recently he
began turning over to have her rub his chest as he masturbated.  He
would try to touch her breasts as she rubbed his chest. ▓▓▓▓ stated,
Jeff would try to get away with more and more on each massage.
Originally, Robson drove her to the house for the original massage.
▓▓▓▓ left Sara her cell phone number and every time Jeff would come
into town, Sara would call her for an appointment.  Each time she
went, Sara would meet her at the kitchen door area.  She would bring
her upstairs and prepare the massage table. ▓▓▓▓advised Jeff would
ask her questions about herself.  He knew she was a soccer player and
would be attending ▓▓▓▓▓▓▓▓▓.  I asked▓▓▓▓ if he knew her real
age, ▓▓▓▓ stated Jeff didn t care.  The most recent massage she
provided was on October 1, 2005.  During the massage she asked Jeff if
she could borrow one of his vehicles to visit her family and boyfriend
in Orlando.  Jeff had told she could borrow one of his vehicles but
later stated he would rent her a car.  She continued with the massage
as Jeff grabbed her buttocks and caressed the buttocks cheeks.  I
asked ▓▓▓▓if she was wearing undergarments to which she replied her
thong underwear.  Once he tried to touch her breasts she would pull
away from him and he would stop. ▓▓▓▓was asked if he ever used a
vibrator on her. ▓▓▓▓was aware of the vibrator but advised she
never would allow him to use the vibrator on her.  She described the
vibrator as a large white vibrator with a huge head on the tip of the
vibrator.  She stated he kept the vibrator in a closet near the
massage table. ▓▓▓▓ advised she had been doing the massage for
approximately two years, which meant she would have started doing
massages for Jeff at the age of sixteen.

▓▓▓▓ stated she was contacted by Sara on October 3, 2005.  Sara had
informed her that Jeff had rented her a new Nissan Sentra and she
should come by the house to pick it up.  Sara informed ▓▓▓▓ she would
have the car for a month. ▓▓▓▓stated Jeff knew her car was not
working properly and had missed appointments in the past because of
her car being inoperable. ▓▓▓▓ explained the car is currently parked
next to the Gym field.  I asked her if she ever took any one to the
house. ▓▓▓▓explained she took ▓▓▓▓▓▓▓▓▓, a friend of hers who
has returned to Orlando to attend college.  I asked she ever allowed
another female in the room. ▓▓▓▓advised no one was brought into the
room with her.  At the conclusion of the interview, Det. Dawson and I
went to the Gym area and located the Silver Nissan Sentra bearing
Florida tag X98-APM.  The vehicle is registered to Dollar rent a car
out of the Palm Beach International Airport.

Telephone contact was made with ▓▓▓▓ ▓▓▓▓▓, the victim's mother, at
▓▓▓▓▓.  I explained to her that I was following up on this case
and provided a complete update on the case.

Investigation Continues.

```
Date:  7/19/06            PALM BEACH POLICE DEPARTMENT        Page:       39
Time: 15:01:37               Incident Report               Program: CMS301L
```

Case No. . . . : 1-05-000368                              (Continued)

*************************** N A R R A T I V E   # 11 ***************************
IA                  Reported By: RECAREY, JOSEPH                    10/21/05
                    Entered By.: ALTOMARO, NICKIE A.                10/21/05

On October 10, 2005, at approximately 2:30 p.m., I made telephone
contact with ████████ ████. During a taped conversation, ████ was
told of an ongoing investigation in which I felt she had information
pertaining to Jeffrey Epstein. ████ explained she met Epstein when
she was just sixteen years of age. She was approached by ████████
████████, a friend who also had previously gone to Epstein's house for
massages. ████ advised she was working at the Wellington Mall when
she was approached. ████████ told her that she would have to provide
a massage to Epstein and she would have to perform this massage naked.
████ thought about the offer and stated she could make $200.00 for
only 30 minutes of work. She agreed to perform the massage and
████████ set the appointment for her that same day. ████ remembered it
was a weekend as she only worked at the mall on the weekends. ████████
took her to the house where she was introduced to Sara, Jeff Epstein's
assistant. Sara took her upstairs to a master bedroom. ████
explained that as she was walking up the stairs she observed several
photographs of naked women along the walls and tables of the house.
████ further explained that she was brought into the bedroom where
Sara prepared the room by setting up the massage table and provided
the oils for her to rub on Epstein.

Epstein entered the room and introduced himself. Epstein lay on the
table and told her to get comfortable. ████ could not remember if he
was naked or if he entered the room with a towel. ████ stated she
provided the massage wearing only her panties. She continued rubbing
his legs, thighs and feet. ████ advised he turned over onto his back.
She continued to rub his legs with the oils. Epstein touched her
breasts and began to masturbate. I asked ████ if she knew what
circumcised and un-circumcised meant. ████ stated circumcised is when
the penis has no foreskin and the head of the penis is visible. ████
said Epstein is circumcised. ████ began to cry on the telephone and
stated she had been to his house hundreds of times over a two-year
period. She claimed to have made thousands of dollars during her
visits. ████ stated she could not remember how many times exactly she
went to Epstein's home but said it was a lot.

████ became more upset, crying hysterically and stated she was paid
and instructed to have sex with Epstein's assistant, Nada Marcinkova
by Epstein. Epstein continued to watch them have sex and masturbated
himself as they had sex with each other. She further stated that
things escalated further and further. Epstein used sexual toys such
as vibrators, rubber penises and strap-on penises on ████.
Additionally, ████ stated he performed oral sex on her numerous times.
She claimed he (Epstein) put his fingers inside her vagina while he
masturbated in an attempt to make her climax. ████ could not continue
and wanted some time to regain her composure. I explained to ████ to
take her time. After taking several minutes to regain her composure I

```
ate:  7/19/06              PALM BEACH POLICE DEPARTMENT           Page:      40
'ime: 15:01:37                  Incident Report                  Program: CMS301L
```
-------------------------------------------------------------------------------

ase No. . . . : 1-05-000368                              (Continued)

explained that I would travel to meet with her in person as I felt she
had additional information to provide. I met with Sgt. Frick and
explained the importance to meet with ▓▓▓▓in person. Sgt. Frick
agreed and made arraignments for Det. Dawson and I to meet with ▓▓▓▓
in ▓▓▓▓▓▓▓▓▓▓▓.

On October 11, 2005, at 4:10 p.m., Det. Dawson and I met with
▓▓▓▓▓▓▓▓▓▓and her friend, ▓▓▓▓▓▓▓ at ▓▓▓▓▓▓▓▓▓▓ in
▓▓▓▓▓▓▓▓▓. ▓▓▓▓ wanted to have ▓▓▓▓▓ present for
support. I explained to her that I did not have a problem as long as
she wanted ▓▓▓▓▓ present during the interview. ▓▓▓▓ stated she
wanted her present. I explained that as ▓▓▓▓▓ was present she
not allowed to comment or ask any questions during the interview. She
was only there to comfort ▓▓▓ should the interview upset her.

During a sworn taped statement, ▓▓▓▓▓explained how everything began.
She said she was brought through the kitchen area where she met Sara
for the first time. She was led to the master bedroom, Epstein s
room. ▓▓▓▓ explained that as she was walking up the stairs she
observed several photographs of naked women along the walls and tables
of the house. ▓▓▓▓▓further explained that she was brought into the
bedroom, where Sara prepared the room by setting up the massage table
and provided the oils for her to rub on Epstein. ▓▓▓▓▓explained she
remembered the steam room area, which contained two large showers.
Epstein entered the room from the steam room area and introduced
himself. Epstein lay on the table and told her to get comfortable.
▓▓▓▓▓removed her skirt and kept her shirt on. She could not remember
if he was naked or if he entered the room with a towel. Epstein then
instructed her to remove her shirt. ▓▓▓▓▓removed her shirt and
remembered she was not wearing a bra. ▓▓▓▓▓ stated she provided the
massage wearing only her panties. She continued rubbing his legs,
thighs and feet. ▓▓▓▓advised he turned over onto his back. She
continued to rub his legs with the oils. Epstein touched her breasts
and began to masturbate. Epstein ejaculated which meant the massage
was over. At the conclusion of the massage, ▓▓▓ was paid $200.00.
They walked together downstairs where Sara and ▓▓▓ were
waiting. ▓▓▓▓stated ▓▓▓▓ received an unknown amount of money for
taking her to Epstein. Epstein instructed to leave her cellular
telephone number so that he could contact her when he is in town.

▓▓▓▓explained that she continued to go to Epstein s house and became
a regular at the house. She could not provide an exact number but
claimed she had been their hundreds of times. She claimed sexual
activities did not occur every time she was there. There were times
she went to dinners and parties with Epstein. ▓▓▓▓explained that
things began to escalate more than the massage. The encounters
included bringing in his assistant, Nada Marcinkova. ▓▓▓▓explained
Epstein had purchased her from her family in Yugoslavia. Epstein
bragged he brought her into the United States to be his Yugoslavian
sex slave. ▓▓▓▓advised he was naked in the bedroom, she entered and
removed her clothing. Marcinkova entered the room from the steam room
area already naked. He instructed ▓▓▓▓to perform oral sex on

```
-------------------------------------------------------------------
ate:  7/19/06            PALM BEACH POLICE DEPARTMENT          Page:      41
ime:  15:01:37                 Incident Report            Program: CMS301L
-------------------------------------------------------------------
```

ase No. . . . : 1-05-000368                              (Continued)
Marcinkova . ▆▆▆▆refused to perform that act.  Epstein offered her
an additional $200.00 for her to perform oral sex on Marcinkova for
five minutes. ▆▆▆▆agreed to perform the oral sex for the additional
$200.00. ▆▆ explained that Epstein would masturbate while he
watched them perform sexual acts.

Things continued to escalate by purchasing sex toys. ▆▆▆ stated she
had massagers, vibrators and strap on rubber penises used on her.
Each time something new was introduced additional monies were produced
and offered for ▆▆▆▆to allow the acts to happen. ▆▆▆ was adamant
that she performs all these acts but there was an understanding with
Epstein that no vaginal penetration would occur with his penis. ▆▆▆
explained that Epstein's penis was deformed. ▆▆▆▆explained that his
penis was oval shaped.  She claimed when Epstein's penis was erect, it
was thick toward the bottom but was thin and small toward the head
portion.  She called it egg-shaped.

▆▆▆▆continued that the sexual encounters with Marcinkova, Epstein and
her became a ritual. ▆▆▆▆ would arrive at the house and walk herself
upstairs, where Marcinkova and Epstein were waiting. ▆▆▆▆ would
remove her clothing and join them on the bed. ▆▆▆ explained
Marcinkova and she would begin by kissing and touching each other.
▆▆▆explained sex toys were brought into the bed by either Epstein or
Marcinkova and they would begin using the toys on each other.  Epstein
would perform oral sex on either person depending who was on top
during the intercourse. ▆▆▆▆ explanation revealed they were in a
missionary position.

▆▆▆▆advised one day, ▆▆▆was unable to state and exact date when
this incident occurred), she came to the house after Sara had informed
her that Epstein had arrived.  She arrived at the house and went
upstairs to the master bedroom. ▆▆▆ advised she immediately removed
her clothing, as Nada Marcinkova and Epstein were already naked in the
bedroom. ▆▆▆explained that Nada Marcinkova and she had a sexual
encounter to include kissing, touching and oral sex. ▆▆▆ remembered
that she climaxed and was removing her self from the massage table.
▆▆▆asked for a sheet of paper and drew the massage table in the
master bathroom and where Epstein, Marcinkova and she were.  Epstein
turned▆▆▆ on to her stomach on the massage bed and inserted his
penis into her vagina. ▆▆▆ stated Epstein began to pump his penis in
her vagina. ▆▆▆became upset over this.  She said her head was being
held against the bed forcibly, as he continued to pump inside her.
She screamed no, and Epstein stopped.  She told him that she did not
want to have his penis inside of her.  Epstein apologized for his
actions and subsequently paid her a thousand dollars for that visit.
Additionally, shortly thereafter, Epstein gave▆▆▆ a 2005 Doge Neon,
blue in color for her personal use.

▆▆▆ advised there were times that she was so sore when she left
Epstein's house. ▆▆▆advised she was ripped, torn, in her vagina
area. ▆▆▆advised she had difficulty walking to the car after
leaving the house because she was so sore. ▆▆▆advised that other

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Date:  7/19/06            PALM BEACH POLICE DEPARTMENT
Time: 15:01:37                  Incident Report              Page:        42
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - Program: CMS301L
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

Case No. . . . : 1-05-000368

than that one time, when Epstein inserted his penis inside her vagina, there was no other penile intercourse.

▓▓▓▓  provided names of girls that she knew of that have gone to Epstein's house. ▓▓▓▓ provided the name of ▓▓▓▓▓▓▓▓ and feels she still may be going to the house to massage Epstein.  According to ▓▓▓▓, ▓▓▓▓ is still sucking his dick."

When asked if she had been recently contacted by anyone of the house, ▓▓▓▓ advised she received an email from Sara, from KellenS@earthlink.net, which is her email account.  The email was just a hello, how are you doing type of email.  There had been no other contact from the house.  The interview was concluded and ▓▓▓▓ left the area.  The tapes and drawing were submitted into evidence.

Investigation continues...


************************* N A R R A T I V E  # 12 ************************
A                    Reported By: RECAREY, JOSEPH
                     Entered By.: ALTOMARO, NICKIE A.              11/01/05
                                                                  11/07/05

On October 12, 2005, Det. Dawson and I traveled to the Orlando area and made telephone contact with ▓▓▓▓▓▓.  ▓▓▓▓ agreed to meet with us as we were in the Orlando area.  ▓▓▓▓ provided directions to her apartment.  Det. Dawson and I met with ▓▓▓▓ who stated, during a sworn taped statement that nothing happened between her and Epstein. ▓▓▓▓ appeared nervous during the interview.  I assured her that I had spoken with other people who advised differently.  ▓▓▓▓ stated she only went a couple of times and provided a massage to Epstein. She stated she was brought to the Epstein house in March of 2005. ▓▓▓▓ brought her to work.  ▓▓▓▓ has no formal training in providing massages.  ▓▓▓▓ stated she provided a massage, fully clothed for $200.00.  As I sensed hesitancy in her answers, I asked ▓▓▓▓ if she had been contacted by anyone from the house.  ▓▓▓▓ stated she was interviewed already by an investigator for Epstein.  He met with her on October 8, 2005, at a Roadhouse in Orlando.  He identified himself as Paul and inquired about the police investigation and left his telephone number 305-710-5165 for additional contact. ▓▓▓▓ provided no additional information, as it appeared her responses were almost scripted.  We left the area and returned to Palm Beach Police Department.

Based on the information acquired during the interviews, a search warrant was prepared for entry at the Epstein home.  On October 18, 2005, I met with Judge Laura Johnson who reviewed the warrant request. She found there was sufficient probable cause and signed the warrant request.  On October 20, 2005, at approximately 9:36 am, members of the Palm Beach Police Investigations Unit executed the search warrant at 358 El Brillo in Palm Beach.  Members of the Investigations Unit included Capt Gudger, Sgt Frick, Det. Dicks, Det. Dawson, Det. Melnichok, Det. Sandman, Det. Krauel, the crime scene unit and myself.

```
Date: 7/19/06              PALM BEACH POLICE DEPARTMENT          Page:     43
Time: 15:01:37                   Incident Report               Program: CMS301L
```

Case No. . . . : 1-05-000368                               (Continued)

As we entered onto the property, we encountered the house manager, Janusz Banasiak who was in the guest portion of the house.  The guesthouse section had open doors and no forced entry was made.  I made contact with Banasiak, Date of Birth 04-07-1953, Fl DL B522-420-53-127-0, and informed him of the search warrant for the premises.  The members of the Police Department entered the residence and announced we had a search warrant.  A safety search was done and members exited the home.  I read the search warrant to Banasiak as Mgr Parkinson videotaped the search warrant execution.  Several interior decorators were located on the property.  I spoke with Mark Zeff, of 515 W 20th Street in New York.  Mr. Zeff stated he is the designer for Mr. Epstein's homes.  He advised he was contacted in March of 2005 to do a complete overhaul on the house.  He advised he was on the phone with Mr. Epstein when officers announced the search warrant.  Mr. Epstein was then made aware of the search warrant.  Mr. Zeff advised, his contact with Epstein is strictly business and he has never witnessed Epstein with any girls except for his assistants, Sara or Nada.

I then interviewed Daniel Estes, of 315 East 14th Street in New York. Mr. Estes stated he has worked for Zeff for seven years.  He advised he personally worked on the New York and Palm Beach home for Mr. Epstein.  He has previously met with Sara and Adrianna, Epstein's assistants in New York and in Florida.  Estes stated they travel with Epstein everywhere he goes.

I interviewed Zara Bailey of 35 Riverside Jersey City, New Jersey. Bailey stated she just arrived from Scotland and has worked with Zeff for only one month.  She stated she has never met Epstein and has not seen him.  The interview was then concluded.

I then spoke with Douglas Schoettle of 243 Riverside Dr in New York City.  Schoettle stated he has been Epstein's Architect for seven years.  He further stated he deals with Epstein's assistants and speaks with Epstein on the phone.  Schoettle stated he mainly speaks with Sara Kellen, Epstein s main assistant, who travels with Epstein. Schoettle stated he only has contact with Epstein when his services are needed.

At approximately 10:30 am, I was informed that the videotaping was concluded.  I entered the residence and located two covert (hidden) cameras.  The first camera was a covert wall clock in the garage area. I traced the wire behind the clock and removed the RCA wire and unplugged the camera.  The other covert camera was located within a desk clock beside Epstein's desk.  I traced the wire behind the clock and unplugged the RCA wire.  I could not locate another camera.  I then began with the search of the residence for the specified evidence.

My search consisted of the second floor.  Det. Krauel and I began in the master bedroom area where several items were located.  They were

```
-----------------------------------------------------------------
ate:  7/19/06              PALM BEACH POLICE DEPARTMENT        Page:        44
ime: 15:01:37                    Incident Report           Program: CMS301L
-----------------------------------------------------------------
```

ase No. . . . : 1-05-000368                              (Continued)
marked to be retrieved by the evidence custodian.  In the master desk
with Epstein's notepads marked Jeffrey Epstein we located a high
school transcript from ███████████ ███ ███ for ██████
████.  Also in the room, was the dresser /armoire where we located a
bottle of peach flavored Joy Jelly (Sexual Lubricant).  Additionally,
there were several photographs of young naked teenage girls within the
closet, which was consistent with what the witnesses said.  The
massage table was also located within the master bedroom.  Video tapes
were located beside the television, which were also collected.  An
itemized list of the property and locations was prepared on the
property receipts.  At approximately 2:55 pm, the house was secured;
the exit of the residence was videotaped.  Upon our exit of the
property, I encountered Atty. Guy Fronstein who advised he was
representing Mr. Epstein.  He provided a business card and provided
his assistance with the investigation.

Due to Hurricane Wilma, which struck South Florida causing massive
power outages, the courthouse was closed due to the lack of power.  I
was previously told that the Chief Judge had extended the filing
deadlines due to the hurricane and the Courthouse being closed.  On
October 27, and 28, 2005 the courthouse was closed and I could not
file the search warrant and inventory at the clerk's office.  On
October 31, 2005, I responded to the courthouse and filed the
paperwork along with an order to seal, signed by Judge Johnson, to
deny any release of any paperwork on this case.


INV CONTINUES..

************************* N A R R A T I V E  # 13 ************************
                Reported By: PARKINSON, GREGORY A.        10/20/05
                Entered By.: ALTOMARO, NICKIE A.          11/07/05


On October 20, 2005, at approximately 8:30 a.m., Thursday morning, I
was advised by Captain Gudger that a search warrant would be executed
and that I was to assemble the Crime Scene Investigative Team and
stand by the south side of the building ready to go.  I designated
Evidence Specialist Annette Badger to handle the inventory return, the
documentation of the property receipts and the collection and bagging
of the evidence at the scene.  I further instructed CSI Kim Pavlik, ID
# 8807, to accompany us and perform the role of photographing the
scene and the items that may be taken into custody by the affiant,
Detective Joseph Recarey, ID # 7915.

My responsibility was to go through from the reading of the warrant to
the final exit from the residence and perform a video recording of the
reading of the warrant, the initial walk through of the residence
showing the current condition and then finally a walk through of the
residence at the time of the police exit.

We started out towards the residence, which was located at 358 El
Brillo and arrived at approximately 9:33 a.m.  The search was
conducted, items were collected by Evidence Specialists Badger,

```
-------------------------------------------------------------------
Date:  7/19/06            PALM BEACH POLICE DEPARTMENT      Page:      45
Time: 15:01:37                 Incident Report            Program: CMS301L
-------------------------------------------------------------------
Case No. . . . : 1-05-000368                              (Continued)
```

photographed by CSI Pavlik and then videotaped by myself.  The search
was concluded at approximately 3:05 p.m. whereupon Detective Recarey
and I were the last two officers in the house.  Upon securing the
residence we met with the gentleman who identified himself to
Detective Recarey as the lawyer for the defendant and he was informed
that the residence was secured and that copies of the inventory return
had been left on the first floor table of the personal assistant's
office.

Detective Recarey and I returned to Police Headquarters and secured
for the day.


*********************** N A R R A T I V E   # 14 ***************************
a                       Reported By: DAWSON, MICHAEL C.          11/07/05
                        Entered By.: ALTOMARO, NICKIE A.         11/07/05

On October 20, 2005, I assisted Defective Recarey in the execution of
a search warrant at 358 El Brillo Way, Palm Beach, Florida, 33480.

Upon the announcement of the search warrant, immediate contact was
made with three white males who came out of the house or surrounding
structures.  Those males were identified as Janusz Banasiak, Daniel
Estes, and Mark Zeff.  As other members of the police department
cleared the home, I kept watch over these three males.  Once the house
was cleared, those males were turned over to Detective Recarey.

Detective Dicks and I were assigned to assist in the search of the
main house, the cabana and the servant's quarters.  We started in the
garage.  All areas of the garage were searched to include four
vehicles.  These vehicles were three black Mercedes Benz cars
registered to Jeffrey Epstein.  The fourth vehicle was a Harley
Davidson motorcycle, green in color, registered to Jeffrey Epstein.
Nothing was recovered from the garage.

A towel closet and pantry located off the kitchen were searched and
yielded negative results.

The kitchen was searched and taken into evidence was a phone message
book that was located near a house phone.

North of the kitchen was an office room which contained a computer.
The room had a closet that contained a locked gun locker.  The
combination was entered by Banasiak in the presence of Sgt. Frick and
the safe was opened.  Items were taken from the room.  See the
completed property receipt for a detailed list.

A green bathroom located on the first floor was searched and nothing
was taken.

A closet located just west of the green bathroom was searched.  Two
massage tables were located in the closet along with a photo of a nude

```
-------------------------------------------------------------------------------
Date:  7/19/06        PALM BEACH POLICE DEPARTMENT        Page:      46
Time: 15:01:37           Incident Report              Program: CMS301L
-------------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                                  (Continued)
    female from the waist up.  See the property receipt for details.

    I searched two bedrooms and their adjoining bathrooms, which were
    located on the second floor on the East side of the house.  In the
    Northeast bedroom closet I found adult sex toys called Twin Torpedoes.
    Soap made in the shape of a penis and vagina were also found in these
    upstair bedrooms.  See the property receipt for details.

    I searched the pool cabana located on the South side of the pool.
    Photos were taken from the wall.  See the property receipt for
    details.

    I assisted in the search of Banasiak's living quarters.  Numerous CD s
    along with a message book was seized.  See the property receipt for
    details.

*************************** N A R R A T I V E   # 15 **********************
A                        Reported By: RECAREY, JOSEPH          11/08/05
                         Entered By.: ALTOMARO, NICKIE A.       11/08/05

    On November 1, 2005, I was contacted by Atty. Gus Fronstin, who
    advised he was willing to assist with the investigation.  Atty.
    Fronstin advised he would try to have his client, Jeffrey Epstein
    available to be interviewed.  I explained I would be interested in
    conducting an interview with his client as well as other employees
    that are employed within the house.  Atty. Fronstin advised he would
    return my call once he received confirmation on the interviews.

    On November 6, 2005, I attempted contact with ▓▓▓▓ ▓▓▓▓▓▓ at her
    residence.  I left a business card for her to return my call.  Upon
    returning to the police department, I had received a telephone call
    from ▓▓▓ ▓▓▓▓▓.  I returned her call at ▓▓▓▓▓▓▓ and spoke
    with ▓▓▓▓▓  She made arrangements to respond to the station to
    provide an interview.  At approximately 3:30 pm, she arrived at the
    Palm Beach Police Station with her boyfriend.  Her boyfriend was
    allowed to sit in the lobby area while Ms. ▓▓▓▓▓ was interviewed.

    I took Ms ▓▓▓▓▓ to the Detective Bureau Interview room.  I closed the
    door for privacy and explained to her that I appreciated her coming to
    the police station for the interview.  During the sworn taped
    statement, she advised she was at Jeffrey Epstein s house one time.
    Approximately two months ago, she was approached by a girl, ▓▓▓▓
    ▓▓▓▓▓ who was dating her roommate, to make some quick money.  ▓▓▓▓
    advised she was in need to make some quick cash to make the rent that
    month.  She agreed to go to the house.  She had been told by ▓▓▓▓
    ▓▓▓▓ that the massage would have to be done in her underwear.  She
    advised ▓▓▓▓ drove with her and brought her into the house.  They
    walked into the kitchen area and took the stairs upstairs.  ▓▓▓▓
    further stated she was brought into a master bedroom area.  She
    advised she recalled seeing portraits of naked women throughout the
    room.  A massage table was already out near the sauna/shower area in
    the master bedroom.  Epstein entered the room wearing only a towel and

```
)ate:  7/19/06              PALM BEACH POLICE DEPARTMENT              Page:      47
'ime: 15:01:37                   Incident Report                    Program: CMS301L
```

'ase No. . . . : 1-05-000368                                      (Continued)

    introduced himself as Jeff. ████████ advised she recalled she and ████████
removed their clothing down to their panties, Epstein lay on his
stomach area and they provided a massage on his legs and feet area.   I
asked ████████ if she had any formal massage training and she replied
no. ████████advised she was topless and the panties she wore were the
boy shorts lace panties.  She and████████continued the massage until
the last ten minutes of the massage, Epstein, told ████████to leave the
room so that ████████ could finish the massage.

████████got dressed and Epstein turned over onto his back.  Epstein then
removed the towel, which had been around his waist.  Epstein laid
there naked and requested that████████rub his chest area.  ████████
stated as she did this, Epstein, began masturbating as she rubbed his
chest.  ████████stated he pulled down her boy short panties and he
produced a large white vibrator with a large head.  She stated it was
within a drawer in his master bathroom.  He rubbed the vibrator on her
vagina area.  ████████advised he never penetrated her vagina with the
vibrator.

He continued to rub her vagina with the vibrator as he continued to
masturbate.  ████████stated she was very uncomfortable during the
incident but knew it was almost over.  Epstein climaxed and started to
remove himself from the table.  He wiped himself with the towel he had
on previously and went into the shower area.  ████████got dressed and
met with████████in the kitchen area.  Epstein came into the kitchen and
provided████████$200.00 for bringing ████████and paid $200.00 to████████
for providing the massage.  ████████was told to leave her telephone
number with Sarah, his assistant for future contact.  ████████provided
her cellular telephone number for future contact.  ████████ was asked
if she was recently contacted about this investigation by anyone from
the Epstein organization.  She replied she was called but it was for
work.  She stated she was called by Sarah for her to return to work
for Epstein.  ████████stated work is the term used by Sarah to provide
the massage in underwear.  ████████advised she declined, as she was not
comfortable in providing that type of work.  The interview was
concluded and the videotape was placed into evidence.

Investigation Continues..

**★★★★★★★★★★★★★★★★★★★★★★★★ N A R R A T I V E   # 16 ★★★★★★★★★★★★★★★★★★★★★★★★★**
                Reported By: RECAREY, JOSEPH              11/10/05
                Entered By: ALTOMARO, NICKIE A.          11/10/05

On November 7, 2005, I made telephone contact with████ ████████who
advised she would be able to meet with me at her home.  Det. Sandman
and I traveled to her home in████████ ████████and made contact with
████████  During a sworn taped statement,████████stated she met
Jeffrey Epstein through Haley Robson.  Robson would approach females
who wished to work for him.  ████████ stated she was asked to work for
him but declined.  ████████explained that work means give massages.
She was asked about any formal training in providing massages to which
she said no.  ████████said she accompanied Robson and other females

```
)ate:  7/19/06              PALM BEACH POLICE DEPARTMENT            Page:     48
'ime: 15:01:37                   Incident Report              Program: CMS301L
```
------------------------------------------------------------------------

'ase No.   .   . : 1-05-000368                              (Continued)

who were taken to Epstein s house to provide massages.
further stated she had been to the house approximately 4 or 5 times in
the past year.  She accompanied Robson with ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓ the 14-year-old victim, and ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.
Each time the girls were taken over, they were previously told they
would have to provide a massage, possibly naked.  It was also told that
should Epstein require them to do anything extra and they were not
comfortable just to tell him and he would stop.  ▓▓▓▓▓▓▓▓ stated
Robson received $200.00 for each girl she brought over to massage
Jeffrey Epstein.  When I asked which girl appeared to be the youngest,
she replied, the victim, as she stated she was fifteen years old at
the most; she looked really young.  ▓▓▓▓▓▓▓▓▓ further stated each time
she went to the house, she sat in the kitchen and waited with Robson
until the massage was over.  She further stated that the cook would
make lunch or a snack for them as they waited.  I asked her if there
was anything that caught her attention within the home.  ▓▓▓▓▓▓▓
stated there were a lot of naked girls in photographs throughout the
house.  The interview was concluded and the tape was turned into
evidence.


Investigation Continues. .


********************** N A R R A T I V E  # 17 ************************
                     Reported By: RECAREY, JOSEPH            11/10/05
                     Entered By.: ALTOMARO, NICKIE A.        11/10/05

Det. Dawson and I attempted contact with ▓▓▓▓▓▓▓▓▓▓ in ▓▓▓▓▓▓▓▓.
I left my business card at her front door.  Ms ▓▓▓▓▓▓▓▓▓▓▓▓▓
returned my call and arranged a meeting with me at the Palm Beach
Police Department for November 8, 2005.  At approximately 2:00pm,
▓▓▓▓▓▓▓▓ arrived at the Palm Beach Police Department.  She was brought
into the interview room and the door was closed for privacy.  She was
told that I appreciated her coming to the police station for
questioning regarding an on going investigation.  She was told that I
was investigating a crime involving Jeffrey Epstein and knew, based on
the investigation, that she had encounters with him in the past.
During a sworn taped statement, ▓▓▓▓▓▓▓▓ stated she had met Epstein
approximately two years ago.  She was first introduced to Epstein by
Haley Robson.  Robson approached her about working for Epstein and
providing a massage to him for $200.00.  The arrangements were made
and as Robson could not take her the day the arrangements were made,
▓▓▓▓▓▓▓▓▓▓▓ took ▓▓▓▓▓▓▓▓▓▓▓▓also attended ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓ and was familiar with Epstein.


▓▓▓▓▓▓▓▓recalled she was brought there and entered through the back
kitchen door.  She had met with an assistant Sarah and another
assistant Adrianna.  Sarah brought her upstairs as she observed
several photographs of naked females throughout the house. ▓▓▓▓▓▓▓▓▓
stated Epstein came in the room, wearing only a towel, and laid on the
table.  ▓▓▓▓▓▓▓▓ stated he picked out the oils he wanted her to use and
requested she remove her clothing to provide the massage. ▓▓▓▓▓▓▓▓▓
stated that on the first massage she provided she did not remove her

```
-------------------------------------------------------------------
Date:  7/19/06            PALM BEACH POLICE DEPARTMENT        Page:     49
Time: 15:01:37                 Incident Report            Program: CMS301L
-------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                         (Continued)
    clothing.  ▓▓▓▓▓▓ stated she had returned several times after that.
    Each time she returned more things happened.  ▓▓▓▓▓▓ stated that the
    same thing would happen.  Epstein would walk into the master
    bedroom/bathroom area wearing only a towel.  He would masturbate as
    she provided a massage.  ▓▓▓▓▓▓ stated she was unsure if he climaxed
    as he masturbated under the towel.  Additionally she never looked below
    his waist.  She claimed that Epstein would convince her to remove her
    clothes.  She eventually removed her clothes and stayed in her thong
    panties.  On occasion, Epstein would use a massager/vibrator, which
    she described as white in color with a large head, on her.  Every time
    she provided a massage he would masturbate.  ▓▓▓▓▓▓ added she has no
    formal training in providing a massage.  ▓▓▓▓▓ stated she brought
    two females during her visits to provide massages.  ▓▓▓▓▓ stated she
    brought a girl named ▓▓▓▓▓ and ▓▓▓▓▓▓ from ▓▓▓▓▓▓
    ▓▓▓▓▓▓▓ stated she received $200.00 for each girl she
    brought.  Additionally, ▓▓▓▓▓ was given $200.00 for taking her in the
    very beginning.  The interview was concluded and the tape was placed
    into evidence.

    Investigation continues...


    ************************** N A R R A T I V E   # 18 **************************
    ∆          Reported By: RECAREY, JOSEPH                      11/13/05
                Entered By.: ALTOMARO, NICKIE A.                  11/14/05

    On November 8, 2005, I made telephone contact with ▓▓▓▓▓▓▓▓▓ W/F,
    ▓▓▓▓▓▓▓▓▓ at her residence.  ▓▓▓▓▓ responded to the police station
    for an interview reference an ongoing investigation.  At approximately
    2:30 pm, she arrived at the Palm Beach Police Station and was brought
    into the interview room for the interview.  The door was closed for
    privacy and she was told that I appreciated her cooperation in this
    case.  During a sworn taped statement, ▓▓▓▓▓ stated she had met
    Jeffrey Epstein approximately one year ago.  She was approached by a
    subject known to her as ▓▓▓▓▓▓▓.  ▓▓▓▓▓ had asked her if she wanted
    to make money providing massages to Epstein.  ▓▓▓▓▓ had heard that
    several girls from ▓▓▓▓▓▓ were doing this and
    making money.  She agreed and was taken to the house by ▓▓▓▓▓ ▓▓▓▓▓
    had introduced her to Sarah and Epstein and brought her upstairs to a
    master bedroom and Master bathroom where a massage table was prepared
    and the proper oils were taken out.  ▓▓▓▓▓ left the room and waited
    downstairs for ▓▓▓▓▓ ▓▓▓▓▓▓ stated Epstein entered the room wearing a
    towel and she provided a massage wearing only her thong panties.
    ▓▓▓▓▓ advised Epstein had masturbated every time she provided a
    massage.  She stated Epstein continued to masturbate until he
    climaxed; once that occurred the massage was over.  She felt the whole
    situation was weird but she advised she was paid $200.00 for providing
    the massage.  She also stated ▓▓▓▓ received $200.00 for bring ▓▓▓ to
    Epstein.

    ▓▓▓▓▓ stated she had gone a total of 15 times to his residence to
    provide a massage and things had escalated from just providing a

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Date:  7/19/06          PALM BEACH POLICE DEPARTMENT          Page:       50
Time: 15:01:37              Incident Report                  Program: CMS301L
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

Case No . . . : 1-05-000368                                  (Continued)
massage.  Epstein began touching her on her buttocks and grabbed her
closer to him as he masturbated.  Epstein also grabbed her breasts and
fondled her breast with his hands as she provided the massage. ▆▆▆▆▆▆
stated on one occasion, he offered extra monies to have vaginal
intercourse.  She stated this all occurred on the massage table. ▆▆▆▆▆▆
▆▆▆▆▆▆ stated Epstein penetrated her vagina with his penis and began
having intercourse with her until he reached the point of climax.
Epstein removed his penis from her vagina and climaxed onto the
massage table. ▆▆▆▆▆▆ received $350.00 for her massage.  I asked her
if she had any formal training in providing massages, ▆▆▆▆▆ stated she
did not.

▆▆▆▆▆▆ continued to state on one other occasion, Epstein introduced his
assistant, Nada, into the massage.  Nada was brought into room with
▆▆▆▆▆ to provide a massage.  Epstein had them kiss and fondle each
other around the breasts and buttocks as they provided a massage to
Epstein.  Epstein, watched and masturbated as this occurred.  On other
occasions, Epstein introduced the large white vibrator/massager
during the massage.  Epstein stroked the vibrator/massager on ▆▆▆▆▆▆▆
vagina as she provided the massage.

▆▆▆▆▆▆ stated the last time she spoke with anyone at the house, was
with Sarah during the weekend of October 2 or 3, 2005. ▆▆▆▆▆ stated
she had brought two people to the Epstein house.  She provided the
names of ▆▆▆▆▆▆▆▆▆▆▆▆▆ and ▆▆▆▆▆▆ (unknown last name).  It should
noted, ▆▆▆▆▆ had been previously identified as ▆▆▆▆▆▆ and had
been previously interviewed.  The interview was concluded and the
videotape was placed into evidence via the locker system.

On November 9, 2005, Sgt Frick and I traveled to 6791 Fairway Lakes
Drive in Boynton Beach, Florida in hopes to interview Juan Alessi, the
former houseman of Epstein's home.  As no one was home, a business
card was left for him to return my call.  We then traveled to 11349 SW
86th Lane in Miami in hopes to interview Alfredo Rodriguez, a former
house man of Epstein.  We did not locate them at home.  I left a
business card for him to return my call.

We then traveled to ▆▆▆▆ ▆▆▆▆▆▆▆▆▆ and met with Dean of Students, Mr.
▆▆▆▆▆.  We requested to speak with ▆▆▆▆▆▆▆▆▆ ▆▆▆▆▆ was re
interviewed, as she still was in possession of the rental car that
Epstein had acquired for her. ▆▆▆▆▆▆ stated that Sarah, Epstein's
assistant, had called her on her cellular telephone and informed her
that rental was extended for her.  Sarah stated she had paid an
additional $625.00 for her to keep the rental an extra month. ▆▆▆▆▆▆
was asked if she had any additional contact with either Epstein or
anyone from his organization. ▆▆▆▆▆ stated she did not, other than
the telephone call informing her that she could keep the car for an
extra month. ▆▆▆▆ did not provide any additional information.

On November 10, 2005, at approximately 9:47 am, Alfredo Rodriguez had
telephoned reference my business card found on his door.  Rodriguez
stated he had worked with Epstein for approximately six months after

```
----------------------------------------------------------------------
)ate:  7/19/06           PALM BEACH POLICE DEPARTMENT         Page:      51
'ime:  15:01:37               Incident Report             Program: CMS301L
----------------------------------------------------------------------
```

ase No. . . . : 1-05-000368                              (Continued)

the previous houseman left. Rodriguez stated that it was his
responsibility to keep the identity of the masseuses private. Mr.
Epstein had a massage in the morning and one in the afternoon. Mr.
Rodriguez stated he would rather speak about this in private. He
advised he would come to the police station to speak with me.
Rodriguez stated he would return my call on Monday, November 14, 2005.

I then made telephone contact with Juan Alessi. He advised he found
my card on his door and wanted to know what I needed to speak with him
about. I explained to Alessi that I was conducting an investigation
on his former employer, Mr. Epstein. Alessi stated he would return my
call shortly as he was in the middle of a project at his home. I
received a telephone call from Attorney Donald Morrell from 686-2700.
Mr. Morrell stated he represented Mr. Alessi and did not want me
speaking with his client. I then made telephone contact with the
State Attorney s Office and confirmed that subpoenas would be issued
to the former employees to assist in the investigation.

I then made telephone contact with Attorney Guy Fronstin, attorney for
Mr. Epstein. I explained to Mr. Fronstin that I would like to speak
with Mr. Epstein. He stated Mr. Epstein is not in residence in
Florida at this time and would check with him to ascertain if he could
be here by Wednesday November 16, 2005 for an interview. Mr. Fronstin
stated he would return my call should Mr. Epstein decide to come in to
the police station for an interview.

Investigation continues.

*********************** N A R R A T I V E   # 19 ***********************
                Reported By: RECAREY, JOSEPH              11/15/05
                Entered By.: ALTOMARO, NICKIE A.           11/16/05

On November 14, 2005, Det. Sandman and I traveled to ██████████
██ in ████████ ████████ and spoke with ██████████     She was
told of the ongoing investigation involving Epstein. ████ advised
she had gone to the house on several occasions. During a sworn taped
statement, she advised she started going to the house approximately
one year ago and was brought by ██████ (Unknown last name). ██████████
stated ████████, brought her into the house and she was introduced to a
girl named Sarah. Once she met her, Sarah brought her upstairs into a
master bedroom bathroom. ████████stated she met Jeffrey in the
bathroom. He lay on the table and picked the massage oils. She
provided the massage, as he lay naked on the massage bed. She stated
she rubbed his calves and back area. Upon the end of the massage,
Epstein removed himself from the massage table and paid her $300.00
for the massage.

████████stated she had only been at the house approximately five or
six times. ████████said each time she went to the house she was
notified by Sarah, Epstein's assistant, that Epstein was in town and
would like her to work. ████████stated she returned to the house and
was again led upstairs by Sarah. She provided the massage, clothed.

```
-----------------------------------------------------------------------
.ate: 7/19/06            PALM BEACH POLICE DEPARTMENT          Page:   52
.ime: 15:01:37                Incident Report             Program: CMS301L
-----------------------------------------------------------------------
```

.ase No. . . . : 1-05-000368                                  (Continued)

▓▓▓▓ advised it wasn't really weird until later on. ▓▓▓▓ was
asked if she ever removed her clothing to provide a massage. ▓▓▓▓
stated it was not until the third time she went that she removed her
clothing. ▓▓▓▓ stated she was notified by Sarah that Epstein
wanted her to come to work. She arrived at the house and was led
upstairs by Sarah. She started providing the massage when Epstein
asked her to remove her clothing. ▓▓▓▓ removed her pants, shirt
and bra. She stayed in her thong panties and continued rubbing
Epstein. Epstein turned over onto his back and she rubbed his chest
area. ▓▓▓▓ stated she knew he was masturbating himself as she
providing the massage. ▓▓▓▓ stated she believed he climaxed based
on his breathing. She did not want to view either the climax or the
fact that he was masturbating. ▓▓▓▓ stated once the breathing
relaxed he got up and told her to get dressed. She was paid $300.00
for her services.

▓▓▓▓ stated on the last time she went to provide a massage, she
was notified by Sarah to come to the house and work. ▓▓▓▓ stated
she was now dating her current boyfriend and did not feel comfortable
going. She recalled it was approximately January 2005. She said she
went, already thinking that this would be the last time. She went
upstairs and went into the master bathroom. She met with Epstein,
who was wearing only a towel as he entered the room to lie on the
table. ▓▓▓▓ stated Epstein caught her looking at the clock on
several occasions. Epstein asked her if she was in a hurry. ▓▓▓▓
stated her boyfriend was in the car waiting for her. ▓▓▓▓ further
stated that Epstein got upset, as she wasn't enjoying the massage.
She told him that she didn't want to continue and she would not be
back. Epstein told her to leave as she was ruining his massage. I
asked her if she had any contact with Epstein's organization, she
stated she received $200.00 from Western Union in Royal Palm Beach and
Okeechobee Blvd as a Christmas gift. ▓▓▓▓ advised she had no
formal training in provide any massages. ▓▓▓▓ also stated she was
sixteen years old when she first went to Epstein's house.

At approximately 4:22 pm, I made telephone contact with ▓▓▓▓ ▓▓▓▓
at ▓▓▓▓ She agreed to meet with me at a public place. I
suggested she come to the police station for an interview. ▓▓▓▓ did
not want to meet at the police station. I recommended we meet at the
Palm Beach Gardens Mall in the food court area. She agreed and an
appointment was made for November 15, 2005 at 5:00 pm at the food
court.

Investigations Continue.

*********************** N A R R A T I V E   # 20 ***********************
             Reported By: SANDMAN, JENNIFER R.              11/16/05
             Entered By.: ALTOMARO, NICKIE A.               11/17/05

     On 10/20/2005, I assisted executing a search warrant at 358 El
Brillo Way in the Town of Palm Beach, Palm Beach County Florida under
the direction of affiant Detective Joe Recarey.

```
-----------------------------------------------------------------------
Date:  7/19/06              PALM BEACH POLICE DEPARTMENT        Page:        53
Time: 15:01:37                  Incident Report                Program: CMS301L
-----------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                              (Continued)

    Detective Melnichok and I searched the pantry room that is west next to the kitchen.  This room had all white cabinets with a dark grey and black counter top.  We did not find anything in this room.

    We searched the yellow and blue room that is west next to the pantry room.  This room had a very large statue of man with a bow.  Taken into evidence from this room were nine photographs in frames of various women.

    We searched the main entrance foyer that is to the north of the yellow and blue room.  This room contained two bamboo chairs and ottomans with cushions.  It also contained a round table with numerous books.

    We searched another blue room that is west of the foyer.  This room had a stereo system and book shelves that were from the floor to the ceiling.  Taken into evidence from this room were eight photographs in frames of various women and/or Epstein, the owner of the residence.

    We searched the room to the west of the blue room that has sliding glass doors that lead out to the pool.  In this room in a dresser were two DVD's and two VCR tapes.  These items were taken into evidence.

    We searched a 2004 black Chevy Suburban bearing Florida tag X99-EGL, registered to Jeffrey Epstein DOB 01/20/53, which was located on the east side of the driveway facing south.  I found a Thrifty rental agreement between the passenger seat and the middle console.  The name on the rental agreement was Johanna Sjoberg from 622 Holly Drive Palm Beach Gardens, Florida 33410.  The phone number on the rental agreement was (561) 714-0546.  The vehicle rented was a white 2005 Chrysler Sebring bearing Florida tag W99-FUN.  The vehicle was rented on 9/25/05 at 17:58 hours and was returned on 9/26/05 at 16:52 hours.  The last four numbers of the credit card used are 9821.  Detective Melnichok found a piece of paper in the middle console that said I used the cash in here to fill up the tank and was signed by Johanna.

    I searched the 2005 black Cadillac Escalade ESV bearing Florida tag Q29-9GT, registered to Jeffrey Epstein dob 01/20/53, which was located on the west side of the driveway facing south.  I did not find anything in this vehicle.

    All of the items that were taken into evidence were photographed in the place they were located and then turned over to crime scene.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* N A R R A T I V E   # 21 \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

                Reported By: RECAREY, JOSEPH          11/17/05
                Entered By.: ALTOMARO, NICKIE A.     11/17/05

```
ate:  7/19/06          PALM BEACH POLICE DEPARTMENT          Page:      54
ime: 15:01:37               Incident Report               Program: CMS301L
```

ase No. . . . : 1-05-000368                              (Continued)

On November 15, 2005, Det. Sandman and I traveled to ████ ████
████ in ████████████████.  We met with ████ ████████, a
seventeen-year old juvenile who was not in school this day due to a
cold from which she was suffering.  ████████was told that I needed to
speak with her in reference to an ongoing investigation involving a
subject she would know as Jeffrey Epstein.  Prior to speaking with
her, I explained that because of the fact that she is a minor, I
needed to speak with her parents prior to speaking with her.  She
telephoned her father, Mr. ████████████, on his cell phone and
explained to him that Det. Sandman and I were there to speak with her.
I spoke with Mr. ████████ on the telephone and informed him I needed
to speak with his daughter in reference to an ongoing investigation.
Mr.████████ advised he had no problem with us speaking with his
daughter.

During a sworn taped statement, ████████ stated she met Jeffrey
Epstein over a year ago.  She was sixteen years of age and was
approached by ████████who informed her that she could make monies
providing a massage to Epstein for $200.00.  ████████had informed her
that she would have to provide this massage topless.  ████████made the
arrangements with Epstein and his assistants and took████████ to the
house.  ████████ stated████████and she entered through a glass door
that led into a kitchen.  ████████took her upstairs, to a master bedroom
and master bathroom.  She recalled the bathroom had a large pink
couch, sauna and matching shower.  Epstein entered into the room
wearing only a towel.  ████████ and████removed their clothing
remaining only in thong underwear.  She further stated that Epstein
lay on his chest on the table.  Epstein selected which oils to use for
the massage.  Both ████████and ████ provided the massage on his
legs, back and feet.  Forty minutes into the massage, Epstein turned
over onto his back and requested████ wait downstairs in the kitchen
area for████ Epstein instructed████████to finish the massage.
As ████████got dressed, ████████ starting rubbing his chest. ████████
left the room, and Epstein began masturbating himself as████████
rubbed Epstein s chest. ████████ stated he continued masturbating
until he climaxed on the towel he was wearing.  When asked if he had
removed the towel she stated he turned the towel around so that the
opening would allow him to expose himself.  After he cleaned himself
off with the towel, he instructed ████████ the massage was done and to
get dressed and met with him downstairs.  ████████got dressed and met
with Epstein in the kitchen area.  She was paid $200.00 dollars for
providing the massage.  ████████stated she was aware that ████ also
received monies for the same thing.

The second time she went to the house she was again approached by
████████.  ████asked if she wanted to return to the house to provide
another massage;████████ agreed and the arrangements were made by
████████for her to return to the house.  ████████ stated████ drove her
to the house and knocked on the same glass door that leads to the
kitchen area.  They were allowed entry into the house by one of the
staff members. ████████led her upstairs to the master bedroom and

```
ate:  7/19/06           PALM BEACH POLICE DEPARTMENT          Page:   55
ime: 15:01:37              Incident Report                  Program: CMS301L
```

ase No. . . . : 1-05-000368                              (Continued)
master bathroom area. ▓▓▓▓ left ▓▓▓▓▓▓ this time to do the massage
alone.  Epstein entered the room again wearing only a towel. ▓▓▓▓▓
began removing her clothing as she did the last time she was at the
house.  Epstein instructed her to get naked.  He lay on the table on
his stomach as ▓▓▓▓ began massaging his legs and back.

As ▓▓▓▓▓ finished with Epstein's back and legs, Epstein then turned
over onto his back. ▓▓▓▓▓▓ started to rub his chest and he began
masturbating himself.  As ▓▓▓▓ rubbed his chest, Epstein leaned
over and produced a massager/vibrator.  He turned it on and began
rubbing ▓▓▓▓▓▓▓vagina and masturbating himself at the same time.
▓▓▓▓▓ stated she continued to rub his chest as this was occurring.
She described the vibrator/massager as large, grey with a large head.
Epstein rubbed her vagina for approximately two to three minutes with
the massager/vibrator.  He then removed the vibrator from her vaginal
area and concentrated on masturbating himself. ▓▓▓▓▓▓ stated he
climaxed onto the towel again and informed her that the massage was
done. ▓▓▓▓▓▓ got dressed and met with ▓▓▓ who was waiting in the
kitchen area.  She received $200.00 for the massage. ▓▓▓▓▓ said
she never returned to the house and had no desire to return to the
house. ▓▓▓▓▓ was asked if she received any formal massage
training.  She advised she had no formal training. ▓▓▓▓▓▓ was asked
if Epstein knew her real age. ▓▓▓▓▓ stated he knew as he asked her
questions about herself and high school.  He was aware she attended
and is still attending ▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓.

The interview was concluded.  I suggested ▓▓▓▓▓▓ inform her parents
of what occurred at the Epstein house. ▓▓▓▓ stated she would tell
her father as he was unaware this had occurred.  I left my business
card for any questions they may have.  We left the area and returned
to the police station.  The tape was placed into evidence.

Investigation Continues.

*********************** N A R R A T I V E   # 22 ***************************
              Reported By: RECAREY, JOSEPH                   11/17/05
              Entered By: ALTOMARO, NICKIE A.                11/17/05

On November 15, 2005, Officer Munyan and I responded to the Palm Beach
Gardens Mall food court section to meet with ▓▓▓▓▓ ▓▓.  At
approximately 5:10 p.m., ▓▓▓▓▓ arrived and met with us at the food
court. ▓▓▓▓▓provided a sworn taped statement in which she stated
she had been at the Epstein house over fifty times.  She began going
to Epstein's house when she turned eighteen years old. ▓▓▓▓▓was
asked if she knew of the on-going investigation. ▓▓▓▓stated she
was aware there was an investigation as she had been told by other
girls that were interviewed.  Additionally, she has had several
telephone conversations with Epstein's assistants as to what had been
going on during the investigation.

I asked ▓▓▓▓how she was introduced to Epstein. ▓▓▓▓▓stated she
did not want to disclose who brought her to the house but she would

```
-----------------------------------------------------------------------
Date: 7/19/06            PALM BEACH POLICE DEPARTMENT        Page:    56
Time: 15:01:37                 Incident Report           Program: CMS301L
-----------------------------------------------------------------------
Case No. . . . : 1-05-000368                              (Continued)
```

respond to any other questions.  When I asked her what happened at the
house, ▬▬▬▬ stated everything happened.  It all began with the
massages.  Each time she went more things happened.  She would massage
Epstein and he would masturbate and climax.  She stated things
escalated from there.  She provided oral sex on Epstein and he
provided oral sex on her.  She stated he would also use a
massager/vibrator on her vagina to stimulate her as she massaged him.
He introduced his assistant Nadia or Nada to have vaginal intercourse
with ▬▬▬▬.  She stated Nada or Nadia would utilize a strap-on
(synthetic penis) to have intercourse with her.  She was told to
masturbate herself as Epstein and Nada had sexual intercourse.  All
this was done at Epstein's direction.

▬▬▬▬ could not provide exact dates as she had been to the house so
many times. ▬▬▬▬ stated Epstein inserted his fingers in her vagina
to stimulate her as she massaged him.  When I asked her if there had
been any vaginal intercourse with Epstein, she stated she did not have
sex with him.  She did admit having sex with Nada, his assistant.
▬▬▬▬ stated not every time she went involved sexual favors.
Sometimes she would just talk with him and get paid.  I asked her how
much she was paid each time she went to Epstein s residence. ▬▬▬▬
stated she got paid $300.00 every time she went to the house.  She was
told to bring other girls to him to provide massages. ▬▬▬▬ declined
stating that she does what she does and did not want to introduce
anyone else to do what she does. ▬▬▬▬ stated she had never received
any formal training in providing massages.

I showed ▬▬▬▬ a photo line up in which Nada Marcinkova was placed in
position six.  She reviewed the six photographs and immediately
identified Nada Marcinkova as the person with whom she had
intercourse.  Additionally, it was the same person she watched have
intercourse with Epstein.  She signed the photo line-up under Nada
Marcinkova s photo as the person she identified.  We then left the
mall and returned to the police station.  The photo line up and tape
were placed in to evidence.

Investigation Continues...


*********************** N A R R A T I V E   # 23 ***********************
                     Reported By: RECAREY, JOSEPH            11/29/05
                     Entered By.: ALTOMARO, NICKIE A.        12/01/05

On November 17, 2005, I received a phone message from Atty. Guy
Fronstin who advised to call his cellular phone reference his client
Jeffrey Epstein.  I telephoned his cell phone and left a message for
him to return my call.  I did not receive a call back on Thursday,
November 17, 2005.  On Friday, November 18 2005, I retrieved another
voice mail from my work phone from Mr. Fronstin advising he would not
produce his client Jeffrey Epstein for any statement.  Fronstin stated
he had spoken with ASA Lana Belohlavek and expressed Mr. Epstein has a
passion for massages.  I called ASA Lana Belohlavek and confirmed that

```
Date:  7/19/06          PALM BEACH POLICE DEPARTMENT          Page:      57
Time:  15:01:37                Incident Report              Program: CMS301L
```

Case No. . . . : 1-05-000368                                (Continued)

Fronstin had telephoned her reference this case.  Although nothing was
discussed, Mr. Fronstin did advise her that Epstein is very passionate
about massages.

I also spoke with ASA Daliah Weiss reference the previous employees,
Juan and Maria Alessi.  She advised that they had been served through
a subpoena process server.  They were both scheduled to appear on
Monday November 21, 2005 at 12:00 p.m.

On November 21, 2005, I met with ASA Weiss, Atty. Donnie Murrell and
Juan and Maria Alessi at the State Attorney Office.  ASA Weiss had
requested a court reporter to be present to take the statement of the
Alessi s.  I spoke with Maria Alessi, in the presence of her attorney,
Donnie Murrell.  She advised she had worked for Epstein for eight
years, from the period of 1994 through 2002.  She advised she had
never had any direct conversations with him.  She stated it was her
husband who spoke directly with Epstein.  Her work consisted of doing
house cleaning, shopping and other preparations when Epstein would
arrive in town.  Alessi stated the preparations consisted of preparing
the house and bathrooms for his arrival.  She advised she did view
several masseuses that arrived at the house.  She advised that two or
three girls would come during a day and provide the massages.  The
girls that arrived looked young in age.  Mrs. Alessi did not know any
of the girls personally and were always different.  She was told that
when Epstein was in residence he did not want to encounter the Alessis
during his stay in Palm Beach.

I then spoke with Mr. Alessi in the presence of his attorney, Donnie
Murrell.  Mr. Alessi stated that he was employed for eleven years with
Mr. Epstein.  He originally was hired as a part time employee and then
moved up into a full time position.  His duties included everything.
Alessi stated he was the house manager, driver and house maintenance
person.  It was his responsibility to prepare the house for Epstein s
arrival.  When asked about cooks or assistants, Alessi stated they
traveled with Epstein on his private plane.  He remembered dealing
with his girlfriend, Ms. Maxwell originally and then dealt with
Epstein directly.

I asked Mr. Alessi about massages that occurred within the home.  Mr.
Alessi stated Mr. Epstein had up to three massages a day.  Each
masseuse that visited the house was different.  Alessi stated that
towards the end of his employment, the masseuses were younger and
younger.  When asked how young, Mr. Alessi stated they appeared to be
sixteen or seventeen years of age at the most.  The massages would
occur in Epstein's bedroom or bathroom.  There were times he recalled
that he would set up the massage tables either in Epstein s bedroom or
in his bathroom.  I asked if there were things going on other than a
massage.  Alessi stated that there were times towards the end of his
employment that he would have to wash off a massager/vibrator and a
long rubber penis, which were in the sink after the massage.
Additionally, he stated the bed would almost always have to be made
after the massage.  Alessi was never privy to what went on during the

```
Date: 7/19/06              PALM BEACH POLICE DEPARTMENT          Page:      58
Time: 15:01:37                   Incident Report             Program: CMS301L
```

Case No. . . . : 1-05-000368                                      (Continued)
    massages.

He was asked if he remembered any names of the girls that massaged
Epstein. He tried to remember and was unable to provide any exact
names of any girls. Alessi was asked about any contact with anyone
from the Epstein organization. Alessi said he did speak with Mr.
Epstein shortly after my initial contact with him to find out what was
going on. Alessi also stated that approximately on November 11, 2005,
he was contacted by a private investigator from the Law Office of Roy
Black. The investigator had called him to meet with him to ascertain
what he was going to tell the police. Alessi stated they met at the
Carrabba s Restaurant in Boynton Beach and discussed the same
questions I was asking him. I informed Mr. Alessi and Mr. Morrell
that as this is an ongoing investigation and anything we discuss
should be confidential. They both acknowledged the fact that the
information would be kept confidential. It should be noted that a
court reporter was present during the interviews and would be
providing a copy of the statements to me when they become available.

On November 21, 2005, I received a voice mail from Mr. Fronstin who
advised he would not be making Mr. Epstein available for any
statements. He did have some words that he wanted to relay on behalf
of Mr. Epstein. I telephoned his office and left a message for him to
return my call.

On November 29, 2005, I received a call back from Mr. Fronstin who
left a voice mail after hours on November 28, 2005, advising he would
return my call during normal business hours to speak with me reference
the case on November 29, 2005.


*********************** N A R R A T I V E   # 24 ***********************
                  Reported By: RECAREY, JOSEPH              11/29/05
                  Entered By.: ALTOMARO, NICKIE A.          12/01/05

On November 29, 2005, at approximately 2:30 p.m. I received a
telephone call on the department issued cell phone. Mr. Fronstin
stated he was calling to relay information that Mr. Epstein wished he
could relay. Mr. Fronstin stated that he would not allow Mr. Epstein
to speak with me at this time. He further stated that Mr. Epstein is
very passionate about massages. He continued that Mr. Epstein had
allegedly donated over $100,000 to the Ballet of Florida for massages.
The massages are therapeutic and spiritually sound for him that is
why he has had many massages. Mr. Fronstin stated he appreciated the
way the investigation has not been leaked out into the media. I
explained to Mr. Fronstin that it is as important to protect the
innocent if the allegations are not substantiated. Mr. Fronstin was
told of the allegations that the private investigators assigned to the
case have been portraying themselves as police officers.
Additionally, I explained that my cell phone had been called by the
private investigators. Mr. Fronstin advised he was not aware of that
and advised they were under the direction of Attorney Roy Black in

```
Date:  7/19/06              PALM BEACH POLICE DEPARTMENT          Page:      59
Time:  15:01:37                   Incident Report                Program: CMS301L
--------------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                              (Continued)
    Miami.  Mr. Fronstin further stated Epstein had originally called Mr.
    Dershorwitz in Boston, who recommended Roy Black in Miami, who asked
    Mr. Fronstin to assist.  I informed him that if and when any charges
    would be presented I would notify him.  The call was then terminated.

    Investigation continues.


\*********************** N A R R A T I V E   # 25 ************************
JA
                        Reported By: RECAREY, JOSEPH               12/15/05
                        Entered By.: ALTOMARO, NICKIE A.           12/16/05

    A review of the telephone message books, which were obtained during
    the search warrant, was conducted in which various messages from
    different dates were made to Jeffrey Epstein.  The telephone message
    books have a duplicate copy (Carbon Copy) which, once a phone message
    is written into the book, the top copy is then torn on the perforated
    edge and the carbon copy is left in the book.  First names of girls,
    dates and telephone numbers were on the copy of the messages.  I
    recognized various numbers and names of girls that had already been
    interviewed.  The body of the messages was time of the day that they
    called for confirmation of "work."  Other names and telephone numbers
    were located in which the body of the messages were, "I have girls for
    him" or "I have 2 girls for him."  These messages were taken by Sarah
    for Jeffrey Epstein.  Based on the context of the body of the
    messages, I requested subpoenas for subscriber information on the
    telephone numbers and the time frame involved.  Copies of the messages
    were made for evidentiary purposes.

    I obtained ████████ ████████ yearbooks for 2005, 2004 and
    2003.  I first reviewed the 2005 yearbook and located most of the
    girls I had spoken with.  Additionally, I located ████████
    Based on the corrected name spelling, I was able to locate her to her
    residence in ████████.  On December 8, 2005, Det. Caristo and I
    responded to ████████ in ████████ I located ████████ at
    her home.  She advised she is attending ████████ ████████ and is
    participating in the early release program so she can maintain her
    part time job.  As she is still a minor, I left my business card to
    have her mother return my call to request an interview with her
    daughter.  We then left the area.

    I also had previously researched the telephone number for ████████ and
    telephone number ████████  A subpoena had been issued for the
    information on ████████  The telephone number was registered to
    ████████ of ████████  A query of ████████ revealed
    that she is the daughter of ████████ and is currently residing at
    ████████  Det. Caristo and I attempted
    contact with ████████ with negative results.  I left my business card on
    her front door requesting she return my call.  We then responded to
    ████████  I also attempted contact with
    Mr ████████ with negative results.  I left my business card for him to
    return my call.

```
Date: 7/19/06          PALM BEACH POLICE DEPARTMENT        Page:      60
Time: 15:01:37              Incident Report               Program: CMS301L
```

Case No. . . . : 1-05-000368                              (Continued)

On December 9, 2005, I received a telephone call from ▇▇▇ ▇▇▇
▇▇▇ ▇▇▇ mother, who was made aware of the on going
investigation in Palm Beach. ▇▇▇ advised she was told of
everything that occurred at Epstein's house involving Epstein and his
staff.  She advised she would allow me to question her daughter about
what occurred and would cooperate with the investigation. ▇▇▇
provided me with ▇▇▇ cellular telephone number to schedule an
appointment for an official interview.  I telephoned her cellular
telephone and made a tentative appointment for Monday, December 12,
2005.

I then received a telephone call from ▇▇▇ ▇▇▇, father of ▇▇▇
▇▇▇ who stated he found the business card on his door.  I
explained that I was conducting an investigation and needed to speak
with ▇▇▇ as she may have information that could assist in the
investigation.  Mr. ▇▇▇ stated that his daughter no longer resides
with him and has her own trailer in another trailer park.  He advised
he would tell her to call me.

On December 12, 2005, due to a conflict with schedules, arrangements
were made to meet with ▇▇▇ ▇▇▇ on Tuesday, December 13, 2005
at 5:00 pm.  On December 13, 2005, Det. Dawson and I traveled to
▇▇▇ and met with ▇▇▇  During a sworn taped
statement, ▇▇▇ stated that when she was sixteen years old, she was
taken to Epstein's house to provide a massage for money. ▇▇▇
stated it was before Christmas last year when ▇▇▇ approached
her and asked if she needed to make money for Christmas; ▇▇▇ stated
she did and agreed to provide a massage for money. ▇▇▇ made
arrangements to take ▇▇▇ to the house and drove ▇▇▇ to the house
to "work." ▇▇▇ stated she could not remember the street name but
would be able to drive to the street.  They drove to the last house on
the street and pulled in the last house on left side.  They walked up
the driveway and entered through a side gate which led to a kitchen
door.  They knocked on the door and were encountered by an employee
who ▇▇▇ described as a "Spanish looking lady." They informed her
that they were expected.  They were then encountered by a white female
with long blond hair. ▇▇▇ was unable to remember the name of the
white female with blond hair but knew she was Epstein's assistant.
She was led upstairs by the white female who explained that there
would be lotions out already and Epstein would choose the lotion he
wanted her to use.  She was led through a spiral staircase which led
to a master bedroom and bathroom.  The massage table was already set
up in the bathroom. ▇▇▇ described the bathroom as a large spacious
bathroom with a steam room and shower beside it with a sink to the
right. ▇▇▇ was introduced to Jeff who was on the phone when she
entered.  Jeff was wearing a white towel and lay on his stomach so
that ▇▇▇ may massage his feet and calves. ▇▇▇ started the
massage with the massage oil Jeff chose and rubbed his feet and
calves.  Jeff got off the phone and requested she massage his back as
well. ▇▇▇ began rubbing his back and got to the small of his back.
During the rubbing of his back Jeff asked her to get comfortable.  He

```
------------------------------------------------------------------
Date:  7/19/06          PALM BEACH POLICE DEPARTMENT        Page:      61
Time:  15:01:37              Incident Report            Program:  CMS301L
------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                              (Continued)
requested she remove her pants and shirt. ▓▓▓▓▓ removed her shirt
and pulled her pants off. ▓▓▓▓▓ stayed in her bra and thong panties.
 As she finished the small of the back, Jeff then turned onto his
back.  He instructed she rub his chest and pinch his nipples.  As she
began to rub his chest, Jeff asked her questions about herself.
▓▓▓▓▓ remembered telling him she attended ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓.  Jeff asked her if she was sexually active.  Before ▓▓▓▓
could answer, he also asked what sexual positions does she enjoy.
▓▓▓▓▓ stated she was shy didn't like talking about those things.  She
continued rubbing his chest.  Epstein reached up and unsnapped her bra
from the front. ▓▓▓▓▓ explained the bra she used had a front
snapping device.  Epstein rubbed her breasts and asked her if she like
having her breasts rubbed. ▓▓▓▓▓ said "no, I don't like that."
Epstein then removed his towel and lay on the bed naked exposing his
penis to ▓▓▓▓.  He began touching his penis and masturbated as he
touched her breasts. ▓▓▓▓▓ explained Jeff then touched her vagina
area by rubbing her vagina with his fingers on the outside of her
thong panties. ▓▓▓▓▓ tensed up and stated Jeff was aware that she
was uncomfortable.

▓▓▓▓▓ stated that Jeff told her , "Relax, I'm not going inside." She
further explained Jeff commented to her how beautiful and sexy she
was.  Jeff then moved her thong panties to one side and now was
stroking her clitoris. ▓▓▓▓▓ said "Jeff commented how hard my clit
was." He then inserted two fingers in her vagina and was stroking her
within her vagina.  She tried pulling back to pull out his fingers
from within her vagina.  Jeff removed his fingers from within her
vagina and apologized for putting his fingers inside her.  During this
time he kept his hand on her vagina area rubbing her vagina. ▓▓▓▓▓
stated he rubbed her real hard as he was masturbating. ▓▓▓▓▓ said he
climaxed onto the towel he had been previously wearing and got up from
the table.  Jeff told her there was $200.00 dollars for her on the
dresser within the master bathroom.  Jeff also told her that there was
an additional $100.00 that was to be given to ▓▓▓▓ for bringing her
there to massage him.  Jeff told her to leave her telephone number
with his assistant as he wanted to see her again.  Jeff stated his
assistant would contact her to work again soon.

I asked her if she ever received any formal massage training to which
▓▓▓▓▓ stated she did not. ▓▓▓▓▓ stated it was the only time she
ever went to work for Jeff and knew what happened to her was wrong.
She stated she no longer speaks to ▓▓▓▓ because she was upset that
▓▓▓▓ took her there.  She further stated that she had never been
contacted for any additional work.  The interview was terminated and
we left the area.

   Investigation Continues...


▌* * * * * * * * * * * * * * * * * * * *  N A R R A T I V E   # 26  * * * * * * * * * * * * * * * * * * * * *
                     Reported By: DICKS, ALLEN C.              12/18/05
                     Entered By.: ALTOMARO, NICKIE A.          12/19/05

```
Date:  7/19/06            PALM BEACH POLICE DEPARTMENT          Page:      62
Time: 15:01:37                 Incident Report               Program: CMS301L
```

Case No. . . . : 1-05-000368                              (Continued)

On 102005 at approx 0930hrs I assisted with the execution of a search warrant at 358 El Brillo Ave, Palm Beach.

Initially I was assigned to enter the residence and conduct a sweep of the premises for safety purposes. I then accompanied CSEU tech Pavlik while she photographed the exterior of the house. Once this was complete I was assigned to search certain areas of the house with Det. Dawson as part of the search warrant.

We began in the garage, searching three Mercedes Benz vehicles, a Harley Davidson motorcycle and adjacent closets in the garage. Nothing of evidentiary value was located.

We then searched two closets off the kitchen area on the east side. These can best be described as pantry or storage closets. Nothing of evidentiary value was obtained.

A small office with adjoining bath was then searched. In the bath area I located a phone message book with recent messages. This item was seized as evidence. Please note this bath and shower area are not used as designed but are storage areas containing a variety of items to include a gun safe in the shower and assorted household items.

We then searched a bath area and closet at the base of the main stairs in the foyer. Inside the closet two massage tables were located as well as partial nude female photographs. These items were later seized as evidence. Nothing of evidentiary value was noted in the bathroom.

We then searched two bedrooms upstairs on the east side of the residence. Located in the bath room of the south bedroom was penis shaped soap. Located in the bedroom of the northern bedroom was penis and vagina shaped soap as well as an adult sex toy. These items were seized as evidence.

We then searched the pool cabana located in the south west corner of the property. Several photographs of nude females were seized as evidence.

I was then assigned to stand by with a person I believe was Douglas Schoettle. Mr. Schoettle was in the residence at the beginning of the search warrant. He was present during the warrant service and subsequent search. I stood by with him until the search was completed and I departed the residence. I had no conversation with him regarding the reason for our presence.

Regarding seized evidence, all items were photographed in place and then collected by CSEU personnel.

This concludes my involvement in this case.

```
--------------------------------------------------------------------
Date:  7/19/06          PALM BEACH POLICE DEPARTMENT          Page:     63
Time:  15:01:37               Incident Report            Program: CMS301L
--------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                           (Continued)

************************** N A R R A T I V E   # 27 **************************
IA
                    Reported By: KRAUEL, CURTIS D.              12/21/05
                    Entered By.: ALTOMARO, NICKIE A.            12/21/05

On Thursday, October 20, 2005 at approximately 0936 hours, I assisted
in the execution of a search warrant located at 358 El Brillo Way,
Palm Beach, Florida, residence of Jeffrey Epstein.  I was instructed
by Case Agent Det. Joseph Recarey, to secure all computer and media
related material from the residence.

Upon my arrival I was directed by Det. Recarey to a room designated as
the Kitchen Staff Office.  I observed a, Silver in color, CPU with the
left side cover removed, exposing the CPU s hardware sitting on floor
next to a glass type desk.  The CPU had no discernable identifiers or
features indicating a make or model.  This CPU was powered off with
the power cord not plugged in.  The keyboard and mouse were atop the
CPU.  It should be noted that the CPU was not connected to a monitor,
printer, or other media device.  On the back Panel of the CPU, I
observed an A/V card with RCA jacks attached.  This type of hardware
would allow audio and video to be downloaded onto the CPU s hard disk.
 The ends of the RCA jacks were unattached at the time of the search
and no external camera was located within this room.

The CPU was located on the right side of a desk that held a flat panel
LCD screen.  The desk also held another keyboard and mouse, indicative
of a second computer; however, no other computer was found.  It
appeared as though a second computer had been recently removed as the
cables ends from the monitor, keyboard and mouse were in the same
area.  A further search of the room revealed no media storage devices,
i.e. CD s, Floppy Disks, Zip Disks, etc.  This type of media is
commonly stored in an area where computers are placed, yet no media
was found.

After completing a search of this room, I secured the CPU and turned
all items over to the Evidence Custodian for future forensic analysis
via a property receipt.

I was then directed by Det. Recarey to a room designated as the Garden
Room, where I observed a wooden desk facing west.  The desk held a
flat screen LCD monitor, keyboard, mouse, media card reader and
printer; however, no CPU was located.  All of the cables were removed
from an area where a computer had once been.  A search of the desk
area revealed no signs of any media devices.

Det. Recarey directed me to a third location designated as the Cabana
room, which is detached from the residence and located just south of
the pool.  In the South East corner of the room, I observed an office
type setting, with an L-shaped desk holding a flat screen LCD monitor,
keyboard, mouse and printer; however, no CPU was located.  All of the
cables were removed from an area where a computer had once been.  A
search of the desk area revealed no signs of any media devices.

```
-------------------------------------------------------------------
)ate:  7/19/06          PALM BEACH POLICE DEPARTMENT         Page:      64
'ime: 15:01:37                Incident Report            Program: CMS301L
-------------------------------------------------------------------
```

'ase No. . . . : 1-05-000368                              (Continued)

Det. Recarey directed me to a second detached structure located on the
South East corner of the property.  This area of this structure was
assigned with single letters to identify a particular part of the
room.  In the office area, designated as Room B, I observed a powered
on Dell Dimension 2350, attached to an LCD flat panel monitor.  The
screen displayed an open Microsoft Internet Explorer browser with URL
address of http://home.bellsouth.net/.  I observed no other active
windows in the Start panel window and photographed screen.  The power
cord was removed from the back of the Dell CPU and I disconnected the
cable modem to prevent remote access.  At that time, the Dell CPU,
marked with Serial Number 6WTVN21, was secured and turned over the
evidence custodian for future forensic analysis via property receipt.
I also located several media related items within Room B, which were
recorded onto a property receipt and turned over the Evidence
Custodians.

I then responded to a Bedroom designated as Room F, where I observed a
white in color CPU marked Premio.  The Premio CPU was in a computer
desk which held a white CRT monitor, both of which were powered on.
The CRT monitor displayed a message from Norton Antivirus software,
warning of an expired subscription.  I observed no other active
windows in the Start panel window and photographed screen.  I removed
the power cable from the back of the Premio CPU and shutdown all other
media.  The Premio CPU, marked with Serial Number 2000091078, was
secured and turned over the evidence custodian for future forensic
analysis via property receipt.  I also located several media related
items within Room F, which were recorded onto a property receipt and
turned over the Evidence Custodians.

This concluded my participation in the search of the residence.


:********************** N A R R A T I V E  # 28 ***************************
٦                 Reported By: RECAREY, JOSEPH               12/21/05
                  Entered By.: ALTOMARO, NICKIE A.           12/21/05

On December 20, 2005, I contacted ASA Daliah Weiss in an attempt to
subpoena the Epstein former houseman, Alfredo Rodriguez.  Rodriguez,
who resides in Miami, had eluded the process servers previously and
was not served the investigative subpoena.  A telephone message was
left as she is not available during the week of 12/19/2005.  I made
contact with State Attorney Inv Theresa Wyatt and requested the same
via telephone message.

I then researched the victim's ███ cellular telephone subpoena data
which had been received from a previous subpoena request.  I analyzed
the records which depict several calls from Haley Robson.  The
telephone calls start on February 6, 2005 at 12:49 pm.; the same day
which the victim and the victim's father stated the incident occurred
at Epstein s house.  The first incoming call was from Robson's
residence at 561 333-0180.  The second incoming call from Robson's

```
-------------------------------------------------------------------
ate:  7/19/06          PALM BEACH POLICE DEPARTMENT       Page:    65
ime:  15:01:37              Incident Report          Program: CMS301L
-------------------------------------------------------------------
```

ase No. . . . : 1-05-000368                              (Continued)

cellular phone 561-308-0282 occurred at 1:02 pm. The call durations
were one minute or less.  The time frame was within thirteen minutes
apart.  It should be noted that Robson s residence was in close
proximity to the victim's.  The next call occurred at 5:50 pm when the
victim telephoned Robson s residence. Several calls were made after
the above mentioned calls both incoming and outgoing to Robson.
Further analysis showed no telephone calls to either Robson's cellular
telephone or Robson's residence were registered prior to February 6,
2005.

Additionally, I also conducted an analysis on the telephone calls from
305-710-5165.  The subscriber information confirmed that the number is
registered to Paul A Lavery from Hialeah, Florida.  The address was
crossed referenced to the Office of Kiraly and Riley Private
Investigators.  I researched the web page www.rileykiraly.com which
also showed various cases in which they assisted.  I also located
another web site under www.coralspringssparklandrotary.org in which
Mr. Riley attended a Miami Rotary meeting and confirmed Atty. Roy
Black is among his clientele.

The telephone calls revealed Lavery had telephone contact with ▆▆▆▆▆
▆▆▆▆, ▆▆▆▆▆ ▆▆▆▆▆ and ▆▆▆▆ ▆▆▆▆▆ either just after I attempted to
interview them, or just prior.  A background was conducted on Lavery
which revealed he holds a current Private Investigator License.  A
criminal arrest record revealed he had been previously arrested for
possession of cocaine and solicitation of prostitution.

I also researched the girls using www.myspace.com.  This web site is a
new social networking service that allows members to create unique
personal profiles online in order to find and communicate with old and
new friends.  The site allows one to establish your own myspace.com
page and decorate the page any way one wishes.  I found the following
people have myspace sites:  Haley Robson, ▆▆▆▆▆▆▆, ▆▆▆▆▆▆▆▆▆,
▆▆▆▆▆▆▆▆▆, ▆▆▆▆▆▆▆, ▆▆ ▆▆▆▆▆▆▆, and
▆▆▆

I received a Cingular Wireless packet which contained a CD which
contained the results of the subpoena request for verbatim calls on
▆▆▆▆▆▆▆▆▆▆  An analysis will be conducted in the near future on the
phone numbers called.

Investigation Continues.


********************** N A R R A T I V E  # 29 ***************************
             Reported By: RECAREY, JOSEPH                 12/27/05
             Entered By.: ALTOMARO, NICKIE A.              12/29/05

Upon doing research on the message books recovered in the search
warrant, I located the identity of ▆▆▆▆▆▆▆  The telephone number
▆▆▆▆▆▆▆▆▆was registered to ▆▆▆▆▆▆▆▆▆  She currently is
seventeen years old and is attending the ▆▆▆▆▆▆▆▆▆.  I

```
------------------------------------------------------------------------
ate:  7/19/06            PALM BEACH POLICE DEPARTMENT         Page:    66
ime: 15:01:37                 Incident Report          Program: CMS301L
------------------------------------------------------------------------
```

ase No. . . . : 1-05-000368                                  (Continued)
   responded to ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ also known as the ▓▓▓▓
▓▓▓▓▓▓▓▓▓▓  I located the ▓▓▓▓▓▓▓▓▓▓▓▓▓▓  I located▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓ inside the foundation and informed her that I was
investigating a case against Jeffrey Epstein and knew she had been at
the house. ▓▓▓▓▓▓▓▓started to cry and advised she had put that part
of her life behind her.  I explained that although she is seventeen
years old I needed to inform her parents that she would be
interviewed.  She provided her home telephone number.  I attempted
contact and left voice mail messages at the house to speak with her
parents.

Det. Caristo and I then located ▓▓▓▓▓▓▓▓▓▓at her residence located
at ▓▓▓▓▓▓▓▓▓▓in▓▓▓▓▓▓▓▓▓▓  I attempted to interview her
about Jeffrey Epstein.  She advised she is so in love with Jeff
Epstein and would do anything for him.  She further explained that she
would not speak with us about him either negative or positive.  She
asked us to leave her property.  I informed her that although she did
not wish to speak with us, I had sufficient information at this point
in the investigation to know she was at Epstein's house and provided
girls to Epstein to work.  I also explained that prior to our arrival
at her residence I had telephone contact with her father, ▓▓▓▓▓▓▓
▓▓▓▓▓▓ who was told she would be interviewed.  ▓▓▓▓▓▓▓▓▓▓is
currently seventeen years old and as a juvenile, parental notification
would be required.  We then left the area and returned to the police
station.

While at the police station, I left another telephone message for
▓▓▓▓▓▓▓▓ parents.  I began an analysis of Sarah Kellen's Cellular
telephone.  The telephone number 917-855-3363 is assigned to Sarah
Kellen and the financially responsible party is Jeffrey Epstein of 457
Madison Ave. in New York City, New York.  The time frame which was
subpoenaed was September 2005, through October 2005.  There were
eighty seven pages of calls made either to the cell phone or from the
cell phone.  The local (561) numbers were analyzed.  A spread sheet
was prepared and placed into the attachment file of who was called.

The unknown numbers were researched using FoneFinder.com and subpoenas
were requested to determine subscriber information.  This was done to
identify additional victims or witnesses.  The analysis revealed that
Kellen had called the victim/witnesses frequently when Epstein was in
the Town of Palm Beach to "work." This confirms what the girls
interviewed had previously stated.  Kellen would notify them when
Epstein was in town and their willingness to "work." The CD was placed
into evidence.

Investigation Continues.

* * * * * * * * * * * * * * * * * * * * * * N A R R A T I V E   # 30 * * * * * * * * * * * * * * * * * * * * * * * * *
                  Reported By: RECAREY, JOSEPH              1/03/06
                  Entered By.: ALTOMARO, NICKIE A.          1/03/06

On December 29, 2005, I received a facsimile from National Compliance

```
-------------------------------------------------------------------------
Date:  7/19/06              PALM BEACH POLICE DEPARTMENT          Page:      67
Time: 15:01:37                  Incident Report              Program: CMS301L
-------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                              (Continued)

Center from Cingular Wireless for telephone number 561-308-0282.  This
was the telephone number for Haley Robson during the time frame when
the victim, ▓▓ was brought to the Epstein house to "work."  An
analysis of the phone records, of all incoming and outgoing calls,
showed that on February 6, 2005, the day the victim, ▓▓▓ was brought
to the house, Robson first called Sarah Kellen, Epstein's assistant,
at 917-855-3363at 12:50 pm (EST).  The next call was made to Epstein's
house in Palm Beach, at 12:52 pm (EST).  The following call was made
to the victim, ▓▓▓at 1:01 pm (EST) and at 1:02 pm (EST).  This
confirms the information provided by the victim and victim's father.
I photo copied the records and enlarged the page 8 of 10 to show the
calls made by Robson on February 6, 2005.

To this date, I have not heard from ▓▓▓▓▓ ▓▓▓▓▓▓▓ parents.  I
will attempt to establish contact with them during the evening hours.
I received a package from Atty. Guy Fronstin, which was hand
delivered at the police station.  Within the package, was a letter
from Alan Dershowitz, and two www.myspace.com profiles.  The profiles
were that of ▓▓▓▓▓▓ and ▓▓▓▓▓▓▓ MySpace.com is a social
networking service that allows members to create unique personal
profiles online in order to find and communicate with old and new
friends.  This package was in response to a previous meeting in which
Mr. Dershowitz called to assist in the investigation in providing any
additional witnesses such as house employees who have been reluctant
to speak with law enforcement.

I reviewed the profiles Mr. Dershowitz enclosed.  ▓▓▓▓▓ who designed
her blog to be ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓" still attends ▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓ sends and receives messages from friends which contain
some profanity.  Upon reviewing her friends' comments section from
Myspace, most of her good friends sent messages to establish contact
and invite her to go out.

I then reviewed ▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓web blog which was provided by Mr.
Dershowitz.  Ms. ▓▓▓▓▓▓designed her blog to be ▓▓▓▓▓▓▓' Her blog
states that her interests include music, theater and weed (Marijuana).
I reviewed her packet in which ▓▓▓▓declares her love for her live-in
boyfriend.  She also describes using marijuana with her boyfriend ▓▓▓

The letter Mr. Dershowitz sent advised he was looking into the
allegation that one of the private investigators used by the private
attorneys of Epstein, attempted to impersonate or state that they were
police officers from Palm Beach.  Mr. Dershowitz advised that the
investigators used to interview ▓▓▓▓▓▓▓▓▓▓▓ had "quite a distinct
speech impediment", did not claim to be nor did they impersonate
themselves as a police officer.  This package was sent to both ASA
Lana Belohlavic and ASA Daliah Weiss at the State Attorney's Office.

I made telephone contact with ASA Weiss to confirm she received the
package and request an interview with Sarah Kellen, Nada Marcinkova,
and Janusz Banasiak.  She advised she would assist in attempting to

```
-------------------------------------------------------------------
ate:  7/19/06              PALM BEACH POLICE DEPARTMENT          Page:      68
ime:  15:01:37                   Incident Report              Program:  CMS301L
-------------------------------------------------------------------
```

ase No. . . . : 1-05-000368                                    (Continued)
      contact Mr. Dershowitz.

On January 3, 2006, I received a telephone call from ASA Weiss who
informed me that she made telephone contact with Mr. Dershowitz.  She
had requested the employees be available the week of January 3, 2006.
Mr. Dershowitz informed her that the assistants are out of the
country and would require additional time to locate them and make them
available.

      Investigation Continues.

************************* N A R R A T I V E   # 31 *************************
                   Reported By: MINOT, LORI S.                      1/03/06
                   Entered By.: ALTOMARO, NICKIE A.                 1/03/06

On Thursday, 03/31/05, I started conducting surveillance at 358 El
Brillo.  At this point I observed at 1155 hours, a Tan Altima bearing
FL tag A303AN in Roadway, Black SL bearing FL tag V55RFW in drive, Tan
Honda Civic bearing FL tag X98APM in Roadway, Black Chevy Suburban in
driveway and a Black Caddy Escalade in driveway.  At 1325 Hours I
observed Tan Honda Civic X98APM in roadway, Black Chevy Suburban in
driveway, Black Caddy Escalade in drive and a White Kia car bearing FL
tag D651BQ.  At 1615 hours I observed a Tan Honda Civic, X98APM in
roadway, Black Chevy Suburban in drive, Black Caddy Escalade in
driveway and a White Kia car D651BQ in roadway.

On Friday, 04/01/05, I continued surveillance at 358 El Brillo.  At
1130 hours I observed a Tan Honda Civic bearing FL tag X98APM in
roadway, Black Caddy Escalade in driveway and a Tan unknown make/model
bearing FL tag A303AN in roadway.  At 1227 hours, I observed a Tan
Honda Civic X98APM in roadway, Black Caddy Escalade in driveway and a
Black Chevy SUV located behind the Escalade.  At 1345 hours, I
observed a Tan Honda Civic X98APM in roadway and a Black Chevy SUV in
driveway.  At 1558 hours, I observed a Tan Honda Civic X98APM in
roadway, Black Chevy SUV in driveway, Black Caddy Escalade in driveway
and a dark unknown model/make car parked in garage.

On Saturday, 04/02/05, I continued surveillance at 358 El Brillo.  At
0713 hours, I observed a Red Explorer bearing FL tag J98JEI in roadway
and a Black Caddy Escalade in driveway.  At 0814 hours, I observed a
Red Explorer J98JEI in roadway, Black Caddy Escalade in driveway and a
Tan Honda Civic X98APM.  At 0952 hours, I observed a Red Explorer
J98JEI in roadway, Black Caddy Escalade in driveway, Tan Honda Civic
X98APM in roadway and also a Grey unknown make/model with a B.M in
trunk retrieving landscaping tools.

At 1155 hours, I observed a Grey Camaro bearing FL tag ████████, parking
in the roadway in front of 358 El Brillo.  A W/F, blond hair, teens to
early 20's, thin and tall wearing a white tank top and short blue jean
shorts, exited the vehicle and walked to the rear of the house.  I
also observed a Red Explorer J98JEI in roadway, Tan Honda Civic X98APM
in roadway and a Black Caddy Escalade in driveway.  At 1310 hours, I

```
--------------------------------------------------------------------
Date:  7/19/06          PALM BEACH POLICE DEPARTMENT        Page:    69
Time: 15:01:37              Incident Report            Program: CMS301L
--------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                                (Continued)
    observed a Red Explorer W/F driver leaving the area, Tan subcompact on
    roadway and a Red Neon bearing FL tag ████████.  Then observed 3 W/Fs,
    approximately 16 to 18 years of age jogging.  All 3 females ran into
    the driveway.  There were 2 with blond hair and one brown hair.

    On Sunday, 04/03/05, I continued surveillance at 358 El Brillo.  At
    0719 hours I observed a Tan Honda Civic X98APM in roadway and a Black
    Caddy Escalade.  At 0934 hours, I observed a Tan Honda Civic X98APM in
    roadway and a Black Caddy Escalade in driveway.  At 1057 hours I
    observed only the Tan Honda Civic X98APM.

    On Tuesday, 04/05/05, I continued surveillance at 358 El Brillo.  At
    1052 hours, I observed a Red Explorer J98JEI in roadway, a Green
    Explorer, bearing FL tag F91KAK in roadway, a Grey Altima bearing FL
    tag A303AN in roadway, White Ford Truck H58LRA in roadway, Black
    Mercedes in driveway being washed by a B/M and an unknown dark car
    parked in the garage.  At 1059 hours a Blue Chevy Suburban drove to
    the house of 358 El Brillo and parked in the driveway.  At 1119 hours,
    I observed the White Fort Truck H58LRA leave the area and the drive
    was the pool man.

    At 1126 hours, I observed a Grey unknown make/model car park in
    roadway.  W/M got out of the car and walked to a house on the south
    side of El Brillo.  At 1406 hours, I observed a Red Explorer parked on
    roadway and a large white box truck parked behind the surveillance
    suburban.

*************************** N A R R A T I V E   # 32 ***************************
\                       Reported By: BATES, MICHAEL J.              1/03/06
                        Entered By.: ALTOMARO, NICKIE A.            1/03/06

    On 03/31/05, at approximately 1500 hours while conducting surveillance
    at 358 El Brillo, I observed a Black Cadillac Escalade, unknown tag, a
    Black Chevrolet Suburban, unknown tag, a Black Mercedes S600 FL tag
    U90BQL parked in the east driveway next to the 3-car garage.  There
    was a Tan Honda Civic FL tag X98APM parked on the street in front of
    the residence.

    At approximately 1700 hours, I observed the Black Suburban, Black
    Escalade, Black Mercedes and Tan Honda Civic parked in the same place.
    At 1750 hours, there was no change in vehicles.  At 1840 hours, I
    observed the Black Escalade, Black Suburban and Black Mercedes along
    with a Silver Hyundai Accent FL tag A136AN all parked in the east
    driveway and a Red Ford Explorer FL tag J98JEI parked on the street in
    front of the residence.

    At 2000 hours, I observed the Black Escalade, Black Suburban parked in
    the ease driveway and the Red Explorer and Tan Civic parked on the
    street.

    On Friday, 04/01/05 at approximately 1700 hours, I observed the Black

```
------------------------------------------------------------------------
ate:  7/19/06            PALM BEACH POLICE DEPARTMENT          Page:     70
ime: 15:01:37                 Incident Report            Program: CMS301L
------------------------------------------------------------------------
```

ase No. . . . : 1-05-000368                              (Continued)

Escalade and Black Suburban parked in the east driveway and the Tan
Honda Civic parked on the street in front of the residence.  At 1820
hours, I observed the Suburban and Civic in the same place and a Gold
Chevrolet Camaro FL tag ████████ parked on the street in front of the
residence.  At 2250 there was no change.  At 2330, I observed the
Black Escalade parked in the driveway and the Red Explorer parked on
the street in front of the residence.

On Saturday, 04/02/05 at approximately 1700 hours, I observed a Black
Escalade, unknown tag, parked in the driveway and a Tan Honda Civic FL
tag X98AMP parked in the street in front of the residence.  At 1805
hours the Escalade and Civic were in the same position and the Black
Mercedes FL tag U90BQL was also parked in the east driveway.  At 1920
hours the Escalade and Civic were the only vehicles and both were in
the same position.  At 2030 hours and 2145 hours there were no
vehicles observed.

At 2115 hours, I observed a Black Mercedes, 4-door parked in the east
driveway FL tag G14CT.  At 2300 hours, 2350 hours and 0045 hours, the
Black Mercedes was the only vehicle observed.


************************* N A R R A T I V E   # 33 ************************
                    Reported By: RECAREY, JOSEPH              1/05/06
                    Entered By.: ALTOMARO, NICKIE A.          1/05/06

I made contact with Mr. ████████ ████████ father of ████████████
who was told that I wished to interview his daughter.  Mr. ████████
stated he was aware and had spoken with his daughter about the
incident.  He stated that his daughter had previously told him that
she was hired to model lingerie at a Palm Beach mansion.  Mr. ████████
stated he knew nothing else about what she did when she went to
"work." Mr. ████████ advised he would cooperate with the investigation
and make his daughter available for interviews.  I asked if she was
available for an interview, ████████ stated she was not at home at the
moment.  I informed him I would make contact with her at a later time.
Mr. ████████ expressed his interest in the resolution in this matter
as he stated this information has affected his daughter emotionally.

On January 4, 2005, I acquired the subpoenas from the State Attorney's
Office for Cingular Wireless, Metro PCS, Verizon, Bell South
Telecommunications and Sprint for the unknown telephone numbers from
Sarah Kellen's cellular telephone.  The subpoenas were sent to the
respective telephone carriers for subscriber information.

I received a telephone call from State Attorney's Office, who informed
me that the former houseman for Jeffrey Epstein, Alfredo Rodriguez,
was present at the State Attorney's Office for an interview.
Rodriguez was issued an investigative subpoena for an interview on the
on-goings at Epstein's house during his employ.  I responded to the
State Attorney's Office and encountered Mr. Rodriguez waiting in the
lobby.  I brought Mr. Rodriguez to the interview room.

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Date:  7/19/06           PALM BEACH POLICE DEPARTMENT           Page:      71
Time: 15:01:37               Incident Report              Program: CMS301L
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

Case No. . . . : 1-05-000368                                    (Continued)

During a sworn taped statement, Mr. Rodriguez stated he was employed
by Jeffrey Epstein for approximately six months. He was referred by
associates and his employment lasted the months of November 2004
through May 2005. His responsibilities as house manager included
being the butler, chauffer, chef, houseman, run errands for Mr.
Epstein and provide for Epstein's guests. Rodriguez advised he had
very limited contact with Mr. Epstein. If Rodriguez needed to relay a
message to Mr. Epstein, he would have to notify Epstein's secretary
"Leslie" in New York City, who would then notify Epstein's personal
assistant, Sarah, who would relay the message to Epstein. Rodriguez
stated Epstein did not want to see or hear the staff when he was in
residence.

I asked Rodriguez if Epstein received many guests during his stay in
Palm Beach. Rodriguez advised he had many guests. I asked
specifically about masseuses coming to the house. Rodriguez stated he
would have two massages a day. Epstein would have one massage in the
morning and one massage in the afternoon everyday he was in residence.
Rodriguez stated he would be informed to expect someone and make them
comfortable until either Sarah or Epstein would meet with them.

Rodriguez stated once the masseuses would arrive, he would allow them
entry into the kitchen area and offer them something to drink or eat.
They would then be encountered by either Sarah or Epstein. They
would be taken upstairs to provide the massage. I asked Rodriguez if
any of the masseuses appeared young in age. He advised he didn't ask
their ages but felt they were very young. Rodriguez stated they ate
like his own daughter who is in high school. Rodriguez stated they
would eat tons of cereal and drink milk all the time. Rodriguez
stated the girls that would come appeared to be too young to be
masseuses. He stated one time under Epstein's direction, he delivered
a dozen roses to ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ for one of the girls
that came to provide a massage. He knew the girls were still in high
school and were of high school age. I asked Rodriguez about the
massages. He felt there was a lot more going on than just massages.
He would clean Mr. Epstein's bedroom after the alleged massages and
would discover massager/vibrators and sex toys scattered on the floor.
He also said he would wipe down the vibrators and sex toys and put
them away in an armoire. He described the armoire as a small wood
armoire which was on the wall close to Epstein's bed.

Epstein ordered Rodriguez to go to the Dollar rent a car and rent a
car for the same girl he brought the roses to, so that she could drive
her self to Epstein's house without incident. Rodriguez said the girl
always needed rides to and from the house. Rodriguez referred himself
as a "human ATM machine" and was ordered by Epstein to maintain a
minimum balance of $2,000 dollars on him at all times. When a girl
would come by the house and Mr. Epstein was either not in residence or
was not at home at the time, Rodriguez was to provide the girl
(masseuse) several hundred dollars for their time and to notify
Epstein the amount they were given. Epstein also ordered Rodriguez to

```
ate:  7/19/06          PALM BEACH POLICE DEPARTMENT          Page:      72
ime: 15:01:37               Incident Report            Program: CMS301L
```

ase No. . .  : 1-05-000368                                (Continued)
    purchase several gifts and provide them as tips to the girls. I asked
    what kind of gifts. Rodriguez stated he purchased IPODS, jewelry,
    anything the girls would want.

    Rodriguez stated the amount of girls that came to the house was
    approximately fifteen. Each of the girls knew each other and all
    seemed to know at ████████████████████████ who Mr. Epstein was.
    When asked to identify these girls, Rodriguez stated he could not at
    the moment but knew he wrote their names down on a journal he kept
    during his employ with Mr. Epstein. He kept a journal in the event he
    needed to explain either to Mr. Epstein or his assistants what was
    done at the house or who visited the house as he stated he was
    in-charge of Mr. Epstein's personal security while in Palm Beach. I
    informed him I would need to view this journal to which he stated he
    would research the book and contact me to provide the book. The
    interview was concluded and left the area. I returned back to the
    police station where the micro cassette was placed into evidence. At
    approximately 7:20 pm, I was notified Rodriguez located the journal
    and would call me on January 5, 2005 to provide the journal.

    Investigation Continuesàà

`************************* N A R R A T I V E   # 34 *************************
\                    Reported By: RECAREY, JOSEPH                    1/09/06
                     Entered By.: ALTOMARO, NICKIE A.                1/10/06

    On January 5, 2006, I attempted to meet with Alfredo Rodriguez to
    recover the folder or journal in which he kept the notes that were
    given to him during his employ with Mr. Jeffrey Epstein. He kept this
    folder to justify what he did during his employ should the need arise
    to justify what occurred with the monies he had to keep or any
    questions as to the petty cash he withdrew from the household account
    from the bank. At approximately 10:00 pm, I attempted contact with
    Mr. Rodriguez and discovered he was assisting his wife at her place of
    employment and would not be able to meet with me. Mr. Rodriguez
    stated he would meet with me on January 6, 2006, in Broward County, in
    the morning hours.

    On January 6, 2006, at approximately 9:00 am, I received a telephone
    call from Mr. Rodriguez who advised he had the file in hand and would
    be traveling northbound to meet with me in Broward County. At 10:50
    am, I met with Alfredo Rodriguez at the parking lot of Bank of America
    in Boca Raton on Yamato Road and Military Trail (known as the Polo
    Center). Rodriguez produced a green folder which contained documents,
    a note with Mr. Epstein's stationary with direction to deliver a
    bucket of roses to ██████████████████████████ after ███████ ████████
    high school drama performance. Also in that same note was direction
    to rent a car for ██████ ████████ and direction to extend the rental
    contract. I returned to the Palm Beach Police Station and placed the
    folder into evidence.

    I received a fax from Verizon from the subpoena request sent on

```
-------------------------------------------------------------------
ate:  7/19/06            PALM BEACH POLICE DEPARTMENT       Page:    73
ime: 15:01:37              Incident Report             Program: CMS301L
-------------------------------------------------------------------
```

ase No. . . . : 1-05-000368                              (Continued)
01-04-06, for telephone number 561-302-1844.  The phone number is
registered to Dr Perry Bard, from West Palm Beach.  Dr. Bard is a
chiropractor and has an office located 4275 Okeechobee Blvd in West
Palm Beach.  The cellular number is Dr Bard's personal cellular
number.

On January 9, 2006, Det. Caristo and I traveled to 622 Holly Drive in
Palm Beach Gardens in an attempt to locate Johanna Sjoberg, who had
been previously seen on the property and identified through her
Florida Drivers License and Florida license Plate.  A business card
was left for her to return my call.  We then traveled to the ▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓ and located ▓▓▓▓▓▓ ▓▓▓▓▓▓▓   ▓▓▓▓▓▓▓ agreed to
speak with us and in a private room within the school provided us a
taped statement.

During the statement, ▓▓▓▓▓▓ advised that when she was fifteen or
sixteen years of age, she was taken to Jeffrey Epstein's house by her
associate, ▓▓▓▓▓▓▓▓▓▓ stated this occurred late May 2004
or early June 2004.  She was told she could model lingerie for money
for a wealthy Palm Beacher.  She remembered they traveled by yellow
cab from their residence in West Palm Beach to Epstein's house.  She
remembered encountering Epstein at the front door during the evening
hours.

He introduced himself and brought them into the kitchen so that the
chef could prepare something for them to eat.  After having a meal,
▓▓▓▓▓▓ and Epstein brought ▓▓▓▓▓▓ upstairs to a master bedroom which
had a large bathroom.  She observed a large style shower, sauna and
there was a large massage bed also in the bathroom.  Epstein entered a
room within the bathroom and came out wearing only a towel.  ▓▓▓▓▓▓
said they would provide a massage on his feet.  ▓▓▓▓▓▓ asked why they
are doing this.  ▓▓▓▓▓▓ told her this was part of the routine and told
her to rub his legs and calves.  Epstein had told ▓▓▓▓▓ to get
comfortable.  ▓▓▓▓▓▓ continued rubbing Epstein's calves and feet.  At
Epstein's direction, ▓▓▓▓▓▓ then left the room leaving ▓▓▓▓▓ there
by herself.  Epstein told ▓▓▓▓ to get comfortable.  ▓▓▓▓▓ removed
her blouse and pants and stayed in her panties.  ▓▓▓▓▓ stated she
was not wearing a bra.  She believed she was wearing thong panties.
Epstein turned over onto his back and began touching her.  Epstein
touched her breasts and began touching her in her vagina area.
Epstein instructed her to rub his chest and rub his nipples.  ▓▓▓▓▓▓
stated the touching consisted over the panties on the first time; he
stroked her vagina but stayed on top of the panties.  During the first
massage, she stated Epstein was stroking her and began masturbating
himself at the same time.  He put his hands under the towel and
appeared as to masturbate himself however she never saw his penis.
She continued rubbing his chest until he grabbed her and pulled her
closer to him.  He appeared to have climaxed because after he pulled
her closer to him the massage was over.  Epstein had told her that
there was two hundred dollars for her on the dresser.  He told her
that she could not tell anyone what happened at the house or bad
things could happen.  ▓▓▓▓▓▓ stated she went to Epstein's house three

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
ate: 7/19/06            PALM BEACH POLICE DEPARTMENT          Page:      74
'ime: 15:01:37              Incident Report             Program: CMS301L
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

ase No. . . . : 1-05-000368                            (Continued)
or four times total. ████████was very scared and felt very nervous.
She knew because of Epstein's money he was powerful. After the
massage, Epstein ordered his houseman at the time to drive the girls
home. The employee was to drop off the girls at their house and watch
them go inside their house.

████████ could not remember who the houseman was. She stated Epstein
and his assistant Sarah would call her at her father's house to
arrange for her to come and "work." She advised each time she returned
to the house, Epstein would do the same thing. ███████stated it was
a routine with Epstein. She would rub his feet and calves. He would
then turn over and begin to touch her on her vagina area. The only
difference was that it was done without panties. Epstein's fingers
would stroke her vagina area as he would masturbate and finally climax
and the massage would be over. She was paid $200.00 each time she
went. Each time she went she was reminded not to speak of what
happened at the house and that she would be contacted again. She
began to purposely miss the calls when either Sarah or Epstein would
call her. She once brought a friend, ████████ unknown last name, to
work for Epstein. She was paid $200.00 for bringing██████ █████████
stated she no longer retuned to work for Epstein. She also stated
that she wanted to notify the police of what happened at the house.
████████stated she was scared of what could have happened to her or
her family if she notified authorities.

On January 10, 2006, I received the results from the subpoena from
BellSouth Telecommunications for telephone number ████████████ The
number is assigned to Mr. ███████ ███████, ████████ ████████father in ██████
██████ I also received the results from Western Union which
confirmed the money order sent to ████████████████from Jeffrey
Epstein in New York City. The "wire" was sent by Jeffrey Epstein of
457 Madison Ave in New York City. The "wire" was sent on December 23, 2004 at 12:05 pm.
The amount of $222.00 was charged to Epstein's credit card so that
████████ could receive $200.00 in ██████████████████ The twenty-two
dollars was for processing and local fees to send the money via
Western Union. A copy of the check presented to ████████ was also
attached to the receipt of the wire. This confirmed what ██████████
advised she received as a Christmas bonus from Epstein.

Investigation continues.

*********************** N A R R A T I V E   # 35 ************************
                Reported By: RECAREY, JOSEPH              1/10/06
                Entered By.: ALTOMARO, NICKIE A.          1/10/06

I received and reviewed the Cingular Wireless results from the
subpoena requests for subscriber information for telephone numbers
561-818-8361, 561-389-6874 and 561-309-0079. The first number,
561-818-8361, is assigned to Janusz Banasiak in care of Jeffrey
Epstein of 457 Madison Ave in New York City. Banasiak is the current
houseman/house manager for 358 El Brillo Way in Palm Beach, Fl 33480.
The second number, 561-389-6874, is assigned to Christina Venero of

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
ate:  7/19/06              PALM BEACH POLICE DEPARTMENT           Page:      75
ime: 15:01:37                    Incident Report               Program: CMS301L
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

ase No. . . . : 1-05-000368                                     (Continued)
    1685 61st Drive in West Palm Beach.  Research conducted on Venero
    revealed she is a licensed Massage therapist with a Florida
    conditional/active license number MA39723.  Venero had been previously
    arrested for battery / unwanted touching and DUI.  Requests for copies
    of the reports involving the arrests were requested from the Palm
    Beach County Sheriff's Office.  The last number 561-309-0079 is
    assigned to Thomas Rofrano of 9850 Alt A1A in Palm Beach Gardens.
    Research on Mr. Rofrano, revealed that he is a Florida Chiropractic
    Physician.

    Vehicles that were previously documented on the property while
    surveillance was being conducted were researched.  I determined a tan
    Chevrolet Camaro, bearing Florida license ████████ was seen on the
    property in which a young white female was seen entering the Epstein
    property.  Research was conducted which revealed that the vehicle is
    registered to ████████ of ████████.  Mr. ██████ has two daughters,
    ████████ and ██████ is currently residing in
    Connecticut and ████████ is residing with her father in ████████.
    Research on ████████ revealed she was recently involved
    in a traffic stop in Lake Clarke Shores in May 19, 2005.  A request to
    discover any information from the stop was requested.

    I spoke with ASA Daliah Weiss who informed me that Janusz Banasiak
    will be available for an interview tomorrow at the State Attorney's
    Office in West Palm Beach at 1:30 pm.  I informed her that I would be
    at her office for the interview.

*********************** N A R R A T I V E   # 36 ***********************
              Reported By: RECAREY, JOSEPH                   1/23/06
              Entered By.: ALTOMARO, NICKIE A.               1/23/06

On January 19, 2006, Det. Caristo and I met with Johanna Sjoberg at
622 Holly Drive in Palm Beach Gardens.  Sjoberg was identified as a
licensed massage therapist who had previously been seen on Epstein's
property when physical surveillance was done.  Sjoberg was told of the
on going investigation and I felt she may have information pertaining
to the case. During a sworn taped statement, Sjoberg stated she met
Epstein three years ago when Ghaline Maxwell approached her while she
was attending Palm Beach Atlantic College to work around Epstein's
house.  Maxwell had told her that they needed some girls to work at
the house to answer phones and run errands.  Sjoberg accepted the job
and began working at Epstein's house on El Brillo in Palm Beach.
Sjoberg stated it was a part time job during the time she went to Palm
Beach Atlantic College.  She continued going to Epstein's house and
would be notified when Epstein would travel to Palm Beach.  Sjoberg
advised she would be notified by Maxwell, Epstein or Sarah, his
assistant, when he would travel to Palm Beach.  Sjoberg stated she
began providing massages to Epstein before she became a massage
therapist.  She continued giving massages not only to Epstein but to
Nadia Marcinkova, and Sarah, his assistant.  Sjoberg was asked about
what occurred during the massages.  Sjoberg stated as she was twenty

ase No. . . . : 1-05-000368                                  (Continued)

three years old when she met Epstein, anything that happened was
between two consenting adults. I explained to her that she was not in
any trouble however as part of this investigation, I needed to ask
certain questions. Sjoberg stated that there were times that Epstein
would ask her to perform during the massage. He would instruct her to
rub his nipples as he masturbated himself. Sjoberg stated she felt
"grossed" about the behavior but as she was getting paid, she just
continued. Sjoberg also advised she would on occasion perform the
massages naked. Epstein would on occasion, utilize the
vibrator/massager on her vagina area when she performed the massages.
Sjoberg explained that Epstein never exposed himself to her as he
maintained himself covered under the towel he would be wearing. When
Epstein would masturbate he would be covered.

I asked if Sjoberg ever received any gifts, or any gratuities from
Epstein. Sjoberg advised aside from being paid well, she advised
Epstein took care of her tuition from Palm Beach Atlantic College.
She received a rental car for a week when her scooter broke down.

Additionally she received other gifts from Epstein. Epstein also
recommended her to another client who resides at Breakers Row in Palm
Beach. The client she was referred to was "Glenn" unknown last name,
and his wife, who she provided a massages to. The statement was
concluded and placed into evidence upon our return to the Palm Beach
Police Department.

While at the police station, I researched Florida tag ███████which
was also previously seen on the property when there was physical
surveillance being done at the property. The vehicle is registered to
███████ of ███████         Researching Mr. ████ and the
vehicle revealed that his daughter, ████████ had been driving
the vehicle and was cited for unlawful speed in Lake Clark Shores.
The vehicle is a tan, Chevrolet Camaro, 2-door. I researched ████████
███████, date of birth, ████, resides at ███████████ in
███████ of ████ has a my space page called
www.myspace.com/███████. In her web page, shows various photos of
████ photographed at a beach. An interview is forthcoming.

A review of the video disks which was extracted at the Palm Beach
County Sheriff's Office Computer Crime Unit revealed that only one
hidden camera was functional at the time. Several images of Epstein
working at his office were seen. Additional footage of Sarah Kellen
and Nadia Marcinkova was seen. There was other footage of females
seen. The identity of the females is unknown at this time, until such
time as I meet with certain females to show the video footage to
confirm if, in fact, it is them on the video. At this time it appears
that ███████ and Haley Robson are seen sitting with Epstein beside
his desk in the evening hours. Due to poor lighting, a direct
confirmation cannot be made at this time.

Inv. Continues.

```
-------------------------------------------------------------------------
ate:  7/19/06                PALM BEACH POLICE DEPARTMENT          Page:      77
ime: 15:01:37                     Incident Report               Program: CMS301L
-------------------------------------------------------------------------
```

ase No. . . . : 1-05-000368                               (Continued)
************************* N A R R A T I V E   # 37 *************************
A                    Reported By: RECAREY, JOSEPH                   1/30/06
                     Entered By.: ALTOMARO, NICKIE A.               1/30/06

On January 25, 2006, Det Caristo and I, responded to ▓▓▓ ▓▓▓▓▓▓▓▓
▓▓▓ in ▓▓▓▓▓▓ and met with ▓▓▓▓▓, ▓▓▓, ▓▓▓▓▓ stated last
year, when she was seventeen years of age, she met Jeffrey Epstein
through her former room mate ▓▓▓▓▓▓▓▓was allegedly dating
Epstein at the time. ▓▓▓ and ▓▓▓ had once cohabitated together
when they modeled. ▓▓▓▓ explained ▓▓▓ called her on her telephone
and advised her that she was in Palm Beach and requested to see her.
▓▓▓▓ made arrangements to meet with her at Epstein's house. ▓▓▓▓
arrived and met Epstein and ▓▓▓. ▓▓▓ and ▓▓▓ went to the Palm
Beach Mall together and went shopping. ▓▓▓▓ advised that ▓▓▓ and
she had received money from Epstein to go to the mall. They visited
Victoria's Secret and purchased undergarments from the store utilizing
monies given by Epstein. ▓▓▓▓ advised she purchased one item and
▓▓▓▓ purchase various items. The money used to purchase the items
was the money given by Epstein.

▓▓▓ and ▓▓▓ continued shopping and having a day together. ▓▓▓▓
stated ▓▓▓ explained how she and Epstein have been dating each other
and he has been paying all of her bills. ▓▓▓▓ claimed ▓▓▓ advised
they met in New York and had been dating ever since. They later
returned to Epstein's home and encountered Epstein. He had a brief
conversation with ▓▓▓ about her modeling career. He knew of her
modeling career from ▓▓▓ He requested to see her modeling
portfolio and explained that he could help her with modeling jobs.
▓▓▓ had her book with her to show ▓▓▓ and showed the book to
Epstein. He commented negatively about her photographs and portfolio.
▓▓▓ felt uncomfortable with the comments made as she had been
working with other professional modeling companies who had offered her
work from her photographs. Epstein requested to see what was
purchased at the mall. ▓▓▓▓ took out the undergarments which were
purchased. She immediately showed Epstein different sets purchased.
Epstein then requested to view what ▓▓▓ purchased. ▓▓▓▓ was
reluctant to show the outfit however since it was Epstein's money that
purchased the item, she pulled it out of the bag. Epstein asked her
to try it on. ▓▓▓ looked at ▓▓▓ who told her "yeah, try it on."
Feeling compelled to try the undergarment outfit on; she went to
another room and put on the bra and panty set. She walked out to the
living room where they were sitting, and modeled the suit. She then
went back into the other room and changed back into her clothes.
▓▓▓ returned into the room and told ▓▓▓ she would be going home.
▓▓▓ scheduled another day for ▓▓▓ to return for massages with her.

▓▓▓ stated within that same week, she returned to meet with ▓▓▓
and have a massage. ▓▓▓ had told her that she would be unable to
stay with her as she would be going on a bike ride with Epstein.
▓▓▓ explained she could stay at the house and take advantage of the
massage.

```
-----------------------------------------------------------------------
ate: 7/19/06           PALM BEACH POLICE DEPARTMENT         Page:    78
ime: 15:01:37                 Incident Report            Program: CMS301L
-----------------------------------------------------------------------
```

ase No. . . . : 1-05-000368                               (Continued)

████ stated she met with an unknown massage therapist and had the
table already set up in a guest room. ████ removed her clothing,
leaving her panties on, and wrapped herself with a towel for the
massage. ████ remembered that the door to the guest room was closed
but not locked. As the therapist was working her back, the door was
opened by Epstein and entered into the room. ████ was trying to
conceal herself as Epstein was talking to her about his chiropractic
session. Epstein told ████ turn over onto her back. ████
eventually turned over exposing her breasts to Epstein as he applied
pressure on her shoulder and her waist. ████ stated Epstein "popped"
her back. ████ removed her self from the table, got dressed and left
the house. ████ further stated ████ had attempted to call her on
several occasions to invite her back to Epstein's house to which ████
replied "I'm busy." ████ advised she has not had contact with either
████ or Jeffrey Epstein. It should be noted that her mother,
████ was present during the interview. The interview was
concluded and we thanked them her for their time.


*********************** N A R R A T I V E  # 38 ***************************
                  Reported By: RECAREY, JOSEPH              1/31/06
                  Entered By.: ALTOMARO, NICKIE A.          1/31/06

On January 27, 2006, I made telephone contact with Christina Venero,
at 772-878-7280. Venero is a licensed massage therapist who had
frequented the home of Jeffrey Epstein. Ms. Venero has been unable to
meet with me in Palm Beach County, and because she lives and works in
Port St Lucie, a telephone interview was conducted. I explained to
Ms. Venero that there was an on going investigation involving Jeffrey
Epstein.

Venero stated she knows Epstein and has been employed by him for
approximately three years. Epstein has paid Venero to perform Swedish
Massages (Deep Tissue) on him and other guests. Venero explained that
approximately three year ago she met Ghislaine Maxwell and Jeffrey
Epstein through a mutual friend. Epstein and Maxwell were looking for
a massage therapist. Venero stated since that time, she is notified
when Epstein is coming to Palm Beach. Venero stated she comes to his
house and provides the massage or massages. Venero explained she has
also massaged his guests and assistants. Venero continued that she is
paid $100.00 and hour for the massage.

I asked Venero if anything occurred during the massage that would have
made her feel uncomfortable. Venero stated she only provided massages
and that was it. She never was approached for anything else. I asked
if Epstein ever asked her to rub his chest she stated she would not
rub his chest as that is not part of her massage. Venero explained
that she was not Epstein's type. The girls she would see at Epstein's
house were very thin, beautiful and without tattoos. Venero explained
she has several tattoos that are visible. Maxwell and Epstein have
commented negatively about her tattoos previously when she has
provided massages.

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
ate:  7/19/06         PALM BEACH POLICE DEPARTMENT          Page:    79
ime: 15:01:37              Incident Report               Program: CMS301L
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
ase No. . . . : 1-05-000368                              (Continued)
```

Venero stated she only provided massages for Epstein and his
associates and nothing happened during those massages.  Venero stated
as she does Swedish style massages, the patient is usually sore after
the massages.  I thanked her for her assistance and the interview was
concluded at this time.

I received a facsimile from T-Mobile Cellular service on telephone
number 561-317-5844, which is assigned to David Rodgers, pilot for Mr.
Epstein, who resides in Lake Worth.  Rodgers' telephone number was
dialed on several occasions by Sarah Kellen.  A background on Rodgers
indicated he has a valid FAA pilot license First Class for the
Southern FAA Region.  Rodgers has another historical FAA license for
Airline Transport Pilot.

Investigation Continues.

*********************** N A R R A T I V E   # 39 ***********************
                 Reported By: RECAREY, JOSEPH            2/14/06
                 Entered By.: ALTOMARO, NICKIE A.        2/16/06

On Friday, February 3, 2006, I had made arrangements to meet with
Joanna Harrison at the Palm Beach Police Station.  At approximately
1:00pm, Harrison and her friend, Victoria Bean arrived at the police
station.  During an interview with Harrison, she stated she met
Epstein when she turned eighteen years old and was brought to
Epstein's house to provide a massage.  She advised this occurred on
May of 2005.  She advised Haley Robson had informed her if she wanted
to provide a massage for $200.00.  Harrison agreed and was brought to
Epstein's house to provide a massage.  Harrison stated she had been to
the house on many occasions during the massage sessions.  Harrison
also stated she would remove her clothing to provide the massage on
Epstein.  Harrison advised Epstein would pay her $300.00 to rub his
back, legs and chest.  During the massages, Epstein would masturbate
himself as she rubbed his chest.  I asked her if Epstein ever touched
her breasts during the massages.  Harrison replied. "Yes." I asked her
if Epstein ever touched or massaged her vagina.  Harrison stated he
had on several occasions.  I asked her if he ever penetrated her with
either his penis or any other objects.  Harrison stated that during a
massage he inserted his fingers in her vagina as she massaged him.
She stated this occurred one time only.  Harrison stated the massage
would be over when Epstein would climax onto a towel.  I asked
Harrison if she had any formal massage training to which she replied
that she did not.  Harrison was then asked if she ever brought anyone
to the house to "work." Harrison stated she brought two people to the
house.  She advised she received money for bringing people to the
house to "work." Harrison stated she brought a girl named ▓▓▓▓▓ and
her friend Tory Bean.  Bean was still waiting for Harrison in the
lobby of the police station.  I thanked Harrison for her time and her
cooperation and escorted her to the lobby.

I asked Ms Bean if I could speak with her about this investigation.  I

```
-------------------------------------------------------------------------
ate:  7/19/06            PALM BEACH POLICE DEPARTMENT          Page:     80
ime: 15:01:37                  Incident Report             Program: CMS301L
-------------------------------------------------------------------------
```

ase No. . . . : 1-05-000368                                   (Continued)

brought her to the interview room and explained to her that I was
conducting an investigation on Jeffrey Epstein and felt she may have
information pertaining to the investigation.  Ms Bean identified
herself as Victoria Bean and resides in Wellington, Florida.  She
advised approximately a year ago she was brought to Epstein's house to
provide a massage for money.  Bean stated she needed to make money and
felt it was a quick way to make some money.  Bean stated she was
brought to the house by Harrison and was introduced to Epstein and his
assistant.  She was brought to his main bathroom and provided a
massage.  I asked her if she provided the massage naked.  Bean stated
she did.  She rubbed Epstein's legs, back and chest.  I asked Bean if
Epstein touched her during the massage.  She advised he did not,
however he did masturbate himself as she rubbed his chest.  Once he
climaxed the massage was over.  She was paid her money and left the
area.  Bean advised it occurred one time and she never returned to
Epstein's house.  The interview was concluded and Bean was escorted to
the lobby.

I located a telephone number for ████████████ ███ and attempted to
contact her on several occasions.  I called ████████████ and spoke
with Ms. ███████ who advised she would speak with me in ████████████
where she resides.  Due to a scheduling conflict, we were unable to
meet.  I informed her I would contact her to schedule another
appointment to speak with her about this investigation.  I have
attempted to meet with her and make telephone contact with negative
results.

On February 13, 2006, I met with David Rodgers at 7318 Heathley Drive
in Lake Worth.  Rodgers was identified as Epstein's pilot.  I spoke
with Rodgers who advised he has been employed with Epstein since 1991.
He flies both planes for Epstein depending where he wants to fly to.
Rodgers was asked about passengers in the plane he flies.  Rodgers
stated unless Epstein flew to his island off of St Thomas, there would
be no way of knowing who the passengers were.  I mentioned a recent
flight to Ohio, where Rodgers flew to Ohio to pick up ███████████
Rodgers stated he recalled flying on several occasions and did
remember ████████.  Rodgers stated once he is in the cockpit, he does not
know who the passengers are.  When he prepares the passenger
manifests, he lists Epstein and his assistants he knows by name, Sarah
and Adrianna.  Rodgers stated he would list either female or male
passengers on the manifests only to keep a count on the passengers.
Mrs. Rodgers came into the living room and recommended that her
husband consult with an attorney.  Mr. Rodgers agreed he would speak
with the family attorney to inform him of this questioning.  I
explained to Mr. Rodgers that he was not the suspect in this
investigation and ceased all questions.  Based on the fact Rodgers
could not advise who passengers were in the plane, I then left the
area.

I attempted to locate ████████ ███████ at ███ ██████ ██████ in
████████████.  I left my business card for her to return my call.  On
February 14, 2006, at 12:06 pm, I received a call back from Ms. ██████

```
ate: 7/19/06          PALM BEACH POLICE DEPARTMENT            Page:      81
ime: 15:01:37              Incident Report               Program: CMS301L
```

ase No. . . . : 1-05-000368                              (Continued)
on my voice mail. Ms ▓▓▓▓ left her telephone number for a return
call 561-662-3098.  I left her a message to return call.

     Investigation Continues..

**************************** N A R R A T I V E   # 40 ****************************
                    Reported By: RECAREY, JOSEPH              2/21/06
                    Entered By.: ALTOMARO, NICKIE A.          2/22/06

On February 15, 2006, I made telephone contact with ▓▓▓▓▓ ▓▓▓▓▓ who
provided directions to where I could locate her. Det Caristo and I
responded to 806 Old Dixie Hwy in Lake Park to meet with ▓▓▓▓▓▓
▓▓▓▓.  Upon my arrival, I met with ▓▓▓▓▓ in the parking lot directly
behind MAACO Auto Painting.  She was advised I was there to speak with
her about an ongoing investigation that concerned Jeffrey Epstein in
Palm Beach.  ▓▓▓▓ stated she knows Epstein very well and did not want
to speak with me about Mr. Epstein.  She was very fond of Epstein and
did not want to speak with me about anything concerning Jeffrey
Epstein.  I explained to her that she was seen at the house and I
would like to speak with her  She stated she knew there was an
investigation and that I had spoken with other people and therefore I
should know what happened at Epstein's house.  ▓▓▓▓ ended the
conversation and walked back into her boyfriends business, Blanton
Automotive.  Det Caristo and I left the area and returned to the
police station.

     Investigation continues.


**************************** N A R R A T I V E   # 41 ****************************
                    Reported By: RECAREY, JOSEPH              4/10/06
                    Entered By.: ALTOMARO, NICKIE A           4/10/06

A Grand Jury Session was requested during the month of February 2006,
in which all the girls that had been interviewed would have been
called to testify before the Grand Jury to seek an indictment against
Jeffrey Epstein.  Due to subsequent meetings with the State Attorney's
Office and Defense Attorney Alan Dershowitz the Grand Jury was
postponed until a later time.  Dershowitz had provided a package of
material on the main victims in this case in which they appear on
myspace.com and speak about alcohol use and some marijuana use.  The
State Attorney's Office wanted time to review the material.

I requested additional subpoenas from the State Attorney's Office in
which I requested information from Dollar Rent a Car and Jet Aviation.
The information requested from Dollar Rent a Car was for the rented
vehicle by Alfredo Rodriguez while under the employ of Epstein for one
of the victims.   The other subpoena requested was for Jet Aviation for
dates and times when Epstein's planes were in Palm Beach County.

I continued to research other names that were acquired either from
interviews or intelligence gathered during the investigation.  I

```
 ate:  7/19/06          PALM BEACH POLICE DEPARTMENT           Page:     82
 ime:  15:01:37              Incident Report               Program: CMS301L
```

ase No. . . . : 1-05-000368                                  (Continued)

located ███████████ in ███████ ███████. I responded to ███████
in ███████ During the interview, ███████ stated she
stated she knew I would be speaking with her. ███████ stated she
was first introduced to Epstein when she turned eighteen years old.
███████ stated she was sure of her age as it was her senior year in
███████. She advised she was brought there to
make money and was told she would have to provide a massage to this
Palm Beach guy. She remembered she met Epstein and his assistant
Sarah in the kitchen area. She stated she was taken by one of her
friends, ███████ She stated she went upstairs with Sarah while Epstein
got ready for the massage. He exited his bathroom naked and ██████
turned around. Epstein asked her if being naked offended her.
███████ stated it made her uncomfortable. Epstein then put on a
towel and lay on the table. ███████ stated she rubbed his back and
feet. She stated she had no massage training or experience.
███████ stated during the massage, Epstein attempted to touch her
buttocks. ███████ pulled away as he touched her buttocks. She told
him again she was uncomfortable with him touching her. Epstein then
cut the massage short and became upset with her. Epstein paid her
$200.00 for the massage and told her to leave the house. ███████
never returned to the house. She did advise of one time she went with
███████ however she waited in the car for ███ as she did not
want to go into the house. At the conclusion of ███████ visit with
Epstein they left the area. ███████ stated she had heard from other
girls that have gone to the house that Epstein now required them to do
the massage naked and allow him to touch them in their private areas
for monies. The interview was concluded as ███████ did not have any
other information to provide.

I then learned from the original victim, ████ the defense attorney had
learned of her identity. I spoke with the father of the victim, who
stated there has been a private investigator on his house
photographing his family and chasing visitors who come to the house.
He provided a Florida License of E79-4EH. This vehicle is registered to
Ivan Robles of West Palm Beach. Robles is a private investigator
intern who is licensed by the state. I informed the State Attorney's
Office of the above information.

I received the Grand Jury subpoenas to be delivered to three victims
for a Grand Jury session to be held on April 18, through April 20,
2006.

Investigation continues.

* * * * * * * * * * * * * * * * * * * N A R R A T I V E   # 42 * * * * * * * * * * * * * * * * * * * * * *
                    Reported By: RECAREY, JOSEPH              4/14/06
                    Entered By.: ALTOMARO, NICKIE A.          4/18/06

The Grand Jury Subpoenas were personally served to the individuals
they were issued to. On April 5, 2006, at approximately 7:30 p.m., I
personally served the parents of ████ who had informed me that the
private investigators were still photographing the family. On April

```
ate: 7/19/06            PALM BEACH POLICE DEPARTMENT          Page:    83
ime: 15:01:37                Incident Report                 Program: CMS301L
```

se No. . . . : 1-05-000368                              (Continued)
     10, 2006, at approximately 2:30 p.m., I served████at her residence in
     ████████████      The subpoena was given to her mother, ████

     I learned through one of the victims ████ that she was personally
     contacted through a source that has maintained contact with Epstein.
     The source assured████she would receive monetary compensation for her
     assistance in not cooperating with law enforcement. ████also stated
     she was told, "Those who help him will be compensated and those who
     hurt him will be dealt with." I told████that tampering with a
     witness/victim is an arrestable offense and very serious.  I asked her
     who approached her during this encounter. ████originally was reluctant
     to provide the name of the person who approached her to offer her not
     to testify because she felt they were still friends.

     On April 11, 2006, Det Dawson and I traveled to Tallahassee, Florida
     and met with the victim,████, identified ████████████ W/F,
     ████████, as the person who approached her in Royal Palm Beach while
     she was home during Spring Break in March 2006.████also stated she
     did not want to pursue the intimidation charges on ████ ████was
     concerned that the defense attorney was given a copy of the report as
     certain things she had told me in confidence were repeated to her by
     Beal.  Prior to our departure, the victim was given a copy of her
     subpoena for the Grand Jury which was scheduled to commence April 18,
     2006.

     Upon our return from Tallahassee, I notified the State Attorney's
     Office of what was told to me.  I also notified them that the
     subpoenas were delivered to the witnesses and they would be calling
     for arrangements for the date and time needed for the Grand Jury.  I
     spoke with ASA Weiss and informed her of the possible intimidation by
     the defense.

     On April 13, and April 14, 2006 I attempted contact on several
     occasions with ASA Weiss and ASA Belohlavic to ascertain when the
     victims needed to report for Grand Jury testimony. Messages were left
     on their voicemail.  On April 17, 2006, during the hours of 9:00 am
     and 11:30 am, I again left messages for ASA Weiss and ASA Belohlavic
     for either of them to return my call as I had not heard from the State
     Attorney's Office as to the time and date of the Grand Jury.

     At approximately 12:30 pm, I went to the State Attorney's Office and
     located ASA Weiss and ASA Belohlavic in their offices.  I entered ASA
     Belohlavic's office who informed me that she was going to return my
     call.  She explained that an offer was made to the defense, Atty Guy
     Fronstin and Atty Alan Dershowitz.  The offer is 1 count of Agg
     Assault with intent to commit a felony, five years probation, with
     adjudication withheld.  Epstein would have to submit to
     psychiatric/sexual evaluation and no unsupervised visits with minors.
     When asked about the all the other victims, ASA Belohlavic stated
     that was the only offer made as to one victim,████ ASA Belohlavic
     cell phone rang and went to voice mail.  She checked her voice mail
     and played the message on speaker.  The caller identified himself as

```
Date:  7/19/06          PALM BEACH POLICE DEPARTMENT         Page:      84
Time: 15:01:37                Incident Report            Program: CMS301L
```

Case No. . . . : 1-05-000368                              (Continued)

Atty Guy Fronstin and acknowledged the deal made between them.
Fronstin stated in the message, he spoke with his client, Jeffrey
Epstein, and agreed to the deal. Fronstin asked to call off the grand
jury as they would accept this deal. Belohlavic stated a probable
cause would be needed to book Epstein in the county jail and would let
me know as to when it would be needed. I explained my disapproval of
the deal and not being consulted prior to the deal being offered.
However I expressed that was only my opinion and the final approval
would come from the Chief of Police. She explained to have Chief
Reiter call Barry Krisher about the deal. I left the area and
returned to the police station where I briefed the Chief about the
deal offered.

I checked my voice mail messages and discovered a message from ▮▮▮▮
stepmother for the victim ▮▮▮▮ She was calling because the State
Attorney's Office still had not returned any of her calls as to when
they are needed for this case. I then called ASA Belohlavic's office
and left messages for her to call the victims on this case and
explained to them what the State Attorney's Office had done.

On April 17, 2006, at approximately 4:30 pm, State Attorney
Investigator Tim Valentine called to officially notify me of the
cancellation of the Grand Jury. He requested I contact the victims
that had been served to appear, to notify them of the cancellation. I
advised Valentine that as this Grand Jury session was called based on
the State Attorney's Office decision to have the victims heard by the
Grand Jury that I felt it was the States Attorney's Office
responsibility to contact the victims and advise them of the reason
they were no longer needed.


`************************ N A R R A T I V E   # 43 ************************`
              Reported By: RECAREY, JOSEPH                  5/04/06
              Entered By.: ALTOMARO, NICKIE A.               5/04/06

As I had not received any contact from anyone at the State Attorney's
Office, on May 1, 2006, I prepared three arrest warrant requests and
submitted them to the State Attorney's Office. The packages were
delivered to the Crimes against Children Unit in care of ASA Lana
Belohlavek. Jeffrey Epstein's arrest warrant was requested for 4
counts of Unlawful Sexual activity with certain minors and one count
of Lewd and Lascivious Molestation. Sarah Kellen, Epstein's
assistant's, arrest warrant request was for 4 counts of Principal in
the 1st degree Unlawful Sexual activity with certain minors and one
count of Principal in the 1st degree Lewd and Lascivious Molestation.
Haley Robson's arrest warrant request was for Lewd and Lascivious
Acts on a victim under 16 years of age. The receipt of delivery was
signed and brought back to the records division at the police
department.

On May 3, 2006, at approximately 2:54 pm, I received a telephone call
from ASA Daliah Weiss on my cellular telephone. ASA Weiss advised she

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
ate: 7/19/06              PALM BEACH POLICE DEPARTMENT              Page:      85
ime: 15:01:37                    Incident Report                   Program: CMS301L
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

ase No. . . . : 1-05-000368                                 (Continued)

has been taken off the Jeffrey Epstein case because her husband is
employed with Attorney Jack Goldberger. Attorney Goldberger is the
attorney of record for Jeffrey Epstein. His previous attorney, Guy
Fronstin, has been fired from representation. ASA Lana Belohlavek has
been assigned the case. ASA Weiss stated she can no longer speak
about the Epstein case with me. I thanked her for her telephone call.
ASA Weiss further stated that ASA Belohlavek would be calling me.


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* N A R R A T I V E    # 44 \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\                        Reported By: RECAREY, JOSEPH              5/15/06
                         Entered By.: ALTOMARO, NICKIE A.          5/15/06

On May 10, 2006, information was received that Epstein's associate,
Leslie Wexner, The Limited Inc, CEO's, plane had arrived in West Palm
Beach, PBIA. The plane, a Gulfstream 4 bearing a N900LS registration,
was on the tarmac at Galaxy Aviation. As Epstein had recently
acquired the services of a new attorney, and the fact that Epstein's
house is currently under remodeling, it was believed that Epstein may
be in Palm Beach. I conducted physical surveillance at the residence,
358 El Brillo Way. I observed a large construction crew conducting
remodeling at the house. The contractor, David Norr, was observed
driving a Ford Explorer, white in color. The vehicle has a Florida
registration of F30QQF. Norr left Epstein's house and traveled north
on County Road. Det Caristo and I conducted surveillance on Norr.
Norr traveled to several construction sites and checked on certain
jobs. Surveillance was discontinued on Norr and Det Caristo and I
traveled to Galaxy Aviation. I observed the white plane with a blue
stripe along the body and tail of the plane; the tail number was
visible on the bottom of the tail, closer to the body of the plane.
We maintained visual surveillance on the plane until 4:57 p.m., when a
caravan of Cadillac Escalades drove onto the tarmac. We observed
several people exit the vehicles and discovered that they were part of
the executive team for Limited Inc. The executives were in Palm Beach
County for an executive meeting for the day. They arrived in Palm
Beach County on May 9, 2006 at 9:30 pm and were scheduled to leave on
the 10th at 5:00 pm.

On May 12, 2006, I met with ASA Lana Belohlavek at the State
Attorney's Office. She explained that her boss, Barry Krischer, was
requesting this case be taken to the Grand Jury again. I explained to
her I had requested arrest warrants for Jeffrey Epstein, Sarah Kellen,
and Haley Robson. I asked that she either issue the warrants or
direct file, as so much time has elapsed since the original request to
the Grand Jury. I explained that the Palm Beach Police Department had
concluded the case in December of 2005 and has been waiting for the
case to go forward. Belohlavek stated the original offer was again
offered to the new defense attorney. She was waiting for their answer
by Friday May 19, 2006. She stated she would advise me of the answer.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* N A R R A T I V E    # 45 \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
                         Reported By: RECAREY, JOSEPH              6/05/06

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
ate: 7/19/06          PALM BEACH POLICE DEPARTMENT          Page:     86
ime: 15:01:37               Incident Report              Program: CMS301L
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ase No . . . : 1-05-000368                          (Continued)
                  Entered By.: ALTOMARO, NICKIE A.            6/06/06
```

On May 22, 2006, I received several phone calls throughout the day from Mr.█████who stated he had been followed aggressively by a private investigator.  Mr.████stated that as he drove to and from work and running errands throughout the county, the same vehicle was behind him running other vehicles off the road in an attempt not to lose sight of Mr.█████vehicle.

I explained to him as Mr. Epstein had retained new legal council it was possible it would be new private investigators following him to observe his daily activities.  I also explained to him that there was a meeting scheduled with ASA Lana Belohlavek and Attorney Jack Goldberger at Mr. Krischer's office scheduled on June 1, 2006 at 9:00 am.  I attempted to call ASA Lana Belohlavek to inform her of the private investigators following Mr.████however; she was on her vacation during the week of May 22 through May 30 2006.

On May 23, 2006, I received other phone calls from Mr. and Mrs.████who advised they were able to acquire the private investigators license plate information.  The subject following them was again driving very aggressively and caused Mrs.████to run off the road.  Mrs.████stated the vehicle is a green Chevy Monte Carlo bearing Florida tag I35-XGA. The vehicle is registered to Zachary Bechard of Jupiter Florida. Bechard is employed with Candor Investigations from Jupiter, Florida. Bechard is a licensed Private Investigator in the State of Florida.

Since the discovery of the threat made against one of the victims in this case ████ I requested subpoenas for all calls made to and received from ████████ ████████ during the month of March 2006 for her cell phone and home phone.  I had confirmed with Florida State University the exact dates of Spring Break for 2006.  The Spring Break was from March 4, 2006 through March 12, 2006.  I received a subpoena from Sprint/Nextel with all calls made during the month of March 2006. I reviewed the 989 calls made and received during the month of March 2006.  I observed on March 7, 2006, ██████ made and received thirty five calls during that day.

| Date      | Time     | Seconds | In/Out   | To/From     |
|-----------|----------|---------|----------|-------------|
| 7-Mar-06  | 11:03 AM | 492     | Outbound | 561XXXX     |
| 7-Mar-06  | 11:16 AM | 6       | Inbound  | 561XXXX     |
| 7-Mar-06  | 11:22 AM | 887.2   | Inbound  | 561XXXX     |
| 7-Mar-06  | 11:37 AM | 48      | Outbound | 9178553363  |
| 7-Mar-06  | 11:39 AM | 28.2    | Inbound  | 2125356831  |
| 7-Mar-06  | 12:02 PM | 727.2   | Inbound  | 2125356831  |

The table reflects the date of the calls, time of day (EST), duration

```
te:  7/19/06              PALM BEACH POLICE DEPARTMENT           Page:      87
me:  15:01:37                    Incident Report              Program: CMS301L
```

se No. . . . : 1-05-000368                                    (Continued)

of call in seconds, inbound or outbound calls and calls made to or
from ▓▓▓▓▓ phone. On March 7, 2006, at 11:03 am, ▓▓▓▓▓ made a call
to the victim ▓▓▓▓ which lasted 492 seconds (8 minutes and 2 seconds).
The victim then returned the call at 11:16 am which lasted 6 seconds.
The victim then made contact with ▓▓▓▓▓ at 11:22 am for 877.2 seconds
(14 minutes and 6 seconds). These sequences of calls were consistent
with what the victim had described to me on the date of the
intimidation. Immediately after speaking with the victim, ▓▓▓▓ makes
a call to Sarah Kellen, Epstein's assistant, which lasts for
forty-eight seconds. A call is then immediately received, a telephone
number registered to a Corporation affiliated with Jeffrey Epstein
located at 457 Madison Ave in New York. An extensive computer check
revealed 457 Madison Ave is a business address in which Epstein has
his corporations assigned to. Epstein had corporation attorney,
Darren Indyke, register the businesses and register himself as an
agent. I also observed Epstein has his El Zorro Ranch Corporation,
New York Strategy Group, Ghislaine Corporation, J Epstein and Company
and the Financial Strategy Group registered to this same address.
Finally, a third call is received by ▓▓▓▓▓ at 12:02 pm from the same
corporate number which lasts 12 minutes and 1 second. It should be
noted that there is no further contact with either the victim during
the month of March or April of 2006. I also noted that there was no
further contact with Sarah Kellen or Jeffrey Epstein during the
remainder of the month of March or April 2006.

On June 1, 2006, ASA Lana Belohlavek telephoned me to inform me of the
meeting that occurred with Atty. Jack Goldberger and her reference
this case. She advised she would make her determination on whether to
file on this case or not by Monday June 5, 2006.

Inv Continues.


*********************** N A R R A T I V E   # 46 *************************
                   Reported By: RECAREY, JOSEPH
                   Entered By.: ALTOMARO, NICKIE A.          7/12/06
                                                            7/12/06

On June 29, 2006, I had spoken to ASA Lana Belohlavic who informed me
that the case would be sent to the Grand Jury for charges. She
informed me that the grand jury would convene on July 19, 2006 to hear
the Epstein case. Belohlavic stated State Attorney Barry Krisher made
the determination to go the Grand Jury to hear the case.

On July 12, 2006, I spoke with Mrs. ▓▓▓ mother of the victim, ▓▓ who
inquired about the status of the case. I explained to her that I was
told we would be going to the Grand Jury during the week of July 19,
2006. She stated she had not been contacted as of yet by the State
Attorney's Office for any information. I provided her with the
telephone numbers to the State Attorney's Office.

Investigation continues ..


*  *  *  *  *  *  *  *  *  * END OF REPORT * * * * * * * * * * * * * * * *

```
Date/Time: 10/16/06 /  9:24:44
-----------------------------------------------------------------------
System: HTE                 PALM BEACH POLICE DEPARTMENT          Page:     1
Progrm: CHF004P                   Narrative Print
-----------------------------------------------------------------------

Case Number:  1-05-000368

************************* N A R R A T I V E   # 47 *************************
NA                          Reported By: RECAREY, JOSEPH               8/03/06
                            Entered By.: ALTOMARO, NICKIE A.           8/03/06

     On July 18, 2006, I received a Grand Jury letter to appear before the
     Grand Jury on July 19, 2006, reference the Jeffrey Epstein case.  On
     July 19, 2006, I responded to the Grand Jury Room and testified before
     the grand jury.  At the conclusion, ASA Belohlavec stated the grand
     jury returned with a true bill for Felony Solicitation of
     Prostitution.

     On July 25, 2006, Epstein turned himself into the county jail and was
     released on a $3,000 bond.  Epstein is to return for arraignment on
     August 25, 2006 at 8:45 am.

     ATT POLICE CLERKS: Please show this case cleared by arrest with the
     arrest of Jeffrey Epstein W/M 01-20-1953.


** End of Report **
```