# EXHIBIT 44



"Villafana, Ann Marie C."　　　　　To   "Jay Lefkowitz" <JLefkowitz@kirkland.com>
　　　　　　　　　　　　　　　　　　cc
　　　　　　　　　　　　　　　　　　bcc
09/19/2007 12:14 PM　　　　　　　Subject   RE: Meeting

History:      This message has been replied to.

Judge Johnson has duty next week.

Jay – I hate to have to be firm about this, but we need to wrap this up by Monday. I will not miss my indictment date when this has dragged on for several weeks already and then, if things fall apart, be left in a less advantageous position than before the negotiations. I have had an 82-page pros memo and 53-page indictment sitting on the shelf since May to engage in these negotiations. There has to be an ending date, and that date is Monday.

*A. Marie Villafaña*
Assistant U.S. Attorney



----- Original Message -----
From: "Villafana, Ann Marie C. \(USAFLS\)"

Sent: 09/19/2007 11:51 AM AST
To: Jay Lefkowitz
Subject: Meeting

Barry is available Monday morning. Our most flexible West Palm Beach magistrate is on duty on Monday, so, assuming we have signed documents by 1:30 or so, we should be able to get Mr. Epstein arraigned on Monday. I doubt that we will be able to get everything finished up here, get down to Miami, and try to find a Miami mag by close of business on Monday.

*A. Marie Villafaña*