# EXHIBIT 45



**U.S. Department of Justice**

*United States Attorney*
*Southern District of Florida*

500 South Australian Ave., Suite 400
West Palm Beach, FL 33401
(561) 820-8711
Facsimile: (561) 820-8777

June 7, 2007

DELIVERY BY HAND
Miss ▮▮▮▮▮▮

      Re:   Crime Victims' and Witnesses' Rights

Dear Miss ▮▮▮▮

     Pursuant to the Justice for All Act of 2004, as a victim and/or witness of a federal offense, you have a number of rights. Those rights are:

(1)    The right to be reasonably protected from the accused.

(2)    The right to reasonable, accurate, and timely notice of any public court proceeding involving the crime or of any release or escape of the accused.

(3)    The right not to be excluded from any public court proceeding, unless the court determines that your testimony may be materially altered if you are present for other portions of a proceeding.

(4)    The right to be reasonably heard at any public proceeding in the district court involving release, plea, or sentencing.

(5)    The reasonable right to confer with the attorney for the United States in the case.

(6)    The right to full and timely restitution as provided in law.

(7)    The right to proceedings free from unreasonable delay.

(8)    The right to be treated with fairness and with respect for the victim's dignity and privacy.

     Members of the U.S. Department of Justice and other federal investigative agencies, including the Federal Bureau of Investigation, must use their best efforts to make sure that these rights are protected. If you have any concerns in this regard, please feel free to contact me at 561 ▮▮▮-▮▮▮▮, or Special Agent Nesbitt Kuyrkendall from the Federal Bureau of Investigation at 561 ▮▮▮▮▮▮. You also can contact the Justice Department's Office for Victims of Crime in Washington, D.C. at 202-307-5983. That Office has a website at www.ovc.gov.

     You can seek the advice of an attorney with respect to the rights listed above and, if you believe that the rights set forth above are being violated, you have the right to petition the Court for relief.

MISS ███████████
JUNE 7, 2007
PAGE 2

In addition to these rights, you are entitled to counseling and medical services, and protection from intimidation and harassment. If the Court determines that you are a victim, you also may be entitled to restitution from the perpetrator. A list of counseling and medical service providers can be provided to you, if you so desire. If you or your family is subjected to any intimidation or harassment, please contact Special Agent Kuyrkendall or myself immediately. It is possible that someone working on behalf of the targets of the investigation may contact you. Such contact does not violate the law. However, if you are contacted, you have the choice of speaking to that person or refusing to do so. If you refuse and feel that you are being threatened or harassed, then please contact Special Agent Kuyrkendall or myself.

You also are entitled to notification of upcoming case events. At this time, your case is under investigation. If anyone is charged in connection with the investigation, you will be notified.

Sincerely,

R. Alexander Acosta
United States Attorney

By: *A. Marie Villafaña*

A. Marie Villafaña
Assistant United States Attorney

cc:     Special Agent Nesbitt Kuyrkendall, F.B.I.