# EXHIBIT 51

**Villafana, Ann Marie C. (USAFLS)**

**From:** Jay Lefkowitz [JLefkowitz@kirkland.com]
**Sent:** Wednesday, September 12, 2007 5:55 PM
**To:** Villafana, Ann Marie C. (USAFLS)
**Cc:** Lourie, Andrew (USAFLS)
**Subject:** Re: Jeffrey Epstein

Andy - meant to copy you on my first attempt to respond to Marie.

We appreciate the courtesy of today's meeting and your agreement and Alex's. We understand the concerns you are raising and will work over the next few days to come up with a mutually acceptable solution. I will speak with you no later than Monday, and in the interim, if we come up with a solution, we will be in touch with you.

Best, Jay

---

----- Original Message -----
From: "Villafana, Ann Marie C. \(USAFLS\)" [
Sent: 09/12/2007 03:43 PM AST
To: Jay Lefkowitz
Cc: "Lourie, Andrew \(USAFLS\)"
Subject: Jeffrey Epstein

Jay – It was nice seeing you again. Andy and I talked with Alex and Jeff. We are all satisfied in principle with the agreement, but the Office is uncomfortable with the recommended federal charge. Specifically, we are concerned about the effect of taking the position that Mr. Epstein's house is in the special maritime and territorial jurisdiction of the United States, and we have no evidence of any assaults occurring either on Mr. Epstein's plane or offshore from his residence.

We are hoping that you can find an alternative federal statute that can be used. I also will wait to hear from Jack Goldberger to discuss logistics.

Thank you.

A. Marie Villafaña

Assistant U.S. Attorney

500 S. Australian Ave, Suite 400

West Palm Beach, FL 33401

1

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

RFP MIA 000073