# EXHIBIT 66



"Villafana, Ann Marie C.

09/24/2007 04:34 PM

To "Jay Lefkowitz" <JLefkowitz@kirkland.co₁
cc
bcc
Subject RE: Do you have a signed copy?

Thank you, Jay. I have forwarded your message only to Alex, Andy, and Rolando. I don't anticipate it going any further than that. When I receive the originals, I will sign and return one copy to you. The other will be placed in the case file, which will be kept confidential since it also contains identifying information about the girls.

When we reach an agreement about the attorney representative for the girls, we can discuss what I can tell him and the girls about the agreement. I know that Andy promised Chief Reiter an update when a resolution was achieved. (Something I wouldn't have promised in light of what happened last year.) Rolando is calling, but Rolando knows not to tell Chief Reiter about the money issue, just about what crimes Mr. Epstein is pleading guilty to and the amount of time that has been agreed to. Rolando also is telling Chief Reiter not to disclose the outcome to anyone.



"Villafana, Ann Marie C. \(USAFLS\)"

09/24/2007 04:04 PM

To "Jay Lefkowitz"
<JLefkowitz@kirkland.com>
cc
Subject Do you have a signed copy?

Hi Jay – Sorry to be a bother, but do you have a copy that at least contains Mr. Epstein's signature? I need to pass it along to the powers that be. Thanks.

US_Atty_Cor_00153