# EXHIBIT 69



"Villafana, Ann Marie C. \(USAFLS\)"

09/25/2007 12:11 PM

To "Jay Lefkowitz" <JLefkowitz@kirkland.com>
cc
bcc
Subject Conference call

History: This message has been replied to and forwarded.

Hi Jay -- Have you approved Mr. Ocariz as the girls' representative? And can we have a conference call to discuss what I may disclose to him and to the girls regarding the agreement?

Thank you.

*A. Marie Villafaña*

Assistant U.S. Attorney

US_Atty_Cor_00156