# EXHIBIT

# 77

**Villafana, Ann Marie C. (USAFLS)**

| | |
|---|---|
| **From:** | Sloman, Jeff (USAFLS) |
| **Sent:** | Thursday, October 18, 2007 4:40 PM |
| **To:** | Jay Lefkowitz |
| **Cc:** | Acosta, Alex (USAFLS) |
| **Subject:** | RE: Follow up |

The change of plea will take place on November 20. Agreed.

-----Original Message-----
From: Jay Lefkowitz [mailto:JLefkowitz@kirkland.com]
Sent: Thursday, October 18, 2007 4:35 PM
To: Acosta, Alex (USAFLS)
Cc: Sloman, Jeff (USAFLS)
Subject: Re: Follow up

Alex - Thanks.

Jeff, are we all set?

Jay


----- Original Message -----
From: "Acosta, Alex (USAFLS)"
Sent: 10/18/2007 12:15 PM AST
To: Jay Lefkowitz
Cc: "Sloman, Jeff (USAFLS)"
Subject: RE: Follow up


Jeff -- Can you see any issues with this?  If not, please confirm with Jay.

-----Original Message-----
From: Jay Lefkowitz [mailto:JLefkowitz@kirkland.com]
Sent: Thursday, October 18, 2007 10:12 AM
To: Acosta, Alex (USAFLS)
Subject: Follow up


Alex - I wanted to thank you for making the time for
breakfast Friday.  It was great to catch up.

Following up on our conversation about the date for Mr.
Epstein's plea, where you said that you didn't want to
dictate a schedule to the state, as we discussed I have
a case where I represent an individual who is now the
lead witness for the government, and openings are set

2724

for next week.  Accordingly, I have now confirmed with
Mr. Epstein's Florida counsel that the state's
attorney's office and the court will be available to
have him enter his plea on November 20.   So we will
plan to proceed on one that date.  Please confirm that
this is ok.

Thanks, Jay

*************************************************************
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee.  It is the property of
Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful.  If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to postmaster@kirkland.com, and
destroy this communication and all copies thereof,
including all attachments.
*************************************************************

*************************************************************
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee.  It is the property of
Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited'
and may be unlawful.  If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to postmaster@kirkland.com, and
destroy this communication and all copies thereof,
including all attachments.
*************************************************************

2725