# EXHIBIT 83



"Villafana, Ann Marie C. (USAFLS)"

11/29/2007 06:30 PM

To "Jay Lefkowitz" <JLefkowitz@kirkland.com>
cc
bcc
Subject RE: Epstein: Victim Notification Letter

History: This message has been replied to.

Hi Jay – The only attachment is my letter, did I miss something?

Thanks.



B

"Villafana, Ann Marie C. (USAFLS)" <Ann.Marie.C.Villafana@usdoj.gov>

11/28/2007 04:46 PM

To "Jay Lefkowitz" <JLefkowitz@kirkland.com>
cc "Sloman, Jeff (USAFLS)"

Subject Epstein: Victim Notification Letter

Dear Jay:

Jeff asked that I forward the victim notification letter to you. It is attached.

Thank you.

<<Victim Notification Ltr.pdf>>

*A. Marie Villafaña*

Assistant U.S. Attorney