# EXHIBIT 90

Dec-07-07    04:54pm    From-Fowler-White Burnett            3057899201         T-966   P.002/004   F-976



## FOWLERWHITE BURNETT
### ATTORNEYS AT LAW

MIAMI • FORT LAUDERDALE • WEST PALM BEACH • ST. PETERSBURG

ESPIRITO SANTO PLAZA
FOURTEENTH FLOOR
1395 BRICKELL AVENUE
MIAMI, FLORIDA 33131
TELEPHONE (305) 789-9200
FACSIMILE (305) 789-9201

WWW.FOWLER-WHITE.COM

LILLY ANN SANCHEZ
DIRECT PHONE No.: (305) 789-9279
DIRECT FACSIMILE No.: (305) 728-7579
LSANCHEZ@FOWLER-WHITE.COM

December 7, 2007

Jeffrey Sloman
First Assistant United States Attorney
United States Attorney's Office
Southern District of Florida
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401

    Re: *Jeffrey Epstein*

Dear Jeff:

    Pursuant to your letter dated December 6, 2007, attached is a signed Affirmation of the Non-Prosecution Agreement and Addendum to same dated October 30, 2007 (collectively "Agreement") signed by my client Jeffrey E. Epstein (see attached).

    Moreover, pursuant to the terms of the Agreement, please note that the plea and sentencing hearing have been scheduled for January 4, 2008 at 8:30 a.m. before Judge Sandra McSorley (please see attached notice of hearing). In addition, as expressed in my voicemail message to you earlier, I would request that the Office hold off on sending any victim notification letters until we can further discuss the contents therein. Please call me at your earliest convenience.

                       Sincerely,

                       Lilly Ann Sanchez

cc: Alex A. Acosta
    Judge Kenneth Star

[jmb] W:\71200\LETT\782-sloman.LAS(12/7/7-15:51)

FOWLER WHITE BURNETT P.A.