# EXHIBIT 99

**Jack Goldberger**

From:
Sent:
To:
Subject:



On Jun 30, 2008, at 5:16 PM, "Villafana, Ann Marie C. \(USAFLS\)" wrote:

> Jack:
>
> The FBI has received several calls regarding the Non-Prosecution Agreement. I do not know whether the title of the document was disclosed when the Agreement was filed under seal, but the FBI and our office are declining comment if asked.
>
> *A. Marie Villafaña*
>
> Assistant U.S. Attorney

1

US_Atty_Cor_00321