# EXHIBIT 100

**Villafana, Ann Marie C. (USAFLS)**

From: Brad Edwards [be@bradedwardslaw.com]
Sent: Thursday, June 19, 2008 11:34 AM
To: Villafana, Ann Marie C. (USAFLS)
Subject: Jeff Epstein

Hi Marie,

I have information and concerns that I would like to share. While I understand that you are limited in what you can discuss, I would like to meet with you and discuss my plans. This would be beneficial to you and me. Let me know if you are interested in meeting and talking. My schedule is free next Monday, Tuesday, and Wednesday, July 23-25. If any of those days are open for you, then I will go to you and can meet you at any time convenient for you. I am scheduling to meet with my client again next week in your area anyway, so it would be no problem for me to meet you on the same day. I look forward to hearing back from you.

Sincerely,

Brad Edwards, Esquire
Law Office of Brad Edwards & Associates
2028 Harrison Street
Suite 202
Hollywood, Florida   33020
Telephone:    954-414-8033 (Broward)
              305-935-2011 (Miami-Dade)
Facsimile:    954-924-1530 (Broward)
              305/935-4227 (Miami-Dade)
e-mail:       be@bradedwardslaw.com

**PRIVILEGED AND CONFIDENTIAL:** The information contained in this e-mail message is intended for the use of the individual or entity to which it is addressed and may contain information that is proprietary, privileged, confidential, and exempt from disclosure under applicable laws. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivery to the intended recipient, you are hereby notified that any use, printing, reproduction, disclosure or dissemination of this communication may be subject to legal restriction or sanction.