# EXHIBIT 101



**U.S. Department of Justice**

*United States Attorney*
*Southern District of Florida*

*500 South Australian Ave., Suite 400*
*West Palm Beach, FL  33401*
*(561) 820-8711*
*Facsimile:  (561) 820-8777*

July 8, 2008

VIA FACSIMILE AND ELECTRONIC MAIL
Jack A. Goldberger, Esq.
Atterbury, Goldberger & Weiss, P.A.
One Clearlake Centre, Suite 1400
250 Australian Ave S.
West Palm Beach, FL 33401-5015

      Re:    Jeffrey Epstein

Dear Mr. Goldberger:

      In accordance with the terms of the Non-Prosecution Agreement, on June 30, 2008, the United States Attorney's Office provided you with a list of thirty-one individuals "whom it was prepared to name in an Indictment as victims of an enumerated offense by Mr. Epstein." Yesterday, I provided you with the identification of another victim whom I had erroneously left off of that list. At the time the list was provided, Special Agent Kuyrkendall and I impressed upon you the need to finalize this last piece of the agreement as quickly as possible so that we could fulfill our victim notification obligations. In deference to your vacation, we allowed you a week to provide us with any objections or requested modifications to the list and/or the Notification language. Yesterday, I contacted you via telephone and e-mail, but received no response.

      Accordingly, the United States hereby notifies you that it will distribute the victim notifications tomorrow, July 9, 2008, to each of the thirty-two identified victims, either directly or via their counsel. A carbon copy of each notification will be provided to you, and the notification will list you as the contact person for any civil litigation, if the victim decides

JACK GOLDBERGER, ESQ.
JULY 8, 2008
PAGE 2

to pursue damages. If the United States learns that a civil suit has been filed against Mr. Epstein and he has denied that one of these victims is entitled to proceed under 18 U.S.C. § 2255, that will be considered a breach of the Non-Prosecution Agreement and the United States will proceed accordingly.

Sincerely,

R. Alexander Acosta
United States Attorney

By: *[signature]*

A. Marie Villafaña
Assistant United States Attorney

cc:   Karen Atkinson, AUSA