# EXHIBIT 104



**U.S. Department of Justice**

United States Attorney
Southern District of Florida

A. Marie Villafaña
500 S. Australian Ave, 4th Floor
West Palm Beach, Florida 33401
(561) 820-8711
Facsimile (561) 820-8777

## FACSIMILE COVER SHEET

TO:   Jack Alan Goldberger

DATE:   July 8, 2008

FAX NO.   561-835-8691          # OF PAGES:   3

PHONE NO.   561 659-8300        RE:   Jeffrey Epstein

FROM:   A. MARIE VILLAFAÑA, Assistant U.S. Attorney

PHONE NO.   561 209-1047

COMMENTS:

08-80736-CV-MARRA          RFP WPB 000515

7/9/08 Correspondence w/ Jack Goldberger

08-80736-CV-MARRA            RFP WPB 000516



U.S. Department of Justice

Lewis

# NOTIFICATION OF IDENTIFIED VICTIMS

NOTICE: IN ACCORDANCE WITH TITLE 18, UNITED STATES CODE, SECTION 3509(d) AND FLORIDA LAW, THE ATTACHED DOCUMENT IS TO BE TREATED AS CONFIDENTIAL AND SHALL NOT BE DISCLOSED EXCEPT IN CONNECTION WITH A LEGAL PROCEEDING.

U.S. Department of Justice

United States Attorney
Southern District of Florida

500 South Australian Ave., Suite 400
West Palm Beach, FL 33401
(561) 820-8711
Facsimile: (561) 820-8777

June 30, 2008

## NOTIFICATION OF IDENTIFIED VICTIMS

On June 30, 2008, Jeffrey Epstein (hereinafter referred to as "Epstein") entered a plea of guilty to violations of Florida Statutes Sections 796.07 (felony solicitation of prostitution) and 796.03 (procurement of minors to engage in prostitution), in the 15th Judicial Circuit in and for Palm Beach County (Case Nos.: 2006-cf-009454AXXXMB and 2008-cf-981AXXXMB) and was sentenced to a term of twelve months' imprisonment to be followed by eighteen months' of Community Control 1, the first six months of which must be served imprisoned at the Palm Beach County Detention Facility.

In light of the entry of the guilty plea and sentence, the United States has agreed to defer federal prosecution in favor of this state plea and sentence, subject to certain conditions.

One such condition to which Epstein has agreed is the following:

"Any person, who while a minor, was a victim of a violation of an offense enumerated in Title 18, United States Code, Section 2255, will have the same rights to proceed under Section 2255 as she would have had, if Mr. Epstein had been tried federally and convicted of an enumerated offense. For purposes of implementing this paragraph, the United States shall provide Mr. Epstein's attorneys with a list of individuals whom it was prepared to name in an Indictment as victims of an enumerated offense by Mr. Epstein. Any judicial authority interpreting this provision, including any authority determining which evidentiary burdens if any a plaintiff must meet, shall consider that it is the intent of the parties to place these identified victims in the same position as they would have been had Mr. Epstein been convicted at trial. No more; no less."

Initials of Jeffrey Epstein _____    Initials of Guy Lewis _____

NOTIFICATION OF IDENTIFIED VICTIMS
JUNE 30, 2008
PAGE 2 OF 3

    Through this letter, this Office hereby provides Notice that the individuals identified below are individuals whom the United States was prepared to name as a victim of an enumerated offense.

### Identified Individuals

                                                    Courtney Wild

                                          R. ALEXANDER ACOSTA
                                          UNITED STATES ATTORNEY

Dated: _____      By: _____
                                          A. MARIE VILLAFAÑA
                                          ASSISTANT U.S. ATTORNEY

### ACKNOWLEDGMENT

    I have received this Notification from my attorney, Guy Lewis, Esquire, have read it and discussed it with my attorney, and I hereby acknowledge that it accurately sets forth my understanding and agreement with the Office of the United States Attorney for the Southern District of Florida regarding the notification and rights of identified victims. I understand

                        Initials of Jeffrey Epstein _____    Initials of Guy Lewis _____

NOTIFICATION OF IDENTIFIED VICTIMS
JUNE 30, 2008
PAGE 3 OF 3

that an exact copy of this Notification will be provided to each identified individual, except that the names of all other identified individuals will be redacted, and I hereby waive any evidentiary challenges to the introduction of a copy of this document–even in redacted form–in any judicial proceeding between any identified individual and myself.

Dated: _____        _____
                              Jeffrey Epstein

       Witnessed by:          _____
                              Guy Lewis, Esquire