# EXHIBIT 106

**Villafana, Ann Marie C. (USAFLS)**

From: Villafana, Ann Marie C. (USAFLS)
Sent: Monday, June 30, 2008 5:36 PM
To:
Subject: Epstein Investigation

Hi Jason – Sorry we missed each other today. I wanted to inform you and (through you) your clients, of the resolution of the federal investigation of Mr. Epstein. He plead guilty today in state court to one charge of felony solicitation of prostitution and one charge of procurement of minors to engage in prostitution. He received 18 months' imprisonment to be followed by 12 months of community control with home confinement. He also must register as a sex offender for the remainder of his life.

His agreement with the U.S. Attorney's Office also required him to make certain concessions regarding possible civil suits brought by the victims. I was hoping to discuss this with you over the telephone. I also wanted to confirm the names of the victims whom you represent, and I wanted to see if you are in a position either to represent the victims in connection with such litigation or if you can refer them to someone who could perform that task, if the victims ask for recommendations.

Let's talk tomorrow in more detail. Thank you.

Please treat this e-mail as confidential.

*A. Marie Villafaña*
Assistant U.S. Attorney
500 S. Australian Ave. Suite 400
West Palm Beach, FL 33401