# EXHIBIT 117



**U.S. Department of Justice**

*United States Attorney*
*Southern District of Florida*

A. Marie Villafaña
500 S. Australian Ave, 4th Floor
West Palm Beach, Florida 33401
(561) 820-8711
Facsimile (561) 820-8777

# FACSIMILE COVER SHEET

TO: Jack Alan Goldberger

DATE: July 10, 2008

FAX NO. 561-835-8691    # OF PAGES: 2

PHONE NO. 561 659-8300    RE: Jeffrey Epstein

FROM: A. MARIE VILLAFAÑA, Assistant U.S. Attorney

PHONE NO. 561 209-1047

COMMENTS:



JOSEPH R. ATTERBURY
JACK A. GOLDBERGER
JASON S. WEISS

* Board Certified Criminal Trial Attorney
† Member of New Jersey & Florida Bars

July 10, 2008

A. Marie C. Villafana, Esq.
Assistant United States Attorney
500 S. Australian Avenue
4th Floor, Suite 400
West Palm Beach, Florida 33401

**SENT VIA E-MAIL & FACSIMILE**
(561) 820-8777

Re:   Jeffrey E. Epstein

Dear Ms. Villafana:

Thank you for your letter of yesterday. Kindly allow me a few follow-up points.

First, we respectfully request a reasonable opportunity to review and comment on a draft of the modified notification letter you intend to mail before you send it.

Second, we respectfully ask that you provide us with the identity of the victims' rights organization described in your letter; the name and contact information of the person at that organization with whom the Government has been communicating; copies of any communications with that organization and the pro-bono lawyers/groups who were recommended by that organization; and a description of any non-written communications that the Government has had with that organization and the pro-bono lawyers/groups.

Third, while we appreciate your offer to disclose the names of the lawyers currently representing the individuals when you have finished compiling all of that information, we would be very grateful if you would provide any contact information you do have, on a rolling basis.

Fourth, would it be possible for you to advise us of the full name of the minor to whom you have referred by initials, as well as the identities of the three individuals whom the Government notified about the deferred-prosecution agreement shortly after its signing (as

One Clearlake Centre, Suite 1400   250 Australian Avenue South   West Palm Beach, FL 33401

p 561.659.8300   f 561.835.8691   www.agwpa.com

indicated in your letter of December 13, 2007)?

Fifth, please recall that Mr. Sloman wrote to Judge Davis on October 25, 2007 that "The United States takes no position as to the validity of any such claim under this statute." To avoid any appearance that the United States is endorsing or encouraging litigation by the identified individuals, we believe that such a statement should be included in any notification letter.

I look forward to receiving your input on these issues. Until then, I remain,

Very truly yours,

Jack A. Goldberger

JAG/na
cc:   Jeffrey E. Epstein