# EXHIBIT 120



# ATTERBURY GOLDBERGER & WEISS, P.A.

JOSEPH R. ATTERBURY
JACK A. GOLDBERGER
JASON S. WEISS
Board Certified Criminal Trial Attorney
Member of New Jersey & Florida Bars

July 21, 2008

A. Marie Villafana, AUSA
U.S. Department of Justice
United States Attorney
Southern District of Florida
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401

**SENT VIA FACSIMILE**
**(561) 820-8777**

Re:   Jeffrey Epstein

Dear Ms. Villafana,

Enclosed please find a Motion For Return of Property that I filed in Mr. Epstein's state case. Out of abundance of caution, I am providing you a copy of the motion.

Please advise me as to what your position is on this matter.

Very truly yours,

Jack A. Goldberger

JAG/na
Enclosure

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT,
IN AND FOR PALM BEACH COUNTY, FLORIDA

STATE OF FLORIDA

CASE NO.: 2006CF009454AXX
DIVISON: "W"

vs.

JEFFREY EPSTEIN,

Defendant.
_____/

## DEFENDANT'S MOTION FOR RETURN OF PROPERTY

COMES NOW the Defendant, JEFFREY EPSTEIN, by and through his undersigned attorney, and moves this Honorable Court to enter an Order for return of property seized on October 20, 2005 during execution of a search warrant at the Defendant's residence. In support thereof the Defendant states as follows:

1. On October 20, 2005, the Palm Beach Police Department executed a search warrant at the Defendant's residence. During the execution of the warrant, numerous items of the Defendant's personal property were seized and impounded by the Palm Beach Police Department. A copy of the search warrant return is attached to this motion (Exhibit A).

2. On June 30, 2008, the criminal charges arising from the search warrant were resolved through a negotiated plea agreement.

3. No legal justification exists for the continued impoundment of the Defendant's personal property. The Defendant is entitled to the return of all personal property listed in Exhibit A.

WHEREFORE, the Defendant, JEFFREY EPSTEIN, respectfully requests this Honorable Court to enter an Order for the return of his personal property.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion was sent via FAX and U.S. MAIL to Lanna Belohlavek, Esq., Assistant State Attorney, 401 North Dixie Highway, West Palm Beach, Florida 33401, this 21st day of July, 2008.

ATTERBURY, GOLDBERGER & WEISS, P.A.
250 Australian Avenue South, Suite 1400
West Palm Beach, Florida 33401
(561) 659-8300

_____
JACK A. GOLBERGER, ESQUIRE
Florida Bar Number 262013

# PALM BEACH POLICE DEPARTMENT
## PROPERTY RECEIPT
### SEARCH WARRANT RETURN

DETECTIVE BUREAU

Pg 1 of 6

PBPD Form #52

- [ ] PROPERTY
- [ ] FOUND
- [ ] DECEASED (Probated)
- [ ] PERSONAL
- [ ] CONFISCATED
- [ ] DESTROY
- [x] EVIDENCE
- [x] TRIAL
- [ ] LABORATORY
- [ ] STOLEN/RECOVERED
- [ ] OTHER

INCIDENT/CITATION NUMBER: 05-368
DATE/TIME RECOVERED: 10-20-2005
PROPERTY NUMBER (Leave Blank): 05-1024
BIN NUMBER (Leave Blank):

ADDRESS WHERE PROPERTY IMPOUNDED: 358 El Brillo

DISCOVERED BY / D.O.B.:
ADDRESS Street City Zip
PHONE NUMBER:

OWNER / VICTIM'S NAME / D.O.B.:
ADDRESS Street City Zip
PHONE NUMBER:

SUSPECT'S NAME / D.O.B.: Epstein, Jeff  1-20-53
ADDRESS: 358 El Brillo  Street City Zip
PHONE:

ADDT'NL. SUSPECT / D.O.B.:

EXHIBIT "A"

SPECIAL INSTRUCTIONS:
FOUND PROPERTY 90 DAYS  CLAIM [ ] NOT CLAIM [ ]

| ITEM # | QUANTITY | VALUE | DESCRIPTION |
|---|---|---|---|
| 1 | 1 | | Phone message book (kitchen) |
| 2 | 3 | | Phone message book (office off kitchen) |
| 3 | 3 | | file folder (massages) w/ 2 more files (purple) marked Amber + Cheri |
| 4 | 1 | | Shreddered paper office kitchen |
| 5 | 1 | | orange file folder marked massage — massage — items 2-5 from office off kitchen |
| 6 | ✓ | | Birge massage table off from closet |
| 7 | ✓ | | Brown massage table foyer |
| 8 | 1 | | Black framed photo of nude girl |
| 9 | 99 | | Pictures in frame — items 6-8 from |
| 10 | 8 | | from Yellow/Blue room off kitchen + foyer |
| 11 | 2 | | Photos from office off pool area |
| 12 | 2 | | Photos from table on left → living room off pool area |
|  |  | | Photos table on right → |

TOTAL PACKAGE WEIGHT

I hereby acknowledge that the above list represents all property taken from me and that I have received a copy of this receipt.

SIGNATURE          DATE          RECEIVED BY

I hereby acknowledge that the above list represents all property impounded by me in the official performance of my duty as a police officer.

SIGNATURE          ID# 7915  UNIT D2
REASON          DATE/TIME RECEIVED

I, Joseph Recarey, the officer by whom this warrant was executed, do swear that the above inventory contains a true and detailed account of all the property taken by me, under the authority of this warrant. #7915

Sworn to and subscribed before me this 21 day of October 2005.

08-80736-CV-MARRA          RFP WPB 000484

# PALM BEACH POLICE DEPARTMENT
## PROPERTY RECEIPT
### SEARCH WARRANT RETURN

PAGE 2 OF 6

DETECTIVE BUREAU

PBPD Form #52

| | | | |
|---|---|---|---|
| ☐ PROPERTY | ☐ FOUND | ☐ DECEASED (Probated) | ☐ PERSONAL | ☐ CONFISCATED | ☐ DESTROY |
| ☒ EVIDENCE | ☒ TRIAL | ☐ LABORATORY | ☐ STOLEN/RECOVERED | ☐ OTHER | |

| INCIDENT/CITATION NUMBER | DATE/TIME RECOVERED | PROPERTY NUMBER (Leave Blank) | BIN NUMBER (Leave Blank) |
|---|---|---|---|
| 05-368 | 10-20-05 | 05-1024 | 6-6 |

ADDRESS WHERE PROPERTY IMPOUNDED: 358 El-Brillo

DISCOVERED BY / D.O.B.

OWNER / VICTIM'S NAME / D.O.B.

SUSPECT'S NAME / D.O.B.: Epstein, Jeff  01-20-53
ADDRESS: 358 El Brillo

ADD'TL. SUSPECT / D.O.B.

SPECIAL INSTRUCTIONS

FOUND PROPERTY 90 DAYS  ☐ CLAIM  ☐ NOT CLAIM

| ITEM# | QUANTITY | VALUE | DESCRIPTION |
|---|---|---|---|
| 13 | 2 | | VHS tapes from credenza by pool |
| 14 | 2 | | CD's marked Happy Birthday ↑ Credenza (buy) |
| 15 | 3 | | Photos framed from Cabana |
| 16 | 1 | | massage book 1st floor S/W corner (top desk) |
| 17 | 1 | | massage book (from inside) |
| 18 | 3 | | CD's from desk |
| 19 | 1 | | DVD from desk (items # 18, 19, 20, 21) |
| 20 | | unframed | Photos from desk  from 1st floor S.W. |
| 21 | 2 | | framed Photos from desk (corner) |
| 22 | 2 | | framed Photos from table in S/W corner office |
| 23 | 3 | | Soap on Rope (NE Bedroom) (with hr. on) |
| 24 | 2 | | Tim Torpedo in Brown box |
| 25 | 2 | | Soap on Rope (middle Bedroom) Bathroom |
| | 1 | | Large framed Picture (from foyer into Master Bedroom) |

TOTAL PACKAGE WEIGHT

I hereby acknowledge that the above list represents all property taken from me and that I have received a copy of this receipt.

I hereby acknowledge that the above list represents all property impounded by me in the official performance of my duty as a police officer.

SIGNATURE | DATE | SIGNATURE | ID# 7915 | UNIT D2

RECEIVED BY | REASON | DATE/TIME RECEIVED

# PALM BEACH POLICE DEPARTMENT
## PROPERTY RECEIPT
### SEARCH WARRANT RETURN

PAGE 3 OF 6
DETECTIVE BUREAU

PBPD Form #52

- [ ] PROPERTY
- [ ] FOUND
- [ ] DECEASED (Probated)
- [ ] PERSONAL
- [ ] CONFISCATED
- [ ] DESTROY
- [x] EVIDENCE
- [x] TRIAL
- [ ] LABORATORY
- [ ] STOLEN/RECOVERED
- [ ] OTHER — Lab

INCIDENT/CITATION NUMBER: 05-368
DATE/TIME RECOVERED: 10-20-05
PROPERTY NUMBER: 05-1024
BIN NUMBER:

ADDRESS WHERE PROPERTY IMPOUNDED: 358 El Brillo

DISCOVERED BY / D.O.B.:

OWNER / VICTIM'S NAME / D.O.B.:

SUSPECT'S NAME / D.O.B.: Epstein, Jeff  01-20-53
ADDRESS: 358 El Brillo

ADDT'NL. SUSPECT / D.O.B.:

SPECIAL INSTRUCTIONS:

FOUND PROPERTY 90 DAYS — CLAIM / NOT CLAIM

| ITEM # | QUANTITY | VALUE | DESCRIPTION |
|---|---|---|---|
| 27 | 1 | NCV | School Transcript, Alexander Hall, Master Bedroom Desk |
| 28 | 1 | NCV | Bottle of Toy Jelly, Master Bedroom Credenza, Master Bedroom |
| 29 | 3 | NCV | Videotapes ½", Sex in City, Eatin Janine, I Love Lesbians Four, Master Bedroom |
| 30 | 6 | NCV | Framed Photos from Mens Bathroom - Master Bedroom → DNA testing Greg |
| 31 | 1 | NCV | Green Massage Table, Men's Bathroom - Master Bedroom |
| 32 | 1 | NCV | Thrifty Rental Agreement from Chevrolet Suburban (COPIED) |
| 33 | 1 | NCV | Note from Johanna from Chevrolet Suburban |
| 34 | W/B | | 11 CD's from office off kitchen  RETURN |
| 35 | 6 | | ZIP CD's from Bookcase  RETURN |
| 36 | 2 | | 8mm video tapes from Bookcase  RETURN |
| 37 | 4 | | Compact flash cards from Bookcase  RETURN TO OWNER |
| 38 | 1 | | flash card from camera on bookcase  RETURN |
| 39 | 3 | | ZIP CD's from Bookcase  RETURN |
| 40 | 30 | | CD's from Bookcase (itms 34-40 from guesthouse) RETURN |

TOTAL PACKAGE WEIGHT:

I hereby acknowledge that the above list represents all property taken from me and that I have received a copy of this receipt.

I hereby acknowledge that the above list represents all property impounded by me in the official performance of my duty as a police officer.

SIGNATURE / DATE
SIGNATURE / REASON
ID# 7815  UNIT D2
DATE/TIME RECEIVED

RECEIVED BY

# PALM BEACH POLICE DEPARTMENT
## PROPERTY RECEIPT
### SEARCH WARRANT RETURN

PAGE 4 OF 6

DETECTIVE BUREAU

PBPD Form #52

| ☐ PROPERTY | ☐ FOUND | ☐ DECEASED (Probated) | ☐ PERSONAL | ☐ CONFISCATED | ☐ DESTROY |
| ☑ EVIDENCE | ☑ TRIAL | ☐ LABORATORY | ☐ STOLEN/RECOVERED | ☐ OTHER | lab |

| INCIDENT/CITATION NUMBER | DATE/TIME RECOVERED | PROPERTY NUMBER (Leave Blank) | BIN NUMBER (Leave Blank) |
|---|---|---|---|
| 05-368 | 10-20-05 | 05-1024 | |

ADDRESS WHERE PROPERTY IMPOUNDED: 358 El Brillo

DISCOVERED BY / D.O.B.

OWNER'S NAME / D.O.B.

SUSPECT'S NAME / D.O.B.: Epstein, Jeff   ADDRESS: 358 El Brillo

ADDT'NL. SUSPECT / D.O.B.

SPECIAL INSTRUCTIONS

FOUND PROPERTY 90 DAYS — CLAIM ☐ NOT CLAIM ☐

| ITEM # | QUANTITY | VALUE | DESCRIPTION |
|---|---|---|---|
| 41 | 11 | | Floppy disks from desk middle shelf  Return |
| 42 | 1 | | ZIP Drive disk from guestroom  Return |
| 43 | 1 | | Power cord for CPU from guest room |
| 44 | 1 | | CPU from Guest Bedroom |
| 45 | 10 | | 8mm video tapes in Guest Bedroom  Return |
| 46 | 1 | | Maxell CD-R in guest bedroom  RETURN (copies) |
| 47 | 8-10 | | Disks in clear box  RETURN |
| 48 | 7 | | ZIP Disks from guest room  RETURN |
| | | | Items # 35-48 from guest bedroom |
| 49 | 1 | | message book from guesthouse office  RETURN |
| 50 | 1 | | message book  RETURN |
| 51 | 2 | | Compact flash cards  from |
| 52 | 6 | | CD's  RETURN #49-51 guesthouse office |
| 53 | 1 | | CPU from guesthouse office  RETURN |

TOTAL PACKAGE WEIGHT

I hereby acknowledge that the above list represents all property taken from me and that I have received a copy of this receipt.

I hereby acknowledge that the above list represents all property impounded by me in the official performance of my duty as a police officer.

SIGNATURE   DATE   SIGNATURE   REASON   ID# 7915   UNIT D2   DATE/TIME RECEIVED

RECEIVED BY

# PALM BEACH POLICE DEPARTMENT
## PROPERTY RECEIPT

PAGE 5 OF 6

DETECTIVE BUREAU

PBPD Form #52

SEARCH WARRANT RETURN

| ☐ PROPERTY | ☐ FOUND | ☐ DECEASED (Probated) | ☐ PERSONAL | ☐ CONFISCATED | ☐ DESTROY |
|---|---|---|---|---|---|
| ☒ EVIDENCE | ☒ TRIAL | ☐ LABORATORY | ☐ STOLEN/RECOVERED | ☐ OTHER | Lab |

| INCIDENT/CITATION NUMBER | DATE/TIME RECOVERED | PROPERTY NUMBER (Leave Blank) | BIN NUMBER (Leave Blank) |
|---|---|---|---|
| 05-368 | 10-20-05 | 05-1024 | |

ADDRESS WHERE PROPERTY IMPOUNDED: 358 El-Brillo Palm Beach

| | ADDRESS | Street | City | Zip | PHONE NUMBER |
|---|---|---|---|---|---|
| DISCOVERED BY / D.O.B. | | | | | |
| OWNER'S NAME / D.O.B. | | | | | |
| SUSPECT'S NAME / D.O.B. 01-20-53 Epstein, Jeff | 358 El Brillo | | | | |
| ADDT'NL. SUSPECT / D.O.B. | | | | | |

SPECIAL INSTRUCTIONS

FOUND PROPERTY 90 DAYS   CLAIM ☐   NOT CLAIM ☐

| ITEM # | QUANTITY | VALUE | DESCRIPTION | |
|---|---|---|---|---|
| 54 | 1 | | Power cord to CPU (#53) | Return |
| 55 | 1 | | CPU from office off kitchen (Haly) | Returned (Julie Brabon) |
| 56 | 1 | | Power cord to item #55 | |
| 57 | 3 | | CD's #55-57 from office off kitchen | Return |
| 58 | 1 | | Peach message table upstairs Bedroom | Return |
| | | | | RETURN |
| | | | | RETURN |
| | | | | RETURN |
| | | | Return | RETURN |
| | | | | RETURN |

TOTAL PACKAGE WEIGHT

I hereby acknowledge that the above list represents all property taken from me and that I have received a copy of this receipt.

I hereby acknowledge that the above list represents all property impounded by me in the official performance of my duty as a police officer.

SIGNATURE         DATE         SIGNATURE         ID# 7915   UNIT D2

RECEIVED BY       REASON       DATE/TIME RECEIVED

# PALM BEACH POLICE DEPARTMENT
## PROPERTY RECEIPT

PBPD Form #52

PAGE 6 OF 6
S/W RETURN
DETECTIVE BUREAU

- [ ] PROPERTY
- [ ] FOUND
- [ ] DECEASED (Probated)
- [ ] PERSONAL
- [ ] CONFISCATED
- [ ] DESTROY
- [x] EVIDENCE
- [x] TRIAL
- [ ] LABORATORY
- [ ] STOLEN/RECOVERED
- [ ] OTHER  Lab

INCIDENT/CITATION NUMBER: 05-
DATE/TIME RECOVERED: 10 2005 1410
PROPERTY NUMBER: 05-1024
BIN NUMBER:

ADDRESS WHERE PROPERTY IMPOUNDED: 358 El Bullo

SUSPECT'S NAME / D.O.B.: EPSTEIN JEFF  -?-53
ADDRESS: 358 EL Bullo

| ITEM # | QUANTITY | VALUE | DESCRIPTION | |
|---|---|---|---|---|
| | 1 | * | GREEN PHOTO FRAME with NAKED GIRL | Return / Return |
| | | | | Return |
| | | | | Return |
| | | | | RETURN (RETURNED) |
| | | | | RETURN |
| | | | | RETURN |
| | | | | RETURN |
| | | | | RETURN |
| | | | RETURN | RETURN |
| | | | | RETURN |

RECEIVED BY: AB 8328
REASON: 6
SIGNATURE ID#: 7915  UNIT: D2
DATE/TIME RECEIVED: 10-20-05  1500

08-80736-CV-MARRA
RFP WPB 000489