# EXHIBIT 124

**Villafana, Ann Marie C. (USAFLS)**

**From:** Villafana, Ann Marie C. (USAFLS)
**Sent:** Friday, August 08, 2008 5:25 PM
**To:** Lanna Belohlavek
**Cc:** Atkinson, Karen (USAFLS)
**Subject:** RE: messages

Thank you, Lanna. I think we are going to have to produce a copy of the agreement in a suit pending in the federal court, and I want to make sure that we are using the same document in both courthouses.

Thank you again, and have a good weekend.

*A. Marie Villafaña*
Assistant U.S. Attorney
500 S. Australian Ave. Suite 400
West Palm Beach, FL 33401

███████████████

**From:** Lanna Belohlavek [███████████████]
**Sent:** Friday, August 08, 2008 5:13 PM
**To:** Villafana, Ann Marie C. (USAFLS)
**Subject:** messages

Marie,

Have gotten your messages but have been swamped and am just getting out of court. I will get with you on Monday.

Have a good weekend.

Lanna

**Tracking:**

289

**Villafana, Ann Marie C. (USAFLS)**

From: Villafana, Ann Marie C. (USAFLS)
Sent: Thursday, August 07, 2008 4:36 PM
To: Roy BLACK
Subject: RE: Notification of Possible Compelled Disclosure of theNon-Prosecution Agreement

Thank you, Roy. Your help is greatly appreciated.

A. Marie Villafaña
Assistant U.S. Attorney
500 S. Australian Ave, Suite 400
West Palm Beach, FL 33401

-----Original Message-----
From: Roy BLACK [mailto:RBLACK@royblack.com]
Sent: Thursday, August 07, 2008 4:34 PM
To: Villafana, Ann Marie C. (USAFLS)
Subject: Re: Notification of Possible Compelled Disclosure of theNon-Prosecution Agreement

Marie I am working on this and will get back to you.
-----Original Message-----
From: "Villafana, Ann Marie C. (USAFLS)"
To: Roy BLACK <RBLACK@royblack.com>
Cc: Dexter (USAFLS) L
Cc: Karen (USAFLS) At

Sent: 8/7/2008 3:57:52 PM
Subject: Notification of Possible Compelled Disclosure of the Non-Prosecution Agreement

Dear Roy:

In accordance with paragraph 13 of the Non-Prosecution Agreement, I am providing notice of possible compulsory process commanding the disclosure of the Agreement. As I'm sure you know, two of Mr. Epstein's victims have filed suit against the United States alleging that the government violated their rights as victims by not consulting them prior to entering into the Non-Prosecution Agreement.

As part of their response to one of the government's filings, the victims asked the Court to order the production of the Non-Prosecution Agreement. The deadline for the government to respond is August 15th and we intend to oppose the motion based upon the confidentiality provision. I have attached a copy of the victims' pleading for your review.

In connection with this, we want to make certain that we are making consistent representations to the judiciary regarding the contents of the Agreement. I know

that Jack Goldberger filed the Agreement under seal in the state court in accordance with the state judge's order. Can you provide us with a copy of what Jack filed, so that, if we are ordered by the federal court to disclose the agreement, it is exactly the same as what has been filed in the state court?

Thank you again for your assistance.

Regards,
Marie

<<DE19_080801_Victims' Resp to Notice.pdf>>

A. Marie Villafaña
Assistant U.S. Attorney
500 S. Australian Ave, Suite 400
West Palm Beach, FL 33401

[redacted]

Tracking:

Villafana, Ann Marie C. (USAFLS)

| | |
|---|---|
| From: | Roy BLACK [RBLACK@royblack.com] |
| Sent: | Thursday, August 07, 2008 4:34 PM |
| To: | Villafana, Ann Marie C. (USAFLS) |
| Subject: | Re: Notification of Possible Compelled Disclosure of theNon-Prosecution Agreement |

Marie I am working on this and will get back to you.
-----Original Message-----
From: "Villafana, Ann Marie C.
To: Roy BLACK <RBLACK@royblack.com>
Cc: Dexter (USAFLS) Lee
Cc: Karen (USAFLS) Atkinson

Sent: 8/7/2008 3:57:52 PM
Subject: Notification of Possible Compelled Disclosure of the Non-Prosecution Agreement

Dear Roy:

In accordance with paragraph 13 of the Non-Prosecution Agreement, I am providing notice of possible compulsory process commanding the disclosure of the Agreement. As I'm sure you know, two of Mr. Epstein's victims have filed suit against the United States alleging that the government violated their rights as victims by not consulting them prior to entering into the Non-Prosecution Agreement.

As part of their response to one of the government's filings, the victims asked the Court to order the production of the Non-Prosecution Agreement. The deadline for the government to respond is August 15th and we intend to oppose the motion based upon the confidentiality provision. I have attached a copy of the victims' pleading for your review.

In connection with this, we want to make certain that we are making consistent representations to the judiciary regarding the contents of the Agreement. I know that Jack Goldberger filed the Agreement under seal in the state court in accordance with the state judge's order. Can you provide us with a copy of what Jack filed, so that, if we are ordered by the federal court to disclose the agreement, it is exactly the same as what has been filed in the state court?

Thank you again for your assistance.

Regards,
Marie

<<DE19_080801_Victims' Resp to Notice.pdf>>

A. Marie Villafaña
Assistant U.S. Attorney
500 S. Australian Ave, Suite 400
West Palm Beach, FL 33401

**Villafana, Ann Marie C. (USAFLS)**

| | |
|---|---|
| From: | Villafana, Ann Marie C. (USAFLS) |
| Sent: | Thursday, August 07, 2008 3:58 PM |
| To: | Roy BLACK |
| Cc: | Atkinson, Karen (USAFLS); Lee, Dexter (USAFLS) |
| Subject: | Notification of Possible Compelled Disclosure of the Non-Prosecution Agreement |

Dear Roy:

In accordance with paragraph 13 of the Non-Prosecution Agreement, I am providing notice of possible compulsory process commanding the disclosure of the Agreement. As I'm sure you know, two of Mr. Epstein's victims have filed suit against the United States alleging that the government violated their rights as victims by not consulting them prior to entering into the Non-Prosecution Agreement.

As part of their response to one of the government's filings, the victims asked the Court to order the production of the Non-Prosecution Agreement. The deadline for the government to respond is August 15th and we intend to oppose the motion based upon the confidentiality provision. I have attached a copy of the victims' pleading for your review.

In connection with this, we want to make certain that we are making consistent representations to the judiciary regarding the contents of the Agreement. I know that Jack Goldberger filed the Agreement under seal in the state court in accordance with the state judge's order. Can you provide us with a copy of what Jack filed, so that, if we are ordered by the federal court to disclose the agreement, it is exactly the same as what has been filed in the state court?

Thank you again for your assistance.

Regards,
Marie



DE19_080801_Vi
:tims' Resp to N..

A. Marie Villafaña
Assistant U.S. Attorney
500 S. Australian Ave, Suite 400
West Palm Beach, FL 33401

[redacted]

Tracking:

296

**Villafana, Ann Marie C. (USAFLS)**

From: Roy BLACK [RBLACK@royblack.com]
Sent: Wednesday, August 06, 2008 1:49 PM
To: Villafana, Ann Marie C. (USAFLS)
Subject: Re: Follow-up on last week's call

Ok. Will do.

-----Original Message-----
From: "Villafana, Ann Marie C. (USAFLS)"
To: Roy BLACK <RBLACK@royblack.com>
Cc: Karen (USAFLS) Atkinson <

Sent: 8/6/2008 1:38:23 PM
Subject: RE: Follow-up on last week's call

Hi Roy -- Hope your trip is going well. Are you available today at 4:30 Eastern (1:30 Pacific)? If so, please call my office at the number below, and Karen and I can both be reached there.

Thank you.

A. Marie Villafaña
Assistant U.S. Attorney
500 S. Australian Ave, Suite 400
West Palm Beach, FL 33401


-----Original Message-----
From: Roy BLACK [mailto:RBLACK@royblack.com]
Sent: Tuesday, August 05, 2008 11:40 PM
To: Villafana, Ann Marie C. (USAFLS)
Cc: Atkinson, Karen (USAFLS)
Subject: Re: Follow-up on last week's call

Marie I just got back to my computer. Sorry it took awhile to respond. I am available tomorrow to call you. Let me know what time to call.
Remember I am 3 hours behind you so email me the time in the am and I will call.
Thanks Roy

>>> "Villafana, Ann Marie C. (USAFLS)"
08/05/08 1:01 PM >>>
Hi Roy - Are you available late this afternoon to do a follow-up on last week's call? If today does not work, can you let us know about your availability tomorrow, as well?

Thank you.

A. Marie Villafaña
Assistant U.S. Attorney
500 S. Australian Ave, Suite 400
West Palm Beach, FL 33401

**Villafana, Ann Marie C. (USAFLS)**

| | |
|---|---|
| From: | Roy BLACK [RBLACK@royblack.com] |
| Sent: | Tuesday, August 05, 2008 11:40 PM |
| To: | Villafana, Ann Marie C. (USAFLS) |
| Cc: | Atkinson, Karen (USAFLS) |
| Subject: | Re: Follow-up on last week's call |

Marie I just got back to my computer. Sorry it took awhile to respond. I am available tomorrow to call you. Let me know what time to call.
Remember I am 3 hours behind you so email me the time in the am and I will call.
Thanks Roy

>>> "Villafana, Ann Marie C. (USAFLS)"
08/05/08 1:01 PM >>>
Hi Roy - Are you available late this afternoon to do a follow-up on last week's call? If today does not work, can you let us know about your availability tomorrow, as well?

Thank you.

A. Marie Villafaña
Assistant U.S. Attorney
500 S. Australian Ave, Suite 400
West Palm Beach, FL 33401

**Villafana, Ann Marie C. (USAFLS)**

From: Villafana, Ann Marie C. (USAFLS)
Sent: Tuesday, August 05, 2008 3:29 PM
To: Lanna Belohlavek
Subject: Question re Epstein -- Sorry to bother

Hi Lanna – Sorry to bother you, but a question has come up over here. I know that you filed the Non-Prosecution Agreement with the United States. Did you file the version that I emailed to you (the three-part agreement) or a different version?

Thank you.

*A. Marie Villafaña*
Assistant U.S. Attorney
500 S. Australian Ave, Suite 400
West Palm Beach, FL 33401

## Villafana, Ann Marie C. (USAFLS)

| | |
|---|---|
| From: | Villafana, Ann Marie C. (USAFLS) |
| Sent: | Tuesday, August 05, 2008 1:01 PM |
| To: | Roy BLACK |
| Cc: | Atkinson, Karen (USAFLS) |
| Subject: | Follow-up on last week's call |

Hi Roy – Are you available late this afternoon to do a follow-up on last week's call? If today does not work, can you let us know about your availability tomorrow, as well?

Thank you.

*A. Marie Villafaña*
Assistant U.S. Attorney
500 S. Australian Ave, Suite 400
West Palm Beach, FL 33401

[redacted]

**Villafana, Ann Marie C. (USAFLS)**

| | |
|---|---|
| From: | Roy BLACK [RBLACK@royblack.com] |
| Sent: | Wednesday, July 30, 2008 2:45 PM |
| To: | Villafana, Ann Marie C. (USAFLS) |
| Subject: | Re: Jeffrey Epstein |

I am in the mountains and the cell doesn't work well. I will get to a landline at 4 and call you.

-----Original Message-----
From: "Villafana, Ann Marie C. (USAFLS)" <
To: Roy BLACK <RBLACK@royblack.com>
Cc: Karen (USAFLS) Atkinson

Sent: 7/30/2008 2:43:11 PM
Subject: RE: Jeffrey Epstein

Can Karen and I call you on your cell at 4:00 Florida time? I just need your number. Or you can call us at Karen's desk --

Thank you.

A. Marie Villafaña
Assistant U.S. Attorney
500 S. Australian Ave, Suite 400
West Palm Beach, FL 33401

-----Original Message-----
From: Roy BLACK [mailto:RBLACK@royblack.com]
Sent: Wednesday, July 30, 2008 2:38 PM
To: Villafana, Ann Marie C. (USAFLS)
Subject: Re: Jeffrey Epstein

Ok. I am on the road in california and can call in about an hour or so.
-----Original Message-----
From: "Villafana, Ann Marie C. (USAFLS)"
To: Roy BLACK <RBLACK@royblack.com>

Sent: 7/30/2008 2:31:56 PM
Subject: RE: Jeffrey Epstein

Hi Roy -- It relates to the performance of the criminal Non-Prosecution Agreement.

A. Marie Villafaña
Assistant U.S. Attorney
500 S. Australian Ave, Suite 400

West Palm Beach, FL 33401
Phone 561 209 1047

-----Original Message-----
From: Roy BLACK [mailto:RBLACK@royblack.com]
Sent: Wednesday, July 30, 2008 1:18 PM
To: Villafana, Ann Marie C. (USAFLS)
Subject: Re: Jeffrey Epstein

I am out of town. What is it about?

>>> "Villafana, Ann Marie C. (USAFLS)"
07/30/08 11:44 AM >>>
Dear Roy:  Are you available this afternoon to discuss the Epstein matter?
Please let me know what time works best for you.

Thank you.

A. Marie Villafaña
Assistant U.S. Attorney
500 S. Australian Ave, Suite 400
West Palm Beach, FL 33401

**Villafana, Ann Marie C. (USAFLS)**

From: Villafana, Ann Marie C. (USAFLS)
Sent: Wednesday, July 30, 2008 2:43 PM
To: Roy BLACK
Cc: Atkinson, Karen (USAFLS)
Subject: RE: Jeffrey Epstein

Can Karen and I call you on your cell at 4:00 Florida time? I just need your number. Or you can call us at Karen's desk --

Thank you.

A. Marie Villafaña
Assistant U.S. Attorney
500 S. Australian Ave, Suite 400
West Palm Beach, FL 33401

-----Original Message-----
From: Roy BLACK [mailto:RBLACK@royblack.com]
Sent: Wednesday, July 30, 2008 2:38 PM
To: Villafana, Ann Marie C. (USAFLS)
Subject: Re: Jeffrey Epstein

Ok. I am on the road in california and can call in about an hour or so.
-----Original Message-----
From: "Villafana, Ann Marie C. (USAFLS)"
To: Roy BLACK <RBLACK@royblack.com>

Sent: 7/30/2008 2:31:56 PM
Subject: RE: Jeffrey Epstein

Hi Roy -- It relates to the performance of the criminal Non-Prosecution Agreement.

A. Marie Villafaña
Assistant U.S. Attorney
500 S. Australian Ave, Suite 400
West Palm Beach, FL 33401

-----Original Message-----
From: Roy BLACK [mailto:RBLACK@royblack.com]
Sent: Wednesday, July 30, 2008 1:18 PM
To: Villafana, Ann Marie C. (USAFLS)

Subject: Re: Jeffrey Epstein

I am out of town. What is it about?

>>> "Villafana, Ann Marie C. (USAFLS)"
07/30/08 11:44 AM >>>
Dear Roy:  Are you available this afternoon to discuss the Epstein matter?
Please let me know what time works best for you.

Thank you.

A. Marie Villafaña
Assistant U.S. Attorney
500 S. Australian Ave, Suite 400
West Palm Beach, FL 33401

**Villafana, Ann Marie C. (USAFLS)**

From: Roy BLACK [RBLACK@royblack.com]
Sent: Wednesday, July 30, 2008 2:38 PM
To: Villafana, Ann Marie C. (USAFLS)
Subject: Re: Jeffrey Epstein

Ok. I am on the road in california and can call in about an hour or so.
-----Original Message-----
From: "Villafana, Ann Marie C. (USAFLS)"
To: Roy BLACK <RBLACK@royblack.com>

Sent: 7/30/2008 2:31:56 PM
Subject: RE: Jeffrey Epstein

Hi Roy -- It relates to the performance of the criminal Non-Prosecution Agreement.

A. Marie Villafaña
Assistant U.S. Attorney
500 S. Australian Ave, Suite 400
West Palm Beach, FL 33401
Phone 561 209-1047
Fax 561 820-8777


-----Original Message-----
From: Roy BLACK [mailto:RBLACK@royblack.com]
Sent: Wednesday, July 30, 2008 1:18 PM
To: Villafana, Ann Marie C. (USAFLS)
Subject: Re: Jeffrey Epstein

I am out of town. What is it about?

>>> "Villafana, Ann Marie C. (USAFLS)" <A
07/30/08 11:44 AM >>>
Dear Roy:  Are you available this afternoon to discuss the Epstein matter? Please let me know what time works best for you.

Thank you.

A. Marie Villafaña
Assistant U.S. Attorney
500 S. Australian Ave, Suite 400
West Palm Beach, FL 33401

**Villafana, Ann Marie C. (USAFLS)**

From: Villafana, Ann Marie C. (USAFLS)
Sent: Wednesday, July 30, 2008 2:32 PM
To: Roy BLACK
Subject: RE: Jeffrey Epstein

Hi Roy -- It relates to the performance of the criminal Non-Prosecution Agreement.

A. Marie Villafaña
Assistant U.S. Attorney
500 S. Australian Ave, Suite 400
West Palm Beach, FL 33401

-----Original Message-----
From: Roy BLACK [mailto:RBLACK@royblack.com]
Sent: Wednesday, July 30, 2008 1:18 PM
To: Villafana, Ann Marie C. (USAFLS)
Subject: Re: Jeffrey Epstein

I am out of town. What is it about?

>>> "Villafana, Ann Marie C. (USAFLS)" <[redacted]> 07/30/08 11:44 AM >>>
Dear Roy: Are you available this afternoon to discuss the Epstein matter? Please let me know what time works best for you.

Thank you.

A. Marie Villafaña
Assistant U.S. Attorney
500 S. Australian Ave, Suite 400
West Palm Beach, FL 33401

Villafana, Ann Marie C. (USAFLS)

From: Atkinson, Karen (USAFLS)
Sent: Wednesday, July 30, 2008 2:27 PM
To: Villafana, Ann Marie C. (USAFLS)
Subject: RE: Jeffrey Epstein

Sounds good

-----Original Message-----
From: Villafana, Ann Marie C. (USAFLS)
Sent: Wednesday, July 30, 2008 1:42 PM
To: Atkinson, Karen (USAFLS)
Subject: FW: Jeffrey Epstein

FYI -- I was going to respond that it relates to the performance of the Non-Prosecution Agreement.  What do you think?

A. Marie Villafaña
Assistant U.S. Attorney
500 S. Australian Ave, Suite 400
West Palm Beach, FL 33401


-----Original Message-----
From: Roy BLACK [mailto:RBLACK@royblack.com]
Sent: Wednesday, July 30, 2008 1:18 PM
To: Villafana, Ann Marie C. (USAFLS)
Subject: Re: Jeffrey Epstein

I am out of town. What is it about?

>>> "Villafana, Ann Marie C. (USAFLS)" <
07/30/08 11:44 AM >>>
Dear Roy:  Are you available this afternoon to discuss the Epstein matter?
Please let me know what time works best for you.

Thank you.

A. Marie Villafaña
Assistant U.S. Attorney
500 S. Australian Ave, Suite 400
West Palm Beach, FL 33401

**Villafana, Ann Marie C. (USAFLS)**

From: Roy BLACK [RBLACK@royblack.com]
Sent: Wednesday, July 30, 2008 1:18 PM
To: Villafana, Ann Marie C. (USAFLS)
Subject: Re: Jeffrey Epstein

I am out of town. What is it about?

>>> "Villafana, Ann Marie C. (USAFLS)" ▮▮▮▮▮▮▮▮▮▮
07/30/08 11:44 AM >>>
Dear Roy: Are you available this afternoon to discuss the Epstein matter?
Please let me know what time works best for you.

Thank you.

A. Marie Villafaña
Assistant U.S. Attorney
500 S. Australian Ave, Suite 400
West Palm Beach, FL 33401
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮