# EXHIBIT 126

Villafana, Ann Marie C. (USAFLS)

| | |
|---|---|
| From: | Jay Lefkowitz [JLefkowitz@kirkland.com] |
| Sent: | Wednesday, August 13, 2008 10:00 PM |
| To: | Villafana, Ann Marie C. (USAFLS) |
| Cc: | Roy BLACK |
| Subject: | Re: Electronic Copy of my Fax |

Thx Marie - speak tomorrow. I will call you around 1130-1200.

Jay

---

From: "Villafana, Ann Marie C. (USAFLS)"
Sent: 08/13/2008 06:20 PM AST
To: Jay Lefkowitz
Cc: "Roy BLACK" <RBLACK@royblack.com>
Subject: Electronic Copy of my Fax

Jay – Here is a scanned version of the fax, in case you have already left.

<<Lefkowitz 080813008.pdf>>

*A. Marie Villafaña*

Assistant U.S. Attorney

500 S. Australian Ave, Suite 400

West Palm Beach, FL 33401

***************************************************************
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to postmaster@kirkland.com, and
destroy this communication and all copies thereof,
including all attachments.
***************************************************************

Villafana, Ann Marie C. (USAFLS)

| | |
|---|---|
| From: | Villafana, Ann Marie C. (USAFLS) |
| Sent: | Wednesday, August 13, 2008 6:21 PM |
| To: | lefkowitz@kirkland.com |
| Cc: | Roy BLACK |
| Subject: | Electronic Copy of my Fax |

Jay – Here is a scanned version of the fax, in case you have already left.



Lefkowitz 080813008.pdf

*A. Marie Villafaña*
Assistant U.S. Attorney
500 S. Australian Ave, Suite 400
West Palm Beach, FL 33401

**Villafana, Ann Marie C. (USAFLS)**

From: Jay Lefkowitz [JLefkowitz@kirkland.com]
Sent: Wednesday, August 13, 2008 4:40 PM
To: Villafana, Ann Marie C. (USAFLS)

Marie -

Are you reachable?

Thanks -- Jay

*************************************************************
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to postmaster@kirkland.com, and
destroy this communication and all copies thereof,
including all attachments.
*************************************************************

**Villafana, Ann Marie C. (USAFLS)**

| | |
|---|---|
| From: | Villafana, Ann Marie C. (USAFLS) |
| Sent: | Wednesday, August 13, 2008 3:28 PM |
| To: | Roy BLACK |
| Cc: | Atkinson, Karen (USAFLS) |
| Subject: | Jeffrey Epstein |

Dear Roy –

Judge Marra has set us for a status conference tomorrow afternoon in Jane Doe v. United States. Given Judge Marra's past rulings, I anticipate that he may order us to turn over the agreement, so we need to get this issue resolved today, if at all possible.

Thank you,
Marie

*A. Marie Villafaña*
Assistant U.S. Attorney
500 S. Australian Ave, Suite 400
West Palm Beach, FL 33401

Tracking:

Villafana, Ann Marie C. (USAFLS)

**From:** Villafana, Ann Marie C. (USAFLS)
**Sent:** Tuesday, August 12, 2008 4:28 PM
**To:** Roy BLACK
**Cc:** Atkinson, Karen (USAFLS)
**Subject:** Full Agreement

Hi Roy – This is what I have provided to Lanna as representing the full agreement and it is what I have described in my Declaration with the Court.



Epstein Agrmt001.pdf

Thank you.

*A. Marie Villafaña*
Assistant U.S. Attorney
500 S. Australian Ave, Suite 400
West Palm Beach, FL 33401

**Villafana, Ann Marie C. (USAFLS)**

From: Roy BLACK [RBLACK@royblack.com]
Sent: Tuesday, August 12, 2008 3:45 PM
To: Villafana, Ann Marie C. (USAFLS)
Subject: Re: Call

Ok. I will call at 4:15 your time.

-----Original Message-----
From: "Villafana, Ann Marie C. (USAFLS)"
To: Roy BLACK <RBLACK@royblack.com>

Sent: 8/12/2008 3:42:04 PM
Subject: Call

Hi Roy - Karen is tied up until 4:15. Can we call you then? Or would you like to call us?

A. Marie Villafaña
Assistant U.S. Attorney
500 S. Australian Ave, Suite 400
West Palm Beach, FL 33401

**Villafana, Ann Marie C. (USAFLS)**

From: Villafana, Ann Marie C. (USAFLS)
Sent: Tuesday, August 12, 2008 3:42 PM
To: Roy BLACK
Subject: Call

Hi Roy – Karen is tied up until 4:15. Can we call you then? Or would you like to call us?

*A. Marie Villafaña*
Assistant U.S. Attorney
500 S. Australian Ave. Suite 400
West Palm Beach, FL 33401

**Villafana, Ann Marie C. (USAFLS)**

| | |
|---|---|
| From: | Villafana, Ann Marie C. (USAFLS) |
| Sent: | Tuesday, August 12, 2008 12:07 PM |
| To: | Roy BLACK |
| Subject: | RE: Jeffrey Epstein |

Hi Roy -- Can you give me a call? We need to discuss something.

A. Marie Villafaña
Assistant U.S. Attorney
500 S. Australian Ave, Suite 400
West Palm Beach, FL 33401

[redacted]

-----Original Message-----
From: Roy BLACK [mailto:RBLACK@royblack.com]
Sent: Monday, August 11, 2008 11:40 PM
To: Villafana, Ann Marie C. (USAFLS)
Subject: Jeffrey Epstein

Marie: I have conferred with the lawyers on the team. They all thank you for agreeing to oppose any disclosure of the 9/24/07 agreement. We firmly believe this document is not discoverable in the civil cases. However if the court rules against you on this we request that you further ask that any disclosure be subject to a strong protective order prohibiting dissemination to anyone except counsel to the petitioners. We are particularly concerned because civil lawyers are more apt to publicize something like this than those of us who litigate on the criminal side of the docket. You may recall one lawyer standing on the bridge to palm beach railing over his misconceptions of the case. This is the typical vehicle they use to get more plaintiffs. You had also asked what documents were disclosed in the state court. As part of counsels obligation to fully disclose any promises or inducements which led to the plea agreement, the 9/24/07 agreement was filed with the court. It was filed under seal. Once again I want to re-assure you that Mr. Epstein and his counsel intend to stand by their agreements. If you or anyone in the USAO have any concern about a possible breach please call or email me again so we can discuss any dispute or misunderstanding and allay any concerns. Thanks again. Roy

**Villafana, Ann Marie C. (USAFLS)**

From: Villafana, Ann Marie C. (USAFLS)
Sent: Tuesday, August 12, 2008 11:12 AM
To: Lanna Belohlavek
Subject: Epstein

Hi Lanna – Sorry to be a bother, but we need to file our response with the Court this week, so I really need a copy of what was filed in your case and also the procedures to obtain the transcript of the change of plea hearing.

Thank you.

*A. Marie Villafaña*
Assistant U.S. Attorney
500 S. Australian Ave, Suite 400
West Palm Beach, FL 33401

**Villafana, Ann Marie C. (USAFLS)**

From: Villafana, Ann Marie C. (USAFLS)
Sent: Tuesday, August 12, 2008 9:08 AM
To: Roy BLACK
Subject: RE: Jeffrey Epstein

Roy, thank you for your response and your assistance. I will forward your request to Dexter Lee, who is representing the United States in the civil suit.

Can you please ask Jack Goldberger to send me an exact copy of what was filed under seal in the state court? I want to insure that all of us are presenting the same packet of documents as the final agreement.

Regards,
Marie

A. Marie Villafaña
Assistant U.S. Attorney
500 S. Australian Ave, Suite 400
West Palm Beach, FL 33401

-----Original Message-----
From: Roy BLACK [mailto:RBLACK@royblack.com]
Sent: Monday, August 11, 2008 11:40 PM
To: Villafana, Ann Marie C. (USAFLS)
Subject: Jeffrey Epstein

Marie: I have conferred with the lawyers on the team. They all thank you for agreeing to oppose any disclosure of the 9/24/07 agreement. We firmly believe this document is not discoverable in the civil cases. However if the court rules against you on this we request that you further ask that any disclosure be subject to a strong protective order prohibiting dissemination to anyone except counsel to the petitioners. We are particularly concerned because civil lawyers are more apt to publicize something like this than those of us who litigate on the criminal side of the docket. You may recall one lawyer standing on the bridge to palm beach railing over his misconceptions of the case. This is the typical vehicle they use to get more plaintiffs. You had also asked what documents were disclosed in the state court. As part of counsels obligation to fully disclose any promises or inducements which led to the plea agreement, the 9/24/07 agreement was filed with the court. It was filed under seal. Once again I want to re-assure you that Mr. Epstein and his counsel intend to stand by their agreements. If you or anyone in the USAO have any concern about a possible breach please call or email me again so we can discuss any dispute or misunderstanding and allay any concerns. Thanks again. Roy

Tracking:

283

08-80736-CV-MARRA                                                                    RFP WPB-001818