# EXHIBIT 128

## Villafana, Ann Marie C. (USAFLS)

**From:** Villafana, Ann Marie C. (USAFLS)
**Sent:** Thursday, August 14, 2008 12:28 PM
**To:** Jay Lefkowitz
**Subject:** RE: Telephone Call

Fine.

*A. Marie Villafaña*
Assistant U.S. Attorney
500 S. Australian Ave, Suite 400
West Palm Beach, FL 33401

---

**From:** Jay Lefkowitz [mailto:JLefkowitz@kirkland.com]
**Sent:** Thursday, August 14, 2008 12:26 PM
**To:** Villafana, Ann Marie C. (USAFLS)
**Cc:** Atkinson, Karen (USAFLS)
**Subject:** Re: Telephone Call

How about 10 minutes?

---

**From:** "Villafana, Ann Marie C. (USAFLS)"
**Sent:** 08/14/2008 12:19 PM AST
**To:** Jay Lefkowitz
**Cc:** "Atkinson, Karen (USAFLS)"
**Subject:** Telephone Call

Hi Jay – Can you give me a specific time for the call so that I can conference call you and Karen?

Thank you.

*A. Marie Villafaña*

Assistant U.S. Attorney

500 S. Australian Ave, Suite 400

West Palm Beach, FL 33401

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to postmaster@kirkland.com, and
destroy this communication and all copies thereof,
including all attachments.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Villafana, Ann Marie C. (USAFLS)**

From: Villafana, Ann Marie C. (USAFLS)
Sent: Thursday, August 14, 2008 12:19 PM
To: lefkowitz@kirkland.com
Cc: Atkinson, Karen (USAFLS)
Subject: Telephone Call

Hi Jay – Can you give me a specific time for the call so that I can conference call you and Karen?

Thank you.

*A. Marie Villafaña*
Assistant U.S. Attorney
500 S. Australian Ave, Suite 400
West Palm Beach, FL 33401

[redacted]

**Villafana, Ann Marie C. (USAFLS)**

| | |
|---|---|
| From: | Villafana, Ann Marie C. (USAFLS) |
| Sent: | Thursday, August 14, 2008 11:33 AM |
| To: | Roy BLACK |
| Subject: | Call with Jay Lefkowitz |

Hi Roy – Sorry to bother you early in the morning. Jay Lefkowitz is supposed to call soon to discuss the agreement. We would prefer to have you on the call as well.

A. Marie Villafaña
Assistant U.S. Attorney
500 S. Australian Ave, Suite 400
West Palm Beach, FL 33401
Phone 561-209-1047