# EXHIBIT 130



**U.S. Department of Justice**

United States Attorney
Southern District of Florida

500 S. Australian Ave, Ste 400
West Palm Beach, FL 33401
(561) 820-8711
Facsimile: (561) 820-8777

August 15, 2008

DELIVERY BY ELECTRONIC MAIL
Jay P. Lefkowitz, Esq.
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, New York 10022-4675

Roy Black, Esq.
Black Srebnick Kornspan & Stumpf P.A.
201 S. Biscayne Blvd, Suite 1300
Miami, FL 33131

        Re:    Jeffrey Epstein

Dear Jay and Roy:

    Thank you for your response to my earlier e-mail. Our communications with Mr. Black and later with Mr. Lefkowitz were solely to determine what Mr. Epstein considered to be the terms of the Non-Prosecution Agreement. We appreciate your answering our question with finality. You have now made clear that Mr. Epstein did not accept the December modification, and accordingly, we will now consider that modification to be a nullity.

    Pursuant to our Agreement, I will prepare an Amended Notification that contains the names of additional identified victims. In accordance with Paragraph 7B of the October Addendum, please provide me by Monday afternoon with a proposed written submission to the independent third-party who will select the attorney representative.

    Finally, as you are aware, the United States has been ordered to produce the Non-Prosecution Agreement. In accordance with that Order, we will produce the September Agreement with the October Addendum signed by your client. We understand that Mr.

Jay P. Lefkowitz, Esq.
Roy Black, Esq.
August 15, 2008
Page 2 of 2

Goldberger did not provide the state court with a true copy of the complete Agreement, and he should take steps to correct that error.

Sincerely,

R. Alexander Acosta
United States Attorney

By: *A. Marie Villafaña*
A. Marie Villafaña
Assistant United States Attorney

cc: Karen Atkinson, Chief, Northern Division