# EXHIBIT 136

 **U.S. Department of Justice**

*United States Attorney*
*Southern District of Florida*

*500 South Australian Ave., Suite 400*
*West Palm Beach, FL 33401*
*(561) 820-8711*
*Facsimile: (561) 820-8777*

September 3, 2008

## NOTIFICATION OF IDENTIFIED VICTIM

**NOTICE: IN ACCORDANCE WITH TITLE 18, UNITED STATES CODE, SECTION 3509(d) AND FLORIDA LAW, THE ATTACHED DOCUMENT IS TO BE TREATED AS CONFIDENTIAL AND SHALL NOT BE DISCLOSED EXCEPT IN CONNECTION WITH A LEGAL PROCEEDING.**



**U.S. Department of Justice**

*United States Attorney*
*Southern District of Florida*

---

500 South Australian Ave., Suite 400
West Palm Beach, FL 33401
(561) 820-8711
Facsimile: (561) 820-8777

September 3, 2008

VIA UNITED STATES MAIL
Brad Edwards, Esq.
2028 Harrison Street, Suite 202
Hollywood, Florida 33020

Re: **Jeffrey Epstein/ ▮▮▮▮▮▮▮▮ AMENDED NOTIFICATION OF IDENTIFIED VICTIM**

Dear Mr. Edwards:

By virtue of this letter, the United States Attorney's Office for the Southern District of Florida asks that you provide the following amended notice to your client, ▮▮▮▮▮▮▮▮. Some of the information contained in the July 9, 2008 letter to Ms. Wild was inaccurate, so please advise her of the following changes.

As you were previously advised, on June 30, 2008, Jeffrey Epstein (hereinafter referred to as "Epstein) entered a plea of guilty to violations of Florida Statutes Sections 796.07 (felony solicitation of prostitution) and 796.03 (procurement of minors to engage in prostitution), in the 15th Judicial Circuit in and for Palm Beach County (Case Nos. 2006-cf-009454AXXXMB and 2008-cf-009381AXXXMB) and was sentenced to a term of twelve months' imprisonment to be followed by an additional six months' imprisonment, followed by twelve months of Community Control 1, with conditions of community confinement imposed by the Court.

In light of the entry of the guilty plea and sentence, the United States has agreed to defer federal prosecution in favor of this state plea and sentence, subject to certain conditions, including the following:

1. An independent Special Master was assigned the task of selecting an attorney representative to represent the victims in connection with civil

BRAD EDWARDS, ESQ.
AMENDED NOTIFICATION OF IDENTIFIED VICTIM ███
SEPTEMBER 3, 2008
PAGE 2 OF 3

litigation between the victims and Mr. Epstein. The Special Master selected Robert Josefsberg, Esq. of the firm Podhurst Orseck, P.A., a highly-respected and experienced attorney. Ms. ███ [i]s not obligated to use Mr. Josefsberg as her civil attorney, but, as explained in greater detail below, Mr. Josefsberg's services will be provided at no cost to Ms. ███ because Mr. Epstein is obligated to pay the costs and fees of the attorney-representative. Also, Mr. Epstein and his attorneys can only contact Ms. ███ via Mr. Josefsberg, assuming that she would like Mr. Josefsberg to serve as her attorney.

2. If Ms. ███ elects to file suit against Mr. Epstein pursuant to Title 18, United States Code, Section 2255, Mr. Epstein will not contest the jurisdiction of the United States District Court for the Southern District of Florida over his person and/or the subject matter, and Mr. Epstein waives his right to contest liability and also waives his right to contest damages up to an amount as agreed to between Ms. ███ and Mr. Epstein, so long as Ms. ███ elects to proceed exclusively under 18 U.S.C. § 2255, and she waives any other claim for damages, whether pursuant to state, federal, or common law. Notwithstanding this waiver, Epstein's agreement with the United States, his waivers and failure to contest liability and such damages in any suit are not to be construed as an admission of any criminal or civil liability.

3. As stated above, Mr. Epstein has agreed to pay the fees of the attorney representative selected by the independent third party. This provision, however, shall not obligate Epstein to pay the fees and costs of contested litigation filed against him. Thus, if after consideration of potential settlements, Ms. ███ and Mr. Josefsberg elect to file a contested lawsuit pursuant to 18 U.S.C. § 2255 or she elects to pursue any other contested remedy, the obligation to pay the costs of the attorney representative, as opposed to any statutory or other obligations to pay reasonable attorneys fees and costs such as those contained in Section 2255, shall cease.

Mr. Josefsberg will be contacting you within the next two weeks to explain these terms and to determine if he may contact Ms. ███ directly. If you would like to contact Mr. Josefsberg directly, he can be reached at 305 358-2800.

Brad Edwards, Esq.
Amended Notification of Identified Victim
September 3, 2008
Page 3 of 3

If Ms. ▇▇ has selected other counsel to represent her, or if she does so in the future, and she decides to pursue a claim against Jeffrey Epstein, Mr. Epstein's attorney, Jack Goldberger, asks that he be contacted at Atterbury Goldberger and Weiss, 250 Australian Avenue South, Suite 1400, West Palm Beach, FL 33401.

As I stated in my earlier notification, please understand that neither the U.S. Attorney's Office nor the Federal Bureau of Investigation can take part in or otherwise assist in civil litigation, but we again thank you and your client for all of her assistance during the course of this investigation.

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

By: *[signature]*

A. MARIE VILLAFAÑA
ASSISTANT U.S. ATTORNEY

cc: Robert Josefsberg, Esq.
Jack Goldberger, Esq.