UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-80736-CIV-MARRA

JANE DOE 1 AND JANE DOE 2,

    Petitioners,

vs.

UNITED STATES,

    Respondent.
_____/

RESPONDENT'S NOTICE OF FILING EXHIBITS IN SUPPORT OF OPPOSITION
TO PETITIONERS' MOTION FOR PARTIAL SUMMARY JUDGMENT, AND
RESPONDENT'S CROSS-MOTION FOR SUMMARY JUDGMENT

Respondent United States of America files the attached Exhibits in support of its

Opposition to Petitioners' Motion for Partial Summary Judgment, and Respondent's Cross-

Motion for Summary Judgment:

GOVERNMENT SUMMARY JUDGMENT EXHIBITS

| Exhibit Number | Item |
|---|---|
| A | Letter from James Eisenberg, Esq. to AUSA A. Marie Villafaña, September 21, 2006 |
| B | DOJ Office of Enforcement Operations approval of testimonial immunity for Jane Doe 2, April 13, 2007 |
| C | Transcript of April 24, 2007 Interview of Jane Doe 2 |
| D | December 21, 2007 letter from Jay Lefkowitz, Esq. to United States Attorney R. Alexander Acosta |
| E | August 4, 2006 victim letter to Jane Doe 2 |
| F | August 11, 2006 victim letter to Jane Doe 1 |
| G | Epstein appeal letters to DOJ Child Exploitation & Obscenity |

1

|   |   |
|---|---|
|   | Section (CEOS) |
| H | May 15, 2008 letter from CEOS to Jay Lefkowitz |
| I | June 23, 2008 letter from Senior Associate Deputy Atty General John Roth to Lefkowitz |
| J | January 2008 FBI victim letters to Jane Doe 1 and Jane Doe 2 |
| K | November 28, 2007 letter from Kenneth Starr to Alice Fisher |
| L | December 11, 2007 letter from Lefkowitz to Acosta |
| M | Attorney General Guidelines for Victim and Witness Assistance (2005) |
| N | November 27, 2007 email, Jeffrey Sloman to Lefkowitz |
| O | December 26, 2007 letter, Lefkowitz to Acosta |
| P | Complaint, E.W. v. Epstein (Jane Doe 1) |
| Q | Complaint, L.M. v. Epstein (Jane Doe 2) |
| R | FBI Special Agent E. Nestbitt Kuyrkendall Declaration |
| S | AUSA A. Marie Villafaña Declaration |
| T | July 11, 2008 Hearing Transcript |
| U | August 14, 2008 Hearing Transcript |
| V | Letters to Deputy Attorney General Filip from Epstein attorneys (May 2008) |

Respectfully submitted,

BENJAMIN G. GREENBERG
ACTING UNITED STATES ATTORNEY

By: */s/ Dexter A. Lee*
Dexter A. Lee
Assistant United States Attorney
Fla Bar No. 0936693
99 N.E. 4th Street, Suite 300
Miami, Florida 33132
Tel: (305) 961-9320; Fax: (305) 530-7139
E-mail: dexter.lee@usdoj.gov

*/s/ A. Marie Villafaña*
A. Marie Villafaña
Assistant United States Attorney
Fla Bar No. 0018255
500 S. Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel: (561) 820-8711; Fax: (561) 820-8777
E-mail: ann.marie.c.villafana@usdoj.gov

*/s/ Eduardo I. Sánchez*
Eduardo I. Sánchez
Assistant United States Attorney
Florida Bar No. 877875
99 N.E. 4th Street
Miami, Florida 33132
Tel: (305) 961-9057; Fax: (305) 536-4676
Email: eduardo.i.sanchez@usdoj.gov

Attorneys for the Government

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 2, 2017, the foregoing Notice of Filing Exhibits in Support of Opposition to Petitioners' Motion for Partial Summary Judgment, and Respondent's Cross-Motion for Summary Judgment was filed with the Clerk of the Court and served on counsel on the attached service list using CM/ECF.

/s/ Dexter A. Lee
Dexter A. Lee
Assistant United States Attorney

SERVICE LIST

Bradley J. Edwards
FARMER, JAFFE, WEISSING,
EDWARDS, FISTOS & LEHRMAN, P.L.
425 North Andrews Avenue, Suite 2
Fort Lauderdale, Florida  33301
Tel: (954) 524-2820; Fax:  (954) 524-2822
E-mail:  brad@pathtojustice.com

Paul G. Cassell
Pro Hac Vice
S.J. Quinney College of Law at the
University of Utah
332 S. 1400 E.
Salt Lake City, Utah  84112
Tel: (801) 585-5202; Fax:  (801) 585-6833
E-mail:  casselp.@law.utah.edu

Attorneys for Jane Doe 1 and Jane Doe 2


Jacqueline Perczek
BLACK SREBNICK KORNSPAN & STUMPF
201 S. Biscayne Boulevard, Suite 1300
Miami , FL  33131
Tel: (305) 371-6421; Fax: 305-358-2006
 Email: Pleading@royblack.com

Roy E. Black
BLACK SREBNICK KORNSPAN & STUMPF
201 S. Biscayne Boulevard, Suite 1300
Miami , FL  33131
Tel: (305) 371-6421; Fax: 305-358-2006
 Email: Rblack@royblack.com

Attorneys for Intervenor Jeffrey Epstein

Dexter A. Lee
Assistant United States Attorney
99 N.E. 4th Street, Suite 300
Miami, Florida   33132
Tel: (305) 961-9320; Fax: (305) 530-7139
E-mail:  dexter.lee@usdoj.gov

A. Marie Villafaña
Assistant United States Attorney
500 S. Australian Avenue, Suite 400
West Palm Beach, Florida   33401
Tel: (561) 820-8711; Fax:  (561) 820-8777
E-mail:  ann.marie.c.villafana@usdoj.gov

Eduardo I. Sánchez
Assistant United States Attorney
Florida Bar No. 877875
99 N.E. 4th Street
Miami, Florida   33132
Tel: (305) 961-9057; Fax: (305) 536-4676
Email: eduardo.i.sanchez@usdoj.gov

Attorneys for the United States