# GOVERNMENT

# EXHIBIT

# A

# EISENBERG & FOUTS, P.A.
## Attorneys At Law

**JAMES L. EISENBERG**
Florida Bar Board Certified Criminal Trial Lawyer
National Board Of Trial Advocacy Certified Criminal Trial Advocate
**KAI LI ALOE FOUTS**

One Clearlake Centre, Suite 704, 250 Australian Avenue South, West Palm Beach, FL 33401  561/659-2009 Fax: 561/659-2380

---

September 21, 2006

A. Marie Villafana, Asst. U.S. Attorney
500 South Australian Avenue, Suite 400
West Palm Beach, FL 33401

Re:  ▮▮▮▮ Subpoena for T▮▮ M▮▮

Dear Marie,

Please allow me to confirm my latest e-mail to you. I did receive your e-mail of last week with attachments and passed them on to my client. At this time, I can only say that my client does not want to do either of your suggestions. She does not want to give a statement under the immunity letter you provided with its Kastigar exception and she does not want to testify ▮▮▮▮▮▮ and will not on 5th Amendment grounds. With this client, I am sorry, but I must have a formal grant of immunity before she will say anything.

Sincerely,

JAMES L. EISENBERG

JLE/gw
cc:  Ms. T▮▮ M▮▮

**GOVERNMENT EXHIBIT A**