# GOVERNMENT

# EXHIBIT

# B

TOTAL P.01

 

Office of the Assistant Attorney General Washington, DC 20530-0001

APR 13 2007

The Honorable R. Alexander Acosta
United States Attorney
Southern District of Florida
West Palm Beach, Florida 33401

Attention:     A. Marie Villafana
                Assistant United States Attorney

    Re:     Grand Jury Investigation,
            Jeffrey Epstein, et al.

Dear Mr. Acosta:

       Pursuant to the authority vested in me by 18 U.S.C. § 6003(b) and 28 C.F.R. § 0.175(a), I hereby approve your request for authority to apply to the United States District Court for the Southern District of Florida for an order pursuant to 18 U.S.C. §§ 6002-6003 requiring ▮▮▮▮▮▮▮▮ to give testimony or provide other information in the above matter and in any further proceedings resulting therefrom or ancillary thereto.

                                                 Sincerely,

                                                 Alice S. Fisher
                                                 Assistant Attorney General

                                                 BRUCE C. SWARTZ
                                                 DEPUTY ASSISTANT ATTORNEY GENERAL
                                                 CRIMINAL DIVISION