GOVERNMENT

EXHIBIT

C

2007-04-25 ███████ TXT

1

1       IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
                IN AND FOR PALM BEACH COUNTY, FLORIDA
2                       STATE OF FLORIDA

3    STATE OF FLORIDA,

4    vs.

5
     JEFFREY EPSTEIN,
6        Defendant.

7    ──────────────────────────────

8

9           TRANSCRIPT OF TAPED STATEMENT OF T████ M████████
                            4-24-07
10

11

12

13

14

15

16

17   Transcribed by:
     Vicki S. Woodham, Court Reporter
18   Notary Public, State of Florida
     Consor & Associates
19   1655 Palm Beach Lakes Boulevard, Suite 500
     West Palm Beach, Florida  33401
20   Phone - 561.682.0905

21

22

23

24

25

2007-04 25 ███████.TXT

```
 1              (Taped statement as follows:)
 2              AGENT RICHARDS:  This is Special Agent Jason
 3       Richards with the FBI along with Special Agent
 4       Nesbit Kirkendul and Assistant United States
 5       Attorney Marie Bilafonia here to conduct an
 6       interview with Ms. T███ M████.  Also present is
 7       her attorney, Jim Eisenberg and Carrie Sheehan.
 8              MR. EISENBERG:  And we are here -- This is Jim
 9       Eisenberg and my investigator, Ms. Sheehan is here.
10       And we're here pursuant to a subpoena that was
11       served on me for T███ M████ and that's why we're
12       here.  So Ms. Bilafonia, it's your show.
13              MS. BILAFONIA:  Okay, great.
14              AGENT RICHARDS:  I also want to add that the
15       date is 4-24-07, and the time by my watch is 4:21
16       p.m.
17       BY AGENT RICHARDS:
18          Q.  Tatum, we just want to start off and I'll lead
19       off first.  We just want to get some basic info about
20       you, simple stuff.  I've got your date of birth as
21       7-26-88; is that correct?
22          A.  Yes, sir.
23          Q.  I just want to get like your basics like that
24       stuff first.  Your current address?
25          A.  ████████████████████████  Royal Palm Beach,
```

2007-04-25 ███████.TXT

                                                                    3

1    33411.

2         Q.   You have a cell phone or --

3         A.   561 ███████.

4         Q.   And home phone?

5         A.   Only cell.

6         Q.   Only cell, okay.  Now have you had other cell

7    phone numbers in the past and do you know any of those?

8         A.   ███████, that's the only one I can remember.

9         Q.   Okay.  But you had some others?

10        A.   Uh-huh.

11        Q.   Okay.

12   BY MS. BILAFONIA:

13        Q.   Who's your service provider?

14        A.   Metro.

15        Q.   Metro.  And for that other number as well?

16        A.   Yes.

17   BY AGENT RICHARDS:

18        Q.   Where did you go to high school?

19        A.   ████████████.

20        Q.   And what year did you graduate?

21        A.   I dropped out in eleventh.

22        Q.   What year was that that you dropped out, do you

23   remember?

24        A.   No.

25        Q.   What year were you supposed to graduate, your

2007 04-25 ████.TXT

4

```
 1    class7
 2          A.    '06.
 3          Q.    Okay.
 4          A.    I had got my GED.
 5          Q.    When did you get that?
 6          A.    About three months ago.
 7          Q.    And are you going to college anywhere
 8    currently?
 9          A.    Not right now.
10          Q.    Plans?
11          A.    I have plans.
12    BY MS. BILAFONIA:
13          Q.    Where are you thinking about going?
14          A.    I'm not positive what I want to do.  There's a
15    lot of things on my mind, but right now I'm focusing on
16    my son.  I have a two year old so right now I'm just
17    working.
18              AGENT RICHARDS:  He's a handful?
19              THE WITNESS:  Yeah.
20              AGENT RICHARDS:  I have one, too.
21              THE WITNESS:  Yeah.  So in the future, I'm
22         definitely going to go to college.  I'm going
23         definitely going to go to school.  But I have, you
24         know, a modeling career going on right now that's
```

Page 4

2007-04-25 ▮▮▮▮▮ IXI
25          hopefully going to -- some of you will notice me,


                                                                    5

1          hopefully, and that would be great, but I don't

2          know.

3     BY MS. BILLAFONIA:

4          Q.   Where else are you working?

5          A.   I work for Advanced Cleaning Systems.  They

6     clean carpets.

7               AGENT RICHARDS:  Advanced what was it?

8               THE WITNESS:  System Cleaning.

9     BY MS. BILAFONIA:

10         Q.   And where are they located?

11         A.   Las Palmas, 11 Swanee, S-w-a-n-e-e, Swanee

12    Drive.

13         Q.   Are you working in an office there or do you go

14    out to people's homes?

15         A.   I work in an office there.

16    BY AGENT RICHARDS:

17         Q.   Obviously, you know why we're here and what we

18    want to talk about.  So let me just kind of lead into do

19    you know Jeffrey Epstein?

20         A.   Yes.

21         Q.   Yes, of course, you do.  Now when did you meet

22    Jeff?  Does he go by Jeff or Jeffrey or --

23         A.   Jeffrey.
                              Page 5

2007-04-25 ▓▓▓▓.TXT

24        Q.    Okay.   When did you meet him and who introduced

25     you to Jeffrey?

6

1        A.    My girlfriend, Carolyn, introduced me to

2     Jeffrey.

3        Q.    Do you know her last name?

4        A.    No.   She was a friend of one of my friends, so

5     I really didn't know her.

6     BY MS. BILAFONIA:

7        Q.    When was that?

8        A.    I really couldn't tell you.   I don't even

9     remember.   It's been so long ago.

10     BY AGENT RICHARDS:

11        Q.    So Carolyn introduced you to him.   Was it at a

12     party setting or how did you guys meet?

13        A.    No.   She came to me and she said hey, would you

14     like to make a couple dollars and I said sure.   I said

15     doing what? She said, well, I know this Jeffrey.   He

16     lives on Palm Beach Island and I bring girls there and he

17     likes massages and I was like okay.   So I asked her, I

18     said well, what about my age?   And she said well, just

19     make sure that you tell him that you're 18.   And I had a

20     fake ID at the time and we went there.

21        Q.    Okay.   And about what time period was it that

2007-04-25 ▮▮▮▮▮ IXI

22    you went over there first, do you remember?

23         A.    What time period?

24         Q.    Yes.  As far as what year was that that you

25    were in school?

7

1          A.    I was 16.

2          Q.    Sixteen.

3    BY MS. BILAFONIA:

4          Q.    Were you a freshman or a sophomore, do you

5    remember?

6          A.    I couldn't tell you.  I couldn't tell you.

7    Probably a sophomore.

8          Q.    Now you said that Carolyn told you that he

9    likes massages.  Did she elaborate on what types of

10   massages?

11         A.    She said sometimes he likes topless massages,

12   but you don't have to do anything you don't want to do.

13   He just likes massages.

14         Q.    And do you know whether Carolyn had given him

15   massages?

16         A.    Yeah, she said she's done it before.

17         Q.    And do you know whether Carolyn had taken any

18   other girls over to see Jeffrey?

19         A.    Yes, she probably did.

20         Q.    Did she tell how much you would make?

Page 7

2007-04-25 ▮▮▮▮▮.TXT

21     A.    Yes.

22     Q.    what did she tell you?

23     A.    we go there and we make $200 in 30 minutes.

24     Q.    Now you said that you asked her, you know, what

25     -- do I need to be worried about my age. why did you ask

8

1      her that?

2           A.    Because I don't want to be -- you know, it was

3      like I was underage and I was young and I was pretty

4      stupid and I didn't want to get -- I didn't want to get

5      in trouble, so I always made sure -- I had a fake ID,

6      anyways, saying that I was 18. And she just said make

7      sure you're 18 because Jeffrey doesn't want any underage

8      girls.

9      BY AGENT RICHARDS:

10          Q.    Now Carolyn, did she -- where did you meet her

11     at? In school? what setting?

12          A.    I was at a friend's house, my girlfriend's

13     house. I don't know what girlfriend's house it was.

14     Everybody was just hanging out. And she said -- she came

15     up to me and she asked me. She said, do you want to make

16     a couple bucks and I said sure.

17          Q.    And after the first time that she took you over

18     there to meet Mr. Epstein, did she ever call you again to

2007-04-25 ▇▇▇▇ TXT

19   set up any appointments with him or anything like that?

20        A.   No.

21        Q.   Did she ever call you on the phone is what I'm

22   asking?

23        A.   No, I gave Jeffrey my number. And I said, you

24   know, any time you want me to give you a massage again,

25   I'll more than welcome to.

9

1    BY MS. BILAFONIA:

2         Q.   So Carolyn took you that first time, but then

3    after that you communicated directly with Jeffrey?

4         A.   Uh-huh.

5         Q.   Tell us about that first time that you went to

6    his house. Who -- how did you get there?

7         A.   One of Carolyn's friends and they dropped us

8    off and then we went. You know, we got escorted up to

9    the massage room and he told me everything. He said,

10   Listen, I like massages. And we had the whole massage

11   table laid out, the lotions and everything. And she was

12   in there for the first like five minutes. And the first

13   time I gave him a massage, she left the room and I gave

14   him a massage. And she told me, she says he likes women

15   topless massages. So I willingly the first time took off

16   my top when I gave him a massage and nothing more than

17   that. It was just a back massage and neck massage and I

Page 9

2007-04-25 ▮▮▮▮▮ .TXT

18   was out of there.

19        Q.   Okay.  Let me just ask you a couple of

20   follow-up questions.  You said that someone escorted you

21   up to the room.  Do you know who that was?

22        A.   One of -- what's her name?  Actually, Sara,

23   Sara just said, you know, it's up there and she just told

24   me where it was.

25        Q.   And then you said that you and Carolyn went

10

1   upstairs together?

2        A.   Uh-huh.

3        Q.   And Carolyn stayed in there for the first few

4   minutes?

5        A.   Uh-huh.

6        Q.   Was Jeffrey already in the room by the time

7   Carolyn left?

8        A.   Yeah, he was in the room.

9        Q.   Okay.  Was he there when you guys showed up in

10   the room or did he come in after you were already there?

11        A.   He was in the room already.

12        Q.   And you said that you took your top off.  Did

13   anybody ask you to take it off, like did Carolyn say it's

14   time for you to take it off?

15        A.   No, she wasn't in the room.

Page 10

2007-04-25 ▮▮▮▮ TXT

16        Q.    By the time you took it off, okay.

17        A.    I said, I told Jeffrey, I heard you like

18   massages topless. And he's like, yeah, he said, but you

19   don't have to do anything that you don't feel comfortable

20   with. And I said okay, but I willingly took it off.

21        Q.    Okay. And during that first massage, you said

22   that you gave him a shoulder and neck massage?

23        A.    Neck, back, shoulder, yeah.

24        Q.    Was he face down the entire time that he got

25   his massage?

11

1         A.    Yeah.

2         Q.    And what did you do during the massage? Did

3    you talk or --

4         A.    Yeah, we talked.

5         Q.    And what would you talk about with him?

6         A.    Well, we were just getting to know each other.

7    We talked about how my lifestyle was, what he did for a

8    living and just all positive things, really nice things.

9         Q.    Okay. What was he wearing when you first came

10   in the room?

11        A.    I'm sorry. When he first -- when he first came

12   in the room, he was fully clothed. And then he said, you

13   know, wait a second. I'm going to go on the massage

14   table and he put a towel over him just like a normal

2007-04-25 ███████.TXT

15   masseuse would do.

16        Q.   Did he undress and put a towel around him?

17        A.   Uh-huh.

18        Q.   Okay.

19        A.   Yeah, I didn't see anything.  It was just back,

20   neck and shoulders.

21        Q.   And after the massage was over, you received

22   the $200?

23        A.   He gives money right away.

24        Q.   I'm sorry.  Was that before you started the

25   massage or after the massage he gave you?

12

1         A.   The first time, he gave me the money right

2    away.

3         Q.   Okay.  And he's the person that paid you the

4    $200?

5         A.   No, it's always Sara.

6         Q.   Sara gave you the money?

7         A.   Uh-huh.

8    BY AGENT RICHARDS:

9         Q.   What's Sara's last name, do you know?

10        A.   I don't know.

11            MR. EISENBERG:  You can't look at papers.  If

12        you think you know, you know.  If you don't know, --

Page 12

2007-04-25 ▮▮▮▮▮.TXT

13      THE WITNESS:  No, I don't know.  I don't know

14      Sara's last name.  He does.

15  BY MS. BILAFONIA:

16      Q.   Okay.  The only thing I'm confused about is you

17  said that Sara didn't even take you upstairs.  She just

18  told you where you should go?

19      A.   Uh-huh.

20      Q.   So when did she pay you the money?

21      A.   She paid me then and there when I first walked

22  in the door, me and Carolyn.

23  BY AGENT. RICHARDS:

24      Q.   She paid you before you went upstairs?

25      A.   Yes.

13

1   BY MS. BILAFONIA:

2       Q.   And how much was Carolyn paid?

3       A.   Everybody got paid $200.

4       Q.   And after -- So after the massage was finished,

5   you said that you had already been paid.  Who asked you

6   for your name and telephone number?

7       A.   Jeffrey said, well, I'd like to see you again.

8   Can I have your number?  From what I remember, I'm pretty

9   sure he asked me for my number and I gave him my number.

10      Q.   Okay.

11  BY AGENT RICHARDS:

2007-04-25 ⬛.TXT

12      Q.   Did he write it down upstairs?  He had a pen

13   handy, I hope?

14      A.   Uh-huh.

15   BY MS. BILAFONIA:

16      Q.   On that first massage, you said that you worked

17   on him topless.  But when you first started, did you take

18   -- what were you wearing?

19      A.   I was wearing a shirt, a normal shirt and

20   jeans.  And I started to do a massage and I said well, I

21   heard you like topless massages.  And, of course, he

22   thought I was 18.  And he's like yeah, I do.  I prefer

23   that.  And who wouldn't, you know?  So I said okay and I

24   took it off.

25      Q.   And you took off your bra as well?

14

1       A.   Yes.

2       Q.   And you left your jeans on?

3       A.   Yes.

4       Q.   Okay.  So you gave him a massage.  Did he

5   request you do anything special in the massage?

6       A.   No.

7       Q.   And he never turned over in that first massage?

8       A.   No.

9       Q.   So you said that that day you gave your name

2007-04-25 ████████ TX1

10    and number to Jeffrey.  When was your next contact from

11    him or anybody who worked for him?

12        A.   The next day, he had called me and he said

13    would like to come out again and I'd like to see you

14    again.  I said sure.  I took a taxi there and I went

15    there again.

16        Q.   The following day?

17        A.   The next day.

18        Q.   Okay.  And you said that Jeffrey is the person

19    who called you for that appointment?

20        A.   No, Jeffrey did not, no.  Sara, Sara actually

21    called me.  From what I remember, Sara actually called

22    me.

23        Q.   Okay.  And she said Jeffrey says he wants to

24    see you again?

25        A.   Yes.

15

1        Q.   And then you said you took a taxi?

2        A.   Yes.

3        Q.   Is that how you would normally get to and from

4    his house?

5        A.   Uh-huh, if I didn't have friends because I

6    don't drive, yeah.

7    BY AGENT RICHARDS:

8        Q.   How did you get home the first time when

Page 15

2007-04-25 ▮▮▮▮▮.TXT

9    Carolyn took you over? Did she get a taxi?

10        A.    No, our friend came back and picked us up.

11        Q.    Which friend was that?

12        A.    His name was Brian. I don't know his last

13    name. I really didn't know Carolyn and I didn't know her

14    friends or whatever, but I met Jeffrey. And once I met

15    Jeffrey, he was a very awesome guy and I just -- I don't

16    know. I ended up giving him my number so I could -- I

17    didn't want Carolyn or Brian to drive me anymore. I

18    would rather go to him on my own.

19    BY MS. BILAFONIA:

20        Q.    When you would take the taxis to and from,

21    would he pay for them?

22        A.    Uh-huh.

23        Q.    And he would pay when you arrived?

24        A.    Uh-huh.

25        Q.    And then he would just give you extra money

16

1    when you left to pay for the taxi?

2        A.    No, no. I never asked him for extra money, so

3    I just paid for my own taxi.

4        Q.    Okay. So from the money that he paid you for

5    the massage?

6        A.    Two hundred, yeah.

Page 16

2007-04-25 ██████.TXT
```
 7        Q.   Where were you living at the time?
 8        A.   I was living at ████████████████.  It's
 9   located on Okeechobee.  So I would take, you know,
10   straight Okeechobee down to where I lived.
11        Q.   Do you remember about how much that taxi fare
12   was each way?
13        A.   Twenty dollars.
14        Q.   And did you always use the same taxi service
15   or --
16        A.   No, I used different taxis all the time, so --
17        Q.   And you would just call and have them come to
18   your house?
19        A.   Uh-huh.  I used a whole bunch of different
20   taxis, whatever is available.
21        Q.   So you mentioned that the second massage, was
22   it any different than the first one?
23        A.   Yes.
24        Q.   How was it different?
25        A.   When I went there, I went there by myself.  And
```

                                                             17

```
 1   I went up to the massage room and Jeffrey was just like
 2   regular like he was before on his stomach and he had a
 3   towel over and we started the massage and I had my top
 4   off willingly.  And after the massage, he asks me the
 5   whole time.  He says, Are you comfortable with me doing
```
                            Page 17

2007-04-25 ▧▧▧▧.TXT

6    this and I said yes and he turned around.  And this was

7    like at the end of the massage, our 30-minutes massage,

8    usually it was even shorter than that.  And he

9    masturbated at the end of the massage and it was like two

10   seconds and I was just topless.

11        Q.   And when he turned over, then did he touch you

12   at all or was he just --

13        A.   No.  I did not touch him.  He did not touch me.

14   He didn't even want --

15        Q.   You didn't like continue the massage while he

16   was masturbating or anything?

17        A.   No.

18        Q.   Okay.  I cut you off.  You said he didn't even?

19        A.   He didn't want me to touch him and he didn't

20   touch me at all.

21        Q.   Did he ever ask you to rub his chest or rub his

22   nipples during the massage?

23        A.   Actually, later on -- because I saw him for a

24   long time.  Later on, I asked him, you know, and I asked

25   him -- I would give him -- you know, I would rub his

18

1    chest or whatever and massage him while he was

2    masturbating, yeah.

3        Q.   So eventually you would continue the massage

Page 18

2007 04 25 ████████ IXI

4    and he would masturbate at the same time?

5       A.   Yeah, but it wasn't on his lower area.

6       Q.   No, you never touched his penis?

7       A.   Right.

8       Q.   Okay.  So that was during the second massage.

9    You were paid $200 again?

10      A.   Always.

11      Q.   Always?  Every time you went there?

12      A.   Always.

13   BY AGENT RICHARDS:

14      Q.   Was it always Sara that paid you?

15      A.   Sometimes Jeffrey would and sometimes Sara

16   would.

17   BY MS. BILAFONIA:

18      Q.   Was it usually before or after the massage?

19      A.   After the first time, it was always after.  I

20   would go downstairs and I'd get paid.

21      Q.   So just sort of tell us, when a massage ended,

22   which I assume was after he ejaculated?

23      A.   It wasn't all the time that he did, though.

24      Q.   Okay.

25      A.   It wasn't like every time we went there he

19

1    released.  Sometimes he just wanted his feet massaged.

2    Sometimes he just wanted a back massage.

Page 19

2007-04-25 ▮▮▮▮.TXT

3       Q.   Okay.  But when the massage was over however it

4    ended, you would just get dressed and go downstairs by

5    yourself or did take you downstairs?

6       A.   Yeah.  The chef would make us food and it'd be

7    great.  And Jeffrey would get dressed and he'd come down

8    with us sometimes or, you know, it wasn't -- we had fun.

9    It was all positive.

10      Q.   Okay.  How many massages do you think that you

11   gave Jeffrey?

12      A.   I gave Jeffrey a lot of massages.  I can't tell

13   you.  I saw him for a good year.

14      Q.   And how many times -- would you see him weekly

15   or more than once a week?

16      A.   Yeah.

17      Q.   More than once a week?

18      A.   I personally would or I'd bring girls.

19      Q.   Okay.  But either you would or either a girl

20   that you brought?

21      A.   Yeah, uh-huh.

22      Q.   Okay.

23      A.   But after a while, it wasn't me anymore. I had

24   brought girls, but I got paid $200 to bring girls.

25      Q.   Okay.  So let's talk just about when you were

20

Page 20

2007-04-25 ████████, IXI

1    performing the massages.  What other sorts of things
2    would happen?  You said that sometimes he would just like
3    his feet massaged.  What else would happen during those
4    massage sessions?
5         A.    Nothing.  Everything I told you.
6         Q.    Okay.  So sometimes a back massage?
7         A.    Sometimes he liked back massages.  Sometimes he
8    like feet massages.  Sometimes he like his head massaged.
9    He liked his head massaged a lot.  Sometimes leg
10   massages, yeah.  And it wasn't every time that we went
11   there he masturbated.
12        Q.    Okay.  Any idea half and half or less than half
13   the time that he masturbated?
14        A.    Less the time he masturbated.
15        Q.    Did you always perform topless?  Did you ever
16   get completely naked towards the end or in the middle and
17   remove all of your clothing?
18        A.    I would wear panties.  Willingly one time
19   because we were making jokes and everything and willingly
20   one time I had, yes, I was totally nude, but I was fine
21   with it.
22        Q.    Okay.
23        A.    Totally fine with it.
24        Q.    And how did that massage go?
25        A.    Actually, it was a foot massage and he was

2007-04-25 ▮▮▮▮ IXI

1    sitting on the couch.  We didn't even have the massage

2    table out and I gave him a foot rub and I was nude.

3         Q.   And how much were you paid for that?

4         A.   Two hundred every single time.

5         Q.   Did he at any point kiss you, touch you, show

6    any kind of affection towards you?

7         A.   Never, never.

8         Q.   Okay.

9    BY AGENT RICHARDS:

10        Q.   Why not?

11        A.   Why not?  Why would he?

12        Q.   You seem like a nice young lady, attractive.

13   He never had any urges to --

14        A.   I asked him, I said, When are you going to get

15   married?  When are you going to get married, Jeffrey?  He

16   said, I'm never getting married.  He has, you know,

17   beautiful women all the time.  Why would he -- no,

18   huh-uh.

19   BY MS. BILAFONIA:

20        Q.   He never pulled you closer to him in a sexual

21   way?

22        A.   I wish.  No, no, never, ever, ever, no, never.

23   Jeffrey is an awesome man, no.

24        Q.   Okay.  Now you said that at some point you

25   started bringing other girls over?

2007-04-25 ███████.TXT

22

1      A.   Uh-huh.

2      Q.   How did that start?

3      A.   He likes to see different faces.

4      Q.   So he asked you if you had friends that you

5  could bring over or other girls?

6      A.   Uh-huh.

7      Q.   And how did you decide who you would ask to

8  come over?

9      A.   All of my good-looking girlfriends and if they

10 had friends.  It's all about, you know, we were just

11 making money and Jeffrey is an awesome guy.  We just, you

12 know -- I would tell my girlfriends just like Carolyn

13 approached me.  Make sure you tell him you're 18.  Well,

14 these girls that I brought, I know that they were 18 or

15 19 or 20.  And the girls that I didn't know and I don't

16 know if they were lying or not, I would say make sure

17 that you tell him you're 18.

18     Q.   Okay.  What exactly would you tell them about

19 what would happen after you got to the house?

20     A.   I said he likes massages, but he prefers

21 topless massages.  But if you're not comfortable, then

22 don't do it and it won't matter.

23     Q.   And did any of them tell you what happened

24 after that?

25     A.   Always, always, I even asked them.

2007-04-25 ███████.1xr

1        Q.   Okay.  And with the other girls, was it the
2    same as what you did or different?
3        A.   Yeah, yeah.  I mean, well, I was more willingly
4    to do more, you know.  Like I said, I went nude for him
5    one time.  But the other girls, they practically were
6    topless and that's all that they were willing to do.
7    Some girls didn't want to go topless and Jeffrey didn't
8    mind.
9        Q.   Were there girls that you brought back multiple
10   times?
11       A.   A couple, a couple, but he really liked to see
12   different faces.
13       Q.   Okay.  I'm just wondering are there some girls
14   he really liked and others he didn't like or did he have
15   any preferences in terms of blondes, brunettes?
16       A.   He liked girls like me.
17       Q.   Okay.  Thin and attractive?
18       A.   I guess.  Yeah, very attractive women.  And he
19   didn't say girls.  He said women all the time.
20       Q.   Did you ever bring anybody he didn't care for?
21       A.   Huh-uh.
22       Q.   Yeah?
23       A.   Yeah.
24       Q.   How was she different than the others?
25       A.   Black.  I screwed up.

2007-04-25 ████. TXT

24

```
 1        Q.    How did you know you screwed up?

 2        A.    He doesn't like black women, obviously.

 3        Q.    So he let you know?  He told you that?

 4        A.    Yeah, but he was still nice and he still gave

 5   her her 200 even though he didn't even have a massage by

 6   her.

 7        Q.    How did he -- he paid you $200 for bringing

 8   each girl?

 9        A.    Uh-huh.

10        Q.    And when he told you that, I mean, that's what

11   he told you that he would pay you $200 for bringing the

12   girls?

13        A.    Yeah.  He said if you bring me -- if you bring

14   me girls, I'll definitely, you know, give you money,

15   compensate you for your time and willing to do that for

16   me, yeah.

17        Q.    And you said at that point you stopped

18   performing massages for him?

19        A.    At that point, I didn't -- it would be

20   sporadically like.  Usually, I had so many girlfriends at

21   the time that, you know, there were some new faces to be,

22   saw.  And if no one was available, then T████would go.

23        Q.    I got you.

24        A.    So --

25        Q.    Do you know some of the girls that you brought,
```

2007-04-25 ██████ TXT

1    some of the their names?

2         A.   I don't remember, really. They were like not

3    even friends. They were just associates, you know. If

4    anything, they'd be friends of friends, so no.

5         Q.   We have -- I don't know. We have some messages

6    I guess that some girls' names that would call Jeffrey

7    and leave a massage. There's some girls names that are

8    referenced. We were just wondering if you knew them?

9         A.   If you name them, I can probably remember.

10              MS. BILAFONIA:  Jason, do you have that?

11   BY AGENT RICHARDS:

12        Q.   V█████ is one.

13        A.   I don't know V█████. Do you know her last

14   name?

15              MS. BILAFONIA:  We were hoping you did.

16              THE WITNESS:  No, I don't.

17   BY AGENT RICHARDS:

18        Q.   T████?

19        A.   T████? No, that sounds like a black girl's

20   name.

21        Q.   Well, you brought a black girl. What was her

22   name?

23        A.   I don't know. Don't ask me.

24        Q.   S█████?

Page 26

2007_04_25 ▮▮▮▮.txt

25      A.    S▮▮▮, S▮▮▮, yeah, I brought S▮▮▮.

26

1      Q.    Who is she? Tell us about S▮▮▮.

2      A.    S▮▮▮, we look just alike, if that's the girl

3 I'm thinking about. We went to school together and I

4 brought her one time and then she ended up moving so she

5 couldn't come with me.

6      Q.    Were you guys in the same grade or --

7      A.    No, she was older than me.

8      Q.    A year or two?

9      A.    She was -- Actually, she was like 18. I don't

10 know. She was older. She was like, you know, two ranks,

11 two grades ahead of me.

12      Q.    So when you were a sophomore, she was a senior?

13      A.    I just met her in school and I told her.

14 BY MS. BILAFONIA:

15      Q.    What was her last name?

16      A.    I don't know.

17 BY AGENT RICHARDS:

18      Q.    Do you know where she lived?      A.    I just

19 met her in school and I told her about it.

20      Q.    You told her about it at school? Is that where

21 your discussion was or --

22      A.    Well, I said give me your number. I said you

23 can make a couple of dollars. It's real easy. And if

2007-04-25 ▮▮▮▮▮ IXI

24    you're comfortable with it, give me a call.

25         Q.   Was that at school or at a party?

                                                          27

1         A.   No, at school.

2         Q.   At school.  You're not sure what her last name

3    was?

4         A.   I have no idea.

5         Q.   Do you know where she lived or anything like

6    that, what car she drove?

7         A.   No.

8         Q.   What'd she look like?

9         A.   What she looked like?

10        Q.   Yeah.

11        A.   Like me, everything, blonde hair, blue eyes.

12             (Start Side B of tape.)

13             AGENT RICHARDS:   Time recorder is being

14        restarted is approximately 4:50 p.m

15    BY MS. BILAFONIA:

16        Q.   We were talking about S▮▮▮▮.   You were at

17        ▮▮▮▮▮▮▮▮▮▮ High at the time?

18        A.   No, I was at ▮▮▮▮▮▮▮▮▮.

19        Q.   ▮▮▮▮▮▮▮▮, okay.

20        A.   And that's where S▮▮▮ went to school.

21        Q.   What about a girl named B▮▮▮▮?

2007-04-25 ████████ TXT

22       A.    B██████ who?

23    BY AGENT RICHARDS:

24       Q.    Did you bring a B████████?

25       A.    I brought a couple B████████.

28

1       Q.    I want to know about every one you brought.

2       A.    Well, one of them died recently, so --

3       Q.    What was her name?  In a car accident or

4    something?

5       A.    No, she died.  Unfortunately, she got shot in

6    the head.  You guys probably heard it on the news.  She

7    got shot in the head by this guy.  I don't want to even

8    talk about it because I'll cry.

9    BY MS. BILAFONIA:

10       Q.    Let's talk about the other B████████.

11       A.    I don't even know.  I don't know.  I don't

12    know.  There were some girls that just I would take one

13    time and then I would never talk to again, so I don't

14    know.

15       Q.    How many girls do you think you brought to

16    Jeffrey's house?

17       A.    That's a good question.  I bring a lot, like

18    maybe -- I don't know, maybe 30, maybe 30.  It was all

19    about the money to me at that time.

20       Q.    Now any of the girls that you brought, did any

Page 29

2007-04-25 ███████.TXT

21    of them leave their names and numbers and then they would

22    get appointments directly from Jeffrey or did they always

23    go through you?

24         A.    They went through me, hopefully.

25         Q.    So you don't know?

29

1     BY AGENT RICHARDS:

2          Q.    You weren't getting paid, right?

3          A.    I told them, I said, Don't give him your

4     number.

5     BY MS. BILAFONIA:

6          Q.    If you brought the same girl more than once,

7     would you get paid each time you brought them or just get

8     the initial $200?

9          A.    Every single time I brought a girl, okay, or I

10    referred a girl, I always got $200, always.

11         Q.    Even if she came a second time?

12         A.    Yes.

13         Q.    You would get $200 every time she came?

14         A.    Yes.

15         Q.    Good deal. Okay.  What about C███████?

16         A.    C███████ who?

17         Q.    Any C███████ that you brought to Mr. Epstein's

18    house.

Page 30

2007-04-25 ████████.TXT
```
19       A.   I brought a C███████ W███.
20       Q.   C███████ W███.   where did she go to school?
21       A.   She didn't go to school.
22       Q.   Okay.  How did you know C███████?
23       A.   C███████' been my -- she's my friend in the
24   past.  How did I meet C███████, at a party or she was my
25   -- Actually, she was my baby's father's girlfriend at the
```

                                                              30

```
1    time and I met her at a party.
2        Q.   You asked her if she'd be willing to go to
3    Jeffrey's house?
4        A.   Uh-huh.
5        Q.   And when -- do you remember when that would
6    have been?
7        A.   Actually, a couple weeks, a couple weeks.  I do
8    remember her.  A couple weeks after I met him.
9        Q.   So you brought her pretty soon after you met
10   Jeffrey?
11       A.   Uh-huh.
12       Q.   And how old was C███████?
13       A.   Seventeen, 17.
14       Q.   And what happened when you brought C███████?
15       A.   The same thing.
16       Q.   Okay.  Well, I know that sometimes you said
17   that the girls would tell you what happened?
```
                        Page 31

2007-04-25 ███████ TXT

18        A.    She went in there.  She had a massage -- she
19   gave a massage on his back.  She went a couple times.  He
20   liked her.  She went a couple times.  The first time she
21   told me that he didn't   it was just like me the first
22   time.  He didn't climax at all, nothing happened.  It was
23   just a massage.  And then she went, I think, like two
24   times after that.  And yeah, he masturbated, but no
25   touching.  She didn't -- there's no touching of him.  No

31

1    touching of her.  None of my girls ever had a problem and
2    they'd call me.  They'd beg me, you know, for us to go to
3    Jeffrey's house because they love Jeffrey.  Jeffrey is a
4    respectful man.  He really is.  I mean, and he all
5    thought we were of age, always.  This is what's so sad
6    about it.
7        Q.    How would -- how would you make appointments
8    for girls to go over there?
9        A.    I'd call them and they'd say hi, do you want to
10   go to Jeffrey's house?  And they'd say yes or no and we'd
11   call a taxi.
12       Q.    How would you know when Jeffrey was going to be
13   in town?
14       A.    When Jeffrey was in town, Sara would call me.
15       Q.    Did she always call when they were already in

2007-04-25 ▮▮▮▮.TXT
16    town or would she -- how far in advance would she call

17    you?

18        A.    They only called me when they were in Palm

19    Beach.  They never called me from anywhere.  They've

20    never called me from anywhere else.  It was always when I

21    was in Palm Beach.  They'd say hi, we're down here.  If

22    you want to come and see Jeffrey, you're more than

23    welcome to.

24        Q.    So you wouldn't have like a specific time when

25    you would go over, like be here at 11 or be here at two?

32

1        A.    Well, I'd tell them, I'd say -- well, I mean,

2    I'd have to work around his schedule.  He'd have to work

3    around mine.  Yeah, we'd say I'll be there at three.

4    I'll be there at four, whatever.

5        Q.    Do you -- I know that you said you talked to

6    Sara on the phone.  Was there anybody else that you would

7    talk to on the phone?

8        A.    If Jeffrey wasn't there like if I'd call him to

9    see how he was doing or whatever, you know, he had -- his

10   chef would answer the phone.  His maid would answer the

11   phone.  That's --

12       Q.    But was Sara the only one you talked to about

13   making appointments?

14       A.    Uh-huh, yeah.  Well, yeah, if Jeffrey wasn't
                        Page 33

2007-04-25 ▆▆▆▆.TXT

15    available, they'd, you know, he said, the chef or you

16    know, whoever, said Jeffrey will get back to you. Yeah,

17    Sara made the appointments.

18        Q.   So when you were calling to talk to Jeffrey,

19    you were calling the house phone over in Palm Beach?

20        A.   Uh-huh, yeah.

21        Q.   And how often would you talk to Jeffrey on the

22    phone as opposed to talking to one of his assistants?

23        A.   Me and Jeffrey hardly ever talked on the phone.

24    He was always busy. It was mostly Sara. We'd talk when

25    I would get there, you know. So it was like hey, do you

                                                              33

1    want to come in? Yes, cool, you know. Come there, no,

2    cool, bye.

3        Q.   Do you know someone who works for Jeffrey named

4    Nadia?

5        A.   I think I met her one time.

6        Q.   And what do you know about her?

7        A.   She was there. And the person Nadia, I think,

8    I'm not positive, okay. I'm pretty sure she said that

9    she's from New York and she travels with Jeffrey, but I

10    think I met her one time, if that's the girl that rings

11    the bell, you know, in my head. Nadia I think is that

12    one person I met one time.

2007-04-25 ▮▮▮▮▮.TXT

13        Q.    Now you said that you had teased Jeffrey about

14   whether he was getting married. Did you ever know him to

15   have a girlfriend or a steady?

16        A.    No, he told me he's never been married. He's

17   never had a girlfriend and he doesn't want to have a

18   girlfriend.

19        Q.    Were you ever asked to bring a girl for someone

20   else like to give a massage to somebody else or to anyone

21   other than Jeffrey?

22        A.    No. I gave Sara a massage before.

23        Q.    And how often did that happen?

24        A.    I only gave Sara a massage like once or twice,

25   once or twice, not that often.

                                                                                              34

1         Q.    But anybody else, either any friends that were

2    in town or --

3         A.    No. See, my mother is a masseuse and I have

4    experience massaging and he always liked my massages. So

5    he told Sara about my massages and she said, yeah, I want

6    a massage so I'd go over there. I think it was one or

7    two times and I gave her a massage.

8         Q.    Now when the girls were upstairs with Jeffrey

9    in the bedroom, what would you do?

10        A.    The chef would make me carved tomatoes, put

11   some crab meat in it and I'd just eat, wine and dine. Th

                              Page 35

2007-04-25 ▮▮▮▮ .TXT

12    was wonderful, great.

13        Q.    And when you would talk to the chef --

14        A.    Yes.

15        Q.    -- would anybody else from the house be there?

16        A.    Yes.   I don't know their names.   I can't

17    remember.   There were like all these foreign girls from

18    -- like they're beautiful, beautiful models that are from

19    different -- they have accents.   And no, but it was real

20    interesting because we'd talk.   And, you know, I'd learn

21    a lot from them and they'd learn a lot from me just being

22    American.   And no, every time I went there it was a good

23    time.   And I usually just ate or I'd go and suntan or

24    something near the pool.

25        Q.    And how long you would the other girl be

                                                                    35

1     upstairs normally?

2         A.    Twenty, 25, 20 to 30 minutes.

3     BY AGENT RICHARDS:

4         Q.    Back to C▮▮▮▮ W▮▮▮, is there anything else

5     about her that you can remember?   You were friends with

6     her.   She went three times, you think?   Did she go back

7     without going through you to set up any appointments that

8     you know about?

9         A.    I don't know.

                        Page 36

2007-04-25 ████████ TXT

10    Q.    Okay.  Were there any other C██████s that you

11  brought?  I know you brought other B█████ or multiple

12  B██████.

13    A.    Yeah.  I don't know.  If you would say like a

14  last name, then I would probably remember, but I don't.

15    Q.    Any G███s?  Did you bring a G███?

16    A.    G███, yeah, that sounds familiar.  Yeah, G███

17  E███, yeah.

18    Q.    G███ █████?

19    A.    Uh-huh.

20    Q.    What can you tell me about her?  How old was

21  she?

22    A.    She's older than me.

23    Q.    Do you know her from school or --

24    A.    No.  Where did I meet her?  I met her in my

25  neighborhood and I asked her if she wanted to go and

36

1   yeah, G███.  She was only there one time, though.

2    Q.    Did she tell you how it went with him upstairs?

3    A.    Yeah.

4    Q.    What'd she say?

5    A.    She said -- she's like ah, I don't know.

6    Q.    She freaked out or something?

7    A.    No, no, but he didn't want her again.  He likes

8  tall, slender and she was like short.

Page 37

2007-04 25 ▮▮▮▮.TXT

```
 9        Q.    What did she say about him?

10        A.    She had fun.

11        Q.    She had fun?

12        A.    Uh-huh.

13        Q.    What did she say happened up there?

14        A.    She was topless and just gave a massage.  He

15   didn't, you know, climax or anything.

16   BY MS. BILAFONIA:

17        Q.    Did you ever, either when you gave him a

18   massage or any of the girls, did you ever use a big back

19   massager or it was only manual massage?

20        A.    No, it was only my hands.  We never used

21   anything else.

22        Q.    Now when you were working for him, when you

23   were going over to Jeffrey's house to give massages, did

24   you have a boyfriend?

25        A.    Yeah, yeah.
```

                                                        37

```
 1        Q.    Okay.  How did he feel about you going to

 2   Jeffrey's house?

 3        A.    He was a jealous little boy, but he didn't

 4   care.  Bring home the bacon.

 5        Q.    What's your boyfriends?

 6        A.    D▮▮▮▮ I▮▮▮
```

                         Page 38

2007-04-25 ▮▮▮▮▮.TXT

7       Q.   Now I know you that you mentioned that you had

8    a baby.   Is that the baby's father?

9       A.   No, no, thank God.

10       Q.   Who is the baby's father?

11       A.   J▮▮▮ S▮▮▮.

12       Q.   Okay, J▮▮▮ S▮▮▮.   And were you still going

13    to Jeffrey's when you were pregnant?

14       A.   I would bring girls there when I was pregnant.

15       Q.   So did -- so did J▮▮ have concerns about

16    what you were doing at Jeffrey's house?

17       A.   No, he talked to Jeffrey over the phone.

18    Jeffrey actually threw me my baby shower and he got me

19    furniture and a nice rattle for my son and just really

20    nice things, I love mommy frames.

21       Q.   Was the shower at his house and did he attend?

22       A.   No, no, at my house, at my house.   And no,

23    Jeffrey wasn't there.   He just sent Sara to bring me

24    gifts for the baby.

25       Q.   Oh, okay.

38

1    BY AGENT RICHARDS:

2       Q.   Did J▮▮ ever go over there with you?

3       A.   No.

4       Q.   He stayed away.

5       A.   No, he didn't go, no.
                                   Page 39

2007-04-25 ▓▓▓▓▓.TXT

6    BY MS. BILAFONIA:

7        Q.   Did Jeffrey ask you about boyfriends? I mean,

8    was he curious about --

9        A.   Yeah, we always talked about everything, yeah.

10   Do you have a boyfriend, yeah, no, you know. We talked

11   like friends. I don't know. Just about our life

12   stories. You know, he probably knows my whole life

13   story.

14   BY AGENT RICHARDS:

15       Q.   Now do you still have contact with him or

16       A.   who?

17       Q.   Jeffrey.

18       A.   No, no one's allowing me.

19   BY MS. BILAFONIA:

20       Q.   Did he know that you wanted to be a model or

21   that's what you were aspiring to be?

22       A.   Yes, I told him. Yes, I've always wanted to be

23   a model, yes.

24       Q.   Did he ever say he'd help you?

25       A.   Uh-huh, yeah. And I was -- like I said, I was

39

1    16 at the time and I felt -- like he said, you know, you

2    can -- I will definitely take you and bring you to New

3    York and everything because he had models there, but I

Page 40

2007-04-25 ████ .TXT

 4   always turned it down because I was 16 and I didn't want

 5   that to get out.

 6       Q.   What did you say to him?  How did you put him

 7   off?

 8       A.   I don't know.  Oh, well, I don't know.  No, he

 9   wasn't like begging me or anything.  He asked me a couple

10   times and I said -- I just -- there was like no say about

11   it.  I just -- I didn't go.  And it wasn't like he asked

12   me all the time.  He just it's a couple times he asked.

13   He said I'll bring you to New York or whatever we do and

14   we can, you know, try to fulfill your dreams, but I

15   always said no because I was young and I didn't want to

16   screw up the 18 thing.

17       Q.   Did -- when you got pregnant, did he react in

18   any way?  I mean, did he tell you if you want to be a

19   model, you know, this is going to mess with your chances

20   as a model or offer any --

21       A.   No.

22       Q.   I'm wondering like how much was he giving you

23   advice?  How much stuff were you really -- What did you

24   talk about?

25       A.   After the baby, we didn't really even talk.  I

                                                              40

 1   was -- I was totally -- I changed.  You know, I was a bad

 2   little girl and I totally changed.  My whole life
                        Page 41

2007-04-25 ████.TXT

3      changed. A couple times after I had the baby, I brought

4      a couple girls there. It was like two times. And then

5      me and Jeffrey really stopped talking. We just stopped

6      talking. I had my own life and he had his, so I don't

7      know.

8      BY AGENT RICHARDS:

9          Q.   Did he ever make any arrangements knowing that

10     you wanted to be a model or were modeling? He has a lot

11     of connections with photographers and stuff. I mean, did

12     he ever set up any photo shoots or anything like that?

13         A.   No. No, because he asked me if I would like to

14     go to pursue what I wanted to do, but like I said, for

15     the second time --

16         Q.   I mean in town here, not to travel to New York

17     for a shoot or anything?

18         A.   No. No, because I always like stood back from

19     that because I didn't want him to know that I was 16.

20     BY MS. BILAFONIA:

21         Q.   Did you ever get money from Jeffrey when you

22     didn't either give a massage or bring a girl over?

23         A.   Yes.

24         Q.   Okay. When did that happen?

25         A.   I had to pay rent and I was late on my rent.

41

2007-04-25 ▓▓▓▓.TXT

1   This was before the baby. And I asked him -- I asked him

2   for like 300. He gave me $500. I don't -- I couldn't

3   tell you how I got it. If anything, I think I went to

4   the house and got it.

5       Q.   Was he there when you went to get the money?

6       A.   No.

7       Q.   Do you know was he in town or did you call him?

8       A.   I don't even -- I can't remember, but I just

9   remember he did give me $500 for rent.

10      Q.   Was that the only time that he gave you money

11  that wasn't connected either to a massage or to bringing

12  a girl?

13      A.   He bought gifts for the baby shower. I can't

14  remember now. Not off the top of my head, no. I never

15  asked him for anything because I just felt -- I'm not

16  like that, you know. I'm not a user and I'm not -- I

17  don't like that. I've never asked him for money, so --

18      Q.   What about presents, either birthday presents?

19  You mentioned gifts for the baby. Any other gifts that

20  he gave you?

21      A.   Yeah, he gave me a -- he had went to Brazil and

22  he came back with a whole bunch of bikinis and he told me

23  to choose one, so I chose one.

24      Q.   Any other gifts, Christmastime or birthdays or

25  anything like that?

2007-04-25 ▮▮▮▮.TXI

42

```
 1        A.    No.
 2        Q.    Did he give any of your friends that you
 3   brought gifts?
 4        A.    Yeah, the girl who died, B▮▮▮▮.  He gave her
 5   a bathing suit, too, from Brazil.
 6        Q.    We have some telephone numbers that we wanted
 7   to ask you about.
 8   BY AGENT RICHARDS:
 9        Q.    Just to see if you recognize these or if you
10   ever used any of these numbers that might have been old
11   telephone numbers for you at some point.  I don't know
12   how many cell phones you may have had through the years.
13   See if you recognize any of those.
14        A.    ▮▮▮▮ was my number.
15   BY MS. BILAFONIA:
16        Q.    What was J▮▮▮'s number?
17        A.    J▮▮▮'s?
18        Q.    Yeah.
19        A.    What, my baby's father?
20        Q.    Yeah.
21        A.    Oh, I never knew his.  Always I just, you know,
22   called him and I never knew his number.
23   BY AGENT RICHARDS:
24        Q.    It was programmed in your phone?
25        A.    Yeah.  So I don't know.  I just know ▮▮▮▮
```

2007-04-25 ██████ .TXT

43

1   because that was my old number like a long time ago.

2   BY MS. BILAFONIA:

3       Q.   At the time that you were bringing girls over

4   to the house, were you also working a regular job?

5       A.   I worked at City Pizza for a little while, but

6   no, kind of retired and splurged. I didn't have any

7   bills to pay. I saved. I put money in the bank, so --

8       Q.   We had talked about C████ W██ before. Do

9   you know someone named C██████ L████?

10      A.   C████ L████, uh huh.

11      Q.   And who is that?

12      A.   I brought her a couple times. Who is that?

13      Q.   I mean, did you go to school with her or how

14  did you know her?

15      A.   Oh, I had asked one of my friends. I said do

16  you have any -- It was a guy friend. I said do you have

17  any girls that are willing to give massages and I met up

18  with her. I called her. I talked to her on the phone.

19  I met up with her and she said yeah, cool.

20      Q.   And you said you took her over there a couple

21  of times?

22      A.   Yeah, she went over there more. She went over

23  there more than a couple times.

24      Q.   But you brought her every time that she went

25  over there?

Page 45

2007 04-25 ▓▓▓▓ .TXT

44

```
 1        A.    That I know of.  That I know of, yeah.
 2        Q.    Okay.  Did you ever tell any of the girls that
 3   they would be going over to model lingerie?
 4        A.    No.  I told them we were going to go Jeffrey's
 5   house and it's going to be a topless massage pretty much.
 6   Anything you don't want to do, you don't have to do and
 7   it's $200, badda-bing, badda-boom.  You make $700 in 30
 8   minutes.
 9        Q.    Did any of the girls complain about what
10   happened after they left there?
11        A.    No.  You asked me that question.  No, everybody
12   loved Jeffrey.
13        Q.    No one called you and said, I think that you
14   should call -- I think that we should call the police?
15        A.    No.
16        Q.    No one told you that?
17        A.    No, no, oh, my God.  And who is that coming
18   from?
19        Q.    We just have phone calls that seem to
20   contradict what you're telling us?
21        A.    Oh, so you think that people came to me and
22   said that I'm to call the police on Jeffrey?
23   BY AGENT RICHARDS:
24        Q.    Was there anyone that thought that what Mr.
25   Epstein was doing was inappropriate and was concerned
```

2007-04-25 ▓▓▓▓ .TXT

45

1    about that?

2         A.    Every girl that I brought to Jeffrey, they said

3    they were fine with it. And like, for instance, C▓▓▓▓▓

4    -- C▓▓▓▓ W▓▓, a lot of girls begged me to bring them

5    back. They wanted to come back for the money. And as

6    far as I know, we all had fun there. We ate all the

7    food. He gave us free bikinis. No, nothing about any

8    cops.

9         Q.    I mean, was there anyone that thought what he

10   was doing may have been a little bit wrong? Not wanting

11   to report to the police, but just saying, you know,

12   that's kind of weird?

13        A.    We talked about it like because we were

14   underage, but he thought that we were 18. We were like

15   hopefully that no one finds out. Hopefully, Jeffrey

16   doesn't find out our age. But other than that, not

17   calling the cops.

18   BY MS. BTLAFONTA:

19        Q.    Was anybody upset that he was masturbating? I

20   know that you said you told them that they would possibly

21   do the massage topless. They might have expected that.

22   Was somebody shocked --

23        A.    Yeah, of course. I mean, he always told them,

24   okay, and I told them, too. I said if you're going to go

25   there, then you don't have to do anything that you're not

2007-04-25 ███████.TXT

46

1    comfortable with.  A couple girls when they did come out
2    of there, they're like oh, my God, I wasn't expecting all
3    of that, but he always asked them and I asked them.
4    They'd say that, you know, he asked me are you
5    comfortable with this and they'd say yes.  Maybe they
6    were scared, who knows.  But yeah, they came out of there
7    like oh, my God, that was kind of weird, you know, yeah.
8         Q.    Were any of them upset about it?
9         A.    Do they like regret it or something?
10   BY AGENT RICHARDS:
11        Q.    Just shaken up, you know, just kind of shocked?
12        A.    A couple of girls -- well, see, we were so
13   young and Jeffrey didn't know that.  Like the whole thing
14   was shooken up when I brought them there.  And see, I
15   don't know.  I thought that they were, you know, most of
16   the girls that I did bring there, they were 18, 19, 20.
17   But I remember there was a couple times that I had
18   brought like maybe 16 year olds or something, my age.
19   And they -- I don't know.  It's like they were scared to
20   say that they were 18.  They were like what if he finds
21   out?  And they were a little shook up about that, the age
22   thing.  But and afterwards like if he climaxed or
23   whatever, if they were like shooken up, I'm like it's
24   okay, you know.  And they were like oh, I wasn't

Page 48

2007 04-25 ████ TXT

25    expecting that, but they told Jeffrey that, you know,

47

1    they were comfortable with it.  If anything, you know,

2    maybe they were scared and they felt like obligated, like

3    they didn't want to say.  I was thinking that they didn't

4    want to say like no, you know, I don't want to do that,

5    so who knows.  I wasn't up there with them, so I couldn't

6    tell you.

7    BY AGENT RICHARDS:

8         Q.    Who were the ladies who mentioned that to you

9    who were kind of shocked?

10        A.    Usually, the girls that I would bring like one

11   time and I wouldn't even see them again.

12        Q.    Can you help me out with some names, though?

13        A.    Huh-uh, no.  I can't remember her name.  She's

14   on the top of my - oh, my God, I don't remember.  I

15   can't remember.

16   BY MS. RILAFONIA:

17        Q.    None of the girls wanted to go to the

18   authorities?  Nobody was that upset that called you or

19   spoke to you that was upset with what had happened to the

20   point that they wanted to report it?

21        A.    No, no.  If anything, thank you, T████, so much

22   because I really could use the money.

23   BY AGENT RICHARDS:

Page 49

2007-04-25 ▮▮▮▮.TXT

24      Q.    Do you know the names of some of the girls that

25    you brought?

48

1      A.    Huh?

2      Q.    Do you know the name of some of the girls you

3    brought other than the ones that we've talked about right

4    now?

5      A.    Like I said, I can't remember because usually

6    there --

7      Q.    There's about 30 of them, so you've got to

8    know --

9      A.    No, I don't know because there were girls that

10    I didn't even know so, you know, I just asked them. I

11    said, Hey, would you like to make some money? Here's my

12    number. Do you want to make money? Here's my number,

13    you know, and that's how it went. So I don't remember

14    the names and I really didn't care to know their names,

15    anyway.

16      Q.    Do you know their phone numbers?

17      A.    Now?

18      Q.    Yeah.

19      A.    No.

20      Q.    Do you know any of their phone numbers?

21      A.    No, no, no. That was years ago.

2007-04-25 ▮▮▮▮▮▮.TXT

22       Q.   We're just trying to find any other ladies out

23   there that we haven't already seen and you brought 30 of

24   them and we're just trying to --

25       A.   I don't know if I brought 30 of them.


                                                                          49

1        Q.   Approximate?

2        A.   Yeah.  No, I have no clue, no idea.

3    BY MS. BILAFONIA:

4        Q.   Did you stay in touch with any of the girls

5    that you brought?

6        A.   Huh-uh.

7        Q.   C▮▮▮▮▮ w▮▮, any of the girls that we've

8    talked about?  Did you ever when you were either bringing

9    girls or when you were giving massages, did you ever

10   drink anything or take any drugs, whether it was

11   prescription drugs?

12       A.   I heard this on the news, no.  It's ridiculous.

13       Q.   You never took any drugs?

14       A.   Never.

15       Q.   Did any of the girls take drugs?  Did you know

16   that they were talking drugs?

17       A.   There was no alcohol.  There was no drugs, no.

18       Q.   None of the girls that you brought were using

19   drugs?

20       A.   No.

                          Page 51

2007-04-25 ▇▇▇▇▇ .TXT

21      Q.   And just so you know, T▇▇▇, we're not talking
22   about necessarily crack cocaine. We're wondering if
23   anybody was taking any prescription medication?
24      A.   I don't know if they were taking prescription
25   medication. That's their problem. I don't know.

50

1       Q.   And you didn't give anybody else any
2   prescription drugs?
3      A.   No, no. When I was 16, I smoked pot, but no.
4           (Start of Tape 2.)
5           MR. EISENBERG:  Okay, gang, back on the record.
6      And I assume you mean prescription medication not
7      for prescription purposes?
8           THE WITNESS:  I thought you meant like for
9      prescription, prescribed. No, I don't know.
10          AGENT RICHARDS:  Okay.
11   BY MS. BILAFONIA:
12      Q.   But you weren't taking any anti-depressants or
13   pills or anything?
14      A.   No, no, I just smoked pot. But I mostly went
15   there sober. I was comfortable with Jeffrey. Jeffrey
16   always made me feel so comfortable. I thought I was a
17   big girl. I was 18.
18      Q.   You said that you stopped. Why did you stop

2007-04-25 ▮▮▮▮.TXT

19    going over there?  You said you had a baby and you

20    changed?

21        A.    Yeah.

22        Q.    what happened?

23        A.    rverything changed in my life, everything.  I

24    ended up getting a job and I just stopped.  I just

25    stopped.  I don't know.

                                                              51

1         Q.    But if you felt so comfortable, why did you

2    stop going over there?

3         A.    I just stopped because I have a son now and I

4    didn't feel like it was right.  First off, I was a

5    stay-at-home mommy, okay.  And what am I going to do,

6    bring my son over there to Jeffrey's, no, you know.  So I

7    focused on my son.  I had a beautiful baby boy that was

8    my pride and joy.  I didn't care for anything else.  J

9    didn't care to tell friends.  I dropped all my friends.

10   Like he asked me do I have any numbers, no, you know.  Tf

11   anybody does call me, that's my mother.  Like it was just

12   me and my baby boy and it's been like that ever since.

13   BY AGENT RICHARDS:

14        Q.    Having a baby is a life-changing experience.

15   isn't it?

16        A.    Having a baby?

17        Q.    Yes, it's full-time.

                              Page 53

2007-04-25 ▮▮▮▮▮ .TXT

18      A.   Awesome. I love it.  I love it.

19      Q.   Yeah, he'll be two in August.

20      A.   Mine will be two in June.

21   BY MS. BELAFONIA:

22      Q.   Is that when you started working with the

23   company you're working for now?

24      A.   Well, I was -- the whole time I was pregnant, I

25   was taken care of by my baby's father.  Then I was a

52

1    stay-at-home mommy for eight months.  After that, I

2    worked at LA fitness, Romeo Pizza.  It's been a year now.

3    And what do you mean, is that why I'm working?

4       Q.   No, I just didn't know where you were working.

5    I thought you said you had gotten a job afterwards, after

6    the baby was born?

7       A.   Yeah, I worked at the laundromat for a couple

8    of days.  I just like to -- I wanted to soak in my son.

9    That's all I did and I was like a hermit crab in the

10   house, you know.  And if anybody -- I told -- I told

11   Sara.  I said, you know, I have a baby now and you know,

12   I'd rather stay at home with my baby.  My old man was

13   taking care of me.  I didn't care about money.

14   Everything was good, so a new life.

15   BY AGENT RICHARDS:

Page 54

2007-04 25 [REDACTED] .TXT

16      Q.   Speaking of work, when you set up appointments
17   with Sara, did she refer to what the girls were doing as
18   work, like would they go over to Jeffrey's to work for
19   massage or --
20      A.   No.
21      Q.   -- how did she -- were any terms used or just
22   in general? Did she ask you if you had any girls that
23   can work or did you have any girls that can come over?
24   Do you have any girls that can give a Jeffrey a massage?
25   How did she ask for these appointments?

53

1       A.   All of the above: Do you have any girls that
2   would like to come over? Do you have any girls that
3   would like to work? Yeah, all of the above, really.  I
4   mean, me and Sara were really -- it's like a friend
5   relationship.  She's fun.  No, it wasn't like a specific
6   like hey, you know, do you want to come over and work,
7   no.  It was all different:  massage, work, whatever.
8       Q.   Okay.
9   BY MS. BILAFONIA:
10      Q.   You said that you and Sara had developed a
11   friendly relationship.  Did Sara ever tell you what types
12   of girls Jeffrey wanted or I think you said that
13   sometimes she would say he likes this girl or I'm sorry,
14   he likes this girl?

Page 55

2007-04-25 ████ .TXT

15        A.   Yeah.

16        Q.   What exactly -- what guidance did she give you

17   about recruiting the girls?

18        A.   She didn't give me guidance. Jeffrey from the

19   get-go, I really like women like you. So when I would go

20   searching to make money or whatever or my girlfriends, I

21   know what an attractive person looks like and I would --

22   I would bring them, you know. I didn't bring any

23   overweight people. I just knew what Jeffrey liked, you

24   know.

25        Q.   Did you ever talk to Sara massages when you

54

1   gave them, what you did, what you would do?

2        A.   Huh-uh. I didn't know if she knew or not.

3        Q.   I have a picture of someone and I'm just

4   wondering if you recognize this person?

5        A.   No. Was she a girl that was over there?

6        Q.   Just a face that we wanted to --

7        A.   Okay. No. I don't know.

8   BY AGENT RICHARDS:

9        Q.   When you would ask the ladies if they'd like to

10   go over to see Jeffrey, what was the percentage? How

11   many people would say sure, that sounds good. Let's go

12   do it. And how many would just say, no, I'm not

Page 56

2007-04-25 ▓▓▓▓▓ .TXT

13    interested.  I mean, do you have -- how often when you

14    would ask the girls --

15         A.    It was usually girls that I brought, the girls

16    that I had brought like first five girls, say, I would

17    say, Listen, you know, recruit your girlfriends and it

18    would go down the line.  Recruit your girlfriends and I

19    will pay you guys.  So if I was off the wall, say I was,

20    you know, at a club or something and I was like hey,

21    girl, do you want to -- they'd be like you're crazy, you

22    know.

23         Q.    That's what I wondered, when you approached

24    them what was the reaction?

25         A.    But when I talked to them over the phone, if it

1     was one of my girlfriends' friends or one of their

2     friends, I would tell them exactly and they'd be like

3     okay, you know.  And some girls weren't comfortable with

4     it.  You know, how your morals are or whatever, if you're

5     comfortable with your body, if you're comfortable with

6     giving an old man a massage for $200.

7          Q.    For 30 minutes.

8          A.    You know, everybody is a different person.

9          Q.    Sure.

10         A.    But most of the girls were -- they were like

11    yeah, sure, yeah.

Page 57

2007-04-25 ▮▮▮▮.TXT

12    BY MS. BILAFONIA:

13        Q.    Did you ever say anything about, you know, be

14    careful who you talk to about this or I guess I'm

15    wondering why, you know, were rumors going around at

16    school or how did everything keep under wraps?

17        A.    Everybody knew. I don't know. Everybody made

18    jokes about it. Like it was not in school. It was more

19    like in my neighborhood. They would call me Heidi Fleish

20    and everybody just made jokes about it. I don't know.

21    It wasn't -- but I didn't care.

22        Q.    Right.

23        A.    You know, it wasn't if you didn't get out  · it

24    wasn't really a big thing to me at all.

25        Q.    I guess I'm just wondering, you know, kind of

56

1     the way that this all came out was finally a parent found

2     out about it --

3         A.    Yeah, I heard.

4         Q.    -- and went ballistic. How did you keep these

5     girls' parents from finding out?

6         A.    I don't know, probably embarrassing. They

7     obviously liked Jeffrey that much that they didn't tell

8     anyone.

9         Q.    Did anybody hassle you at school? Did anybody

Page 58

2007-04 25 ███ .TXT

10    call you Heidi Fleish at school?

11         A.    No, no, no, I was out of school by then, No.

12         Q.    Why did you drop out of school?

13         A.    Well, actually, -- why?

14         Q.    I'm sorry. I interrupted you.

15         A.    Because -- no, you didn't. Well, my mother had

16    took me me out of school to home-school me. And then I

17    had went back to a school because I was really behind

18    because she didn't home-school me and I had got pregnant,

19    that's why. And that's in the eleventh grade, that's

20    when I got out because I was pregnant. And I decided

21    that I was -- I mean, I didn't know what I was doing. I

22    wanted to have a house. I said I'm going to have this

23    baby. I need to have a house, a car, and I set out all

24    my goals and that's what happened. But then I ended up

25    getting my GED and I have a life.

57

1     BY AGENT RICHARDS:

2          Q.    Were there ever any girls that came to you

3     wanting to work over there that said hey, I'd like to go

4     work over there and make $200 bucks? Did you have any of

5     that?

6          A.    Uh-huh.

7          Q.    Do you remember any of their names or were they

8     classmates or --

Page 59

2007 04-25 ▉▉▉▉.TXT

9        A.    It wasn't --It wasn't involved in the school so

10   much.  It was just that S▉▉▉ girl in the school.

11        Q.    Okay.  So she was really the only like

12   school-related --

13        A.    Like person from school, yeah.

14        Q.    Okay.

15        A.    But it was mostly out of school.  So I wasn't

16   really hanging out with the best crowd.  And all the

17   people that I did hang out with, they were dropouts.  So

18   it wasn't anything in school.  It was mostly like the

19   neighborhood people or my friend, one of my guy friends'

20   girlfriend or whatever, you know.  We were all young and

21   stupid, but --

22   BY MS. BILAFONIA:

23        Q.    Anything else?  Do you have any questions for

24   any of us, for me or --

25        A.    No, but I hope -- I hope Jeffrey, nothing

58

1   happens to Jeffrey because he's an awesome man and it

2   would really be a shame.  It's a shame that he has to go

3   through this because he's an awesome guy and he didn't do

4   nothing wrong, nothing.

5        Q.    Are you in love with him at all?

6        A.    My God, no.  I love him as a friend.  I love

Page 60

                                2007 04 25 [redacted] TXT
 7    him as a friend. He has done so much for me.  No. I'm

 8    not in love with him.  I tell Jeffrey, do you want to

 9    marry me with all of the money that you have.

10           AGENT RICHARDS:  All right.  At this time,

11        we're going to conclude the interview.  It is 5:34

12        by my watch.

13           MR. EISENBERG:  The only thing we'll correct is

14        that there might have been a reference to an old guy

15        at 50 and we'll just say a more mature individual

16        who may be in his 50s.  Thank you.

17           (End of the tape.)

18

19

20

21

22

23

24

25

                                                              59

 1                        CERTIFICATE

 2

 3                          - - -

 4    The State of Florida,  )

 5
                          Page 61

2007-04-25 ▮▮▮▮ .TXT

6    county of palm Beach.   )

7

8

9

10          I, vicki S. woodham, Notary Public, do hereby

11    certify that T was authorized to and did listen to and

12    stenographically transcribe the foregoing tape-recorded

13    proceedings and that the transcript is a true record to

14    the best of my ability.

15

16          Dated this 26th day of April, 2007.

17

18

19

20

21          _____

22          vicki S. woodham

23          My Commission Expires:

24          December 08, 2010

25          Commission No.:  DD617559

60