UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-80736-CV-MARRA

in re: R. WAYNE JOHNSON,

       Interested Party,

JANE DOE 1 AND JANE DOE 2,

         Plaintiff,
vs.

UNITED STATES OF AMERICA

         Defendant.
_____/

## ORDER DENYING MOTION FOR DOCUMENTS

THIS CAUSE is before the Court upon R. Wayne Johnson's Motion to Produce Documents **[DE 428]**.  This Court having reviewed the pertinent portions of the record and being duly advised in the premises, it is hereby

ORDERED and ADJUDGED that the Motion is **DENIED**.  Mr. Johnson, as a stranger to this case, has no standing to receive free copies of the docket entries.  Copies of the docket are available to the public through the Clerk of Court for a fee.  Mr. Johnson may request copies of any of the documents that are a matter of public record by contacting the Clerk's office and

making arrangements to pay for any copies received.

DONE and ORDERED in West Palm Beach, Florida, this 10th day of December, 2018.

KENNETH A. MARRA
UNITED STATES DISTRICT JUDGE

Copies provided to:

All counsel