UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-80736-CIV-MARRA/JOHNSON

JANE DOE 1 AND JANE DOE 2,

    Plaintiffs,

vs.

UNITED STATES OF AMERICA,

    Defendant,
_____/

## PLAINTIFFS' NOTIFICATION OF NINETY DAYS EXPIRING

Plaintiffs, JANE DOE 1 and JANE DOE 2, by and through undersigned counsel and pursuant to Local Rule 7.1(b)(4), hereby file this Notification of Ninety Days Expiring, as follows:

1. Plaintiffs hereby provide notification that the following motions have been pending and fully briefed with no hearing set thereon for a period of ninety (90) days:

    a. (1) Plaintiffs' Motion for Partial Summary Judgment [DE 361] – **February 10, 2016**[1]

        i. Government's Response to Plaintiffs' Motion for Partial Summary Judgment [DE 408] – **June 6, 2017**

        ii. Plaintiffs' Reply to the Government's Response [DE 417] – **August 11, 2017.**

---

[1] DE 362 (**February 10, 2016**) and DE 364 (**February 10, 2016**) include the Exhibits to Plaintiffs' Motion for Partial Summary Judgment.

    b. (2) Government's Cross-Motion for Summary Judgment [DE 408] – **June 6, 2018**[2]

        i. Plaintiffs' Response to Government's Cross-Motion for Summary Judgment [DE 416] – **August 11, 2017**

        ii. Government's Reply to Plaintiffs' Response [DE 427] – **October 10, 2017**

I HEREBY CERTIFY that the foregoing document was served on December 10, 2018 using the Court's CM/ECF system.

                JOHN SCAROLA
                Florida Bar No.: 169440
                DAVID P. VITALE JR.
                Florida Bar No. 115179
                Attorney E-Mail(s):  jsx@searcylaw.com; and mmccann@searcylaw.com
                Primary E-Mail: _scarolateam@searcylaw.com
                Searcy Denney Scarola Barnhart & Shipley, P.A.
                2139 Palm Beach Lakes Boulevard
                West Palm Beach, Florida 33409
                Phone: (561) 686-6300
                Fax:    561-383-9451

                Bradley J. Edwards
                FARMER, JAFFE, WEISSING,
                EDWARDS, FISTOS & LEHRMAN, P.L.
                425 North Andrews Avenue, Suite 2
                Fort Lauderdale, Florida 33301
                Telephone (954) 524-2820
                Facsimile (954) 524-2822
                E-mail: brad@pathtojustice.com

                *And*

                Paul G. Cassell
                *Pro Hac Vice*

---

[2] DE 407 (**June 6, 2017**) is a related filing and contains the Government's Response to Plaintiffs' Statement of Undisputed Facts. DE 402 (**June 2, 2017**) is also a related filing and is the Government's alternative Statement of Undisputed Facts. The Government's Exhibits are located at DE 403 (**June 2, 2017**).

S.J. Quinney College of Law at the
University of Utah[*]
332 S. 1400 E.
Salt Lake City, UT 84112
Telephone:801-585-5202
Facsimile:801-585-6833
E-Mail:cassellp@law.utah.edu

*Attorneys for Jane Does 1 and 2*

---

[*]This daytime business address is provided for identification and correspondence purposes only and is not intended to imply institutional endorsement by the University of Utah.

## CERTIFICATE OF SERVICE

I certify that the foregoing document was served on December 4, 2018 on the following using the Court's CM/ECF system:

Dexter Lee
A. Marie Villafaña
500 S. Australian Ave., Suite 400
West Palm Beach, FL 33401
(561) 820-8711
Fax: (561) 820-8777
E-mail: Dexter.Lee@usdoj.gov
E-mail: ann.marie.c.villafana@usdoj.gov

*Attorneys for the Government*

Roy Eric Black
Jacqueline Perczek
Black Srebnick Kornspan & Stumpf
201 S Biscayne Boulevard
Suite 1300
Miami, FL 33131
305-371-6421
Fax: 358-2006
Email: pleading@royblack.com

*Attorneys for Jeffrey Epstein*