FILED BY  *HH*  D.C.

Feb 22, 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

# UNITED STATES COURT OF APPEAL
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

February 22, 2019

Angela Emilia Noble
Wilkie D. Ferguson, Jr. U.S. Courthouse
400 North Miami Avenue, Room 11-3
Miami, FL 33128

Appeal Number:  19-10036-H
Case Style:  R. Johnson v. USA
District Court Docket No:  9:08-cv-80736-KAM

The enclosed copy of this Court's Order of Dismissal is issued as the mandate of this court. See
11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a
motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of
such order. No additional time shall be allowed for mailing."

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Gerald B. Frost, H
Phone #: (404) 335-6182

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No.  19-10036-H

JANE DOE,

Petitioner,

R. WAYNE JOHNSON,

Interested Party-Appellant,

versus

UNITED STATES OF AMERICA,

Defendant-Appellee.

Appeal from the United States District Court
for the Southern District of Florida

Before TJOFLAT, MARTIN, and BRANCH, Circuit Judges.

BY THE COURT:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction.  Appellant R. Wayne

Johnson—who is not a party to the underlying litigation and did not move to intervene—does not

have standing to appeal from the district court's order denying his motion for production of

documents. *See Marino v. Ortiz*, 484 U.S. 301, 304 (1988) ("The rule that only parties to a

lawsuit, or those that properly become parties, may appeal an adverse judgment, is well

settled."). Johnson may obtain copies of the docket and public documents from the Clerk of

Court for a fee, as the district court explained.

All pending motions are DENIED as moot.  No motion for reconsideration may be filed

unless it complies with the timing and other requirements of 11th Cir. R. 27-2 and all other

applicable rules.