UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-80736-CV-MARRA

JANE DOE 1 AND JANE DOE 2,

        Petitioner,

vs.

UNITED STATES OF AMERICA,

        Respondent.
_____/

ORDER

THIS CAUSE is before the Court upon the issuance of this Court's Opinion and Order dated February 21, 2019. [DE 435].

The Court clarifies its directive to the parties to confer within 15 days on "how they wish to proceed on determining the issue of what remedy, if any, should be applied in view of the violation." [DE 435 at 33]. The Court did not expect the parties to agree on a remedy. The Court only directs the parties to confer on what submissions or proceedings they believe are necessary in order for the Court to make a determination on a remedy, if any. If the parties are unable to agree on the submissions or proceedings necessary, they may submit separate filings.

DONE and ORDERED in West Palm Beach, Florida, this 22nd day of February, 2019.

KENNETH A. MARRA
UNITED STATES DISTRICT JUDGE

Copies provided to:

    All counsel