UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-80736-CIV-MARRA

JANE DOE 1 AND JANE DOE 2,

Petitioners,

vs.

UNITED STATES,

Respondent.

_____/

## ORDER

This cause is before the Court upon Respondent's Motion for Enlargement of Time to Confer with Petitioner's Regarding the Court's Opinion and Order of February 21, 2019. (DE 440.)  Petitioners have filed a response. (DE 447.)

On February 21, 2019, the Court granted Petitioners' Motion for Partial Summary Judgment and ordered the parties to inform the Court within 15 days as to how they wished to proceed on determining the issues of what remedy, if any, should be applied.  (DE 435.)  The next day, the Court clarified that it did not expect the parties to agree on a remedy but merely to confer on what submissions or proceedings are necessary for the Court to make a determination on a remedy. (DE 437.)

The Government asks for an extension of time until June 6, 2019.  The Government explains that the United States Attorney's Office for the Northern District of Georgia has been recently assigned to this case and needs additional time to familiarize itself with the case and to confer with Petitioners regarding the remedy.

Petitioners request that the extension be limited to no later than April 22, 2019 "to put a

schedule in place." (DE 447 at 1.)  Petitioners also stated that "they believe the Government

could announce its proposed remedy" on or about before May 10, 2019. (DE 447 at 2.)

While the Court understands that Petitioner does not oppose granting the Government an

extension of time, but simply wants to shorten the amount of time the Government is given for

its response to the Court's Order, the Court does not understand what "schedule" Petitioner refers

to or why it believes the Government could state a remedy on May 10, 2019.

To be clear, the Court is simply asking the parties for input as to the mechanism to be

followed in order for the Court to make a determination regarding an appropriate remedy.  The

Court does not expect the parties to state their positions on a remedy or argue the merits of their

positions by the stated deadline. As stated in the Court's last order, if the parties do not agree on

how to proceed to determine the appropriate remedy, they may file separate submissions.  In any

event, the Court will grant the Government a limited extension of time to provide its response

which the Court will also extend to Petitioners.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that Respondent's Motion for

Enlargement of Time to Confer with Petitioner's Regarding the Court's Opinion and Order of

February 21, 2019 (DE 440) is **GRANTED IN PART AND DENIED IN PART.** The parties

shall file their responses to the Court's Order **no later than May 10, 2019.**

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County,

Florida, this 13th day of March, 2019.

KENNETH A. MARRA
United States District Judge