UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:08-cv-80736-KAM

JANE DOE 1 AND JANE DOE 2,
    Petitioners,

v.

UNITED STATES,
    Respondent.
_____/

## ORDER REGARDING SCHEDULING ON REMEDY ISSUES

This matter is before the Court pursuant to the Court's order directing the parties to confer regarding how they propose proceeding on the determining what remedy, if any, should be applied in view of the Court's finding that petitioners Jane Doe 1 and Jane Doe 2's right to conferral was violated.  DE 435 at 33.  The parties have conferred, and each have submitted proposed procedures for making that remedy determination.

The Court having carefully reviewed that parties' submissions, it is hereby ORDERED AND ADJUGED that:

Not later than two weeks from the date of the Court's order, the Government shall file a statement specifying how and when it proposes to remedy the violation of the rights of the two victims (Jane Doe 1 and Jane Doe 2) who are parties to this litigation.  If the Government desires, it can also simultaneously but separately specify whether, when, and how it proposes to remedy any CVRA violations that denied other victims their rights.

Not more than two weeks later, Jane Doe 1 and Jane Doe 2 shall file any objections and a statement of what (if any) additional remedies they seek from the Court beyond what the Government voluntarily proposes to provide.

Not more than two weeks later, Intervenor Jeffrey Epstein is permitted to file, if he so chooses, any response to the proposals made by the Government and Jane Doe 1 and 2.

Not more than two weeks later, the Government shall respond to Jane Doe 1 and 2 and to Epstein.

Not more than two weeks later, Jane Doe 1 and Jane Doe 2 shall reply to the responses filed to the proposals.

Thereafter, the Court may either rule on the basis of the submitted papers or may hold oral argument on the issue at a time it shall direct, at which it will provide an opportunity for anyone affected by the issues to address the Court.

The Court also refers this matter to mediation for purposes of conducting a conference with respect to the manner in which violations of the CVRA will be remedied. The mediation shall be held no later than June 3, 2019. The mediation shall be held in Palm Beach County, Florida, unless otherwise agreed by the parties and shall be conducted by a mediator chosen by agreement of the parties. The parties shall have available at the conference participant(s) with full settlement authority. Because Intervenor Jeffrey Epstein has intervened on the issue of remedy, he shall also participate in the mediation with appropriate legal counsel, who shall remain in a separate room from Jane Doe 1 and Jane Doe 2. The Government shall bear the costs associated with the settlement conference.

**DONE AND ORDERED** in chambers at West Palm Beach, Palm Beach County, Florida, this _____ day of May, 2019.

_____
KENNETH A. MARRA
United States District Judge