```
 1                  IN THE CIRCUIT COURT OF THE
                    FIFTEENTH JUDICIAL CIRCUIT
 2            IN AND FOR PALM BEACH COUNTY, FLORIDA
                         CRIMINAL DIVISION
 3


 4
        STATE OF FLORIDA     )
 5                           )
        vs                   )    CASE NO.  06 CF9454AMB
 6                           )              08 9381CFAMB
        JEFFREY EPSTEIN      )
 7                           )
            Defendant.       )
 8      _____ )

 9
                          PLEA CONFERENCE
10

11      PRESIDING:   HONORABLE DEBORAH DALE PUCILLO

12      APPEARANCES:

13              ON BEHALF OF THE STATE:
                    BARRY E. KRISCHER, ESQUIRE
14                  State Attorney
                    401 North Dixie Highway
15                  West Palm Beach, Florida 33401
                    By:   LANNA BELOHLAVEK, ESQUIRE
16                        Assistant State Attorney

17              ON BEHALF OF THE DEFENDANT:
                    ATTERBURY, GOLDBERGER & WEISS,P.A.
18                  250 Australian Avenue South
                    Suite 1400
19                  West Palm Beach, Florida 33401
                    By:  JACK GOLDBERGER, ESQUIRE
20

21

22

23
        June 30, 2008
24      Palm Beach County Courthouse
        West Palm Beach, Florida 33401
25      Beginning at 8:40 o'clock, a.m.
```

**CERTIFIED COPY**

1          BE IT REMEMBERED that the following

2     proceedings were had in the above-entitled cause

3     before the HONORABLE DEBORAH DALE PUCILLO, one of

4     the judges of the aforesaid court, at the Palm

5     Beach County Courthouse, located in the City of

6     West Palm Beach, State of Florida on June 20, 2008

7     beginning at 8:40 o'clock, a.m. with appearances

8     as hereinbefore noted, to wit:

9     THEREUPON:

10              MR. GOLDBERGER:  Good morning, Judge,

11         Jack Goldberger on behalf of Jeffrey

12         Epstein.

13              THE COURT:  Good morning.

14              MR. GOLDBERGER:  Your Honor, we are

15         here for a plea conference.

16              THE COURT:  Raise your right hand.

17     THEREUPON:

18                  JEFFREY EPSTEIN,

19     after being called as a witness by the Defense and

20     after being first duly sworn by the Court, was

21     examined and testified as follows:

22              THE DEFENDANT:  Yes, ma'am.

23              THE COURT:   Is this one case or two?

24              MS. BELOHLAVEK:  Two.

25              THE COURT:  May I see the PC

PHYLLIS A. DAMES,  OFFICIAL COURT REPORTER

1          affidavit in both cases, please?

2                    MS. BELOHLAVEK:  There are no PC

3          affidavits.  There was originally an

4          Indictment, the second charge was filed

5          arising out of the booking.  It was all

6          testimony presented to the grand jury.

7                    THE COURT:  Let me see the Indictment

8          then?

9                    I have one Indictment, one

10         Information?

11                   MS. BELOHLAVEK:  Correct.

12                   THE COURT:  So one case is charged by

13         Indictment, one is charged by Information?

14                   MS. BELOHLAVEK:  Correct.

15                   THE COURT:  In case 2006036744 you

16         are charged with procuring a person under

17         18 for prostitution, a second degree

18         felony, maximum penalty of fifteen years

19         Department of Corrections; minimum, some

20         period of probation.  No mandatory minimum

21         apply, is that correct, State?

22                   MS. BELOHLAVEK:  Correct.

23                   THE COURT:  And in case number 06

24         9454CF, you are charged with felony

25         solicitation to prostitution, a third

```
1              degree felony, punishable by a maximum

2         penalty of five years in the Department of

3         Corrections, and a minimum, probation.  No

4         mandatory minimums, correct?

5                   MS. BELOHLAVEK:  Correct.

6                   THE COURT:  The defendant has no

7         prior criminal record?

8                   MS. BELOHLAVEK:  Correct.

9                   MR. GOLDBERGER:  Yes, Your Honor.

10                  THE COURT:  You checked the NCIC as

11        well as State records?

12                  MS. BELOHLAVEK:  Yes.

13                  THE COURT:  And the guideline score

14        sheet I have before me shows 21.5 months in

15        the Department of Corrections as the lowest

16        permissible prison sentence in months.

17        Both sides agree to the preparation of the

18        guideline score sheet?

19                  MR. GOLDBERGER:  We so agree, Your

20        Honor.

21                  MS. BELOHLAVEK:  Yes.

22                  THE COURT:  What is proposed -- it

23        goes on for pages.

24                  MR. GOLDBERGER:  Your Honor, much of

25        the documentation is acknowledgement by my
```

1          client to community control, sex offender

2          status.

3                    THE COURT:  I understand.

4                    Okay.  What is proposed -- those

5          are the maximums and minimums, Mr. Epstein.

6          What is proposed is that you will be

7          pleading guilty to felony solicitation to

8          prostitution and procuring a person under

9          18 for prosecution.  A PSI would be waived,

10         you would be adjudicated guilty of both

11         felonies, is that correct?

12                   MS. BELOHLAVEK:  Correct.

13                   THE COURT:  And on 06 9454, the

14         defendant to be sentenced to 12-months in

15         the Palm Beach County -- detention

16         facility?  He's going to do time in the

17         jail?

18                   MS. BELOHLAVEK:  Yes.

19                   THE COURT:  With credit for one day

20         served.  And on 08 9381, he is to be

21         sentenced to six months in the Palm Beach

22         County jail detention facility, with credit

23         for one day served.  And the six month

24         sentence is to be served consecutive to the

25         12 month sentence?

PHYLLIS A. DAMES,  OFFICIAL COURT REPORTER

```
 1              MS. BELOHLAVEK:  Correct.

 2              THE COURT:  Following the six months

 3         sentence, the defendant will be placed on

 4         12-months of community control one.  The

 5         conditions of the community control are

 6         attached hereto and incorporated herein.

 7                   As a special condition of

 8         community control, he's to have no

 9         unsupervised contact with minors and the

10         supervising adult must be approved -- and I

11         would say, pre-approved, approved ahead of

12         time, not after the fact by the Department

13         of Corrections.  And you would mean by that

14         his community control officer?

15              MS. BELOHLAVEK:  Correct.

16              THE COURT:  The defendant is

17         designated as a sexual offender pursuant to

18         Florida Statute 943.0435 and must abide by

19         all the corresponding requirements of the

20         statute, a copy of which is attached hereto

21         and incorporated herein.  The defendant

22         must provide a DNA sample in court at the

23         time of this plea.  Is this the --  and the

24         attachments are the terms and conditions of

25         community control.  There are some
```

PHYLLIS A. DAMES,   OFFICIAL COURT REPORTER

1           squiggles on the bottom of the page, what

2      would those squiggles be?

3               MR. GOLDBERGER:  Thank you, Your

4      Honor, those are my client's signature

5      acknowledging that we have gone over all

6      the conditions.

7               THE COURT:  One page after the plea

8      sheet that really spells out the terms and

9      conditions of community control, Florida

10     Statute 948.101, Mr. Epstein, is that

11     squiggle at the bottom your squiggle?

12              THE DEFENDANT:  Yes, ma'am.

13              THE COURT:  Would those be your

14     initials?

15              THE DEFENDANT:  Yes, ma'am.

16              THE COURT:  Did you read all of that

17     page?

18              THE DEFENDANT:  Yes, ma'am.

19              THE COURT:  Can you read?

20              THE DEFENDANT:  Yes, ma'am.

21              THE COURT:  How far did you go in

22     school?

23              THE DEFENDANT:  High school.

24              THE COURT:  That's your highest

25     degree?

```
 1                THE DEFENDANT:  Yes.

 2                THE COURT:  And is this your

 3      signature on the plea sheet that recites

 4      the terms of the plea I just read?

 5                THE DEFENDANT:  Yes, ma'am.

 6                THE COURT:  Did you read that

 7      document as well?

 8                THE DEFENDANT:  Yes, ma'am.

 9                THE COURT:  You understand once you

10      do your 12 months followed by your six

11      months all in the Palm Beach County jail

12      you will then be put on community control

13      which involves having an electronic monitor

14      attached to you and --

15                MR. GOLDBERGER:  Actually Your Honor,

16      the agreement of the parties is to, it's

17      community control one which is not monitor.

18                THE COURT:  Oh, community control

19      one, is that spelled out in here?

20                MS. BELOHLAVEK:  Yes.

21                MR. GOLDBERGER:  Yes, it is, Your

22      Honor.

23                MS. BELOHLAVEK:  He does not fall

24      under the Jessica Lunsford Act which

25      requires the bracelet.
```

PHYLLIS A. DAMES,   OFFICIAL COURT REPORTER

```
 1                    THE COURT:  Community control two.

 2                    MS. BELOHLAVEK:   Correct.

 3                    THE COURT:  Community control one --

 4          that would be no electronic monitor?

 5                    MR. GOLDBERGER:  That is correct.

 6                    THE COURT:  Now which of the terms

 7          and conditions of community control one are

 8          you incorporating?

 9                    MR. GOLDBERGER:  I can go through

10          them with Your Honor.

11                    THE COURT:  None of the them appear

12          to be articulated in the plea sheet which

13          is why I'm asking.

14                    MR. GOLDBERGER:  These are the

15          standard conditions of community control by

16          statute would apply to anyone that goes on

17          community control and out of an abundance

18          of caution, we simply memorialized those

19          standard conditions in the plea sheet

20          agreement.

21                    THE COURT:  The Court shall require

22          intensive supervision and surveillance for

23          an offender placed on community control

24          which may include but is not limited to

25          specified contact with the parole and
```

1           probation officer, specified by who?

2                 PROBATION OFFICER:   Specified by you,

3           Your Honor.

4                 THE COURT:   I don't see that in the

5           plea sheet.   That's why I'm asking the

6           questions.   No one has specified how often,

7           how frequently he is to have contact with

8           his parole and probation officer.

9           Confinement to an agreed upon residence

10          during the hours away from employment and

11          public service activity, has that been

12          articulated?

13                MS. BELOHLAVEK:   I believe

14          Judge McSorley has a standard order

15          somewhere on the bench up there regarding

16          this, I'm told by the prosecutor.

17                MS. LENHARDT:   Judge, usually this is

18          the probation sheet she hands out to folks.

19                THE COURT:   I have seen those

20          sheets -- I have seen them incorporated in

21          plea agreements which is why I'm asking.

22                MR. GOLDBERGER:   I see.

23                THE COURT:   Is there some reason you

24          didn't use this particular document in this

25          case?


PHYLLIS A. DAMES,   OFFICIAL COURT REPORTER

1          MS. BELOHLAVEK:  I didn't realize

2     until Ms. Lenhardt just told me that Judge

3     McSorley has that.

4          MR. GOLDBERGER:  We'd be happy to

5     execute that document, Your Honor.  We were

6     -- we overreacted by just having him sign

7     off on all conditions of community control.

8          THE COURT:  Well, this is --

9          MR. GOLDBERGER:  Perhaps the better

10    practice would be --

11         THE COURT:  This is, the reason

12    Judge McSorley does this which makes

13    ultimate sense is we're going to be here

14    half the morning if we're going to decide

15    among ourselves now what the --

16         MR. GOLDBERGER:  That makes sense.

17         THE COURT:  I'm not going to leave

18    this just unspecified.

19         MS. BELOHLAVEK:  We can take care of

20    that right now if you could give us a few

21    minutes.

22         THE COURT:  All right.

23            These are the standard conditions

24    that Judge McSorley normally uses.  If you

25    like them, you need to circle the ones that

```
 1        apply and everyone must initial them.  We

 2        will go over it.  If you wish to change --

 3        you understand there is quite a bit of

 4        latitude given the court in putting

 5        somebody on community control.  If you

 6        agree to some change, let me know, but

 7        understand at the outset that I'm a big fan

 8        of specificity.  I want to know what he

 9        will be doing for employment.  I want to

10        know exactly where he is going to be living

11        and I want it on the record now.  It can

12        change but it can only change with

13        preapproval by DOC.  I want it crystal

14        clear.  I don't want the community control

15        officer who gets this case the day he walks

16        out the Palm Beach County to have any doubt

17        or confusion as to exactly what this

18        defendant is supposed to do, where he is

19        supposed to be when, exactly what I am

20        requesting that officer to supervise.

21             MS. BELOHLAVEK:  Absolutely.

22             THE COURT:  Okay.

23             MR. GOLDBERGER:  We will work on it.

24        Thank you, Your Honor.

25             THE COURT:  We will recall that case.
```

```
 1              (Brief recess.)

 2              MR. GOLDBERGER:  Your Honor, we are

 3         back on Jeffrey Epstein, actually it

 4         worked, we had an opportunity to go through

 5         Judge McSorley's conditions of community

 6         control and we asked the Department of

 7         Corrections representative to assist us to

 8         make sure we did everything properly.

 9         They were very helpful and we executed the

10         document.

11              MS. BELOHLAVEK:  Yes, and Your Honor,

12         this defendant doesn't fall under the sex

13         offender probation but we have included

14         special sex offender conditions as part of

15         the community control and they are all

16         circled there.

17              THE COURT:  The plea agreement stated

18         the defendant is designated as a sexual

19         offender pursuant to Florida Statute

20         942.035.

21              MS. BELOHLAVEK:  Correct.  But the

22         sex offender probation, the statute is

23         different and only applies to certain

24         offenses and this one was not enumerated.

25              THE COURT:  Okay.  I want to make
```

```
 1            sure both I and the defendant are clear.
 2            The sexual offender statute you are
 3            referring to in the plea sheet is the one
 4            that requires registration?
 5                      MS. BELOHLAVEK:  Correct.
 6                      MR. GOLDBERGER:  Correct.
 7                      THE COURT:  And we will talk about
 8            that.
 9                      MR. GOLDBERGER:  Okay.
10                      THE COURT:  But it is not the one
11            that requires the special conditions of sex
12            offender probation?
13                      MS. BELOHLAVEK:  Correct.
14                      THE COURT:  Now, rather than 948, do
15            you want me to disregard 948?  He's read
16            it?
17                      MS. BELOHLAVEK:  He's read it.
18                      THE COURT:  We will leave it in
19            there.  But these conditions we are going
20            to go over right now are going to be viewed
21            in my mind, yes, and they have been signed
22            by the defendant and we will go over that
23            in a second as a part of the whole plea.
24                      MS. BELOHLAVEK:  Correct.
25                      THE COURT:  So circled are
```

1         conditions, A, you will remain confined to

2         your residence except one half hour before

3         and after your approved employment,

4         community service work or any other

5         activity approved by your probation

6         officer.

7              B, you will maintain an hourly

8         accounting of all your activities on a

9         daily log which you will submit to your

10        supervising officer upon request.

11             My understanding about the daily

12        log, maybe I'm just confused from other

13        cases I've heard, is the daily log is a

14        weekly log, I guess it is submitted ahead

15        of time, is that correct?

16             PROBATION OFFICER:  That is correct,

17        Your Honor.

18             THE COURT:  So part A, where he has

19        to stay in his residence except for one

20        hour before and after the approved

21        employment, community service work and

22        other activity.  All that's information

23        that will be recorded in writing and the

24        defendant will have a copy and he will know

25        exactly where he is supposed to be when.

1                    PROBATION OFFICER:  That is correct,

2        Your Honor.

3                    THE COURT:  As will his supervising

4        probation officer.  And then to document

5        that he's supposedly done all that he

6        himself will be keeping a daily log?

7                    PROBATION OFFICER:  That is correct,

8        Your Honor.

9                    THE COURT:  And the log form will be

10       provided by the department and he will be

11       turning that in every time he meets with

12       the probation officer?

13                   PROBATION OFFICER:  That is correct,

14       Your Honor.

15                   THE COURT:  Okay.  So that applies

16       and F applies.  Does E apply?  No.

17                   MS. BELOHLAVEK:  Did I circle E?

18                   THE COURT:  No.  F -- made one up,

19       the defendant will be residing at 358 El

20       Brillo Way, Palm Beach, Florida, 33480.  He

21       knows now that that's where he will be

22       living when he is released after his 12

23       months and six months.

24                   MR. GOLDBERGER:  That is correct,

25       Your Honor.


PHYLLIS A. DAMES,  OFFICIAL COURT REPORTER

```
 1                    THE COURT:  That's a private

 2      residence?

 3                    MR. GOLDBERGER:  That is his home.

 4                    THE COURT:  Does he own the

 5      residence?

 6                    MR. GOLDBERGER:  He does, Your Honor.

 7                    THE COURT:  Is there any possibility

 8      that he no longer owns the residence?

 9                    MR. GOLDBERGER:  Not anticipated,

10      Your Honor.

11                    THE COURT:  Okay.  Should he not be

12      for whatever reason -- 18-months is a long

13      time, should he not be owning that

14      residence or able to reside there, he will

15      have the obligation of notifying his

16      probation officer prior, and I emphasize

17      this, prior to his release from custody.  I

18      assume that the department will be notified

19      prior to, to his release?

20                    PROBATION OFFICER:  That is correct,

21      Your Honor.

22                    THE COURT:  And then you would need

23      to send someone to meet with him before he

24      walks out of the Palm Beach County jail and

25      verify his address and employment
```

1        information?

2                    PROBATION OFFICER:  That is correct.

3                    THE COURT:  All address -- I assume

4        all of this to and from work and any other

5        approved activities restricts him to Palm

6        Beach County, is that correct?

7                    PROBATION OFFICER:  That is correct,

8        Your Honor.

9                    THE COURT:  So let's be clear,

10       everything, from the day he walks out

11       occurs in Palm Beach County, is that clear?

12                   MR. GOLDBERGER:  We understand, Your

13       Honor.  That's correct.

14                   THE COURT:  Then the additional

15       condition of his probation, they are not

16       sex offender standard conditions, they are

17       just conditions that are being imposed

18       especially in this case?

19                   MS. BELOHLAVEK:  Correct.

20                   THE COURT:  They are as follows, you

21       shall submit to a mandatory curfew from 10

22       p.m. to 6:00 a.m. regardless of any other

23       restrictions regarding work or approved

24       activity, there will be no exceptions to

25       being at home in house from 10 p.m. to 6

1        a.m., is that correct?

2              MS. BELOHLAVEK:  Yes.

3              THE COURT:  If the victim was under

4        age of 18 years which I gather is the case

5        because it's circled, you shall not live

6        within 1000 feet of a school, day care

7        center, park, playground or other place

8        where children regularly congregate.

9              Has someone verified that 358 El

10       Brillo is such a place?

11            MS. BELOHLAVEK:  No, but that will be

12       done prior to his release.

13            THE COURT:  So 358 El Brillo will not

14       be approved if it should happen to be one

15       thousand feet from a school, day care

16       center, park, playground or other place --

17       this is rather open.

18            MR. GOLDBERGER:  Where children

19       gather.

20            THE COURT:  Where children regularly

21       congregate.

22            MS. BELOHLAVEK:  Right.

23            THE COURT:  The Court knows 358 El

24       Brillo Way is a residential neighborhood,

25       are there areas there where children

```
 1          regularly congregate?
 2                    MS. BELOHLAVEK:   I personally do not
 3          know.
 4                    THE COURT:   Neither do I, which is
 5          why I'm asking.   Has that been
 6          investigated?
 7                    MR. GOLDBERGER:   We have done our due
 8          diligence, for what it's worth, there is a
 9          residential street.   There are not children
10          congregating on that street.   We think the
11          address applies, if it doesn't, we fully
12          recognize that he can't live there.
13                    THE COURT:   Okay.   D is, you shall
14          not have any contact with the victim, are
15          there more than one victim?
16                    MS. BELOHLAVEK:   There's several.
17                    THE COURT:   Several, all of the
18          victims.   So this should be plural.   I'm
19          making that plural.   You are not to have
20          any contact direct or indirect, and in this
21          day and age I find it necessary to go over
22          exactly what we mean by indirect.   By
23          indirect, we mean no text messages, no
24          e-mail, no Face Book, no My Space, no
25          telephone calls, no voice mails, no
```

PHYLLIS A. DAMES,   OFFICIAL COURT REPORTER

```
1       messages through carrier pigeon, no

2       messages through third parties, no hey

3       would you tell so and so for me, no having

4       a friend, acquaintance or stranger approach

5       any of these victims with a message of any

6       sort from you, is that clear?

7             THE DEFENDANT:  Yes, ma'am

8             THE COURT:  And then it states,

9       unless approved by the victim, the

10      therapist and the sentencing court.  Okay.

11            THE DEFENDANT:  I understand.

12            THE COURT:  And the sentencing court.

13      So, if there is a desire which, I would

14      think would be a bit strange to have

15      contact with any of the victims the court

16      must approve it.

17            MS. BELOHLAVEK:  Correct.

18            THE COURT:  If the victim was under

19      the age of 18, which was the case, you

20      shall not until you have successfully

21      attended and completed the sex offender

22      program.  So, is this sex offender program

23      becoming a condition of probation?

24            MS. BELOHLAVEK:  That is not.  I

25      don't believe I circled that one.
```

PHYLLIS A. DAMES,   OFFICIAL COURT REPORTER

```
 1                    THE COURT:  You did.

 2                    MR. GOLDBERGER:  That's a mistake on

 3          our part.  Actually the statute that he is

 4          pleading guilty to does not require the --

 5                    THE COURT:  I understand that, but

 6          you circled it.

 7                    MS. BELOHLAVEK:  I apologize, that

 8          one is not.  He has already been in

 9          treatment with a private psychiatrist.

10                    THE COURT:  Which you find to be an

11          adequate substitute for sex offender

12          program?

13                    MS. BELOHLAVEK:  I -- it is not

14          required and based upon the evaluation and

15          my contact with that doctor, I don't

16          believe it's necessary at this point.

17                    THE COURT:  Has that been -- I assume

18          you have a law degree and do not have a

19          Ph.D in a psychology or MD in psychiatry?

20                    MS. BELOHLAVEK:  That is correct, I

21          don't.

22                    THE COURT:  So it is just your

23          judgement --

24                    MS. BELOHLAVEK:  Correct.

25                    THE COURT:  -- that his treatment
```

```
 1              with some fancy private psychiatrist or

 2              psychologist in his case is okay?

 3                   MS. BELOHLAVEK:  That is correct.

 4                   THE COURT:  So you are not imposing

 5              E?

 6                   MS. BELOHLAVEK:  Correct.

 7                   THE COURT:  F, if the victim was

 8              under the age of 18, you shall not work or

 9              play or as a volunteer in any school, day

10              care center, park, play ground or other

11              place where children regularly congregate,

12              is that understood?

13                   THE DEFENDANT:  Yes, ma'am.

14                   THE COURT:  Children will be defined

15              as anyone under the age of 18.  There are a

16              lot of places where children regularly

17              congregate.  What kind of work do you do?

18                   THE DEFENDANT:  Banking.

19                   THE COURT:  Here in Palm Beach

20              County?

21                   THE DEFENDANT:  Virgin Islands,

22              ma'am.

23                   THE COURT:  You understand you will

24              not travel from Palm Beach County for the

25              duration of this?
```

PHYLLIS A. DAMES,   OFFICIAL COURT REPORTER

```
 1                THE DEFENDANT:  Yes, ma'am.

 2                MR. GOLDBERGER:  Your Honor, I'm

 3      sorry to interrupt, we do cover the

 4      employment later in the agreement as to

 5      what he is going to be doing during the one

 6      year that he is on community control.

 7                THE COURT:  Okay.  And let me --

 8      condition G, which is circled, unless

 9      otherwise indicated in the treatment plan

10      provided by sexual offender treatment

11      program.

12                MR. GOLDBERGER:  That's not in there.

13                THE COURT:  Is that what you want?

14                MS. BELOHLAVEK:  No.

15                THE COURT:  But you do want the, you

16      will not view, own or possess any obscene

17      pornographic --

18                MS. BELOHLAVEK:  Correct.

19                THE COURT:  Okay.  But are you saying

20      that this therapist can okay him to own

21      certain pornographic material?

22                MS. BELOHLAVEK:  No, not at all.

23                MR. GOLDBERGER:  No, Your Honor.

24                THE COURT:  Would be really helpful

25      if people read these things before they
```

PHYLLIS A. DAMES,  OFFICIAL COURT REPORTER

```
 1        signed them thoroughly.

 2                      Unless otherwise indicated in the

 3        treatment plan.  I'm just going to strike

 4        out, provided by the sexual offender

 5        treatment program.  Is that what you

 6        intend, that his therapist can --

 7                 MS. BELOHLAVEK:  No.

 8                 THE COURT:  No?

 9                 MS. BELOHLAVEK:  No.

10                 THE COURT:  Unless otherwise

11        indicated.

12                 MR. GOLDBERGER:  The parties have

13        agreed that during the period that he is --

14        cannot be --

15                 THE COURT:  Condition G will now

16        read, you shall not view, own, possess any

17        obscene, pornographic or sexually

18        stimulating visual or auditory material

19        including telephonic, electronic media,

20        computer program or computer services that

21        are relevant to your deviant behavior

22        pattern.  And who is going to enforce that?

23                 MS. BELOHLAVEK:  The community

24        control officer.

25                 THE COURT:  How?
```

```
 1            MS. BELOHLAVEK:  They have the

 2    obligation and included in there for

 3    warrantless search to check at any time his

 4    home, his computer, anything he has contact

 5    with.

 6            THE COURT:  And do they regularly do

 7    that?

 8            PROBATION OFFICER:  Yes, ma'am.

 9            THE COURT:  Since we have the

10    pleasure of having someone from the

11    Department of Corrections here.

12            Okay.  H, you shall submit two

13    specimens of blood to the Florida

14    Department of Law Enforcement to be

15    registered in the DNA data bank.

16            J, you shall submit to a

17    warrantless search by your probation

18    officer or community control officer of

19    your person, residence or vehicle.

20            G -- where is the G?

21            MS. BELOHLAVEK:  That was under the

22    original part, not under the sex offender

23    one.

24            THE COURT:  Okay.  Defendant to have

25    contact with the community control officer
```

```
 1              at a minimum one time a week.
 2                     Defendant to work at Florida
 3              Science Foundation, 250 Australian Avenue,
 4              West Palm Beach, Florida.  Is that
 5              volunteer work or work for pay?
 6                     MR. GOLDBERGER:  It is a 501C
 7              corporation that he has formed, Your Honor,
 8              that will be doing charitable work.
 9                     THE COURT:  That he has formed?
10                     MR. GOLDBERGER:  Yes.
11                     THE COURT:  What exactly is Florida
12              Science Foundation?
13                     MR. GOLDBERGER:  Do you want to
14              explain?
15                     THE DEFENDANT:  It funds science
16              programs around the state and the country.
17                     THE COURT:  How long has it been in
18              existence?
19                     THE DEFENDANT:  Fifteen years.
20                     THE COURT:  How many programs has it
21              funded?
22                     THE DEFENDANT:  Numerous, more than
23              50.
24                     THE COURT:  What is your position
25              with the organization?
```

```
1                    THE DEFENDANT:  President.

2                    THE COURT:  Is there a board of

3           directors?

4                    THE DEFENDANT:  Yes, ma'am.

5                    THE COURT:  Who's on the board of

6           directors?

7                    THE DEFENDANT:  Two attorneys.

8                    THE COURT:  What exactly do you do?

9                    THE DEFENDANT:  I'm an investment

10          banker but my --

11                   THE COURT:  No, no, I mean with the

12          science foundation.

13                   THE DEFENDANT:  We fund

14          science programs --

15                   THE COURT:  I don't want to know what

16          we do, I want to know what you do.  How

17          often are you there?

18                   THE DEFENDANT:  I'm there every day,

19          I research, I take in people who want to

20          make presentations about why they need

21          money for funding medical research,

22          advanced science research.  My background

23          is in physics.  I go through all the

24          programs in detail, review the science work

25          potentials, I follow through on a daily
```

1          basis with what they have been given money

2          to do.

3                    THE COURT:  Who are some recent

4          grantees?

5                    THE DEFENDANT:  Harvard University.

6          There is a full program of Evolutionary

7          Dynamics, Neuro Science Institute of

8          California, the Physics Institute, MIT.

9                    THE COURT:  Do you ever have occasion

10         to deal with anyone under the age of

11         eighteen?

12                   THE DEFENDANT:  Not very often.  It

13         is, if someone is in college -- sorry.

14                   THE COURT:  Right, that's why I'm

15         asking the question.

16                   THE DEFENDANT:  Most of the people I

17         fund are all usually professors.

18                   THE COURT:  Thank you.  You

19         understand that you can't have contact with

20         anyone if  -- this organization, do they

21         ever have any involvement with high

22         schools?

23                   THE DEFENDANT:  No, ma'am.

24                   THE COURT:  Students or teachers?

25                   THE DEFENDANT:  No, ma'am.

PHYLLIS A. DAMES,  OFFICIAL COURT REPORTER

```
 1              THE COURT:  Okay.

 2              MS. BELOHLAVEK:  Those are

 3     duplicates, you will see those are the same

 4     as the ones on the previous page, however,

 5     it was reproduced.

 6              THE COURT:  The next condition, you

 7     shall maintain a driving log.  You shall

 8     not drive a motor vehicle while alone

 9     without prior approval of your supervising

10     officer.

11              If there was sexual contact, you

12     shall submit to at probationer's or

13     community controllee's expense an HIV test

14     with results to be released to the victims,

15     victim's parent or guardian -- will be

16     victims, plural.  Has that been done?

17              MR. GOLDBERGER:  Not yet.

18              THE COURT:  Do we have a time frame

19     on that?  I would think ASAP might be good

20     on something like that.

21              MS. BELOHLAVEK:  I believe they can

22     actually do that at the jail.

23              THE COURT:  At his expense?

24              MS. BELOHLAVEK:  Yes.

25              THE COURT:  I would request that that
```

1           be done within 48 hours?

2                   You shall not obtain or use a post

3           office box without prior approval of the

4           supervising officer.

5                   Okay.  Are all those conditions

6           you two have agreed to?

7                   MS. BELOHLAVEK:  Yes, Your Honor.

8                   MR. GOLDBERGER:  With the court's

9           amendments, yes.

10                  THE COURT:  Mr. Epstein, do you

11          understand?

12                  THE DEFENDANT:  Yes, ma'am.

13                  THE COURT:  I need the defendant to

14          sign number D where I had an s added to

15          victim, and G, we struck out the otherwise

16          indicated language.  Otherwise, it is as

17          you agreed.

18                  Mr. Epstein, do you understand

19          this is a somewhat complicated terms of the

20          plea that you've agreed to?

21                  THE DEFENDANT:  Yes, ma'am

22                  THE COURT:  Do you have any questions

23          about the terms of the plea?

24                  THE DEFENDANT:  No.

25                  THE COURT:  Can I ask the State why

PHYLLIS A. DAMES,  OFFICIAL COURT REPORTER

1          you choose -- or defense and the State

2          together, why twelve months in the Palm

3          Beach County jail followed by six months?

4          Why not just send him to DOC?

5                    MR. GOLDBERGER:  It was the agreement

6          of the parties, Your Honor.  We just

7          decided that was the best way to accomplish

8          what needed to be done here and the parties

9          agreed that that sentence satisfied

10         everyone's requirements.

11                   THE COURT:  The taxpayers of Palm

12         Beach County is going to pay 18 months to

13         house this guy instead of DOC?

14                   MS. BELOHLAVEK:  Right.

15                   THE COURT:  You understand we're

16         losing positions left and right in county

17         government because we haven't got enough

18         money but you want -- okay.

19                   His requirement to register there

20         is many, many --  there is nine pages

21         outlining the sexual offender's requirement

22         to register with the department and

23         penalty, have you read all those,

24         Mr. Epstein?

25                   THE DEFENDANT:  Yes, ma'am.

PHYLLIS A. DAMES,  OFFICIAL COURT REPORTER

```
 1                    THE COURT:  Do you understand you
 2        will be required to register and this will
 3        be an ongoing life long obligation?
 4                    THE DEFENDANT:  Yes, ma'am.
 5                    THE COURT:  And this registration
 6        occurs when?
 7                    MS. BELOHLAVEK:  Within 48-hours of
 8        release.
 9                    THE COURT:  So when he gets out of
10        the Palm Beach County jail, he needs to
11        register?  Okay.  And the department -- who
12        is going to provide him with the form?
13                    MR. GOLDBERGER:  He actually
14        registers out at the Sheriff's Office, Your
15        Honor, we can do it out there.
16                    THE COURT:  Okay.  It has been
17        brought to my attention that FDLE is the
18        one who is statutorily required to handle
19        these registrations but some of our
20        municipal jurisdictions have taken it upon
21        themselves to impose additional
22        requirements, y'all understand that?
23                    MS. BELOHLAVEK:  Correct.
24                    MR. GOLDBERGER:  Right.
25                    THE COURT:  What you are telling him
```

```
 1            he has to do is the official State of

 2            Florida registration?

 3                    MS. BELOHLAVEK:   Correct.

 4                    THE COURT:   Mr. Epstein, I need to

 5            make sure you understand that that's what's

 6            required by this plea.  Anyone on

 7            probation, community control is required to

 8            live and abide by the laws.  So if a

 9            jurisdiction you choose to reside in should

10            have some additional municipal requirements

11            you will be required in order to comply

12            with the law of living there, just like you

13            can't get a parking ticket or speeding

14            ticket, to comply with those regulations

15            but I want to make sure you understand

16            because I have seen some defendants who

17            have been confused about this.  If you

18            don't, for example, if the Town of Palm

19            Beach has you register that does not take

20            care of your requirement.  Your requirement

21            to register with FDLE through the Sheriff's

22            office is separate, distinct and must be

23            done on their form according to their

24            schedule.

25                    THE DEFENDANT:   Yes, ma'am.
```

```
 1                    THE COURT:  And if my experience the

 2          last few months is of any value, they are

 3          very serious about enforcing this.  They

 4          will be tracking you for the rest of your

 5          life.  Do not move.  Do not go -- I don't

 6          care when you are done with community

 7          control, they need to know exactly where

 8          you are and if you go anywhere without

 9          registering, they will find and you will be

10          locked up.

11                    THE DEFENDANT:  Yes, ma'am.

12                    THE COURT:  Okay.  Any questions

13          about that?

14                    THE DEFENDANT:  No, ma'am.

15                    THE COURT:  Did you read the plea in

16          the circuit court form that describes all

17          the rights you are giving up by entering

18          this plea?

19                    THE DEFENDANT:  Yes, ma'am.

20                    THE COURT:  I think I asked you

21          before, can you read?

22                    THE DEFENDANT:  Yes.

23                    THE COURT:  Are you under the

24          influence of alcohol, drugs or medication

25          today?
```

```
 1                    THE DEFENDANT:  No, ma'am.

 2                    THE COURT:  Normally taking any

 3          prescribed medication?

 4                    THE DEFENDANT:  Only for cholesterol.

 5                    THE COURT:  Does that interfere with

 6          your mental ability?

 7                    THE DEFENDANT:  No.

 8                    THE COURT:  Do you understand you

 9          have an attorney, you have a right to trial

10          by jury, there is not going to be a jury

11          trial.  There won't be witnesses called.

12          That your attorney and you would have a

13          right to confront and cross examine, do you

14          understand you have a right to call

15          witnesses of your own and the court would

16          issue subpoenas to compel their attendance

17          just like any other witness called by the

18          State, that you have the right -- absolute

19          right to remain silent and that you would

20          not have to say or do anything at the trial

21          if there were a trial, do you understand

22          those rights?

23                    THE DEFENDANT:  Yes, ma'am.

24                    THE COURT:  Do you understand if you

25          are not a United States citizen your plea
```

1        could subject you to deportation pursuant

2        to the laws and regulations governing the

3        United States Immigration and

4        Naturalization Service and this court has

5        no jurisdiction or authority in such

6        matters, do you understand that?

7                THE DEFENDANT:  Yes.

8                THE COURT:  Has anybody threatened

9        you, coerced you or promised you anything

10        other than the terms of this plea to get

11        you to enter this plea?

12                THE DEFENDANT:  No.

13                THE COURT:  Do you understand this is

14        a plea in criminal court?

15                THE DEFENDANT:  Yes, ma'am.

16                THE COURT:  This has -- in criminal

17        court in Palm Beach County, State of

18        Florida.  I have absolutely nothing to do

19        with any civil matters or matters in any

20        other jurisdiction, do you understand that?

21                THE DEFENDANT:  Yes, ma'am.

22                THE COURT:  Is this plea in any way

23        tied to any promises or representations by

24        any civil attorneys or other jurisdictions?

25                MR. GOLDBERGER:  May we come sidebar

1              on that, Your Honor?

2                        THE COURT:   It is going to be

3              recorded.

4                        MR. GOLDBERGER:   That's fine.

5                        THE COURT:   Defendant needs to

6              approach as well.

7                        (Whereupon, there was a conference at

8              the bench.)

9                        MR. GOLDBERGER:   The reason why I

10             asked to come sidebar, there is a

11             nonprosecution agreement with the United

12             States Attorney's office that triggers as a

13             result of this plea agreement.   In other

14             words, they have signed off and said they

15             will not prosecute Mr. Epstein in the

16             Southern District of Florida for any

17             offense upon his successful taking of this

18             plea today.   That is a confidential

19             document that the parties have agreed to.

20             Just in an abundance of caution, I wanted

21             to tell the court.

22                        THE COURT:   I understand, that would

23             also be invalidated should he violate his

24             community control?

25                        MR. GOLDBERGER:   Absolutely.   That

```
 1              nonprosecution agreement --
 2                   MS. BELOHLAVEK:  They spell all that
 3              out.
 4                   THE COURT:  Mr. Epstein needs to come
 5              closer.
 6                   Mr. Epstein, your attorney has
 7              told me that in addition to everything, we
 8              talked about another Inducement, shall we
 9              say, to your taking this plea is that the
10              U.S. Attorney for the Southern District of
11              the State of Florida, federal prosecutor,
12              has agreed to a nonprosecution agreement
13              with you, meaning that if you successfully
14              complete probation and do everything you're
15              supposed to, they have, have agreed not to
16              prosecute you federally, did you understand
17              that?
18                   THE DEFENDANT:  Yes, ma'am.
19                   THE COURT:  And I would view that as
20              a significant inducement in accepting this
21              plea.
22                   MS. BELOHLAVEK:  They are actually in
23              court here today, also.
24                   THE COURT:  Okay.
25                   MR. GOLDBERGER:  And the plea
```

1    agreement very carefully spelled out if

2    there was a breach that would violate this

3    agreement, so we are well aware of it.

4        THE COURT:  Okay.  I would request

5    that a sealed copy of that -- Mr. Epstein

6    has signed that document?

7        MR. GOLDBERGER:  Yes, I would like to

8    seal the copy.

9        THE COURT:  I want a sealed copy of

10   that filed in this case.  That is the only

11   other condition of  the agreement that is

12   influencing this defendant to make this

13   decision?

14       MR. GOLDBERGER:  Absolutely.  I think

15   that's the right idea.

16       (Return to open court.)

17       THE COURT:  Mr. Epstein, is there

18   anything else?

19       THE DEFENDANT:  No, ma'am.

20       THE COURT:  Because I don't take

21   these pleas unless they are freely and

22   voluntarily made.

23       THE DEFENDANT:  I understand that.

24       THE COURT:  I also don't want

25   somebody or anybody coming back a year,


PHYLLIS A. DAMES,  OFFICIAL COURT REPORTER

41

```
 1          two years from now saying, oh no, no, they

 2          beat me over the head or if there is

 3          anything else that is influencing you to

 4          make this decision, then I need to know

 5          about it.

 6                    THE DEFENDANT:  I understand that.

 7                    MR. GOLDBERGER:  Thank you.

 8                    THE DEFENDANT:  Thank you very much,

 9          Your Honor.

10                    (Return to open court.)

11                    THE COURT:  All right, Mr. Epstein,

12          any questions about the rights you are

13          giving up by entering this plea?

14                    THE DEFENDANT:  No ma'am.

15                    THE COURT:  State, please give me a

16          factual basis.

17                    MS. BELOHLAVEK:  In 069454 CF AMB,

18          between August 1, 2004 and October 31,

19          2005, the defendant in Palm Beach County

20          did solicit or procure someone to commit

21          prosecution on three or more occasions.

22                    And in 08 CF 9381 CF AMB between

23          August 1, 2004 and October 9, 2005, the

24          defendant did procure a minor under the age

25          of 18 to commit prostitution in Palm Beach
```

PHYLLIS A. DAMES,  OFFICIAL COURT REPORTER

1              County also.

2                           THE COURT:   I find a sufficient

3              factual basis to support the pleas.

4                           Are all of the victims in both of

5              these cases in agreement with the terms of

6              this plea?

7                           MS. BELOHLAVEK:   I have spoken to

8              several myself and I have spoken to

9              counsel, through counsel as to the other

10             victim, and I believe, yes.

11                          THE COURT:   And with regard to the

12             victims under age eighteen, is that

13             victim's parents or guardian in agreement

14             with the plea?

15                          MS. BELOHLAVEK:   That victim is not

16             under age 18 any more and that's why we

17             spoke with her counsel.

18                          THE COURT:   And she is in agreement

19             with the plea?

20                          MS. BELOHLAVEK:   Yes.

21                          THE COURT:   And community control

22             will be given information concerning how to

23             contact these victims?

24                          MS. BELOHLAVEK:   Yes.

25                          THE COURT:   Confidentially.   That

PHYLLIS A. DAMES,   OFFICIAL COURT REPORTER

```
 1      information will not be related to the

 2      defendant but will be used exclusively for

 3      purposes of verifying compliance with this

 4      agreement?

 5              MS. BELOHLAVEK:  Yes.

 6              THE COURT:  Is there anything else

 7      from anybody else before I accept this

 8      plea?

 9              MR. GOLDBERGER:  No, Your Honor.

10              THE COURT:  Mr. Goldberger, if it is

11      your desire, you may enter your client's

12      plea.

13              MR. GOLDBERGER:  Thank you, Your

14      Honor, at this time we would withdraw our

15      previously entered pleas of not guilty,

16      enter pleas of guilty pursuant to

17      negotiations with the State.

18              THE COURT:  Mr. Epstein, I am going

19      to accept those pleas on your behalf.  I

20      find you are intelligent, alert, you

21      understand what is going on here and the

22      consequence of entering this plea, you are

23      doing it freely and voluntarily.

24                  Pursuant to the plea, I am waiving

25      a PSI, I will sentence you at this time
```

1          pursuant to it.  I will adjudicate you

2          guilty of felony solicitation of

3          prostitution, a third degree felony, case

4          number 06 CF 00945A -- 454 AMB, and

5          procuring a person under 18 for

6          prostitution, a second degree felony 08 CF

7          009381AMB.

8               With respect to the solicitation

9          of prosecution, I will sentence you to

10         twelve months in the Palm Beach County

11         detention facility with credit for the one

12         day served.

13              With respect to 08 CF 009381, I

14         will sentence you to six months in the Palm

15         Beach County detention facility, with

16         credit for the one day served.  That six

17         month sentence is to be served consecutive

18         to the twelve month sentence.

19              Following the six month sentence

20         you will be placed on 12 months of

21         community control.  That will be on both

22         cases, I assume, to run concurrently,

23         correct?

24              MS. BELOHLAVEK:  Only on the 08 case.

25              THE COURT:  Only on the second degree

```
 1          felony?

 2                    MS. BELOHLAVEK:  Correct, the one

 3          that designates him a sexual offender.

 4                    THE COURT:  Okay.  So only on case

 5          number 08 CF 009381AMB will you be on one

 6          year community control which would then

 7          invoke a potential penalty of fifteen years

 8          were you to violate.

 9                    The special conditions are that

10          you are to have no unsupervised contact

11          with minors and the supervising adult must

12          be approved by the Department of

13          Corrections.  You are to be designated a

14          sexual offender pursuant to Florida Statute

15          943.0435 and you must abide by all

16          requirements of that statute which I have

17          read and we have discussed.

18                    You will remain confined to your

19          residence except one half hour before and

20          after your approved employment, community

21          service work or other activities approved

22          by your probation officer.  You will

23          maintain an hourly accounting of all your

24          activity on a daily log which you submit to

25          the supervising officer upon request.
```

```
 1                    You will be residing at 358 El

 2          Brillo Way, Palm Beach, Florida 33480.

 3          Should you desire to move or go to a

 4          different location upon release from

 5          custody, you will get preapproval of that

 6          location from the Department of

 7          Corrections.  You will have to contact your

 8          community control officer a minimum of once

 9          a week, it can be more often at their

10          discretion and you are to work at the

11          Florida Science Foundation at 250

12          Australian Avenue in West Palm Beach,

13          Florida.  You will submit to a mandatory

14          curfew of 10 p.m. to 6 a.m.

15                    You shall not live within a

16          thousand feet of a school, day care center,

17          park, playground or other place where

18          children congregate.  You shall not have

19          any contact with the victims, directly or

20          indirectly including through a third person

21          unless approved by victim's therapist and

22          the sentencing court.

23                    You shall not work for pay or as a

24          volunteer at any school, day care center

25          park, play ground, other place where
```

PHYLLIS A. DAMES,   OFFICIAL COURT REPORTER

```
 1          children may congregate.  You shall not

 2          view, own or possess any obscene

 3          pornographic or sexually stimulating or

 4          visual, auditory material including

 5          telephone, electronic media, computer

 6          programs, computer services that are

 7          relevant to deviant behavior.

 8                  You shall submit two specimens of

 9          blood to Florida Department of Law

10          Enforcement to be registered with the DNA

11          data bank.  You shall submit to a

12          warrantless search by the probation officer

13          or community control officer of your

14          person, residence or vehicle.

15                  You shall maintain a driving log.

16          You shall not drive a motor vehicle while

17          alone without prior approval of the

18          supervising officer.

19                  You shall submit to, at

20          probationer or community control expense a

21          HIV test, the result of which is to be

22          released to the victims or victim's parent

23          or guardian.  That has to be done within 48

24          hours.

25                  You shall not obtain or a use post
```

PHYLLIS A. DAMES,   OFFICIAL COURT REPORTER

```
 1          office box without the prior approval of

 2          the supervising officer.

 3                    MS. BELOHLAVEK:  You forgot one that

 4          you may not possess, own or view sexually

 5          stimulating -- I don't believe you read

 6          that outloud just now.

 7                    THE COURT:  Yes, I did.

 8                    MS. BELOHLAVEK:  I'm sorry, I didn't

 9          hear it.  I just wanted to make sure.

10                    THE COURT:  And the warrantless

11          search by the community control officer of

12          the person, residence or vehicle --

13          understand the person, residence or vehicle

14          includes anything you might possess like

15          computer, a cell phone and whatever other

16          elaborate devices there are to communicate

17          electronically these days, okay.  Good

18          luck.

19                    MR. GOLDBERGER:  Thank you.

20                    MS. BELOHLAVEK:  Thank you.

21                    THE COURT:  Is there a judgment?

22                    MR. GOLDBERGER:  Yes, there should be

23          judgments.

24                    THE COURT:  Was there a condition of

25          community control that he pay or is he
```

1        paying it?

2                MR. GOLDBERGER:  Actually there is a

3        cash bond posted, court cost can be

4        deducted from the cash bond.

5                THE COURT:  $574 is the total?

6                MS. BELOHLAVEK:   Correct.

7                THE COURT:  Is that to cover both

8        cases?

9                MR. GOLDBERGER:  Yes.

10                THE COURT:  Thank you.

11                MR. GOLDBERGER:  Thank you, Your

12        Honor.

13                (Whereupon, at 9:48 o'clock a.m. the

14        proceedings before the Court concluded.)

15

16

17

18

19

20

21

22

23

24

25

PHYLLIS A. DAMES,   OFFICIAL COURT REPORTER

1                    C E R T I F I C A T E

2

3      THE STATE OF FLORIDA,

4      COUNTY OF PALM BEACH.

5                I, PHYLLIS A. DAMES, Official Court

6      Reporter for the Fifteenth Judicial Circuit,

7      Criminal Division, in and for Palm Beach County,

8      Florida; do hereby certify that I was authorized

9      to and did report the foregoing proceedings before

10     the Court at the time and place aforesaid; and

11     that the preceding pages numbered from 1 through 49,

12     inclusive, represent a true and accurate

13     transcription of my stenonotes taken at said

14     proceedings.

15                IN WITNESS WHEREOF, I have hereunto

16     affixed my official signature this 19th  day of

17     July,  2008.

18

19

20     _____

21            PHYLLIS A. DAMES

22

23

24

25


                PHYLLIS A. DAMES,   OFFICIAL COURT REPORTER