## SETTLEMENT AGREEMENT AND GENERAL RELEASE

███████, individually, and Jeffrey Epstein, individually (jointly referred to as "Parties"), enter into this Settlement Agreement and General Release ("Settlement Agreement") in order to resolve the pending litigation between them as follows:

1. **Dismissal.** The Parties agree to immediately dismiss the pending lawsuit presently styled *L.M. vs. Jeffrey Epstein, Case No. 502008CA028051XXXXMB AB* (15th Judicial Circuit of Palm Beach County) and *L.M. vs. Jeffrey Epstein, Case No. 09-81092- Marra/Johnson* (Southern District of Florida) *with* prejudice upon payment and clearance of the settlement amount; however, the Court will be asked to retain jurisdiction to enforce the terms of this Settlement Agreement.

2. **General Release.** ███████ and her agent(s), attorney(s), predecessor(s), successor(s), heir(s), administrator(s), and/or assign(s) (hereinafter "First Parties"), for and in consideration of the sum of ███████ ███████ and other valuable consideration, received from or on behalf of Jeffrey Epstein and his agent(s), attorney(s), predecessor(s), successor(s), heir(s), administrator(s), assign(s) and/or employee(s) (hereinafter, "Second Parties"), the receipt whereof is hereby acknowledged,

HEREBY remise, release, acquit, satisfy, and forever discharge the said Second Parties and any other person or entity who could have been included as a potential defendant ("Other Potential Defendants") from all, and all manner of, action and actions of ███████ including State or Federal, cause and causes of action (common law or statutory), suits, debts, dues, sums of money, accounts, reckonings, bonds, bills,

1

specialties, covenants, contracts, controversies, agreements, promises, variances, trespasses, damages, judgments, executions, claims, and demands whatsoever in law or in equity for compensatory or punitive damages that said First Parties ever had or now have, or that any personal representative, successor, heir, or assign of said First Parties hereafter can, shall, or may have, against Jeffrey Epstein, or Other Potential Defendants for, upon, or by reason of any matter, cause, or thing whatsoever (whether known or unknown), from the beginning of the world to the day of this release.

It is further agreed that this Settlement Agreement represents a final resolution of a disputed claim and is intended to avoid further litigation.

3. **Payment**.



**4. Reciprocal Confidentiality.**



5. **Enforcement.** This Settlement Agreement shall be governed by the laws of the State of Florida.



6. **Miscellaneous.**

   a. The Parties further confirm and acknowledge that this Settlement Agreement is being entered into without any duress or undue influence, and that they have had a full and complete opportunity to discuss the terms of the Settlement Agreement with their own attorneys.

   b.

   c. 

   d. This Settlement Agreement was negotiated and entered into by the Parties with the advice and assistance of respective counsel.

   e. 

It is so agreed.

7. The attached addendum is also part of this agreement.

5

7-6-10
Date

STATE OF Florida )
COUNTY OF Dade )

BEFORE ME, the undersigned authority, personally appeared ▮▮▮▮▮ who is personally known to me or has produced ▮▮▮▮▮ as identification, and executed the foregoing instrument.

WITNESS my hand and official seal this 6 day of July, 2010.

_____
Notary Public
Print Name: Rubia V. Weeks
Commission No.: _____
My Commission Expires: _____

Notary Public State of Florida
Rubia V Weeks
My Commission DD858328
Expires 04/01/2013

6

_____/7/6/10_____
Jeffrey Epstein                Date

STATE OF FLORIDA *Florida*  )
COUNTY OF PALM BEACH        )

BEFORE ME, the undersigned authority, personally appeared Jeffrey Epstein, who is personally known to me or has produced _____, as identification, and executed the foregoing instrument.

WITNESS my hand and official seal this __6__ day of __July__, 2010.

_____
Notary Public
Print Name: Rubia V. Weeks
Commission No.: _____
My Commission Expires: _____

Notary Public State of Florida
Rubia V Weeks
My Commission DD858328
Expires 04/01/2013

7

For Any Notice Provision:

1. For ███████████

   Bradley J. Edwards, Esq.
   Farmer, Jaffe, Weissing, Edwards, Fistos
   & Lehrman, PL
   425 N. Andrews Ave.
   Suite #2
   Fort Lauderdale, FL 33301
   Phone: 954-524-2820
   Fax: 954-524-2822
   Brad@pathtojustice.com

2. For Jeffrey Epstein

   Robert D. Critton, Jr., Esq.
   Burman, Critton, Luttier & Coleman, LLP
   303 Banyan Boulevard, Suite 400
   West Palm Beach, FL 33401
   561-842-2820
   Fax: 561-253-0164

   Or

   Jack Alan Goldberger
   Atterbury Goldberger & Weiss, P.A.
   250 Australian Avenue South
   Suite 1400
   West Palm Beach, FL 33401-5012
   561-659-8300
   Fax: 561-835-8691

8

ADDENDUM - SETTLEMENT AGREEMENT

3. Counsel for ▓▓▓ have received, as part of discovery in this lawsuit, certain correspondence between Epstein's agents and federal prosecutors. ▓▓▓ may desire to use this correspondence to prove a violation of her right to notice by the government ▓▓▓ he parties agree that Epstein will receive at least seven days advance notice, in writing, of intent to so use the

correspondence

4.

5. The parties agree that they shall not contact (nor respond to any request or inquiry) to any print, internet, television or media nor any reporter, author, or similar person to discuss any term or provision of this settlement agreement, to conduct any interview or to sell or distribute (with or without consideration) any story or facts relating to their interactions or contact with each other. Any violations of this paragraph shall subject the violating party to the enforcement provisions of paragraph 5 of this settlement agreement.