# EXHIBIT 1

Case 9:08-cv-80736-KAM Document 470-1 Entered on FLSD Docket 07/29/2019 Page 1 of 3

| | |
|---|---|
| From: | Iris Zambrano |
| To: | Dexter.Lee@usdoj.gov; ann.marie.c.villafana@usdoj.gov; pleading@royblack.com; kcoffey@coffeyburlington.com; ggroisman@coffeyburlington.com; bbrodsky@coffeyburlington.com; thomas.scott@csklegal.com |
| Cc: | Paul Cassell; Brad Edwards; Maria Kellichian |
| Subject: | Doe v. United States of America Order -- Case 9:08-cv-80736 |
| Date: | Monday, December 28, 2015 5:52:25 PM |
| Attachments: | image001.png<br>DE_347_MTSeal-MTCompell_122815.pdf<br>DE_347-1_MTSeal-MTCompell_Proposed_Order_122815.pdf<br>ORDER_MTCompell-Dec28_FINAL_UNDER_SEAL.pdf<br>MTCompell-Dec28_Attc_3_FINAL_UNDER_SEAL.pdf<br>MTCompell-Dec28_Attc_2_FINAL_UNDER_SEAL.pdf<br>MTCompell-Dec28_Attc_1_FINAL_UNDER_SEAL.pdf<br>MTCompell-Dec28_FINAL_UNDER_SEAL.pdf |

Good afternoon counsel:

Please find attached the following:

Jane Doe No. 1 and Jane Doe No. 2's Motion to Temporarily Seal Their Motion Compel Answers to Supplemental Requests for Admissions and Requests for Production, and Proposed Order (DE 347)

Jane Doe No. 1 And Jane Doe No. 2's Motion to Compel Answers to Supplemental Requests for Admission and Requests For Production_Filed under Seal (DE 348)
Jane Doe No. 1 And Jane Doe No. 2's Motion to Compel Answers to Supplemental Requests for Admission and Requests For Production_Attachment_1_ Filed under Seal (DE 348)
Jane Doe No. 1 And Jane Doe No. 2's Motion to Compel Answers to Supplemental Requests for Admission and Requests For Production_Attachment_2_Filed under Seal (DE 348)
Jane Doe No. 1 And Jane Doe No. 2's Motion to Compel Answers to Supplemental Requests for Admission and Requests For Production_Proposed Order_Filed under Seal (DE 348)

Document Number:    348
Docket Text:
SEALED MOTION to Compel Answers to Supplemental Requests for Admission and Requests for Production by Jane Doe No. 1 and Jane Doe No. 2 by Jane Doe. (Attachments: # (1) Attachment 1, # (2) Attachment 2, # (3) Attachment 3, # (4) Text of Proposed Order) (Edwards, Bradley)
**9:08-cv-80736-KAM No electronic public notice will be sent because the case/entry is sealed.**

Please contact us should you have any questions. Thank you.

Truly yours,
Iris Zambrano.



**Farmer, Jaffe, Weissing,
Edwards, Fistos & Lehrman, P.L.**

**Iris Zambrano
Paralegal**

425 North Andrews Avenue, Suite 2

Fort Lauderdale, Florida 33301

Toll Free: 800-400-1098
Facsimile: 954-524-2822

iris@pathtojustice.com | www.pathtojustice.com