IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

JANE DOE 1 AND JANE DOE 2,

    Petitioners,

        v.

UNITED STATES OF AMERICA,

    Respondent.

Civil Action No.

08-80736-CIV-MARRA

## Order

Having read and considered the government's Unopposed Motion to Seal Exhibit (DE 465), and finding good cause has been shown, it is

ORDERED AND ADJUDGED that Document 403-15 be sealed.  The redacted copy of exhibit O can be found at DE 465-1.

DONE AND ORDERED in Chambers at West Palm Beach, Florida this 29th day of July, 2019.

KENNETH A. MARRA
United States District Judge

Cc:    Counsel of Record