**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 9:08-80736-Civ-Marra**

**JANE DOE #1 and JANE DOE #2**

    **v.**

**UNITED STATES**
_____/

### ORDER GRANTING MOTION TO TEMPORARILY SEAL PORTIONS OF JANE DOE 1 AND 2'S REPLY BRIEF

It is hereby ordered that Jane Doe 1 and 2's motion to temporarily seal portions of their Reply to Intervenor Epstein's Brief in Opposition to Proposed Remedies in the public docket until the Court has further evaluated the sealing issue (DE 467) is **GRANTED IN PART AND DENIED IN PART**.  The document at DE 466 shall remain on the public docket with redactions. Docket entry 466 is not sealed.

In addition, in light of Plaintiffs' request, and given that no opposition was ever filed, the Clerk is directed to **UNSEAL** docket entries 348, 354 and 358.

**DONE AND ORDERED** in Chambers at Palm Beach County, Florida, this 8th day of August, 2019.


KENNETH A. MARRA
United States District Judge